# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 29, 2023

Clerk
United States Court of Appeals
 for the First Circuit
1 Courthouse Way
Boston, MA 02210



    Re: Students for Fair Admissions, Inc.
        v. President and Fellows of Harvard College
        No. 20-1199
        (Your No. 19-2005)

Dear Clerk:

    The enclosed opinion of this Court was announced today in the above stated case.

    The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

**Scott S. Harris**, Clerk

by _/s/ Denise McNerney_

Denise McNerney
Merits Case Clerk
(202) 479-3032



OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, D.C. 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

NEOPOST
06/30/2023
US POSTAGE $003.66
US OFFICIAL MAIL
ZIP 20543
041M11120601