# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 31, 2023

Clerk
United States Court of Appeals
  for the First Circuit
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210-3004

      Re:  **Students for Fair Admissions
v. President and Fellows of Harvard
No. 20-1199 (Your docket No. 19-2005)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

      Sincerely,

      SCOTT S. HARRIS, Clerk

      By

      *M. Altner*
      M. Altner
      Assistant Clerk– Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 31, 2023

Mr. Cameron Thomas Norris, Esq.
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209

Mr. Seth P. Waxman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037

    Re:  Students for Fair Admissions
           v. President and Fellows of Harvard
           No. 20-1199

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the First Circuit.

    The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---:|
| **Printing of joint appendix:** | **$46,376.45** |
| **Clerk's costs:** | **$300.00** |
| **Total:** | **$46,676.45** |

    This amount may be recovered from the respondent.

    Sincerely,

    SCOTT S. HARRIS, Clerk

    By

    M. Altner
    Assistant Clerk– Judgments

cc:  Clerk, 1st Cir.
      (Your docket No. 19-2005)

# Supreme Court of the United States

No. 20–1199

### STUDENTS FOR FAIR ADMISSIONS, INC.,

Petitioner

v.

### PRESIDENT AND FELLOWS OF HARVARD COLLEGE

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the First Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs.

**IT IS FURTHER ORDERED** that the petitioner, Students for Fair Admissions, Inc. recover from President and Fellows of Harvard College, Forty-six Thousand Six Hundred Seventy-six Dollars and Forty-five Cents ($46,676.45) for costs herein expended.

**Justice Jackson took no part in the consideration or decision of this case.**

June 29, 2023

| | |
|---|---|
| **Printing of joint appendix:** | $46,376.45 |
| **Clerk's costs:** | $300.00 |
| **Total:** | $46,676.45 |

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States