# United States Court of Appeals
## For the First Circuit

_____

No. 19-2005

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff - Appellant,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Defendant - Appellee,

THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS,

Defendant.

_____

Before

Lynch and Howard,
<u>Circuit Judges</u>.

_____

**JUDGMENT**

Entered: July 31, 2023

    In light of the Supreme Court's decision in <u>Students for Fair Admissions, Inc.</u> v. <u>President and Fellows of Harvard College</u>, 143 S. Ct. 2141 (2023), reversing this court's judgment, we hereby vacate the district court's decision and remand the case for further proceedings consistent with the Supreme Court's opinion determining that judgment should enter for the plaintiffs on their equal protection claims.

                                                   By the Court:

                                                   Maria R. Hamilton, Clerk


cc:
Hon. Allison Dale Burroughs, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Paul M. Sanford, Patrick N. Strawbridge, Thomas R. McCarthy, John Michael Connolly, Cameron Thomas Norris, Adam K. Mortara, John M. Hughes, Felicia H. Ellsworth,

Seth P. Waxman, Ara B. Gershengorn, William F. Lee, Joseph J. Mueller, Debo P. Adegbile, Andrew S. Dulberg, Brittany Amadi, Sigmund D. Schutz, Eric Grant Penley, Janai Nelson, Jin Hee Lee, Sherrilyn Ann Ifill, Rachel Kleinman, Cara McClellan, Jennifer A. Holmes, Michaele N. Turnage Young, Samuel Spital, Kenneth N. Thayer, Dwight Gerard Duncan, Dennis J. Saffran, Jessica Lynn Ellsworth, Natashia Tidwell, Stephanie J. Gold, Matthew J. Higgins, Thomas E. Chandler, Donald Campbell Lockhart, Elliott M. Davis, Matthew J. Donnelly, Madeleine Kristine Rodriguez, Sarah Burg, Marc John Randazza, Gordon M. Fauth Jr., Richard J. Rosensweig, Kevin K. Russell, Jon M. Greenbaum, Lawrence E. Culleen, Nancy Leeds Perkins, Steven L. Mayer, Emma Dinan, Oren McCleary Sellstrom, Genevieve Bonadies Torres, Elisabeth S. Theodore, David Hinojosa, Lawrence L. Crawford, Seth B. Orkand, Matthew S. Hellman, Ishan Kharshedji Bhabha, Apalla U. Chopra, Patrick D. McKegney, Anton Metlitsky, Ruth A. Bourquin, Matthew R Segal, Jessie J. Rossman, Sarah Hinger, Randall Baldwin Clark, Adam R.F. Gustafson, Peter Antonelli, Douglass C. Lawrence, Joshua P. Thompson, Wencong Fa, Derek Tam Ho, Bradley Oppenheimer, Joseph Wenner, Xiaoying Yu, Haiying Li, Yong Li Jun Xiao, Timothy J. Perry, Cody J. Wisniewski, T. Elliot Gaiser, Jaime Ann Santos, William E. Evans III, Sabrina Rose-Smith, Peter F. Neronha, Maura Tracy Healey, Elizabeth N. Dewar, Karl A. Racine, Brian E. Frosh, Hector H. Balderas, Xavier Becerra, Mark R. Herring, Josh Shapiro, Aaron M. Frey, Kwame Raoul, Aaron D. Ford, Kathleen Jennings, Letitia James, Keith Ellison, Clare E. Connors, Philip J. Weiser, Ann E. Lynch, David Urena, Mark S. Davies, Thomas Mark Bondy, E. Joshua Rosenkranz, Keefe Bryant Clemons, Katie Kopp, Sarah Hartman Sloan, Darren S. Teshima, Sheila Baynes, Dean Richlin, Samuel P. Groner, Harrison David Polans