# United States Court of Appeals
## For the First Circuit

## BILL OF COSTS FORM

Please see 1st Cir. R. 39.0 for instructions before completing this form. A request for costs must be filed within 14 days of judgment. Fed. R. App. P. 39(d)(1). Any opposition must be filed within 14 days after service of the request. Fed. R. App. P. 39(d)(2). A schedule of Maximum Rates for Taxation of Costs is posted on the court's website at www.ca1.uscourts.gov and is available by request to the clerk's office. See 1st Cir. R. 39.0. A copy of a vendor's bill showing actual costs incurred must be attached, if applicable. If the briefs were produced in-house, a statement from counsel must be attached specifying the actual cost for reproduction, binding and covers. Costs are taxed at the maximum rates set by the clerk or at the actual cost, whichever is lower. 1st Cir. R. 39.0(a). The maximum number of copies for which costs may be recovered is set forth in 1st Cir. R. 39.0(b).

Case No.: 19-2005 Title: Students for Fair Admissions, Inc. v. President and Fellows of Harvard College

Filed on behalf of: Students for Fair Admissions, Inc.

The Clerk is requested to tax the following costs against: President and Fellows of Harvard College

IF SEEKING COSTS FOR OR AGAINST THE UNITED STATES, pursuant to Fed. R. App. P. 39(b), please specify statutory or other authority: ______

| COSTS TAXABLE UNDER FED. R. APP. P. 39 and 1st CIR. R. 39.0 | AMOUNT REQUESTED | | | | | | *For internal use only* |
|---|---|---|---|---|---|---|---|
| | NO. OF COPIES | PAGES PER COPY | COST PER PAGE | COST PER BINDING | COST PER COVER | TOTAL COST | |
| DOCKETING FEE $500.00* | | | | | | 500.00 | |
| BRIEF | 9 | 266 | 0.08 | 2.50 | 0.00 | 214.02 | |
| REPLY BRIEF | 9 | 51 | 0.08 | 0.00 | 0.00 | 36.72 | |
| APPENDIX | 7 | 6,959 | 0.10 | 25.00 | 0.00 | 5,046.30 | |
| TOTAL AMOUNT REQUESTED: | | | | | | **$5,797.04** | |

I, Patrick N. Strawbridge, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action. A certificate of service is attached pursuant to Fed. R. App. P. 25(d).

Signed: /s/ Patrick N. Strawbridge Dated: August 7, 2023

* *If the notice of appeal or petition was filed before December 1, 2013, the docketing fee is $450. If it was filed on or after that date, the docketing fee is $500.*



# Invoice

| Date | Invoice # |
|---|---|
| 2/18/2020 | 18810 |

**1900 K St NW, Suite 725**
**Washington, DC 20006**
**202-393-0399**
**accounting@hlpintegration.com**

| Bill To | Matter Name | | |
|---|---|---|---|
| Consovoy McCarthy PLLC<br>Cameron T. Norris<br>1600 Wilson Blvd, Suite 700<br>Arlington, Virginia 22209<br>United States | SFFA-Harvard | | |
| | **Matter Number** | **Start Date** | **Project Number** |
| | SFFA-Harvard | 2/14/2020 | HLP-008293 |

| Quantity | Description | Rate | Serviced | Amount |
|---|---|---|---|---|
| | HLP - 008293 | | | |
| 37,649 | Printing B&W | 0.08 | | 3,011.92 |
| 11,155 | Printing - color | 0.50 | | 5,577.50 |
| 70 | Binding - Spiral/Coil | 2.50 | | 175.00 |
| 1 | Shipping Fed Ex - F Ellsworth Wilmer Hale Boston MA | 298.87 | 2/18/2020 | 298.87 |
| 1 | Shipping Fed Ex - M Hamilton Court of Appeals Boston MA | 1,176.43 | 2/18/2020 | 1,176.43 |
| | HLP-008404 | | | |
| 2,340 | Printing B&W | 0.08 | | 187.20 |
| 54 | Printing - color | 0.50 | | 27.00 |
| 9 | Binding - Spiral/Coil | 2.50 | | 22.50 |
| 1 | Shipping Fed Ex: Court of Appeals Boston MA | 235.82 | 2/26/2020 | 235.82 |
| | HLP-008304 | | | |
| 2,158 | Printing - black & white | 0.08 | | 172.64 |
| 254 | Printing - color | 0.50 | | 127.00 |
| 9 | Binding - Spiral/Coil | 2.50 | | 22.50 |
| 1 | Shipping Fed Ex: Court of Appeals Boston MA | 48.85 | 2/21/2020 | 48.85 |
| | HLP-008276 | | | |
| 12 | Printing - black & white | 0.08 | | 0.96 |
| 1 | Shipping Fed Ex: Clerk of Court, Boston MA | 18.49 | 2/10/2020 | 18.49 |

