# United States Court of Appeals
## For the First Circuit

No. 19-2005

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff - Appellant,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Defendant - Appellee,

THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS,

Defendant.

**MANDATE**

Entered: September 26, 2023

In accordance with the judgment of July 31, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Debo P. Adegbile
Brittany Amadi
Peter Antonelli
Hector H. Balderas
Sheila Baynes
Xavier Becerra
Ishan Kharshedji Bhabha
Thomas Mark Bondy
Ruth A. Bourquin
Sarah Burg
Thomas E. Chandler

Apalla U. Chopra
Randall Baldwin Clark
Keefe Bryant Clemons
John Michael Connolly
Clare E. Connors
Lawrence L. Crawford
Lawrence E. Culleen
Mark S. Davies
Elliott M. Davis
Elizabeth N. Dewar
Emma Dinan
Matthew J. Donnelly
Andrew S. Dulberg
Dwight Gerard Duncan
Keith Ellison
Felicia H. Ellsworth
Jessica Lynn Ellsworth
William E. Evans III
Wencong Fa
Gordon M. Fauth Jr.
Aaron D. Ford
Aaron M. Frey
Brian E. Frosh
T. Elliot Gaiser
Ara B. Gershengorn
Stephanie J. Gold
Jon M. Greenbaum
Samuel P. Groner
Adam R.F. Gustafson
Maura Tracy Healey
Matthew S. Hellman
Mark R. Herring
Matthew J. Higgins
Sarah Hinger
David Hinojosa
Derek Tam Ho
Jennifer A. Holmes
John M. Hughes
Sherrilyn Ann Ifill
Letitia James
Kathleen Jennings
Rachel Kleinman
Katie Kopp
Douglass C. Lawrence
Jin Hee Lee
William F. Lee

Haiying Li
Yong Li
Donald Campbell Lockhart
Ann E. Lynch
Steven L. Mayer
Thomas R. McCarthy
Cara McClellan
Patrick D. McKegney
Anton Metlitsky
Adam K. Mortara
Joseph J. Mueller
Janai Nelson
Peter F. Neronha
Cameron Thomas Norris
Bradley Oppenheimer
Seth B. Orkand
Eric Grant Penley
Nancy Leeds Perkins
Timothy J. Perry
Harrison David Polans
Karl A. Racine
Marc John Randazza
Kwame Raoul
Dean Richlin
Madeleine Kristine Rodriguez
Sabrina Rose-Smith
E. Joshua Rosenkranz
Richard J. Rosensweig
Jessie J. Rossman
Kevin K. Russell
Dennis J. Saffran
Paul M. Sanford
Jaime Ann Santos
Sigmund D. Schutz
Matthew R Segal
Oren McCleary Sellstrom
Josh Shapiro
Sarah Hartman Sloan
Samuel Spital
Patrick N. Strawbridge
Darren S. Teshima
Kenneth N. Thayer
Elisabeth S. Theodore
Joshua P. Thompson
Natashia Tidwell
Genevieve Bonadies Torres

Michaele N. Turnage Young
David Urena
Seth P. Waxman
Philip J. Weiser
Joseph Wenner
Cody J. Wisniewski
Jun Xiao
Xiaoying Yu