# United States Court of Appeals
## For the First Circuit

_____

### DOCKETING STATEMENT

**No.** 19-2005        **Short Title:** SFFA v. Harvard

**Type of Action**

- [x] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from October 1, 2019
  2. Date this notice of appeal filed October 4, 2019
     If cross appeal, date first notice of appeal filed _____
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
  4. Date of entry of order deciding above post-judgment motion _____
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
     Time extended to _____

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits?  [x] Yes   [ ] No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes   [ ] No
        If yes, explain _____
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes   [ ] No
        If yes, explain _____

C. Has this case previously been appealed?  [x] Yes   [ ] No
   If yes, give the case name, docket number and disposition of each prior appeal
   15-1823, denial of intervenors' motion to intervene affirmed

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes   [x] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below?  ☑ Yes  ☐ No
   If yes, is a transcript necessary for this appeal?  ☑ Yes  ☐ No
   If yes, is transcript already on file with district court?  ☑ Yes  ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party President and Fellows of Harvard College
      Attorney Seth P. Waxman
      Address 1875 Pennsylvania Ave. NW, Washington, D.C. 20006
      Telephone 202.663.6800

   2. Adverse party
      Attorney
      Address
      Telephone

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Students for Fair Admissions, Inc.
      Address 2200 Wilson Blvd., Ste. 102-13, Arlington, VA 22201
      Telephone 703.505.1922

      Attorney's name William S. Consovoy
      Firm Consovoy McCarthy PLLC
      Address 1600 Wilson Blvd., Ste. 700, Arlington, VA 22201
      Telephone 703.243.9423

   2. Appellant's name
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes  ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ William S. Consovoy
Date  October 12, 2019

## CERTIFICATE OF SERVICE

On October 12, 2019, I filed a true and correct copy of this document with the Clerk of this Court via CM/ECF, which will notify the following counsel for Appellee:

William F. Lee
Felicia H. Ellsworth
Andrew S. Dulberg
Elizabeth Mooney
Sarah R. Frazier
Joseph H. Mueller
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
william.lee@wilmerhale.com
felicia.ellsworth@wilmerhale.com
andrew.dulberg@wilmerhale.com
elizabeth.mooney@wilmerhale.com
sarah.frazier@wilmerhale.com
joseph.mueller@wilmerhale.com

Debo P. Adegbile
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

Seth P. Waxman
Paul R.Q. Wolfson
Danielle Conley
Brittany Amadi
Daniel Winik
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com
danielle.conley@wilmerhale.com
brittany.amadi@wilmerhale.com
daniel.winik@wilmerhale.com

　　　　　　　　　　　　　　　　　_/s/ *William S. Consovoy*_
　　　　　　　　　　　　　　　　　Counsel for Appellant