# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2005   **Short Title:** Students for Fair Admissions v. President & Fellows of Harvard College

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

President & Fellows of Harvard College _____ as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

/s/ Seth P. Waxman
Signature

October 17, 2019
Date

Seth P. Waxman
Name

Wilmer Cutler Pickering Hale and Dorr LLP
Firm Name (if applicable)

(202) 663-6000
Telephone Number

1875 Pennsylvania Avenue, NW
Address

(202) 663-6363
Fax Number

Washington, DC  20006
City, State, Zip Code

Seth.Waxman@wilmerhale.com
Email (required)

Court of Appeals Bar Number: 70351

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes   Court of Appeals No. 15-1823

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).