# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2005          **Short Title:** Students for Fair Admissions v. President & Fellows of Harvard College

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
President & Fellows of Harvard College                                                                     as the

[ ] appellant(s)            [✓] appellee(s)            [ ] amicus curiae

[ ] petitioner(s)           [ ] respondent(s)          [ ] intervenor(s)

/s/ Paul R.Q. Wolfson  
Signature

October 17, 2019  
Date

Paul R.Q. Wolfson  
Name

Wilmer Cutler Pickering Hale and Dorr LLP  
Firm Name (if applicable)

(202) 663-6000  
Telephone Number

1875 Pennsylvania Avenue, NW  
Address

(202) 663-6363  
Fax Number

Washington, DC  20006  
City, State, Zip Code

Paul.Wolfson@wilmerhale.com  
Email (required)

Court of Appeals Bar Number: 1129893

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes   Court of Appeals No. 15-1823

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).