# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 19-2005          **Short Title:** Students for Fair Admissions v. President & Fellows of Harvard College

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):

President & Fellows of Harvard College _____ as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

/s/ Felicia H. Ellsworth _____          October 17, 2019 _____
Signature                                                      Date

Felicia H. Ellsworth _____
Name

Wilmer Cutler Pickering Hale and Dorr LLP          (617) 526-6000 _____
Firm Name (if applicable)                                      Telephone Number

60 State Street _____          (617) 526-5000 _____
Address                                                      Fax Number

Boston, MA  02109 _____          Felicia.Ellsworth@wilmerhale.com _____
City, State, Zip Code                                      Email (required)

Court of Appeals Bar Number: 125074 _____

Has this case or any related case previously been on appeal?

[  ] No          [✔] Yes   Court of Appeals No. 15-1823 _____

=====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).