# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2005          **Short Title:** Students for Fair Admissions v. President & Fellows of Harvard College

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: President & Fellows of Harvard College                    as the

[ ] appellant(s)         [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

/s/ William F. Lee                              October 18, 2019
Signature                                        Date

William F. Lee
Name

Wilmer Cutler Pickering Hale and Dorr LLP       (617) 526-6000
Firm Name (if applicable)                        Telephone Number

60 State Street                                  (617) 526-5000
Address                                          Fax Number

Boston, MA  02109                                William.Lee@wilmerhale.com
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: 31456

Has this case or any related case previously been on appeal?

[ ] No         [✓] Yes   Court of Appeals No. 15-1823

=================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).