# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2005    **Short Title:** Students for Fair Admissions v. President & Fellows of Harvard College

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

President & Fellows of Harvard College _____ as the

[ ] appellant(s)    [✓] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

/s/ Ara B. Gershengorn    October 16, 2019
Signature    Date

Ara B. Gershengorn
Name

Harvard University, Office of the General Counsel    (617) 495-8210
Firm Name (if applicable)    Telephone Number

1350 Massachusetts Avenue    (617) 495-5079
Address    Fax Number

Cambridge, MA  02138    ara_gershengorn@harvard.edu
City, State, Zip Code    Email (required)

Court of Appeals Bar Number: 91654

Has this case or any related case previously been on appeal?

[ ] No    [✓] Yes    Court of Appeals No. 15-1823

======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.**  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).