# United States Court of Appeals
## For the First Circuit

No. 19-2005

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Appellant

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

Defendant - Appellee

THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS

Defendant

**NOTICE**

Issued: October 28, 2019

Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After November 12, 2019, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

Katherine L.I. Hacker
Meg E. Fasulo
Krista J. Perry
Thomas R. McCarthy
Britanny Amadi
J Scott McBride

Sarah Ruth Frazier
John Michael Connolly

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Kaitlin Copson - (617) 748-9066

cc:
Debo P. Adegbile
Britanny Amadi
Danielle Conley
John Michael Connolly
William S. Consovoy
Andrew S. Dulberg
Felicia H. Ellsworth
Meg E. Fasulo
Sarah Ruth Frazier
Ara B. Gershengorn
Katherine L.I. Hacker
John M. Hughes
William F. Lee
J Scott McBride
Thomas R. McCarthy
Elizabeth Connell Mooney
Adam K. Mortara
Joseph J. Mueller
Cameron Thomas Norris
Krista J. Perry
Paul M. Sanford
Patrick N. Strawbridge
Seth P. Waxman
Paul R.Q. Wolfson