# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2005    **Short Title:** SFFA v. Harvard

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Students for Fair Admissions, Inc.    as the

[✔] appellant(s)    [ ] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

/s/ Patrick Strawbridge
Signature

10/29/2019
Date

Patrick Strawbridge
Name

Consovoy McCarthy PLLC
Firm Name (if applicable)

(617) 227-0548
Telephone Number

Ten Post Office Square, 8th Floor South PMB #706
Address

Fax Number

Boston, MA 02109
City, State, Zip Code

patrick@consovoymccarthy.com
Email (required)

Court of Appeals Bar Number: 1143599

Has this case or any related case previously been on appeal?

[ ] No    [✔] Yes    Court of Appeals No. 15-1823

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

On October 29, 2019, I filed a true and correct copy of this document with the Clerk of this Court via CM/ECF, which will notify the following counsel for Appellee:

William F. Lee
Felicia H. Ellsworth
Andrew S. Dulberg
Elizabeth Mooney
Sarah R. Frazier
Joseph H. Mueller
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
william.lee@wilmerhale.com
felicia.ellsworth@wilmerhale.com
andrew.dulberg@wilmerhale.com
elizabeth.mooney@wilmerhale.com
sarah.frazier@wilmerhale.com
joseph.mueller@wilmerhale.com

Debo P. Adegbile
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

Seth P. Waxman
Paul R.Q. Wolfson
Danielle Conley
Brittany Amadi
Daniel Winik
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com
danielle.conley@wilmerhale.com
brittany.amadi@wilmerhale.com
daniel.winik@wilmerhale.com

/*s*/ *Patrick Strawbridge*
Counsel for Appellant