# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 19-2005          **Short Title:** SFFA v. Harvard

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Students for Fair Admissions, Inc. _____ as the

[✔] appellant(s)          [  ] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

/s/ Thomas R. McCarthy _____    11/6/2019 _____
Signature                                                          Date

Thomas R. McCarthy _____
Name

Consovoy McCarthy PLLC _____    703-243-9423 _____
Firm Name (if applicable)                          Telephone Number

1600 Wilson Blvd., Ste. 700 _____    _____
Address                                                          Fax Number

Arlington, VA 22209 _____    tom@consovoymccarthy.com _____
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: 1170024 _____

Has this case or any related case previously been on appeal?

[  ] No          [✔] Yes   Court of Appeals No. 15-1823 _____

=================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# CERTIFICATE OF SERVICE

On **November 6**, 2019, I filed a true and correct copy of this document with the

Clerk of this Court via CM/ECF, which will notify the following counsel for Appellee:

William F. Lee
Felicia H. Ellsworth
Andrew S. Dulberg
Elizabeth Mooney
Sarah R. Frazier
Joseph H. Mueller
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
william.lee@wilmerhale.com
felicia.ellsworth@wilmerhale.com
andrew.dulberg@wilmerhale.com
elizabeth.mooney@wilmerhale.com
sarah.frazier@wilmerhale.com
joseph.mueller@wilmerhale.com

Debo P. Adegbile
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

Seth P. Waxman
Paul R.Q. Wolfson
Danielle Conley
Brittany Amadi
Daniel Winik
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com
danielle.conley@wilmerhale.com
brittany.amadi@wilmerhale.com
daniel.winik@wilmerhale.com

 */s/* *Thomas R. McCarthy*
Counsel for Appellant