# United States Court of Appeals
## For the First Circuit

No. 19-2005

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Appellant

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

Defendant - Appellee

THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS

Defendant

**NOTICE**

Issued: November 13, 2019

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Katherine L.I. Hacker
Meg E. Fasulo
Krista J. Perry
J Scott McBride
Sarah Ruth Frazier

The following attorneys will continue to receive notice in this case:

Debo P. Adegbile
Brittany Amadi
Danielle Conley
John Michael Connolly
William S. Consovoy
Andrew S. Dulberg

Felicia H. Ellsworth
Ara B. Gershengorn
John M. Hughes
William F. Lee
Thomas R. McCarthy
Elizabeth Connell Mooney
Adam K. Mortara
Joseph J. Mueller
Cameron Thomas Norris
Paul M. Sanford
Patrick N. Strawbridge
Seth P. Waxman
Paul R.Q. Wolfson

     Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

     Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Kaitlin Copson - (617) 748-9066

cc:
Debo P. Adegbile, Brittany Amadi, Danielle Conley, John Michael Connolly, William S. Consovoy, Andrew S. Dulberg, Felicia H. Ellsworth, Meg E. Fasulo, Sarah Ruth Frazier, Ara B. Gershengorn, Katherine L.I. Hacker, John M. Hughes, William F. Lee, J Scott McBride, Thomas R. McCarthy, Elizabeth Connell Mooney, Adam K. Mortara, Joseph J. Mueller, Cameron Thomas Norris, Krista J. Perry, Paul M. Sanford, Patrick N. Strawbridge, Seth P. Waxman, Paul R.Q. Wolfson