# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2005            **Short Title:** SFFA v. Harvard

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: __Pacific Legal Foundation__ as the

[ ] appellant(s)         [ ] appellee(s)         [✓] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

__s/ Wencong Fa__
Signature

__11/18/2019__
Date

__Wencong Fa__
Name

__Pacific Legal Foundation__
Firm Name (if applicable)

__(916) 419-7111__
Telephone Number

__930 G Street__
Address

__(916) 419-7747__
Fax Number

__Sacramento, California 95814__
City, State, Zip Code

__WFa@pacificlegal.org__
Email (required)

Court of Appeals Bar Number: __1190964__

Has this case or any related case previously been on appeal?

[ ] No        [✓] Yes    Court of Appeals No. __15-1823__

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2019, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system.

                                                s/ Wencong Fa
                                                WENCONG FA