# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2005     **Short Title:** SFFA v. Harvard

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Pacific Legal Foundation as the

[ ] appellant(s)     [ ] appellee(s)     [✓] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

s/ Joshua P. Thompston
Signature

11/18/2019
Date

Joshua P. Thompson
Name

Pacific Legal Foundation
Firm Name (if applicable)

(916) 419-7111
Telephone Number

930 G Street
Address

(916) 419-7747
Fax Number

Sacramento, California 95814
City, State, Zip Code

JThompson@pacificlegal.org
Email (required)

Court of Appeals Bar Number: 1190963

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes     Court of Appeals No. 15-1823

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2019, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system.

　　s/ Joshua P. Thompson　　
JOSHUA P. THOMPSON
