

1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

January 7, 2020

Maria R. Hamilton
Clerk of Court
United States Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re: *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, No. 19-2005

Dear Ms. Hamilton,

I write concerning the briefing schedule in this appeal. Appellant Students for Fair Admissions ("SFFA") filed this case more than five years ago. After lengthy litigation in the district court, SFFA filed its notice of appeal on October 4, 2019. This Court docketed the appeal one week later. Nearly three months have passed since then, but the parties have not received a briefing schedule from the Court.

Although SFFA understands the many demands on this Court's time, it respectfully asks for a briefing schedule as expeditiously as possible. This case involves issues of national importance regarding the legality of Harvard's use of race in college admissions. Given its importance, the length of time since this case was filed, and the likelihood that whoever loses will seek further review, SFFA would greatly appreciate a briefing schedule so it can begin vindicating its rights on appeal.

Very Respectfully,

 /s/ *William S. Consovoy*
Counsel for Students for Fair Admissions, Inc.

## CERTIFICATE OF SERVICE

I filed this letter with this Court via ECF, which will notify the following counsel for Appellee:

William F. Lee
Felicia H. Ellsworth
Andrew S. Dulberg
Elizabeth Connell Mooney
Joseph H. Mueller
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
william.lee@wilmerhale.com
felicia.ellsworth@wilmerhale.com
andrew.dulberg@wilmerhale.com
elizabeth.mooney@wilmerhale.com
sarah.frazier@wilmerhale.com
joseph.mueller@wilmerhale.com

Seth P. Waxman
Paul R.Q. Wolfson
Danielle Conley
Brittany Amadi
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com
danielle.conley@wilmerhale.com
brittany.amadi@wilmerhale.com
daniel.winik@wilmerhale.com

Debo P. Adegbile
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

Ara B. Gershengorn
HARVARD UNIVERSITY
OFFICE OF THE GENERAL COUNSEL
1350 Massachusetts Ave
Ste 980
Cambridge, MA 02138-3826
ara_gershengorn@harvard.edu

Dated: January 7, 2019

_/s/ William S. Consovoy_
Counsel for Students for Fair Admissions, Inc.