ZIP 02210 $001.30
02 4W
0000354155 JAN 08 2020

2020 JAN 27 PM 2: 46

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

19-2005
Briefing Notice
Issued January 7, 2020



NIXIE　　326　4C 1　　7201/23/20
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 02210300299　　2247N023081-00502