Notice issued January 7, 2020

2020 JAN 30 PM 1:55
RECEIVED
US COURT OF APPEAL
FIRST CIRCUI
CLERK'S OFFI

Lee C. Cheng
Asian American Legal Foundation
100 Spectrum Center Dr
Irvine, CA 92618

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

NIXIE    910   4E 1       7201

OFFICIAL BUSINESS
BOSTON, MA 02210
1 COURTHOUSE WAY, SUITE 2500

USMS SCREENED

Case: 19-2005   Document: 00117548425   Page: 1   Date Filed: 01/30/2020   Entry ID: 6315578