No. 19-2005

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,
*Plaintiff-Appellant*,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Massachusetts

## ASSENTED TO MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF

Per Local Rule 32.4, Students for Fair Admissions, Inc. (SFFA) asks this Court for leave to file an oversized opening brief. SFFA requests an additional **2,000 words**, for a total word limit of 15,000.

Harvard assents to this motion. This motion is timely because SFFA's brief is due on February 18, 2020. *See* Local Rule 32.4 (motion is due ten days before opening brief is due); Fed. R. App. P. 26(a)(1) (when motion's due date falls on a Saturday, the motion is due the following Monday).

Compelling reasons support this motion. An additional 2,000 words are needed to adequately apprise this Court of the legal and factual questions on appeal. Those questions raise broad challenges to Harvard's race-based admissions policy and required

extensive litigation in the district court. Specifically, the parties litigated for five years, generating nearly 700 docket entries and culminating in a 15-day trial. The parties' post-trial briefs, which will closely resemble their appellate briefs, totaled nearly 300 pages. SFFA estimates that an additional 2,000 words will allow it to give these important issues the attention they deserve.

Respectfully submitted,

  *s/ William S. Consovoy*

Adam K. Mortara
J. Scott McBride
Krista J. Perry
BARTLIT BECK LLP
54 W. Hubbard St., Ste. 300
Chicago, IL 60654
(312) 494-4469

John M. Hughes
Katherine L.I. Hacker
Meg E. Fasulo
BARTLIT BECK LLP
1801 Wewatta St., Ste. 1200
Denver, CO 80202
(303) 592-3140

William S. Consovoy
Thomas R. McCarthy
J. Michael Connolly
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
10 Post Office Sq., 8th Fl.,
PMB #706
Boston, MA 02109
(617) 227-0548

*Counsel for Appellant Students for Fair Admissions, Inc.*

## CERTIFICATE OF COMPLIANCE

This motion complies with Rule 27(d)(2) because it does not exceed 5,200 words.

This motion complies with Rule 27(d)(1) because it was prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: February 10, 2020　　　　　　　　　　*s/ William S. Consovoy*

# CERTIFICATE OF SERVICE

I filed this motion via the Court's ECF system, which will electronically notify the following:

William F. Lee
Felicia H. Ellsworth
Andrew S. Dulberg
Elizabeth Connell Mooney
Joseph H. Mueller
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
william.lee@wilmerhale.com
felicia.ellsworth@wilmerhale.com
andrew.dulberg@wilmerhale.com
elizabeth.mooney@wilmerhale.com
sarah.frazier@wilmerhale.com
joseph.mueller@wilmerhale.com

Seth P. Waxman
Paul R.Q. Wolfson
Danielle Conley
Brittany Amadi
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com
danielle.conley@wilmerhale.com
brittany.amadi@wilmerhale.com
daniel.winik@wilmerhale.com

Debo P. Adegbile
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

Ara B. Gershengorn
HARVARD UNIVERSITY
OFFICE OF THE GENERAL COUNSEL
1350 Massachusetts Ave
Ste 980
Cambridge, MA 02138-3826
ara_gershengorn@harvard.edu

Dated: February 10, 2020            *s/ William S. Consovoy*