# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2005            **Short Title:** Students for Fair Admissions v. President & Fellows of Harvard College

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):
President & Fellows of Harvard College                                                    as the

[ ] appellant(s)            [✓] appellee(s)            [ ] amicus curiae

[ ] petitioner(s)           [ ] respondent(s)           [ ] intervenor(s)


/s/ Danielle Conley                                February 12, 2020
Signature                                          Date

Danielle Conley
Name

Wilmer Cutler Pickering Hale and Dorr LLP          (202) 663-6000
Firm Name (if applicable)                          Telephone Number

1875 Pennsylvania Avenue, NW                        (202) 663-6363
Address                                            Fax Number

Washington, DC  20006                              Danielle.Conley@wilmerhale.com
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 1187355


Has this case or any related case previously been on appeal?

[  ] No            [✓] Yes   Court of Appeals No. 15-1823
============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).