# United States Court of Appeals
## For the First Circuit

No. 19-2005

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Appellant

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

Defendant - Appellee

THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS

Defendant

**NOTICE**

Issued: February 13, 2020

Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After February 27, 2020, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

Rachel Hutchinson
Krithika Santhanam
Gordon M. Fauth
Dennis J. Saffran
Christopher Lapinig
Matthew J. Higgins
Jessica Rossman

Adam R.F. Gustafson
Dennis D. Parker
Kristen Clarke
Hemmie Chang
Jessica Calvo-Friedman
Meg E. Fasulo
Lee C. Cheng
David Grau
Joel Buckman
Stephanie J. Gold
Earl A. Kirkland
Minsuk Han
Dean Richland
John J. Park
Matthew J. Donnelly
Kenneth Kimerling
Katherine L.I. Hacker
Laboni Hoq
Priya A. Lane
Anton Metlitsky
Matthew M. Cregor
Claylan Boyden Gray
Ruth A. Bourquin
J Scott McBride
Joanne L. Wisner
Hilary F. Pinion
Peter G. McDonough
Jennifer N. Seich
Krista J. Perry
Marc John Randazza
Randall Baldwin Clark

              Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Gerry Claude - (617) 748-4275

cc:
Debo P. Adegbile
Brittany Amadi

Peter Antonelli
Genevieve Bonadies Torres
Ruth A. Bourquin
Joel Buckman
Sarah Burg
Jessica Calvo-Friedman
Hemmie Chang
Apalla U. Chopra
Randall Baldwin Clark
Kristen Clarke
Danielle Conley
John Michael Connolly
William S. Consovoy
Kathryn R. Cook
Lawrence L. Crawford
Matthew M. Cregor
Lawrence E. Culleen
Emma Dinan
Matthew J. Donnelly
Andrew S. Dulberg
Dwight Gerard Duncan
Felicia H. Ellsworth
Jessica Lynn Ellsworth
Gordon M. Fauth Jr.
Bradley N. Garcia
Ara B. Gershengorn
Stephanie J. Gold
David Grau
Claylan Boyden Gray
Jon M. Greenbaum
Adam R.F. Gustafson
Minsuk Han
Sarah Elaine Harrington
Matthew S. Hellman
Matthew J. Higgins
Sarah Hinger
Derek Tam Ho
Jennifer A. Holmes
Laboni Hoq
John M. Hughes
Rachel Hutchinson
Sherrilyn Ann Ifill
Kenneth Kimerling
Earl A. Kirkland III
Rachel Kleinman
Priya A. Lane

Christopher Lapinig
Douglass C. Lawrence
Jin Hee Lee
Jin Hee Lee
William F. Lee
Donald Campbell Lockhart
Steven L. Mayer
Thomas R. McCarthy
Cara McClellan
Peter G. McDonough
Patrick D. McKegney
Anton Metlitsky
Elizabeth Connell Mooney
Adam K. Mortara
Joseph J. Mueller
Janai Nelson
Cameron Thomas Norris
Bradley Oppenheimer
Seth B. Orkand
Dennis D. Parker
Eric Grant Penley
Nancy Leeds Perkins
Hilary F. Pinion
Marc John Randazza
Dean Richland
Madeleine Kristine Rodriguez
Richard J. Rosensweig
Jessica Rossman
Dennis J. Saffran
Paul M. Sanford
Krithika Santhanam
Sigmund D. Schutz
Matthew R Segal
Jennifer N. Seich
Oren McCleary Sellstrom
Samuel Spital
Patrick N. Strawbridge
Kenneth N. Thayer
Natashia Tidwell
Michaele N. Turnage Young
Seth P. Waxman
Joanne L. Wisner
Paul R.Q. Wolfson