No. 19-2005

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,
*Plaintiff-Appellant*,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Massachusetts

## OPPOSITION TO DEFENDANT-APPELLEE'S
## MOTION FOR AN EXTENSION OF TIME

Harvard seeks an additional 56 days to file its brief—a total briefing window of 86 days, likely pushing oral argument to the end of 2020 (if not later). SFFA filed this civil-rights case *in 2014*. While SFFA reluctantly consented to a 28-day extension on Harvard's brief, it opposes any further efforts at delay.

1.      Because delays necessarily injure parties who rely on the court system to vindicate their rights, extensions of time require "good cause." Fed. R. App. 31(a). Harvard has not established good cause for nearly tripling the ordinary briefing schedule.

1

2.      Harvard's attorneys have no actual conflict that would prevent them from drafting an appellate brief by the current deadline of March 19. While they are litigating six other appeals, Mot. ¶3, "[g]ood cause does not mean simply … 'I'm busy' … or 'the press of other business prevented me from briefing the case on time.'" *Ten Pointers for an Appeal*, U.S. Ct. of Appeals for the 1st Cir. Regardless, none of Harvard's six appeals even has a deadline before March 19—much less before the extended date that SFFA offered (April 16). Nor is six appeals a particularly heavy load for the (no less than) seven attorneys that Harvard has staffed on this appeal, all of whom work for one of the biggest law firms in the world. Over any three-month timeframe, including the three-month timeframe that immediately preceded SFFA's brief, SFFA's attorneys file briefs and make arguments in dramatically more cases in courts across the country, including in the U.S. Supreme Court, on matters of national importance.

3.      While SFFA agrees that this case is important and the record is voluminous, those facts have little to do with how much time Harvard needs *on appeal*. The parties' appellate counsel and trial counsel are the same. Counsel already sifted through the record and made their legal arguments in the district court, culminating in comprehensive trial-court briefs. SFFA has not raised any legal argument or factual point that Harvard has not seen—and responded to at length—below.

4.      Harvard contends that an 86-day briefing period would match the supposedly 141 days that SFFA had to submit its opening brief (Harvard starts counting from the issuance of the district court's opinion). Mot. ¶4. The two periods are not

remotely comparable. SFFA took three days before filing its notice of appeal, this Court took one week to docket the appeal, and the rules gave SFFA 40 days to submit an opening brief. For the remaining three months, SFFA was waiting for this Court to issue a briefing schedule. SFFA made repeated calls to the Clerk's Office asking why the briefing schedule was taking much longer than usual, and ultimately submitted a letter to the same effect. *See* CA1 Doc. # 00117534977. SFFA did not ask for this delay; nor did its attorneys, given the press of other business, spend those three months finetuning SFFA's brief in this case.

That SFFA has already suffered substantial delays on appeal should not be held against it. That fact is instead a reason why Harvard's request for still more delay should be denied.

Harvard should be granted, at most, a 28-day extension to file its brief.

Respectfully submitted,

 s/ *William S. Consovoy*

Adam K. Mortara
BARTLIT BECK LLP
54 W. Hubbard St., Ste. 300
Chicago, IL 60654
(312) 494-4469

John M. Hughes
BARTLIT BECK LLP
1801 Wewatta St., Ste. 1200
Denver, CO 80202
(303) 592-3140

William S. Consovoy
Thomas R. McCarthy
J. Michael Connolly
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
10 Post Office Sq., 8th Fl.,

3

PMB #706
Boston, MA 02109
(617) 227-0548

*Counsel for Appellant Students for Fair Admissions, Inc.*

## CERTIFICATE OF COMPLIANCE

This opposition complies with Rule 27 because it does not exceed 5,200 words.

This opposition also complies with Rule 32 because it has been prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: February 20, 2020                    *s/ William S. Consovoy*

## CERTIFICATE OF SERVICE

I filed this opposition via the Court's ECF system, which will electronically notify

the following:

William F. Lee
Felicia H. Ellsworth
Andrew S. Dulberg
Elizabeth Connell Mooney
Joseph H. Mueller
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
william.lee@wilmerhale.com
felicia.ellsworth@wilmerhale.com
andrew.dulberg@wilmerhale.com
elizabeth.mooney@wilmerhale.com
sarah.frazier@wilmerhale.com
joseph.mueller@wilmerhale.com

Debo P. Adegbile
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

Seth P. Waxman
Paul R.Q. Wolfson
Danielle Conley
Brittany Amadi
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com
danielle.conley@wilmerhale.com
brittany.amadi@wilmerhale.com
daniel.winik@wilmerhale.com

Ara B. Gershengorn
HARVARD UNIVERSITY
OFFICE OF THE GENERAL COUNSEL
1350 Massachusetts Ave, Ste 980
Cambridge, MA 02138-3826
ara_gershengorn@harvard.edu

Dated: February 20, 2020                    *s/ William S. Consovoy*