OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

BOSTON MA 021
11 FEB 20
PM 2 L

U.S. POSTAGE >> PITNEY BOWES
ZIP 02210 $ 000.50⁰
02 4W
0000354155 FEB 11 2020

USMS SCREENED

2020 FEB 21 AM 11:52
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

19-2005
Order entered February 10, 2020

Lee C. Cheng
Asian American Legal Foundation
100 Spectrum Center Dr
Irvine, CA 92618

NIXIE        910   DE 1         0002/16/20
         RETURN TO SENDER
              REFUSED
         UNABLE TO FORWARD
BC: 02210300425       *2621-02902-11-43