The Court of Appeals
For The First Circuit et al.

Students For Fair Admissions
Inc.,

plaintiffs

2020 FEB 14 PM 12:36
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

vs.

President And Fellows of Harvard College et al,

defendants

vs.

Lawrence L Crawford aka Jonah Gabriel JahJah T. Tishbite

INTERESTED PARTY

DOCKET NO. 19-2005 ET AL.

Affidavit of Service

I, Jah-Jah Al Mahdi do hereby certify, that I have mailed and or served a copy of an Affidavit of Facts giving Judicial Notice; Motion for Full Disclosure; motion for reset and or extension of time to submit Appellant's Brief on the 1st Circuit Court of Appeals by US mail postage

2 of 8

prepaid by placing it in the institution mailbox on FEBRUARY 10, 2020.

Respectfully,
JAH JAH Al mahdi

[signature]

FEBRUARY 10, 2020

The Court of Appeals
For the First Circuit et al.
_____

Students For Fair Admissions Inc.

plaintiffs

vs.

President and Fellows of Harvard College et al.

defendants

vs.

Lawrence L Crawford aka Jonah Gabriel Jah Jah T. Tishbite

INTERESTED PARTY
---

DOCKET NO 19-2005 et al.,
---

Affidavit of Facts giving Judicial Notice; motion for Full Disclosure; motion for A Reset and or Extension of Time to submit Appellants Brief

---

To: The 1st Circuit Court of Appeals et al.,

The court gave me until February 18, 2020 to submit brief. I am respectfully motioning for full disclosure and that the appellant be fully informed as to what other parties besides himself are seeking to appeal the court's decision in this case and their case numbers. Not knowing this information will extremely prejudice me in placing forth my brief. Whether or not I am the sole party seeking to appeal will directly effect the nature in which I would

6 of 8

seek to place my litigation before the court. Therefore, I motion for full disclosure and this information be sent to me before I am required to place my brief before this court.

Inasmuch, due to this request for full disclosure, I also motion for an extension of time and or reset on the time required that I submit the brief to allow the 1st Circuit to forward me this needed information which is essential to the

NATURE in which I would then seek to place forth my litigation before the court. The APPELLANT PRAYS the court will GRANT this REQUEST to include ANY AND ALL other relief it would deem just, fair and proper.

Respectfully
Jahjah Al mahdi

*[signature]*

FEBRUARY 10, 2020

LAWRENCE L CRAWFORD
#300839 F3A-Rm 1145
LEE C.R. 990 WISACKY HWY
Bishopville SC 29010

US COUR[T]
FOR TH[E]
1 COURTHO[USE]
BOSTON

US court of Appeals
for the first circuit
1 courthouse way suite 2500
Boston MA 02210