**No. 2019-2005**

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

---

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Appellant

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Defendant - Appellee.

---

On Appeal from the United States District Court for the District of Massachusetts

---

**ASSENTED-TO MOTION TO WITHDRAW ELIZABETH C. MOONEY AS COUNSEL FOR DEFENDANT-APPELLEE**

---

> WILLIAM F. LEE
> FELICIA H. ELLSWORTH
> WILMER CUTLER PICKERING
>   HALE AND DORR LLP
> 60 State Street
> Boston, MA  02109
> (617) 526-6000
>
> *Counsel for Defendant-Appellee*[1]

February 24, 2020

---

[1] Counsel continued on signature page

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Defendant-Appellee President and Fellows of Harvard College certifies that it is a non-profit corporation with no parent corporation and that no public company owns any interest in it.

Pursuant to First Circuit Local Rule 12.0(b), Defendant-Appellee respectfully requests that this Court consent to the withdrawal of Elizabeth C. Mooney as counsel of record. Ms. Mooney is no longer affiliated with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). The remaining undersigned WilmerHale attorneys, all of whom have entered appearances, continue to serve as counsel to Defendant-Appellee. Plaintiff-Appellant and their counsel assent to this motion. Undersigned counsel thereby request that Ms. Mooney be withdrawn as counsel.

|  |  |
|---|---|
|  | Respectfully submitted, |
| FEBRUARY 24, 2020 | /s/ FELICIA H. ELSWORTH<br>WILLIAM F. LEE<br>FELICIA H. ELLSWORTH<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>(617) 526-6000<br>william.lee@wilmerhale.com<br>felicia.ellsworth@wilmerhale.com<br><br>SETH P. WAXMAN<br>PAUL R.Q. WOLFSON<br>Danielle Conley<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 663-6000<br>seth.waxman@wilmerhale.com<br>paul.wolfson@wilmerhale.com<br>danielle.conley@wilmerhale.com |

DEBO P. ADEGBILE
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
debo.adegbile@wilmerhale.com

*Counsel for Defendant-Appellee*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d) and 32(g), the undersigned hereby certifies that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).

1. Exclusive of the accompanying documents as authorized by Fed. R. App. P. 27(a)(2)(B) and the exempted portions of the motion as provided by Fed. R. App. P. 27(d)(2) and 32(f), the motion contains 81 words.

2. The motion has been prepared in proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font as provided by Fed. R. App. P. 32(a)(5)-(6).  As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

        /S/ FELICIA H. ELSWORTH
        FELICIA H. ELLSWORTH
        WILMER CUTLER PICKERING
          HALE AND DORR LLP
        60 State Street
        Boston, MA  02109
        (617) 526-6000
        felicia.ellsworth@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/S/ FELICIA H. ELSWORTH
FELICIA H. ELLSWORTH
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
felicia.ellsworth@wilmerhale.com