# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 19-2005        Short Title: SFFA v. Harvard

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

__National Association of Scholars__ as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

__/s/ Dwight G. Duncan__                __February 24, 2020__
Signature                                Date

__Dwight G. Duncan__
Name

                                         __508-985-1124__
Firm Name (if applicable)                Telephone Number

__333 Faunce Corner Road__               __508-985-1115__
Address                                  Fax Number

__North Dartmouth, MA  02747__           __dduncan@umassd.edu__
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: __36470__

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes    Court of Appeals No. __15-1823__

---

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# CERTIFICATE OF SERVICE

I filed this notice of appearance on behalf of amicus National Association of Scholar via the Court's ECF system, which will electronically notify the following:

William F. Lee
Felicia H. Ellsworth
Andrew S. Dulberg
Elizabeth Connell Mooney
Joseph H. Mueller
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
william.lee@wilmerhale.com
felicia.ellsworth@wilmerhale.com
andrew.dulberg@wilmerhale.com
elizabeth.mooney@wilmerhale.com
sarah.frazier@wilmerhale.com
joseph.mueller@wilmerhale.com

Debo P. Adegbile
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

Adam K. Mortara
BARTLIT BECK LLP
54 W. Hubbard St., Ste. 300
Chicago, IL 60654
(312) 494-4469
mortara@bartlitbeck.com

Seth P. Waxman
Paul R.Q. Wolfson
Danielle Conley
Brittany Amadi
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com
danielle.conley@wilmerhale.com
brittany.amadi@wilmerhale.com
daniel.winik@wilmerhale.com

Ara B. Gershengorn
HARVARD UNIVERSITY
OFFICE OF THE GENERAL COUNSEL
1350 Massachusetts Ave, Ste 980
Cambridge, MA 02138-3826
ara_gershengorn@harvard.edu

William S. Consovoy
Thomas R. McCarthy
J. Michael Connolly
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com

| | |
|---|---|
| John M. Hughes<br>BARTLIT BECK LLP<br>1801 Wewatta St., Ste. 1200<br>Denver, CO 80202<br>(303) 592-3140<br>john.hughes@bartlitbeck.com | Patrick Strawbridge<br>CONSOVOY MCCARTHY PLLC<br>10 Post Office Sq., 8th Fl., PMB #706<br>Boston, MA 02109<br>(617) 227-0548<br>patrick@consovoymccarthy.com |

Dated: February 24, 2020                                  *s/ Dwight G. Duncan*