# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 19-2005    Short Title: Students for Fair Admissions v. President & Fellows of Harvard College

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Amici Curiae Harvard Student and Alumni Organizations (see attachment)     as the

[ ] appellant(s)        [ ] appellee(s)        [✓] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ Rachel Kleinman
Signature

February 24, 2020
Date

Rachel Kleinman
Name

NAACP Legal Defense & Educational Fund, Inc.
Firm Name (if applicable)

(212) 965-2200
Telephone Number

40 Rector Street, 5th Floor
Address

(212) 226-7592
Fax Number

New York, NY 10006
City, State, Zip Code

rkleinman@naacpldf.org
Email (required)

Court of Appeals Bar Number: 1178320

Has this case or any related case previously been on appeal?

[ ] No        [✓] Yes    Court of Appeals No. 15-1823

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# Amici Curiae Harvard Student and Alumni Organizations in Support of Appellee

21 Colorful Crimson

Harvard Black Alumni Society

Association for Black Harvard Women

Coalition for a Diverse Harvard

First Generation Harvard Alumni

Fuerza Latina of Harvard

Harvard Asian American Alumni Alliance

Harvard Asian American Brotherhood

Harvard Islamic Society

Harvard Japan Society

Harvard Korean Association

Harvard Latino Alumni Alliance

Harvard Minority Association of Pre-medical Students

Harvard Phillips Brooks House Association

Harvard Progressive Jewish Alumni

Harvard South Asian Association

Harvard University Muslim Alumni

Harvard Vietnamese Association

Harvard-Radcliffe Asian American Association

Harvard-Radcliffe Asian American Women's Association

Harvard-Radcliffe Black Students Association

Harvard-Radcliffe Chinese Students Association

Kuumba Singers of Harvard College

Native American Alumni of Harvard University

Native Americans at Harvard College

Task Force on Asian And Pacific American Studies at Harvard