# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2005        **Short Title:** Students for Fair Admissions v

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Amici Curiae, Asian American Coalition for Education, and Asian American Legal Foundation as the

[ ] appellant(s)            [ ] appellee(s)            [✔] amicus curiae

[ ] petitioner(s)           [ ] respondent(s)          [ ] intervenor(s)

/s/ Gordon M. Fauth, Jr.                    2/24/2020
Signature                                    Date

Gordon M. Fauth, Jr.
Name

Litigation Law Group                         (510) 238-9610
Firm Name (if applicable)                    Telephone Number

1935 Addison St., Ste. A                     (510) 473-0603
Address                                      Fax Number

Berkeley, CA 94704                           gmf@classlitigation.com
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: 1186680

Has this case or any related case previously been on appeal?

[ ] No        [✔] Yes    Court of Appeals No. 15-1823

====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).