No. 19-2005

**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

---

STUDENTS FOR FAIR ADMISSIONS, INC.,
*Plaintiff-Appellant*,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,
*Defendant-Appellee*.

---

On Appeal from the United States District Court
for the District of Massachusetts

---

# ASSENTED TO MOTION TO SEAL SUPPLEMENTAL SEALED APPENDIX

---

Per Local Rules 11.0(c) and 30.0(g), Plaintiff-Appellant Students for Fair Admissions (SFFA) moves this Court for an order permitting the parties to file under seal their supplemental sealed appendix. Defendant-Appellee President and Fellows of Harvard College (Harvard) assents to this motion.

In their briefs before this Court, the parties intend to cite documents that were sealed by the district court. SFFA thus moves this Court for an order permitting these materials to be filed under seal in a separate appendix. *See* L.R. 30.0(g). The present motion is being filed in paper form per Local Rule 11(c)(2).

Accordingly, SFFA respectfully requests that the parties' supplemental sealed appendix, which was mailed to the Court on February 18, be filed under seal.

Respectfully submitted,

*s/ William S. Consovoy*

Adam K. Mortara
BARTLIT BECK LLP
54 W. Hubbard St., Ste. 300
Chicago, IL 60654
(312) 494-4469

John M. Hughes
BARTLIT BECK LLP
1801 Wewatta St., Ste. 1200
Denver, CO 80202
(303) 592-3140

William S. Consovoy
Thomas R. McCarthy
J. Michael Connolly
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
10 Post Office Sq., 8th Fl.,
PMB #706
Boston, MA 02109
(617) 227-0548

*Counsel for Appellant Students for Fair Admissions, Inc.*

## CERTIFICATE OF COMPLIANCE

This motion complies with Rule 27 because it does not exceed 5,200 words. This motion also complies with Rule 32 because it has been prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: February 24, 2020 *s/ William S. Consovoy*

## CERTIFICATE OF SERVICE

I mailed this motion to the Court and simultaneously emailed a copy to the following counsel for Harvard:

Felicia H. Ellsworth
Andrew S. Dulberg
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com
andrew.dulberg@wilmerhale.com

Dated: February 24, 2020

*s/ William S. Consovoy*



Case: 19-2005 Document: 00117556468 Page: 4 Date Filed: 02/25/2020 Entry ID: 6319849

RESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE

1007

02210

U.S. PO
PME 1-Day
ARLINGTON, VA
22209
FEB 24, 20
AMOUNT
**$26.35**
R2304E105088-09

IORITY
MAIL ★
PRESS™

TEST SERVICE IN THE U.S.

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

EJ 060 337 719 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT) PHONE (703) 243-9423

Consovoy McCarthy PLLC
1600 Wilson Blvd Suite 700
Arlington VA 22209

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT) PHONE ( )

Maria R. Hamilton, Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston MA 02210

ZIP + 4® (U.S. ADDRESSES ONLY) 0 2 2 1 0

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code: 22209 | Scheduled Delivery Date (MM/DD/YY): 2/25/20 | Postage: $ 26.35 | |
|---|---|---|---|
| Date Accepted (MM/DD/YY): 2/24/20 | Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON | Insurance Fee: $ — | COD Fee: $ — |
| Time Accepted: 2:44 ☐ AM ☑ PM | 10:30 AM Delivery Fee: $ — | Return Receipt Fee: $ — | Live Animal Transportation Fee: $ — |
| Special Handling/Fragile: $ — | Sunday/Holiday Premium Fee: $ — | Total Postage & Fees: $ 26.35 | |
| Weight: ☑ Flat Rate lbs. ozs. | Acceptance Employee Initials: MMA | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, MARCH 2019 PSN 7690-02-000-9996

ED INTERNATIONALLY,
TOMS DECLARATION
MAY BE REQUIRED.

y 2013 OD: 12.5 x 9.5

+ Money Back Guarantee for U.S. destinations only.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may