# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** No. 19-2005            **Short Title:** SFFA v. Harvard

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

United States of America _____ as the

[ ] appellant(s)           [ ] appellee(s)           [✓] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)         [ ] intervenor(s)

s/ Matthew J. Donnelly                    2/25/2020
Signature                                 Date

Matthew J. Donnelly
Name

United States Department of Justice       202-616-2788
Firm Name (if applicable)                 Telephone Number

950 Pennsylvania Avenue, NW               _____
Address                                   Fax Number

Washington, DC 20530                      matthew.donnelly@usdoj.gov
City, State, Zip Code                     Email (required)

Court of Appeals Bar Number: 1186694

Has this case or any related case previously been on appeal?

[ ] No        [✓] Yes    Court of Appeals No. 15-1823

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).