# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 19-2005     **Short Title:** SFFA v. President & Fellows

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: Michael Keane, Hanming Fang, Christopher Flinn, Stefan Hoderlein, Yingyao Hu, Joseph Kaboski, Glenn Loury, Thomas Mroz, John Rust & Matthew Shum as the

[ ] appellant(s)     [ ] appellee(s)     [✓] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Randall B. Clark
Signature

2/25/2020
Date

Randall B. Clark
Name

Randall B. Clark, Atty. at Law
Firm Name (if applicable)

603-8801-3039
Telephone Number

80A West Hollis Road
Address

603-925-0100
Fax Number

Hollis, NH 03049
City, State, Zip Code

rbc@randallbclark.com
Email (required)

Court of Appeals Bar Number: 97663

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No.

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).