# United States Court of Appeals
## For the First Circuit

_____

No. 19-2005

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Appellant

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

Defendant - Appellee

THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS

Defendant

_____

**ORDER OF COURT**

Entered: February 26, 2020
Pursuant to 1st Cir. R. 27.0(d)

Defendant-Appellee President and Fellows of Harvard College's motion to file a brief of 15,000 words, 2,000 words over the length permitted in Rule 32(a)(7), is granted.


By the Court:

Maria R. Hamilton, Clerk


cc:
Paul M. Sanford
William S. Consovoy
Patrick N. Strawbridge
Thomas R. McCarthy
John Michael Connolly
Cameron Thomas Norris
Adam K. Mortara
John M. Hughes
Felicia H. Ellsworth

Seth P. Waxman
Ara B. Gershengorn
William F. Lee
Joseph J. Mueller
Paul R.Q. Wolfson
Debo P. Adegbile
Andrew S. Dulberg
Elizabeth Connell Mooney
Brittany Amadi
Danielle Conley
Sigmund D. Schutz
Eric Grant Penley
Janai Nelson
Jin Hee Lee
Sherrilyn Ann Ifill
Rachel Kleinman
Cara McClellan
Earl A. Kirkland III
Jennifer A. Holmes
Michaele N. Turnage Young
Samuel Spital
Kenneth N. Thayer
Kathryn R. Cook
Dwight Gerard Duncan
Dennis J. Saffran
Jessica Lynn Ellsworth
Natashia Tidwell
Peter G. McDonough
Stephanie J. Gold
Joel Buckman
Matthew J. Higgins
Donald Campbell Lockhart
Matthew J. Donnelly
Hilary F. Pinion
Madeleine Kristine Rodriguez
Sarah Burg
Kenneth Kimerling
Dean Richland
Hemmie Chang
Rachel Hutchinson
Jennifer N. Seich
Marc John Randazza
Gordon M. Fauth Jr.
Richard J. Rosensweig
Sarah Elaine Harrington
Jon M. Greenbaum

Nancy Leeds Perkins
Steven L. Mayer
Emma Dinan
Priya A. Lane
Oren McCleary Sellstrom
Genevieve Bonadies Torres
Matthew M. Cregor
Christopher Lapinig
Laboni Hoq
David Grau
Kristen Clarke
Krithika Santhanam
Lawrence L. Crawford
Lawrence E. Culleen
Seth B. Orkand
Matthew S. Hellman
Bradley N. Garcia
Apalla U. Chopra
Patrick D. McKegney
Joanne L. Wisner
Anton Metlitsky
Ruth A. Bourquin
Dennis D. Parker
Matthew R Segal
Sarah Hinger
Jessica Calvo-Friedman
Jessica Rossman
Randall Baldwin Clark
Adam R.F. Gustafson
Claylan Boyden Gray
Jin Hee Lee
Peter Antonelli
Douglass C. Lawrence
Derek Tam Ho
Bradley Oppenheimer
Minsuk Han