# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

No. 19-2005     Short Title: Students for Fair Admissions v. President & Fellows of Harvard

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

United States _____ as the

[ ] appellant(s)      [ ] appellee(s)         [✓] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)       [ ] intervenor(s)

s/ Thomas E. Chandler                         February 25, 2020
Signature                                     Date

Thomas E. Chandler
Name

U.S. Dept. of Justice, Civil Rights Division   202-307-3192
Firm Name (if applicable)                      Telephone Number

Ben Franklin Station, P.O. Box 14403           202-514-8490
Address                                        Fax Number

Washington, D.C. 20044-4403                    Thomas.Chandler2@usdoj.gov
City, State, Zip Code                          Email (required)

Court of Appeals Bar Number: 1067318

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes   Court of Appeals No. 15-1823

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).