# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 19-2005    **Short Title:** Students for Fair Admissions v. President & Fellows of Harvard College

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Amici Curiae Students, Prospective Students, and Alumni of Harvard College (see attachment) as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Nancy L. Perkins
Signature

2/26/2020
Date

Nancy L. Perkins
Name

Arnold & Porter Kaye Scholer LLP
Firm Name (if applicable)

(202) 942-5000
Telephone Number

601 Massachusetts Avenue, NW
Address

(202) 942-5999
Fax Number

Washington, DC 20001
City, State, Zip Code

nancy.perkins@arnoldporter.com
Email (required)

Court of Appeals Bar Number: 1171296

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes    Court of Appeals No. 15-1823

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## **Attachment**

Amici Curiae Students, Prospective Students, and Alumni of Harvard College

M. B.

K. C.

Sarah Cole

Y. D.

G. E.

A. G.

I. G.

R. H.

J. L.

Fadhal Moore

Arjini Kumari Nawal

R. S.

Itzel Vasquez-Rodriguez

Keyanna Wigglesworth