Case No. 19-2005

2020 FEB 25 PM 3:09

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

# UNITED STATES COURT OF APPEAL
## FOR THE FIRST CIRCUIT

**STUDENTS FOR FAIR ADMISSIONS, INC.**
PLAINTIFF-APPELLANT

v.

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE**
DEFENDANT-APPELLEE

On Appeal from the United States District Court
for the District of Massachusetts

## MOTION FOR LEAVE TO FILE PRO SE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS-APPELLANTS

Jun Xiao, PahrmD, Ph.D. (pro se)
231 North Ave.
Battle Creek, MI 49017
Tel: 248-568-6037
E-mail: jxccny@yahoo.com

Xiaoying Yu, Epidemiologist (pro se)
555 Kirkcaldy Way,
Abingdon MD 21009
xyu002@gmail.com

Yong Li, Software Developer (pro se)
32 Willow Road
Sudbury MA 01776
Tel: (978) 579 9918
yong01776@gmail.com

Haiying Li, CPA (pro se)
11300 Rockville Pike, #800,
Rockville, MD 20852
hli@skmb-cpa.com

## MOTION FOR LEAVE TO FILE AMICUS BRIEF

Pursuant to Federal Rule of Appellate Procedure 29, Pro se Jun Xiao, PahrmD, Ph.D., Yong Li, Software Developer, Xiaoying Yu, PahrmD, Ph.D. and Haiying Li, CPA, ("The Amici"), move the court for leave to file an amicus curiae brief in support of rehearing so that it can provide the court with the voice of Asian American with respect to the importance of this issue and how the Defendants Harvard University and the officers are in violation of Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d et seq with respect to admission Asian students by marking down personal rates.

## INTEREST OF ASSOCIATION FOR JUSTICE

Pro se Jun Xiao, PahrmD, Ph.D., Yong Li, Software Developer, Xiaoying Yu, PahrmD, Ph.D. and Haiying Li, CPA are U.S. citizens or residents. They are all from Asian American families. The Amici experienced, or their kids are in experience or going to apply to colleges or universities. They support Affirmative Action. However, they disagree that to sacrifice a specific group, for example, Asian American students, to satisfy the Affirmative Action. The Amici, in its brief, discusses the likely consequence on Asian students from the unfair admission system by Harvard University.

1

The brief also discusses how the unfairness would negatively affect those students who seems are "benefit" off the current admission system.

WHEREFORE, Pro se Jun Xiao, PahrmD, Ph.D., Yong Li, Software Developer, Xiaoying Yu, PahrmD, Ph.D. and Haiying Li, CPA, move this Court for entry of an order granting leave to file an amicus brief in support of Rehearing in this matter.

Date: February 25, 2020                    Respectfully submitted,

/s/ Jun Xiao                               /s/ Yong Li

Jun Xiao, PahrmD, Ph.D. (pro se)           Yong Li, Software Developer (pro se)
231 North Ave.                             32 Willow Road
Battle Creek, MI 49017                     Sudbury MA 01776
Tel: 248-568-6037                          Tel: (978) 579 9918
E-mail: jxccny@yahoo.com                   yong01776@gmail.com

/s/ Xiaoying Yu                            /s/ Haiying Li

Xiaoying Yu, Epidemiologist (pro se)       Haiying Li, CPA (pro se)
555 Kirkcaldy Way,                         11300 Rockville Pike, #800,
Abingdon MD 21009                          Rockville, MD 20852
xyu002@gmail.com                           hli@skmb-cpa.com

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Yong Li,
Yong Li,
pro se amicus