# United States Court of Appeals
## For the First Circuit

No. 19-2005

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Appellant

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

Defendant - Appellee

THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS

Defendant

**NOTICE**

Issued: February 28, 2020

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Rachel Hutchinson
Jin Hee Lee
Krithika Santhanam
Gordon M. Fauth
Christopher Lapinig
Jessica Rossman
Kristen Clarke
Hemmie Chang
Jessica Calvo-Friedman
Lee C. Cheng
David Grau
Joel Buckman
Stephanie J. Gold
Earl A. Kirkland

Minsuk Han
Dean Richland
John J. Park
Kenneth Kimerling
Katherine L.I. Hacker
Laboni Hoq
Priya A. Lane
Anton Metlitsky
Matthew M. Cregor
Claylan Boyden Gray
Joanne L. Wisner
Hilary F. Pinion
Peter G. McDonough
Jennifer N. Seich
Krista J. Perry

The following attorneys will continue to receive notice in this case:

Debo P. Adegbile
Brittany Amadi
Peter Antonelli
Ruth A. Bourquin
Sarah Burg
Apalla U. Chopra
Randall Baldwin Clark
Danielle Conley
John Michael Connolly
William S. Consovoy
Kathryn R. Cook
Lawrence L. Crawford
Lawrence E. Culleen
Emma Dinan
Matthew J. Donnelly
Andrew S. Dulberg
Dwight Gerard Duncan
Felicia H. Ellsworth
Jessica Lynn Ellsworth
Bradley N. Garcia
Ara B. Gershengorn
Jon M. Greenbaum
Adam R.F. Gustafson
Sarah Elaine Harrington
Matthew S. Hellman
Matthew J. Higgins
Sarah Hinger
Derek Tam Ho

Jennifer A. Holmes
John M. Hughes
Sherrilyn Ann Ifill
Rachel Kleinman
Douglass C. Lawrence
Jin Hee Lee
William F. Lee
Haiying Li
Yong Li
Donald Campbell Lockhart
Steven L. Mayer
Thomas R. McCarthy
Cara McClellan
Patrick D. McKegney
Elizabeth Connell Mooney
Adam K. Mortara
Joseph J. Mueller
Janai Nelson
Cameron Thomas Norris
Bradley Oppenheimer
Seth B. Orkand
Dennis D. Parker
Eric Grant Penley
Nancy Leeds Perkins
Marc John Randazza
Madeleine Kristine Rodriguez
Richard J. Rosensweig
Dennis J. Saffran
Paul M. Sanford
Sigmund D. Schutz
Matthew R Segal
Oren McCleary Sellstrom
Samuel Spital
Patrick N. Strawbridge
Kenneth N. Thayer
Natashia Tidwell
Genevieve Bonadies Torres
Michaele N. Turnage Young
Seth P. Waxman
Paul R.Q. Wolfson
Jun Xiao
Xiaoying Yu

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Gerry Claude - (617) 748-4275

cc:
Debo P. Adegbile
Brittany Amadi
Peter Antonelli
Ruth A. Bourquin
Joel Buckman
Sarah Burg
Jessica Calvo-Friedman
Hemmie Chang
Apalla U. Chopra
Randall Baldwin Clark
Kristen Clarke
Danielle Conley
John Michael Connolly
William S. Consovoy
Kathryn R. Cook
Lawrence L. Crawford
Matthew M. Cregor
Lawrence E. Culleen
Emma Dinan
Matthew J. Donnelly
Andrew S. Dulberg
Dwight Gerard Duncan
Felicia H. Ellsworth
Jessica Lynn Ellsworth
Gordon M. Fauth Jr.
Bradley N. Garcia
Ara B. Gershengorn
Stephanie J. Gold
David Grau
Claylan Boyden Gray

Jon M. Greenbaum
Adam R.F. Gustafson
Minsuk Han
Sarah Elaine Harrington
Matthew S. Hellman
Matthew J. Higgins
Sarah Hinger
Derek Tam Ho
Jennifer A. Holmes
Laboni Hoq
John M. Hughes
Rachel Hutchinson
Sherrilyn Ann Ifill
Kenneth Kimerling
Earl A. Kirkland III
Rachel Kleinman
Priya A. Lane
Christopher Lapinig
Douglass C. Lawrence
Jin Hee Lee
Jin Hee Lee
William F. Lee
Haiying Li
Yong Li
Donald Campbell Lockhart
Steven L. Mayer
Thomas R. McCarthy
Cara McClellan
Peter G. McDonough
Patrick D. McKegney
Anton Metlitsky
Elizabeth Connell Mooney
Adam K. Mortara
Joseph J. Mueller
Janai Nelson
Cameron Thomas Norris
Bradley Oppenheimer
Seth B. Orkand
Dennis D. Parker
Eric Grant Penley
Nancy Leeds Perkins
Hilary F. Pinion
Marc John Randazza
Dean Richland
Madeleine Kristine Rodriguez
Richard J. Rosensweig

Jessica Rossman
Dennis J. Saffran
Paul M. Sanford
Krithika Santhanam
Sigmund D. Schutz
Matthew R Segal
Jennifer N. Seich
Oren McCleary Sellstrom
Samuel Spital
Patrick N. Strawbridge
Kenneth N. Thayer
Natashia Tidwell
Genevieve Bonadies Torres
Michaele N. Turnage Young
Seth P. Waxman
Joanne L. Wisner
Paul R.Q. Wolfson
Jun Xiao
Xiaoying Yu