## DISCLOSURE STATEMENT
## PURSUANT TO RULES 26.1(a) and 29(a)(4)(A)

Amicus Curiae National Association of Scholars is a nongovernmental entity incorporated under Section 402 of the New York State Not-for-Profit Corporation Law. As such it is prohibited from issuing stock and thus no parent corporation or publicly held corporation owns 10% or more of such stock.

## STATEMENT PURSUANT TO RULE 29(a)(4)(E)

Amicus and counsel state pursuant to Fed. R. App. P. 29(a)(4)(E) that no party's counsel authored this brief in whole or in part; and no party, party's counsel or other person contributed money that was intended to fund preparing or submitting the brief.