## **RULE 26.1 DISCLOSURE STATEMENT**

*Amicus* Judicial Watch, Inc., is a nonprofit corporation organized under the laws of the District of Columbia. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.