## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1(a) and 29(a)(4)(A), Mountain States Legal Foundation is a nonprofit corporation organized under the laws of Colorado. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.