# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 19-205        **Short Title:** Students for Fair Admissions, ]

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

__Judicial Watch, Inc.__ as the

[ ] appellant(s)  [ ] appellee(s)  [✔] amicus curiae

[ ] petitioner(s)  [ ] respondent(s)  [ ] intervenor(s)

/s/ Timothy J. Perry
Signature

March 6, 2020
Date

Timothy J. Perry
Name

Perry Krumsiek LLP
Firm Name (if applicable)

(617) 720-4300
Telephone Number

One Boston Place, Suite 2600
Address

(617) 720-4310
Fax Number

Boston, MA 02108
City, State, Zip Code

tperry@pkdllp.com
Email (required)

Court of Appeals Bar Number: 62295

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes  Court of Appeals No._____

---

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).