No. 19-2005

———————————————

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

———————————————

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff–Appellant,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Defendant–Appellee,

and

THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS,

Defendant.

———————————————

On Appeal from the United States District Court
for the District of Massachusetts, Boston
Before the Honorable Allison D. Burroughs, District Judge

———————————————

**CORPORATE DISCLOSURE STATEMENT**

———————————————

                              JOSHUA P. THOMPSON
                              First Circuit Bar No. 1190963
                              E-mail: JThompson@pacificlegal.org
                              WENCONG FA
                              First Circuit Bar No. 1190964
                              E-mail: WFa@pacificlegal.org
                              Pacific Legal Foundation
                              930 G Street
                              Sacramento, California 95814
                              Telephone: (916) 419-7111
                              Facsimile: (916) 419-7747

                              *Attorneys for Amicus Curiae*
                              *Pacific Legal Foundation, et al.*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Amici state that there is no parent corporation or any publicly held corporation that owns ten percent or more of its stock.

Pacific Legal Foundation, Reason Foundation, and the Individual Rights Foundation are nonprofit organizations organized under the laws of California. None of these organizations have parent companies, subsidiaries, or affiliates that have issued shares to the public.

Center for Equal Opportunity (CEO) is a nonprofit organization organized under the laws of Virginia. CEO has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

The Chinese American Citizens Alliance–Greater New York (CACAGNY) is a 501(c)(8) organization incorporated under the laws of Delaware. CACAGNY has no parent companies, subsidiaries, or affiliates that have issued shares to the public.