# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2005         **Short Title:** SFFA v. Harvard

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Students for Fair Admissions, Inc.                                                              as the

[ ] appellant(s)            [ ] appellee(s)            [✔] amicus curiae

[ ] petitioner(s)           [ ] respondent(s)          [ ] intervenor(s)

/s/ Cody J. Wisniewski                        March 6, 2020
Signature                                      Date

Cody J. Wisniewski
Name

Mountain States Legal Foundation              (303) 292-2021
Firm Name (if applicable)                     Telephone Number

2596 South Lewis Way
Address                                        Fax Number

Lakewood, CO 80227                            cody@mslegal.org
City, State, Zip Code                         Email (required)

Court of Appeals Bar Number: 1193502

Has this case or any related case previously been on appeal?

[ ] No         [✔] Yes    Court of Appeals No. 15-1823

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2020, I electronically filed the foregoing using the Court's CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Cody Wisniewski*
Cody Wisniewski
Attorney for *Amicus Curiae*
