# United States Court of Appeals
## For the First Circuit

No. 19-2005

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Appellant

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

Defendant - Appellee

THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS

Defendant

**ORDER OF COURT**

Entered: March 6, 2020
Pursuant to 1st Cir. R. 27.0(d)

    Appellant Students for Fair Admissions, Inc.'s assented-to motion to file a supplemental appendix under seal is denied without prejudice to refiling because many of the items included in this volume of the appendix were not sealed by the district court. See 1st Cir. R. 11(c)-(d), 30.0(g).

On or before **March 16, 2020**, Appellant shall either tender a corrected sealed appendix containing only documents that were sealed in the district court, along with a renewed motion to seal, or file a renewed motion explaining why these documents should be sealed and specifying the desired duration of the sealing order.

                                                                                         By the Court:

                                                                    Maria R. Hamilton, Clerk

cc:
Paul M. Sanford
William S. Consovoy
Patrick N. Strawbridge

Thomas R. McCarthy
John Michael Connolly
Cameron Thomas Norris
Adam K. Mortara
John M. Hughes
Felicia H. Ellsworth
Seth P. Waxman
Ara B. Gershengorn
William F. Lee
Joseph J. Mueller
Paul R.Q. Wolfson
Debo P. Adegbile
Andrew S. Dulberg
Brittany Amadi
Danielle Conley
Sigmund D. Schutz
Eric Grant Penley
Janai Nelson
Jin Hee Lee
Sherrilyn Ann Ifill
Rachel Kleinman
Cara McClellan
Jennifer A. Holmes
Michaele N. Turnage Young
Samuel Spital
Kenneth N. Thayer
Kathryn R. Cook
Dwight Gerard Duncan
Dennis J. Saffran
Jessica Lynn Ellsworth
Natashia Tidwell
Stephanie J. Gold
Matthew J. Higgins
Donald Campbell Lockhart
Matthew J. Donnelly
Madeleine Kristine Rodriguez
Sarah Burg
Marc John Randazza
Gordon M. Fauth Jr.
Richard J. Rosensweig
Sarah Elaine Harrington
Jon M. Greenbaum
Nancy Leeds Perkins
Steven L. Mayer
Emma Dinan
Oren McCleary Sellstrom

Genevieve Bonadies Torres
Lawrence L. Crawford
Lawrence E. Culleen
Seth B. Orkand
Matthew S. Hellman
Bradley N. Garcia
Apalla U. Chopra
Patrick D. McKegney
Ruth A. Bourquin
Matthew R Segal
Jessie J. Rossman
Sarah Hinger
Randall Baldwin Clark
Adam R.F. Gustafson
Jin Hee Lee
Peter Antonelli
Douglass C. Lawrence
Derek Tam Ho
Bradley Oppenheimer
Yong Li