OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

2020 MAR -6 PM 1:02

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

U.S. POSTAGE >> PITNEY BOWES
ZIP 02210 $ 000.50
0000354155 FEB 14 2020

19-2005
Notice February 13, 2020

Not here

David Grau
Lawyers Committee for Civil Rights Under the Law
1401 New York Av
Ste 400
Washington, DC 20005

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 02210300425      *1721-05809-14-43