OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

2020 MAR -6 PM 1:02
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

19-2005
Notice February 13, 2020

Not here

Kristen Clarke
Lawyers Committee for Civil Rights Under the Law
1401 New York Av
Ste 400
Washington, DC 20005

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 02210300425    *1721-06123-14-43