No. 19-2005

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff-Appellant

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Defendant-Appellee

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

CERTIFICATE OF SERVICE FOR THE UNITED STATES AS AMICUS
CURIAE SUPPORTING APPELLANT AND URGING REVERSAL

_____

ERIC S. DREIBAND
  Assistant Attorney General

ELLIOTT M. DAVIS
  Acting Principal Deputy
   Assistant Attorney General

THOMAS E. CHANDLER
MATTHEW J. DONNELLY
  Attorneys
  U.S. Department of Justice
  Civil Rights Division
  Appellate Section
  Benjamin Franklin Station
  P.O. Box 14403
  Washington, D.C.  20044-4403
  (202) 616-2788

# CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2020, I electronically filed the BRIEF

FOR THE UNITED STATES AS AMICUS CURIAE SUPPORTING

APPELLANT AND URGING REVERSAL, Entry ID 6319897, with the Clerk of

the Court for the United States Court of Appeals for the First Circuit by using the

appellate CM/ECF system.  Participants in the case are registered CM/ECF users,

and service was accomplished by the appellate CM/ECF system on all registered

CM/ECF users, including the following:

Counsel for Plaintiff-Appellant Students for Fair Admissions, Inc.

William S. Consovoy
Thomas R. McCarthy
J. Michael Connolly
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA  22209
(703) 243-9423
will@consovoymccarthy.com
tom@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
10 Post Office Sq., 8th Fl., PMB #706
Boston, MA  02109
(617) 227-0548
patrick@consovoymccarthy.com

Adam K. Mortara
BARTLIT BECK LLP
54 W. Hubbard St., Ste. 300
Chicago, IL  60654
(312) 494-4469
adam.mortara@bartlit-beck.com

John M. Hughes
BARTLIT BECK LLP
1801 Wewatta St., Ste. 1200
Denver, CO  80202
(303) 592-3140
john.hughes@bartlit-beck.com

2

## CERTIFICATE OF SERVICE (continued)

Counsel for Defendant-Appellee President and Fellows of Harvard College

William F. Lee
Felicia H. Ellsworth
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000
william.lee@wilmerhale.com
felicia.ellsworth@wilmerhale.com

Seth P. Waxman
Paul R.Q. Wolfson
Danielle Y. Conley
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C.  20006
(202) 663-6000
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com

Debo P. Adegbile
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
(212) 230-8800
dego.adegbile@wilmerhale.com

Ara B. Gershengorn
HARVARD UNIVERSITY
OFFICE OF THE GENERAL
COUNSEL
1350 Massachusetts Avenue
Cambridge, MA  02138
(617) 495-8210
ara_gershengorn@harvard.edu

s/ Matthew J. Donnelly
MATTHEW J. DONNELLY
 Attorney