OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

2020 MAR -9 PM 4:04

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

USMS SCREENED

U.S. POSTAGE » PITNEY BOWES
ZIP 02210 $ 000.50
02 4W
0000354155 FEB 11 2020

19-2005
Order February 10, 2020

David Grau
Lawyers Committee for Civil Rights Under the Law
1401 New York Av
Ste 400
Washington, DC 20005

20005-212400
02210>3004

NIXIE        207  DE 1         0003/04/20
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 02210300425    *2621-03312-11-43

Case: 19-2005   Document: 00117563489   Page: 1   Date Filed: 03/09/2020   Entry ID: 6323772