OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

SCREENED

2020 MAR -9 PM 4: 03

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

Order February 10, 2020
19-2005

U.S. POSTAGE >> PITNEY BOWES
ZIP 02210  $ 000.50
02 4W
0000354155 FEB 11 2020

Kristen Clarke
Lawyers Committee for Civil Rights Under the Law
1401 New York Av
Ste 400
Washington, DC 20005

NIXIE     207  DE  1         0002/04/20
             RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD
BC: 02210300425       *2621-02721-11-43

Case: 19-2005   Document: 00117563494   Page: 1   Date Filed: 03/09/2020   Entry ID: 6323773