CLERK'S OFFICE
UNITED STATES COURT OF APPEALS
JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210

OFFICIAL BUSINESS

ZIP 02210 $001.20
02 4W
0000354155 MAR 02 2020

19-2005
Notice February 28, 2020

Kristen Clarke
Lawyers Committee for Civil Rights Under the Law
1401 New York Av
Ste 400
Washington, DC 20005

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

2020 MAR 16 PM 3:15

NIXIE    220  4C 1    7203/12/20
RETURN TO SENDER

Case: 19-2005   Document: 00117566238   Page: 1   Date Filed: 03/16/2020   Entry ID: 6325347