19-2005- notice 2/28/20

TO:

David Grau
Lawyers Committee for Civil Rights Under the Law
1401 New York Av
Ste 400
Washington, DC 20005

2020 MAR 17 PM 12:22

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

NIXIE       220   4C 1           7203/12/20
            RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 02210            2027N071221-00055

USMS SCREE[NED]

OFFICIAL BUSINESS