No. 19-2005

2020 MAR 17 AM 10: 29

=================================================

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

---

STUDENTS FOR FAIR ADMISSIONS, INC.,
*Plaintiff-Appellant,*

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,
*Defendant-Appellee.*

---

On Appeal from the United States District Court
for the District of Massachusetts

---

## ASSENTED TO MOTION TO SEAL
## AMENDED SUPPLEMENTAL SEALED APPENDIX

---

Per Local Rules 11.0(c) and 30.0(g) and this Court's March 6, 2020 order, Plaintiff-Appellant Students for Fair Admissions (SFFA) moves this Court for an order permitting the parties to file under seal their amended supplemental sealed appendix. Defendant-Appellee President and Fellows of Harvard College (Harvard) assents to this motion. In their briefs before this Court, the parties intend to cite documents that were sealed by the district court. SFFA thus moves this Court for an order permitting these materials to be filed under seal in a separate appendix. *See* L.R. 30.0(g). The present motion is being filed in paper form per Local Rule 11(c)(2).

The parties previously filed a supplemental sealed appendix with this Court and a motion to seal it. The Court denied that motion "without prejudice to refiling because many of the items included … were not sealed by the district court."

After careful review, the parties were able to identify two documents that were mistakenly included in the supplemental sealed appendix. These documents have been removed from the amended supplemental sealed appendix.

In addition, the parties discovered that the district court's docket contained no order specifying which trial exhibits were sealed. On March 12, 2020, the district court rectified that issue with the following order:

> To the extent not already reflected in the record, the following trial exhibits are ordered sealed: Exs. PX104 (unredacted version), PX106 (unredacted version), PX111 (unredacted version), PX112, PX116, PX117, PX219, PX257, PX268, PX282, DX50, DX195, DX262, DX276, DX293, DX527, SA1, SA2, SA3, and SA4. These exhibits should have been sealed at trial and were treated as sealed by the Court and all parties throughout the trial and any failure to reflect that on the record was inadvertent.

Dkt. 680.

Finally, SFFA notes that some of the exhibits in the amended supplemental sealed appendix are available on the district court's docket in redacted form. These exhibits are included in the amended supplemental sealed appendix in their unredacted form.

With these corrections and clarifications, SFFA respectfully requests that the parties' amended supplemental sealed appendix, which was sent contemporaneously with this motion, be filed under seal.

Respectfully submitted,

*s/ William S. Consovoy*

Adam K. Mortara
BARTLIT BECK LLP
54 W. Hubbard St., Ste. 300
Chicago, IL 60654
(312) 494-4469

John M. Hughes
BARTLIT BECK LLP
1801 Wewatta St., Ste. 1200
Denver, CO 80202
(303) 592-3140

William S. Consovoy
Thomas R. McCarthy
J. Michael Connolly
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
10 Post Office Sq., 8th Fl.,
PMB #706
Boston, MA 02109
(617) 227-0548

*Counsel for Appellant Students for Fair Admissions, Inc.*


## CERTIFICATE OF COMPLIANCE

This motion complies with Rule 27 because it does not exceed 5,200 words. This motion also complies with Rule 32 because it has been prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: March 16, 2020

*s/ William S. Consovoy*

## CERTIFICATE OF SERVICE

I mailed this motion to the Court and simultaneously emailed a copy to the

following counsel for Harvard:

Felicia H. Ellsworth
Andrew S. Dulberg
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com
andrew.dulberg@wilmerhale.com


Dated: March 16, 2020                         *s/ William S. Consovoy*

4