## Rule 26.1 Disclosure Statements

*Amicus Curiae,* Asian American Coalition for Education is a nonprofit national organization, and not a corporation  It has no parent corporation and no stock

*Amicus Curiae,* Asian American Legal Foundation is a nonprofit corporation organized under the laws of California.  It has no parent corporation and no publically held corporation owns 10% or more of its stock.

## Statement Of Party Consent To Filing Of
## Amici Curiae Brief

Both Parties to the Appeal have expressly consented to the filing of this brief by *Amici Curiae pursuant to* Fed. R. App. P. 29(a)(2)

## Rule 29 Statement

No party's counsel authored this brief in whole or in part; no party or party's counsel contributed money that was intended to fund preparing or submitting this brief; and no person, other than amici curiae, their members, or their counsel, contributed money that was intended to fund preparing or submitting this brief.

Date:  February 25, 2020          /s Gordon M. Fauth, Jr.