# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2005          **Short Title:** SFFA v. Harvard

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

__(see attachment)__ as the

[ ] appellant(s)      [ ] appellee(s)      [✓] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

s/ Wencong Fa
Signature

03/18/2020
Date

Wencong Fa
Name

Pacific Legal Foundation
Firm Name (if applicable)

916-419-7111
Telephone Number

930 G Street
Address

916-419-7747
Fax Number

Sacramento, CA 95814
City, State, Zip Code

WFa@pacificlegal.org
Email (required)

Court of Appeals Bar Number: 1190964

Has this case or any related case previously been on appeal?

[ ] No      [✓] Yes    Court of Appeals No. 15-1823

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print          Reset

## **Attachment**

The Clerk will enter my appearance as counsel on behalf of:

Reason Foundation;

Individual Rights Foundation;

Center for Equal Opportunity; and

The Chinese American Citizens Alliance–Greater New York

as amici curiae

## CERTIFICATE OF SERVICE FORM FOR ELECTRONIC FILINGS

I hereby certify that on March 18, 2020, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Debo P. Adegbile
Brittany Amadi
Danielle Conley
John M. Connolly
William S. Consovoy
Andrew S. Dulberg
Felicia H. Ellsworth

Ara B. Gershengorn
John M. Hughes
William F. Lee
Thomas R. McCarthy
Elizabeth C. Mooney
Adam K. Mortara
Joseph J. Mueller

Cameron T. Norris
Paul M. Sanford
Patrick N. Strawbridge
Seth P. Waxman
Paul R.Q. Wolfson

                                                              s/ Wencong Fa
                                                              WENCONG FA