# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2005     **Short Title:** SFFA v. Harvard

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

__(see attachment)__ as the

[ ] appellant(s)     [ ] appellee(s)     [✓] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

s/ Joshua P. Thompson
Signature

03/18/2020
Date

Joshua P. Thompson
Name

Pacific Legal Foundation
Firm Name (if applicable)

916-419-7111
Telephone Number

930 G Street
Address

916-419-7747
Fax Number

Sacramento, CA 95814
City, State, Zip Code

JThompson@pacificlegal.org
Email (required)

Court of Appeals Bar Number: 1190963

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes     Court of Appeals No. 15-1823

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

Print     Reset

## **Attachment**

The Clerk will enter my appearance as counsel on behalf of:

Reason Foundation;

Individual Rights Foundation;

Center for Equal Opportunity; and

The Chinese American Citizens Alliance–Greater New York

as amici curiae

## CERTIFICATE OF SERVICE FORM FOR ELECTRONIC FILINGS

I hereby certify that on March 18, 2020, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

| | | |
|---|---|---|
| Debo P. Adegbile | Ara B. Gershengorn | Cameron T. Norris |
| Brittany Amadi | John M. Hughes | Paul M. Sanford |
| Danielle Conley | William F. Lee | Patrick N. Strawbridge |
| John M. Connolly | Thomas R. McCarthy | Seth P. Waxman |
| William S. Consovoy | Elizabeth C. Mooney | Paul R.Q. Wolfson |
| Andrew S. Dulberg | Adam K. Mortara | |
| Felicia H. Ellsworth | Joseph J. Mueller | |

                                                      _____s/ Wencong Fa_____
                                                    WENCONG FA