OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

USMS SCREENED

BOSTON
MA 021
26 FEB '20
PM 20 L

2020 MAR 19 AM 11: 28

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE



U.S. POSTAGE >> PITNEY BOWES
ZIP 02210 $ 000.50
02 4W
0000354155 FEB 26 2020

19-2005 Order entered 2/25/20

Kristen Clarke
Lawyers Committee for Civil Rights Under the Law
1401 New York Av
Ste 400
Washington, DC 20005

IA K1: 9352289921

NIXIE       207    DE 1           0003/14/20
            RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 02210300425      *2621-03905-26-42