OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

USMS SCREEN

2020 MAR 19 AM 11: 29

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

U.S. POSTAGE 》 PITNEY BOWES

ZIP 02210  $ 000.50
02 4W
0000354155 FEB 26 2020

19-2005 Order entered 2/26/20

Kristen Clarke
Lawyers Committee for Civil Rights Under the
1401 New York Av
Ste 400
Washington, DC 20005

NIXIE        207   DE 1         0003/14/20
            RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 02210300425        *0821-11055-27-00

