OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

BOSTON
MA 021
26 FEB '20
PM 30 L

U.S. POSTAGE >> PITNEY BOWES
ZIP 02210  $000.50
02 4W
0000354155 FEB. 26. 2020

USMS SCREENED

2020 MAR 19 AM 11: 29
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

19-2005 order entered 2/26/20

David Grau
Lawyers Committee for Civil Rights Under the Law
1401 New York Av
Ste 400
Washington, DC 20005



NIXIE       207    DE 1          0003/14/20
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 02210300299      *2621-03548-26-42