OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

2020 MAR 25  AM 11: 06

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

19-2005 Order entered 3/25/20

David Grau
Lawyers Committee for Civil Rights Under the L[aw]
1401 New York Av
Ste 400
Washington, DC 20005



NIXIE      207   DC 1        0003/20/20
           RETURN TO SENDER
           NO SUCH NUMBER
           UNABLE TO FORWARD

U.S. POSTAGE » PITNEY BOWES
ZIP 02210  $ 000.50
02 4W
0000354155 FEB. 26 2020

USMS SCREENED