**No. 19-2005**

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiff-Appellant*,

*v.*

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Defendant-Appellee*,

THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS,

*Defendant*.

On Appeal from the United States District Court for the District of Massachusetts
in Case No. 1:14-cv-14176-ADB, Judge Allison D. Burroughs

**UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF**

| | |
|---|---|
| WILLIAM F. LEE | SETH P. WAXMAN |
| FELICIA H. ELLSWORTH | PAUL R.Q. WOLFSON |
| WILMER CUTLER PICKERING | DANIELLE Y. CONLEY |
|    HALE AND DORR LLP | WILMER CUTLER PICKERING |
| 60 State Street |    HALE AND DORR LLP |
| Boston, MA  02109 | 1875 Pennsylvania Avenue, NW |
| (617) 526-6000 | Washington, DC  20006 |
| William.Lee@wilmerhale.com | (202) 663-6000 |
| Felicia.Ellsworth@wilmerhale.com | Seth.Waxman@wilmerhale.com |
| | Paul.Wolfson@wilmerhale.com |
| April 20, 2020 | Danielle.Conley@wilmerhale.com |

*Attorneys for Defendant-Appellee*

*Additional Counsel Listed on Inside Cover*

| | |
|---|---|
| ARA B. GERSHENGORN<br>HARVARD UNIVERSITY,<br>  OFFICE OF THE GENERAL COUNSEL<br>1350 Massachusetts Avenue<br>Cambridge, MA  02138<br>(617) 495-8210<br>ara_gershengorn@harvard.edu | DEBO P. ADEGBILE<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY  10007<br>(212) 230-8800<br>Debo.Adegbile@wilmerhale.com<br><br>*Attorneys for Defendant-Appellee* |

- i -

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Defendant-Appellee President and Fellows of Harvard College certifies that it is a non-profit corporation with no parent corporation and that no public company owns any interest in it.

Pursuant to Federal Rules of Appellate Procedure 27 and 32, and First Circuit Local Rules 27 and 32.4, Defendant-Appellee President and Fellows of Harvard College ("Harvard") hereby requests leave to file an oversized response brief of up to 17,500 words. As grounds for this Motion, Harvard states as follows:

1. This appeal arises out of a 15-day trial in which hundreds of exhibits were introduced into evidence and presents complex legal and factual questions.

2. On February 8, 2020, Harvard assented to Appellant Students for Fair Admissions' ("SFFA") request to file an oversized opening brief of 15,000 words.

3. On February 10, 2020, SFFA filed an unopposed motion for leave to file an oversized opening brief of up to 15,000 words, and the Court granted that motion on the same day. SFFA's 14,986-word opening brief was filed on February 18, 2020.

4. On February 20, 2020, Harvard filed a motion for extension of time in which to file its response brief and for leave to file an oversized response brief of up to 15,000 words. The Court granted that motion. Harvard's response brief is currently due on May 14, 2020.

5. Harvard now respectfully requests leave to file an oversized response brief of up to 17,500 words (an additional 2,500 words).

6. Compelling reasons justify the filing of a 17,500-word response brief. As noted above, and as SFFA observed in seeking leave to file an oversized opening brief, the parties litigated the case for more than five years, culminating in a 15-day trial with a voluminous record. The case presents complex and important questions of fact and law, and the additional words will allow Harvard to address these questions in the level of detail that they deserve.

7. Harvard also intends to brief issues not raised by SFFA in its 14,986-word opening brief, including that SFFA lacks standing to bring suit. Additional words will permit Harvard to brief this issue in the level of detail that it deserves.

8. Finally, eight amicus briefs were filed in support of SFFA's opening brief, including an amicus brief by the U.S. Department of Justice. Additional words will permit Harvard to fully and fairly respond to these arguments.

9. SFFA does not oppose this motion.

WHEREFORE, Defendant-Appellee President and Fellows of Harvard College respectfully requests that the Court permit Defendant-Appellee to file an oversized response brief of no more than 17,500 words.

Respectfully submitted.

/s/ Seth P. Waxman
SETH P. WAXMAN
PAUL R.Q. WOLFSON
DANIELLE Y. CONLEY
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000
Seth.Waxman@wilmerhale.com
Paul.Wolfson@wilmerhale.com
Danielle.Conley@wilmerhale.com

ARA B. GERSHENGORN
HARVARD UNIVERSITY,
  OFFICE OF THE GENERAL COUNSEL
1350 Massachusetts Avenue
Cambridge, MA  02138
(617) 495-8210
ara_gershengorn@harvard.edu

*Attorneys for Defendant-Appellee*

WILLIAM F. LEE
FELICIA H. ELLSWORTH
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000
William.Lee@wilmerhale.com
Felicia.Ellsworth@wilmerhale.com

DEBO P. ADEGBILE
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
(212) 230-8800
Debo.Adegbile@wilmerhale.com

April 20, 2020

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d) and 32(g), the undersigned hereby certifies that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).

1. Exclusive of the accompanying documents as authorized by Fed. R. App. P. 27(a)(2)(B) and the exempted portions of the motion as provided by Fed. R. App. P. 27(d)(2) and 32(f), the motion contains 398 words.

2. The motion has been prepared in proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font as provided by Fed. R. App. P. 32(a)(5)-(6). As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

/s/ Seth P. Waxman
SETH P. WAXMAN
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000

April 20, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Seth P. Waxman
SETH P. WAXMAN
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000
Seth.Waxman@wilmerhale.com