# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2005         **Short Title:** Students for Fair Admissions v. President & Fellows of Harvard College

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
President & Fellows of Harvard College                                                                    as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Andrew S. Dulberg                                May 12, 2020
Signature                                            Date

Andrew S. Dulberg
Name

Wilmer Cutler Pickering Hale and Dorr LLP            (617) 526-6000
Firm Name (if applicable)                            Telephone Number

60 State Street                                      (617) 526-5000
Address                                              Fax Number

Boston, MA  02109                                    Andrew.Dulberg@wilmerhale.com
City, State, Zip Code                                Email (required)

Court of Appeals Bar Number: 1141889

Has this case or any related case previously been on appeal?

[ ] No        [✓] Yes    Court of Appeals No. 15-1823

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).