# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2005     **Short Title:** Students for Fair Admissions v. President & Fellows of Harvard College

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
President & Fellows of Harvard College                                                                                              as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Greg Schmidt
Signature

May 12, 2020
Date

Greg Schmidt
Name

Wilmer Cutler Pickering Hale and Dorr LLP
Firm Name (if applicable)

(617) 526-6000
Telephone Number

60 State Street
Address

(617) 526-5000
Fax Number

Boston, MA  02109
City, State, Zip Code

Greg.Schmidt@wilmerhale.com
Email (required)

Court of Appeals Bar Number: 1194328

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes     Court of Appeals No. 15-1823

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).