# United States Court of Appeals
## For the First Circuit

———————

### NOTICE OF APPEARANCE

Students for Fair Admissions v. President & Fellows of

**No.** 19-2005          **Short Title:** Harvard College

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

President & Fellows of Harvard College _____ as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

| | |
|---|---|
| /s/ Michelle Liszt Sandals | May 12, 2020 |
| Signature | Date |
| Michelle Liszt Sandals | |
| Name | |
| Wilmer Cutler Pickering Hale and Dorr LLP | (617) 526-6000 |
| Firm Name (if applicable) | Telephone Number |
| 60 State Street | (617) 526-5000 |
| Address | Fax Number |
| Boston, MA  02109 | Michelle.Sandals@wilmerhale.com |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1168741 _____

Has this case or any related case previously been on appeal?

[  ] No          [✔] Yes   Court of Appeals No. 15-1823 _____

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).