# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

No. 19-2005    Short Title: Students for Fair Admissions v. President & Fellows at Harvard College

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Amici Curiae Students, Prospective Students, and Alumni on behalf of Harvard College (see attachment) as the

[ ] appellant(s)    [ ] appellee(s)    [✔] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

/s/ David Hinojosa
Signature

05/14/2020
Date

David Hinojosa
Name

Lawyers' Committee for Civil Rights Under Law
Firm Name (if applicable)

202-662-8307
Telephone Number

1500 K Street, NW, Suite 900
Address

202-783-0857
Fax Number

Washington, DC, 20005
City, State, Zip Code

dhinojosa@lawyerscommittee.org
Email (required)

Court of Appeals Bar Number: 1193505

Has this case or any related case previously been on appeal?

[ ] No    [✔] Yes    Court of Appeals No. 15-1823

Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

Counsel must complete and file this notice of appearance in order to file pleadings in this court. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# Attachment

**Amici Curiae Students, Prospective Students, and Alumni of Harvard College**

M. B.

K. C.

Sarah Cole

Y. D.

G. E.

A. G.

I. G.

R. H.

J. L.

Fadhal Moore

Arjini Kumari Nawal

R. S.

Itzel Vasquez-Rodriguez

Keyanna Wigglesworth