No. 19-2005

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,
*Plaintiff-Appellant*,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Massachusetts

## ASSENTED TO MOTION TO FILE AN OVERSIZED REPLY BRIEF

SFFA respectfully asks this Court for leave to file an oversized reply brief, increasing its word limit to 10,000 words. Harvard consents.

1.  In February, SFFA requested an additional 2,000 words for its opening brief, for a total of 15,000 words. *See* Doc. #00117549173. Harvard consented, and this Court granted the request. *See* Doc. #00117549660.

2.  In April, Harvard requested an additional 4,000 words for its response brief, for a total of 17,500 words. *See* Doc. #0011757960. SFFA consented, and this Court granted the request. *See* Doc. #00117580049.

3.  Under the Federal Rules, appellants normally receive 1.5 times more words than appellees. *See* Fed. R. App. P. 32(a)(7)(B) (allowing appellees to file a 13,000-

1

word principal brief, and allowing appellants to file a 13,000-word principal brief and a 6,500-word reply brief). Because Harvard's response brief is substantially larger than SFFA's opening brief, a normal-length reply would leave SFFA 4,750 words short of this ratio. SFFA's request for an additional 3,500 words is a modest attempt to restore parity.

4.   As this Court recognized when it granted the last two motions to file oversized briefs, extra words are warranted in this case because the issues are weighty and the record is voluminous.

Accordingly, this Court should grant SFFA leave to file an oversized reply brief of 10,000 words or less.

Respectfully submitted,

*s/ William S. Consovoy*

| | |
|---|---|
| Adam K. Mortara<br>BARTLIT BECK LLP<br>54 W. Hubbard St., Ste. 300<br>Chicago, IL 60654<br>(312) 494-4469<br><br>John M. Hughes<br>BARTLIT BECK LLP<br>1801 Wewatta St., Ste. 1200<br>Denver, CO 80202<br>(303) 592-3140 | William S. Consovoy<br>Thomas R. McCarthy<br>J. Michael Connolly<br>Cameron T. Norris<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>(703) 243-9423<br>will@consovoymccarthy.com<br><br>Patrick Strawbridge<br>CONSOVOY MCCARTHY PLLC<br>10 Post Office Sq., 8th Fl.,<br>PMB #706<br>Boston, MA 02109<br>(617) 227-0548 |

*Counsel for Appellant Students for Fair Admissions, Inc.*

## CERTIFICATE OF COMPLIANCE

This motion complies with Rule 27 because it does not exceed 5,200 words. This motion also complies with Rule 32 because it has been prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: May 17, 2020                              *s/ William S. Consovoy*

## CERTIFICATE OF SERVICE

I filed this motion via the Court's ECF system, which will electronically notify the following counsel for Harvard:

William F. Lee
Felicia H. Ellsworth
Andrew S. Dulberg
Michelle Liszt Sandals
Greg Schmidt
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
william.lee@wilmerhale.com
felicia.ellsworth@wilmerhale.com
andrew.dulberg@wilmerhale.com
elizabeth.mooney@wilmerhale.com
sarah.frazier@wilmerhale.com
joseph.mueller@wilmerhale.com

Debo P. Adegbile
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

Seth P. Waxman
Paul R.Q. Wolfson
Danielle Y. Conley
Brittany Blueitt Amadi
Emma Simson
Alex Hemmer
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com
danielle.conley@wilmerhale.com
brittany.amadi@wilmerhale.com
daniel.winik@wilmerhale.com

Ara B. Gershengorn
HARVARD UNIVERSITY
OFFICE OF THE GENERAL COUNSEL
1350 Massachusetts Ave, Ste 980
Cambridge, MA 02138-3826
ara_gershengorn@harvard.edu

Dated: May 17, 2020         *s/ William S. Consovoy*