**No. 19-2005**

IN THE

# United States Court of Appeals for the First Circuit

───────────────

STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiff-Appellant,*

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Defendant-Appellee.*

───────────────

On Appeal from the United States District Court
for the District of Massachusetts
Case No. 1:14-cv-14176-ADB
District Judge Allison D. Burroughs

───────────────

**MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE ON BEHALF OF *AMICI CURIAE* THE AMERICAN COUNCIL ON EDUCATION AND 34 OTHER HIGHER EDUCATION ORGANIZATIONS**

───────────────

JESSICA L. ELLSWORTH
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com

May 18, 2020                                    *Counsel for Amici Curiae*

Pursuant to First Circuit Local Rule 12.0(a), *amici curiae* the American Council on Education and 34 Other Higher Education Organizations hereby move for leave to file a Notice of Appearance for Jessica L. Ellsworth, as counsel of record for such *amici*. All parties have consented to the participation of such *amici* in this appeal. A proposed Notice of Appearance and full list of *amici* are attached.

                                                  Respectfully submitted,

                                                  /s/ Jessica L. Ellsworth

                                                  JESSICA L. ELLSWORTH
                                                  HOGAN LOVELLS US LLP
                                                  555 Thirteenth Street, N.W.
                                                  Washington, D.C. 20004
                                                  (202) 637-5491
                                                  jessica.ellsworth@hoganlovells.com

                                                  *Counsel for Amici Curiae*

May 18, 2020

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limits of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 66 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point Times New Roman.

/s/ Jessica L. Ellsworth
Jessica L. Ellsworth

## CERTIFICATE OF SERVICE

I certify that on May 18, 2020, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

/s/ Jessica L. Ellsworth
Jessica L. Ellsworth
