# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2005     **Short Title:** Students for Fair Admissions, Inc. v. President and Fellows of Harvard College

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
American Council on Education & 34 Other Higher Education Oraganizations (see attached) as the

[ ] appellant(s)        [ ] appellee(s)        [✔] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ Jessica L. Ellsworth  
Signature

May 18, 2020  
Date

Jessica L. Ellsworth  
Name

Hogan Lovells US LLP  
Firm Name (if applicable)

(202) 637-5600  
Telephone Number

555 Thirteenth Street, NW  
Address

(202) 637-5910  
Fax Number

Washington, D.C. 20004  
City, State, Zip Code

jessica.ellsworth@hoganlovells.com  
Email (required)

Court of Appeals Bar Number: 1124394

Has this case or any related case previously been on appeal?

[ ] No        [✔] Yes   Court of Appeals No. 15-1823

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**ADDENDUM**

# ADDENDUM – LIST OF *AMICI CURIAE*

1. American Council on Education (ACE)
2. The Accreditation Council for Pharmacy Education (ACPE)
3. American Association of Colleges of Nursing (AACN)
4. American Association of Community Colleges (AACC)
5. American Association of University Professors (AAUP)
6. American Dental Education Association (ADEA)
7. American Indian Higher Education Consortium (AIHEC)
8. American Speech-Language-Hearing Association (ASHA)
9. Association of American Colleges and Universities (AAC&U)
10. Association of American Law Schools (AALS)
11. Association of American Medical Colleges (AAMC)
12. Association of American Universities (AAU)
13. Association of Catholic Colleges and Universities (ACCU)
14. Association of Community College Trustees (ACCT)
15. Association of Governing Boards of Universities and Colleges (AGB)
16. Association of Jesuit Colleges and Universities (AJCU)
17. Association of Public and Land Grant Universities (APLU)
18. College and University Professional Association for Human Resources (CUPA-HR)
19. Council for Opportunity in Education (COE)
20. Council of Graduate Schools (CGS)
21. Council of Independent Colleges (CIC)
22. Hispanic Association of Colleges and Universities (HACU)
23. Law School Admission Council (LSAC)
24. Middle States Commission on Higher Education (MSCHE)
25. NAFSA: Association of International Educators
26. NASPA - Student Affairs Administrators in Higher Education
27. National Association for College Admission Counseling (NACAC)
28. National Association of College and University Business Officers (NACUBO)
29. National Association of Diversity Officers in Higher Education (NADOHE)
30. National Association of Independent Colleges and Universities (NAICU)
31. National Collegiate Athletic Association (NCAA)
32. New England Commission of Higher Education (NECHE)

33. Phi Beta Kappa
34. Southern Association of Colleges and Schools Commission on Colleges (SACSCOC)
35. University Risk Management and Insurance Association (URMIA)