No. 19-2005

# United States Court of Appeals for the First Circuit

STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiff-Appellant*,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Defendant-Appellee*.

Appeal from the United States District Court
for the District of Massachusetts
(No. 1:14-cv-14176)

**MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE ON BEHALF OF *AMICI CURIAE* 678 SOCIAL SCIENTISTS AND SCHOLARS ON COLLEGE ACCESS, ASIAN AMERICAN STUDIES, AND RACE IN SUPPORT OF DEFENDANT-APPELLEE**

SARAH E. HARRINGTON
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Ave.
Suite 850
Bethesda, MD 20814
(202) 362-0636
*sh@goldsteinrussell.com*

May 19, 2020

Pursuant to First Circuit Local Rule 12.0(a), *amici curiae* 678 Social Scientists and Scholars on College Access, Asian American Studies, and Race hereby move for leave to file a Notice of Appearance for Sarah E. Harrington, as counsel of record for such amici. All parties have consented to the participation of such amici in this appeal. A proposed Notice of Appearance and full list of amici are attached.

May 19, 2020

Respectfully submitted,

/s/ Sarah E. Harrington
SARAH E. HARRINGTON
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Ave.
Suite 850
Bethesda, MD 20814
(202) 362-0636
*sh@goldsteinrussell.com*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit as set out in Federal Rules of Appellate Procedure 29(a)(5) and 32(a)(7), because it contains 68 words, excluding the parts of the document exempted by Rule 32(f).

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

May 19, 2020                                        /s/ Sarah E. Harrington
                                                    SARAH E. HARRINGTON

**PROOF OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system on May 19, 2020. All participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

| | |
|---|---|
| May 19, 2020 | /s/ Sarah E. Harrington<br>SARAH E. HARRINGTON |