# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 19-2005     **Short Title:** Students for Fair Admissions, Inc. v. President and Fellows of Harvard College

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
National Association of Basketball Coaches and Women's Basketball Coaches Association as the

[ ] appellant(s)         [ ] appellee(s)         [✓] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Jaime A. Santos
Signature

5/19/2020
Date

Jaime Santos
Name

Goodwin Procter LLP
Firm Name (if applicable)

202-346-4000
Telephone Number

1900 N. Street, N.W.
Address

202-346-4444
Fax Number

Washington, D.C. 20036
City, State, Zip Code

jsantos@goodwinlaw.com
Email (required)

Court of Appeals Bar Number: 1164920

Has this case or any related case previously been on appeal?

[✓] No         [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2020 I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF.

*/s/ Jaime A. Santos*