No. 19-2005

### UNITED STATES COURT OF APPEALS
### FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiff-Appellant*,

*v.*

THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE ON BEHALF OF *AMICUS CURIAE* WALTER DELLINGER**

ANTON METLITSKY
O'MELVENY & MYERS LLP
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK, NEW YORK 10036
(212) 326-2000

*Counsel for Amicus Curiae*

Pursuant to First Circuit Local Rule 12.0(a), *amicus curiae* Walter Dellinger hereby moves for leave to file a Notice of Appearance for Anton Metlitsky, as counsel of record for such *amicus*. All parties have consented to the participation of such *amicus* in this appeal. A proposed Notice of Appearance is attached.

| | |
|---|---|
| Dated: May 20, 2020 | /s/   Anton Metlitsky |
| | ANTON METLITSKY<br>O'MELVENY & MYERS LLP<br>TIMES SQUARE TOWER<br>7 TIMES SQUARE<br>NEW YORK, NEW YORK 10036<br>(212) 326-2000 |
| | *Counsel for Amicus Curiae* |

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because this document contains 51 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f).

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared using Microsoft Word 2010 in Times New Roman, a proportionally spaced typeface, and 14-point font.

Dated: May 20, 2020                                    /s/   Anton Metlitsky

                                                                                            Anton Metlitsky

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2020, I electronically filed the foregoing with the United States Court of Appeals for the First Circuit using the CM/ECF system, which will send a notice of filing to all registered users.

Dated: May 20, 2020                                       <u>/s/  Anton Metlitsky</u>

                                                                            Anton Metlitksy