# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2005        **Short Title:** Students for Fair Admissions v. President & Fellows of Harvard College

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Asian American Legal Defense and Education Fund, et al. (see attachment) as the

[ ] appellant(s)        [ ] appellee(s)        [✔] amicus curiae

[ ] petitioner(s)      [ ] respondent(s)      [ ] intervenor(s)

/s/ Madeleine K. Rodriguez
Signature

May 21, 2020
Date

Madeleine K. Rodriguez
Name

Foley Hoag LLP
Firm Name (if applicable)

617-832-1720
Telephone Number

155 Seaport Blvd.
Address

617-832-7000
Fax Number

Boston, MA 02210
City, State, Zip Code

mrodriguez@foleyhoag.com
Email (required)

Court of Appeals Bar Number: 1157821

Has this case or any related case previously been on appeal?

[ ] No        [✔] Yes    Court of Appeals No. 15-1823

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# ATTACHMENT - LIST OF *AMICI CURIAE*

<u>Organizational Entities</u>

18MillionRising.org
the Asian American Federation
the Asian American Psychological Association
Asian American Students in Action
Asian American Youth Leadership Empowerment and Development
Asian Americans United
the Asian Law Alliance
Asian Pacific American Labor Alliance
the Asian Pacific American Women Lawyers Alliance
Asian Pacific Islander Americans for Civic Empowerment
Chinese for Affirmative Action
the Chinese Progressive Association
Coalition for Asian American Children & Families
Coalition of Asian American Leaders
GAPIMNY
the Japanese American Citizens League
LEAP
the National Coalition for Asian Pacific American Community Development
the National Korean American Service & Education Consortium
the National Queer Asian Pacific Islander Alliance
OCA – Asian Pacific American Advocates
South Asian Americans Leading Together
Southeast Asia Resource Action Center

<u>Higher Education Faculty Members</u>

Stewart Chang
Ming Hsu Chen
Vichet Chhuon
Gabriel J. Chin
Emily M.S. Houh
Marina Hsieh
Tarry Hum
Lisa C. Ikemoto
Anil Kalhan

Pauline T. Kim
Shirley Lin
Shirley Lung
Mari J. Matsuda
Kevin Nadal
Philip Tajitsu Nash
Natsu Taylor Saito
Cathy J. Schlund-Vials
John Kuo Wei Tchen
Scott Wong
Margaret Y.K. Woo
K. Wayne Yang

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2020 I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Madeleine K. Rodriguez*
Madeleine K. Rodriguez