# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2005     **Short Title:** Students For Fair Admissions v. President & Fellows of Harvard College

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: Massachusetts et al. (please see attached sheet) _____ as the

[ ] appellant(s)     [ ] appellee(s)     [✓] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

/s/ Elizabeth N. Dewar
Signature

May 21, 2020
Date

Elizabeth N. Dewar
Name

Massachusetts Attorney General's Office
Firm Name (if applicable)

(617) 963-2204
Telephone Number

One Ashburton Place, 18th Floor
Address

(617) 727-5778
Fax Number

Boston, MA 02108
City, State, Zip Code

bessie.dewar@mass.gov
Email (required)

Court of Appeals Bar Number: 1149723

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes     Court of Appeals No. 15-1823

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

All represented as *amici curiae*: Massachusetts, California, Colorado, Delaware, the District of Columbia, Hawai'i, Illinois, Maine, Maryland, Minnesota, Nevada, New Mexico, New York, Pennsylvania, Rhode Island, and Virginia.