# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 19-2005        **Short Title:** Students for Fair Admissions, Inc. v. President & Fellows of Harvard College

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Brown University, Columbia University, Cornell University, et al. (see attachment for the full list) as the

[  ] appellant(s)            [  ] appellee(s)            [✔] amicus curiae

[  ] petitioner(s)           [  ] respondent(s)          [  ] intervenor(s)


/s/ Ishan K. Bhabha                          05/21/2020
Signature                                     Date

Ishan K. Bhabha
Name

Jenner & Block LLP                           (202) 637-6327
Firm Name (if applicable)                    Telephone Number

1099 New York Ave., NW
Address                                       Fax Number

Washington, D.C. 20001-4412                  ibhabha@jenner.com
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: 1194355


Has this case or any related case previously been on appeal?

[  ] No            [✔] Yes   Court of Appeals No. 15-1823

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

ATTACHMENT

LIST OF AMICI INSTITUTIONS OF HIGHER EDUCATION

Brown University

Columbia University

Cornell University

Dartmouth College

Duke University

Emory University

Johns Hopkins University

Massachusetts Institute of Technology

Princeton University

Stanford University

University of Chicago

University of Pennsylvania

Vanderbilt University

Washington University in St. Louis

Yale University