# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 19-2005            Short Title: Students for Fair Admissions v. President & Fellows of Harvard College

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Anti-Defamation League                                                                    as the

[ ] appellant(s)          [ ] appellee(s)            [✔] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)          [ ] intervenor(s)

/s/ Samuel P. Groner  
Signature

May 21, 2020  
Date

Samuel P. Groner  
Name

Fried, Frank, Harris, Shriver & Jacobson LLP  
Firm Name (if applicable)

212-859-8000  
Telephone Number

One New York Plaza  
Address

212-859-4000  
Fax Number

New York, NY 10004  
City, State, Zip Code

samuel.groner@friedfrank.com  
Email (required)

Court of Appeals Bar Number: 1193758

Has this case or any related case previously been on appeal?

[ ] No            [✔] Yes    Court of Appeals No. 15-1823

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2020, I electronically filed the foregoing document with the Clerk of the Court of the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

I certify that all parties to this case will be served by the appellate CM/ECF system.

Date:  May 21, 2020               By:  /s/ Samuel P. Groner
                                                                    Samuel P. Groner
                                                                    *Counsel for Amicus Curiae*