# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 19-2005     Short Title: Students for Fair Admissions, Inc. v. President & Fellows of Harvard College

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Economists Cecilia Rouse, et al. _____ as the

[ ] appellant(s)         [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

/s/ Derek T. Ho
Signature

May 21, 2020
Date

Derek T. Ho
Name

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
Firm Name (if applicable)

202-326-7931
Telephone Number

1615 M St., N.W., Suite 400
Address

202-326-7999
Fax Number

Washington, D.C. 20036
City, State, Zip Code

dho@kellogghansen.com
Email (required)

Court of Appeals Bar Number: 83726

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes     Court of Appeals No. 15-1823

====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# PROFESSORS OF ECONOMICS AS *AMICI CURIAE*

**George A. Akerlof**

**Sandy Baum**

**Susan Dynarski**

**Harry Holzer**

**Hilary Hoynes**

**Guido W. Imbens**

**Helen F. Ladd**

**David S. Lee**

**Trevon D. Logan**

**Alexandre Mas**

**Michael McPherson**

**Jesse Rothstein**

**Cecilia Elena Rouse**

**Robert M. Solow**

**Lowell J. Taylor**

**Sarah Turner**

**Douglas Webber**

**Janet L. Yellen**