# United States Court of Appeals
## For the First Circuit

No. 19-2005

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff - Appellant,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Defendant - Appellee,

THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS,

Defendant.

**ORDER OF COURT**

Entered: May 22, 2020

　　　Plaintiff-appellant Students for Fair Admissions' motion for leave to file an oversized reply brief, containing 10,000 words or less, is granted.

By the Court:

Maria R. Hamilton, Clerk

cc:
Paul M. Sanford, William S. Consovoy, Patrick N. Strawbridge, Thomas R. McCarthy, John Michael Connolly, Cameron Thomas Norris, Adam K. Mortara, John M. Hughes, Felicia H. Ellsworth, Seth P. Waxman, Ara B. Gershengorn, William F. Lee, Joseph J. Mueller, Paul R.Q. Wolfson, Debo P. Adegbile, Andrew S. Dulberg, Michelle Liszt Sandals, Brittany Amadi, Danielle Conley, Alex Hemmer, Emma Simson, Gregory M. Schmidt, Sigmund D. Schutz, Eric Grant Penley, Janai Nelson, Jin Hee Lee, Sherrilyn Ann Ifill, Rachel Kleinman, Cara McClellan, Jennifer A. Holmes, Michaele N. Turnage Young, Samuel Spital, Kenneth N. Thayer, Kathryn R. Cook, Dwight Gerard Duncan, Dennis J. Saffran, Jessica Lynn Ellsworth, Natashia Tidwell, Stephanie J. Gold, Matthew J. Higgins, Thomas E. Chandler, Donald Campbell Lockhart, Elliott M. Davis, Matthew J. Donnelly, Madeleine Kristine Rodriguez, Sarah Burg, Marc John Randazza, Gordon

M. Fauth Jr., Richard J. Rosensweig, Sarah Elaine Harrington, Jon M. Greenbaum, Lawrence E. Culleen, Nancy Leeds Perkins, Steven L. Mayer, Emma Dinan, Oren McCleary Sellstrom, Janine Marie Lopez, Genevieve Bonadies Torres, Elisabeth S. Theodore, David Hinojosa, Eri Andriola, Lawrence L. Crawford, Seth B. Orkand, Matthew S. Hellman, Bradley N. Garcia, Apalla U. Chopra, Patrick D. McKegney, Ruth A. Bourquin, Matthew R Segal, Jessie J. Rossman, Sarah Hinger, Randall Baldwin Clark, Adam R.F. Gustafson, Jin Hee Lee, Peter Antonelli, Douglass C. Lawrence, Joshua P. Thompson, Wencong Fa, Derek Tam Ho, Bradley Oppenheimer, Yong Li, Timothy J. Perry, Cody J. Wisniewski, T. Elliot Gaiser