## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, *Amici* state that they are all institutions of higher education. None of *Amici* have any parent corporation, and there is no publicly-held corporation that has a 10% or greater ownership interest in any of the institutions.