# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2005　　　　**Short Title:** SFFA v. Harvard

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Verizon Services Corp. _____ as the

[ ] appellant(s)　　　　[ ] appellee(s)　　　　[✔] amicus curiae

[ ] petitioner(s)　　　　[ ] respondent(s)　　　　[ ] intervenor(s)

/s/ Keefe B. Clemons
Signature　　　　　　　　　　　　　　　　　　Date

Keefe B. Clemons
Name

Verizon Services Corp.　　　　　　(917) 439-2610
Firm Name (if applicable)　　　　　Telephone Number

6 Bowdoin Square, 9th Floor
Address　　　　　　　　　　　　　　Fax Number

Boston, MA 02114　　　　　　　　keefe.b.clemons@verizon.com
City, State, Zip Code　　　　　　　Email (required)

Court of Appeals Bar Number: 64267

Has this case or any related case previously been on appeal?

[ ] No　　　　[✔] Yes　　Court of Appeals No. 15-1823
============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system on May 26, 2020.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

VERIZON SERVICES CORP.

*/s/Keefe B. Clemons*
Keefe B. Clemons
*Counsel for Amicus Curiae Verizon Services Corp.*