## RULE 26.1 DISCLOSURE STATEMENT

*Amici curiae* American Council on Education and the 40 other higher education associations listed in the Addendum each states that it is a non-profit association, with no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

/s/ Jessica L. Ellsworth
Jessica L. Ellsworth

Case 1:25-cv-... Document 179-1 Page: Date Filed 05/20/2025 Entry: ...

i