# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2005     **Short Title:** SFFA v. Harvard

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Walter Dellinger</u> as the

[ ] appellant(s)     [ ] appellee(s)     [✓] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

<u>/s/ Anton Metlitsky</u>
Signature

<u>5/20/2020</u>
Date

<u>Anton Metlitsky</u>
Name

<u>O'Melveny & Myers LLP</u>
Firm Name (if applicable)

<u>(212) 326-2291</u>
Telephone Number

<u>7 Times Sq</u>
Address

Fax Number

<u>New York, NY 10036</u>
City, State, Zip Code

<u>ametlitsky@omm.com</u>
Email (required)

Court of Appeals Bar Number: <u>1192607</u>

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes     Court of Appeals No. <u>15-1823</u>

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2020, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system, which electronically served a copy on all counsel of record.

Dated: May 20, 2020                            /s/  Anton Metlitsky

                                                                                   Anton Metlitsky