# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 19-2005      Short Title: SFFA v. Harvard

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
<u>see attachment A</u>                                                                                          as the

[ ] appellant(s)         [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

<u>/s/ Sheila A. Baynes</u>                        <u>May 22, 2020</u>
Signature                                          Date

<u>Sheila A. Baynes</u>
Name

<u>Orrick, Herrington & Sutcliffe LLP</u>          <u>(202) 339-8400</u>
Firm Name (if applicable)                          Telephone Number

<u>1152 15th Street, N.W.</u>                      <u>(202) 339-8500</u>
Address                                            Fax Number

<u>Washington, DC 20005</u>                        <u>sbaynes@orrick.com</u>
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: <u>1194520</u>

Has this case or any related case previously been on appeal?

[ ] No        [✔] Yes    Court of Appeals No. <u>15-1823</u>

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## Attachment A

Amgen Inc.

Apple Inc.

Applied Materials, Inc.

Cisco Systems, Inc.

Cummins Inc.

General Electric Company

Gilead Sciences, Inc.

GlaxoSmithKline LLC

Intel Corporation

Micron Technology, Inc.

Microsoft Corporation

Twitter, Inc.

ViiV Healthcare Company

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system on May 22, 2020.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Sheila A. Baynes*
Sheila A. Baynes
*Counsel for Amici Curiae*
