## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, counsel for *Amici Curiae* certifies as follows:

- The National Association of Basketball Coaches has no parent corporation, and no company holds 10 percent or more of its stock.

- The Women's Basketball Coaches Association has no parent corporation, and no company holds 10 percent or more of its stock.