# CORPORATE DISCLOSURE

Pursuant to Federal Rule of Appellate Procedure 26.1, counsel for *amici curiae* certifies that all *amici* do not have a parent corporation, and no publicly held corporation owns ten percent or more of *amici's* stock.

Dated: May 21, 2020

/s/ Madeleine K. Rodriguez
Dean Richlin
Hemmie Chang
Sarah Burg
Madeleine K. Rodriguez
Rachel Hutchinson
Jacqueline Chávez
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: 617- 832-1000
Fax: 617-832-7000
drichlin@foleyhoag.com
hchang@foleyhoag.com
sburg@foleyhoag.com
mrodriguez@foleyhoag.com
rhutchinson@folehoag.com
jchavez@foleyhoag.com

Kenneth Kimerling
ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY  10013-2815
Tel: (212) 966-5932
kkimerling@aaldef.org

*Counsel for Asian American Legal Defense and Education Fund, et al.*