## CORPORATE DISCLOSURE STATEMENT

Amicus is a nonprofit corporation that does not have a parent corporation and does not issue stock.