# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2005     **Short Title:** Students for Fair Admissions v. Harvard

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

678 Social Scientists and Scholars on College Access, Asian American Studies, and Race     as the

[ ] appellant(s)       [ ] appellee(s)       [✓] amicus curiae

[ ] petitioner(s)      [ ] respondent(s)     [ ] intervenor(s)

/s/ Sarah E. Harrington                        May 19, 2020
Signature                                       Date

Sarah E. Harrington
Name

Goldstein & Russell, P.C.                      202-362-0636
Firm Name (if applicable)                       Telephone Number

7475 Wisconsin Avenue, Suite 850               866-574-2033
Address                                         Fax Number

Bethesda, MD 20814                             sharrington@goldsteinrussell.com
City, State, Zip Code                          Email (required)

Court of Appeals Bar Number: 90450

Has this case or any related case previously been on appeal?

[ ] No       [✓] Yes    Court of Appeals No. 15-1823

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# ADDENDUM - LIST OF *AMICI CURIAE*

| Name | College/University or Organization |
|---|---|
| 1. Abajian, Suzie | Orange County Department of Education |
| 2. Abrajano, Marisa | University of California, San Diego |
| 3. Acevedo-Gil, Nancy | California State University, San Bernardino |
| 4. Adamian, Annie | California State University, Chico |
| 5. Adiredja, Aditya | University of Arizona |
| 6. Affigne, Tony | Providence College |
| 7. Agius Vallejo, Jody | University of Southern California |
| 8. Aguilar-Hernández, José M. | California State Polytechnic University, Pomona |
| 9. Agzino, Onwubiko | Virginia Polytechnic Institute and State University |
| 10. Alcantar, Cynthia | University of Nevada, Reno |
| 11. Aldana, Ursula | University of San Francisco |
| 12. Ali, Arshad | The George Washington University |
| 13. Alvarez, Robert | University of California, San Diego |
| 14. Ampaw, Frimpomaa | Central Michigan University |
| 15. Ananth, Akhila | California State University, Los Angeles |
| 16. Andrzejewski, Carey | Auburn University |
| 17. Annamma, Subini | Stanford University |
| 18. antonio, anthony lising | Stanford University |
| 19. Aoki, Andrew | Augsburg University |
| 20. Applebaum, Barbara | Syracuse University |
| 21. Aptekar, Sofya | University of Massachusetts Boston |
| 22. Archer, David Eric | Western Michigan University |
| 23. Arellano, Adele | California State University, Sacramento |
| 24. Arthur, Mikaila | Rhode Island College |
| 25. Ashlee, Aeriel | St. Cloud State University |
| 26. Assalone, Amanda | University of Tennessee, Knoxville |
| 27. Au, Wayne | University of Washington - Bothell |
| 28. Austin, Algernon | Thurgood Marshall Institute |
| 29. Baber, Lorenzo | Loyola University Chicago |
| 30. Bahena, Sofia | University of Texas at San Antonio |
| 31. Baker, Dominique | Southern Methodist University |
| 32. Ballysingh, Tracy | University of Vermont |
| 33. Bang, Megan | Northwestern University |
| 34. Barajas, Manuel | California State University, Sacramento |
| 35. Barnhardt, Cassie | University of Iowa |
| 36. Barone, Ryan | Colorado State University |
| 37. Basile, Vincent | Colorado State University |
| 38. Bastedo, Michael | University of Michigan |
| 39. Bates, Abigail | Independent Scholar |
| 40. Bazner, Kevin | Texas A&M University - College Station |
| 41. Beatty, Cameron | Florida State University |
| 42. Benavides Lopez, Corina | California State University, Dominguez Hills |
| 43. Bengochea, Alain | University of Nevada, Las Vegas |
| 44. Bensimon, Estela | University of Southern California |
| 45. Bertrand, Melanie | Arizona State University |

| Name | College/University or Organization |
|---|---|
| 46. Bertrand Jones, Tamara | Florida State University |
| 47. Bettencourt, Genia | University of Massachusetts Amherst |
| 48. Beyerlein, Michael | Texas A&M University - College Station |
| 49. Bhattacharya, Kakali | University of Florida |
| 50. Bhattar, Raja | Independent Scholar |
| 51. Block, Ray | Pennsylvania State University |
| 52. Blockett, Reginald | Grand Valley State University |
| 53. Bloom-Leiva, Gilda | San Francisco State University |
| 54. Bondi, Stephanie | University of Nebraska |
| 55. Boris, Eileen | University of California, Santa Barbara |
| 56. Borja, Melissa | University of Michigan |
| 57. Boscardin, Christy | University of California, San Francisco |
| 58. Bowman, Nicholas | University of Iowa |
| 59. Bowman, Phillip | University of Michigan |
| 60. Brodkin, Karen | University of California, Los Angeles |
| 61. Broido, Ellen | Bowling Green State University |
| 62. Buenavista, Tracy | California State University, Northridge |
| 63. Bui, Long | University of California, Irvine |
| 64. Bukoski, Beth | University of Texas at Austin |
| 65. Bullock, Erika | University of Wisconsin - Madison |
| 66. Burciaga, Rebeca | San José State University |
| 67. Burnett, Ann | North Dakota State University |
| 68. Byrd, Ajani | Mission College |
| 69. Byrd, Carson | University of Louisville |
| 70. Cabrera, Nolan | University of Arizona |
| 71. Cain, Ebony | Pepperdine University |
| 72. Calderon, Dolores | Western Washington University |
| 73. Calderon, Maria | University of Maryland, College Park |
| 74. Camacho, Keith | University of California, Los Angeles |
| 75. Camarillo, Albert | Stanford University |
| 76. Canino Arroyo, Maria Josefa | Rutgers University |
| 77. Cantor, Nancy | Rutgers University-Newark |
| 78. Cantwell, Brendan | Michigan State University |
| 79. Carmona, Josefina | New Mexico State University- Dona Ana Community College |
| 80. Carter, Deborah | Claremont Graduate University |
| 81. Castro Samayoa, Andres | Boston College |
| 82. Catalano, Chase | Virginia Polytechnic Institute and State University |
| 83. Chambers, Crystal | East Carolina University |
| 84. Chan, Jason | Haverford College |
| 85. Chan-Malik, Sylvia | Rutgers University |
| 86. Chang, Aurora | Loyola University Chicago |
| 87. Chang, Benji | University of North Carolina at Greensboro |
| 88. Chang, Mitchell | University of California, Los Angeles |
| 89. Chao Romero, Robert | University of California, Los Angeles |

