No. 19-2005

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,
*Plaintiff-Appellant*,

vs.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,
*Defendant-Appellee*.

On Appeal from the United States District Court
for the District of Massachusetts

## AMENDED CERTIFICATE OF SERVICE

This certificate hereby amends the certificate of service filed with the notice of appearance of Samuel P. Groner on behalf of *amicus curiae* Anti-Defamation League in the above-captioned action.

I hereby certify that on May 21, 2020, I electronically filed the above-referenced document with the Clerk of the Court of the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

I certify that all parties to this case were served by the appellate CM/ECF system, except for the following party who will be served by First Class Mail:

> Lawrence L. Crawford
> Lieber Correctional Institution
> P.O. Box 205

Ridgeville, SC 29472


Date:  May 21, 2020                    By:  /s/ Samuel P. Groner
                                                            Samuel P. Groner
                                                            *Counsel for Amicus Curiae*