# CORPORATE DISCLOSURE STATEMENT

This brief is filed on behalf of the following leading American businesses:

Amgen Inc.

Apple Inc.

Applied Materials, Inc.

Cisco Systems, Inc.

Cummins Inc.

General Electric Company

Gilead Sciences, Inc.

GlaxoSmithKline LLC

Intel Corporation

Micron Technology, Inc.

Microsoft Corporation

Twitter, Inc.

Verizon Services Corp.

ViiV Healthcare Company

Pursuant to Fed. R. App. P. 26.1:

Amgen Inc. does not have a parent company and no publicly held corporation owns ten percent or more of its stock.

Applied Materials, Inc. does not have a parent company and no publicly held corporation owns ten percent or more of its stock.

Apple Inc. does not have a parent company and no publicly held corporation owns ten percent or more of its stock.

Cisco Systems, Inc. does not have a parent company, and no publicly held corporation owns ten percent or more of its stock.

Cummins Inc. does not have a parent company, and no publicly held corporation owns ten percent or more of its stock.

General Electric Company does not have a parent company, and no publicly held corporation owns ten percent or more of its stock.

Gilead Sciences, Inc. does not have a parent company, and no publicly held corporation owns ten percent or more of its stock.

GlaxoSmithKline LLC is owned, through several layers of wholly-owned subsidiaries, by GlaxoSmithKline plc, a public limited company organized under the laws of England whose Ordinary Shares are publicly traded. To the knowledge of GlaxoSmithKline LLC, none of the

shareholders of GlaxoSmithKline plc beneficially owns ten percent or more of its outstanding shares. However, the JPMorgan Chase Bank, N.A. ("JPM") serves as the Depositary for the GlaxoSmithKline plc's American Depositary Shares ("ADSs"), listed on the New York Stock Exchange, each representing two Ordinary Shares in GlaxoSmithKline plc. In that capacity, JPM is the holder of more than ten percent of the outstanding shares in GlaxoSmithKline plc.

Intel Corporation does not have a parent company, and no publicly held corporation owns ten percent or more of its stock.

Micron Technology, Inc. does not have a parent company, and no publicly held corporation owns ten percent or more of its stock.

Microsoft Corporation does not have a parent company, and no publicly held corporation owns ten percent or more of its stock.

Twitter, Inc. does not have a parent company, and no publicly held corporation owns ten percent or more of its stock.

Verizon Services Corp. is a wholly owned subsidiary of Verizon Communications Inc. Verizon Communications Inc. is a publicly held company, and no corporation owns ten percent or more of the stock of Verizon Communications Inc.

ViiV Healthcare Company is ultimately wholly-owned by GlaxoSmithKline plc, Pfizer Inc., and Shionogi Limited; GlaxoSmithKline plc has no parent corporation and the Bank of New York Mellon, a publicly-traded company listed on the New York Stock Exchange, holds more than ten percent of the stock of GlaxoSmithKline plc. Pfizer, Inc. has no parent corporation and no publicly-held corporation owns ten percent or more of its stock. Shinogi Limited is wholly-owned by Shinogi & Co., Ltd., a publicly traded company listed on the Tokyo stock exchange. No publicly-held corporation owns 10% or more of the stock of Shinogi & Co., Ltd.