No. 19-2005

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiff-Appellant*,

*v.*

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Defendant-Appellee*,

On Appeal from the United States District Court for the District of Massachusetts in Case No. 1:14-cv-14176-ADB, Judge Allison D. Burroughs

## HARVARD'S RESPONSE TO STUDENT AMICI'S MOTION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT

WILLIAM F. LEE
FELICIA H. ELLSWORTH
ANDREW S. DULBERG
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

ARA B. GERSHENGORN
HARVARD UNIVERSITY,
  OFFICE OF THE GENERAL COUNSEL
1350 Massachusetts Avenue
Cambridge, MA  02138
(617) 495-8210

SETH P. WAXMAN
PAUL R.Q. WOLFSON
DANIELLE Y. CONLEY
BRITTANY BLUEITT AMADI
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000
Seth.Waxman@wilmerhale.com

DEBO P. ADEGBILE
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
(212) 230-8800

June 12, 2020

*Additional Counsel for Defendant-Appellee Listed on Inside Cover*

| | |
|---|---|
| MICHELLE LISZT SANDALS | EMMA SIMSON |
| GREG SCHMIDT | ALEX HEMMER |
| WILMER CUTLER PICKERING | WILMER CUTLER PICKERING |
|    HALE AND DORR LLP |    HALE AND DORR LLP |
| 60 State Street | 1875 Pennsylvania Avenue, NW |
| Boston, MA 02109 | Washington, DC 20006 |
| (617) 526-6000 | (202) 663-6000 |

Pursuant to Federal Rules of Appellate Procedure 29, President and Fellows of Harvard College ("Harvard") hereby responds to the motion filed by Amici Curiae Students, Alumni, and Prospective Students of Harvard College ("Student Amici") for leave to participate in oral argument.

Student Amici, who support Harvard's position in this case, request that the Court allocate them five minutes of oral argument time.  Student Amici note that they participated in the trial, presenting the testimony of four students and alumni of Harvard College, and argue that they represent a distinct perspective on this case that would be helpful to the Court.

Although Harvard does not object to the participation of amici in oral argument, Harvard believes that it is essential that the parties to this case, Harvard and Students for Fair Admissions ("SFFA") have equal and adequate time for oral argument.  This appeal raises important and complex issues and comes to this Court after a three-week trial in which 30 witnesses (including expert witnesses on statistics) testified and more than 250 documentary exhibits were introduced into evidence.  If the Court decides to allow amici to participate, it should not reduce the parties' oral argument time, to ensure that the parties have adequate argument time and that the Court has adequate time to question counsel for the parties.

Harvard therefore respectfully suggests that Harvard and SFFA each be allocated 25 minutes of oral argument time, and that amici be allocated whatever

additional oral argument time, if any, that the Court deems appropriate. That allocation should be sufficient for the parties to present their case, for amici to present any distinct perspective should the Court allow them to argue, and for the Court to have adequate time to question counsel.

                                                                                Respectfully submitted.

| | |
|---|---|
| | /s/ Seth P. Waxman |
| WILLIAM F. LEE | SETH P. WAXMAN |
| FELICIA H. ELLSWORTH | PAUL R.Q. WOLFSON |
| ANDREW S. DULBERG | DANIELLE Y. CONLEY |
| MICHELLE LISZT SANDALS | BRITTANY BLUEITT AMADI |
| GREG SCHMIDT | EMMA SIMSON |
| WILMER CUTLER PICKERING | ALEX HEMMER |
|    HALE AND DORR LLP | WILMER CUTLER PICKERING |
| 60 State Street |    HALE AND DORR LLP |
| Boston, MA  02109 | 1875 Pennsylvania Avenue, NW |
| (617) 526-6000 | Washington, DC  20006 |
| | (202) 663-6000 |
| ARA B. GERSHENGORN | Seth.Waxman@wilmerhale.com |
| HARVARD UNIVERSITY, | |
|   OFFICE OF THE GENERAL COUNSEL | DEBO P. ADEGBILE |
| 1350 Massachusetts Avenue | WILMER CUTLER PICKERING |
| Cambridge, MA  02138 |    HALE AND DORR LLP |
| (617) 495-8210 | 7 World Trade Center |
| | 250 Greenwich Street |
| | New York, NY  10007 |
| | (212) 230-8800 |
| June 12, 2020 | *Attorneys for Defendant-Appellee* |

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d) and 32(g), the undersigned hereby certifies that this response complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).

1. The response contains 287 words.

2. The motion has been prepared in proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font as provided by Fed. R. App. P. 32(a)(5)-(6). As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

/s/ Seth P. Waxman
SETH P. WAXMAN
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000

June 12, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Seth P. Waxman
SETH P. WAXMAN
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000
Seth.Waxman@wilmerhale.com