No. 19-2005

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiff-Appellant*,

*v.*

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Defendant-Appellee*,

On Appeal from the United States District Court for the District of Massachusetts in Case No. 1:14-cv-14176-ADB, Judge Allison D. Burroughs

**PARTIES' RESPONSE TO MOTIONS OF UNITED STATES AND STUDENT AND ALUMNI ORGANIZATIONS FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**

| | |
|---|---|
| WILLIAM S. CONSOVOY<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd, Suite 700<br>Arlington, VA  22209<br>(703) 243-9423<br>will@consovoymccarthy.com | SETH P. WAXMAN<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>(202) 663-6000<br>Seth.Waxman@wilmerhale.com |
| *Counsel for Plaintiff-Appellant* | *Counsel for Defendant-Appellee* |

June 23, 2020

This Court now has before it three motions by amici for leave to participate in oral argument in this case—(1) a motion by amici Student, Alumni, and Prospective Students of Harvard College ("Student Amici"), filed June 3, in support of Harvard's position in this case; (2) a motion by amici Coalition for a Diverse Harvard, et al. ("Student Organizations Amici"), filed June 19, also in support of Harvard's position; and (3) a motion by the United States, filed June 23, in support of the position of appellant Student for Fair Admissions ("SFFA").

Harvard and SFFA do not object to the participation of amici in oral argument, but believe that—should the Court decide to allow amici to participate in oral argument—it is essential that the parties to this case, Harvard and SFFA, have equal and adequate time for oral argument. In addition, as a matter of fairness, if any amici are allowed to argue, then the parties agree that Harvard and any amici supporting its position should have the same amount of *total* time to argue as SFFA and its amicus. Thus, Harvard and SFFA oppose any proposal that would result in either (a) SFFA or Harvard having more time at oral argument than the other party, or (b) SFFA or Harvard and their amici having more total time at oral argument than the other party and its amici supporting its position.

The parties therefore respectfully and jointly suggest that Harvard and SFFA each be allocated 25 minutes of oral argument time, and that amici be allocated whatever additional oral argument time, if any, that the Court deems appropriate,

but that the total time allocated to amici for oral argument be equal on both sides. That allocation should be sufficient for the parties to present their case, for amici to present any distinct perspective should the Court allow them to argue, and for the Court to have adequate time to question counsel.

Respectfully submitted.

/s/ William S. Consovoy
WILLIAM S. CONSOVOY
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd, Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com

*Counsel for Plaintiff-Appellant*

June 23, 2020

/s/ Seth P. Waxman
SETH P. WAXMAN
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
Seth.Waxman@wilmerhale.com

*Counsel for Defendant-Appellee*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d) and 32(g), the undersigned hereby certifies that this response complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).

1. The response contains 326 words.

2. The motion has been prepared in proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font as provided by Fed. R. App. P. 32(a)(5)-(6). As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

/s/ Seth P. Waxman
SETH P. WAXMAN
WILMER CUTLER PICKERING
　HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000

June 23, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Seth P. Waxman
SETH P. WAXMAN
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
Seth.Waxman@wilmerhale.com