# United States Court of Appeals
## For the First Circuit

No. 19-2005

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Appellant

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

Defendant - Appellee

THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS

Defendant

### CALENDARING NOTICE

Issued: July 28, 2020

Consistent with public health guidance and ongoing efforts to mitigate the risk of community transmission of COVID-19, **the court will conduct oral argument remotely in this case on Wednesday, September 16, 2020** at **9:30 a.m.**, in lieu of in-person appearance. There will be no continuance except for grave cause.

Given the continued public health restrictions and limits on public access to the courthouse, the court will also provide live audio access to such arguments, unless the court closes the proceedings to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within 7 days of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the Designation Form available on the court's website at www.ca1.uscourts.gov. If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

Counsel who will be presenting (or assisting presenting counsel at) oral argument are hereby ordered to attend a remote conference on Wednesday, September 2, 2020 at 1:30 p.m. to review relevant procedures for the hearing. Additional information about this virtual meeting will be sent via email to the email address included on counsel's Designation Form.

The identity of the panel will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to the Calendaring Clerk, Daniel Toomey, 617-748-9982.

By the Court:

Maria R. Hamilton, Clerk

cc:
Debo P. Adegbile
Brittany Amadi
Eri Andriola
Peter Antonelli
Hector H. Balderas
Sheila Baynes
Xavier Becerra
Ishan Kharshedji Bhabha
Thomas Mark Bondy
Ruth A. Bourquin
Sarah Burg
Thomas E. Chandler
Apalla U. Chopra
Randall Baldwin Clark
Keefe Bryant Clemons
Danielle Conley
John Michael Connolly
Clare E. Connors
William S. Consovoy
Kathryn R. Cook
Lawrence L. Crawford
Lawrence E. Culleen
Mark S. Davies

Elliott M. Davis
Elizabeth N. Dewar
Emma Dinan
Matthew J. Donnelly
Andrew S. Dulberg
Dwight Gerard Duncan
Keith Ellison
Felicia H. Ellsworth
Jessica Lynn Ellsworth
William E. Evans III
Wencong Fa
Gordon M. Fauth Jr.
Aaron D. Ford
Aaron M. Frey
Brian E. Frosh
T. Elliot Gaiser
Bradley N. Garcia
Ara B. Gershengorn
Stephanie J. Gold
Jon M. Greenbaum
Samuel P. Groner
Adam R.F. Gustafson
Sarah Elaine Harrington
Maura T. Healey
Matthew S. Hellman
Alex Hemmer
Mark R. Herring
Matthew J. Higgins
Sarah Hinger
David Hinojosa
Derek Tam Ho
Jennifer A. Holmes
John M. Hughes
Sherrilyn Ann Ifill
Letitia James
Kathleen Jennings
Rachel Kleinman
Katie Kopp
Douglass C. Lawrence
Jin Hee Lee
Jin Hee Lee
William F. Lee
Haiying Li
Yong Li
Donald Campbell Lockhart
Janine Marie Lopez

Ann E. Lynch
Steven L. Mayer
Thomas R. McCarthy
Cara McClellan
Patrick D. McKegney
Anton Metlitsky
Adam K. Mortara
Joseph J. Mueller
Janai Nelson
Peter F. Neronha
Cameron Thomas Norris
Bradley Oppenheimer
Seth B. Orkand
Eric Grant Penley
Nancy Leeds Perkins
Timothy J. Perry
Harrison David Polans
Karl A. Racine
Marc John Randazza
Kwame Raoul
Dean Richlin
Madeleine Kristine Rodriguez
Sabrina Rose-Smith
E. Joshua Rosenkranz
Richard J. Rosensweig
Jessie J. Rossman
Dennis J. Saffran
Michelle Liszt Sandals
Paul M. Sanford
Jaime Ann Santos
Gregory M. Schmidt
Sigmund D. Schutz
Matthew R Segal
Oren McCleary Sellstrom
Josh Shapiro
Emma Simson
Sarah Hartman Sloan
Samuel Spital
Patrick N. Strawbridge
Darren Teshima
Kenneth N. Thayer
Elisabeth S. Theodore
Joshua P. Thompson
Natashia Tidwell
Genevieve Bonadies Torres
Michaele N. Turnage Young

David Urena
Seth P. Waxman
Philip J. Weiser
Joseph Wenner
Cody J. Wisniewski
Paul R.Q. Wolfson
Jun Xiao
Xiaoying Yu