# United States Court of Appeals
## For the First Circuit

───────────────────

No. 19-2005

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Appellant

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

Defendant - Appellee

THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS

Defendant

───────────────────

**ORDER OF COURT**

Entered: July 29, 2020
Pursuant to 1st Cir. R. 27.0(d)

Inasmuch as this case has been calendared for the Court's September sitting, the parties are hereby ordered to refile electronically any previously filed appendix, or supplemental appendix, filed in paper before the Court's April 20, 2020 order requiring appendices to be filed electronically and in paper. The parties' electronically filed appendices are due by **August 5, 2020**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Paul M. Sanford, William S. Consovoy, Patrick N. Strawbridge, Thomas R. McCarthy, John Michael Connolly, Cameron Thomas Norris, Adam K. Mortara, John M. Hughes, Felicia H. Ellsworth, Seth P. Waxman, Ara B. Gershengorn, William F. Lee, Joseph J. Mueller, Paul R.Q. Wolfson, Debo P. Adegbile, Andrew S. Dulberg, Michelle Liszt Sandals, Brittany Amadi, Danielle Conley, Alex Hemmer, Emma Simson, Gregory M. Schmidt, Sigmund D. Schutz, Eric Grant Penley, Janai Nelson, Jin Hee Lee, Sherrilyn Ann Ifill, Rachel Kleinman, Cara McClellan, Jennifer A. Holmes, Michaele N. Turnage Young, Samuel Spital, Kenneth N. Thayer, Kathryn R. Cook, Dwight Gerard Duncan, Dennis J. Saffran, Jessica Lynn Ellsworth, Natashia Tidwell,

Stephanie J. Gold, Matthew J. Higgins, Thomas E. Chandler, Donald Campbell Lockhart, Elliott M. Davis, Matthew J. Donnelly, Madeleine Kristine Rodriguez, Sarah Burg, Marc John Randazza, Gordon M. Fauth Jr., Richard J. Rosensweig, Sarah Elaine Harrington, Jon M. Greenbaum, Lawrence E. Culleen, Nancy Leeds Perkins, Steven L. Mayer, Emma Dinan, Oren McCleary Sellstrom, Janine Marie Lopez, Genevieve Bonadies Torres, Elisabeth S. Theodore, David Hinojosa, Eri Andriola, Lawrence L. Crawford, Seth B. Orkand, Matthew S. Hellman, Ishan Kharshedji Bhabha, Bradley N. Garcia, Apalla U. Chopra, Patrick D. McKegney, Anton Metlitsky, Ruth A. Bourquin, Matthew R Segal, Jessie J. Rossman, Sarah Hinger, Randall Baldwin Clark, Adam R.F. Gustafson, Jin Hee Lee, Peter Antonelli, Douglass C. Lawrence, Joshua P. Thompson, Wencong Fa, Derek Tam Ho, Bradley Oppenheimer, Joseph Wenner, Xiaoying Yu, Haiying Li, Yong Li, Jun Xiao, Timothy J. Perry, Cody J. Wisniewski, T. Elliot Gaiser, Jaime Ann Santos, William E. Evans III, Sabrina Rose-Smith, Peter F. Neronha, Maura T. Healey, Elizabeth N. Dewar, Karl A. Racine, Brian E. Frosh, Hector H. Balderas, Xavier Becerra, Mark R. Herring, Josh Shapiro, Aaron M. Frey, Kwame Raoul, Aaron D. Ford, Kathleen Jennings, Letitia James, Keith Ellison, Clare E. Connors, Philip J. Weiser, Ann E. Lynch, David Urena, Mark S. Davies, Thomas Mark Bondy, E. Joshua Rosenkranz, Keefe Bryant Clemons, Katie Kopp, Sarah Hartman Sloan, Darren Teshima, Sheila Baynes, Dean Richlin, Samuel P. Groner, Harrison David Polans