No. 19-2005

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,
*Plaintiff-Appellant*,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Massachusetts

## JOINT APPENDIX
## VOLUME VI

Adam K. Mortara
J. Scott McBride
Krista J. Perry
BARTLIT BECK LLP
54 W. Hubbard St., Ste. 300
Chicago, IL 60654
(312) 494-4469

John M. Hughes
Katherine L.I. Hacker
Meg E. Fasulo
BARTLIT BECK LLP
1801 Wewatta St., Ste. 1200
Denver, CO 80202
(303) 592-3140

William S. Consovoy
Thomas R. McCarthy
J. Michael Connolly
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
10 Post Office Sq., 8th Fl., PMB #706
Boston, MA 02109
(617) 227-0548

*Counsel for Appellant Students for Fair Admissions, Inc.*

# TABLE OF CONTENTS

**Volume I**

Docket Sheet ..................................................................................................JA1

Notice of Appeal (Doc. 674) ......................................................................JA106

Complaint (Doc. 1) ....................................................................................JA108

Dispositive Motion Exhibits

    Motion to Dismiss for Lack of Subject-Matter Jurisdiction

        Declaration of William S. Consovoy

            Exhibit I (Doc. 205-9) .................................................................JA228

    Cross-Motions for Summary Judgment

        Declaration of Felicia H. Ellsworth

            Exhibit 2 (Doc. 419-2) ...............................................................JA230

            Exhibit 85 (Doc. 419-85) .............................................................JA244

            Exhibit 86 (Doc. 419-86) .............................................................JA251

            Exhibit 87 (excerpts) (Doc. 419-87) ...........................................JA254

            Exhibit 88 (excerpts) (Doc. 419-89) ...........................................JA285

            Exhibit 89 (Doc. 419-89) .............................................................JA330

            Exhibit 91 (Doc. 419-91) .............................................................JA347

            Exhibit 92 (Doc. 419-92) .............................................................JA370

        Declaration of Michael Connolly

            Exhibit 237 (Doc. 421-237)..........................................................JA399

            Exhibit 238 (Doc. 421-238)..........................................................JA418

            Exhibit 239 (Doc. 421-239)..........................................................JA425

            Exhibit 240 (Doc. 421-240)..........................................................JA427

            Exhibit 241 (Doc. 421-241)..........................................................JA431

            Exhibit 242 (Doc. 421-242)..........................................................JA434

            Exhibit 250 (Doc. 421-250)..........................................................JA436

            Exhibit 251 (Doc. 421-251)..........................................................JA440

Trial Transcripts

    Day 1 (Doc. 631) ................................................................JA443

    Day 2 (Doc. 632) ................................................................JA630

**Volume II**

Trial Transcripts (cont.)

    Day 3 (Doc. 633) ................................................................JA722

    Day 4 (Doc. 635) ................................................................JA952

    Day 5 (Doc. 636) ................................................................JA1198

**Volume III**

Trial Transcripts (cont.)

    Day 6 (Doc. 638) ................................................................JA1459

    Day 7 (Doc. 640) ................................................................JA1690

    Day 8 (Doc. 642) ................................................................JA1918

**Volume IV**

Trial Transcripts (cont.)

    Day 9 (Doc. 644) ................................................................JA2163

    Day 10 (Doc. 646) ................................................................JA2413

    Day 11 (Doc. 648) ................................................................JA2535

    Day 12 (Doc. 650) ................................................................JA2752

## Volume V

Trial Transcripts (cont.)

    Day 13 (Doc. 652) ................................................................JA2937

    Day 14 (Doc. 654) ................................................................JA3143

    Day 15 (Doc. 656) ................................................................JA3404

    Closing Arguments (Doc. 666)................................................JA3559

Trial Exhibits

    Plaintiff's Trial Exhibits

        Request for Judicial Notice (excerpts) (Doc. 577)......................JA3688

        Notice of Deposition Designations Played in Court (Doc. 597-1)............JA3708

## Volume VI

    Plaintiff's Trial Exhibits (cont.)

    PX1    ................................................................JA3723

    PX2    ................................................................JA3741

    PX9    ................................................................JA3742

    PX12   ................................................................JA3759

    PX13   ................................................................JA3802

    PX14   ................................................................JA3845

    PX15   ................................................................JA3848

    PX16   ................................................................JA3940

    PX17   ................................................................JA3941

    PX19   ................................................................JA3943

    PX21   ................................................................JA3944

    PX23   ................................................................JA3948

    PX24   ................................................................JA3951

    PX26   ................................................................JA3954

    PX28   ................................................................JA3963

PX29 ...............................................................................................JA3971

PX35 ...............................................................................................JA3972

PX36 ...............................................................................................JA3979

PX41 (excerpts) ............................................................................JA3980

PX50 ...............................................................................................JA4002

PX57 ...............................................................................................JA4008

PX68 ...............................................................................................JA4011

PX71 ...............................................................................................JA4012

PX72 ...............................................................................................JA4028

PX75 ...............................................................................................JA4075

PX81 ...............................................................................................JA4079

PX88 (excerpts) ............................................................................JA4080

PX95 ...............................................................................................JA4084

PX96 ...............................................................................................JA4090

PX99 ...............................................................................................JA4097

PX106 .............................................................................................JA4109

PX111 .............................................................................................JA4110

PX147 .............................................................................................JA4112

PX148 .............................................................................................JA4113

PX149 .............................................................................................JA4115

PX150 .............................................................................................JA4116

PX152 .............................................................................................JA4124

PX153 .............................................................................................JA4128

PX154 .............................................................................................JA4130

PX155 .............................................................................................JA4131

PX156 .............................................................................................JA4132

PX157 .............................................................................................JA4133

PX163 .............................................................................................JA4134

PX164 ................................................................................................JA4138

PX165 ................................................................................................JA4142

PX167 ................................................................................................JA4145

PX177 ................................................................................................JA4147

PX182 ................................................................................................JA4154

PX200 ................................................................................................JA4156

PX218 ................................................................................................JA4158

PX225 ................................................................................................JA4196

PX227 ................................................................................................JA4199

PX230 ................................................................................................JA4200

PX236 ................................................................................................JA4201

PX238 ................................................................................................JA4203

PX265 ................................................................................................JA4206

PX279 ................................................................................................JA4209

PX287 ................................................................................................JA4212

PX288 (excerpts) ..............................................................................JA4214

PX299 ................................................................................................JA4382

PX300 ................................................................................................JA4389

PX302 ................................................................................................JA4390

PX312 ................................................................................................JA4412

PX316 ................................................................................................JA4413

PX319 ................................................................................................JA4432

PX324 ................................................................................................JA4449

## Volume VII

Plaintiff's Trial Exhibits (cont.)

PX340 .................................................................................................. JA4451

PX461 .................................................................................................. JA4454

PX465 .................................................................................................. JA4460

PX467 .................................................................................................. JA4461

PX509 .................................................................................................. JA4464

PX555 .................................................................................................. JA4475

PX604 .................................................................................................. JA4521

PX618 .................................................................................................. JA4523

PX619 .................................................................................................. JA4524

PX620 .................................................................................................. JA4525

PX621 .................................................................................................. JA4527

PX622 .................................................................................................. JA4528

PX623 .................................................................................................. JA4530

PX624 .................................................................................................. JA4531

PX625 .................................................................................................. JA4532

PX626 .................................................................................................. JA4533

PX628 .................................................................................................. JA4534

PX629 .................................................................................................. JA4535

PX630 .................................................................................................. JA4536

PX631 .................................................................................................. JA4537

PX633 .................................................................................................. JA4538

PX634 .................................................................................................. JA4558

PX656 .................................................................................................. JA4559

PX657 .................................................................................................. JA4561

PX659 .................................................................................................. JA4562

PX696 .................................................................................................. JA4563

PX705 ...................................................................................JA4564

PX720 ...................................................................................JA4565

PX721 ...................................................................................JA4566

PX722 ...................................................................................JA4585

PX723 ...................................................................................JA4586

PX741 ...................................................................................JA4606

PX749 ...................................................................................JA4607

PX755 ...................................................................................JA4625

PX767 ...................................................................................JA4627

Defendant's Trial Exhibits

DX2   ...................................................................................JA4628

DX3 (excerpts) ..................................................................JA4738

DX4   ...................................................................................JA4888

DX5   ...................................................................................JA4889

DX12 ...................................................................................JA4936

DX13 ...................................................................................JA4939

DX19 ...................................................................................JA4978

DX24 ...................................................................................JA5031

DX25 ...................................................................................JA5044

DX26 ...................................................................................JA5205

## Volume VIII

Defendant's Trial Exhibits (cont.)

DX27 .................................................................................................................JA5244

DX36 .................................................................................................................JA5272

DX39 .................................................................................................................JA5346

DX40 .................................................................................................................JA5376

DX41 .................................................................................................................JA5462

DX42 .................................................................................................................JA5463

DX44 .................................................................................................................JA5479

DX47 .................................................................................................................JA5484

DX53 .................................................................................................................JA5508

DX55 .................................................................................................................JA5546

DX56 .................................................................................................................JA5596

DX60 .................................................................................................................JA5597

DX76 .................................................................................................................JA5598

DX79 .................................................................................................................JA5599

DX80 .................................................................................................................JA5600

DX81 .................................................................................................................JA5601

DX82 .................................................................................................................JA5602

DX83 .................................................................................................................JA5603

DX84 .................................................................................................................JA5611

DX100.................................................................................................................JA5612

DX103.................................................................................................................JA5615

DX106.................................................................................................................JA5617

DX109.................................................................................................................JA5620

DX119.................................................................................................................JA5623

DX133.................................................................................................................JA5633

DX139.................................................................................................................JA5647

DX669 ................................................................................................ JA5684

DX670 ................................................................................................ JA5685

DX671 ................................................................................................ JA5686

DX672 ................................................................................................ JA5689

DX673 ................................................................................................ JA5690

DX674 ................................................................................................ JA5691

DX677 ................................................................................................ JA5692

DX678 ................................................................................................ JA5693

DX679 ................................................................................................ JA5694

DX680 ................................................................................................ JA5696

DX681 ................................................................................................ JA5697

DX683 ................................................................................................ JA5699

DX685 ................................................................................................ JA5701

DX686 ................................................................................................ JA5702

DX688 ................................................................................................ JA5706

DX692 ................................................................................................ JA5711

DX694 ................................................................................................ JA5720

DX695 ................................................................................................ JA5721

DX699 ................................................................................................ JA5722

DX702 ................................................................................................ JA5723

DX703 ................................................................................................ JA5725

DX704 ................................................................................................ JA5726

DX705 ................................................................................................ JA5728

DX706 ................................................................................................ JA5731

DX707 ................................................................................................ JA5732

DX708 ................................................................................................ JA5733

DX709 ................................................................................................ JA5734

DX711 ................................................................................................ JA5735

DX713 ................................................................................................JA5743

DX715 ................................................................................................JA5745

DX716 ................................................................................................JA5746

DX718 ................................................................................................JA5747

DX720 ................................................................................................JA5748

DX721 ................................................................................................JA5749

DX722 ................................................................................................JA5754

DX723 ................................................................................................JA5759

DX724 ................................................................................................JA5764

DX725 ................................................................................................JA5765

DX726 ................................................................................................JA5767

DX727 ................................................................................................JA5772

DX728 ................................................................................................JA5776

DX729 ................................................................................................JA5779

DX730 ................................................................................................JA5791

DX740 ................................................................................................JA5793

DX742 ................................................................................................JA5875

DX743 ................................................................................................JA5892

DX744 ................................................................................................JA5908

DX746 ................................................................................................JA5926

## Volume IX

Amici's Exhibits

AO4   ................................................................................................JA5927

AO6   ................................................................................................JA5978

AO17 ................................................................................................JA5979

AO28 ................................................................................................JA5980

AO31 ................................................................................................JA5981

Trial Demonstratives

Plaintiff's Demonstratives

PD20 ..................................................................................JA5982

PD25 ..................................................................................JA5983

PD27 ..................................................................................JA5984

PD29 ..................................................................................JA5985

PD31 ..................................................................................JA5986

PD32 ..................................................................................JA5987

PD33 ..................................................................................JA5988

PD38 (excerpts) ................................................................JA5989

Defendant's Demonstratives

DD1 (excerpts) .................................................................JA6030

DD10 (excerpts) ..............................................................JA6032

DD10A ..............................................................................JA6156

DD10B ..............................................................................JA6157

DD12 ................................................................................JA6158



TRIAL EXHIBIT

P1

SFFA v. Harvard

**Reading Procedures, Class of 2018**

## I.   UPDATE PROCEDURES

The new Summary Sheet captures information as supplied on the application for the
<u>FIRST READER</u>.  Late information can change the likelihood of admission and updates
can be provided later for those initially considered less competitive.  If any information
is **missing** or **incorrect** for competitive candidates, changes should be made using the
purple UPDATE/PROFILE sheet provided in the folder (sample attached) and noted in
the appropriate places on the Summary Sheet.  <u>One exception</u>: School code changes
are NOT made on the UPDATE/PROFILE sheet, but on the School Code Update Form
(sample attached) to be filed in a basket on the fileroom annex windowsill.

We report exactly what the applicant reports as ethnicity on the application.  The
ethnic codes on the Summary Sheet will come from the demographic fields the
candidate checked on the application.

**Readers should update information for competitive candidates regarding
Ethnic Codes only if ethnicity is checked on the application, but not
recorded on the summary sheet.**

The following list of our existing historical codes is for your reference:

**A** - Asian American                          **NH** – Native Hawaiian
**B** - Black/African American          **NA** - Native American
**M** – Mexican American                 **O** - Other
**H** - Hispanic (not clearly "M" or    **P** - Puerto Rican
"P")                                                    **W** - White/Caucasian

In addition to these previous ethnic categories, the following codes are used by the
Common App for more granularity:
- **Hispanic  or  Latino**
  **XCM**–Central America, **CUB**–Cuba, **MEX**– Mexico , **PRI** – Puerto Rico, **XSM** –
  South  America, **ESP**–Spain, **XOH**–Other
- **American Indian or Alaska Native**
  **XAN** –Alaska  Native, **XCW** –Chippewa, **XCH** – Choctaw, **XCK**–Cherokee,
  **XNV**–Navajo, **XSX** – Sioux, **XON** -Other
- **Asian**
  **CHN** –  China, **IND**– India, **JPN** – Japan, **KOR**– Korea, **PAK**–Pakistan,
  **PHL** – Philippines, **VNM**– Vietnam, **XEA** – Other East Asia,
  **XIS** -Other Indian Subcontinent, **XSA** - Other Southeast  Asia
- **Black or African American**
  **XAA** -  U.S./African American, **XAF** – Africa,   **XCB** – Caribbean, **XOA** - Other

[Page]

**JA3723**

- **Native Hawaiian or Other Pacific Islander**
  **GUM**–Guam, **XHI**–Hawaii, **ASM** – Samoa, **XOP**-Other
  Pacific Islands (excluding Philippines )
- **White Options**
  **XEU** –Europe, **XME**- Middle East **XOW** - Other

**Note that foreign citizens are listed as such, (without an ethnic code,) no matter what they have checked on the application.**


- **CITIZENSHIP CODE / COUNTRY OF CITIZENSHIP**:  There are four options on the application that can be checked: (1) U.S. Citizenship, (2) U.S. Dual Citizenship, (3) U.S. permanent resident and (4) "Other" or foreign citizen.

  The applicant holds only American citizenship.

  *APP*: The box "U.S citizen" is checked with no other country of citizenship listed.

  *SUMMARY SHEET*:  Should read "CITZ:  United States of America"

  The applicant is a dual U.S. citizen, (a citizen of both the U.S. and another country).

  *APP*: The box "U.S./dual U.S. citizen" is checked with another country listed to the right.

  *SUMMARY SHEET*:  Should read "CITZ:  United States/<other country>"

  The applicant is a U.S. Permanent Resident.

  *APP*: The box "U.S. Permanent Resident" is checked with another country listed.

  *SUMMARY SHEET*:   Should read "CITZ:  PERM RES / <other country>"

  *Caveat*:  If an applicant has checked the U.S. Permanent Resident box but notes that his or her application for permanent residency (or "green card") is pending, that applicant should be recoded as "Other citizenship."  We must prepare an I-20 form if the applicant is admitted and the application for residency is still pending, and the citizenship code is the only way we know to do this.

  The applicant is a foreign citizen.

  *APP*: The box "Other citizenship" is checked with a foreign country listed to the right.

  *SUMMARY SHEET*:  Should read "CITZ:   <other country>"

[Page]

**JA3724**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    HARV00000799

**PLEASE NOTE**:  The accuracy of our citizenship coding is CRUCIAL.  Miscoding affects many of the important statistics we are required to compile (including ethnicity), and we need to keep careful track of who needs a visa to study in the United States.

- **SCHOOL CODE**:  If an applicant is coded to the wrong school, please fill out a school code update form and leave the form, along with the folder, in the school code update basket located in the fileroom annex. If the student needs to be read by the chair, first readers should pass the folder on to the chair along with the school code update form, so that the student will be coded out in a timely fashion and the chair will know to submit the folder for recoding. If the required recoding alters the docket and first reader assignment, please turn the folder in immediately and indicate that fact on the school code update form, so that the operations team can ensure that the interview is reassigned to the appropriate club and group and the folder is passed along to the appropriate reader.

- **SEX**:  Occasionally the gender designation reported on the Common Application is coded incorrectly in our system.  Such a coding error should be corrected. Please note that gender coding is optional and in the case of an applicant who does not designate a gender on the Common Application, any previous gender designation by that applicant (on tests, etc.) will override a blank gender designation.

- **COMMUTER**:  Readers should use "C" (commuter) or "R" (resident).

- **LINEAGE**:  Folders are occasionally coded incorrectly. Use the UPDATE/PROFILE sheet to change parents' college and/or graduate school. In the case of an H/R College son or daughter, the folder should be read by WRF following the normal reading process if the decision might require special handling or if another reading might be helpful.

- **FACULTY, STAFF**:  Code ONLY children of professors at the Faculty of Arts and Sciences as an "F"; children of faculty from other parts of the University as well as children of administrative staff should be coded "S" on the UPDATE/PROFILE sheet. **Please be careful to apply faculty and staff coding where appropriate as we need to keep accurate statistics on these applicants.  All "F" and "S" folders should be sent to WRF after the normal reading process has been completed.**

- **ACCESSIBLE EDUCATION OFFICE (AEO) REFERRALS**: Code all applicants who may require special accommodations due to disabilities or special needs with the AEO flag on the UPDATE/PROFILE sheet.  We can then provide a list to assist the AEO and FDO in providing accommodations when appropriate.

[Page]

**JA3725**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                    HARV00000800

- **ATHLETE**:  Use the number "7" to alert coaches to an athlete with potential to play for Harvard.  Be sure the appropriate sport is listed as the first extracurricular activity.  **DO NOT CHANGE ANY PRE-CODED ATHLETE**.

- **SCORES**: We hope to relieve readers from having to update the scores of any applicant and the reader should update scores only for competitive candidates. Applicants will know by checking the website which scores are in our files.  They can report scores (which will be marked 'unofficial') as they like.  By the time you are reading, we hope the vast majority of applicants will have checked the website and updated tests.  They will be reminded to do so in the acknowledgement letter.

  You can check scores by logging in to the alum portal or NEVO:

  https://admapp.admissions.fas.harvard.edu/hanevo/alumni-loginHA.do?fp

  Once on the welcome page, you will find a link, (located on the left frame) named "Find Applicants." When chosen, the link takes you to the FAS PIN system login page where you will enter your HUID and FAS PIN. Once your HUID is validated, you will be routed to a search page, allowing you to search for applicants, displaying the results in committee screen fashion. Scores are available beneath the searched applicant.

  You should almost never need to update scores.  If you do, they will merely be another set of unofficial tests.  Applicants are on notice that they are responsible for changing 'unofficial' to 'official,' which they can only do by getting scores sent by CEEB/ACT. Paper copies of scores sent via fax, email attachment or U.S. mail are not considered official.

  **If, however, you have a case with no scores on the reader sheet that you feel is worth committee discussion, enter the scores as unofficial on the UPDATE/PROFILE sheet.  If the scores appear on the transcript, bring the folder to the database manager (TBD) who will be able to note them, mark them as unofficial, and verify them later.**

  We receive secure web downloads of scores, so we do not have to wait for the scores to be mailed to us.  Applicants are told not to use 'rush reports,' but if they do, they will arrive electronically as soon as they are scored.

- **FERPA:**
  We will be importing the applicant's FERPA selection as indicated on the Secondary School Report (SSR), alleviating the need for readers to record the FERPA selection.

[Page]

**JA3726**

HARV00000801

The import is intended to capture all online submitted SSR FERPA selections. A final spot-check on the admitted class (waitlist and deferred included) will then be performed, updating applicant files as needed.

## II.    CODING GUIDELINES FOR SUMMARY SHEETS

All readers must code a preliminary overall rating and a profile (using the codes below and pluses and minuses) for all candidates.  The full profile, including the school support and the interview(s) should be coded for all competitive candidates and those who have a reasonable chance of becoming competitive with positive late information. Writing prose comments is left to the discretion of the reader and should generally be done only for competitive candidates, those who might become competitive later, or those who present credentials or have attributes that might be of interest to the Committee.

Overall
1. Tops for admission:  Exceptional – a clear admit with very strong objective and subjective support (90+% admission).
2. Strong credentials but not quite tops (50-90% admission).
3. Solid contender: An applicant with good credentials and support (20-40% admission).
4. Neutral: Respectable credentials.
5. Negative: Credentials are generally below those of other candidates.
6. Unread.

First readers should code "threes" (and "fours" if they wish on occasion) as follows:

3+=673:  Someone for whom late information could easily lead to admission
3  =683:  Standard strong, but could be admitted if substantial new info elevates the case.
3-=693:  Solid but would need unusually strong new information to make it.
4+=x74:
Etc.
X=6 if coded out by the first reader, otherwise it is the third reader's rating. The 7,8,9 rating can be used by the first or third reader, the latter's reading superseding that of the first reader. No overall ratings should be changed in the meetings, but others may be updated.

Academic
1. Summa potential. Genuine scholar; near-perfect scores and grades (in most cases) combined with unusual creativity and possible evidence of original scholarship.

[Page]

**JA3727**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                    HARV00000802

2. Magna potential: Excellent student with superb grades and mid-to high-700 scores (33+ ACT).
3. Cum laude potential: Very good student with excellent grades and mid-600 to low-700 scores (29 to 32 ACT).
4. Adequate preparation. Respectable grades and low-to mid-600 scores (26 to 29) ACT).
5. Marginal potential. Modest grades and 500 scores (25 and below ACT).
6. Achievement or motivation marginal or worse.

<u>Extracurricular, Community Employment, Family Commitments</u>
1. Unusual strength in one or more areas.  Possible national-level achievement or professional experience.  A potential major contributor at Harvard.  Truly unusual achievement.
2. Strong secondary school contribution in one or more areas such as class president, newspaper editor, etc.  Local or regional recognition; major accomplishment(s).
3. Solid participation but without special distinction. (Upgrade 3+ to 2- in some cases if the e/c is particularly extensive and substantive.)
4. Little or no participation.
5. Substantial activity outside of conventional EC participation such as family commitments or term-time work (could be included with other e/c to boost the rating or left as a "5" if it is more representative of the student's commitment).
6. Special circumstances limit or prevent participation (e.g. a physical condition).

<u>Athletic</u>
1. Unusually strong prospect for varsity sports at Harvard, desired by Harvard coaches.
2. Strong secondary school contribution in one or more areas; possible leadership role(s).
3. Active participation.
4. Little or no interest.
5. Substantial activity outside of conventional EC participation such as family commitments or term-time work (could be included with other e/c to boost the rating or left as a "5" if it is more representative of the student's commitment).
6. Physical condition prevents significant activity.

<u>Personal</u>
1. Outstanding.
2. Very strong.
3. Generally positive.
4. Bland or somewhat negative or immature.
5. Questionable personal qualities.

[Page]

**JA3728**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

6. Worrisome personal qualities.

School Support
1. Strikingly unusual support. "The best ever," "one of the best in x years," truly over the top.
2. Very strong support. "One of the best" or "the best this year."
3. Above average positive support.
4. Somewhat neutral or slightly negative.
5. Negative or worrisome report.
6. Neither the transcript nor prose is in the folder.
8. Placeholder.
9. Transcript only. No SSR prose.

PLEASE NOTE:  Support is coded teacher one, teacher two, then counselor. Teacher three and teacher four are optional, if applicable.

**GPA and GPA Scale**:
We must try to report an Academic Index to the IVY league for EVERY matriculant. If grades are available, please report a GPA and GPA Scale for your strongest candidates.

The Academic Index is calculated using GPA and GPA Scale.  These will be converted automatically to the 20 to 80 scale in NEVO.

Here are the rules according to the AI instructions:

1. **GPAs generally:**  The secondary school GPA should be taken as presented on the secondary school transcript; when both unweighted and weighted GPAs are presented, the unweighted GPA should be used.  The Summary Sheet will indicate if a weighted or unweighted GPA is being pulled into NEVO.  Please use the purple UPDATE/PROFILE Sheet to change the GPA to unweighted GPA if you notice an unweighted GPA being reported on the transcript.  (If there is a question as to whether the school is using an unweighted or weighted system, the scale should be defined as unweighted, based on what the A grade earns in a regular course.)

2. **GPA scales and conversions from Table II:**  Table II, the "CGS General Conversion Table" (formerly Table III, the values are unchanged), should be used for the GPA scales shown (100-points, 11.0/12.0, 7.0, 6.0, 4.0, A-D) even if the transcript or secondary school profile provides a conversion to a Table II scale.

[Page]

**JA3729**

HARV00000804

3. **"High" GPA systems:** Although some secondary school transcripts show that GPAs may be routinely higher than the nominal highest grade on the scale, it is difficult to generalize about these practices. For example, especially with regard to schools that use 4.0 scales, there are high schools in which a high percentage of GPAs may be above 4.0 but also schools in which the highest GPA achieved is routinely far below 4.0.  For 2013-14, Table II will continue to provide, based on experience across the league to date, that for some scales the highest nominal GPA will have a CGS below 80 and for others a CGS of 80 will begin at the highest nominal GPA.

4. **Scales not provided on Table II:**  Given the relatively small number of admitted and matriculated students for whom Table II scales are not provided, it is preferable not to create new scales if possible.  In such cases, a GPA on a 4.0 scale should be calculated using the following formula, and a CGS then derived using the 4.0 scale on Table II:  HSGPA/HSGPA scale = "x"/4.0, where "x" becomes the value from which the CGS is derived.  For example, if on a 5.0 scale a student has a 4.8 GPA (whether the scale's top grade is A or A+), the formula is $4.8/5.0 = x/4.0$. $X=3.84$ and the CGS = 73.