| | |
|---|---|
| **Subtotal** | USD 11,102.68 |
| **Sales Tax (0.0%)** | USD 0.00 |
| **Total** | USD 11,102.68 |

Remittance by Mail: 1900 K Street NW, Suite 725, Washington, DC 20006

Tax ID: 26-1352198

**HLP terms are Net 30. Overdue amounts are subject to a 1.5% per month finance charge.**

**www.hlpintegration.com**




# Invoice

| Date | Invoice # |
|---|---|
| 3/16/2020 | 18971 |

**1900 K St NW, Suite 725**
**Washington, DC 20006**
**202-393-0399**
**accounting@hlpintegration.com**

| Bill To | Matter Name | | |
|---|---|---|---|
| Consovoy McCarthy PLLC<br>Cameron Norris<br>1600 Wilson Boulevard , Suite 700<br>Arlington , VA 22209 | SFFA v. Harvard | | |
| | Matter Number | Start Date | Project Number |
| | 15 | 3/16/2020 | HLP-008544 |

| Quantity | Description | Rate | Serviced | Amount |
|---|---|---|---|---|
| 1 | Shipping Fed Ex: F Ellsworth Wilmer Hale Boston MA 02109 | 66.68 | | 66.68 |
| 1 | Shipping Fed Ex: M Hamilton Court of Appeals Boston MA 02210 | 156.99 | | 156.99 |
| 2,461 | P - Printing - black & white | 0.08 | | 196.88T |
| 1,549 | P - Printing - color | 0.50 | | 774.50T |
| 6 | P - Binding - Spiral/Coil | 2.50 | | 15.00T |

| | |
|---|---|
| **Subtotal** | USD 1,210.05 |
| **Sales Tax (6.0%)** | USD 59.18 |
| **Total** | USD 1,269.23 |

Remittance by Mail: 1900 K Street NW, Suite 725, Washington, DC 20006

Tax ID: 26-1352198

**HLP terms are Net 30. Overdue amounts are subject to a 1.5% per month finance charge.**

**www.hlpintegration.com**




# Invoice

| Date | Invoice # |
|---|---|
| 6/5/2020 | 19469 |

**1900 K St NW, Suite 725**
**Washington, DC 20006**
**202-393-0399**
**accounting@hlpintegration.com**

| Bill To | Matter Name | Start Date | Project Number |
|---|---|---|---|
| Consovoy McCarthy PLLC<br>Cameron Norris<br>1600 Wilson Boulevard , Suite 700<br>Arlington , VA 22209 | SFFA v. Harvard | | |
| | Matter Number | | |
| | 15 | 6/5/2020 | HLP-8745 |

| Quantity | Description | Rate | Serviced | Amount |
|---|---|---|---|---|
| 1 | Shipping - Fed Ex Clerk of Court Boston MA 02210 | 72.23 | | 72.23 |
| 459 | P - Printing - black & white | 0.08 | | 36.72T |

| | |
|---|---|
| **Subtotal** | USD 108.95 |
| **Sales Tax (0.0%)** | USD 0.00 |
| **Total** | USD 108.95 |

Remittance by Mail: 1900 K Street NW, Suite 725, Washington, DC 20006

Tax ID: 26-1352198

**HLP terms are Net 30. Overdue amounts are subject to a 1.5% per month finance charge.**

**www.hlpintegration.com**

**CERTIFICATE OF SERVICE**

I filed this motion via the Court's ECF system, which will electronically notify all counsel of record.

Dated: August 7, 2023 *s/ Patrick N. Strawbridge*