| Name | College/University or Organization |
|---|---|
| 90. Cheah, Charissa | University of Maryland, Baltimore County |
| 91. Chen, Anthony | Northwestern University |
| 92. Chen, Carolyn | University of California, Berkeley |
| 93. Chen, Edith | California State University, Northridge |
| 94. Chen, Jondou | University of Washington |
| 95. Chen, Stephanie | Wright Institute |
| 96. Cheng, Jih-Fei | Scripps College |
| 97. Cheng, John | Binghamton University |
| 98. Cheng, Wendy | Scripps College |
| 99. Cherng, Hua-Yu Sebastian | New York University |
| 100. Cheung, Christabel | University of Maryland, Baltimore |
| 101. Chhuon, Vichet | University of Minnesota |
| 102. Chiang, Warren | Stanford University |
| 103. Chikkatur, Anita | Carleton College |
| 104. Chin, Christina | California State University, Fullerton |
| 105. Ching, Cheryl | University of Massachusetts Boston |
| 106. Chong, Chinbo | Princeton University |
| 107. Chung, Angie | University at Albany |
| 108. Clark, Christine | University of Nevada, Las Vegas |
| 109. Clealand, Danielle | Florida International University |
| 110. Clutario, Genevieve | Wellesley College |
| 111. Cobb, Casey | University of Connecticut |
| 112. Cobian, Krystle | University of California, Los Angeles |
| 113. Cokley, Kevin | University of Texas at Austin |
| 114. Collins, Christopher | Azusa Pacific University |
| 115. Collins, Jonathan | Brown University |
| 116. Coloma, Roland Sintos | Wayne State University |
| 117. Comeaux, Eddie | University of California, Riverside |
| 118. Correia-Harker, Benjamin | Marquette University |
| 119. Cradit, Nathaniel | National Louis University |
| 120. Crisp, Gloria | Oregon State University |
| 121. Croom, Natasha | Clemson University |
| 122. Cross, Jr., William E. | University of Denver |
| 123. Cruz, Cindy | University of Arizona |
| 124. Cuellar, Marcela | University of California, Davis |
| 125. Curammeng, Edward | California State University, Dominguez Hills |
| 126. Curry, Mary Jane | University of Rochester |
| 127. Dache, Amalia | University of Pennsylvania |
| 128. Danico, Mary Yu | California State Polytechnic University, Pomona |
| 129. Dao, Loan | Saint Mary's College of California |
| 130. Darity Jr., William | Duke University |
| 131. Darling-Hammond, Linda | Stanford University |
| 132. Davis, Tracy | Western Illinois University |
| 133. Davis III, Charles H.F. | University of Michigan |
| 134. Deal, Kristin | University of Denver |

| **Name** | | **College/University or Organization** |
|---|---|---|
| 135. | DeAngelo, Linda | University of Pittsburgh |
| 136. | Decker, Janet | Indiana University Bloomington |
| 137. | Deckman, Sherry | Lehman College, City University of New York |
| 138. | deGuzman, Jean-Paul | University of California, Los Angeles |
| 139. | Demessie, Menna | University of Michigan |
| 140. | Deo, Meera E | University of California, Davis |
| 141. | Dhingra, Pawan | Amherst College |
| 142. | Diamond, John | University of Wisconsin - Madison |
| 143. | Diem, Sarah | University of Missouri |
| 144. | Dockendorff, Kari | Colorado State University |
| 145. | Dougherty, Kevin | Columbia University |
| 146. | Drezner, Noah | Columbia University |
| 147. | DuCros, Faustina | San José State University |
| 148. | Duran, Antonio | Auburn University |
| 149. | Dwyer, Brighid | Princeton University |
| 150. | Eaton, Susan | Brandeis University |
| 151. | Edejer, Eilene | Loyola University Chicago |
| 152. | Edwards, Kirsten | University of Oklahoma |
| 153. | Eisenhart, Margaret | University of Colorado Boulder |
| 154. | Elkins, Becki | University of Wisconsin-La Crosse |
| 155. | Embley, Charity | Odessa College |
| 156. | Embrick, David | University of Connecticut |
| 157. | Endo, Rachel | University of Washington - Tacoma |
| 158. | Engberg, Mark | University of Denver |
| 159. | Erevelles, Nirmala | University of Alabama |
| 160. | Eshleman, Amy | Wagner College |
| 161. | Espino, Michelle | University of Maryland, College Park |
| 162. | Estrada, Mica | University of California, San Francisco |
| 163. | Evans, Nancy | Iowa State University |
| 164. | Fabian, Cathryn | Madonna University |
| 165. | Faircloth, Susan | Colorado State University |
| 166. | Farrell-Cole, Patricia | Van Andel Institute |
| 167. | Felder Small, Pamela | Black Doctorates Matter |
| 168. | Fernandez, Frank | University of Mississippi |
| 169. | Fierros, Edward | Villanova University |
| 170. | Fine, Michelle | The Graduate Center, City University of New York |
| 171. | Fischman, Gustavo | Arizona State University |
| 172. | Fishman, Seth Matthew | Villanova University |
| 173. | Fiske, Susan | Princeton University |
| 174. | Flores, Lisa | University of Missouri |
| 175. | Folk, Amanda | The Ohio State University |
| 176. | Ford, Karly | Pennsylvania State University |
| 177. | Foste, Zak | University of Kansas |
| 178. | Francisco-Menchavez, Valerie | San Francisco State University |
| 179. | Frankenberg, Erica | Pennsylvania State University |