   *This calculation will be done automatically in NEVO when you provide the GPA and GPA Scale used by the school.*

5. **Calculating GPA when not provided by the secondary school:**  When the secondary school does not calculate/report a GPA, the institution should calculate an unweighted GPA based on the secondary school's grading scale, using all courses for which grades and credit hours are provided, and weighting semester grades as one-half full-year grades. *Enter the GPA and GPA Scale on the Update/Profile sheet.*

6. **GPA period:**  GPA data always should be for more than one year, including 10th and 11th grades, 9th grade when available, and official trimester or semester grades (as opposed to midterm grades) in the student's current year if available at the time the decision is made.  If "official" grades from the current year are available but are not counted in the school's cumulative GPA, they should be added to the cumulative GPA and weighted appropriately:  e.g., grades for first semester or trimester of senior year would be weighted as one-half or one-third year, respectively.*

---

\* When institutions calculate "final" all-class AI data for full admit cohorts in the spring and matriculant cohorts in the fall, athletes' AIs should be calculated in the same manner as non-athletes' AIs so that all AIs in the cohort data are calculated identically.  The athlete's individually reported AI will continue to be the AI used at the time s/he received a likely or admissions decision, unless later testing or GPA information raised the AI (see **E-8** below).

[Page]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    HARV00000805

7. **GPAs from multiple schools and repeat years:** When a student has attended multiple secondary schools (including a post-graduate year), all GPAs provided by the schools should be used to the extent possible (see #5 above when a school has not provided a GPA) and weighted as in #6 above. If the institution believes this result is not logical and fair, it should describe what approach it believes is better, subject to the Ivy League Admissions Committee's agreement.

8. **For applicants from Canada:** For a Canadian GPA where the passing grade is 50%, add 15 points to the academic average before determining the CGS. If the passing grade is 60% add 10 points. If the passing grade is 70%, add nothing. ***Please add the extra points to the GPA before entering the results on the update/profile sheet – i.e.. for a GPA of 86 where 50% is passing, 101 should be entered in GPA.***

9. Follow the procedures listed below for AI calculations for students from schools that do not follow the American curricular system.

**"International School" AI calculations**
For all national curricula, unless specified otherwise elsewhere, include all courses as part of the GPA calculations.
**Generally:** Except as provided here, each school should calculate GPAs from international schools as it seems most appropriate; such calculations then should be reviewed during the spring meetings to determine what standardization might be agreed on. Institutions are encouraged to circulate questions during the year to determine what other institutions are doing and if a consensus exists that could or should be followed.

1. **International Baccalaureate Systems:**
   Use the following equivalents to calculate a GPA:
   7 = A+ = 4.3
   6 = A = 4.0
   5 = B = 3.0
   4 = C = 2.0
   3 = D = 1.0

   - If the applicant is taking a gap year, actual two-year IB results are used.
   - In the absence of final marks, use predicted marks. If predicted marks are not available, use internal grades.
   - For IB schools in the U.S., use the course values given on the transcript; for IB schools outside the U.S., double the weight for Higher Level courses as opposed to the Standard Level courses.

[Page]

**JA3731**

HARV00000806

- Use the same standards for "domestic" applicants as to "academic" versus "all" courses.

**2. British systems:**
Count all GCSE (= O Level), AS and A level results in order to calculate a GPA:

A* (same as A+) = 4.3
A = 4.0
B = 3.0
C = 2.0
D = 1.0

- If the applicant is taking a gap year, actual A-Level results should be used.
- A Level grades are given double the weight of AS and GCSE grades.
- Internal grades are usually not available and should <u>not</u> be used if they are.
- In the absence of final marks, predicted A-Level grades should be used when available.

**3. <u>Pre-U Program (New British System)</u>**
Use only Principal Subjects with the following conversions for British Pre-U programs:

D1 = A+/4.3
D2 = A+/4.3
D3 = A/4.0
M1 = B+/3.3
M2 = B/3.0
M3 = B-/2.7
P1 = C-/1.7
P2 = D/1.0
P3 = D-/0.7

**4. <u>Singapore schools following standard JC grading conventions</u>**
Include H1 (GP, Project, etc.) & H2 predictions on a 4.0 scale to calculate GPA.

Double weight for H2 marks.  For H3, the scale is:

- Distinction = A/4.0
- Merit = B/3.0
- Pass = C/2.0

Double H3s as well.  If provided, include O Level/GCSE marks in calculation of GPA with a single weight like we do with the British System.

[Page]

**JA3732**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**5. <u>Australia</u>**

Push schools for a transcript of some sort.  If all else fails and you are given the state final exam result or prediction (ex: UAI for NSW, OP for Queensland), use that.

**6. <u>New Zealand</u>**

For courses in which there is the possibility to get more than a grade of Achieved:

- Excellent = A/4.0
- Merit = B/3.0
- Achieved = C/2.0
- Not Achieved = F/0

For courses graded only Achieved/Not Achieved, we will consider these the same as Pass/Fail, so a mark of Achieved will <u>not</u> be included when calculating GPA.

**TABLE II : Used for calculating Converted Gradepoint Score (CGS)**

| Percentage Average | 11.0/12.0 Scale Average | 7.0 Scale Average | 6.0 Scale Average | 4.0 Scale Average | Letter Grade Equivalent to 4.0 | CGS |
|---|---|---|---|---|---|---|
| 98.00 and above | 12.00 and above | 7.00 and above | 6.00 and above | 4.30 and above | A+ | 80 |
| 97.00 - 97.99 | 11.70 - 11.99 | 6.70 - 6.99 | 5.70 - 5.99 | 4.20 - 4.29 | | 79 |
| 96.00 - 96.99 | 11.40 - 11.69 | 6.40 - 6.69 | 5.40 - 5.69 | 4.10 - 4.19 | | 78 |
| 95.00 - 95.99 | 11.00 - 11.39 | 6.00 - 6.39 | 5.00 - 5.39 | 4.00 - 4.09 | A | 77 |
| 94.00 - 94.99 | 10.70 - 10.99 | 5.90 - 5.99 | 4.90 - 4.99 | 3.90 - 3.99 | | 75 |
| 93.00 - 93.99 | 10.40 - 10.69 | 5.80 - 5.89 | 4.80 - 4.89 | 3.80 - 3.89 | | 73 |
| 92.00 - 92.99 | 10.00 - 10.39 | 5.70 - 5.79 | 4.70 - 4.79 | 3.70 - 3.79 | A- | 71 |
| 91.00 - 91.99 | 9.80 - 9.99 | 5.60 - 5.69 | 4.60 - 4.69 | 3.60 - 3.69 | | 70 |
| 90.00 - 90.99 | 9.50 - 9.79 | 5.50 - 5.59 | 4.50 - 4.59 | 3.50 - 3.59 | | 69 |
| 89.00 - 89.99 | 9.30 - 9.49 | 5.40 - 5.49 | 4.40 - 4.49 | 3.40 - 3.49 | | 68 |
| 88.00 - 88.99 | 9.00 - 9.29 | 5.30 - 5.39 | 4.30 - 4.39 | 3.30 - 3.39 | B+ | 67 |
| 87.00 - 87.99 | 8.70 - 8.99 | 5.20 - 5.29 | 4.20 - 4.29 | 3.20 - 3.29 | | 66 |
| 86.00 - 86.99 | 8.40 - 8.69 | 5.10 - 5.19 | 4.10 - 4.19 | 3.10 - 3.19 | | 65 |
| 85.00 - 85.99 | 8.00 - 8.39 | 5.00 - 5.09 | 4.00 - 4.09 | 3.00 - 3.09 | B | 63 |
| 84.00 - 84.99 | 7.70 - 7.99 | 4.90 - 4.99 | 3.90 - 3.99 | 2.90 - 2.99 | | 61 |
| 83.00 - 83.99 | 7.40 - 7.69 | 4.80 - 4.89 | 3.80 - 3.89 | 2.80 - 2.89 | | 59 |
| 82.00 - 82.99 | 7.00 - 7.39 | 4.70 - 4.79 | 3.70 - 3.79 | 2.70 - 2.79 | B- | 57 |
| 81.00 - 81.99 | 6.75 - 6.99 | 4.60 - 4.69 | 3.60 - 3.69 | 2.60 - 2.69 | | 55 |
| 80.00 - 80.99 | 6.50 - 6.74 | 4.50 - 4.59 | 3.50 - 3.59 | 2.50 - 2.59 | | 53 |
| 79.00 - 79.99 | 6.25 - 6.49 | 4.40 - 4.49 | 3.40 - 3.49 | 2.40 - 2.49 | | 51 |
| 78.00 - 78.99 | 6.00 - 6.24 | 4.30 - 4.39 | 3.30 - 3.39 | 2.30 - 2.39 | C+ | 49 |

[Page]

**JA3733**

HARV00000808

| | | | | | | |
|---|---|---|---|---|---|---|
| 77.00 - 77.99 | 5.70 - 5.99 | 4.20 - 4.29 | 3.20 - 3.29 | 2.20 - 2.29 | | 48 |
| 76.00 - 76.99 | 5.40 - 5.69 | 4.10 - 4.19 | 3.10 - 3.19 | 2.10 - 2.19 | | 47 |
| 75.00 - 75.99 | 5.00 - 5.39 | 4.00 - 4.09 | 3.00 - 3.09 | 2.00 - 2.09 | C | 46 |
| 74.00 - 74.99 | 4.70 - 4.99 | 3.90 - 3.99 | 2.90 - 2.99 | 1.90 - 1.99 | | 45 |
| 73.00 - 73.99 | 4.40 - 4.69 | 3.80 - 3.89 | 2.80 - 2.89 | 1.80 - 1.89 | | 44 |
| 72.00 - 72.99 | 4.00 - 4.39 | 3.70 - 3.79 | 2.70 - 2.79 | 1.70 - 1.79 | C- | 42 |
| 71.00 - 71.99 | 3.5 - 3.99 | 3.60. - 3.69 | 2.60 - 2.69 | 1.60 - 1.69 | | 40 |
| 70.00 - 70.99 | 2.5 - 3.49 | 3.50 - 3.59 | 2.50 - 2.59 | 1.50 - 1.59 | D+ | 38 |
| Below 70.00 | Below 2.5 | Below 3.5 | Below 2.5 | Below 1.50 | D | 35 |

**INTERVIEWS**:
The final reader should also record the personal and overall ratings from the staff and alumni interview reports in the folder.

**INTERVIEW PROFILE (IVP):**
Below is the language for uniform implementation of the Interview Profile number (IVP) for use with all Schools and Scholarship Chairs. The IVP will serve as a guide for Chairs to know when our office needs the reports, and therefore how quickly they need to be assigned. All interviewers will be told that they should submit their interview report no later than two weeks after receiving the interview assignment.

1. Please have interview report in as soon as possible.
2. Please have interview report in by the sub-committee deadline.
3. Please have interview report in by December 1 (EA) or March 1 (RD).
4. No additional information needed at this time.

This language has been distributed to the S&S chairs via email and can also be found in the updated handbook and website instructions. (Please ask Brock Walsh if you need help accessing the site). **Please have a conversation with your chairs to determine if you wish to use the IVP, and please make clear that this information should not be shared with other interviewers or applicants.** If your chairs have additional clerical or operational questions about the IVP, please direct them to email Brock/Caroline Weaver at SSinfo@fas.harvard.edu.

When reading, please input your IVP code in the relevant spot on the purple code-out sheet.  If you are passing the folder to your chair and you decide that you need the interview ASAP in the meantime, please input your IVP on the orange sheet and hand that in separately.  **In this instance, still record the IVP on the purple sheet so that your chair knows what you have coded.  This will help the data entry team by minimizing the possibility of conflicting numbers.**

[Page]

**JA3734**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    HARV00000809

**PROSE COMMENTS:**
When making prose comments, first readers should note on the important academic and extracurricular accomplishments that are particularly pertinent to the case. It is also helpful to reference teacher reports or other items that may be crucial to our evaluation of the case. In addition to numerical ratings, readers should try to summarize the strengths and weaknesses of the folder in brief paragraphs or comments. Avoid slang and jargon and try to identify the special strength of the candidate, if any. REMEMBER - your comments may be open to public view at a later time.

### III.    FOLDER ROUTING

**INADVERTENTLY CLEARED FOLDERS:** Occasionally, folders will be mistakenly "cleared" (considered complete) and placed in your basket. (The cause is usually an inappropriately pulled inventory card.) The applicant will not know that the folder is still incomplete, because when he or she checks the application's status on-line, the database will indicate that the folder is complete. Before returning the folder to the records room please check the red folder as there may have been a mix-up and the document you need may be in the red. If not, return the file to the Records Room and give it to Ian/Mollie with a note on the front of the folder indicating what is missing. Do not place wrongly cleared folders into the misfile box. Any material that is misfiled in a folder should be put in the misfile box as soon as possible. The misfile will often be critical to clearing another folder.

**FOLDERS SHOULD BE READ AND PASSED IN A TIMELY FASHION:** Readers should take care to not allow folders to pile up. First readers need to read folders from all assigned dockets as they clear, not just those whose subcommittee meets first. This is important, and we will monitor reading progress centrally. If you need help keeping up for whatever reason, let us know immediately. Readers should place their completed folders immediately in the basket of the next reader or in the code-out box in the Fileroom Annex. First-time readers will have a separate code-out box.

**SECOND READERS:** Except by new readers (for whom special routing instructions are provided below), second readings should be used only in the rarest of instances:

A) If three readings are needed for a complex case.

B) If the case raises issues of policy.

C) If the case would be greatly helped by a second reading from the former area

[Page]

**JA3735**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    HARV00000810

person or someone with special knowledge of an area or type of case.

No second reader will ordinarily be assigned.  If you want/need a second reading, consult the enclosed docket assignment sheet to identify other readers on your docket. Try not to burden one person inordinately.

**FIRST-TIME READERS**:  New readers will have their first fifty Early Action folders passed either directly to the docket chair or the new reader code-out box for redistribution, as well as any other subsequent folders that might help instruct the new reader in future evaluations.  Some chairs may wish to use different approaches for first year readers.

**GENERAL ROUTING RULES:**

1) A folder should be passed <u>directly</u> to the third reader:

   - If the first reader rates a folder a "2-" or better (i.e. a case the first reader thinks should be admitted)

   - If the folder will definitely (or almost definitely) be discussed in Committee.

   - If you want the third reader's opinion or want simply to have the third reader informed about the case. (Such cases probably should be coded out first.)

   **If the first reader has a significant degree of uncertainty about how to proceed with the case, he or she should consult the docket chair.**

2) A case rated a 3+ may be coded out or passed to the chair.  The first reader should consider carefully the likelihood that additional anticipated information (e.g., a superior music rating) will make the case more compelling, in which case the folder should be passed to the chair.  If there is no further information anticipated and the case is qualitatively a 3+ (a strong case but like many others), an experienced first reader can code out.

3) Typically a case rated a "3" or less with no particular attribute that would make it competitive can be coded out. Obviously late information or school context could change this initial evaluation.  The first reader, as an advocate, must be doubly certain to check all late information that might make a difference to the case prior to the Committee meetings.  This is particularly important for candidates whose outstanding personal qualities become evident once we have the alumni/ae interview.

[Page]

**JA3736**

Readers new to a docket should discuss with the docket chair any special guidelines about which folders should be passed on and which folders should be coded out.

All UPDATE/PROFILE sheets should be completed **FULLY** (**WITH INK IN LEGIBLE FORM**), pulled from the folder, and returned to the appropriate boxes in Fileroom Annex.

Each folder includes an UPDATE/PROFILE sheet with complete names and high school information so most readers will not have to code these.  However, if you need to fill out a blank sheet, **PLEASE WRITE THE <u>COMPLETE NAME OF THE APPLICANT AS WELL AS THE SCHOOL NAME AND YOUR INITIALS</u> ON A BLANK SHEET AVAILABLE FROM THE FILEROOM ANNEX.**

**SPECIAL READINGS**

- WRF should see cases that could be particularly sensitive or controversial or that raise issues of fundamental policy.  When in doubt, send the folder on rather than coding it out.

- Folders of <u>competitive</u> candidates who attended secondary school outside the U.S. and Canada may be passed on to the appropriate U or V docket area person or RMW if help in assessing foreign credentials is needed. <u>Be selective</u>- don't pass on a folder unless you are sure the applicant is both competitive and appealing or has some <u>unusual</u> attributes.

- Faculty readings will be done after the folder has been coded out.  A memorandum will be distributed later regarding specific procedures.

- Slides/tapes/CDs/DVDs of <u>clearly competitive</u> candidates with an unusually strong talent may be passed on to appropriate staff/faculty.  Handling of this material will be addressed through memoranda over the course of the fall.


**IV.  <u>ECONOMICALLY DISADVANTAGED APPLICANTS</u>**

It has long been a priority for Harvard to seek talented students from all backgrounds, including those extraordinary individuals who are able to transcend economic disadvantages and achieve unusual academic distinction.

- **DISAD?**
  **After thoroughly reviewing the folder, if you believe the applicant is**

[Page]

**JA3737**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                              HARV00000812

**from a very modest economic background, please code a "Y" in the "Disad?" (for staff identified disadvantaged) section on the Reader and Update Sheets.** In the past, admitted students who had been staff identified as "Disadvantaged=Y" were found to be economically needy 78% of the time.

We have included other parameters to help with your evaluation of the applicant's economic background.  These can be found in the box located in the middle and bottom of Page 1 of the reader sheet and top of Page 3.  They are:

- **FEE STATUS**

  *Please note: In addition to the fee waiver forms we currently accept, we now include waivers issued by Expanding College Opportunities (ECO).  ECO is a research initiative aimed at increasing the number of high-achieving, low-income students who apply to selective colleges and universities

- **REQUESTED HRP INFO:**  Since the summer of 2005, a postcard describing the Harvard Financial Aid Initiative has been included within all search letters mailed to students.  Students interested in learning more about financial aid at Harvard were asked to return the postcard or sign up online in order to be contacted by HFAI student coordinators during the summer and fall.  If a student has returned the postcard from the search, or has otherwise contacted the HFAI office specifically for information about the program, they will also have a "Y" next to the "HRP_Requested_Info" designation on the reader sheet.

- **HRP CALL RATING:**  This is a rating assigned by the students from HFAI and UMRP based on the quality of phone conversations they had over the summer and into the fall.  The ratings will be A, B or C.  The student coordinators are encouraged to provide a write-up for only those student conversations to which they assigned A's (Tops) and C's (Not so great). These ratings do not indicate level of need.

V.    **OTHER ITEMS**

- **The new summary sheet is made up of data downloaded from the application and supplement forms.  We currently do not have the ability to enter all the information by hand for those applicants who do not submit their forms on-line.  However, the data entry staff will enter the information that they have in the past.  This means that the dockets will be correct, but the new reader sheets for these applicants will be primarily blank.  You should double-check the data that is important - i.e. parent education, ethnicity, aid status, etc. - basically**

[Page]

**JA3738**

**every field that's on the profile and update sheet. About 1% of all our applicants will fall into this category.**

- Acknowledgments to guidance counselors, teachers, and others: The area person may occasionally feel it worthwhile to acknowledge unusually helpful TRs and SSRs by writing a note to the author. The acknowledgment should bear in mind that the candidate may or may not be admitted. **Supplementary letters of recommendation may have already been acknowledged with a card or letter, but if not, particularly with recommenders who are alumni or others about whom Harvard might be concerned, you should call the letter to the attention of MEM or WRF and an acknowledgment will be sent. This is important!**

- Support Materials: ALL support material should be dropped into the appropriate bucket in the mailroom for sorting and scanning.

- Misfiled and missing materials: Please write "misfile" on top of any material that has been mistakenly filed into the wrong folder and return it to the misfile box in the basket side of the Fileroom. If a teacher report, school report or any other material that would be helpful to a competitive candidate is missing, first readers should request a copy be re-sent. Folders should be sent on to other readers unless the missing pieces are crucial. In such cases, first readers should hold onto the file and check the red folder.

- Folder items that require attention: Unanswered letters should be handled by first readers where appropriate or others including MEM or WRF.

- Fee Waivers: Any requests for a fee waiver should **not** be removed from the folder. However, if a fee waiver request is in the folder and was not recorded, you should add it to the special notes on the purple Profile sheet.

- Twins: Twins may confound our score file. Please be extra careful in checking and in assigning scores in these cases.

## VI.    **SCANNING, INDEXING AND THE NOLIJ CONNECT DOCUMENT VIEWER**

As you know, we have incorporated an image scanning and document viewer system into the admissions process. The system is intended to ease access to documents that have been digitally downloaded and printed but not yet filed into the applicant folder. A second process is also in place and designed to capture documents that are mailed,

[Page]

**JA3739**

emailed, faxed or hand delivered. Once these documents are scanned into the system, the document viewer (nolij connect) delivers an electronic copy of the document to your desktop.  In the event a critical document is not in the physical folder, more than likely it will be in the image system.

We have added a basket in the mailroom to collect and sort documents received. The forms collected in these baskets should have content that is *specific* to the admission decision of the applicant and are marked as such. For example, mailed applications or supplements, letters of support, teacher reports, Harvard eval, (coach, arts, music, Harvard faculty), midyear reports, SSR's etc. So you know, we don't scan everything sent to us. There is a specific bin called "non-scannable materials." Meg Senuta manages the scanning process and Haley Frampton manages the mailroom/sorting process. Both are able to answer questions about document types if the need arises.

Documents displayed in the viewer are named by the document type. A list of those types are displayed below:
- Application
- Application Supplement
- Personal Essay
- Coach Eval
- Faculty Eval
- Arts and Music Eval
- Fee Waiver
- Interviews (alum)
- Staff Interviews
- Dean/Director Letters
- Likely Letter
- Final Report
- Letters of Support
- Midyear
- Reader Sheet
- SSR
- SSR Part II
- Counselor Eval
- Transcript
- School Profile
- Home School Supplement
- Teacher Report

[Page]

**JA3740**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        HARV00000815

TRIAL EXHIBIT

P2

SFFA v. Harvard

## SEARCHES 2013 - CLASS OF 2018

| PSAT | SAT = V+M | Eth/States | GPA | 2017 | 2018 | % change |
|---|---|---|---|---|---|---|
| High Scorers Men | 1380 - 1600 | K, O, W/ ALL | A+ TO A- | 14,030 | 16,045 | 14% |
| High Scorers Women | 1350 - 1600 | K, O, W/ ALL | A+ TO A- | 16,216 | 16,687 | 3% |
| Sparse Country | 1310 - 1370 | K, O, W/ AL, AK, AZ, AR ID, LA, ME, MS, MT, NE NV, NH, NM, ND, OK, SD UT, VT, WV, WY | A+ TO A- | 3,259 | 3,486 | 7% |
| High Scorers Asian Men | 1380 - 1600 | ALL PSAT Takers - US and PR | A+ TO A- | 6,602 | 7,460 | 13% |
| High Scorers Asian Females | 1350 - 1600 | ALL PSAT Takers - US and PR | A+ TO A- | 7,447 | 7,924 | 6% |
| BCHNP | 1100 - 1240 | ALL PSAT Takers - US and PR | A+ TO B+ | 34,882 | 32,680 | -6% |
| HIGH BCHNP | 1250 - 1600 | ALL PSAT Takers - US and PR | A+ TO B+ | 10,074 | 10,837 | 8% |
| | | | | 92,510 | 95,119 | 3% |

| SAT Search | V+M | Eth/States | | 2017 | 2018 | % change |
|---|---|---|---|---|---|---|
| BCNP LEVEL 3 | 1170 - 1260 | | | 11,272 | 10,858 | -4% |
| BCNP LEVEL 2 | 1270 - 1360 | | | 5,596 | 5,145 | -8% |
| BCNP LEVEL 1 | 1370 - 1600 | | | 2,698 | 2,409 | -11% |
| High Scorers | 1380 - 1600 | A, K, O, W/US citizens and residents | | 2,472 | 536 | -78% |
| | | | | 22,038 | 18,948 | -14% |

| ACT Search | Range | Eth/States | | 2017 | 2018 | % change |
|---|---|---|---|---|---|---|
| High Scorer | 33+ | W,A,O,K | | 16,512 | 18,255 | 11% |
| Asian | 30-32 | US / CA, DC, FL, HI, IL, LA MA, MN, MS, NY, OR TX, VA, WA, WI | | 1,641 | 1,778 | 8% |
| Sparse Country | 30 - 32 | ID, ME, MT, NV, NH ND, OK, SD, WY | | 5,391 | 5,695 | 6% |
| BCHN - Lo | 26 - 28 | | | 8,487 | 9,149 | 8% |
| BCHN - Hi | 29 - 36 | | | 5,272 | 5,708 | 8% |
| | | | | 37,303 | 40,585 | 9% |

| AP Search | CH, CS, BC | US STATES AND TERR | | 2017 | 2018 | % change |
|---|---|---|---|---|---|---|
| | PHB, PHC 4-5 | | | 13,787 | 12,840 | -7% |

| Letters Sent | | | | 2017 | 2018 | % change |
|---|---|---|---|---|---|---|
| PSAT | | | | 77,787 | 78,363 | 1% |
| ACT/SAT* | *ACT/SAT mailed to US addresses only. | | | 27,553 | 29,541 | 7.2% |
| AP | | | | 6,588 | 6,857 | 4% |
| | | | | 111,928 | 114,761 | 2.5% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JA3741

HARV00023564



EXHIBIT

PRELIMINARY DRAFT

**TRIAL EXHIBIT**

**P9**

SFFA v. Harvard

exhibitsticker.com

# Admissions Part II
## Subtitle

February 14, 2012

Office of Institutional Research

**JA3742**

PRELIMINARY DRAFT

2

# Summary

- Athletes and Legacies explain the difference in raw admit rates for Asian and White applicants.

- Asian applicants have higher average ratings and test scores (excluding the personal rating).

- Differences exist in the raw admit rates of Asian and White students with similar test scores and academic indices. Even top scores and ratings don't guarantee admission.

- Personal rating is important in models of the admissions process and drive some of the demographic differences we see.

PRELIMINARY DRAFT

3



*Admit Rates by Ethnicity, Classes of 2007-2016*

Legend: Asian, African American, International, Hispanic, Native American, Unknown, White

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Admit Rate -White | 7.60% | 9.39% | 7.72% | 7.71% | 8.56% | 7.72% | 6.57% | 6.36% | 5.45% | 6.02% |
| Admit Rate -Asian | 11.69% | 12.13% | 11.27% | 11.58% | 10.94% | 9.93% | 9.11% | 8.76% | 7.58% | 7.50% |
| Difference | 4.09% | 2.74% | 3.55% | 3.88% | 2.38% | 2.21% | 2.54% | 2.40% | 2.14% | 1.48% |

JA3744

PRELIMINARY DRAFT

4

*Non-Legacy, Non-Athlete Admit Rates by Ethnicity, Classes of 2007-2016*



| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Admit Rate - White | 7.21% | 8.90% | 7.34% | 7.34% | 8.09% | 7.21% | 6.00% | 5.96% | 4.93% | 5.34% |
| Admit Rate - Asian | 8.75% | 8.79% | 8.30% | 8.26% | 7.46% | 7.17% | 6.46% | 6.25% | 5.32% | 5.09% |
| Difference | 1.54% | -0.12% | 0.96% | 0.93% | -0.64% | -0.04% | 0.46% | 0.29% | 0.38% | -0.25% |

Legend:
- Asian
- African American
- International
- Hispanic
- Native American
- Unknown
- White

PRELIMINARY DRAFT

5



***Difference in Average Test Scores and Ratings for White and Asian Applicants***

Notes:
• Excludes legacies and athletes.
• OIR doesn't have all ratings for all years, so number of applicants differs for each rating/test score.
• Differences are in standard deviations.