| **Name** | **College/University or Organization** |
|---|---|
| 180. Frasure, Lorrie | University of California, Los Angeles |
| 181. Freeman, Jr., Sydney | University of Idaho |
| 182. Freer, Regina | Occidental College |
| 183. French, Amy | Indiana State University |
| 184. Friedensen, Rachel | St. Cloud State University |
| 185. Fries-Britt, Sharon | University of Maryland, College Park |
| 186. Fujimoto, Eugene | California State University, Fullerton |
| 187. Fultz, Michael | University of Wisconsin - Madison |
| 188. Furr, Sara | University of Chicago |
| 189. Gándara, Patricia | University of California, Los Angeles |
| 190. Gans, Herbert | Columbia University |
| 191. Garces, Liliana M. | University of Texas at Austin |
| 192. Garcia, Gina | University of Pittsburgh |
| 193. Garcia, Hugo | Texas Tech University |
| 194. Garcia, Kristina | University of Illinois at Chicago |
| 195. Garcia Bedolla, Lisa | University of California, Berkeley |
| 196. Garibay, Juan | University of Virginia |
| 197. Garvey, Jay | University of Vermont |
| 198. George Mwangi, Chrystal | University of Massachusetts Amherst |
| 199. Geron, Kim | California State University, East Bay |
| 200. Giani, Matthew | University of Texas at Austin |
| 201. Gildersleeve, Ryan | University of Denver |
| 202. Gillon, Kathleen | University of Maine |
| 203. Gilmore, Ruth Wilson | The Graduate Center, City University of New York |
| 204. Gin, Kevin | Holy Names University |
| 205. Ginsberg, Ricki | Colorado State University |
| 206. Gonzales, Leslie | Michigan State University |
| 207. Gonzalez, Amber | California State University, Sacramento |
| 208. Gonzalves, Theodore | Association for Asian American Studies |
| 209. Gooding, Cory | University of San Diego |
| 210. Gordon, Hava | University of Denver |
| 211. Goyette, Kimberly | Temple University |
| 212. Grande, Sandy | Connecticut College |
| 213. Gregory, Dennis | Old Dominion University |
| 214. Grewal, Zareena | Yale University |
| 215. Griffin, Kimberly | University of Maryland, College Park |
| 216. Guerrero, Armando | University of California, Los Angeles |
| 217. Guido, Florence M. | University of Northern Colorado |
| 218. Gutierrez, Kris | University of California, Berkeley |
| 219. Hackshaw, Alana | University of Maryland, College Park |
| 220. Hagedorn, Linda Serra | Iowa State University |
| 221. Hailu, Meseret | Arizona State University |
| 222. Hakuta, Kenji | Stanford University |
| 223. Hall, Gordon | University of Oregon |
| 224. Hancock Alfaro, Ange-Marie | University of Southern California |