**JA3746**



PRELIMINARY DRAFT





*Admit Rates by Academic Index for White and Asian Applicants, Classes of 2007-2016*

Notes:
• Excludes legacies and athletes.
• Academic Index doesn't account for everything in admissions process. Even top rated students barely have a 50% admit rate.

**JA3747**



***Admit Rates by Average SAT I for White and Asian Applicants, Classes of 2007-2016***

Notes:
- Excludes legacies and athletes.
- Spikiness in distribution due to rounding averages to integers.

**JA3748**



**Model**



*Odds Ratios for Main Effect Logistic Model*

**JA3749**



# Methods

**10** | **Text**

**Goal:** Using various admissions ratings, how well can we approximate admit rates by race/ethnicity and the demographic composition of the admitted students pool?

**Strategy:**
- Fit a series of basic logistic regression models.

- Generate fitted probabilities of admissions – given an applicant's characteristics how likely are they to be admitted (0-1)?

- For each class, select the 2100 applicants with the highest probability of admissions as our simulated admitted class.

- Examine resulting demographics and admit rates by ethnicity.

**Notes:**
- Students with no academic index are excluded from this analysis.  N = , admit rate =

| Model 1: Academic only | Model 2: Add legacy and athlete | Model 3: Add personal and extracurricular | Model 4: Add demographics |
|---|---|---|---|
| Academic Index | Academic Index | Academic Index | Academic Index |
| Academic Rating | Academic Rating | Academic Rating | Academic Rating |
| | legacy | legacy | legacy |
| | athlete | athlete | athlete |
| | | Personal Rating | Personal Rating |
| | | Extracurricular Rating | Extracurricular Rating |
| | | | Gender |
| | | | Ethnicity |

JA3751

PRELIMINARY DRAFT

# Projected Admitted Student Pools



|  | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics | |
|---|---|---|---|---|---|
|  | **Model 1** | **Model 2** | **Model 3** | **Model 4** | **Actual** |
| Asian | 43.04% | 31.40% | 25.99% | 17.97% | 18.66% |
| African American | 0.67% | 1.83% | 2.36% | 11.12% | 10.46% |
| International | 7.27% | 5.86% | 7.39% | 7.68% | 8.90% |
| Hispanic | 2.42% | 2.62% | 4.07% | 9.83% | 9.46% |
| Native American | 0.21% | 0.32% | 0.41% | 1.21% | 1.23% |
| Unknown | 8.02% | 9.93% | 9.14% | 8.11% | 8.09% |
| White | 38.37% | 48.03% | 50.63% | 44.08% | 43.21% |

PRELIMINARY DRAFT

12

# Projected Admit Rates



| | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics | |
|---|---|---|---|---|---|
| | Model 1 | Model 2 | Model 3 | Model 4 | Actual |
| Asian | 17.35% | 12.66% | 10.48% | 7.24% | 7.63% |
| African American | 0.75% | 2.07% | 2.67% | 12.59% | 12.00% |
| International | 5.13% | 4.14% | 5.22% | 5.42% | 6.37% |
| Hispanic | 2.34% | 2.53% | 3.94% | 9.51% | 9.27% |
| Native American | 1.97% | 2.98% | 3.81% | 11.17% | 11.43% |
| Unknown | 9.45% | 11.70% | 10.77% | 9.56% | 9.67% |
| White | 9.43% | 11.81% | 12.45% | 10.84% | 10.77% |

13

PRELIMINARY DRAFT

**Conclusions**

14

PRELIMINARY DRAFT

**Possible Explanations**

# The Personal Rating: Numeric value doesn't capture full picture of applicant



| Academic Index | SAT Scores + GPA | Accounts for 98% of the variation in Academic Index. Academic Index is a weighted average. |
| Academic Rating | SAT Scores + GPA | Accounts for 70% of the variation in Academic Rating. Can't explain some of the variation because Academic Rating data doesn't include the granuality provided by + and -. Also potentially some noise due to readers |
| Personal Rating | School Support + Alumni Interviews | Accounts for 20% of the variation in Personal Rating. Inputs of Teacher Evaluations, Guidance Counselor Evaluations, and Alumni Interviews don't fully explain how Personal Ratings are assigned. Don't have any numeric rating of personal statement. |

16

# Dockets: Differences in Admit Rates by Region not Explained by Athletes and Legacies

DRAFT



*Admit Rates by Region for White and Asian Non-Athlete, Non-Legacy Applicants, Classes of 2007-2016*

Notes:
• Excludes legacies and athletes.

**JA3757**

PRELIMINARY DRAFT

17

# Other Possibilities

- Information lost by not recording plusses and minuses.

- Yield considered when admitting students?

- Other factors not used in models:
  - Children faculty/staff
  - Search for socioeconomic diversity
  - High school quality/opportunities open to student
  - Dockets

PRELIMINARY DRAFT

TRIAL EXHIBIT
P12
SFFA v. Harvard
exhibitsticker.com

# Admissions and Financial Aid at Harvard College

For Discussion
February 2013

Office of Institutional Research

2

# Introduction

- Nationally, there has long been interest in issues surrounding college access and affordability. In the last decade, the conversation has expanded to focus on college outcomes and achievement. Harvard College has a long tradition of promoting these goals.

- In order to signal its commitment to these goals, Harvard has made a series of public changes that amplify the scrutiny and attention already paid to its admissions and financial aid practices. These include:

  - The recent reintroduction of early action admissions

  - Financial aid initiatives aimed at improving the affordability for most US families

- Externally, many continue to raise questions about Harvard's commitment to access and achievement.

- Internally, we are concerned about the effects of public and non-public changes on our ability to recruit students to Harvard, their experience at Harvard, and whether our investments are financially sustainable.

PRELIMINARY DRAFT

3

# Recent admissions and financial aid questions raised

*Part I: Access*

1. What is the effect on our applicant pool and yield of reintroducing early action?

2. Is the shift in the gender balance at Harvard College due to increased interest and recruitment for SEAS?

3. Does the admissions process disadvantage Asians?

*Part II: Affordability*

4. What is the effect of our financial aid policies on our applicant pools and yields?

5. How affordable is Harvard to the "typical" family?

6. How much growth in the aid budget can the FAS sustain?

*Part III: Achievement*

7. How can we measure achievement among Harvard College graduates?

**4**

PRELIMINARY DRAFT

# Today's Goals

- Review OIR work related to Part I: Access

- Discuss next steps

- Clarify priorities and timing

- Discuss additional data needed

PRELIMINARY DRAFT

5

# Contents

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

PRELIMINARY DRAFT

# Contents

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

PRELIMINARY DRAFT

7

# Guiding questions

How do early action pools at Harvard compare to the regular action pools for the class of 2016 and the classes of 2007–2011?

How do the two early action pools compare to each other?

What is the relationship between early action and yield rates?

How much can we learn from only one admissions cycle with early action back in place?



# Review of findings from Fall 2010 early action analysis

PRELIMINARY DRAFT

**1. Access**

8

- Yield rates for the most highly rated Hispanic, Black and White students declined after the end of early action.
- Yield rates for all Hispanic and White students declined after the end of early action.

*Yield Rates by Race Ethnicity, Fall 2003 to Fall 2010*

**All Students**

| | High Ratings | All Admits |
|---|---|---|
| Asian | 2,033 | 3,131 |
| White | 3,462 | 7,432 |
| Hispanic | 411 | 1,581 |
| Black | 253 | 1,769 |

**Number of Admits**

Legend:
- Asian
- White
- Hispanic
- Black

Ethnicities with statistically significant changes marked in crimson

*Students with High Academic and Extracurricular Ratings*

73.7%
65.5%
65.0%
51.3%

**URM Yield Rate**

64.5%   54.5%

Source: Office of Admissions and Financial Aid
"High" rating indicates a rating of 1 or 2.

**JA3766**

9

# The new early applicant pools are smaller than prior early applicant pools in relative terms



*Early Applicants as a Proportion of the Applicant Pool, by Class*

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Applicants | 20,987 | 19,752 | 22,796 | 22,754 | 22,955 | 27,462 | 29,114 | 30,489 | 34,950 | 34,303 | 35,022 |
| Early Applicants | 7,614 | 3,889 | 4,214 | 3,869 | 4,008 | 0 | 0 | 0 | 0 | 4,228 | 4,856 |

Students permitted to apply to multiple EA schools and one ED school

Return to single-choice EA program

EA program ends

Return of EA program

Source: Office of Admissions
Application from previous admits counted in total applicants.
The class of 2007 is the only year that allowed students to participate in multiple early action programs in addition to one early decision program.

**JA3767**

# Compared to regular applicant pool, new and old early action pools look similar



*Significant difference *p*<0.001
The bars in these graphs represent differences for these years of early action as compared to the regular action pool.  See Appendix.

11

PRELIMINARY DRAFT

# The 2016 early action pool is more diverse than old early action pools



*Demographic Differences Between Early Applicant Pools*

*Significant difference *p*<0.001
Figures in the chart above are the differences between the two early action pools.  See Appendix.
Early action was not in place for the classes of 2012-2015.

12

PRELIMINARY DRAFT

# Yield rates are higher in early action years



**Yield Rates by Applicant Type**

Early admissions was not in effect for the classes of 2012-2015.
Previous admits, who represent a small proportion of the overall applicant pool, are excluded.

13

# High admissions ratings sub-groups in 2016 appear to have higher yield rates than before



*Change in Yield Rates Between Classes of 2016 and 2012-2015*

**Average Increase in Yield Rate: 4.14%**

High ratings defined as having 1 or 2 for both academic and extracurricular admissions ratings
2016 yield rates for early action applicants = 93.5%
*Significant difference $p<0.05$

# Profile of Class of 2016: Small Demographic Shifts



PRELIMINARY DRAFT

**15**

# Summary of findings: Early action analysis

## How do early action applications at Harvard compare to regular action applicants? Are patterns similar for the class of 2016 and the classes of 2007-2011?

- Both early action populations look demographically similar to one another, compared to the regular action populations. Compared to regular action, early action applicants have higher academic ratings, and include more male, Caucasian and Asian applicants.

## Are there any noticeable differences in the two early action populations?

- The new early action applicants appear to be more diverse than the previous early action population, with higher percentages of African American, Hispanic, and International students.

## What is the relationship between early action and yield rates?

- Yield rates are higher for early action applicants.
- African American and Hispanic applicants with high admissions ratings appear in this 2016 year to have had the largest increase in yield rates.

## How much can we learn from only one year of having early action back in place?

- Not enough to be statistically confident in trends – it is worth revisiting the data annually, particularly in light small demographic shifts in the matriculating class of 2016.

PRELIMINARY DRAFT

16

# Contents

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

PRELIMINARY DRAFT

## Guiding questions

Is the proportion of males and females who matriculate different than we would expect given the applicant and accepted student pools?

How does the gender balance at Harvard compare to peer institutions, other institution types, and higher education in general?

How does anticipated concentration relate to the gender balance at Harvard?

18

# The proportion of female applicants, admits, and matriculants has fallen in recent years



*Percent Female Applicants, Admits, and Matriculants*

Applicants
Admits
Matriculants

Female applicants above 50%

Female applicants and admits below 50%

Female matriculants below 50%

Source: Office of Admissions

**JA3776**

PRELIMINARY DRAFT

19

# Admit and yield rates are similar for women and men

*Admit Rate by Gender*

Male Admit Rate
Female Admit Rate



*Yield Rate by Gender*

Male Yield Rate
Female Yield Rate



*Significant difference *p*<0.05

**JA3777**

20

# Differences in ratings for males and females are small – minimal impact on admit rates

### Ratings and Test Scores by Gender for Applicants, Admits, and Matriculants

| | Applicants | | | Admits | | | Matriculants | | | Scale |
|---|---|---|---|---|---|---|---|---|---|---|
| | Female | Male | Difference | Female | Male | Difference | Female | Male | Difference | |
| Z-score Academic Index | -0.10 | 0.10 | 0.19 | 0.58 | 0.64 | 0.06 | 0.55 | 0.59 | 0.04 | Standard deviations |
| SAT Verbal Score | 67.8 | 68.4 | 0.07 | 73.86 | 73.42 | 0.07 | 73.56 | 73.02 | 0.09 | 20-80 |
| SAT Math Score | 68.4 | 71.7 | 0.38 | 73.13 | 74.85 | 0.30 | 72.94 | 74.57 | 0.28 | 20-80 |
| Academic Rating | 2.93 | 2.78 | 0.18 | 2.30 | 2.21 | 0.15 | 2.33 | 2.26 | 0.12 | 1-High, 5-Low |
| Extracurricular Rating | 2.78 | 2.85 | 0.14 | 2.35 | 2.42 | 0.12 | 2.36 | 2.45 | 0.15 | 1-High, 5-Low |
| Personal Rating | 2.74 | 2.79 | 0.11 | 2.20 | 2.27 | 0.16 | 2.20 | 2.28 | 0.16 | 1-High, 5-Low |



*Illustrative Admit Rates, by Gender*

- Differences in ratings and test scores are in standard deviations
- Women typically have higher extracurricular and personal ratings, while men have higher academic ratings, academic index, and test scores.
- Illustrative admit rates are fitted values from main-effect logistic regression models at average ethnicity, average concentration, 75 percentile academic index, average academic rating, average athletic rating, average extracurricular rating, average parent education, average application type (early, regular), and 75 percentile SAT scores.

# Women constitute a larger proportion of higher education enrollments nationally



**Actual and Projected Gender Ratios for All Postsecondary Degree-Granting Institutions**

Percent Female (Actual)

Percent Female (Projected)

Source: U.S. Department of Education, National Center for Education Statistics, Integrated Postsecondary Education Data System, "Fall Enrollment Survey" (IPEDS-EF:95–99), and Spring 2001 through Spring 2010; and Enrollment in Degree-Granting Institutions Model, 1980–2009. (Table was prepared January 2011.)

22

PRELIMINARY DRAFT

# Gender ratios in applicant pools vary across Harvard's closest peer group



*Percent Female Applicants at Harvard and Peers, Classes of 2000-2015*

- MIT's applicant pool is between 27% and 31% female for the classes of 2000 to 2015.
- Admit rates for males and females are similar at all peers, but MIT, where females are admitted at twice the rate of males.

Source: COFHE Redbook

**JA3780**

PRELIMINARY DRAFT

23

# Gender ratios in applicant pools vary across COFHE institution types



*Percent Female Applicants at Harvard and COFHE Institution Types, Classes of 2000-2015*

Source: COFHE Redbook
Ivies include Harvard

# Men and women are disproportionately represented in different fields of study at Harvard



Source: Office of Admissions
Note: Engineering includes students planning to study Engineering or Computer Science.

# Men and women are disproportionately represented in different fields of study

*Gender and Anticipated Concentration as a Percent of the Applicant Pool*

|  |  | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Women** | Biological Sciences | 14.4% | 14.0% | 14.6% | 14.4% | 15.7% | 15.4% | 15.7% | 16.2% | 15.4% | 15.6% |
|  | Engineering | 4.3% | 4.0% | 4.0% | 4.1% | 4.1% | 4.4% | 4.7% | 5.1% | 5.2% | 5.5% |
|  | Humanities | 12.6% | 12.6% | 13.2% | 13.0% | 13.0% | 11.9% | 11.8% | 11.4% | 8.7% | 8.5% |
|  | Physical Sciences | 5.1% | 5.1% | 5.0% | 5.3% | 5.6% | 5.1% | 5.2% | 5.1% | 4.7% | 4.5% |
|  | Social Sciences | 10.9% | 10.9% | 10.8% | 11.9% | 11.3% | 10.5% | 10.4% | 10.2% | 12.4% | 12.5% |
|  | Unknown | 2.6% | 2.4% | 2.4% | 2.7% | 0.8% | 2.9% | 1.5% | 1.2% | 1.9% | 1.7% |
| **Men** | Biological Sciences | 9.6% | 10.4% | 10.2% | 10.4% | 11.4% | 10.9% | 12.1% | 11.9% | 11.7% | 11.5% |
|  | Engineering | 9.6% | 9.4% | 9.0% | 8.8% | 9.4% | 9.7% | 10.6% | 11.3% | 12.2% | 12.8% |
|  | Humanities | 8.4% | 8.8% | 8.7% | 8.1% | 8.2% | 7.6% | 7.5% | 7.7% | 5.9% | 5.3% |
|  | Physical Sciences | 7.6% | 7.8% | 7.8% | 7.5% | 8.1% | 7.9% | 7.9% | 8.1% | 7.6% | 7.7% |
|  | Social Sciences | 11.9% | 11.5% | 11.8% | 11.2% | 11.9% | 10.8% | 11.0% | 10.8% | 12.5% | 12.7% |
|  | Unknown | 2.8% | 3.1% | 2.5% | 2.5% | 0.6% | 2.9% | 1.5% | 1.1% | 1.8% | 1.7% |
| **Total** |  | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

Low      High

From Higher Education Research Institute, University of California at Los Angeles, Survey of the American Freshman:
- Nationally, the percentage of freshmen planning to study a STEM field has grown. More men plan to concentrate in a STEM field than women.
- Nationally, more women concentrate in Behavioral and Social Sciences and Biological/Agricultural Sciences, while more men plan to study Engineering.

Note: Groupings of concentrations differ and include concentrations not offered at Harvard (Agricultural Sciences)

**JA3783**

26

# Applications from students planning to study Engineering have increased by 9% annually

*Growth in Applications, by Anticipated Concentration*

**CAGR**

| | Biological Sciences | (7.01%) |
| | Social Sciences | (6.74%) |
| | Engineering | (8.91%) |
| | Humanities | (0.75%) |
| | Physical Sciences | (5.13%) |

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Totals | 20,987 | 19,752 | 22,796 | 22,754 | 22,955 | 27,462 | 29,114 | 30,489 | 34,950 | 34,303 |

(5.61%)

Source: Office of Admissions

**JA3784**

**27**

# Small differences in admit rates by gender across concentrations



Source: Office of Admissions

**JA3785**

28

PRELIMINARY DRAFT

# Engineering and Physical Sciences students yield at lower rates



*Yield Rates by Anticipated Concentration and Gender, Classes of 2007-2016*

Source: Office of Admissions

**JA3786**

29

# Matriculants from students planning to study Engineering have increased by 2% annually



*Matriculants, by Anticipated Concentration*

| CAGR | |
|---|---|
| Social Sciences | (1.24%) |
| Biological Sciences | (1.36%) |
| Humanities | (-3.54%) |
| Physical Sciences | (1.19%) |
| Engineering | (2.00%) |

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Totals | 1,635 | 1,638 | 1,640 | 1,684 | 1,659 | 1,658 | 1,663 | 1,664 | 1,661 | 1,664 |

Class of

Notes:
- Undecided concentration excluded.
- Engineering includes students who anticipate studying Engineering or Computer Science.
- Physical Sciences includes students who anticipate studying Mathematics or the Physical Sciences.

Source: Office of Admissions

**JA3787**

30

# Summary of findings: Gender balance analysis

## Is the proportion of males and female matriculants what we'd expect given the applicant and accepted student pools?

- Yes. Harvard has more male than female applicants. Admit rates are similar, while women generally yield at higher rates. There are small differences is the qualifications of male and female applicants, resulting in small differences in predicted admit rates.

## How does Harvard compare to its peer group, other institution types, and higher education in general?

- Women are generally applying to higher education institutions at higher rates than men, and nationally, in 2009 women made up 57% of higher education enrollments.
- At Harvard and COFHE peer institutions, the percent of female applicants has declined, though this percent varies considerably across institutions. Yale and COFHE Colleges have higher percentages of female applicants than Harvard.

## How does anticipated concentration relate to the gender balance at Harvard?

- Female applicants are more likely to plan on studying Humanities or Biological Sciences, men Engineering or Physical Sciences (Social Sciences is evenly split). Over time, Humanities applicants have shrunk, Engineering and Social Sciences have grown. Harvard's yield rates vary for these fields, impacting the gender balance.

## Gender distributions among applicants, admits, and matriculants should continue to be monitored.

31

# Contents

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

**32** | **Text**

## Methods

**Goal:** Using various admissions ratings, how well can we approximate admit rates by race/ethnicity and the demographic composition of the admitted students pool?

**Strategy:**

- Fit a series of basic logistic regression models using data from classes of 2007-2016.

- Generate fitted probabilities of admissions - given an applicant's characteristics how likely are they to be admitted (0-1)?

- For each class, select the 2100 applicants with the highest probability of admissions as our simulated admitted class.

- Examine resulting demographics and admit rates by ethnicity.

**Notes:**

- Students with no academic index are excluded from this analysis.

- The following analysis is **preliminary** and for discussion.

33

PRELIMINARY DRAFT

# Models Used

| Model 1: Academic only | Model 2: Add Legacy and Athlete | Model 3: Add Personal and Extracurricular | Model 4: Add Demographics |
|---|---|---|---|
| Academic Index | Academic Index | Academic Index | Academic Index |
| Academic Rating | Academic Rating | Academic Rating | Academic Rating |
| | Legacy | Legacy | Legacy |
| | Athlete | Athlete | Athlete |
| | | Personal Rating | Personal Rating |
| | | Extracurricular Rating | Extracurricular Rating |
| | | | Gender |
| | | | Ethnicity |

PRELIMINARY DRAFT

34

# Projected Admitted Student Pools



Legend: Native American, Hispanic, International, African American, Unknown, Asian, White

Chart values (stacked bar, approximate):

| | Model 1 Academics Only | Model 2 Legacy and Athlete | Model 3 Extracurricular and Personal | Model 4 Demographics | Actual |
|---|---|---|---|---|---|
| Hispanic | 2% | 3% | 4% | 10% | 9% |
| International | 7% | 6% | 7% | 8% | 9% |
| African American | 1% | 2% | 2% | 11% | 10% |
| Unknown | 8% | 10% | 9% | 8% | 8% |
| Asian | 43% | 31% | 26% | 18% | 19% |
| White | 38% | 48% | 51% | 44% | 43% |

| | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics | |
|---|---|---|---|---|---|
| | Model 1 | Model 2 | Model 3 | Model 4 | Actual |
| Asian | 43.04% | 31.40% | 25.99% | 17.97% | 18.66% |
| African American | 0.67% | 1.83% | 2.36% | 11.12% | 10.46% |
| International | 7.27% | 5.86% | 7.39% | 7.68% | 8.90% |
| Hispanic | 2.42% | 2.62% | 4.07% | 9.83% | 9.46% |
| Native American | 0.21% | 0.32% | 0.41% | 1.21% | 1.23% |
| Unknown | 8.02% | 9.93% | 9.14% | 8.11% | 8.09% |
| White | 38.37% | 48.03% | 50.63% | 44.08% | 43.21% |

**JA3792**

PRELIMINARY DRAFT

35

# Projected Admit Rates



|  | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics | |
|---|---|---|---|---|---|
|  | **Model 1** | **Model 2** | **Model 3** | **Model 4** | **Actual** |
| Asian | 17.35% | 12.66% | 10.48% | 7.24% | 7.63% |
| African American | 0.75% | 2.07% | 2.67% | 12.59% | 12.00% |
| International | 5.13% | 4.14% | 5.22% | 5.42% | 6.37% |
| Hispanic | 2.34% | 2.53% | 3.94% | 9.51% | 9.27% |
| Native American | 1.97% | 2.98% | 3.81% | 11.17% | 11.43% |
| Unknown | 9.45% | 11.70% | 10.77% | 9.56% | 9.67% |
| White | 9.43% | 11.81% | 12.45% | 10.84% | 10.77% |

**JA3793**

PRELIMINARY DRAFT

## What have we learned?

- Once we account for ratings and demographic factors, we can closely predict what the admitted class will look like.

- With current data, we explain a significant amount of the variation in admission, but further details (especially around the personal rating) may provide further insight.

- There are a variety of factors that quantitative data is likely to miss or ratings do not capture. We'd like to better understand:

  - Exceptional talent (music, art, writing)

  - The role of context cases

  - The role of the personal statement/essay

  - Measures of socio-economic status (HFAI Flag, Low Income Flag)

PRELIMINARY DRAFT

# Next steps

- Determining priorities, timing, and audiences
  - Should this work be shared with additional audiences (e.g. President Faust, Dean Smith, Dean Hammonds)?
    - What are your priorities?
- The Finance Committee has expressed interest in a number of questions related to Harvard's affordability initiatives.

PRELIMINARY DRAFT

# Next Steps: Addressing questions raised about admissions and financial aid

## Research Question

*Part I: Access*

1. What is the effect on our applicant pool and yield of reintroducing early action?

2. Is the shift in the gender balance at Harvard College due to increased interest and recruitment for SEAS?

3. Is there bias against Asians in college admissions?

*Part II: Affordability*

4. What is the effect of our financial aid policies on our applicant pools and yields?

5. How affordable is Harvard to the "typical" family?

6. How much growth in the aid budget can the FAS sustain?

*Part III: Achievement*

7. How can we measure achievement among Harvard College graduates?

## Next Steps

- Who else should see this work?
- To further address the question of bias, is there more data to elaborate our understanding of the role of the personal essay and other factors?

- These questions were raised by the Finance Committee of the Corporation.
- How do we think about affordability in the current budget climate?
- Who are the audiences, beyond the Corporation?

- OIR has gathered a variety of options for outcomes including National Student Clearinghouse data, AA&D data, and student surveys.
- How would you prioritize this question relative to others?