| | Name | College/University or Organization |
|---|---|---|
| 225. | Hardie, Jessica | Hunter College, City University of New York |
| 226. | Harpalani, Vinay | University of New Mexico |
| 227. | Harper Morris, Casandra | University of Missouri |
| 228. | Harris, Michael | Southern Methodist University |
| 229. | Harris III, Frank | San Diego State University |
| 230. | Hart, Jeni | University of Missouri |
| 231. | Hartlep, Nicholas | Berea College |
| 232. | Haslerig, Siduri | University of Oklahoma |
| 233. | Hatch-Tocaimaza, Deryl | University of Nebraska |
| 234. | Heller, Donald | University of San Francisco |
| 235. | Hernandez, Edwin | California State University, San Bernardino |
| 236. | Hernandez, Xavier | University of California, Irvine |
| 237. | Hernández, Estee | Texas Christian University |
| 238. | Heubert, Jay | Columbia University |
| 239. | Higginbotham, Evelyn Brooks | Harvard University |
| 240. | Hikida, Michiko | The Ohio State University |
| 241. | Hillman, Nicholas | University of Wisconsin - Madison |
| 242. | Hirschman, Daniel | Brown University |
| 243. | Holley, Susan | Texas A&M University |
| 244. | Holme, Jennifer | University of Texas at Austin |
| 245. | Horn, Catherine | University of Houston |
| 246. | Hornak, Anne | Central Michigan University |
| 247. | HoSang, Daniel | Yale University |
| 248. | Houston, Derek | University of Oklahoma |
| 249. | Howard, Tiffiany | University of Nevada, Las Vegas |
| 250. | Howes, Carollee | University of California, Los Angeles |
| 251. | Howes, Shannon | Loyola University Chicago |
| 252. | Hsieh, Betina | California State University, Long Beach |
| 253. | Hsin, Amy | Queens College, City University of New York |
| 254. | Hsu, Madeline | University of Texas at Austin |
| 255. | Hudson, Tara | Kent State University |
| 256. | Huerta, Adrian | University of Southern California |
| 257. | Hughes, Bryce | Montana State University |
| 258. | Hum, Tarry | Queens College, City University of New York |
| 259. | Hunt, Darnell | University of California, Los Angeles |
| 260. | Hunter, Evelyn | Auburn University |
| 261. | Huo, Yuen | University of California, Los Angeles |
| 262. | Hurtado, Sarah | University of Denver |
| 263. | Hurtado, Sylvia | University of California, Los Angeles |
| 264. | Hutchings, Vincent | University of Michigan |
| 265. | Ishimaru, Ann | University of Washington |
| 266. | Iverson, Susan | Manhattanville College |
| 267. | Jain, Dimpal | California State University, Northridge |
| 268. | Jardina, Ashley | Duke University |
| 269. | Jayakumar, Uma | University of California, Riverside |

| Name | College/University or Organization |
|---|---|
| 270. Jennings, Louise | Colorado State University |
| 271. Jeung, Russell | San Francisco State University |
| 272. Johnson, Jennifer | Temple University |
| 273. Johnson, Matthew | Central Michigan University |
| 274. Johnston-Guerrero, Marc | The Ohio State University |
| 275. Jones, Nikki | University of California, Berkeley |
| 276. Jones-Correa, Michael | University of Pennsylvania |
| 277. Joshi, Khyati | Fairleigh Dickinson University |
| 278. Jourian, T.J. | Trans*Formational Change, LLC |
| 279. Junn, Jane | University of Southern California |
| 280. Kadaba, Meiyang | Wright Institute |
| 281. Kamimura, Aurora | Washington University in St. Louis |
| 282. Kanagala, Vijay | Salem State University |
| 283. Kang, Miliann | University of Massachusetts Amherst |
| 284. Karen, David | Bryn Mawr College |
| 285. Kelly, Bridget | University of Maryland, College Park |
| 286. Ken, Ivy | The George Washington University |
| 287. Kezar, Adrianna | University of Southern California |
| 288. Kiang, Peter | University of Massachusetts Boston |
| 289. Killen, Melanie | University of Maryland |
| 290. Kim, Barbar | California State University, Long Beach |
| 291. Kim, David Kyuman | Stanford University |
| 292. Kim, Jung | Lewis University |
| 293. Kim, Nadia | Loyola Marymount University |
| 294. Kim, Richard | University of California, Davis |
| 295. Kim, Rose M. | Borough of Manhattan Community College, City University of New York |
| 296. Kim, Soo Mee | California State University, Los Angeles |
| 297. Kim, Stephanie | Georgetown University |
| 298. Kimball, Ezekiel | University of Massachusetts Amherst |
| 299. King, M Bruce | University of Wisconsin - Madison |
| 300. King, Patricia | University of Michigan |
| 301. Kinzie, Jillian | Indiana University Bloomington |
| 302. Knaus, Christopher | University of Washington - Tacoma |
| 303. Ko, Cynya Michelle | Columbia University |
| 304. Kodama, Corinne | University of Illinois at Chicago |
| 305. Kohli, Rita | University of California, Riverside |
| 306. Kokka, Kari | University of Pittsburgh |
| 307. Kondo, Dorinne | University of Southern California |
| 308. Kornhaber, Mindy | Pennsylvania State University |
| 309. Kortegast, Carrie | Northern Illinois University |
| 310. Kumashiro, Kevin | Independent Scholar |
| 311. Kwan, Yvonne | San José State University |
| 312. Kwon, Yaejoon | Reed College |
| 313. Lai, James | Santa Clara University |