PRELIMINARY DRAFT

# Contents

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

# Compared to regular applicant pool, new and old early action pools look similar

| | 2007-2011 | | | 2016 | | |
|---|---|---|---|---|---|---|
| | Early Action | Regular | Total | Early Action | Regular | Total |
| **Gender** | | | | | | |
| Female | 49.0% | 50.6% | 50.2% | 47.4% | 48.5% | 48.3% |
| Male | 51.0% | 49.4% | 49.8% | 52.6% | 51.5% | 51.7% |
| | | | | | | |
| **Parent Education** | | | | | | |
| Some College | 85.1% | 84.1% | 84.3% | 83.7% | 85.0% | 84.8% |
| Harvard Grad | 7.1% | 2.1% | 3.2% | 8.1% | 1.7% | 2.5% |
| No College | 7.8% | 13.8% | 12.5% | 8.2% | 13.3% | 12.7% |
| | | | | | | |
| **Race Ethnicity** | | | | | | |
| African American | 4.7% | 8.4% | 7.6% | 8.9% | 9.9% | 9.8% |
| Asian | 24.2% | 20.5% | 21.3% | 21.4% | 20.3% | 20.4% |
| Hispanic | 6.5% | 9.4% | 8.8% | 9.0% | 10.3% | 10.1% |
| International | 11.3% | 16.0% | 15.0% | 14.0% | 19.1% | 18.5% |
| Native American | 0.8% | 1.1% | 1.0% | 1.1% | 1.0% | 1.0% |
| Other | 0.9% | 1.5% | 1.3% | 0.0% | 0.0% | 0.0% |
| Unknown | 7.7% | 7.4% | 7.4% | 7.0% | 7.2% | 7.2% |
| White | 43.9% | 35.8% | 37.5% | 38.7% | 32.2% | 33.0% |
| | | | | | | |
| **Academic Rating** | | | | | | |
| Academic 1 | 2.1% | 0.5% | 0.8% | 1.6% | 0.3% | 0.5% |
| Academic 2 | 48.1% | 31.2% | 35.0% | 49.8% | 38.1% | 39.6% |
| Academic 3 | 41.3% | 48.9% | 47.2% | 35.9% | 41.1% | 40.4% |
| Academic 4 | 7.6% | 15.8% | 14.0% | 9.6% | 14.5% | 13.9% |
| Academic 5 | 0.9% | 3.6% | 3.0% | 3.1% | 6.0% | 5.6% |
| | | | | | | |
| **Fee Waiver** | | | | | | |
| No | 95.2% | 88.9% | 90.3% | 92.7% | 87.6% | 88.2% |
| Yes | 4.8% | 11.1% | 9.7% | 7.3% | 12.4% | 11.8% |

41

PRELIMINARY DRAFT

# 2016 early action pool is more diverse than old early action pools

|  | 2007-2011 | 2016 | All |
|---|---|---|---|
| **Gender** | | | |
| Female | 49.0% | 47.4% | 48.7% |
| Male | 51.0% | 52.6% | 51.3% |
| | | | |
| **Parent Education** | | | |
| Some College | 85.1% | 83.7% | 84.9% |
| Harvard Grad | 7.1% | 8.1% | 7.2% |
| No College | 7.8% | 8.2% | 7.9% |
| | | | |
| **Race Ethnicity** | | | |
| African American | 4.7% | 8.9% | 5.4% |
| Asian | 24.2% | 21.4% | 23.7% |
| Hispanic | 6.5% | 9.0% | 6.9% |
| International | 11.3% | 14.0% | 11.7% |
| Native American | 0.8% | 1.1% | 0.8% |
| Other Race/Ethnicity | 0.9% | 0.0% | 0.8% |
| Unknown Race/Ethnicity | 7.7% | 7.0% | 7.6% |
| White | 43.9% | 38.7% | 43.1% |
| | | | |
| **Academic Rating** | | | |
| Academic 1 | 2.1% | 1.6% | 2.0% |
| Academic 2 | 48.1% | 49.8% | 48.3% |
| Academic 3 | 41.3% | 35.9% | 40.5% |
| Academic 4 | 7.6% | 9.6% | 7.9% |
| Academic 5 | 0.9% | 3.1% | 1.2% |
| | | | |
| **Fee Waiver** | | | |
| No | 95.2% | 92.7% | 94.8% |
| Yes | 4.8% | 7.3% | 5.2% |

42

PRELIMINARY DRAFT

# Model Fit

|  | Admit Rates | | |
| --- | --- | --- | --- |
|  | Model 4 | Actual | Difference |
| Asian | 7.24% | 7.63% | -0.39% |
| African American | 12.59% | 12.00% | 0.59% |
| International | 5.42% | 6.37% | -0.95% |
| Hispanic | 9.51% | 9.27% | 0.23% |
| Native American | 11.17% | 11.43% | -0.26% |
| Unknown | 9.56% | 9.67% | -0.12% |
| White | 10.84% | 10.77% | 0.06% |

|  | Entering Classes | | |
| --- | --- | --- | --- |
|  | Model 4 | Actual | Difference |
| Asian | 17.97% | 18.66% | -0.69% |
| African American | 11.12% | 10.46% | 0.66% |
| International | 7.68% | 8.90% | -1.22% |
| Hispanic | 9.83% | 9.46% | 0.37% |
| Native American | 1.21% | 1.23% | -0.02% |
| Unknown | 8.11% | 8.09% | 0.02% |
| White | 44.08% | 43.21% | 0.87% |

PRELIMINARY DRAFT

# Model Fit

## Difference in Projected vs. Actual Admit Rate

|  | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Asian | 0.002412 | 0.004282 | 0.002479 | 0.005113 | 0.012497 | 0.007495 | 0.004567 | 0.002473 | 0.000407 | 0.000752 |
| African Am | 0.019531 | -0.00496 | -0.00075 | 0.003436 | -0.01049 | -0.01558 | -0.00816 | -0.01232 | 0.000682 | -0.01331 |
| Internatio | 0.015547 | 0.014264 | 0.010059 | 0.009594 | 0.002495 | 0.014182 | 0.011458 | 0.009821 | 0.006937 | 0.006522 |
| Hispanic | 0.003422 | 0.002778 | -0.01048 | -0.0116 | -0.00537 | -0.0097 | 0.00521 | -0.00038 | 0.00736 | -0.00927 |
| Native Am | 0.037838 | 0 | -0.00588 | -0.01415 | 0.031674 | 0.02381 | -0.00893 | 0.009494 | -0.0069 | -0.02667 |
| Unknown | -0.00079 | -0.00096 | -0.00564 | -0.00755 | -0.00792 | 0.007795 | -0.00067 | 0.038691 | 0.011152 | 0.00307 |
| White | -0.01003 | -0.00613 | -0.00169 | 0.001581 | -0.00476 | 0.002299 | 0.002692 | 0.005373 | 0.00121 | 0 |

## Difference in Projected vs. Actual Admitted Class Demographics

|  | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Asian | -0.0056 | -0.0083 | -0.0059 | -0.009 | -0.0272 | -0.0107 | -0.0054 | 0.0023 | 0.0063 | -0.0055 |
| African Am | -0.01 | 0.0023 | 1E-04 | -0.0012 | 0.0078 | 0.0176 | 0.0122 | 0.0193 | 0.0037 | 0.0156 |
| Internatio | -0.0151 | -0.0134 | -0.0117 | -0.0096 | -0.0036 | -0.0175 | -0.014 | -0.0113 | -0.0108 | -0.0149 |
| Hispanic | -0.0028 | -0.002 | 0.0078 | 0.0106 | 0.0045 | 0.013 | -0.0025 | 0.0049 | -0.007 | 0.0119 |
| Native Am | -0.0034 | -0.0001 | 0.0005 | 0.0016 | -0.0034 | -0.002 | 0.0014 | -0.0005 | 0.0015 | 0.0037 |
| Unknown | 0.0001 | 0.0004 | 0.0049 | 0.0083 | 0.0069 | -0.0056 | 0.0053 | -0.0103 | -0.0042 | -0.0045 |
| White | 0.0369 | 0.021 | 0.0045 | -0.0006 | 0.0148 | 0.0052 | 0.0029 | -0.0044 | 0.0106 | -0.0063 |

Case: 19-2005    Document: 00117621897    Page: 92    Date Filed: 07/10/2020    Entry ID: 6356412

TRIAL EXHIBIT

P13

SFFA v. Harvard

exhibitsticker.com

# Admissions and Financial Aid at Harvard College

For Discussion

February 2013

Office of Institutional Research

EXHIBIT

PENGAD 800-631-6989

## Introduction

- Nationally, there has long been interest in issues surrounding college access and affordability. In the last decade, the conversation has expanded to focus on college outcomes and achievement. Harvard College has a long tradition of promoting these goals.

- In order to signal its commitment to these goals, Harvard has made a series of public changes that amplify the scrutiny and attention already paid to its admissions and financial aid practices. These include:

    - The recent reintroduction of early action admissions

    - Financial aid initiatives aimed at improving the affordability for most US families

- Externally, many continue to raise questions about Harvard's commitment to access and achievement.

- Internally, we are concerned about the effects of public and non-public changes on our ability to recruit students to Harvard, their experience at Harvard, and whether our investments are financially sustainable.

PRELIMINARY DRAFT

## Recent admissions and financial aid questions raised

*Part I: Access*

1. What is the effect on our applicant pool and yield of reintroducing early action?

2. Is the shift in the gender balance at Harvard College due to increased interest and recruitment for SEAS?

3. Does the admissions process disadvantage Asians?

*Part II: Affordability*

4. What is the effect of our financial aid policies on our applicant pools and yields?

5. How affordable is Harvard to the "typical" family?

6. How much growth in the aid budget can the FAS sustain?

*Part III: Achievement*

7. How can we measure achievement among Harvard College graduates?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**JA3804**

HARV00076040

PRELIMINARY DRAFT

## Today's Goals

- Review OIR work related to Part I: Access

- Discuss next steps

- Clarify priorities and timing

- Discuss additional data needed

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JA3805

HARV00076041

# Contents

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Case: 19-2005    Document: 00117621897    Page: 97    Date Filed: 07/29/2020    Entry ID: 6356412

# Contents

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JA3807

HARV00076043

PRELIMINARY DRAFT

## Guiding questions

How do early action pools at Harvard compare to the regular action pools for the class of 2016 and the classes of 2007-2011?

How do the two early action pools compare to each other?

What is the relationship between early action and yield rates?

How much can we learn from only one admissions cycle with early action back in place?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**JA3808**

HARV00076044

Case: 19-2005    Document: 0011762189    Page: 99    Date Filed: 07/29/2020    Entry ID: 6356412

PRELIMINARY DRAFT

# Review of findings from Fall 2010 early action analysis

- Yield rates for the most highly rated Hispanic, Black and White students declined after the end of early action.
- Yield rates for all Hispanic and White students declined after the end of early action.



### Yield Rates by Race Ethnicity, Fall 2003 to Fall 2010

**Number of Admits**

| | High Ratings | All Admits |
|---|---|---|
| Asian | 2,033 | 3,131 |
| White | 3,462 | 7,432 |
| Hispanic | 411 | 1,581 |
| Black | 253 | 1,769 |

Ethnicities with statistically significant changes marked in crimson

*All Students*

*Students with High Academic and Extracurricular Ratings*

Source: Office of Admissions and Financial Aid
"High" rating indicates a rating of 1 or 2.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00076045

# The new early applicant pools are smaller than prior early applicant pools in relative terms



**Early Applicants as a Proportion of the Applicant Pool, by Class**

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Applicants | 20,987 | 19,752 | 22,796 | 22,754 | 22,955 | 27,462 | 29,114 | 30,489 | 34,950 | 34,303 | 35,022 |
| Early Applicants | 7,614 | 3,889 | 4,214 | 3,869 | 4,008 | 0 | 0 | 0 | | 4,228 | 4,856 |

Students permitted to apply to multiple EA schools and one ED school

Return to single-choice EA program

EA program ends

Return of EA program

Source: Office of Admissions
Application from previous admits counted in total applicants.
The class of 2007 is the only year that allowed students to participate in multiple early action programs in addition to one early decision program.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00076046

# Compared to regular applicant pool, new and old early action pools look similar



■ 2016  ▨ 2007-2011

*Significant difference p<0.001
The bars in these graphs represent differences for these years of early action as compared to the regular action pool.  See Appendix.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00076047

# The 2016 early action pool is more diverse than old early action pools



**Demographic Differences Between Early Applicant Pools**

*Significant difference p<0.001
Figures in the chart above are the differences between the two early action pools.  See Appendix.
Early action was not in place for the classes of 2012-2015.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JA3812

HARV00076048

# Yield rates are higher in early action years

PRELIMINARY DRAFT



*Yield Rates by Applicant Type*

Early admissions was not in effect for the classes of 2012-2015.
Previous admits, who represent a small proportion of the overall applicant pool, are excluded.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**JA3813**

HARV00076049

# High admissions ratings sub-groups in 2016 appear to have higher yield rates than before



**Change in Yield Rates Between Classes of 2016 and 2012-2015**

Average Increase in Yield Rate: 4.14%

High ratings defined as having 1 or 2 for both academic and extracurricular admissions ratings
2016 yield rates for early action applicants = 93.5%
*Significant difference p<0.05

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00076050

Case: 19-2005     Document: 00117621897     Page: 105     Date Filed: 07/29/2020     Entry ID: 6356412

# Profile of Class of 2016: Small Demographic Shifts



*Race/Ethnicity of Matriculants, by Class*

- International
- White
- Asian
- Unknown/Other
- Hispanic
- African American
- Native American

*Fee Waiver Status of Matriculants, by Class*

Fee Waiver

*Parent Education of Matriculants, by Class*

Legacy

First Generation

*URM Status of Matriculants, by Class*

URM

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY     JA3815     HARV00076051

Case: 19-2005    Document: 00117621897    Page: 106    Date Filed: 07/29/2020    Entry ID: 6356412

# Summary of findings: Early action analysis

## How do early action applications at Harvard compare to regular action applicants? Are patterns similar for the class of 2016 and the classes of 2007-2011?

- Both early action populations look demographically similar to one another, compared to the regular action populations. Compared to regular action, early action applicants have higher academic ratings, and include more male, Caucasian and Asian applicants.

## Are there any noticeable differences in the two early action populations?

- The new early action applicants appear to be more diverse than the previous early action population, with higher percentages of African American, Hispanic, and International students.

## What is the relationship between early action and yield rates?

- Yield rates are higher for early action applicants.
- African American and Hispanic applicants with high admissions ratings appear in this 2016 year to have had the largest increase in yield rates.

## How much can we learn from only one year of having early action back in place?

- Not enough to be statistically confident in trends – it is worth revisiting the data annually, particularly in light small demographic shifts in the matriculating class of 2016.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

JA3816

HARV00076052

PRELIMINARY DRAFT

# Contents

Part I: Access

A first look at the return of early action

**Shift in the gender balance and impact of concentration choice**

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

PRELIMINARY DRAFT

## Guiding questions

Is the proportion of males and females who matriculate different than we would expect given the applicant and accepted student pools?

How does the gender balance at Harvard compare to peer institutions, other institution types, and higher education in general?

How does anticipated concentration relate to the gender balance at Harvard?

# The proportion of female applicants, admits, and matriculants has fallen in recent years



Percent Female Applicants, Admits, and Matriculants

Source: Office of Admissions

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**JA3819**

HARV00076055

# Admit and yield rates are similar for women and men



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**JA3820**

HARV00076056

# Differences in ratings for males and females are small – minimal impact on admit rates

### Ratings and Test Scores by Gender for Applicants, Admits, and Matriculants

| | Applicants | | | Admits | | | Matriculants | | | Scale |
|---|---|---|---|---|---|---|---|---|---|---|
| | Female | Male | Difference | Female | Male | Difference | Female | Male | Difference | |
| Z-score Academic Index | -0.10 | 0.10 | 0.19 | 0.58 | 0.64 | 0.06 | 0.55 | 0.59 | 0.04 | Standard deviations |
| SAT Verbal Score | 67.8 | 68.4 | 0.07 | 73.86 | 73.42 | 0.07 | 73.56 | 73.02 | 0.09 | 20-80 |
| SAT Math Score | 68.4 | 71.7 | 0.38 | 73.13 | 74.85 | 0.30 | 72.94 | 74.57 | 0.28 | 20-80 |
| Academic Rating | 2.93 | 2.78 | 0.18 | 2.30 | 2.21 | 0.15 | 2.33 | 2.26 | 0.12 | 1-High, 5-Low |
| Extracurricular Rating | 2.78 | 2.85 | 0.14 | 2.35 | 2.42 | 0.12 | 2.36 | 2.45 | 0.15 | 1-High, 5-Low |
| Personal Rating | 2.74 | 2.79 | 0.11 | 2.20 | 2.20 | 0.16 | 2.20 | 2.28 | 0.16 | 1-High, 5-Low |



*Illustrative Admit Rates, by Gender*

- Differences in ratings and test scores are in standard deviations
- Women typically have higher extracurricular and personal ratings, while men have higher academic ratings, academic index, and test scores.
- Illustrative admit rates are fitted values from main-effect logistic regression models at average ethnicity, average concentration, 75 percentile academic index, average academic rating, average athletic rating, average extracurricular rating, average parent education, average application type (early, regular), and 75 percentile SAT scores.

# Women constitute a larger proportion of higher education enrollments nationally



*Actual and Projected Gender Ratios for All Postsecondary Degree-Granting Institutions*

Percent Female (Actual)
Percent Female (Projected)

Source: U.S. Department of Education, National Center for Education Statistics, Integrated Postsecondary Education Data System, "Fall Enrollment Survey" (IPEDS-EF:95–99), and Spring 2001 through Spring 2010; and Enrollment in Degree-Granting Institutions Model, 1980–2009. (Table was prepared January 2011.)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00076058

21

PRELIMINARY DRAFT

# Gender ratios in applicant pools vary across Harvard's closest peer group



*Percent Female Applicants at Harvard and Peers, Classes of 2000-2015*

- MIT's applicant pool is between 27% and 31% female for the classes of 2000 to 2015.
- Admit rates for males and females are similar at all peers, but MIT, where females are admitted at twice the rate of males.

Source: COFHE Redbook

Case: 19-2005    Document: 00117621897    Page: 114    Date Filed: 07/29/2020    Entry ID: 6356412

# Gender ratios in applicant pools vary across COFHE institution types

PRELIMINARY DRAFT

23



*Percent Female Applicants at Harvard and COFHE Institution Types, Classes of 2000-2015*

Colleges
Ivies
Universities
Harvard

Source: COFHE Redbook
Ivies include Harvard

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

JA3824

HARV00076060

24

# Men and women are disproportionately represented in different fields of study at Harvard



*Percent Female by Anticipated Concentration in Harvard Applicant Pool*

*Distribution of Anticipated Concentrations in Harvard Applicant Pool*

Source: Office of Admissions
Note: Engineering includes students planning to study Engineering or Computer Science.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

JA3825

HARV00076061

# Men and women are disproportionately represented in different fields of study

*Gender and Anticipated Concentration as a Percent of the Applicant Pool*

| | | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Women | Biological Sciences | 14.4% | 14.0% | 14.6% | 14.4% | 15.7% | 15.4% | 15.7% | 16.2% | 15.4% | 15.6% |
| | Engineering | | | | | | | | 5.1% | 5.2% | 5.5% |
| | Humanities | 12.6% | 12.6% | 13.2% | 13.0% | 13.0% | 11.9% | 11.8% | 11.4% | 8.7% | 8.5% |
| | Physical Sciences | 5.1% | 5.1% | 5.0% | 5.3% | 5.6% | 5.1% | 5.2% | 5.1% | 4.7% | 4.5% |
| | Social Sciences | 10.9% | 10.9% | 10.8% | 11.9% | 11.3% | 10.5% | 10.4% | 10.2% | 12.4% | 12.5% |
| | Unknown | 2.6% | 2.4% | 2.4% | 2.7% | 0.8% | 2.9% | 1.5% | 1.2% | 1.9% | 1.7% |
| Men | Biological Sciences | 9.6% | 10.4% | 10.2% | 10.4% | 11.4% | 10.9% | 12.1% | 11.9% | 11.7% | 11.5% |
| | Engineering | 9.6% | 9.4% | 9.0% | 8.8% | 9.4% | 9.7% | 10.6% | 11.3% | 12.2% | 12.8% |
| | Humanities | 8.4% | 8.8% | 8.7% | 8.1% | 8.2% | 7.6% | 7.5% | 7.7% | 5.9% | |
| | Physical Sciences | 7.6% | 7.8% | 7.8% | 7.5% | 8.1% | 7.9% | 7.9% | 8.1% | 7.6% | 7.7% |
| | Social Sciences | 11.9% | 11.5% | 11.8% | 11.2% | 11.9% | 10.8% | 11.0% | 10.8% | 12.5% | 12.7% |
| | Unknown | 2.8% | 3.1% | 2.5% | 2.5% | 0.6% | 2.9% | 1.5% | 1.1% | 1.8% | 1.7% |
| **Total** | | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

Low    High

From Higher Education Research Institute, University of California at Los Angeles, Survey of the American Freshman:
- Nationally, the percentage of freshmen planning to study a STEM field has grown. More men plan to concentrate in a STEM field than women.
- Nationally, more women concentrate in Behavioral and Social Sciences and Biological/Agricultural Sciences, while more men plan to study Engineering.

Note: Groupings of concentrations differ and include concentrations not offered at Harvard (Agricultural Sciences)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    JA3826    HARV00076062

Case: 19-2005    Document: 00117621897    Page: 117    Date Filed: 07/29/2020    Entry ID: 6356412

# Applications from students planning to study Engineering have increased by 9% annually



*Growth in Applications, by Anticipated Concentration*

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Totals | 20,987 | 19,752 | 22,796 | 22,754 | 22,955 | 27,462 | 29,114 | 30,489 | 34,950 | 34,303 |

**CAGR**

— Biological Sciences (7.01%)
— Social Sciences (6.74%)
— Engineering (8.91%)
— Humanities (0.75%)
— Physical Sciences (5.13%)

(5.61%)

Source: Office of Admissions

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JA3827

HARV00076063

PRELIMINARY DRAFT

27

# Small differences in admit rates by gender across concentrations



*Differences in Admit Rates, by Gender and Concentration*

Source: Office of Admissions

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**JA3828**

HARV00076064

28

# Engineering and Physical Sciences students yield at lower rates



**Yield Rates by Anticipated Concentration and Gender, Classes of 2007-2016**

Legend: ■ All  ■ Female  ▨ Male

Categories: Biological Sciences, Engineering, Humanities, Physical Science, Social Sciences

Source: Office of Admissions

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**JA3829**

HARV00076065

*Imagine related to Distrustful? "Imagining pool"*
*reels of pool*

# Matriculants from students planning to study Engineering have increased by 2% annually

**Matriculants, by Anticipated Concentration**



| CAGR | |
|---|---|
| Social Sciences | (1.24%) |
| Biological Sciences | (1.36%) |
| Humanities | (3.54%) |
| Physical Sciences | (1.19%) |
| Engineering | (2.00%) |

*perfect effort seen will the want out*

*users and users in represent the conta emphasize FL enable*

*Class of Computer science*

| Totals | 1,635 | 1,638 | 1,640 | 1,684 | 1,659 | 1,658 | 1,663 | 1,664 | 1,661 | 1,664 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |

Notes:
- Undecided concentration excluded.
- Engineering includes students who anticipate studying Engineering or Computer Science.
- Physical Sciences includes students who anticipate studying Mathematics or the Physical Sciences.

Source: Office of Admissions

## Summary of findings: Gender balance analysis

### Is the proportion of males and female matriculants what we'd expect given the applicant and accepted student pools?

- Yes. Harvard has more male than female applicants. Admit rates are similar, while women generally yield at higher rates. There are small differences in qualifications of male and female applicants, resulting in small differences in predicted admit rates.

### How does Harvard compare to its peer group, other institution types, and higher education in general?

- Women are generally applying to higher education institutions at higher rates than men, and nationally, in 2009 women made up 57% of higher education enrollments.
- At Harvard and COFHE peer institutions, the percent of female applicants has declined, though this percent varies considerably across institutions. Yale and COFHE Colleges have higher percentages of female applicants than Harvard.

### How does anticipated concentration relate to the gender balance at Harvard?

- Female applicants are more likely to plan on studying Humanities or Biological Sciences, men Engineering or Physical Sciences (Social Sciences is evenly split). Over time, Humanities applicants have shrunk, Engineering and Social Sciences have grown. Harvard's yield rates vary for these fields, impacting the gender balance.

### Gender distributions among applicants, admits, and matriculants should continue to be monitored.

Case: 19-2005    Document: 00117621897    Page: 122    Date Filed: 07/29/2020    Entry ID: 6356412

# Contents

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

JA3832

HARV00076068

Case: 19-2005    Document: 00117621897    Page: 123    Date Filed: 07/29/2020    Entry ID: 6356412

## Methods

**Goal:**    Using various admissions ratings, how well can we approximate admit rates by race/ethnicity and the demographic composition of the admitted students pool?

**Strategy:**

- Fit a series of basic logistic regression models using data from classes of 2007-2016.

- Generate fitted probabilities of admissions - given an applicant's characteristics how likely are they to be admitted (0-1)?

- For each class, select the 2100 applicants with the highest probability of admissions as our simulated admitted class.

- Examine resulting demographics and admit rates by ethnicity.

**Notes:**

- Students with no academic index are excluded from this analysis.

- The following analysis is **preliminary** and for discussion.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JA3833

HARV00076069

# Models Used

| Model 1: Academic only | Model 2: Add Legacy and Athlete | Model 3: Add Personal and Extracurricular | Model 4: Add Demographics |
|---|---|---|---|
| Academic Index | Academic Index | Academic Index | Academic Index |
| Academic Rating | Academic Rating | Academic Rating | Academic Rating |
| | Legacy | Legacy | Legacy |
| | Athlete | Athlete | Athlete |
| | | Personal Rating | Personal Rating |
| | | Extracurricular Rating | Extracurricular Rating |
| | | | Gender |
| | | | Ethnicity |

*financial aid hd*

*Fee Waiver*

*— interest*

*— (bad geography)*

*— packet.*

# Projected Admitted Student Pools

PRELIMINARY DRAFT

34



| | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics | |
|---|---|---|---|---|---|
| | **Model 1** | **Model 2** | **Model 3** | **Model 4** | **Actual** |
| Asian | 43.04% | 31.40% | 25.99% | 17.97% | 18.66% |
| African American | 0.67% | 1.83% | 2.36% | 11.12% | 10.46% |
| International | 7.27% | 5.86% | 7.39% | 7.68% | 8.90% |
| Hispanic | 2.42% | 2.62% | 4.07% | 9.83% | 9.46% |
| Native American | 0.21% | 0.32% | 0.41% | 1.21% | 1.23% |
| Unknown | 8.02% | 9.93% | 9.14% | 8.11% | 8.09% |
| White | 38.37% | 48.03% | 50.63% | 44.08% | 43.21% |

Legend: Native American, Hispanic, International, African American, Unknown, Asian, White

PRELIMINARY DRAFT

# Projected Admit Rates



|  | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics | |
|---|---|---|---|---|---|
|  | Model 1 | Model 2 | Model 3 | Model 4 | Actual |
| Asian | 17.35% | 12.66% | 10.48% | 7.24% | 7.63% |
| African American | 0.75% | 2.07% | 2.67% | 12.59% | 12.00% |
| International | 5.13% | 4.14% | 5.22% | 5.42% | 6.37% |
| Hispanic | 2.34% | 2.53% | 3.94% | 9.51% | 9.27% |
| Native American | 1.97% | 2.98% | 3.81% | 11.17% | 11.43% |
| Unknown | 9.45% | 11.70% | 10.77% | 9.56% | 9.67% |
| White | 9.43% | 11.81% | 12.45% | 10.84% | 10.77% |

Legend: Asian, African American, International, Hispanic, Native American, Unknown, White

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JA3836

HARV00076072

35

## What have we learned?

- Once we account for ratings and demographic factors, we can closely predict what the admitted class will look like.

- With current data, we explain a significant amount of the variation in admission, but further details (especially around the personal rating) may provide further insight.