| Name | College/University or Organization |
|---|---|
| 314. Langhout, Regina | University of California, Santa Cruz |
| 315. Lau, Anna | University of California, Los Angeles |
| 316. Laus, Vincent | California State University, Stanislaus |
| 317. Le, C.N. | University of Massachusetts Amherst |
| 318. Lechuga, Vicente | Texas A&M University - College Station |
| 319. Ledesma, María | University of Utah |
| 320. Lee, Amy | University of Minnesota |
| 321. Lee, C. Aujean | University of Oklahoma |
| 322. Lee, Fred | University of Connecticut |
| 323. Lee, Jennifer | Columbia University |
| 324. Lee, Richard | University of Minnesota |
| 325. Lee, Robert | Brown University |
| 326. Lee, Stacey | University of Wisconsin-Madison |
| 327. Lee, Taeku | University of California, Berkeley |
| 328. Lee, Ung-Sang | University of California, Los Angeles |
| 329. Lehman, Kathleen | University of California, Los Angeles |
| 330. Lehr, Jane | California Polytechnic State University, San Luis Obispo |
| 331. Leung, Genevieve | University of San Francisco |
| 332. Leung, Maxwell | California College of the Arts |
| 333. Lewis, Amanda | University of Illinois at Chicago |
| 334. Lewis, Consuella | Concordia University Portland |
| 335. Lien, Pei-Te | University of California, Santa Barbara |
| 336. Liera, Roman | University of Southern California |
| 337. Linde, Robyn | Rhode Island College |
| 338. Lipson, Daniel | Sacramento State |
| 339. Liu, Rossina Zamora | University of Maryland, College Park |
| 340. Lizardy-Hajbi, Kristina | Iliff School of Theology |
| 341. Locks, Angela | California State University, Long Beach |
| 342. Longerbeam, Susan | University of Louisville |
| 343. Lopez, Francesca | University of Arizona |
| 344. Lopez, Lori | University of Wisconsin - Madison |
| 345. López, Gerardo | Michigan State University |
| 346. López, Nancy | University of New Mexico |
| 347. Loya, Karla | University of Hartford |
| 348. Lu, Charles | University of California, San Diego |
| 349. Luedke, Courtney | University of Wisconsin Whitewater |
| 350. Lui, Joyce | San José City College |
| 351. Lum, Belinda | Sacramento City College |
| 352. MacLachlan, Anne | University of California, Berkeley |
| 353. Malone, Mei-Ling | California State University, Fullerton |
| 354. Manning, Kathleen | University of Vermont |
| 355. Manzano, Lester | Loyola University Chicago |
| 356. Maramba, Dina | Claremont Graduate University |
| 357. Marin, Patricia | Michigan State University |
| 358. Marine, Susan | Merrimack College |

| Name | College/University or Organization |
|---|---|
| 359. Marquez Kiyama, Judy | University of Denver |
| 360. Marsicano, Christopher | Davidson College |
| 361. Martin, Isaac | University of California, San Diego |
| 362. Martinez, Brandon C. | Providence College |
| 363. Martinez, Danny C. | University of California, Davis |
| 364. Martínez, Ramón Antonio | Stanford University |
| 365. Martinez-Ebers, Valerie | University of North Texas |
| 366. Masequesmay, Gina | California State University, Northridge |
| 367. Masuoka, Natalie | University of California, Los Angeles |
| 368. Matias, Cheryl | University of Denver |
| 369. Matos, Yalidy | Rutgers University |
| 370. Mattheis, Allison | California State University, Los Angeles |
| 371. Mavrogordato, Madeline | Michigan State University |
| 372. Mayer, Anysia | California State University, Stanislaus |
| 373. Mayorga, Edwin | Swarthmore College |
| 374. McCarthy, Martha | Loyola Marymount University |
| 375. McClellan, George | University of Mississippi |
| 376. McClelland, Katherine | Franklin and Marshall College |
| 377. McCloud, Laila | Western Illinois University |
| 378. McCormick, Alexander | Indiana University Bloomington |
| 379. McDermott, Kathryn | University of Massachusetts Amherst |
| 380. McDonough, Patricia M. | University of California, Los Angeles |
| 381. McGuire, Keon | Arizona State University |
| 382. McLaughlin, Conor | Bowling Green State University |
| 383. Mehan, Hugh | University of California, San Diego |
| 384. Melguizo, Tatiana | University of Southern California |
| 385. Merchant, Natasha | University of Washington |
| 386. Merseth, Julie Lee | Northwestern University |
| 387. Mickelson, Roslyn Arlin | University of North Carolina at Charlotte |
| 388. Milem, Jeffrey | University of California, Santa Barbara |
| 389. Milman, Noriko | University of San Francisco |
| 390. Minta, Michael | University of Minnesota |
| 391. Mintz, Beth | University of Vermont |
| 392. Mishra, Sangay | Drew University |
| 393. Mitchell, Jr., Donald | Bellarmine University |
| 394. Mitra, Dana | Pennsylvania State University |
| 395. Mobley, Jr., Steve | University of Alabama |
| 396. Mollet, Amanda | University of Kansas |
| 397. Montaño, Theresa | California State University, Northridge |
| 398. Moolenaar, Elisabeth | Regis University |
| 399. Morales, Amanda | University of Nebraska |
| 400. Morales, Erica | California State Polytechnic University, Pomona |
| 401. Morgan, Demetri | Loyola University Chicago |
| 402. Morgan, Zachary | California Institute of the Arts |
| 403. Morrill, Angie | The Klamath Tribes |