- There are a variety of factors that quantitative data is likely to miss or ratings do not capture. We'd like to better understand:

  - Exceptional talent (music, art, writing)

  - The role of context cases

  - The role of the personal statement/essay

  - Measures of socio-economic status (HFAI Flag, Low Income Flag)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRELIMINARY DRAFT

## Next steps

- Determining priorities, timing, and audiences
  - Should this work be shared with additional audiences (e.g. President Faust, Dean Smith, Dean Hammonds)?
  - What are your priorities?
- The Finance Committee has expressed interest in a number of questions related to Harvard's affordability initiatives.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

JA3838

HARV00076074

# Next Steps: Addressing questions raised about admissions and financial aid

## Research Question

*Part I: Access*

1. What is the effect on our applicant pool and yield of reintroducing early action?

2. Is the shift in the gender balance at Harvard College due to increased interest and recruitment for SEAS?

3. Is there bias against Asians in college admissions?

*Part II: Affordability*

4. What is the effect of our financial aid policies on our applicant pools and yields?

5. How affordable is Harvard to the "typical" family?

6. How much growth in the aid budget can the FAS sustain?

*Part III: Achievement*

7. How can we measure achievement among Harvard College graduates?

## Next Steps

- Who else should see this work?
- To further address the question of bias, is there more data to elaborate our understanding of the role of the personal essay and other factors?

- These questions were raised by the Finance Committee of the Corporation.
- How do we think about affordability in the current budget climate?
- Who are the audiences, beyond the Corporation?

- OIR has gathered a variety of options for outcomes including National Student Clearinghouse data, AA&D data, and student surveys.
- How would you prioritize this question relative to others?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00076075

# Contents

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00076076

**JA3840**

# Compared to regular applicant pool, new and old early action pools look similar

| | 2007-2011 | | | 2016 | | |
|---|---|---|---|---|---|---|
| | Early Action | Regular | Total | Early Action | Regular | Total |
| **Gender** | | | | | | |
| Female | 49.0% | 50.6% | 50.2% | 47.4% | 48.5% | 48.3% |
| Male | 51.0% | 49.4% | 49.8% | 52.6% | 51.5% | 51.7% |
| | | | | | | |
| **Parent Education** | | | | | | |
| Some College | 85.1% | 84.1% | 84.3% | 83.7% | 85.0% | 84.8% |
| Harvard Grad | 7.1% | 2.1% | 3.2% | 8.1% | 1.7% | 2.5% |
| No College | 7.8% | 13.8% | 12.5% | 8.2% | 13.3% | 12.7% |
| | | | | | | |
| **Race Ethnicity** | | | | | | |
| African American | 4.7% | 8.4% | 7.6% | 8.9% | 9.9% | 9.8% |
| Asian | 24.2% | 20.5% | 21.3% | 21.4% | 20.3% | 20.4% |
| Hispanic | 6.5% | 9.4% | 8.8% | 9.0% | 10.3% | 10.1% |
| International | 11.3% | 16.0% | 15.0% | 14.0% | 19.1% | 18.5% |
| Native American | 0.8% | 1.1% | 1.0% | 1.1% | 1.0% | 1.0% |
| Other | 0.9% | 1.5% | 1.3% | 0.0% | 0.0% | 0.0% |
| Unknown | 7.7% | 7.4% | 7.4% | 7.0% | 7.2% | 7.2% |
| White | 43.9% | 35.8% | 37.5% | 38.7% | 32.2% | 33.0% |
| | | | | | | |
| **Academic Rating** | | | | | | |
| Academic 1 | 2.1% | 0.5% | 0.8% | 1.6% | 0.3% | 0.5% |
| Academic 2 | 48.1% | 31.2% | 35.0% | 49.8% | 38.1% | 39.6% |
| Academic 3 | 41.3% | 48.9% | 47.2% | 35.9% | 41.1% | 40.4% |
| Academic 4 | 7.6% | 15.8% | 14.0% | 9.6% | 14.5% | 13.9% |
| Academic 5 | 0.9% | 3.6% | 3.0% | 3.1% | 6.0% | 5.6% |
| | | | | | | |
| **Fee Waiver** | | | | | | |
| No | 95.2% | 88.9% | 90.3% | 92.7% | 87.6% | 88.2% |
| Yes | 4.8% | 11.1% | 9.7% | 7.3% | 12.4% | 11.8% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00076077

40

PRELIMINARY DRAFT

# 2016 early action pool is more diverse than old early action pools

|  | 2007-2011 | 2016 | All |
|---|---|---|---|
| **Gender** | | | |
| Female | 49.0% | 47.4% | 48.7% |
| Male | 51.0% | 52.6% | 51.3% |
| | | | |
| **Parent Education** | | | |
| Some College | 85.1% | 83.7% | 84.9% |
| Harvard Grad | 7.1% | 8.1% | 7.2% |
| No College | 7.8% | 8.2% | 7.9% |
| | | | |
| **Race Ethnicity** | | | |
| African American | 4.7% | 8.9% | 5.4% |
| Asian | 24.2% | 21.4% | 23.7% |
| Hispanic | 6.5% | 9.0% | 6.9% |
| International | 11.3% | 14.0% | 11.7% |
| Native American | 0.8% | 1.1% | 0.8% |
| Other Race/Ethnicity | 0.9% | 0.0% | 0.8% |
| Unknown Race/Ethnicity | 7.7% | 7.0% | 7.6% |
| White | 43.9% | 38.7% | 43.1% |
| | | | |
| **Academic Rating** | | | |
| Academic 1 | 2.1% | 1.6% | 2.0% |
| Academic 2 | 48.1% | 49.8% | 48.3% |
| Academic 3 | 41.3% | 35.9% | 40.5% |
| Academic 4 | 7.6% | 9.6% | 7.9% |
| Academic 5 | 0.9% | 3.1% | 1.2% |
| | | | |
| **Fee Waiver** | | | |
| No | 95.2% | 92.7% | 94.8% |
| Yes | 4.8% | 7.3% | 5.2% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00076078

41

## Model Fit

| | Admit Rates | | |
| --- | --- | --- | --- |
| | Model 4 | Actual | Difference |
| Asian | 7.24% | 7.63% | -0.39% |
| African American | 12.59% | 12.00% | 0.59% |
| International | 5.42% | 6.37% | -0.95% |
| Hispanic | 9.51% | 9.27% | 0.23% |
| Native American | 11.17% | 11.43% | -0.26% |
| Unknown | 9.56% | 9.67% | -0.12% |
| White | 10.84% | 10.77% | 0.06% |

| | Entering Classes | | |
| --- | --- | --- | --- |
| | Model 4 | Actual | Difference |
| Asian | 17.97% | 18.66% | -0.69% |
| African American | 11.12% | 10.46% | 0.66% |
| International | 7.68% | 8.90% | -1.22% |
| Hispanic | 9.83% | 9.46% | 0.37% |
| Native American | 1.21% | 1.23% | -0.02% |
| Unknown | 8.11% | 8.09% | 0.02% |
| White | 44.08% | 43.21% | 0.87% |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00076079

# Model Fit

### Difference in Projected vs. Actual Admit Rate

|  | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Asian | 0.002412 | 0.004282 | 0.002479 | 0.005113 | 0.012497 | 0.007495 | 0.004567 | 0.002473 | 0.000407 | 0.000752 |
| African Am | 0.019531 | -0.00496 | 0.0075 | 0.003436 | -0.01049 | 0.01558 | 0.00816 | 0.01232 | 0.000682 | 0.01331 |
| Internatio | 0.015547 | 0.014264 | 0.010059 | 0.009594 | 0.002495 | 0.014182 | 0.011458 | 0.009821 | 0.006937 | 0.006522 |
| Hispanic | 0.003422 | 0.002778 | 0.01048 | 0.0116 | 0.00537 | 0.0097 | 0.00521 | 0.00038 | 0.00736 | 0.00927 |
| Native Am | 0.037838 | 0 | -0.00588 | -0.01415 | 0.031674 | 0.02381 | -0.0893 | 0.009494 | -0.069 | 0.02367 |
| Unknown | -0.0079 | -0.0096 | 0.00564 | 0.00755 | 0.00792 | 0.07795 | -0.0067 | 0.038691 | 0.011152 | 0.00307 |
| White | -0.01008 | -0.00613 | -0.00169 | 0.001581 | -0.00476 | 0.002299 | 0.002692 | 0.005373 | 0.00121 | 0 |

### Difference in Projected vs. Actual Admitted Class Demographics

|  | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Asian | -0.0056 | -0.0083 | -0.0059 | 0.009 | 0.0022 | 0.0107 | -0.0054 | 0.0023 | 0.0063 | -0.0055 |
| African Am | 0.01 | 0.0023 | 1E-04 | -0.0012 | 0.0078 | 0.0176 | 0.0122 | 0.0193 | 0.0037 | 0.0156 |
| Internatio | -0.0051 | -0.0134 | -0.0117 | -0.0096 | -0.0036 | -0.0175 | -0.014 | -0.0113 | -0.0108 | -0.0149 |
| Hispanic | -0.0028 | -0.002 | 0.0078 | 0.0106 | 0.0045 | 0.013 | -0.0025 | 0.0049 | -0.007 | 0.0119 |
| Native Am | -0.0034 | -0.0001 | 0.0005 | 0.0016 | -0.0034 | -0.002 | 0.0014 | -0.0005 | 0.0015 | 0.0037 |
| Unknown | 0.0001 | 0.0004 | 0.0049 | 0.0083 | 0.0069 | -0.0056 | 0.0053 | 0.0103 | 0.0042 | -0.0045 |
| White | 0.0369 | 0.021 | 0.0045 | -0.0006 | 0.0148 | 0.0052 | 0.0029 | -0.0044 | 0.0106 | 0.0063 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JA3844

HARV00076080



Donahue
EXHIBIT NO. 10
6-6-17 MC

TRIAL EXHIBIT

P14

SFFA v. Harvard

**From:** Donahue, Sally [/O=HARVARD-FAS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SDONAHUE]
**Sent:** Wednesday, February 20, 2013 3:05:43 AM
**To:** Fitzsimmons, William
**Subject:** Re: two possible meetings

Thanks Fitz!

Sent from my iPad

On Feb 19, 2013, at 6:43 PM, "Fitzsimmons, William" <wrf@fas.harvard.edu> wrote:

> Sally and I can make the 3:30 meeting on Monday. At your place?
> Bill
> Sent from my iPhone
>
> On Feb 19, 2013, at 5:56 PM, "Jilek, Tiffany Lee" <tippi_jilek@harvard.edu> wrote:
>
>> Good Evening Sally and Fitz,
>> I hope this note finds you well. Would meeting from 330 – 430 on the 25th work with both of your schedules? If not what would be best and I can see what might be adjustable on the teams end here. If there is anyone assisting you with your calendars please let me know and I will reach out to them. Thank you and I hope you have a wonderful rest of your evening!
>> Sincerely,
>> Tippi
>> **From:** Fitzsimmons, William [mailto:wrf@fas.harvard.edu]
>> **Sent:** Monday, February 18, 2013 4:38 PM
>> **To:** Donahue, Sally C.
>> **Cc:** Driver-Linn, Erin; Bever, Erica Jane; Scanlon, John; Jilek, Tiffany Lee
>> **Subject:** Re: two possible meetings
>> Let's all meet after 2:00 on the 25th if this works for Erin et al.
>>
>> Sent from my iPhone
>>
>> On Feb 18, 2013, at 3:04 PM, "Donahue, Sally" <sdonahue@fas.harvard.edu> wrote:
>>
>>> Hi Erin,
>>> Good to hear from you, and I'd love to get together to talk about your research on these issues. I am trying to hold the 26th for a personal day, but will be here on the 25th, and could meet anytime after 2:00. Perhaps I could give you my feedback on COFHE at that time?
>>> Many thanks,
>>> Sally
>>> **From:** Fitzsimmons, William
>>> **Sent:** Monday, February 18, 2013 11:15 AM
>>> **To:** Driver-Linn, Erin
>>> **Cc:** Donahue, Sally; Bever, Erica Jane; Scanlon, John; Jilek, Tiffany Lee
>>> **Subject:** Re: two possible meetings
>>> Hello Erin!
>>> I hear you may be starting a Cambridge real estate project. No doubt a great adventure...
>>> I can do the 26th meeting. I'm sure Sally will check in re her availability.
>>> Perhaps we could meet on the 25th about COFHE and the other issues as

CONFIDENTIAL

HARV00065693

well? Are there any particular times that work for you and the gang?
Fitzgerald

Sent from my iPad

On Feb 18, 2013, at 9:28 AM, "Driver-Linn, Erin" <erin_driver-linn@harvard.edu> wrote:

> Dear Fitz and Sally,
> Hope all is going well! I know this is a super busy time of
> year for you so advance apologies for the demands on your
> time. Just let me know if these are impossible because we can
> probably come up with alternatives to meetings.
> First, as you may know, COFHE is reviewed every five years
> and this is a review year. Campus users of COFHE are
> supposed to meet to discuss our responses to some questions
> as part of this review, as in the message below and related
> attachment. I am meeting with Evelynn, Jay, and Noel 2/26 at
> 10:15-11:00 (UHall 119). Would you like to join that
> meeting? Set up a separate meeting?
> Second, the team has continued to work on a variety of
> admissions and financial aid analyses, including following up
> on some of those regressions and tracking down the
> discrepancies in IPEDS numbers that came up around the Unz
> discussions, as well as requests that have emerged because of
> calculator/score card/TEFA discussions. We think it would be
> helpful to find a time to review with you the threads of the
> work we are doing to ensure that we are aligned. Also, we'd
> like to make sure that if we need to request data to continue
> that it not be too burdensome given all this is going on for you
> and your colleagues.
> Just let me know what works and in any case, look forward to
> seeing you sometime soon!
> Best regards,
> -Erin

> From: cofhe-assembly-bounces@mit.edu [mailto:cofhe-assembly-bounces@mit.edu] On Behalf Of Kristine E Dillon
> Sent: Tuesday, February 12, 2013 9:37 AM
> To: cofhe-presidents@mit.edu
> Cc: cofhe-fyr@mit.edu; cofhe-assembly@mit.edu
> Subject: [cofhe-assembly] COFHE Five-Year Review Campus Survey
> Importance: High
> [Action Requested: Discuss Attached Survey with Campus
> Officers, Complete and Return by March 1]
> To: COFHE Presidents
> CC: Robert Zimmer, Five-Year Review Committee
> Chairman, Members of the Committee,
> COFHE Assembly Representatives
> From: Kristine Dillon
> Subject: Five-Year Review Campus Survey
> Dear Colleagues,
> As you know, the COFHE Board of Directors launched its
> scheduled Five-Year Review of the Consortium last month
> under the leadership of Bob Zimmer (Chicago). Presidential

phone interviews are underway and the campus survey mentioned in my earlier email is now ready for your response. The Review Committee members designed the attached campus questionnaire to seek advice from you and your campus colleagues about the effectiveness of COFHE's current research agenda and to collect suggestions for future direction of the Consortium. The Committee suggests that presidents, assisted by their Assembly representatives, hold a meeting to discuss campus responses with those campus officers most familiar with COFHE's activities and research products.

Chairman Zimmer hopes your campus survey can be completed and returned by March 1. This timing will ensure the Committee benefits from all member feedback as it drafts its report to the COFHE Board of Directors. Please return your survey by email to cofhe@jhu.edu or by fax to (202) 663-5923.

Your active involvement in the Five-Year Review process is much appreciated by the Committee and the Board. Because the Consortium is a small, presidential organization, your guidance and evaluation carry great weight in shaping future priorities.

If you have any questions, please do not hesitate to contact the Committee chairman, Bob Zimmer (rzimmer@uchicago.edu) or me.

Best regards,
Kristine
Kristine E. Dillon, Ph.D.
President
Consortium on Financing Higher Education
http://www.cofhe.org

> Redacted:
> PII/SPI



TRIAL EXHIBIT

P15

SFFA v. Harvard

| | |
|---|---|
| **From:** | Bever, Erica Jane [/O=HARVARD UNIVERSITY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EJB424] |
| **Sent:** | Wednesday, February 20, 2013 10:21:35 PM |
| **To:** | Hansen, Mark Francis; Driver-Linn, Erin |
| **Subject:** | Admissions_20120220_EB.pptx |
| **Categories:** | Policy - Erica, Reporting-John etc |
| **Attachments:** | Admissions_20120220_EB.pptx; 2013 Project Scoping_eb_20130205.xlsx |

Hi Mark and Erin,

Attached is my shot at pulling together much of the work related to admissions. Since I'm still not sure what Fitz and Sally have seen, I'd welcome your thoughts on what we should add (especially related to the Unz article). See what you think about the framing at the beginning and end (Erin, it may be helpful to reference our project scoping document, which I've also attached). I know we have team time to discuss as well, but Mark, if you want to weigh in tomorrow morning that would be great.

Thanks,
Erica



**Harvard College Admission and Financial Aid Project Scoping**

| Research Question/Analysis | Audience | Status |
|---|---|---|
| What is the effect on our applications and yield of reintroducing early action? | President Faust, Dean Fitzsimmons, Corporation | Analysis completed |
| Compare early action pools to regular action pools for the class of 2016 and classes of 2007-2011 | | |
| Compare early action for the class of 2016 to prior early action pools | | |
| Examine the relationship between early action and yield | | |
| Examine changes in admissions losses over time | | |
| Is the shift in the gender balance at Harvard College due to increased interest in SEAS? | Dean Fitzsimmons | Analysis completed |
| Examine the proporation of male and female in applicants and admits? | | |
| Compare gender differences in pools to peer applicant and admit pools | | |
| Examine the relationship between gender and intended concentration | | |
| Feeder School Analysis | Dean Fitzsimmons | Preliminary analysis |
| Redacted: Attorney-Client Privilege | Bob Iuliano | Redacted: Attorney-Client Privilege |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    **JA3849**    HARV00075074

| Question | Owner | Status |
|---|---|---|
| How can we understand achievement among Harvard College graduates? | Dean Fitzsimmons | Still need to collect data from National Student Clearing House on Outcomes |
| *Identify study sample based on available data* | | |
| *Descriptive analysis of classes in study (admissions, college achievement)* | | |
| *Descriptive analysis of outcomes from Red Books and NSC Data* | | |
| *Examine the relationship between admissions data and college- and post-graduate outcomes* | | |
| Do financial aid and policies increase the number of desired applicants with those characteristics? | President Faust, Dean Fitzsimmons, Sally Donahue | Not yet started |
| *Examine changes in financial profile of applicants (where avaible) with reference to changes in Admissions and Fin Aid Policies* | | |
| What is the relationship between financial aid and yield at Harvard College?  Do high yields suggest our aid is too generous?  What factors (admissions and financial characteristics) best predict who will yield?  What is the sensitivity to price and net cost for families with incomes between $130-150K? | Finance Committee, OFSP, Dean Fitzsimmons, Sally Donahue | Not yet started |
| *Examine yield by income band over time* | | |
| *Develop model to predict yield* | | |
| *Examine patterns in head-to-head awards* | | |
| What would it cost the average family in the US to attend Harvard? | Finance Committee, OFSP, Dean Fitzsimmons, Sally Donahue | Not yet started |
| *Update existing exhibits relating to US families and affordability* | | |
| How much growth in the aided population can the FAS budget sustain? | Finance Committee, OFSP, Dean Fitzsimmons, Sally Donahue | Not yet started |
| *Evaluate historical changes in number aided (total and by income band)* | | |

HARV00075075

| *Develop several scenarios to model the impact of growth in aided students* | | |
| What is reasonable growth in net cost of attedance at the graduate level? Should there be differences across programs and schools? | Finance Committee, OFSP | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    **JA3851**

HARV00075076

| Upcoming Deadline | Team/Owner | Next Steps | Skills/Development Opportunities |
|---|---|---|---|
| February Mtg. with Fitz | Mark, Erin, Erica | Complete checking | |
| | Mark | | |
| | Mark | | |
| | Mark | To be completed: Add class of 2016 loss data to MySQL | |
| February Mtg. with Fitz | Mark, Erin, Erica | | |
| | Mark | | |
| | Mark | | |
| | Mark | | |
| | Mark | | |

**Redacted:**
**Attorney-Client Privilege**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**JA3852**

HARV00075077

| Event | People | Task | Notes |
|---|---|---|---|
| | Erica, Mark, Others | | |
| | Erica, Mark | Organize data | Data merging. SQL. |
| | | Preliminary analysis | |
| | | Text analysis; NSC data request | Python: XML scraping and text analysis |
| | | Identify outcomes of interest | |
| February Mtg. with Fitz | | | |
| | Mark | Data request by Feb 21. | Loading data into MySQL |
| March Conference Call | | Contact Sally regarding questions | |
| | | Collect most recent data from FAO | |
| | Mark, Erica | Build data set; lit review on enrollment models | Data merging. SQL. |
| | Mark | Data request to FAO (find exisiting data?) | String manipulation in python/perl |
| March Conference Call | | | |
| | | Collect exihibits, begin updating | |
| March Conference Call | | Begin analysis | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**JA3853**

HARV00075078

| January 2014 | Erica | OFSP | Revise models as necessary | |
|---|---|---|---|---|
| | | | | |

**Cell:** F26
**Comment:** mfh653:
     We're in pretty good shape in terms of the data that we have.  All we have left is the merging.

PRELIMINARY DRAFT

# Admissions and Financial Aid at Harvard College: Access

For Discussion

February 2013

Office of Institutional Research

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    JA3856    HARV00075081

PRELIMINARY DRAFT

# Introduction

- Nationally, there has long been interest in issues surrounding college access and affordability. In the last decade, the conversation has expanded to focus on college outcomes and achievement. Harvard College has a long tradition of promoting these goals.

- In order to signal its commitment to these goals, Harvard has made a series of public changes that amplify the scrutiny and attention already paid to its admissions and financial aid practices. These include:

  - The recent reintroduction of early action admissions

  - Financial aid initiatives aimed at improving the affordability for most US families

- Externally, many continue to raise questions about Harvard's commitment to access and achievement.

- Internally, we are concerned about the effects of public and non-public changes on our ability to recruit students to Harvard, their experience at Harvard, and whether our investments are financially sustainable.

PRELIMINARY DRAFT

# Recent admissions and financial aid questions raised

*Part I: Access*

1. What is the effect on our applicant pool and yield of reintroducing early action?

2. Is the shift in the gender balance at Harvard College due to increased interest and recruitment for SEAS?

3. Is there bias against Asians in college admissions?

*Part II: Affordability*

4. What is the effect of our financial aid policies on our applicant pools and yields?

5. How affordable is Harvard to the "typical" family?

6. How much growth in the aid budget can the FAS sustain?

*Part III: Achievement*

7. How can we measure achievement among Harvard College graduates?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    **JA3858**    HARV00075083

PRELIMINARY DRAFT

## Today's Goals

- Review OIR work related to Part I: Access

- Discuss next steps

- Clarify priorities and timing

- Discuss additional data needed

# Contents

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

6

PRELIMINARY DRAFT

# Contents

Part I: Access

## A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

PRELIMINARY DRAFT

## Guiding questions

How do early action pools at Harvard compare to the regular action pools for the class of 2016 and the classes of 2007-2011?

How do the two early action pools compare to each other?

What is the relationship between early action and yield rates?

How much can we learn from only one admissions cycle with early action back in place?

# Review of findings from Fall 2010 early action analysis

- Yield rates for the most highly rated Hispanic, Black and White students declined after the end of early action.
- Yield rates for all Hispanic and White students declined after the end of early action.



**Yield Rates by Race Ethnicity, Fall 2003 to Fall 2010**

**Number of Admits**

| | High Ratings | All Admits |
|---|---|---|
| Asian | 2,033 | 3,131 |
| White | 3,462 | 7,432 |
| Hispanic | 411 | 1,581 |
| Black | 253 | 1,769 |

Ethnicities with statistically significant changes marked in crimson

Source: Office of Admissions and Financial Aid
"High" rating indicates a rating of 1 or 2.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY   JA3863

HARV00075088

# The 2016 early applicant pool is smaller than prior early applicant pools in relative terms



**Early Applicants as a Proportion of the Applicant Pool, by Class**

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Applicants | 20,987 | 19,752 | 22,796 | 22,754 | 22,955 | 27,462 | 29,114 | 30,489 | 34,950 | 34,303 |
| Early Applicants | 7,614 | 3,889 | 4,214 | 3,869 | 4,008 | 0 | 0 | 0 | 0 | 4,228 |

Source: Office of Admissions
Application from previous admits counted in total applicants.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    **JA3864**    HARV00075089

# Compared to regular applicant pool, new and old early action pools look similar



■ 2016  ▨ 2007-2011

*Significant difference *p*<0.001
The bars in these graphs represent differences for these years of early action as compared to the regular action pool.  See Appendix.

# The 2016 early action pool is more diverse than old early action pools



**Demographic Differences Between Early Applicant Pools**

*Significant difference *p*<0.001
Figures in the chart above are the differences between the two early action pools. See Appendix.
Early action was not in place for the classes of 2012-2015.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    **JA3866**    HARV00075091

# Yield rates are higher in early action years



*Yield Rates by Applicant Type*

Early admissions was not in effect for the classes of 2012-2015.
Previous admits, who represent a small proportion of the overall applicant pool, are excluded.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    JA3867

HARV00075092

# High admissions ratings sub-groups in 2016 appear to have higher yield rates than before



**Change in Yield Rates Between Classes of 2016 and 2012-2015**

Average Increase in Yield Rate: 4.14%

High ratings defined as having 1 or 2 for both academic and extracurricular admissions ratings
2016 yield rates for early action applicants = 93.5%
*Significant difference $p<0.05$

HARV00075093

PRELIMINARY DRAFT

Case: 19-2005    Document: 00117621897    Page: 159    Date Filed: 07/29/2020    Entry ID: 6356412

# Profile of Class of 2016: Small Demographic Shifts



**Fee Waiver Status of Matriculants, by Class**

Fee Waiver



**Parent Education of Matriculants, by Class**

Legacy
First Generation



**Race/Ethnicity of Matriculants, by Class**

- International
- White
- Asian
- Unknown/Other
- Hispanic
- African American
- Native American



**URM Status of Matriculants, by Class**

URM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    **JA3869**    HARV00075094

PRELIMINARY DRAFT

15

## Summary of findings: Early action analysis

### How do early action applications at Harvard compare to regular action applicants? Are patterns similar for the class of 2016 and the classes of 2007-2011?

- Both early action populations look demographically similar to one another, compared to the regular action populations. Compared to regular action, early action applicants have higher academic ratings, and include more male, Caucasian and Asian applicants.

### Are there any noticeable differences in the two early action populations?

- The new early action applicants appear to be more diverse than the previous early action population, with higher percentages of African American, Hispanic, and International students.

### What is the relationship between early action and yield rates?

- Yield rates are higher for early action applicants.
- African American and Hispanic applicants with high admissions ratings appear in this 2016 year to have had the largest increase in yield rates.