| **Name** | | **College/University or Organization** |
|---|---|---|
| 404. | Moses, Michele | University of Colorado Boulder |
| 405. | Moses, Yolanda | University of California, Riverside |
| 406. | Motha, Suhanthie | University of Washington |
| 407. | Muñiz, Raquel | Boston College |
| 408. | Muñoz, José | California State University, San Bernardino |
| 409. | Muñoz, Susana | Colorado State University |
| 410. | Musoba, Glenda | Texas A&M University |
| 411. | Myers, Kit | University of California, Merced |
| 412. | Nagasawa, Mark | Bank Street College of Education |
| 413. | Nakagawa, Kathy | Arizona State University |
| 414. | Nakano, Dana | California State University, Stanislaus |
| 415. | Nance, Teresa | Villanova University |
| 416. | Narui, Mitsu | The Ohio State University |
| 417. | Navarro, Rachel | University of North Dakota |
| 418. | Nelson, Christine | University of Denver |
| 419. | Nelson Laird, Thomas | Indiana University Bloomington |
| 420. | Ngo, Federick | University of Nevada, Las Vegas |
| 421. | Nguyen, Bach Mai Dolly | Oregon State University |
| 422. | Nguyen, David Hoa | Indiana University - Purdue University, Indianapolis |
| 423. | Nguyen, Mike Hoa | University of Denver |
| 424. | Nguyen, Thai-Huy | Seattle University |
| 425. | Nicolazzo, Z | University of Arizona |
| 426. | Nienhusser, H. Kenny | University of Connecticut |
| 427. | Nieri, Tanya | University of California, Riverside |
| 428. | Nieto, Sonia | University of Massachusetts Amherst |
| 429. | Nititham, Diane | Murray State University |
| 430. | Noblit, George | University of North Carolina at Chapel Hill |
| 431. | Noguera, Pedro | University of California, Los Angeles |
| 432. | Nyunt, Gudrun | Northern Illinois University |
| 433. | O'Neal, Colleen | University of Maryland, College Park |
| 434. | Obear, Kathy | University of Massachusetts Amherst |
| 435. | Ocampo, Angela | University of Michigan |
| 436. | Ocampo, Anthony | California State Polytechnic University, Pomona |
| 437. | Oda, Meredith | University of Nevada, Reno |
| 438. | Okamoto, Dina | Indiana University Bloomington |
| 439. | Okello, Wilson | University of North Carolina Wilmington |
| 440. | Oliva, Maricela | University of Texas at San Antonio |
| 441. | Olivas, Michael A. | University of Houston |
| 442. | Ong, Paul | University of California, Los Angeles |
| 443. | Ono, Kent | University of Utah |
| 444. | Orey, B. D'Andra | Jackson State University |
| 445. | Orfield, Gary | University of California, Los Angeles |
| 446. | Orphan, Cecilia | University of Denver |
| 447. | Oseguera, Leticia | Pennsylvania State University |
| 448. | Osuji, Chinyere | Rutgers University-Camden |

| Name | College/University or Organization |
|---|---|
| 449. Ott, Molly | Arizona State University |
| 450. Overton, Betty | University of Michigan |
| 451. Ovink, Sarah | Virginia Polytechnic Institute and State University |
| 452. Ozaki, C. Casey | University of North Dakota |
| 453. Padios, Jan | University of Maryland, College Park |
| 454. Paguyo, Christina | University of Denver |
| 455. Paik, Leslie | City College of the City University of New York |
| 456. Park, Jerry | Baylor University |
| 457. Park, Julie | University of Maryland, College Park |
| 458. Park, Lisa | University of California, Santa Barbara |
| 459. Parker, Eugene | University of Kansas |
| 460. Parker, Laurence | University of Utah |
| 461. Parker, Tara L. | University of Massachusetts Boston |
| 462. Parris, Girma | Case Western Reserve University |
| 463. Pasque, Penny | The Ohio State University |
| 464. Patel, Leigh | University of Pittsburgh |
| 465. Patraporn, R. Varisa | California State University, Long Beach |
| 466. Patton Davis, Lori | The Ohio State University |
| 467. Pendakur, Sumun | University of Southern California |
| 468. Perez, Frank G. | University of Texas, El Paso |
| 469. Perez, Patricia | California State University, Fullerton |
| 470. Perez, Rosemary | Iowa State University |
| 471. Perez II, David | Syracuse University |
| 472. Perez-Felkner, Lara | Florida State University |
| 473. Perlstein, Daniel | University of California, Berkeley |
| 474. Perna, Laura | University of Pennsylvania |
| 475. Peterson, Larry | North Dakota State University |
| 476. Pham, Minh-Ha T. | Pratt Institute |
| 477. Pham, Vincent | Willamette University |
| 478. Phan, Ngoc | Hawaii Pacific University |
| 479. Phommasa, Malaphone | University of California, Santa Barbara |
| 480. Pinderhughes, Dianne | University of Notre Dame |
| 481. Pizarro, Marcos | San José State University |
| 482. Pizzolato, Jane | University of Arizona |
| 483. Platt, Spencer | University of South Carolina |
| 484. Poon, OiYan | Colorado State University |
| 485. Pope, Raechele | University at Buffalo |
| 486. Porter, Christa | Kent State University |
| 487. Posselt, Julie | University of Southern California |
| 488. Powers, Jeanne | Arizona State University |
| 489. Price, Melanye | Prairie View A&M University |
| 490. Pyke, Karen | University of California, Riverside |
| 491. Quintanar, Rosalinda | San José State University |
| 492. Ramirez, Hiram | California State University, Channel Islands |
| 493. Ramirez, Leonard | Northeastern Illinois University |