### How much can we learn from only one year of having early action back in place?

- Not enough to be statistically confident in trends – it is worth revisiting the data annually, particularly in light small demographic shifts in the matriculating class of 2016.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JA3870

HARV00075095

16

PRELIMINARY DRAFT

# Contents

Part 1: Access

A first look at the return of early action

**Shift in the gender balance and impact of concentration choice**

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    **JA3871**    HARV00075096

PRELIMINARY DRAFT

## Guiding questions

Is the proportion of males and females who matriculate different than we would expect given the applicant and accepted student pools?

How does the gender balance at Harvard compare to peer institutions, other institution types, and higher education in general?

How does anticipated concentration relate to the gender balance at Harvard?

# The proportion of female applicants, admits, and matriculants has fallen in recent years



**Percent Female Applicants, Admits, and Matriculants**

Source: Office of Admissions

# Admit and yield rates are similar for women and men



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    **JA3874**

HARV00075099

# Differences in ratings for males and females are small – minimal impact on admit rates

**Ratings and Test Scores by Gender for Applicants, Admits, and Matriculants**

| | Applicants | | | Admits | | | Matriculants | | | Scale |
|---|---|---|---|---|---|---|---|---|---|---|
| | Female | Male | Difference | Female | Male | Difference | Female | Male | Difference | |
| Z-score Academic Index | -0.10 | 0.10 | 0.19 | 0.58 | 0.64 | 0.06 | 0.55 | 0.59 | 0.04 | Standard deviations |
| SAT Verbal Score | 67.8 | 68.4 | 0.07 | 73.86 | 73.42 | 0.07 | 73.56 | 73.02 | 0.09 | 20-80 |
| SAT Math Score | 68.4 | 71.7 | 0.38 | 73.13 | 74.85 | 0.30 | 72.94 | 74.57 | 0.28 | 20-80 |
| Academic Rating | 2.93 | 2.78 | 0.18 | 2.30 | 2.21 | 0.15 | 2.33 | 2.26 | 0.12 | 1-High, 5-Low |
| Extracurricular Rating | 2.78 | 2.85 | 0.14 | 2.35 | 2.42 | 0.12 | 2.36 | 2.45 | 0.15 | 1-High, 5-Low |
| Personal Rating | 2.74 | 2.79 | 0.11 | 2.20 | 2.27 | 0.16 | 2.20 | 2.28 | 0.16 | 1-High, 5-Low |



*Illustrative Admit Rates, by Gender*

- Differences in model?
- Women typically have higher extracurricular and personal ratings, while men have higher academic ratings, academic index, and test scores.
- Illustrative admit rates are fitted values from main-effect logistic regression models at average ethnicity, average concentration, 75 percentile academic index, average academic rating, average athletic rating, average extracurricular rating, average parent education, average application type (early, regular), and 75 percentile SAT scores.

Differences and test scores are in standard deviations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**JA3875**

HARV00075100

# Women constitute a larger proportion of higher education enrollments nationally





*Actual and Projected Gender Ratios for All Postsecondary Degree-Granting Institutions*

— Percent Female (Actual)

- - - Percent Female (Projected)

Source: U.S. Department of Education, National Center for Education Statistics, Integrated Postsecondary Education Data System, "Fall Enrollment Survey" (IPEDS-EF:95–99), and Spring 2001 through Spring 2010; and Enrollment in Degree-Granting Institutions Model, 1980–2009. (Table was prepared January 2011.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    **JA3876**    HARV00075101

PRELIMINARY DRAFT

22

# Gender ratios in applicant pools vary across Harvard's closest peer group



*Percent Female Applicants at Harvard and Peers, Classes of 2000-2015*

— Yale
— Princeton
— Harvard
— Stanford

- MIT's applicant pool is between 27% and 31% female for the classes of 2000 to 2015.
- Admit rates for males and females are similar at all peers, but MIT, where females are admitted at twice the rate of males.

Source: COFHE Redbook

HARV00075102

# Gender ratios in applicant pools vary across COFHE institution types

PRELIMINARY DRAFT



*Percent Female Applicants at Harvard and COFHE Institution Types, Classes of 2000-2015*

Source: COFHE Redbook
Ivies include Harvard

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      **JA3878**                    HARV00075103

# Men and women are disproportionately represented in different fields of study at Harvard



**Percent Female by Anticipated Concentration in Harvard Applicant Pool**

**Distribution of Anticipated Concentrations in Harvard Applicant Pool**

Source: Office of Admissions
Note: Engineering includes students planning to study Engineering or Computer Science.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    JA3879    HARV00075104

# Men and women are disproportionately represented in different fields of study

*Gender and Anticipated Concentration as a Percent of the Applicant Pool*

| | | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Women** | Biological Sciences | 14.4% | 14.0% | 14.6% | 14.4% | 15.7% | 15.4% | 15.7% | 18.2% | 15.4% | 15.6% |
| | Engineering | 4.3% | 4.6% | 4.0% | 4.1% | 4.4% | 4.4% | 4.7% | 5.1% | 5.2% | 5.5% |
| | Humanities | 12.6% | 12.6% | 13.2% | 13.0% | 13.0% | 11.9% | 11.8% | 11.4% | 8.7% | 8.5% |
| | Physical Sciences | 5.1% | 5.1% | 5.0% | 5.3% | 5.6% | 5.1% | 5.2% | 5.1% | 4.7% | 4.5% |
| | Social Sciences | 10.9% | 10.9% | 10.8% | 11.9% | 11.3% | 10.5% | 10.4% | 10.2% | 12.4% | 12.5% |
| | Unknown | 2.6% | 2.4% | 2.4% | 2.7% | 0.8% | 2.9% | 1.5% | 1.2% | 1.9% | 1.7% |
| **Men** | Biological Sciences | 9.6% | 10.4% | 10.2% | 10.4% | 11.4% | 10.9% | 12.1% | 11.9% | 11.7% | 11.5% |
| | Engineering | 9.6% | 9.4% | 9.0% | 8.8% | 9.4% | 9.7% | 10.6% | 11.3% | 12.2% | 12.8% |
| | Humanities | 8.4% | 8.8% | 8.7% | 8.1% | 8.2% | 7.6% | 7.5% | 7.7% | 5.9% | 5.8% |
| | Physical Sciences | 7.6% | 7.8% | 7.8% | 7.5% | 8.1% | 7.9% | 7.9% | 8.1% | 7.6% | 7.7% |
| | Social Sciences | 11.9% | 11.5% | 11.8% | 11.2% | 11.99% | 10.8% | 11.0% | 10.8% | 12.5% | 12.7% |
| | Unknown | 2.8% | 3.1% | 2.5% | 2.5% | 0.6% | 2.9% | 1.5% | 1.1% | 1.8% | 1.7% |
| | **Total** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** |

Low    High

From Higher Education Research Institute, University of California at Los Angeles, Survey of the American Freshman:

- Nationally, the percentage of freshmen planning to study a STEM field has grown. More men plan to concentrate in a STEM field than women.
- Nationally, more women concentrate in Behavioral and Social Sciences and Biological/Agricultural Sciences, while more men plan to study Engineering.

Note: Groupings of concentrations differ and include concentrations not offered at Harvard (Agricultural Sciences)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    **JA3880**    HARV00075105

# Applications from students planning to study Engineering have increased by 9% annually

*Growth in Applications, by Anticipated Concentration*



| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Totals | 20,987 | 19,752 | 22,796 | 22,754 | 22,955 | 27,462 | 29,114 | 30,489 | 34,950 | 34,303 |

**CAGR**

— Biological Sciences  (7.01%)
— Social Sciences  (6.74%)
— Engineering  (8.91%)
— Humanities  (0.75%)
— Physical Sciences  (5.13%)

(5.61%)

**Note: The**

"% female class of 2016" label confused me a first because it looked like it was floating in the chart. I might suggest moving it or making it a separate table or next to CAGRS since it's not related to the axes and tacked on to the bottom

Erica, what do you think?  Leave on chart of separate table next to CAGRs? It is two different points, so I'd suggest removing it.  You could include that data in a note below the graph.

Source: Office of Admissions

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   JA3881   HARV00075106

# Small differences in admit rates by gender across concentrations

PRELIMINARY DRAFT

27



*Differences in Admit Rates, by Gender and Concentration*

Source: Office of Admissions

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**JA3882**

HARV00075107

# Engineering and Physical Sciences students yield at lower rates



**Yield Rates by Anticipated Concentration and Gender, Classes of 2007-2016**

Source: Office of Admissions

## Summary of findings: Gender balance analysis

### Is the proportion of males and females matriculants what we'd expect given the applicant and accepted student pools?

- Yes. Harvard has more male than female applicants. Admit rates are similar, while women generally yield at higher rates. There are small differences is the qualifications of male and female applicants, resulting in small differences in predicted admit rates.

### How does Harvard compare to its peer group, other institution types, and higher education in general?

- Women are generally applying to higher education institutions at higher rates than men, and nationally, in 2009 women made up 57% of higher education enrollments.
- At Harvard and COFHE peer institutions, the percent of female applicants has declined, though this percent varies considerably across institutions. Yale and COFHE Colleges have higher percentages of female applicants than Harvard.

### How does anticipated concentration relate to the gender balance at Harvard?

- Female applicants are more likely to plan on studying Humanities or Biological Sciences, men Engineering or Physical Sciences (Social Sciences is evenly split). Over time, Humanities applicants have shrunk, Engineering and Social Sciences have grown. Harvard's yield rates vary for these fields, impacting the gender balance.

### Gender distributions among applicants, admits, and matriculants should continue to be monitored.

30

PRELIMINARY DRAFT

# Contents

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

**Evaluating factors that play a role in Harvard College admission**

Appendix: Data Tables

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY       **JA3885**       HARV00075110

Case: 19-2005    Document: 00117621897    Page: 176    Date Filed: 07/29/2020    Entry ID: 6356412

# Methods

**Goal:**   Using various admissions ratings, how well can we approximate admit rates by race/ethnicity and the demographic composition of the admitted students pool?

**Strategy:**

- Fit a series of basic logistic regression models.

- Generate fitted probabilities of admissions - given an applicant's characteristics how likely are they to be admitted (0-1)?

- For each class, select the 2100 applicants with the highest probability of admissions as our simulated admitted class.

- Examine resulting demographics and admit rates by ethnicity.

**Notes:**

- Students with no academic index are excluded from this analysis.

- The following analysis is **<u>preliminary</u>** and for discussion.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          **JA3886**                    HARV00075111

PRELIMINARY DRAFT

# Models Used

## Capitalize Legacy and Athlete Below

| Model 1: Academic only | Model 2: Add legacy and athlete | Model 3: Add personal and extracurricular | Model 4: Add demographics |
|---|---|---|---|
| Academic Index | Academic Index | Academic Index | Academic Index |
| Academic Rating | Academic Rating | Academic Rating | Academic Rating |
| | legacy | legacy | legacy |
| | athlete | athlete | athlete |
| | | Personal Rating | Personal Rating |
| | | Extracurricular Rating | Extracurricular Rating |
| | | | Gender |
| | | | Ethnicity |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    **JA3887**    HARV00075112

# Projected Admitted Student Pools



Legend: Native American, Hispanic, International, African American, Unknown, Asian, White

**Can we align the graph and table?**

| | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics | |
|---|---|---|---|---|---|
| | Model 1 | Model 2 | Model 3 | Model 4 | Actual |
| Asian | 43.04% | 31.40% | 25.99% | 17.97% | 18.66% |
| African American | 0.67% | 1.83% | 2.36% | 11.12% | 10.46% |
| International | 7.27% | 5.86% | 7.39% | 7.68% | 8.90% |
| Hispanic | 2.42% | 2.62% | 4.07% | 9.83% | 9.46% |
| Native American | 0.21% | 0.32% | 0.41% | 1.21% | 1.23% |
| Unknown | 8.02% | 9.93% | 9.14% | 8.11% | 8.09% |
| White | 38.37% | 48.03% | 50.63% | 44.08% | 43.21% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRELIMINARY DRAFT

34

# Projected Admit Rates



**Can we align the graph and table?**

| | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics | |
| | Model 1 | Model 2 | Model 3 | Model 4 | Actual |
| --- | --- | --- | --- | --- | --- |
| Asian | 17.35% | 12.66% | 10.48% | 7.24% | 7.63% |
| African American | 0.75% | 2.07% | 2.67% | 12.59% | 12.00% |
| International | 5.13% | 4.14% | 5.22% | 5.42% | 6.37% |
| Hispanic | 2.34% | 2.53% | 3.94% | 9.51% | 9.27% |
| Native American | 1.97% | 2.98% | 3.81% | 11.17% | 11.43% |
| Unknown | 9.45% | 11.70% | 10.77% | 9.56% | 9.67% |
| White | 9.43% | 11.81% | 12.45% | 10.84% | 10.77% |

Legend: Asian, African American, International, Hispanic, Native American, Unknown, White

## What have we learned?

- Once we account for ratings and demographic factors, we can closely predict what the admitted class will look like.

- With current data, we explain a significant amount of the variation in admission, but further details (especially around the personal rating) may provide further insight.

- There are a variety of factors that quantitative data is likely to miss or ratings do not capture. We'd like to better understand:

  - Exceptional talent (music, art, writing)

  - The role of context cases

  - The role of the personal statement/essay

PRELIMINARY DRAFT

# Next steps

- Determining priorities, timing, and audiences
  - What are your priorities?
  - Should this work be shared with additional audiences (e.g. President Faust, Dean Smith, Dean Hammonds)?
- The Finance Committee has expressed interest in a number of questions related to Harvard's affordability initiatives.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   **JA3891**

HARV00075116

36

PRELIMINARY DRAFT

# Next Steps: Addressing questions raised about admissions and financial aid

## Research Question

*Part I: Access*

1. What is the effect on our applicant pool and yield of reintroducing early action?

2. Is the shift in the gender balance at Harvard College due to increased interest and recruitment for SEAS?

3. Is there bias against Asians in college admissions?

*Part II: Affordability*

4. What is the effect of our financial aid policies on our applicant pools and yields?

5. How affordable is Harvard to the "typical" family?

6. How much growth in the aid budget can the FAS sustain?

*Part III: Achievement*

7. How can we measure achievement among Harvard College graduates?

## Next Steps

- Who else should see this work?
- To further address the question of bias, is there more data to elaborate our understanding of the role of the personal essay and other factors?

- These questions were raised by the Finance Committee of the Corporation.
- How do we think about affordability in the current budget climate?
- Who are the audiences, beyond the Corporation?

- OIR has gathered a variety of options for outcomes including National Student Clearinghouse data, AA&D data, and student surveys.
- How would you prioritize this question relative to others?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**JA3892**

HARV00075117

## Model Fit

## APPENDIX?

### Admit Rates

|  | Model 4 | Actual | Difference |
|---|---|---|---|
| Asian | 7.24% | 7.63% | -0.39% |
| African American | 12.59% | 12.00% | 0.59% |
| International | 5.42% | 6.37% | -0.95% |
| Hispanic | 9.51% | 9.27% | 0.23% |
| Native American | 11.17% | 11.43% | -0.26% |
| Unknown | 9.56% | 9.67% | -0.12% |
| White | 10.84% | 10.77% | 0.06% |

### Entering Classes

|  | Model 4 | Actual | Difference |
|---|---|---|---|
| Asian | 17.97% | 18.66% | -0.69% |
| African American | 11.12% | 10.46% | 0.66% |
| International | 7.68% | 8.90% | -1.22% |
| Hispanic | 9.83% | 9.46% | 0.37% |
| Native American | 1.21% | 1.23% | -0.02% |
| Unknown | 8.11% | 8.09% | 0.02% |
| White | 44.08% | 43.21% | 0.87% |

# Model Fit

## APPENDIX?

### Difference in Projected vs. Actual Admit Rate

|            | 2007     | 2008     | 2009     | 2010     | 2011     | 2012     | 2013     | 2014     | 2015     | 2016     |
|------------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|
| Asian      | 0.002412 | 0.004282 | 0.002479 | 0.005113 | 0.012497 | 0.007495 | 0.004567 | 0.002473 | 0.000407 | 0.000752 |
| African Ar | 0.019531 | -0.0496  | -0.0075  | 0.003436 | -0.0199  | -0.01558 | -0.00816 | -0.01232 | 0.000682 | -0.01331 |
| Internatio | 0.015547 | 0.014264 | 0.010059 | 0.009594 | 0.002495 | 0.014182 | 0.011458 | 0.009821 | 0.006937 | 0.006522 |
| Hispanic   | 0.003422 | 0.002778 | 0.01008  | -0.0116  | -0.00537 | -0.0097  | 0.00521  | -0.00038 | 0.00736  | -0.00927 |
| Native Am  | 0.037838 | 0        | -0.00588 | -0.01415 | 0.031674 | 0.02381  | -0.0089  | 0.009494 | -0.0089  | -0.02667 |
| Unknown    | -0.00079 | -0.0096  | -0.0564  | -0.00755 | -0.00792 | 0.00795  | -0.00067 | 0.038691 | 0.011152 | 0.00307  |
| White      | -0.01005 | -0.0613  | -0.00169 | -0.01581 | -0.0476  | -0.002299| 0.002692 | 0.005373 | 0.00121  | 0        |

### Difference in Projected vs. Actual Admitted Class Demographics

|            | 2007    | 2008    | 2009    | 2010    | 2011    | 2012    | 2013    | 2014    | 2015    | 2016    |
|------------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Asian      | -0.0056 | -0.0083 | -0.0059 | -0.009  | -0.0272 | -0.0007 | -0.0054 | 0.0023  | -0.0063 | -0.0055 |
| African Ar | -0.01   | 0.0023  | 1E-04   | -0.0012 | 0.0078  | 0.0176  | 0.0122  | 0.0193  | 0.0037  | 0.0156  |
| Internatio | -0.0151 | -0.0134 | -0.0117 | -0.0096 | -0.0036 | -0.0175 | -0.014  | 0.0113  | -0.0168 | -0.0149 |
| Hispanic   | -0.0028 | -0.002  | 0.0078  | 0.0106  | 0.0045  | 0.013   | -0.0025 | 0.0049  | -0.007  | 0.0119  |
| Native Am  | -0.0034 | -0.0001 | 0.0005  | 0.016   | -0.0034 | -0.002  | 0.0014  | 0.0005  | 0.0015  | 0.0037  |
| Unknown    | 0.0001  | 0.004   | 0.0049  | 0.0083  | 0.0069  | -0.0056 | 0.0053  | 0.0103  | -0.0042 | -0.0045 |
| White      | 0.0369  | 0.021   | 0.0045  | -0.0006 | 0.0148  | 0.0052  | 0.0029  | -0.0044 | 0.0106  | -0.0063 |

40

PRELIMINARY DRAFT

# Contents

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

## Appendix: Data Tables

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    **JA3895**    HARV00075120

# Compared to regular applicant pool, new and old early action pools look similar

## Checked

| | 2007-2011 | | | 2016 | | |
|---|---|---|---|---|---|---|
| | Early Action | Regular | Total | Early Action | Regular | Total |
| **Gender** | | | | | | |
| Female | 49.0% | 50.6% | 50.2% | 47.4% | 48.5% | 48.3% |
| Male | 51.0% | 49.4% | 49.8% | 52.6% | 51.5% | 51.7% |
| | | | | | | |
| **Parent Education** | | | | | | |
| Some College | 85.1% | 84.1% | 84.3% | 83.7% | 85.0% | 84.8% |
| Harvard Grad | 7.1% | 2.1% | 3.2% | 8.1% | 1.7% | 2.5% |
| No College | 7.8% | 13.8% | 12.5% | 8.2% | 13.3% | 12.7% |
| | | | | | | |
| **Race Ethnicity** | | | | | | |
| African American | 4.7% | 8.4% | 7.6% | 8.9% | 9.9% | 9.8% |
| Asian | 24.2% | 20.5% | 21.3% | 21.4% | 20.3% | 20.4% |
| Hispanic | 6.5% | 9.4% | 8.8% | 9.0% | 10.3% | 10.1% |
| International | 11.3% | 16.0% | 15.0% | 14.0% | 19.1% | 18.5% |
| Native American | 0.8% | 1.1% | 1.0% | 1.1% | 1.0% | 1.0% |
| Other | 0.9% | 1.5% | 1.3% | 0.0% | 0.0% | 0.0% |
| Unknown | 7.7% | 7.4% | 7.4% | 7.0% | 7.2% | 7.2% |
| White | 43.9% | 35.8% | 37.5% | 38.7% | 32.2% | 33.0% |
| | | | | | | |
| **Academic Rating** Check | | | | | | |
| Academic 1 | 2.1% | 0.5% | 0.8% | 1.6% | 0.3% | 0.5% |
| Academic 2 | 48.1% | 31.2% | 35.0% | 49.8% | 38.1% | 39.6% |
| Academic 3 | 41.3% | 48.9% | 47.2% | 35.9% | 41.1% | 40.4% |
| Academic 4 | 7.6% | 15.8% | 14.0% | 9.6% | 14.5% | 13.9% |
| Academic 5 | 0.9% | 3.6% | 3.0% | 3.1% | 6.0% | 5.6% |
| **Fee** | | | | | | |
| **Fee Waiver** Waiver | | | | | | |
| No    Needs | 95.2% | 88.9% | 90.3% | 92.7% | 87.6% | 88.2% |
| Yes   Checking | 4.8% | 11.1% | 9.7% | 7.3% | 12.4% | 11.8% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    JA3896    HARV00075121

# 2016 early action pool is more diverse than old early action pools

## Checked

|  | 2007-2011 | 2016 | All |
|---|---|---|---|
| **Gender** |  |  |  |
| Female | 49.0% | 47.4% | 48.7% |
| Male | 51.0% | 52.6% | 51.3% |
| **Parent Education** |  |  |  |
| Some College | 85.1% | 83.7% | 84.9% |
| Harvard Grad | 7.1% | 8.1% | 7.2% |
| No College | 7.8% | 8.2% | 7.9% |
| **Race Ethnicity** |  |  |  |
| African American | 4.7% | 8.9% | 5.4% |
| Asian | 24.2% | 21.4% | 23.7% |
| Hispanic | 6.5% | 9.0% | 6.9% |
| International | 11.3% | 14.0% | 11.7% |
| Native American | 0.8% | 1.1% | 0.8% |
| Other Race/Ethnicity | 0.9% | 0.0% | 0.8% |
| Unknown Race/Ethnicity | 7.7% | 7.0% | 7.6% |
| White | 43.9% | 38.7% | 43.1% |
| **Academic Rating** |  |  |  |
| Academic 1 | 2.1% | 1.6% | 2.0% |
| Academic 2 | 48.1% | 49.8% | 48.3% |
| Academic 3 | 41.3% | 35.9% | 40.5% |
| Academic 4 | 7.6% | 9.6% | 7.9% |
| Academic 5 | 0.9% | 3.1% | 1.2% |
| **Fee Waiver** |  |  |  |
| No | 95.2% | 92.7% | 94.8% |
| Yes | 4.8% | 7.3% | 5.2% |

Fee
Waiver
Needs
Checking



Framing from Drew

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    **JA3898**    HARV00075123

**Introduction**                                                              PRELIMINARY DRAFT    2

- Nationally, there has long been interest in issues surrounding college access and affordability. In the last decade, the conversation has expanded to focus on college outcomes and achievement. Harvard College has a long tradition of promoting these goals.

- In order to signal its commitment to these goals, Harvard has made a series of public changes that amplify the scrutiny and attention already paid to its admissions and financial aid practices. These include:

  - The recent reintroduction of early action admissions

  - Financial aid initiatives aimed at improving the affordability for most US families

- Externally, many continue to raise questions about Harvard's commitment to access and achievement.

- Internally, we are concerned about the effects of public and non-public changes on our ability to recruit students to Harvard, their experience at Harvard, and whether our investments are financially sustainable.

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
**JA3899**
HARV00075124

| Recent admissions and financial aid questions raised | PRELIMINARY DRAFT | 3 |

*Part I: Access*

1. What is the effect on our applicant pool and yield of reintroducing early action?

2. Is the shift in the gender balance at Harvard College due to increased interest and recruitment for SEAS?

3. Is there bias against Asians in college admissions?

*Part II: Affordability*

4. What is the effect of our financial aid policies on our applicant pools and yields?

5. How affordable is Harvard to the "typical" family?

6. How much growth in the aid budget can the FAS sustain?

*Part III: Achievement*

7. How can we measure achievement among Harvard College graduates?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**JA3900**

HARV00075125

**Today's Goals**  <span style="float:right">PRELIMINARY DRAFT · 4</span>

- Review OIR work related to Part I: Access

- Discuss next steps

- Clarify priorities and timing

- Discuss additional data needed

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY     **JA3901**     HARV00075126

**Contents** PRELIMINARY DRAFT 5

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY **JA3902** HARV00075127



Part I: Article

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating race as the "tip" 3 note in Harvard College Admission

Appendix: Data Tables

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    **JA3903**    HARV00075128

**Guiding questions**

PRELIMINARY DRAFT

How do early action pools at Harvard compare to the regular action pools for the class of 2016 and the classes of 2007-2011?

How do the two early action pools compare to each other?

What is the relationship between early action and yield rates?

How much can we learn from only one admissions cycle with early action back in place?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     **JA3904**     HARV00075129



**Review of findings from Fall 2010 early action analysis**

- Yield rates for the most highly rated Hispanic, Black and White students declined after the end of early action.
- Yield rates for all Hispanic and White students declined after the end of early action.

*Yield Rates by Race Ethnicity, Fall 2003 to Fall 2010*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    JA3905    HARV00075130



**The 2016 early applicant pool is smaller than prior early applicant pools in relative terms**

*Early Applicants as a Proportion of the Applicant Pool, by Class*

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Applicants | 20,987 | 19,757 | 22,796 | 22,754 | 22,955 | 27,462 | 29,114 | 30,493 | 34,950 | 34,103 |
| Early Applicants | 7,614 | 3,883 | 4,214 | 3,869 | 4,008 | 0 | 0 | 0 | 0 | 4,226 |

Source: Office of Admissions
Application from previous admits counted in total applicants.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**JA3906**

HARV00075131



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    **JA3907**    HARV0007 5132

10



| The 2016 early action pool is more diverse than old early action pools | PRELIMINARY DRAFT | 11 |

*Demographic Differences Between Early Applicant Pools*

*Significant difference p<0.001
Figures in the chart above are the differences between the two early action pools. See Appendix.
Early action was not in place for the classes of 2012-2015.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     JA3908     HARV00075133



**Yield rates are higher in early action years**                    PRELIMINARY DRAFT    12

*Yield Rates by Applicant Type*

Early admissions was not in effect for the classes of 2012-2015.
Previous admits, who represent a small proportion of the overall applicant pool, are excluded.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     **JA3909**                    HARV00075134



**High admissions ratings sub-groups in 2016 appear to have higher yield rates than before** 13

*Change in Yield Rates Between Classes of 2016 and 2012-2015*

High ratings defined as having 1 or 2 for both academic and extracurricular admissions ratings
2016 yield rates for early action applicants = 93.5%
*Significant difference p<0.05

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    **JA3910**    HARV00075135



**Profile of Class of 2016: Small Demographic Shifts**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    **JA3911**    HARV00075136

| Summary of findings: Early action analysis | PRELIMINARY DRAFT | 15 |

**How do early action applications at Harvard compare to regular action applicants? Are patterns similar for the class of 2016 and the classes of 2007-2011?**
- Both early action populations look demographically similar to one another, compared to the regular action populations. Compared to regular action, early action applicants have higher academic ratings, and include more male, Caucasian and Asian applicants.