| Name | College/University or Organization |
|---|---|
| 494. Ramirez, Ricardo | University of Notre Dame |
| 495. Ramos, Delma | University of North Carolina at Greensboro |
| 496. Ray, Chris | North Dakota State University |
| 497. Razfar, Aria | University of Illinois at Chicago |
| 498. Reang Sperry, Chanira | University of Washington |
| 499. Reddick, Richard | University of Texas at Austin |
| 500. Reinarman, Craig | University of California, Santa Cruz |
| 501. Rendon, Laura | University of Texas at San Antonio |
| 502. Renn, Kristen | Michigan State University |
| 503. Reyes, Nicole | University of Hawaiʻi, Mānoa |
| 504. Reyes, Pedro | University of Texas at Austin |
| 505. Rincón, Blanca | University of Nevada, Las Vegas |
| 506. Rios-Aguilar, Cecilia | University of California, Los Angeles |
| 507. Roberts, Maxine | Independent Scholar |
| 508. Robinson, Sean | Morgan State University |
| 509. Rodriguez, Awilda | University of Michigan |
| 510. Rodriguez, Robyn | University of California, Davis |
| 511. Rodríguez, Noreen | Iowa State University |
| 512. Rodriguez-Kiino, Diane | California Lutheran University |
| 513. Rofel, Lisa | University of California, Santa Cruz |
| 514. Rogoff, Barbara | University of California, Santa Cruz |
| 515. Rowan-Kenyon, Heather | Boston College |
| 516. Rubin, Paul | University of Utah |
| 517. Ruck, Martin D | The Graduate Center, City University of New York |
| 518. Rury, John | University of Kansas |
| 519. Sacramento, Jocyl | California State University, Stanislaus |
| 520. Saenz, Victor | University of Texas at Austin |
| 521. Salazar, Cinthya | University of Maryland, College Park |
| 522. Salinas, Criss | Florida Atlantic University |
| 523. Sallee, Margaret | University at Buffalo |
| 524. Sansone, Vanessa | University of Texas at San Antonio |
| 525. Santa-Ramirez, Stephen | Arizona State University |
| 526. Saran, Rupam | Medgar Evers College, The City University of New York |
| 527. Saw, Anne | DePaul University |
| 528. Schey, Ryan | Auburn University |
| 529. Schneider, Aaron | University of Denver |
| 530. Scott, Jamil | Georgetown University |
| 531. Scott, Janelle | University of California, Berkeley |
| 532. Seaton, Eleanor | Arizona State University |
| 533. Sedlacek, William | University of Maryland, College Park |
| 534. Segal, Marcia Texler | Indiana University Southeast |
| 535. Segoshi, Megan | University of Michigan |
| 536. Segura, Gary | University of California, Los Angeles |
| 537. Seifert, Tricia | Montana State University |
| 538. Sekou, Bilal | University of Hartford |

| Name | College/University or Organization |
|---|---|
| 539. Self, J. Scott | Abilene Christian University |
| 540. Sengupta-Irving, Tesha | University of California, Berkeley |
| 541. Sewell, Christopher | Williams College |
| 542. Shallish, Lauren | The College of New Jersey |
| 543. Sharma, Nitasha | Northwestern University |
| 544. Sharrow, Elizabeth | University of Massachusetts Amherst |
| 545. Shaw, Vivian | Harvard University |
| 546. Shiao, Jiannbin | University of Oregon |
| 547. Shin, K. Ian | University of Michigan |
| 548. Shin, Richard | University of Maryland, College Park |
| 549. Shomura, Chad | University of Colorado Denver |
| 550. Siegel-Hawley, Genevieve | Virginia Commonwealth University |
| 551. Silver, David | Carnegie Foundation for the Advancement of Teaching |
| 552. Sinclair-Chapman, Valerie | Purdue University |
| 553. Slay, Kelly | University of Maryland |
| 554. Sleeter, Christine | California State University, Monterey Bay |
| 555. Smith, Rogers | University of Pennsylvania |
| 556. Smith, Sandra | University of California, Berkeley |
| 557. Sohoni, Deenesh | College of William and Mary |
| 558. Solorzano, Daniel | University of California, Los Angeles |
| 559. Song, Sarah | University of California, Berkeley |
| 560. Spickard, Paul | University of California, Santa Barbara |
| 561. Sponsler, Laura | University of Denver |
| 562. Squire, Dian | Northern Arizona University |
| 563. Squires, Gregory | The George Washington University |
| 564. Stewart, D-L | Colorado State University |
| 565. Stewart, TJ | Iowa State University |
| 566. Stovall, David | University of Illinois at Chicago |
| 567. Strayhorn, Terrell | Virginia Union University |
| 568. Strolovitch, Dara | Princeton University |
| 569. Strunk, Kamden | Auburn University |
| 570. Stulberg, Lisa | New York University |
| 571. Subervi, Federico | University of Wisconsin - Madison |
| 572. Sun, Jeffrey | University of Louisville |
| 573. Sung, Kenzo | Rowan University |
| 574. Suyemoto, Karen | University of Massachusetts Boston |
| 575. Sze, Julie | University of California, Davis |
| 576. Tachine, Amanda | Arizona State University |
| 577. Takagi, Dana Y. | University of California, Santa Cruz |
| 578. Talusan, Liza | University of Massachusetts Boston |
| 579. Tanaka, Gregory Kazuo | San José City College |
| 580. Tang, Eric | University of Texas at Austin |
| 581. Tate, Katherine | Brown University |
| 582. Taylor, Amanda | American University |
| 583. Taylor, Betty Jeanne | University of Texas at Austin |