**Are there any noticeable differences in the two early action populations?**
- The new early action applicants appear to be more diverse than the previous early action population, with higher percentages of African American, Hispanic, and International students.

**What is the relationship between early action and yield rates?**
- Yield rates are higher for early action applicants.
- African American and Hispanic applicants with high admissions ratings appear in this 2016 year to have had the largest increase in yield rates.

**How much can we learn from only one year of having early action back in place?**
- Not enough to be statistically confident in trends – it is worth revisiting the data annually, particularly in light small demographic shifts in the matriculating class of 2016.

15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    **JA3912**    HARV00075137



**Contents**

Part I Access

A first look at the return to early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix Data Tables

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    **JA3913**    HARV00075138

**Guiding questions**

PRELIMINARY DRAFT    17

Is the proportion of males and females who matriculate different than we would expect given the applicant and accepted student pools?

How does the gender balance at Harvard compare to peer institutions, other institution types, and higher education in general?

How does anticipated concentration relate to the gender balance at Harvard?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     **JA3914**     HARV00075139



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    **JA3915**    HARV00075140



**Admit and yield rates are similar for women and men**

*Admit Rate by Gender*

*Yield Rate by Gender*

*Significant difference p<0.05

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    **JA3916**    HARV00075141

## Differences in ratings for males and females are small – minimal impact on admit rates

*Ratings and Test Scores by Gender for Applicants, Admits, and Matriculants*

| | Applicants | | | Admits | | | Matriculants | | | Scale |
|---|---|---|---|---|---|---|---|---|---|---|
| | Female | Male | Difference | Female | Male | Difference | Female | Male | Difference | |
| Z-score Academic Index | -0.10 | 0.10 | 0.19 | 0.58 | 0.64 | 0.06 | 0.55 | 0.59 | 0.04 | Standard deviations |
| SAT Verbal Score | 67.8 | 68.4 | 0.07 | 73.86 | 73.92 | 0.07 | 73.56 | 73.02 | 0.09 | 20-80 |
| SAT Math Score | 68.4 | 71.7 | 0.38 | 73.13 | 74.85 | 0.30 | 72.94 | 74.97 | 0.28 | 20-80 |
| Academic Rating | 2.93 | 2.78 | 0.18 | 2.30 | 2.21 | 0.15 | 2.33 | 2.26 | 0.12 | 1-High, 5-Low |
| Extracurricular Rating | 2.78 | 2.85 | 0.14 | 2.35 | 2.42 | 0.12 | 2.36 | 2.45 | 0.15 | 1-High, 5-Low |
| Personal Rating | 2.74 | 2.79 | 0.11 | 2.20 | 2.27 | 0.16 | 2.20 | 2.28 | 0.16 | 1-High, 5-Low |



*Illustrative Admit Rates, by Gender*

- Differences in ratings and test scores are in standard deviations
- Women typically have higher extracurricular and personal ratings, while men have higher academic ratings, academic index, and test scores.
- Illustrative admit rates are fitted values from main-effect logistic regression models at average ethnicity, average concentration, 75 percentile academic index, average academic rating, average athletic rating, average extracurricular rating, average parent education, average application type (early, regular), and 75 percentile SAT scores.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    JA3917    HARV00075142



**Women constitute a larger proportion of higher education enrollments nationally**

*Actual and Projected Gender Ratios for All Postsecondary Degree-Granting Institutions*

Source: U.S. Department of Education, National Center for Education Statistics, Integrated Postsecondary Education Data System, "Fall Enrollment Survey" (IPEDS-EF-95–99), and Spring 2001 through Spring 2010; and Enrollment in Degree-Granting Institutions Model, 1980–2009. (Table was prepared January 2011.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        **JA3918**        HARV00075143



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**JA3919**

HARV00075144



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     **JA3920**     HARV00075145



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     **JA3921**     HARV00075146

**Men and women are disproportionately represented in different fields of study**



*Gender and Anticipated Concentration as a Percent of the Applicant Pool*

| | | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Women | Biological Sciences | 14.4% | 14.0% | 14.6% | 14.4% | 15.7% | 15.4% | 15.7% | 16.2% | 15.4% | 15.8% |
| | Engineering | 4.3% | 4.0% | 4.5% | 4.1% | 4.1% | 4.4% | 4.7% | 5.1% | 5.2% | 5.5% |
| | Humanities | 12.6% | 12.6% | 13.2% | 11.0% | 13.0% | 11.9% | 11.8% | 11.4% | 8.7% | 8.5% |
| | Physical Sciences | 5.3% | 5.1% | 5.0% | 5.0% | 5.6% | 5.3% | 5.2% | 5.3% | 5.0% | 5.0% |
| | Social Sciences | 10.9% | 10.9% | 10.8% | 11.9% | 11.3% | 10.5% | 10.4% | 10.2% | 12.4% | 12.5% |
| | Unknown | 2.6% | 2.4% | 2.4% | 2.7% | 0.8% | 2.9% | 1.9% | 1.2% | 1.9% | 1.7% |
| | | | | | | | | | | | |
| Men | Biological Sciences | 9.0% | 10.4% | 10.2% | 10.4% | 11.4% | 10.9% | 12.1% | 11.9% | 11.7% | 11.5% |
| | Engineering | 9.6% | 9.4% | 9.0% | 8.8% | 9.4% | 9.7% | 10.6% | 11.3% | 12.2% | 12.6% |
| | Humanities | 8.4% | 8.8% | 8.7% | 8.1% | 8.2% | 7.6% | 7.5% | 7.7% | 5.6% | 5.3% |
| | Physical Sciences | 7.6% | 7.8% | 7.8% | 7.5% | 8.1% | 7.9% | 7.9% | 8.1% | 7.6% | 7.7% |
| | Social Sciences | 11.7% | 11.5% | 11.8% | 11.2% | 11.9% | 10.8% | 11.0% | 10.8% | 12.4% | 12.7% |
| | Unknown | 2.9% | 3.1% | 2.5% | 2.5% | 0.6% | 2.9% | 1.5% | 1.1% | 1.8% | 1.7% |
| | | | | | | | | | | | |
| | Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

From Higher Education Research Institute, University of California at Los Angeles, Survey of the American Freshman:
• Nationally, the percentage of freshmen planning to study a STEM field has grown. More men plan to concentrate in a STEM field than women.
• Nationally, more women concentrate in Behavioral and Social Sciences and Biological/Agricultural Sciences, while more men plan to study Engineering.
Note: Groupings of concentrations differ and include concentrations not offered at Harvard (Agricultural Sciences)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    JA3922    HARV00075147



**Applications from students planning to study Engineering have increased by 9% annually**

*Growth in Applications, by Anticipated Concentration*

Note: The
"% female class of 2016" label confused me a first because it looked like it was floating in the chart. I might suggest moving it or making it a separate table or next to CAGRS since it's not related to the axes and tacked on to the bottom

Erica, what do you think? Leave on chart of separate table next to CAGRS? It is two different points, so I'd suggest removing it. You could include that data in a note below the graph.

Source: Office of Admissions

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    JA3923    HARV00075148



**Small differences in admit rates by gender across concentrations**

*Differences in Admit Rates, by Gender and Concentration*

Source: Office of Admissions

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   **JA3924**   HARV00075149



Engineering and Physical Sciences students yield at lower rates

PRELIMINARY DRAFT    28

*Yield Rates by Anticipated Concentration and Gender, Classes of 2007-2016*

Source: Office of Admissions

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    **JA3925**    HARV00075150

| Summary of findings: Gender balance analysis | PRELIMINARY DRAFT | 29 |
|---|---|---|

**Is the proportion of males and female matriculants what we'd expect given the applicant and accepted student pools?**

- Yes. Harvard has more male than female applicants. Admit rates are similar, while women generally yield at higher rates. There are small differences is the qualifications of male and female applicants, resulting in small differences in predicted admit rates.

**How does Harvard compare to its peer group, other institution types, and higher education in general?**

- Women are generally applying to higher education institutions at higher rates than men, and nationally, in 2009 women made up 57% of higher education enrollments.
- At Harvard and COFHE peer institutions, the percent of female applicants has declined, though this percent varies considerably across institutions. Yale and COFHE Colleges have higher percentages of female applicants than Harvard.

**How does anticipated concentration relate to the gender balance at Harvard?**

- Female applicants are more likely to plan on studying Humanities or Biological Sciences, men Engineering or Physical Sciences (Social Sciences is evenly split). Over time, Humanities applicants have shrunk, Engineering and Social Sciences have grown. Harvard's yield rates vary for these fields, impacting the gender balance.

**Gender distributions among applicants, admits, and matriculants should continue to be monitored.**

29

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY      **JA3926**      HARV00075151



Contents　　　　　　　　　　　　　　　　　　　　　　　　PRELIMINARY DRAFT　　30

Part 3. Arrows

A first look at the return to early action

shifts in the gender balance and impact of concentration choice

**Evaluating factors that play a role in Harvard College admission**

Appendix: Data Tables

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY　　**JA3927**　　　　　　　　　HARV00075152

**Methods**

**Goal:** Using various admissions ratings, how well can we approximate admit rates by race/ethnicity and the demographic composition of the admitted students pool?

**Strategy:**

- Fit a series of basic logistic regression models.

- Generate fitted probabilities of admissions - given an applicant's characteristics how likely are they to be admitted (0-1)?

- For each class, select the 2100 applicants with the highest probability of admissions as our simulated admitted class.

- Examine resulting demographics and admit rates by ethnicity.

**Notes:**

- Students with no academic index are excluded from this analysis.

- The following analysis is **preliminary** and for discussion.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     **JA3928**     HARV00075153

**Models Used**

### Capitalize Legacy and Athlete Below

| Model 1: Academic only | Model 2: Add legacy and athlete | Model 3: Add personal and extracurricular | Model 4: Add demographics |
|---|---|---|---|
| Academic Index | Academic Index | Academic Index | Academic Index |
| Academic Rating | Academic Rating | Academic Rating | Academic Rating |
| | legacy | legacy | legacy |
| | athlete | athlete | athlete |
| | | Personal Rating | Personal Rating |
| | | Extracurricular Rating | Extracurricular Rating |
| | | | Gender |
| | | | Ethnicity |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **JA3929** HARV00075154



Can we align the graph and table?

|  | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics |  |
|---|---|---|---|---|---|
|  | Model 1 | Model 2 | Model 3 | Model 4 | Actual |
| Asian | 43.04% | 31.40% | 25.99% | 17.97% | 18.66% |
| African American | 0.67% | 1.83% | 2.36% | 11.12% | 10.46% |
| International | 7.27% | 5.86% | 7.39% | 7.68% | 8.90% |
| Hispanic | 2.42% | 2.62% | 4.07% | 9.83% | 9.46% |
| Native American | 0.21% | 0.32% | 0.41% | 1.21% | 1.23% |
| Unknown | 8.02% | 9.93% | 9.14% | 8.11% | 8.05% |
| White | 58.37% | 48.05% | 50.63% | 44.08% | 43.21% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    **JA3930**    HARV00075155



**Projected Admit Rates**

PRELIMINARY DRAFT    34

|  | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics |  |
|---|---|---|---|---|---|
|  | **Model 1** | **Model 2** | **Model 3** | **Model 4** | **Actual** |
| Asian | 17.35% | 12.66% | 18.48% | 7.24% | 7.63% |
| African American | 0.75% | 1.07% | 2.97% | 12.59% | 12.00% |
| International | 5.15% | 4.18% | 5.22% | 5.42% | 6.37% |
| Hispanic | 2.34% | 2.59% | 3.94% | 9.53% | 9.27% |
| Native American | 1.37% | 1.38% | 3.81% | 11.17% | 11.48% |
| Unknown | 3.45% | 11.70% | 10.77% | 9.56% | 9.67% |
| White | 9.42% | 11.81% | 12.45% | 10.84% | 10.77% |

Can we align the graph and table?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    **JA3931**    HARV00075156

**What have we learned?**

PRELIMINARY DRAFT

35

- Once we account for ratings and demographic factors, we can closely predict what the admitted class will look like.

- With current data, we explain a significant amount of the variation in admission, but further details (especially around the personal rating) may provide further insight.

- There are a variety of factors that quantitative data is likely to miss or ratings do not capture. We'd like to better understand:

  - Exceptional talent (music, art, writing)

  - The role of context cases

  - The role of the personal statement/essay

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    **JA3932**    HARV00075157

**Next steps**                                                         PRELIMINARY DRAFT    36

- Determining priorities, timing, and audiences
  - What are your priorities?
  - Should this work be shared with additional audiences (e.g. President Faust, Dean Smith, Dean Hammonds)?
- The Finance Committee has expressed interest in a number of questions related to Harvard's affordability initiatives.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    **JA3933**    HARV00075158

**Next Steps: Addressing questions raised about admissions and financial aid**    PRELIMINARY DRAFT    37

**Research Question**

**Next Steps**

*Part I: Access*

1. What is the effect on our applicant pool and yield of reintroducing early action?

2. Is the shift in the gender balance at Harvard College due to increased interest and recruitment for SEAS?

3. Is there bias against Asians in college admissions?

- Who else should see this work?
- To further address the question of bias, is there more data to elaborate our understanding of the role of the personal essay and other factors?

*Part II: Affordability*

4. What is the effect of our financial aid policies on our applicant pools and yields?

5. How affordable is Harvard to the "typical" family?

6. How much growth in the aid budget can the FAS sustain?

- These questions were raised by the Finance Committee of the Corporation.
- How do we think about affordability in the current budget climate?
- Who are the audiences, beyond the Corporation?

*Part III: Achievement*

7. How can we measure achievement among Harvard College graduates?

- OIR has gathered a variety of options for outcomes including National Student Clearinghouse data, AA&D data, and student surveys.
- How would you prioritize this question relative to others?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    **JA3934**    HARV00075159

**Model Fit**

### APPENDIX?

| Admit Rates | Model 4 | Actual | Difference |
|---|---|---|---|
| Asian | 7.24% | 7.63% | -0.39% |
| African American | 12.59% | 12.00% | 0.59% |
| International | 5.42% | 6.37% | -0.95% |
| Hispanic | 9.51% | 9.27% | 0.23% |
| Native American | 11.17% | 11.43% | -0.26% |
| Unknown | 9.56% | 9.67% | -0.12% |
| White | 10.84% | 10.77% | 0.06% |

| Entering Classes | Model 4 | Actual | Difference |
|---|---|---|---|
| Asian | 17.97% | 18.66% | -0.69% |
| African American | 11.12% | 10.46% | 0.66% |
| International | 7.68% | 8.90% | -1.22% |
| Hispanic | 9.83% | 9.46% | 0.37% |
| Native American | 1.21% | 1.23% | -0.02% |
| Unknown | 8.11% | 8.09% | 0.02% |
| White | 44.08% | 44.22% | 0.87% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    JA3935    HARV00075160

**Model Fit**

APPENDIX?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY   **JA3936**   HARV00075161



**Contents** PRELIMINARY DRAFT 40

Part I: Arrivals

A first look at incoming first-year early action

Shift in the gender balance and impact of concentration choice

Evaluating facts ves that play a role in Harvard College Admission

Appendix: Data Tables

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **JA3937** HARV00075162

**Compared to regular applicant pool, new and old early action pools look similar**                    41

Checked

| | 2007-2011 | | | 2016 | | |
|---|---|---|---|---|---|---|
| | Early Action | Regular | Total | Early Action | Regular | Total |
| **Gender** | | | | | | |
| Female | 49.0% | 50.6% | 50.2% | 47.4% | 48.5% | 48.3% |
| Male | 51.0% | 49.4% | 49.8% | 52.6% | 51.5% | 51.7% |
| | | | | | | |
| **Parent Education** | | | | | | |
| Some College | 85.1% | 84.1% | 84.3% | 83.7% | 85.0% | 84.8% |
| Harvard Grad | 7.1% | 2.1% | 3.2% | 8.1% | 1.7% | 2.5% |
| No College | 7.8% | 13.8% | 12.5% | 8.2% | 13.3% | 12.7% |
| | | | | | | |
| **Race Ethnicity** | | | | | | |
| African American | 4.7% | 8.4% | 7.6% | 8.5% | 9.9% | 9.8% |
| Asian | 24.2% | 20.5% | 21.3% | 21.4% | 20.5% | 20.4% |
| Hispanic | 6.5% | 9.4% | 8.8% | 9.0% | 10.3% | 10.1% |
| International | 11.5% | 16.0% | 15.0% | 14.0% | 19.1% | 18.3% |
| Native American | 0.8% | 1.1% | 1.0% | 1.1% | 1.0% | 1.0% |
| Other | 0.9% | 1.5% | 1.3% | 0.0% | 0.0% | 0.0% |
| Unknown | 7.7% | 7.4% | 7.4% | 7.5% | 7.2% | 7.2% |
| White | 43.9% | 35.8% | 37.5% | 38.7% | 32.2% | 33.0% |
| | | | | | | |
| **Academic Rating** | | | | | | |
| Academic 1 | 1.1% | 0.5% | 0.8% | 1.6% | 0.3% | 0.5% |
| Academic 2 | 48.1% | 31.2% | 35.0% | 49.8% | 38.1% | 39.6% |
| Academic 3 | 41.3% | 48.9% | 47.2% | 35.9% | 41.1% | 40.4% |
| Academic 4 | 7.6% | 15.8% | 14.0% | 9.6% | 14.5% | 13.9% |
| Academic 5 | 0.9% | 3.6% | 3.0% | 3.1% | 6.0% | 5.6% |
| | | | | | | |
| **Fee Waiver Needs** | | | | | | |
| No | 95.2% | 88.9% | 90.3% | 92.7% | 87.6% | 88.2% |
| Yes | 4.8% | 11.1% | 9.7% | 7.3% | 12.4% | 11.8% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    JA3938    HARV00075163

Checked

Fee

Waiver

Needs

Checking

**2016 early action pool is more diverse than old early action pools**    PRELIMINARY DRAFT    42

| | 2007-2011 | 2016 | All |
|---|---|---|---|
| **Gender** | | | |
| Female | 49.0% | 47.4% | 48.7% |
| Male | 51.0% | 52.6% | 51.3% |
| | | | |
| **Parent Education** | | | |
| Some College | 85.1% | 83.7% | 84.9% |
| Harvard Grad | 7.1% | 8.1% | 7.2% |
| No College | 7.8% | 8.2% | 7.9% |
| | | | |
| **Race Ethnicity** | | | |
| African American | 4.7% | 8.9% | 5.4% |
| Asian | 24.2% | 21.4% | 23.7% |
| Hispanic | 6.5% | 9.0% | 6.9% |
| International | 11.3% | 14.0% | 11.7% |
| Native American | 0.8% | 1.1% | 0.8% |
| Other Race/Ethnicity | 0.9% | 0.0% | 0.8% |
| Unknown Race/Ethnicity | 7.7% | 7.0% | 7.6% |
| White | 43.9% | 38.7% | 43.1% |
| | | | |
| **Academic Rating** | | | |
| Academic 1 | 2.1% | 1.6% | 2.0% |
| Academic 2 | 48.1% | 45.8% | 48.3% |
| Academic 3 | 41.3% | 39.9% | 40.5% |
| Academic 4 | 7.6% | 9.6% | 7.9% |
| Academic 5 | 0.9% | 3.1% | 1.2% |
| | | | |
| **Fee Waiver** | | | |
| No | 95.2% | 92.7% | 94.8% |
| Yes | 4.8% | 7.3% | 5.2% |

42

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     **JA3939**     HARV00075164



TRIAL EXHIBIT

P16

SFFA v. Harvard

| | |
|---|---|
| **From:** | Hansen, Mark Francis [/O=HARVARD UNIVERSITY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MFH653] |
| **Sent:** | Thursday, February 21, 2013 1:29:22 PM |
| **To:** | Bever, Erica Jane; Driver-Linn, Erin |
| **Subject:** | RE: Admissions_20120220_EB.pptx |
| **Categories:** | Policy - Erica, Reporting-John etc |

Hello Erica,

I really like the way you've put everything together. It does a nice job shaping the many disparate admissions and financial aid projects into a single narrative. I will make the changes you suggested in advance of the team meeting.

I had a few small suggestions:

1.  Slide 3: Maybe instead of "bias" – "does the process disadvantage"

2.  Add slide 6 from G:\Institutional Research\Projects\Academic Assessment & Accountability\Student Experience\Admissions\Admissions_2012_Projects\admit_model\admissions_presentation_20130118_MH.pptx

    Even a top academic index only gives you a 50% chance of admission.

Thank you,

Mark

**From:** Bever, Erica Jane
**Sent:** Wednesday, February 20, 2013 5:22 PM
**To:** Hansen, Mark Francis; Driver-Linn, Erin
**Subject:** Admissions_20120220_EB.pptx

Hi Mark and Erin,

Attached is my shot at pulling together much of the work related to admissions. Since I'm still not sure what Fitz and Sally have seen, I'd welcome your thoughts on what we should add (especially related to the Unz article). See what you think about the framing at the beginning and end (Erin, it may be helpful to reference our project scoping document, which I've also attached). I know we have team time to discuss as well, but Mark, if you want to weigh in tomorrow morning that would be great.

Thanks,
Erica





TRIAL EXHIBIT

P17

SFFA v. Harvard

| | |
|---|---|
| **From:** | Hansen, Mark Francis [mark_hansen@harvard.edu] |
| **Sent:** | Tuesday, February 26, 2013 5:40:29 PM |
| **To:** | Yong, Elizabeth |
| **CC:** | Bever, Erica Jane |
| **Subject:** | Admissions Data |
| **Attachments:** | OIRFilekey2016.xls |

Hello Elizabeth,

Thank you for coming over and meeting with us yesterday. As Erica mentioned, we have admissions data for the classes of 2007-2016; however, over time, we've incrementally added variables to our data requests. The end result is the earliest admissions data we have lacks the detail of our more recent files, so at this point, it might make sense for us to start with fresh files for each of these classes. We'd also like to look at a preliminary 2017 file, if possible. If you think there is anything to be gained from looking at years prior to the class of 2007, we wouldn't mind receiving a few additional class years to work with, but I want to be mindful of not burdening you with a massive data request.

I've attached the most recent file specification so that you can see the most complete set of variables we have.

In addition to the variables we have in the file specification, we'd like to request the following variables, if they exist:

1. Disadvantaged flag
2. HFAI search flag
3. Faculty/Staff flag
4. Docket
5. Some kind of reader id
6. Veteran status
7. Language spoken at home

If you can think of any other variables that are important in making admissions decisions, please let me know. The file specification has Name and SSN; however, we would prefer not to receive these fields going forward, and I think these were empty in the 2015 and 2016 files anyway. In the past when we have received these, we have removed them for security's sake.

We are happy to get the files in fixed-width format as we have previously or tab-delimited .txt format, so please pick whatever is easiest for you. Additionally, before you pull the files for all years, it might make sense to do one year (perhaps 2017?), and let us work with the file a little.

Finally, I wanted to make sure that I correctly transcribed the helpful information that you gave us about the data we currently have when we spoke in January:

1. AAV = average of SAT subject tests?
2. SAV = average of SAT I scores?
3. What is the difference between the two athletic ratings we receive (we got a second athletic rating for the classes of 2015 and 2016)?
4. Names of the interview rating fields – First is a personal score and second is an overall score?
5. Which number is the "final" overall rating (First or Third)?

If you have any questions, please feel free to call or email.

Thank you,

Mark

Mark Hansen
Research Analyst, Office of Institutional Research
Harvard University
Holyoke Center Suite 780
1350 Massachusetts Avenue
Cambridge, MA 02138
p: 617-495-2759



EXHIBIT
Hansen 6
7/19/17 DHG

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     **JA3941**     HARV00008791

**Class of 2015 and 2016- CLDAT Filekey-Correction Sept. 2012**

| START | LENGTH | Name | Description |
|---|---|---|---|
| 1 | 11 | KEYID | Applicant ID Number |
| 12 | 9 | HUID | HUID |
| 23 | 50 | LASTNM | Last Name |
| 73 | 50 | FIRSTNM | First Name |
| 123 | 50 | MIDNM | Middle Name |
| 182 | 7 | DOB | Date of Birth |
| 200 | 50 | HCIT | Permanent Address City |
| 250 | 2 | HST | Permanent Address State |
| 252 | 15 | HZIP | Permanent Address Postal Code |
| 267 | 50 | HCNTRY | Permanent Address Country |
| 317 | 6 | HSC | High School CEEB Code |
| 323 | 50 | SNAME | Lists High School Name |
| 373 | 1 | CTZ | Citizenship Coding |
| 374 | 4 | CCDE1 | Lists Numerical Country Code of Pr |
| 378 | 50 | CNTRY1 | List Primary Country of Citizenship |
| 428 | 4 | CCDE2 | Lists Numerical Country Code of Se |
| 432 | 50 | CNTRY2 | List Secondary Country of Citizensh |
| 482 | 1 | NWETH | Lists Ethnic Code |
| 483 | 2 | FEE_WVR | Application Fee Waived Info |
| 485 | 3 | CRIC | Converted Rank in Class - 20 to 80 |
| 488 | 2 | LINE | Harvard Lineage |
| 490 | 2 | FCOLL | Father College Code |
| 492 | 2 | MCOLL | Mother College Code |
| 494 | 2 | FGRAD | Father Graduate Degree Code |
| 496 | 2 | MGRAD | Mother Graduate Degree Code |
| 498 | 1 | ADM | Admit Status |
| 499 | 2 | MATR | Matric Status |
| 501 | 4 | CIV | Academic Index |
| 505 | 1 | TYPE | Applicant Type |
| 506 | 1 | ACAD | Acedemic Profile Rating (Admission |
| 507 | 1 | EC | Extracurricular Ratings Admissions |
| 508 | 1 | ATH | Athletic Rating Admissions |
| 509 | 1 | PERS | Personal Qualities Rating Admissio |
| 510 | 1 | SEX | Gender |
| 511 | 2 | VERB1 | SAT 1 Verbal 1st Test Date |
| 513 | 2 | MATH1 | SAT 1 Math 1st Test Date |
| 515 | 2 | VERB2 | SAT 1 Verbal 2nd Test Date |
| 517 | 2 | MATH2 | SAT 1 Math 2nd Test Date |
| 519 | 2 | VERB3 | SAT 1 Verbal 3rd Test Date |
| 521 | 2 | MATH3 | SAT 1 Math 3rd Test Date |
| 523 | 2 | FR | SAT II Subject Test |
| 525 | 2 | GM | SAT II Subject Test |
| 527 | 2 | ITL | SAT II Subject Test |
| 529 | 2 | LAT | SAT II Subject Test |
| 531 | 2 | SP | SAT II Subject Test |
| 533 | 2 | MHB | SAT II Subject Test |
| 535 | 2 | BIO | SAT II Subject Test |
| 537 | 2 | CH | SAT II Subject Test |
| 539 | 2 | PH | SAT II Subject Test |
| 541 | 2 | AMHIST | SAT II Subject Test |
| 543 | 2 | WHIST | SAT II Subject Test |
| 545 | 2 | M1 | SAT II Subject Test |
| 547 | 2 | M1C | SAT II Subject Test |
| 549 | 2 | M2 | SAT II Subject Test |
| 551 | 2 | M2C | SAT II Subject Test |
| 553 | 2 | LR | SAT II Subject Test |
| 555 | 2 | FRL | SAT II Subject Test |
| 557 | 2 | GML | SAT II Subject Test |
| 559 | 2 | SPL | SAT II Subject Test |
| 561 | 2 | CHL | SAT II Subject Test |
| 563 | 2 | JPL | SAT II Subject Test |
| 565 | 2 | WR | SAT II Subject Test |
| 567 | 2 | EUHIST | SAT II Subject Test |
| 569 | 2 | EB | SAT II Subject Test |
| 571 | 2 | KL | SAT II Subject Test |
| 573 | 2 | MB | SAT II Subject Test |
| 575 | 2 | EP | SAT II Subject Test |
| 577 | 2 | UH | SAT II Subject Test |
| 579 | 2 | SAV | |
| 581 | 2 | AAV | |
| 583 | 6 | GPA | |
| 589 | 6 | GPA_SCALE | |
| 595 | 2 | CGS or COV | Both are based on GPA. For 2013, |
| 597 | 2 | WR1 | SAT Writing Test 1 |
| 599 | 2 | WR2 | SAT Writing Test 2 |
| 601 | 2 | WR3 | SAT Writing Test 3 |
| 603 | 2 | ACTC | ACT Composite Score. Used in Ac |


TRIAL EXHIBIT

P19

SFFA v. Harvard

| | |
|---|---|
| **From:** | Bever, Erica Jane [/O=HARVARD UNIVERSITY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EJB424] |
| **Sent:** | Monday, April 15, 2013 4:42:33 PM |
| **To:** | Fitzsimmons, William R. |
| **CC:** | Driver-Linn, Erin; Hansen, Mark Francis |
| **Subject:** | Follow-up |
| **Categories:** | Policy - Erica |

Hi Fitz,

Mark and I will be putting together materials for the two requests you discussed with Erin on Friday:

1. Dean Smith's tuition versus income growth question
2. Low income students in admissions

We are aiming to get you materials to review no later than the end of the week.  If you have further thoughts or questions, let us know.