| Name | College/University or Organization |
|---|---|
| 584. Taylor, Kari | Springfield College |
| 585. Terriquez, Veronica | University of California, Santa Cruz |
| 586. Terry, La Mont | Occidental College |
| 587. Thompson Dorsey, Dana | University of Pittsburgh |
| 588. Thornhill, Ted | Florida Gulf Coast University |
| 589. Tieken, Mara | Bates College |
| 590. Tienda, Marta | Princeton University |
| 591. Tierney, William | University of Southern California |
| 592. Tillapaugh, Daniel | California Lutheran University |
| 593. Tomaneng, Rowena | University of San Francisco |
| 594. Torres-Olave, Blanca | Loyola University Chicago |
| 595. Tran, Hoang | Florida Atlantic University |
| 596. Tran, Nellie | San Diego State University |
| 597. Tran Parsons, Uyen | University of North Texas |
| 598. Tran, Van | The Graduate Center, City University of New York |
| 599. Trieu, Monica | Purdue University |
| 600. Trolian, Teniell | University at Albany |
| 601. Truong, Kimberly | MGH Institute of Health Professions |
| 602. Tseng, Vivian | William T. Grant Foundation |
| 603. Tsing, Anna | University of California, Santa Cruz |
| 604. Tucker-Worgs, Tamelyn | Hood College |
| 605. Turner, Caroline | California State University, Sacramento |
| 606. Umemoto, Karen | University of California, Los Angeles |
| 607. Uy, Phitsamay | University of Massachusetts Lowell |
| 608. Valadez, Concepcion | University of California, Los Angeles |
| 609. Valdez, Zulema | University of California, Merced |
| 610. Valencia, Richard R. | University of Texas at Austin |
| 611. Valverde, Caroline Kieu-Linh | University of California, Davis |
| 612. Vargas, Edward | Arizona State University |
| 613. Varghese, Manka | University of Washington |
| 614. Vasquez, John | Van Andel Institute |
| 615. Vasquez, Marissa | San Diego State University |
| 616. Vaughn, Kehaulani | University of Utah |
| 617. Vega, Desireé | University of Arizona |
| 618. Velasco, Richard | Texas Tech University |
| 619. Venzant Chambers, Terah | Michigan State University |
| 620. Verney, Steven | University of New Mexico |
| 621. Villanueva, George | Loyola University Chicago |
| 622. Vue, Rican | University of California, Riverside |
| 623. Wallace, Sophia Jordán | University of Washington |
| 624. Wang, Leslie | University of Massachusetts Boston |
| 625. Wang, Oliver | California State University, Long Beach |
| 626. Wang, Wenjie | New Mexico State University |
| 627. Ward, LaWanda | Pennsylvania State University |
| 628. Warren, Mark | University of Massachusetts Boston |

| Name | College/University or Organization |
|---|---|
| 629. Watanabe, Paul | University of Massachusetts Boston |
| 630. Waters, Mary | Harvard University |
| 631. Weaver-Hightower, Marcus | University of North Dakota |
| 632. Weidman, John | University of Pittsburgh |
| 633. Weisberg, Herbert | The Ohio State University |
| 634. Wellman, David | University of California, Santa Cruz |
| 635. Welner, Kevin | University of Colorado Boulder |
| 636. White-Lewis, Damani | University of Maryland, College Park |
| 637. Williams, Brittany | St. Cloud State University |
| 638. Williams, Joanna | University of Virginia |
| 639. Williams, Leslie | University of Hartford |
| 640. Williams, Peter | Abilene Christian University |
| 641. Williams, Terry | Loyola University Chicago |
| 642. Williams León, Teresa | California State University, Northridge |
| 643. Wilson, Camille | University of Michigan |
| 644. Wilson, David | University of Delaware |
| 645. Winkle-Wagner, Rachelle | University of Wisconsin - Madison |
| 646. Wong, Diane | New York University |
| 647. Wong, Janelle | University of Maryland, College Park |
| 648. Worthington, Roger | University of Maryland, College Park |
| 649. Wotipka, Christine Min | Stanford University |
| 650. Wright, Dwayne Kwaysee | The George Washington University |
| 651. Wright, Erin | University of Hawaiʻi, Mānoa |
| 652. Wu, Ellen | Indiana University Bloomington |
| 653. Wu, Tommy | McMaster University |
| 654. Wun, Connie | AAPI Women Lead |
| 655. Xiong, Yang Sao | University of Wisconsin - Madison |
| 656. Yamamura, Erica | Seattle University |
| 657. Yamashiro, Jane | Mills College |
| 658. Yano, Christine | University of Hawaiʻi, Mānoa |
| 659. Yao, Christina | University of South Carolina |
| 660. Yee, Barbara W.K. | University of Hawaiʻi, Mānoa |
| 661. Yee, Joliana | Yale University |
| 662. Yellow Horse, Aggie | Arizona State University |
| 663. Yep, Kathleen | Pitzer College |
| 664. Yeung, Fanny | California State University, East Bay |
| 665. Yi, Varaxy | California State University, Fresno |
| 666. Yoo, David | University of California, Los Angeles |
| 667. York, Travis | Association of Public & Land-Grant Universities |
| 668. Yoshikawa, Hirokazu | New York University |
| 669. Young, Ryan | University of Illinois at Urbana-Champaign |
| 670. Yu, Judy | Queens College, City University of New York |
| 671. Yun, John | Michigan State University |
| 672. Zamani-Gallaher, Eboni | University of Illinois at Urbana-Champaign |
| 673. Zarate, Estela | California State University, Fullerton |

| **Name** | | **College/University or Organization** |
|---|---|---|
| 674. | Zatz, Marjorie | University of California, Merced |
| 675. | Zentella, Ana | University of California, San Diego |
| 676. | Zerquera, Desiree | University of San Francisco |
| 677. | Zhou, Min | University of California, Los Angeles |
| 678. | Zweigenhaft, Richard | Guilford College |