Best,
Erica

Erica Bever
Assistant Director, Office of Institutional Research
Harvard University
Holyoke Center Suite 780
1350 Massachusetts Avenue
Cambridge, MA 02138
617-495-2718


EXHIBIT

# 11

7/27/17

PENGAD 800-631-6989

**JA3943**



TRIAL EXHIBIT

P21

SFFA v. Harvard

| **From:** | Bever, Erica Jane [/O=HARVARD UNIVERSITY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EJB424] |
|---|---|
| **Sent:** | Monday, April 22, 2013 6:37:40 PM |
| **To:** | Fitzsimmons, William R. |
| **CC:** | Pacholok, Olesia; Driver-Linn, Erin; Hansen, Mark Francis |
| **Subject:** | Exhibits on admissions and financial aid |
| **Categories:** | Policy - Erica |
| **Attachments:** | COA_Income_Growth_20130418.pdf; low_income_exhibits_20130416.pdf |

Dear Bill,

I'm attaching two sets of slides for your review.

1. Low income exhibits:  This set of slides examines difference in admissions rates for low income students and all other students.
2. Cost of Attendance (COA) and Income Growth:  This set of slides attempts to answer Dean Smith's question about income growth and the growth in the cost of attendance.  While incomes across the US have been fairly flat over the last 20 or so years, we believe that incomes of the top 5 percent, who would represent unaided families at Harvard, are seeing income growth that outpaces the current increases in the cost of attendance.

If you have any comments or questions about these, please let us know.  Once we've heard from you, we'll plan to share the second set of exhibits with Dean Smith's office, unless you would like to do so.

Best,
Erica

Erica Bever
Assistant Director, Office of Institutional Research
Harvard University
Holyoke Center Suite 780
1350 Massachusetts Avenue
Cambridge, MA 02138
617-495-2718

**JA3944**

# Distribution of Applicant Average SAT I Scores by Income, Classes of 2009-2016

PRELIMINARY DRAFT

- Income and SAT scores are positively related.



Classes of 2007 and 2008 are excluded as we have no income data for these class years.

HARV00075057

**JA3945**

PRELIMINARY DRAFT

# Admit Rates by Income and SAT Score, Class of 2009-2016

- Using SAT as a proxy for admissions qualifications, we see at every score level, lower income students have higher admit rates.



**Less than or equal to $60K**

**Greater than $60K***

HARV00075058

Notes:

The analysis above uses the average of the maximum math, writing, and reading scores a student received. Average SAT I Scores less than 600 are excluded from the exhibit above as the admit rate for students with SAT I scores less than 600 have an admit rate of less than 1%.

* Category includes those with no (missing) self-reported income

JA3946

# Predicted and Actual Admit Rates by Income, Classes of 2009-2016

PRELIMINARY DRAFT



*Predicted and Actual Admit Rates by Income Band*

Legend:
- ■ Predicted Admit Rate
- □ Difference Between Predicted and Actual Admit Rates
- ◆ Actual Admit Rate

- Predicted admit rates by income are based on logistic regression models that control for academic index, academic rating, athlete, legacy, extracurricular rating, personal rating, ethnicity, and gender. Low income students are admitted at higher rates than predicted. Higher income students are admitted at a lower rate.
- Admit model as a pseudo R-squared of 0.44

Classes of 2007 and 2008 are excluded as we have no income data for these class years.

HARV00075059

JA3947



TRIAL EXHIBIT

P23

SFFA v. Harvard

To:     Bill Fitzsimmons
CC:     Jeff Neal, Christine Heenan, Nina Collins, Sally Donahue
From:   Erica Bever, Erin Driver-Linn, Mark Hansen
Re:     **Harvard College Admissions and Low Income Students**
Date:   May 2013

Recently, you noted to us the criticism elite institutions had received from various others with regards to admitting low income students. Critics like Bill Bowen have suggested that need blind admissions policies prohibit Harvard and others from important information that would be used in assessing the application of a low income student. In *Equity and Excellence*, Bowen et. al. noted that, "We see that there was no perceptible difference in the chances of being admitted, at any given SAT level, for students from the two low-SES categories and for all other (non-minority) students." However, the reality in admissions may be more complex than need-blind policies suggest. As Hoxby and Avery (2013) note, "many admissions offers say that they use students' essays, teachers' letters, parents' education, attendance at an a 'under-resourced' high school, and similar indicators to identify, provide favorable terms of admission to, and strongly recruit students who they believe to be economically disadvantaged." At your request, we undertook an analysis to determine if the chance of admission is any different for low income students, holding all other admissions characteristics constant.

Below, we briefly describe the data used for our analysis and its limitations, our approach, and our findings. At the conclusion, we outline some important considerations for evaluating the utility in sharing this analysis.

**Data**

- ~~Class Years~~Our analyses are limited to the classes of 2009 to 2016. Prior to 2009, we do not have income data.
- Changing admission and financial aid policy during this years
- ~~Income variable used~~We are currently using self-reported income from the CSS profile as a measure of income.

**Analysis (Approach)**

The analyses we conducted mirror the analyses in Bowen's *Equity and Excellence*, chapter … We first looked at the admit rates of low income applicants, defined as applicants with family incomes less than or equal to $60,000, by a measure of academic qualifications to see if there was any evidence of a preference for low-income applicants. If groups of applicants with similar academic qualifications, but different incomes are admitted at different rates, this might suggest the presence of a "tip" for low-income applicants.



EXHIBIT
# 13
A3948

However, any difference found could be due to other factors that might relate to income, so we would want to control for other factors that are weighed when making an admissions decision. We used a logistic regression model which incorporated academic index, gender, ethnicity, academic rating, extracurricular rating, personal rating, athletic rating, legacy status as inputs to predict the probability of admission. We should note that this approach also has limitations; we picked a small set of variables that would factor in admissions decisions. The selection of a wider set of variables might result in a better fitting model that accounts for variation in individuals and unique contributions to the entering class. Our model is limited to main effects, and we did not examine any interactions.

> Formatted: Font: Not Bold

## Findings

In appendix I, we show how income and SAT I scores relate. Applicants from families with lower incomes tend to have lower SAT I scores. Based on a preference for high SAT scores in the admission process (applicants with SAT I scores lower than 600 have a very low probability of admission), we would expect that applicants from low-income families would be admitted a lower rate.

However, we can see in appendix II that this is not the case. For all SAT I scores greater than 600, we see that applicants from families with incomes less than or equal to $60,000 are admitted at a higher rate than applicants with similar SAT scores from families with higher incomes.

These descriptive results agree with the logistic regression model described above and summarized in the chart presented in appendix III. The crimson bars on the chart represent predicted admit rates by various income bands based on demographics, legacy status, athletic skills, ratings, and measure of academic qualifications. Given the relationship between income and SAT scores and the extracurricular opportunities available to low income applicants, we would expect low income applicants to be admitted at lower rates than their peers. However, we can see that in actuality low-income applicants are admitted at much higher rates that we'd expect based on their admissions characteristics.

To get a sense of the size of the admissions advantage conferred on low-income applicants relative to other groups of applicants, we include low-income status in another logistic regression model, the results of which are summarized in the final appendix. Compared to athletes and legacies, the size of this advantage is relatively small. The relative sizes of the admissions advantage conferred on different groups can be confirmed by looking at admit rates. An athlete that is also an academic 1 or 2 has an admit rate of 83% compared against 16% for non-athletes with an academic 1 or 2. The gap for legacy is 40%. Asian applicants with an academic 1 or 2 are admitted 12% of the time compared against an admit rate of 18% for non-Asian applicants. By comparison, low income applicants with an academic 1 or 2 have an admit rate of 24% compared against 15%.

(Appendix with three exhibits and regression table)

## Considerations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00069730

Any analysis of the admissions process will draw attention to the variety of factors that often compete in admissions. With only approximately 2200 spaces for admitted students, as you know, implicit tradeoffs are made between athletes and non-athletes, legacy admits and those without affiliation, low income and other students. While we find that low income students clearly receive a "tip" in the admissions process, our model also shows that the tip for [legacy, athletes, etc.] is larger.    On the flip slide, we see a negative effect of being [Asian]. These realities have also received intense scrutiny from critics like Bowen, or more recently, Unz, as we have discussed at length. To draw attention to the positive benefit that low income students receive, may also draw attention to the more controversial findings around Asians, or the expected results around legacies and athletes.

| Variable | Coefficient Estimate | P-value |
|---|---|---|
| Athletic rating of 1 | 6.33 | 0.00 |
| Personal Rating 1 or 2 | 2.41 | 0.00 |
| Legacy | 2.40 | 0.00 |
| African American | 2.37 | 0.00 |
| Native American | 1.73 | 0.00 |
| Extracurricular 1 or 2 | 1.58 | 0.00 |
| Academic 1 or 2 | 1.31 | 0.00 |
| Standardized Academic Index | 1.29 | 0.00 |
| Hispanic | 1.27 | 0.00 |
| CSS self-reported income les | 0.98 | 0.00 |
| International | 0.24 | 0.00 |
| Asian | -0.37 | 0.00 |
| Constant | -6.23 | 0.00 |
| Unknown/Other | -0.03 | 0.41 |
| Female | 0.00 | 0.87 |
| N = 192,359; Pseduo R2 = 0.45 | | |



TRIAL EXHIBIT

P24

SFFA v. Harvard

To:   Bill Fitzsimmons
CC:   Jeff Neal, Christine Heenan, Nina Collins, Sally Donahue
From:   Erica Bever, Erin Driver-Linn, Mark Hansen
Re:   **Harvard College Admissions and Low Income Students**
Date:   May 2013

Recently, you noted the criticism elite institutions had received from various others with regards to admitting low income students. Critics like Bill Bowen have suggested that need blind admissions policies prohibit Harvard and others from important information that would be used in assessing the application of a low income student. In *Equity and Excellence*, Bowen et. al. noted that, "We see that there was no perceptible difference in the chances of being admitted, at any given SAT level, for students from the two low-SES categories and for all other (non-minority) students" [Citation]. However, the reality in admissions may be more complex than need-blind policies suggest. As Hoxby and Avery (2013) note, "many admissions offers say that they use students' essays, teachers' letters, parents' education , attendance at an a 'under-resourced' high school, and similar indicators to identify, provide favorable terms of admission to, and strongly recruit students who they believe to be economically disadvantaged." At your request, we undertook an analysis to determine if the chance of admission is any different for low income students, holding all other admissions characteristics constant.

Below, we briefly describe the data used for our analysis and its limitations, our approach, and our findings. At the conclusion, we outline some important considerations for evaluating the utility in sharing this analysis.

**Data**

Data on admissions applicants came from the Office of Admission. Data on income comes from the CSS profile part of the financial aid application and was supplied to the Office of Institutional Research from the Financial Aid Office. Because we did not have income data prior to 2009, we limit our analyses to the classes of 2009 to 2016. Of the 192,359 XXX,XXX students who applied for admission, X49% also submitted the CSS profile portion of the financial aid application. We do not have income data for students who did not apply for aid.

**Analysis: Approach and Results**

The analyses we conducted are similar to the analyses Bowen, Kurzweil, and Tobin performed in *Equity and Excellence* (2005). First, we examine the admit rate of low income applicants, defined as applicants with family incomes less than or equal to $60,000, by a measure of academic qualifications such as SAT score, to see if there was any evidence of a preference for low-income applicants. If groups of applicants with similar academic qualifications, but different incomes are admitted at different rates, this might suggest the presence of a "tip" for low-income applicants.

Exhibit 1 illustrates the relationship between income and SAT I score. Fewer than 20% of applicants in the lowest income group (Less than $10K) have SAT I scores above 750, while almost 30% have scores

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                      HARV00069732

below 600, where the admission rates are below 1%, without controlling for additional factors. As incomes increase, the proportion of students with top SAT I scores above 750 increases, while the proportion with scores below 600 decreases.   Based on a preference for high SAT scores in the admission process (applicants with SAT I scores lower than 600 have a very low probability of admission), we would expect that applicants from low-income families would be admitted a lower rate. However, for all SAT I scores greater than 600, we see that applicants from families with incomes less than or equal to $60,000 are admitted at a higher rate than applicants with similar SAT scores from families with higher incomes (exhibit 2).

The differences noted above could be related to other factors that are related to income or are important in the admissions process.  In order to control for those potential issues, we implement a logistic regression model to predict the probability of admission controlling for demographic characteristics and a variety of metrics used to asses qualification for admission.  Demographic characteristics include gender and race/ethnicity.   Qualifications used in admission include academic index, academic rating, extracurricular rating, personal rating, athletic rating, and legacy status.

This approach likely has several limitations; we picked a small set of variables that would factor in admissions decisions.  The selection of a wider set of variables might result in a better fitting model that accounts for more of the variation in individual applicants and their potentially unique contributions to the entering class.   For example, the model does not capture exceptional talent in art or music explicitly (although ratings may capture some of this).  In addition, our model is limited to main effects and we did not examine the potential for interactions between variables that might better predict admission. Therefore, our analysis should not be considered exhaustive.

The logistic regression model finds results consistent with the descriptive analysis in exhibits 1 and 2. Exhibit 3 illustrates the difference between the predicted admission rate and actual admission rate for students at each income level.  The predicted rate reflects controls for demographics, legacy status, athletic skills, ratings, and measure of academic qualifications.  Given the relationship between income and SAT scores and the extracurricular opportunities available to low income applicants, we would expect low income applicants to be admitted at lower rates than their peers, which is reflected in predicted admit rates.  However, we find that applicants with incomes below $120K are admitted at higher rates than we'd expect based on their admissions qualifications.

To get a sense of the size of the admissions advantage conferred on low-income applicants relative to other groups of applicants, we include low-income status in another logistic regression model.  The table below is sorted based on the effect size of each of the variables included in the model.  The variables with the largest effects on the probability of admission are the athletic rating, a high personal rating, and legacy status.  Compared to athletes and legacies, the size of the advantage for low income students is relatively small.  The relative sizes of the admissions advantage conferred on different groups can be confirmed by looking at raw admit rates.  An athlete that is also an academic 1 or 2 has an admit rate of 83% compared against 16% for non-athletes with an academic 1 or 2 [IF WE EXCLUDE ATHLETES FROM OUR MODEL, HOW DOES THIS STORY CHANGE?].  The gap for legacy is 40%. Asian applicants with an academic 1 or 2 are admitted 12% of the time compared against an admit rate of 18% for non-Asian

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HARV00069733

applicants. [MAKE ALL OF THESE FINDINGS AN EXHIBIT?] By comparison, low income applicants with an academic 1 or 2 have an admit rate of 24% compared against 15% for all other applicants.

**Comment [m1]:** The admit rates here are raw admit rate, not predicted. Not sure if we need to be more explicit?

**Considerations**

Any analysis of the admissions process will draw attention to the variety of factors that often compete in admissions. With only approximately 2200 spaces for admitted students, as you know, implicit tradeoffs are made between athletes and non-athletes, legacy admits and those without affiliation, low income and other students. While we find that low income students clearly receive a "tip" in the admissions process, our model also shows that the tip for [legacy, athletes, etc.] is larger. On the flip slide, we see a negative effect for Asian applicants These realities have also received intense scrutiny from critics like Bowen, or more recently, Unz, as we have discussed at length. To draw attention to the positive benefit that low income students receive, may also draw attention to the more controversial findings around Asians, or the expected results around legacies and athletes.

| Variable | Coefficient Estimate | P-value |
|---|---|---|
| Athletic rating of 1 | 6.33 | 0.00 |
| Personal Rating 1 or 2 | 2.41 | 0.00 |
| Legacy | 2.40 | 0.00 |
| African American | 2.37 | 0.00 |
| Native American | 1.73 | 0.00 |
| Extracurricular 1 or 2 | 1.58 | 0.00 |
| Academic 1 or 2 | 1.31 | 0.00 |
| Standardized Academic Index | 1.29 | 0.00 |
| Hispanic | 1.27 | 0.00 |
| CSS self-reported income les | 0.98 | 0.00 |
| International | 0.24 | 0.00 |
| Asian | -0.37 | 0.00 |
| Constant | -6.23 | 0.00 |
| Unknown/Other | -0.03 | 0.41 |
| Female | 0.00 | 0.87 |

N = 192,359; Pseduo R2 = 0.45

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



TRIAL EXHIBIT

P26

SFFA v. Harvard

| | |
|---|---|
| **From:** | Bever, Erica Jane [erica_bever@harvard.edu] |
| **Sent:** | Wednesday, May 01, 2013 5:56:26 PM |
| **To:** | Fitzsimmons, William |
| **CC:** | Pacholok, Olesia; Driver-Linn, Erin; Hansen, Mark Francis |
| **Subject:** | Admissions memo |
| **Attachments:** | LowIncomeAdmissionMemo_FINAL_20130501.pdf |

Dear Fitz,
Attached is a memo describing our recent analysis of low income admissions. In the memo we describe our approach and results. At your suggestion, we reviewed a small sample of literature to put this in context and realized our approach was consistent with what others have done. We'd appreciate any comments or suggestions you have.

We thought, based on our conversation last week, that it would also make sense to share this with Jeff Neal and Christine Heenan, Nina Collins, and Sally Donahue. Does that make sense? Are there others you would like to include in this conversation?
Let us know if you have any questions!
Best,
Erica
Erica Bever
Assistant Director, Office of Institutional Research
Harvard University
Holyoke Center Suite 780
1350 Massachusetts Avenue
Cambridge, MA 02138
617-495-2718



EXHIBIT
8
Hansen
7/19/17 DHC

CONFIDENTIAL DRAFT

To:      Bill Fitzsimmons
From:   Erica Bever, Erin Driver-Linn, Mark Hansen
Re:      **Harvard College Admissions and Low Income Students**
Date:    May 1, 2013

As you have discussed with us, there may be value in responding to recent press about the rate of admission for low income students at elite institutions and in particular for Harvard College.  Critics like Bill Bowen have suggested for years that need-blind admissions policies prohibit Harvard and others from using important information to evaluate the application of a low income student.  In *Equity and Excellence in American Higher Education,* Bowen, Kurzweil, and Tobin note that, "We see that there was no perceptible difference in the chances of being admitted, at any given SAT level, for students from the two low-SES categories and for all other (non-minority) students" (Bowen, Kurzweil, & Tobin, 2005).  However, the reality in admissions may be more complex than need-blind policies suggest as noted in Caroline Hoxby and Chris Avery's recent study: "many admissions officers say that they use students' essays, teachers' letters, parents' education, attendance at an an 'under-resourced' high school, and similar indicators to identify, provide favorable terms of admission to, and strongly recruit students who they believe to be economically disadvantaged" (Hoxby & Avery, 2012).  At your request, we undertook an analysis to determine if the chance of admission is any different for low income students, holding all other admissions characteristics constant.

Below, we briefly describe the data used for our analysis and its limitations, our approach, and our findings.  At the conclusion, we outline some issues we believe are important to consider prior to public dissemination of this analysis.

**Data Sources and Limitations**

Applicant data was provided to the Office of Institutional Research by the Office of Admission.  Data on income comes from the CSS profile section of the financial aid application and was supplied to the Office of Institutional Research by the Financial Aid Office for the classes of 2009 to 2016.  Of the 192,359 students who applied for admission for those classes, 49% also submitted the CSS profile portion of the financial aid application.  We do not have income data for students who did not apply for aid.

**Analysis Approach and Results**

Similar to the analyses conducted by Bowen et. al. in *Equity and Excellence in American Higher Education,* we first examine the admit rate of low-income applicants (defined as applicants with family incomes less than or equal to $60,000) by a measure of academic qualification (such as SAT score) to see if there is any evidence of a preference for low-income applicants.  If groups of applicants with similar academic qualifications, but different incomes, are admitted at different rates, this might suggest the presence of a "tip" for low-income applicants.

Exhibit 1 illustrates the relationship between income and SAT I score.  Fewer than 20% of applicants in the lowest income group (Less than $10K) have SAT I scores above 750, while almost 30% have scores

CONFIDENTIAL DRAFT

below 600, where the admission rates are below 1%, without controlling for additional factors. As incomes increase, the proportion of students with SAT I scores above 750 increases, while the proportion with scores below 600 decreases.   Based on a preference for high SAT scores in the admission process (applicants with SAT I scores lower than 600 have a very low chance of admission), we would expect that applicants from low-income families would be admitted at a lower rate. However, for all SAT I scores greater than 600, we see that applicants from families with incomes less than or equal to $60,000 are admitted at a higher rate than applicants with similar SAT scores from families with higher incomes (Exhibit 2).

The differences noted above could be related to other factors important in the admissions process.  In order to control for those potential issues, we implement a logistic regression model to predict the probability of admission, controlling for demographic characteristics and a variety of metrics used to asses qualification for admission.  Demographic characteristics include gender and race/ethnicity. Qualifications used in admission include academic index, academic rating, extracurricular rating, personal rating, athletic rating, and legacy status.

This approach has several limitations; we picked a small set of variables that would factor in admissions decisions.  The selection of a wider set of variables might result in a better fitting model, one that accounts for more of the variation in individual applicants and their potentially unique contributions to the entering class.   For example, the model does not capture exceptional talent in art or music explicitly (although ratings may capture some aspect of these attributes).  In addition, our model is limited to main effects, not examining interactions between variables.  Our analysis should not be considered exhaustive.

In spite of these limitations, the logistic regression model results are consistent with the descriptive analysis described above and shown in Exhibits 1 and 2.  Exhibit 3 illustrates the difference between the *predicted* admission rate and *actual* admission rate for students at each income level.  The predicted rate controls for demographics, legacy status, athletic skills, ratings, and measures of academic qualifications.  Given what we know about the relationship between income and SAT scores and the extracurricular opportunities available to low income applicants, we would expect low income applicants to be admitted at lower rates than their peers (this is reflected in predicted admit rates). However, we find actual admission rates indicate that applicants with incomes below $120K are admitted at higher rates than we expected.

To get a sense of the size of the admissions advantage conferred to low-income applicants relative to other groups of applicants, the so-called "thumb on the scale," we include low-income status in a second logistic regression model.  The table below is sorted based on the effect size of each of the variables included in the model.  The variables with the largest effects on the probability of admission are athletic rating, personal rating, and legacy status.  Compared to athletes and legacies, the size of the advantage for low income students is relatively small.

**Table: Logistic Regression Predicting Admission from Classes 2009 through 2016**

| Variable | Coefficient | P-value |
| --- | --- | --- |

CONFIDENTIAL DRAFT

|  | Estimate |  |
|---|---|---|
| Athletic rating of 1 | 6.33 | 0.00 |
| Personal Rating 1 or 2 | 2.41 | 0.00 |
| Legacy | 2.40 | 0.00 |
| African American | 2.37 | 0.00 |
| Native American | 1.73 | 0.00 |
| Extracurricular 1 or 2 | 1.58 | 0.00 |
| Academic 1 or 2 | 1.31 | 0.00 |
| Standardized Academic Index | 1.29 | 0.00 |
| Hispanic | 1.27 | 0.00 |
| CSS self-reported income less than or equal to $60K | 0.98 | 0.00 |
| International | 0.24 | 0.00 |
| Asian | -0.37 | 0.00 |
| Constant | -6.23 | 0.00 |
| Unknown/Other | -0.03 | 0.41 |
| Female | 0.00 | 0.87 |

N = 192,359; Pseduo R2 = 0.45

The relative sizes of the admissions advantage conferred on different groups can be seen by looking at the differences in *actual* admit rates as well.  In Exhibit 4, we limit our analysis to students with high academic ratings (1 or 2) and examine the differences between athletes and non-athletes, legacy students and others, Asian students and all other students, and low income students and all other students. An athlete that is also an academic 1 or 2 has an admit rate of 83% compared against 16% for non-athletes with an academic 1 or 2.  Fifty-five percent of legacies who are academic 1s and 2s are admitted compared with 15% of all other academic 1 and 2s.  Asian applicants with an academic 1 or 2 are admitted 12% of the time compared against an admit rate of 18% for non-Asian applicants. By comparison, low income applicants with an academic 1 or 2 have an admit rate of 24% compared against 15% for all other applicants.

**Issues to consider before sharing these results publicly**

We imagine that sharing any analysis of admission weights will draw attention to the variety of factors that compete with one another in the admissions decision. To state the obvious, with only ~2,200 spaces for admitted students per year, implicit tradeoffs are made between athletes and non-athletes, legacy admits and those without affiliation, low income and other students.  We know that many are interested in the analysis of the relative tradeoffs.  While we find that low income students clearly receive a "tip" in the admissions process, our descriptive analysis and regression models also shows that the tip for legacies and athletes is larger and that there are demographic groups that have negative effects.