No. 19-2005

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,
*Plaintiff-Appellant*,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,
*Defendant-Appellee*.

On Appeal from the United States District Court
for the District of Massachusetts

## JOINT APPENDIX
## VOLUME VII

Adam K. Mortara
J. Scott McBride
Krista J. Perry
BARTLIT BECK LLP
54 W. Hubbard St., Ste. 300
Chicago, IL 60654
(312) 494-4469

John M. Hughes
Katherine L.I. Hacker
Meg E. Fasulo
BARTLIT BECK LLP
1801 Wewatta St., Ste. 1200
Denver, CO 80202
(303) 592-3140

William S. Consovoy
Thomas R. McCarthy
J. Michael Connolly
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
10 Post Office Sq., 8th Fl., PMB #706
Boston, MA 02109
(617) 227-0548

*Counsel for Appellant Students for Fair Admissions, Inc.*

# TABLE OF CONTENTS

## Volume I

Docket Sheet ....................................................................................................JA1

Notice of Appeal (Doc. 674) ......................................................................JA106

Complaint (Doc. 1) ......................................................................................JA108

Dispositive Motion Exhibits

    Motion to Dismiss for Lack of Subject-Matter Jurisdiction

        Declaration of William S. Consovoy

            Exhibit I (Doc. 205-9) ......................................................................JA228

    Cross-Motions for Summary Judgment

        Declaration of Felicia H. Ellsworth

            Exhibit 2 (Doc. 419-2) ....................................................................JA230

            Exhibit 85 (Doc. 419-85) .................................................................JA244

            Exhibit 86 (Doc. 419-86) .................................................................JA251

            Exhibit 87 (excerpts) (Doc. 419-87) ...............................................JA254

            Exhibit 88 (excerpts) (Doc. 419-89) ...............................................JA285

            Exhibit 89 (Doc. 419-89) .................................................................JA330

            Exhibit 91 (Doc. 419-91) .................................................................JA347

            Exhibit 92 (Doc. 419-92) .................................................................JA370

        Declaration of Michael Connolly

            Exhibit 237 (Doc. 421-237).............................................................JA399

            Exhibit 238 (Doc. 421-238).............................................................JA418

            Exhibit 239 (Doc. 421-239).............................................................JA425

            Exhibit 240 (Doc. 421-240).............................................................JA427

            Exhibit 241 (Doc. 421-241).............................................................JA431

            Exhibit 242 (Doc. 421-242).............................................................JA434

            Exhibit 250 (Doc. 421-250).............................................................JA436

            Exhibit 251 (Doc. 421-251).............................................................JA440

Trial Transcripts

    Day 1 (Doc. 631) .......................................................................................JA443

    Day 2 (Doc. 632) .......................................................................................JA630

## Volume II

Trial Transcripts (cont.)

    Day 3 (Doc. 633) .......................................................................................JA722

    Day 4 (Doc. 635) .......................................................................................JA952

    Day 5 (Doc. 636) .......................................................................................JA1198

## Volume III

Trial Transcripts (cont.)

    Day 6 (Doc. 638) .......................................................................................JA1459

    Day 7 (Doc. 640) .......................................................................................JA1690

    Day 8 (Doc. 642) .......................................................................................JA1918

## Volume IV

Trial Transcripts (cont.)

    Day 9 (Doc. 644) .......................................................................................JA2163

    Day 10 (Doc. 646) .......................................................................................JA2413

    Day 11 (Doc. 648) .......................................................................................JA2535

    Day 12 (Doc. 650) .......................................................................................JA2752

## Volume V

Trial Transcripts (cont.)

    Day 13 (Doc. 652) .................................................................JA2937

    Day 14 (Doc. 654) .................................................................JA3143

    Day 15 (Doc. 656) .................................................................JA3404

    Closing Arguments (Doc. 666).............................................JA3559

Trial Exhibits

    Plaintiff's Trial Exhibits

        Request for Judicial Notice (excerpts) (Doc. 577).......................JA3688

        Notice of Deposition Designations Played in Court (Doc. 597-1).............JA3708

## Volume VI

    Plaintiff's Trial Exhibits (cont.)

    PX1   .................................................................................JA3723

    PX2   .................................................................................JA3741

    PX9   .................................................................................JA3742

    PX12  .................................................................................JA3759

    PX13  .................................................................................JA3802

    PX14  .................................................................................JA3845

    PX15  .................................................................................JA3848

    PX16  .................................................................................JA3940

    PX17  .................................................................................JA3941

    PX19  .................................................................................JA3943

    PX21  .................................................................................JA3944

    PX23  .................................................................................JA3948

    PX24  .................................................................................JA3951

    PX26  .................................................................................JA3954

    PX28  .................................................................................JA3963

PX29 ...................................................................................................JA3971

PX35 ...................................................................................................JA3972

PX36 ...................................................................................................JA3979

PX41 (excerpts) ...............................................................................JA3980

PX50 ...................................................................................................JA4002

PX57 ...................................................................................................JA4008

PX68 ...................................................................................................JA4011

PX71 ...................................................................................................JA4012

PX72 ...................................................................................................JA4028

PX75 ...................................................................................................JA4075

PX81 ...................................................................................................JA4079

PX88 (excerpts) ...............................................................................JA4080

PX95 ...................................................................................................JA4084

PX96 ...................................................................................................JA4090

PX99 ...................................................................................................JA4097

PX106 .................................................................................................JA4109

PX111 .................................................................................................JA4110

PX147 .................................................................................................JA4112

PX148 .................................................................................................JA4113

PX149 .................................................................................................JA4115

PX150 .................................................................................................JA4116

PX152 .................................................................................................JA4124

PX153 .................................................................................................JA4128

PX154 .................................................................................................JA4130

PX155 .................................................................................................JA4131

PX156 .................................................................................................JA4132

PX157 .................................................................................................JA4133

PX163 .................................................................................................JA4134

PX164................................................................................................JA4138

PX165................................................................................................JA4142

PX167................................................................................................JA4145

PX177................................................................................................JA4147

PX182................................................................................................JA4154

PX200................................................................................................JA4156

PX218................................................................................................JA4158

PX225................................................................................................JA4196

PX227................................................................................................JA4199

PX230................................................................................................JA4200

PX236................................................................................................JA4201

PX238................................................................................................JA4203

PX265................................................................................................JA4206

PX279................................................................................................JA4209

PX287................................................................................................JA4212

PX288 (excerpts) ..............................................................................JA4214

PX299................................................................................................JA4382

PX300................................................................................................JA4389

PX302................................................................................................JA4390

PX312................................................................................................JA4412

PX316................................................................................................JA4413

PX319................................................................................................JA4432

PX324................................................................................................JA4449

**Volume VII**

Plaintiff's Trial Exhibits (cont.)

PX340 ................................................................................................JA4451

PX461 ................................................................................................JA4454

PX465 ................................................................................................JA4460

PX467 ................................................................................................JA4461

PX509 ................................................................................................JA4464

PX555 ................................................................................................JA4475

PX604 ................................................................................................JA4521

PX618 ................................................................................................JA4523

PX619 ................................................................................................JA4524

PX620 ................................................................................................JA4525

PX621 ................................................................................................JA4527

PX622 ................................................................................................JA4528

PX623 ................................................................................................JA4530

PX624 ................................................................................................JA4531

PX625 ................................................................................................JA4532

PX626 ................................................................................................JA4533

PX628 ................................................................................................JA4534

PX629 ................................................................................................JA4535

PX630 ................................................................................................JA4536

PX631 ................................................................................................JA4537

PX633 ................................................................................................JA4538

PX634 ................................................................................................JA4558

PX656 ................................................................................................JA4559

PX657 ................................................................................................JA4561

PX659 ................................................................................................JA4562

PX696 ................................................................................................JA4563

PX705 ................................................................................JA4564

PX720 ................................................................................JA4565

PX721 ................................................................................JA4566

PX722 ................................................................................JA4585

PX723 ................................................................................JA4586

PX741 ................................................................................JA4606

PX749 ................................................................................JA4607

PX755 ................................................................................JA4625

PX767 ................................................................................JA4627

Defendant's Trial Exhibits

DX2 ................................................................................JA4628

DX3 (excerpts) ................................................................JA4738

DX4 ................................................................................JA4888

DX5 ................................................................................JA4889

DX12 ................................................................................JA4936

DX13 ................................................................................JA4939

DX19 ................................................................................JA4978

DX24 ................................................................................JA5031

DX25 ................................................................................JA5044

DX26 ................................................................................JA5205

**Volume VIII**

Defendant's Trial Exhibits (cont.)

| | |
|---|---|
| DX27 | JA5244 |
| DX36 | JA5272 |
| DX39 | JA5346 |
| DX40 | JA5376 |
| DX41 | JA5462 |
| DX42 | JA5463 |
| DX44 | JA5479 |
| DX47 | JA5484 |
| DX53 | JA5508 |
| DX55 | JA5546 |
| DX56 | JA5596 |
| DX60 | JA5597 |
| DX76 | JA5598 |
| DX79 | JA5599 |
| DX80 | JA5600 |
| DX81 | JA5601 |
| DX82 | JA5602 |
| DX83 | JA5603 |
| DX84 | JA5611 |
| DX100 | JA5612 |
| DX103 | JA5615 |
| DX106 | JA5617 |
| DX109 | JA5620 |
| DX119 | JA5623 |
| DX133 | JA5633 |
| DX139 | JA5647 |

DX669 ..................................................................................................JA5684

DX670 ..................................................................................................JA5685

DX671 ..................................................................................................JA5686

DX672 ..................................................................................................JA5689

DX673 ..................................................................................................JA5690

DX674 ..................................................................................................JA5691

DX677 ..................................................................................................JA5692

DX678 ..................................................................................................JA5693

DX679 ..................................................................................................JA5694

DX680 ..................................................................................................JA5696

DX681 ..................................................................................................JA5697

DX683 ..................................................................................................JA5699

DX685 ..................................................................................................JA5701

DX686 ..................................................................................................JA5702

DX688 ..................................................................................................JA5706

DX692 ..................................................................................................JA5711

DX694 ..................................................................................................JA5720

DX695 ..................................................................................................JA5721

DX699 ..................................................................................................JA5722

DX702 ..................................................................................................JA5723

DX703 ..................................................................................................JA5725

DX704 ..................................................................................................JA5726

DX705 ..................................................................................................JA5728

DX706 ..................................................................................................JA5731

DX707 ..................................................................................................JA5732

DX708 ..................................................................................................JA5733

DX709 ..................................................................................................JA5734

DX711 ..................................................................................................JA5735

DX713 ................................................................................................JA5743

DX715 ................................................................................................JA5745

DX716 ................................................................................................JA5746

DX718 ................................................................................................JA5747

DX720 ................................................................................................JA5748

DX721 ................................................................................................JA5749

DX722 ................................................................................................JA5754

DX723 ................................................................................................JA5759

DX724 ................................................................................................JA5764

DX725 ................................................................................................JA5765

DX726 ................................................................................................JA5767

DX727 ................................................................................................JA5772

DX728 ................................................................................................JA5776

DX729 ................................................................................................JA5779

DX730 ................................................................................................JA5791

DX740 ................................................................................................JA5793

DX742 ................................................................................................JA5875

DX743 ................................................................................................JA5892

DX744 ................................................................................................JA5908

DX746 ................................................................................................JA5926

## Volume IX

Amici's Exhibits

AO4   ................................................................................................JA5927

AO6   ................................................................................................JA5978

AO17 ................................................................................................JA5979

AO28 ................................................................................................JA5980

AO31 ................................................................................................JA5981

Trial Demonstratives

Plaintiff's Demonstratives

PD20 .................................................................................JA5982

PD25 .................................................................................JA5983

PD27 .................................................................................JA5984

PD29 .................................................................................JA5985

PD31 .................................................................................JA5986

PD32 .................................................................................JA5987

PD33 .................................................................................JA5988

PD38 (excerpts) ................................................................JA5989

Defendant's Demonstratives

DD1 (excerpts) .................................................................JA6030

DD10 (excerpts) ...............................................................JA6032

DD10A ..............................................................................JA6156

DD10B ..............................................................................JA6157

DD12 .................................................................................JA6158




# THE CHRONICLE
## of Higher Education

**ADMISSIONS & STUDENT AID**

**TRIAL EXHIBIT**

**P340**

SFFA v. Harvard

# Affirmative-Action Foe Plans Campaigns Against 3 Universities

*By Eric Hoover* | APRIL 07, 2014

[*Updated (4/7/2014, 7:26 p.m.) with comment from North Carolina and Wisconsin.*]

The Project on Fair Representation, a nonprofit legal organization, is seeking plaintiffs for potential lawsuits challenging the race-conscious admissions policies at Harvard University, the University of North Carolina at Chapel Hill, and the University of Wisconsin at Madison. The organization announced the effort on Monday.

The project has created three nearly identical Web sites (HARVARDnotFair.org, UNCnotFair.org, and UWnotFair.org) that invite rejected applicants at each of the three institutions to contact the organization. The Harvard-specific site, for instance, asks, "Were you denied to Harvard? It may be because you're the wrong race."

In a news release, the organization said it believes that Harvard "is discriminating against Asian-American students by using a 'quota' or 'ceiling' to limit their admission to the university."

*The Chronicle* requested comment on Monday from the three universities. By late Monday, North Carolina and Wisconsin had responded with a defense of their policies.

Case: 19-2005   Document: 0011762193   Page: 14   Date Filed: 07/29/2020   Entry ID: 6356425

Since the U.S. Supreme Court's ambiguous ruling in *Fisher v. University of Texas at Austin* (No. 11-345) last June, colleges that consider applicants' race and ethnicity have reassessed their admissions policies, hoping to insulate them from legal challenges.

On the heels of the ruling, Edward Blum, director of the Project on Fair Representation, predicted "a wave of litigation against colleges." Now his organization—which provided legal counsel to Abigail Noel Fisher, the plaintiff in the Texas case—is poised to make more waves.

The organization is also encouraging anyone with "firsthand knowledge" of the use of race in admissions policies and practices at the three colleges "to come forward and speak up as well," the news release says.

## A Matchmaker

Mr. Blum, who is not a lawyer, has characterized himself as a matchmaker. He seeks plaintiffs to challenge policies, and then links them up with lawyers who are willing to represent them at little or no cost. Mr. Blum found Ms. Fisher, the daughter of an old friend, more than two years after he started his search (he had created a website similar to those that he unveiled on Monday). Ms. Fisher contends that Texas rejected her because she is white.

It was not immediately clear why Mr. Blum's organization had singled out Harvard, North Carolina, and Wisconsin. Each of the three websites makes the same assertion: "It is our belief that [the college] has not followed the Supreme Court's instructions and it is vulnerable to a lawsuit."

Mr. Blum said last year that he interpreted the *Fisher* ruling to mean colleges must first try out a race-neutral admissions policy before adopting a race-conscious one. But other legal experts have rejected that interpretation.

**JA4452**

In September, Catherine E. Lhamon, assistant secretary in the Education Department's Office for Civil Rights, said the *Fisher* ruling did not mean colleges must go so far as to adopt race-neutral alternatives before considering race-conscious policies. "They don't have to be tried and used first," she said.

In the *Fisher* case, North Carolina had submitted an amicus brief describing how Chapel Hill's admissions office had studied the potential effects of adopting a race-neutral plan. If the university had guaranteed admission to all students in the top tenth of their high-school class, the brief said, the number of nonwhite and underrepresented minority students would have risen slightly, yet other measures of academic quality, such as test scores and grade-point averages, would have fallen.

In its response on Monday, the university said it "stands by the statements in that amicus brief, as well as the legality and fairness of the current undergraduate admissions policy and process."

Paul M. DeLuca Jr., the provost at Madison, said in a written statement that the Wisconsin flagship had reviewed its holistic admissions policy in the wake of the *Fisher* decision and earlier Supreme Court rulings, and believes its approach "is appropriate and consistent with the law."

Copyright © 2017 The Chronicle of Higher Education

**JA4453**



TRIAL EXHIBIT

P461

SFFA v. Harvard



**HARVARD COLLEGE** | Office of Admissions and Financial Aid



April 19, 2012

Redacted:
PII/SPI

New York, NY 10022

Dear [Redacted: PII/SPI]

    President Faust has asked me to respond to your April 4 letter, in which you offer many thoughtful observations about Harvard College students and the results of the admissions process. We appreciate your efforts to help us continually to improve the quality of our student body, particularly through your support of the New York Harvard Club Scholarship Committee. As you know, we continue to depend on the Club's support of many kinds.

    Your comments on the importance of attracting a strong representation of students from Massachusetts resonates well in the Admissions Committee. We have worked hard—and successfully—at that goal. Currently over twelve percent of Harvard College students are Massachusetts residents. You might be interested to know that the Harvard Clubs of Boston and of Worcester have been active in helping us to recruit significant members of strong students through outreach of various forms and with scholarship support, as have our smaller local Harvard Clubs. Alumni efforts have made a huge positive contribution to our success not just locally but around the world. Although, as you note, Harvard is indeed a global institution, we have never forgotten our Cambridge and Boston roots, nor our aspirations, so well articulated at the 1936 tercentenary, to be America's University.

    Our ambition to educate future leaders has made Harvard appealing to the most talented and ambitious students across America. As a result the College has become more representative of the ethnic and economic diversity of the country and, the University believes, better positioned to make significant contributions to the country. We have been pleased by our graduates' success and their leadership in their communities and professions following college.

    I am personally delighted to learn of your great interest in our squash program. As you note, we have had a number of excellent players from abroad but most have been—and are today—from the US. Of this year's 21 men, 5 came from outside the US (one is from Canada), and the women's team of 15 includes three from outside the US (two are Canadian.) This has been another great year in squash, and we are optimistic about the future.

<div align="center">Continued</div>

Administrative Office 86 Brattle Street · Cambridge, Massachusetts 02138
Visitor Center Agassiz House · Radcliffe Yard · 5 James Street · Cambridge, Massachusetts 02138

CONFIDENTIAL

HARV00029940

Page 2
April 19, 2012

    All of us at Harvard appreciate your thoughtful letter, as well as your loyalty over the years. Congratulations on the seventieth anniversary of your graduation from the College.

        With best wishes,

                Yours sincerely,

                Marlyn E.McGrath
                Director of Admissions

Cc:    President Drew G. Faust

MEM/alb

CONFIDENTIAL

**JA4455**

HARV00029941

**.Balian, Andrea**

| | |
|---|---|
| **From:** | Partin, Rachel Katherine [rachel_partin@harvard.edu] |
| **Sent:** | Tuesday, April 17, 2012 3:14 PM |
| **To:** | McGrath, Marlyn |
| **Cc:** | Balian, Andrea |
| **Subject:** | Letter from Alumnus re Quotas |
| **Attachments:** | 12.04.06 [Reda] DGF Notification - Harvard should have predominantly U.S. Nationality students.pdf |

Hi Marlyn,

President Faust received the attached letter from an alumnus regarding admissions practices.  Given the nature of his suggestions, I was wondering if your office wouldn't mind responding on behalf of the president.  Let me know what you think.

Thanks!
Rachel

Rachel Partin
Office of the President
Harvard University
617.496.3716

1

Redacted:
PII/SPI

NEW YORK, N.Y. 10022

April 4, 2012

Mrs. Drew Gilpin Faust, President
Harvard University
Office of the President
Massachusetts Hall
Cambridge, MA 02138

**RECEIVED**

APR  6 2012

Dear Mrs. Faust:

      I graduated from Harvard with the class of 1942, some time ago. Incidentally, I have known your brother, [Redacted], a charming fellow whom I have not seen in about fifty years.

      The reason for my letter regards the makeup of Harvard's male undergraduates. When I attended the college there was only one dean dealing with admissions, namely Dean Gummere, of the approximately one thousand male freshmen. I would venture that about 750 of these were top notch individuals, both academically and otherwise. The remaining 250 were not of such high caliber. I remember sitting next to a fellow freshman in the Union dining hall the night I arrived at Cambridge and learning from him that he was attending Harvard, having been turned down by Brown. In those days, it was virtually impossible to be turned down by Brown and accepted by Harvard. It shows that Harvard was in need of some public relations which it got eventually in part from graduates who embarked on the local School Committees and projected Harvard to their local community including the local high schools.

      I was active also some years ago in the scholarship program and was chairman of the New York Harvard Club Scholarship Committee and increased the amount contributed by members of the Club from $5,000 a year to $50,000 a year, which made the Club the largest scholarship contributor next to the college itself. You will, accordingly, note that I maintain an interest in Harvard and have made an effort to increase the caliber of the undergraduates – no longer so necessary!

**JA4457**

HARV00029943

Mrs. Drew Gilpin Faust, President          -2-          April 4, 2012

The reason for my letter is to make comments with regard to the college's admissions policy. Since Harvard is located in Massachusetts, my strong feeling is that a reasonable number of students should necessarily come from Massachusetts. Harvard can consider itself a "global" institution but it is necessary to have strong ground roots and these ground roots, of course, are in the state in which the college is located, namely Massachusetts.

Another aspect of the admissions policy should, in my mind, be based on informal quotas. Other colleges I know have quotas. The quotas would include foreign students and the country of their origin. For example, I would limit the number of Japanese students to a certain percentage or number. I think it is also important to have a quota based on religious affiliation and skin color. None of this, of course, has to go beyond the confines of the dean's office.

The last time I was in Cambridge it seemed to me that there were a large number of oriental students, for example. I think they probably should be limited to 5% as should other criteria.

I know, in fact, that other colleges actually do have stated quotas and I see no reason that Harvard should not have private informal quotas.

For example, on the athletic front, it is of course a well-known fact that the president of Trinity College, a former advertising executive, upon becoming the head of Trinity, made a decision that in order for Trinity to achieve some national recognition to do this was through an athletic endeavor. He chose squash (the number of participants is small). He recruited and, I presume, paid the tuition of individual students from Pakistan, India, Egypt, etc. They constituted the entire squash team at Trinity and upended Harvard's proud tradition by winning 9-0 almost every year recently. There have not been any U.S. players on their squash teams – too bad. Harvard in turn has had a few foreign players on the squash team but, to its credit, has not gone out as Trinity has actively to acquire squash players from other countries. I feel strongly that participating on a college team adds a certain feature to the education at Harvard which would otherwise be lacking. I was the captain of the squash team and follow that sport. Clearly, it is a good idea to have local American students constitute as much of the team as possible and I have, in fact, suggested that foreign nationals constitute only one-third of the actual squash team. This gives the local boys a chance.

Basically, I think Harvard should have predominately U.S. nationality students.

I

CONFIDENTIAL

**JA4458**

HARV00029944

Mrs. Drew Gilpin Faust, President          -3-          April 4, 2012

I would appreciate hearing what you might think of my comments.

Sincerely yours,

Redacted:
PII/SPI

Redacted:
PII/SPI

CONFIDENTIAL

**JA4459**

HARV00029945

8/16/2018                                         Harvard Office of Institutional Research

 oir.harvard.edu



## Office of Institutional Research



**TRIAL EXHIBIT**

**P465**

SFFA v. Harvard



## Our Mission

To collect, synthesize, and analyze institutional data to fulfill mandatory reporting requirements and support University decision-making.

## Our Objectives

To offer accurate, timely, and digestible research, tailored to diverse audiences, with the goal of promoting informed decision-making and furthering the core missions of the University.

## Our Scope

- Primary source for major University facts and figures: Fact Book, Common Data Set, IPEDS, and other major reporting
- Support for key University-wide committees
- Systems analysis and information-sharing partnerships within Harvard and among peer institutions.
- Planning and policy analysis; evidence-based recommendations

## Our Audiences

*At Harvard*

- University Leadership in the Office of the President and Provost
- The Governing Boards
- Senior Leadership in the Schools
- Others, on a request-by-request basis

*Outside Harvard*

- Federal Government Agencies
- Peer Institutions and Consortia
- General Public

**JA4460**

HOME / THE LAWSUIT /

# Key Points



TRIAL EXHIBIT

P467

SFFA v. Harvard

## The law of the land, supported broadly

Harvard's lawful admissions policies consider many factors, including race, to evaluate each applicant as a whole person with the goal of seeking excellence, expanding opportunity, and bringing together profoundly different students to live with and learn from one another. The Supreme Court has consistently recognized that a class that is diverse on multiple dimensions, including on race, transforms the educational experience of students from every background and prepares graduates for an increasingly pluralistic world, and that an applicant's race can be considered as one of an array of factors in assessing the entirety of a student's application. There is broad support for those goals. In a recent Pew survey, 71% of Americans said efforts to embrace diverse student bodies were 'a good thing'. And two-thirds of Asian-Americans in a recent Gallup poll indicated support for consideration of race in admissions.

## A strong commitment to diversity

Harvard College directs extraordinary resources and staff to recruiting and admitting a student body that is diverse and high achieving, for example, investing deeply in financial aid to allow every admitted student to attend regardless of ability to pay.

## An extraordinary applicant pool

The large majority of the 40,000+ applicants to Harvard College are academically qualified, requiring the College to consider more than grades and test scores. In a recent admissions cycle (in which there are fewer than 2,000 available slots): more than 8,000 domestic applicants had perfect GPAs; over 3,400 applicants had perfect SAT math scores; and over 2,700 applicants had perfect SAT verbal scores.

## Increase in Asian-Americans

The percentage of Asian-Americans in Harvard College's admitted classes has grown significantly (by 27%) since 2010, and Asian-Americans comprise nearly 23% of the 2022 admitted class.

## Expert analysis supports Harvard

Professor David Card, a nationally recognized expert and economics professor at the University of California at Berkeley, comprehensively analyzed Harvard

JA4461

College's admissions database and concluded there was no discrimination against Asian-Americans.

## One person, one vote

Harvard admissions officers evaluate each applicant individually and assign ratings on a variety of metrics, such as academic qualifications, personal attributes, extracurricular activities, and athletic activities based on a whole person review. Admissions decisions are made by a simple majority vote, and each member of Harvard's diverse 40-person admissions committee has one vote.

## Race-neutral means less diverse

After studying more than a dozen race-neutral alternatives, a Harvard committee found that none of these practices "could promote Harvard's diversity-related educational objectives as well as Harvard's ... admissions program while also maintaining the standards of excellence that Harvard seeks in its student body."

## Office of Institutional Research documents: A preliminary and incomplete analysis

The OIR documents represent a preliminary and incomplete analysis OIR was conducting without the benefit of the full admissions database or a full understanding of the admissions process. The OIR documents themselves directly acknowledge various missing data and aspects of the admissions process that are not taken into account, and the OIR staff have confirmed that the work was preliminary and incomplete. This work was not part of any "internal investigation," and none of the documents cited in the summary judgment papers was created at the request of Harvard's Office of the General Counsel. Again, SFFA attempts to distort and mislead in its suggestions that the analysis showed discrimination or was somehow improperly stopped. As Dr. Card's analysis shows, when all the data and information are included and analyzed, no evidence of discrimination exists.

## Personal rating

The personal rating reflects a wide range of valuable information in the application, such as an applicant's personal essays, responses to short answer questions, recommendations from teachers and guidance counselors, alumni interview reports, staff interviews, and any additional letters or information provided by the applicant. Harvard uses this information to understand the applicant's full life story, for example, where the student grew up, what opportunities or challenges they faced in their families, communities, and secondary school, and what impact they might have both here at Harvard and after they graduate, as citizens and citizen-leaders of our society.

**JA4462**

Alumni interviewer and admissions officer personal ratings, although similar in name, vary widely because they are based on different information. Thousands of Harvard alumni perform an extremely valuable service as volunteers interviewing applicants to Harvard College from their communities. The alumni interviewer personal rating reflects what the interviewer has learned about the applicant during the interview, while the admissions officer rating considers the full range of information in the application (listed above). Any alumni interviewer also sees only a tiny percentage of the applicants in the pool. They evaluate these applicants in comparison to those few other applicants they have interviewed, while the admissions committee has before it a much fuller range of the talented applicants Harvard is fortunate enough to attract.

## A faulty statistical model

Mr. Blum's case hinges on a statistical model that deliberately ignores essential factors, such as personal essay or teacher recommendations, and omits entire swaths of the applicant pool (such as recruited athletes or applicants whose parents attended Harvard) to achieve a deliberate and pre-assumed outcome. Months of investigation failed to produce any documentary or testimonial support for SFFA's accusation that Harvard intentionally seeks to limit the number of Asian-Americans or discriminates against them. To the contrary, the evidence forcefully demonstrates that Harvard values the diversity and myriad contributions that Asian-American students—like students of all other backgrounds— bring to its campus, and that Harvard seeks and succeeds in recruiting and enrolling exceptional Asian-American students as well as students of all other backgrounds.

## An obligation to protect applicant privacy

Harvard, like every college and university across this country, has an obligation to protect the extensive personal information applicants entrust to us in the admissions process. Sensitive student information has been produced in this litigation, and while names and directly identifying information have been redacted, other information remains that could lead to outside parties identifying specific students. Not one page of 100,000 pages of internal Harvard documents reflects any systematic effort to discriminate against Asian-Americans. In seeking to protect the confidentiality of a small fraction of these 100,000 pages of documents, Harvard also shares the reasonable expectation of our alumni that their private correspondence with the University should remain private, rather than be used by SFFA to drive sensational headlines that seek to distract from the complete lack of actual evidence supporting their claims.

## JA4463



TRIAL EXHIBIT

**P509**

SFFA v. Harvard



## HARVARD UNIVERSITY
### Office of the General Counsel

Heather M. Quay
*University Attorney*

heather_quay@harvard.edu

Holyoke Center, Suite 980
1350 Massachusetts Avenue
Cambridge, Massachusetts 02138-3834

t.617.495.1434
f.617.495.5079

February 2, 2012

Ms. Nicole Merhill
Office for Civil Rights
U.S. Department of Education, Region I
5 Post Office Square
8th Floor
Boston, MA 02109

Re:    Complaint No. 01-11-2078

Dear Ms. Merhill:

Thank you again for your courtesy in allowing me extra time to prepare the response of President and Fellows of Harvard College ("Harvard") to the above-referenced complaint.

According to [Redacted: PII/SPI] letter dated January 11, 2012, the Complainants allege that Harvard denied their son admission to Harvard College on the basis of his national origin. Specifically, they allege that Harvard set a limit on the number of Asian American students admitted to the University and applied a higher standard to their son's application than it did to applications submitted by White Americans. Although [Redacted] [Redacted:] letter does not name the Complainants, they have identified themselves to Harvard in a separate letter to William R. Fitzsimmons, Dean of Admissions and Financial Aid for Harvard College, alerting him that their complaint to OCR was accepted. This letter, dated January 13, 2012, is the latest in a series of letters between the Complainants and Harvard, all of which are attached as part of this submission. Thus, because the Complainants, who are the parents of [Redacted: PII/SPI], have made their identity known to Harvard, this response will in part address specifically the context and reasons for Harvard's decision on [Redacted: PII/SPI] application. As the following narrative and attached materials amply demonstrate, Harvard did not discriminate against [Redacted: PII/SPI] in any way.

**JA4464**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Ms. Nicole Merhill
February 2, 2012
Page 2

As has been explained to the Complainants, admission to Harvard College is highly competitive. In 2010-2011, the College received almost 35,000 applications for the roughly 1660 possible places for newly entering freshmen.[1] Just over six percent of the applicants were admitted. (Because some students choose not to attend the College, the number of admitted students is somewhat larger than the number of spots available.)

In no way did Harvard subject [Redacted: PII/SPI] to different treatment in the admissions process on the basis of national origin, as the complaint alleges. As you know, OCR has in the past conducted an extensive compliance review of Harvard College's admission process, particularly with respect to Asian American applicants (OCR Compliance Review 01-88-6009). As OCR reported to Harvard at the end of that review: "We found no evidence of the existence or use of quotas, nor did we find that Asian Americans were treated differently than white applicants in the implementation of the admissions process." *See* October 4, 1990 letter from Thomas J. Hibino to Derek Bok, enclosed as Attachment A. The information that OCR gathered during the course of that compliance review (and in subsequent cases) regarding Harvard College's criteria for admission, its use of race as a factor in admissions decisions, and its general policies and procedures for selecting students for admission to its undergraduate program is still accurate today. The only difference, as noted above, is in the dramatically increased numbers of applicants, which has made the competition for places in each undergraduate class even more fierce.

The Office of Admissions estimates that approximately 85% of its applicants are academically qualified for admission -- that is, 85% of those who apply would likely be able to handle the academic work. *See* the Office of Admissions 2011-2012 Interviewer Handbook, enclosed as Attachment B, page 10. But given that the College can only admit approximately 6% of its applicants, it is clear that academic qualifications are necessary but not sufficient to obtain an offer of admission. Like other highly competitive colleges and universities, Harvard admits only those applicants who present truly exceptional records of academic, extracurricular, and personal accomplishments. Harvard considered [Redacted: PII/SPI] application in accordance with its standard admissions process. While his application demonstrated that he is an intelligent and well-rounded young man, ultimately the College determined that other candidates presented stronger qualifications for admission. In short, the College felt that his application, while within the pool of applicants who met the fundamental requirements, ultimately did not display any particular areas of excellence that set him apart from the many thousands of other qualified applicants.

I have responded separately below to the individual items listed in the Data Request attached to [Redacted: PII/SPI] letter.

---

[1] When returning students are included, the freshman class size is approximately 1685.

**JA4465**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    HARV00018453

Ms. Nicole Merhill
February 2, 2012
Page 3

1. ***The name, title, business address, email address and telephone number (including fax number) of: (a) The University's contact person for this complaint; and (b) The person authorized to resolve this complaint.***

Please consider me the University's contact person for this complaint. My contact information is as follows:

Heather Quay
University Attorney
Harvard University
Office of the General Counsel
1350 Massachusetts Avenue, Suite 980
Cambridge, MA 02138
Email: heather_quay@harvard.edu
Telephone: (617) 495-1280
Fax: (617) 495-5079

The person authorized to resolve this complaint is:

William R. Fitzsimmons
Harvard College
Dean of Admissions and Financial Aid
86 Brattle Street
Cambridge, MA 02138
Email: wrf@fas.harvard.edu  Telephone: (617) 495-1551
Fax: (617) 495-8321

2. ***A complete description of the University's admissions policies and procedures for applicants to the University's class of 2015.***

The hallmark of Harvard College's admissions process is that it is highly individualized, flexible, and holistic. Members of the Admissions Committee carefully review each application, giving serious consideration both to the student's potential to achieve academic excellence and to contribute to a diverse educational environment. As the Office of Admissions website advises potential applicants: "There is no formula for gaining admission to Harvard. Students with vastly different credentials come from thousands of secondary schools across the country and around the world. What unifies our students are the talents they bring to Harvard and the passion to explore its vast resources." http://www.admissions.college.harvard.edu/apply/index.html

**JA4466**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    HARV00018454

Ms. Nicole Merhill
February 2, 2012
Page 4

In a section entitled "What We Seek," the website continues:

> Applicants can distinguish themselves for admission in a number of ways.
> Some show unusual academic promise through experience or
> achievements in study or research. Many are "well rounded" and have
> contributed in various ways to the lives of their schools or communities.
> Others are "well lopsided" with demonstrated excellence in a particular
> endeavor—academic, extracurricular or otherwise. Still others bring
> perspectives formed by unusual personal circumstances or experiences.
>
> Academic accomplishment in high school is important, but we also seek
> people with enthusiasm, creativity and strength of character.
>
> Most admitted students rank in the top 10–15 percent of their graduating
> classes, having taken the most rigorous secondary school curriculum
> available to them.

http://www.admissions.college.harvard.edu/apply/index.html

Further information about the College's application process, as well as a set of detailed
"Frequently Asked Questions" for high school students considering Harvard can also be
found on the Office of Admissions website.  Among other things, these materials reiterate
in a number of ways both the holistic nature of the application review and the fact that the
Admissions Committee does not use quotas of any kind.

http://www.admissions.college.harvard.edu/index.html
http://www.admissions.college.harvard.edu/apply/faq.html

Notably, the internal guidance documents created by the Office of Admissions for its
committee members and others who participate in the admissions process, such as alumni
interviewers, are entirely consistent with the materials it makes publicly available.  I have
attached the following for your review:

- *The Harvard College Office of Admissions 2011-2012 Interviewer Handbook*
  (Attachment B);
- *The Harvard College Office of Admissions 2011-2012 Schools Committee
  Chairperson Handbook* (Attachment C);
- *The 2011-2012 Standing Committee on Admissions and Financial Aid in
  Harvard College Information Sheet* (Attachment D); and
- *Reading Procedures, Class of 2016* (Attachment E).[2]

---

[2] I have provided the current iteration of this document, which is virtually identical to the previous years'
version.

**JA4467**

 HARV00018455

Ms. Nicole Merhill
February 2, 2012
Page 5

The 2011-2012 Interviewer Handbook, enclosed as Attachment B, has a section entitled
"Admissions Standards," a large portion of which is devoted to an explanation of the
College's "Search for 'Distinguishing Excellences'" – a narrative description of the very
individualized approach Admissions Committee members take as they "scrutinize"
applications not just for indications of academic excellence, but in an attempt to discern
applicants' "intellectual imagination, strength of character and... ability to exercise good
judgment." Given the extraordinary strength of the pool, the salient question posed by
the Committee in considering an individual candidate is: "What makes him or her
distinctive?" The Committee has identified a number of broad factors, or "distinguishing
excellences" that, when considering a group already winnowed to those with a "high
level of merit," might help to positively "tip" a candidate. These are: (1) outstanding and
unusual intellectual ability; (2) unusually appealing personal qualities; (3) outstanding
capacity for leadership; (4) creative ability; (5) athletic ability; (6) Harvard and Radcliffe
parentage; and (7) geographic, ethnic and economic factors. With respect to the last
factor, the Committee quotes former Harvard President Neil Rudenstine, who described
diversity as essential to the life of an academic community: "It is the substance from
which much human learning, understanding, and wisdom derive. It offers one of the
most powerful ways of creating the intellectual energy and robustness that lead to greater
knowledge, as well as the tolerance and mutual respect that are so essential to the
maintenance of our civil society." Finally, the Committee notes that it must proceed with
"care, discretion and humility" in making these admittedly subjective judgments,
appreciating that "no one can predict with certainty what an individual will accomplish
during college or beyond." *See* Attachment B, pages 9-11.

Harvard considered [ Redacted: PII/SPI ] application in accordance with its standard
admissions process, in which each applicant's folder receives extensive individual
evaluation. The first reader is generally an "area" admissions officer, who is a staff
member assigned to a particular geographic area of the country. In some cases,
applications also may be sent to a second reader for further assessment.

The readers rate applicants on a scale of one to four (with one being the highest and four
the lowest) in four categories: academic achievement, extracurricular activities, athletics,
and personal qualities. There are no numerical equivalents or formulas in the rating
system. The academic rating, for example, is derived from a subjective assessment of a
number of factors, including test scores, class rank, teacher recommendations, and
responses to questions on the application. An applicant with perfect 800 SAT scores
could be rated as a one, two or even a three academically based on teacher reports and
other academic information. The reader also gives each applicant a preliminary overall
rating (POR) that reflects the reader's judgment as to the applicant's likelihood of
admission based on the applicant's other ratings and the reader's sense of the relative
strength of the application.

**JA4468**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        HARV00018456

Ms. Nicole Merhill
February 2, 2012
Page 6

After folders have been read, they are considered by a subcommittee. The
subcommittees generally consist of four to eight people, including area admissions
officers, and, as Chair, a senior member of the admissions office staff. Subcommittees
are formed around geographical areas (called "dockets") so that staff members come to
know the schools, guidance counselors, and special characteristics of the region. At the
subcommittee meeting, all members of the subcommittee have a summary of the readers'
evaluations, while the first reader has the entire folder present for reference as needed.
The subcommittee makes a recommendation, which is then considered at a full meeting
of the Admissions Committee. The Admissions Committee, which consists of 38 people,
including all admissions officers and other high level administrators of the College,[3]
reviews all subcommittee recommendations and votes on final outcomes.

In accordance with these procedures, [Redacted: PII/SPI] application was read
carefully by the admissions officer responsible for his area. The subcommittee then
considered it along with the applications of other candidates in the "C Docket," which
includes southern California (specifically the Greater Los Angeles area), Hawaii, and
Guam and other U.S. possessions. The final decision not to admit [Redacted: PII/SPI]
was taken by the full Admissions Committee by the standard majority vote process.

3. *Statistical information regarding the number of non-minority, Indian American
   and Asian American applicants, from each group, that applied for admission to the
   University's class of 2015, and the respective number of applicants from each
   group that was admitted or waitlisted.*

Attached are a number of spreadsheets that provide the information you have requested,
as described and summarized below:

- Enclosed as Attachment F is a chart labeled "Class of 2015 – Overall" that
  provides the applicant data that you have requested. Please note that this chart
  provides statistical information only for those applicants who chose to self-
  identify as Asian Americans (both as a whole and according to the specific
  designations provided by the applicants) and for those who chose to self-identify
  as White Americans. It does not include statistical information for any other
  demographic group. As noted earlier, the overall admit rate is 6.3%.

- Enclosed as Attachment G is a chart labeled "Class of 2015 – C Docket" that
  provides the applicant data that you have requested for the docket in which [Redacted]

---

[3] A Faculty committee, the Standing Committee on Admissions and Financial Aid for Harvard College,
meets several times a year to discuss broad topics relating to Admissions policy. In addition, these faculty
members may be asked to serve as expert readers when a particular applicant has expressed an interest that
relates to their academic discipline. If they wish, they may attend and vote at subcommittee or full
committee meetings, but in practice do so only rarely.

**JA4469**

HARV00018457

Ms. Nicole Merhill
February 2, 2012
Page 7

Redacted: PII/SPI | application initially was considered. Again, this chart provides statistical information only for applicants who chose to self-identify as Asian Americans and White Americans, and not for any other demographic group. Although Harvard does not impose any kind of quotas – either by docket or any other measure – it nonetheless may be useful for you to consider the allegation that has been made within the general context of the relevant docket subcommittee's work, given that [Redacted: PII/SPI] parents claim that his application was considered less favorably than those submitted by White American applicants. Of particular note is the fact that the overall admit rate for this group is 5.6%, which is equal to the admit rate for candidates who self-identify as Asian American (also 5.6%), and *higher* than the admit rate for candidates who self-identify as White American (5.1%).

- Enclosed as Attachment H is a chart labeled "Class of 2015 – NLNA Overall." Again limited as described above to data for self-identified Asian Americans and White Americans, this chart shows the applicant numbers and admissions rates for "Non Legacy/Non-Athlete" candidates – in other words, for those applicants who would not be eligible for a "tip" either because one of their parents went to Harvard or Radcliffe or because of their exceptional athletic ability. These data show that, consistent with OCR's previous findings about Harvard's admissions practices, once applicant data is limited to "Non Legacy/Non-Athlete" candidates, the admit rates between Asian Americans and White Americans are far closer. Further, as you know, at the conclusion of its prior compliance review, OCR specifically found that "the reasons or goals provided by Harvard for giving preferences to children of alumni and recruited athletes are legitimate institutional goals, and not a pretext for discrimination against Asian Americans." *See* October 4, 1990 OCR letter, enclosed as Attachment A. For the "NLNA" group, the overall admit rate is 5.4%.

- Enclosed as Attachment I is a chart labeled "Class of 2015 – NLNA C Docket." These data show that the overall admit rate for the "Non Legacy/Non-Athlete" applicants in the C Docket is 5.1%, *lower* than the admit rate for candidates in that group who self-identify as Asian American (5.3%), and *higher* than the admit rate for candidates in that group who self-identify as White American (4.1%).

4. *The names and titles of all individuals involved in the class of 2015 admissions process regarding applicants who attended [Redacted: PII/SPI] [Redacted: PII/SPI] Pacific Palisades, California 90272, during the 2010-2011 school year. For each individual identified, please also provide: (a) The number of years each individual has been involved in the admissions process; (b) A description of the role each individual has in the admissions process (e.g., reader, subcommittee*

**JA4470**

Ms. Nicole Merhill
February 2, 2012
Page 8

*member, full committee member, etc.); (c) The credentials of each member; and (d) The individual's race, color and national origin.*

Enclosed as Attachment J is a chart providing the information about the Admissions Committee that you have requested. The initial reader for all applications from the [Redacted: PII/SPI] was Danielle Early. In addition to Ms. Early, the members of the subcommittee with responsibility for the C Docket were: Precious Eboigbe, Nathalie Galindo, Lucerito Ortiz, Elizabeth Pabst, and Sarah Donahue (Chair). As noted above, the full Admissions Committee reviews and votes on all subcommittee recommendations.

5. *A copy of the complete application files for all applicants to the University's class of 2015 who attended* [Redacted: PII/SPI] *during the 2010-2011 school year.*

As we have discussed, Harvard will make all necessary arrangements for you to review the files you have requested at a time and place that is convenient for you. We will not provide copies of these files, which are highly personal to the applicants, and in which the applicants have a strong expectation of privacy, in light of our concern that these files might be requested subsequently under the Freedom of Information Act.

However, because the Complainants allege that Harvard engaged in unlawful discrimination in deciding not to extend an offer of admission to [Redacted: PII/SPI], a more full discussion of the way in which the Admissions Committee made that determination is appropriate. In short, as stated above, Harvard denied [Redacted: PII/SPI] application because, viewed as a whole, it did not exhibit areas of excellence distinctive enough to set him apart from the many thousands of students who applied.

As Dean Fitzsimmons explained to [Redacted: PII/SPI] father last July, approximately 48 percent of the 2010-2011 applicant pool presented SAT I scores totaling 1400 or higher. Nearly 4,175 scored a perfect 800 on the SAT Mathematics test and over 3,050 recorded an 800 Verbal SAT. As has been the case for many years, the number of applicants who were valedictorians of their high schools (3,598) was more than twice the number of places in the freshman class. Further, 52% of the applicant pool was in the top ten percent of their respective high school classes.

[Redacted: PII/SPI] file was read and evaluated by Danielle Early, Admissions Officer and Director of Internet Communications. Ms. Early, who served on the Admissions Committee for five years, was responsible for the initial evaluation of applicants from [Redacted: PII/SPI] geographic area, the "C Docket," which includes southern California (specifically the Greater Los Angeles area), Hawaii, and Guam and other U.S.

**JA4471**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00018459

Ms. Nicole Merhill
February 2, 2012
Page 9

possessions.  As described above, readers rate applicants on a scale of one to four (with one being the highest and four the lowest) in four categories: academic achievement, extracurricular activities, athletics, and personal qualities.[4]  Ms. Early recognized ▢Red ▢ Redacted: PII/SPI ▢ strong academic record, giving him a rating of "2" in that category. This rating indicates "Magna potential: Excellent student with superb grades and mid- to high-700 scores."  *See* Attachment E, at page 5 for Harvard's coding guidelines.  The median academic rating for admitted students in his applicant pool also was "2."  *See* "Class of 2015 – Admits, Median Ratings," enclosed as Attachment K.

However, the Admissions Committee also looks for candidates who have distinguished themselves from the many other academically talented candidates by demonstrating excellence outside of the classroom.  Although ▢Redacted: PII/SPI▢ was involved in a number of extracurricular activities and played a sport, his accomplishments did not rise to the level of excellence displayed by other candidates.  In each of the remaining three categories, ▢Redacted: PII/SPI▢ only received a rating of "3," which translates to: "Solid participation but without special distinction" (extracurricular activities); "Active participation" (athletics); and "Generally positive" (personal qualities).  *See* Attachment E, at page 6.  In contrast, the median extracurricular, athletic, and personal ratings for admitted students were "2", "3", and "2" respectively.  *See* Attachment K.  A rating of "2" in extracurricular activities is defined as "Strong secondary school contribution in one or more areas such as class president, newspaper editor, etc.  Local or regional recognition; major accomplishment(s)."  A rating of "2" in personal qualities is defined as "Very strong."  *See* Attachment E, at page 6.

Further, while ▢Redacted: PII/SPI▢ letters of recommendation were positive, they were not notably more positive than those of many other applicants.  His teacher recommendations were coded as "2" and "3+" and his guidance counselor support was coded as "2-."  A rating of "2" translates to: "Very strong support.  'One of the best' or 'the best this year," while a rating of "3" translates to "Above average positive support." *See* Attachment E, at page 6.  The median ratings for admitted students were "2," "2" and "2."  *See* Attachment K. ▢Redacted: PII/SPI▢ also received an overall rating of "3+" from the alumnus who conducted his personal interview.  The interviewer noted: "as strong as he is across many areas, I'm not sure there is any one thing that gives him a decided edge among our highly competitive group of applicants."

On balance, after a careful and individualized evaluation and consideration of all of the information presented by ▢Redacted: PII/SPI▢ the reader did not feel that he was one of the candidates who stood out above the rest.  On the back of the summary sheet for ▢Re dac▢ ▢Redacted: PII/SPI▢ Ms. Early noted his academic strengths but commented generally that she was "not sure what would keep him in the class."  Consequently, she gave him a

---

[4]  The "personal" category takes into account the applicant's letters of recommendation, essays, interview, and other personal data.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                      HARV00018460

Ms. Nicole Merhill
February 2, 2012
Page 10

preliminary overall rating of "3," reflecting the opinion that he was a "Solid contender:
An applicant with good credentials and support."  In contrast, the median POR for all
admitted applicants in 2011 was "2," defined as "Strong credentials but not quite tops."
*See* Attachment E, at page 5; Attachment K.

**6.  *A copy of the application(s), including all supplemental forms for admission for the class of 2015.  Please also indicate the number of years the University has used the particular application(s) and/or forms.***

Harvard accepts both the Common Application and the Universal College Application,
and also requires applicants to submit an Application Supplement unique to Harvard.  A
copy of the *Application to Harvard College for Fall 2011 Entrance* is enclosed as
Attachment L.  This includes information for applicants, the Common Application,
Harvard's Application Supplement, and teacher and school report and evaluation forms.

**7.  *Any other information including documentation that the University believes may be helpful in OCR's understanding of the allegation presented in this complaint.***

As noted above, the Complainants corresponded with the Office of Admissions
throughout the summer.  A copy of this correspondence is enclosed, in chronological
order, as Attachment M.

### *Conclusion*

As you know, Harvard College's general policies and practices on admissions have been
extensively reviewed in the past by OCR, and have been found to meet the requirements
of the law.  Every student is evaluated as an individual and no quotas of any kind – either
to exclude or to include – exist.  While an overwhelming number of applicants could
handle Harvard's academically rigorous undergraduate program, the Admissions
Committee engages in a flexible and highly individualized review of all applicants,
attempting to select students whose achievements and personal qualities make them most
likely to contribute to and benefit from Harvard's multi-faceted educational environment.

In closing, I reiterate that the undergraduate admissions process at Harvard is
extraordinarily competitive and highly selective.  In 2010-2011 Harvard was able to offer
admission to only 6.3% of its nearly 35,000 applicants, which necessarily meant that the
Admissions Committee had to make a series of difficult choices and turn away thousands
of qualified applicants.  All things considered, the Admissions Committee determined
that [ Redacted: PII/SPI ] application simply was not as compelling as those of other

**JA4473**

Ms. Nicole Merhill
February 2, 2012
Page 11

candidates who applied.  In light of those circumstances, and given the absence of any evidence of discrimination, the Complainants' charge should be dismissed.

Please do not hesitate to contact me if you have any questions or would like additional information.

Very truly yours,

Heather M. Quay

cc:     William R. Fitzsimmons, Harvard College Dean of Admissions and Financial Aid
        Marlyn E. McGrath, Harvard College Director of Admissions

**JA4474**

TRIAL EXHIBIT
exhibitsticker.com
P555
SFFA v. Harvard

BACKGROUND

During the past few years, there has been growing concern within the Asian American community over the possibility of discrimination in the selection of applicants for admission by some of the most prestigious colleges and universities in the country. As articulated in numerous media reports and journal articles, the basic thrust of the concern has been that, despite superior academic credentials in terms of high school performance and standardized test scores, Asian Americans have been admitted to selective schools at a rate lower than white applicants and other minority group applicants. Charges that schools are setting quotas to limit the number of Asian American students admitted in the face of their growing numbers of applicants, have been leveled by community leaders and reported in the media. Although administrators at most private, selective universities deny discriminatory practices or the use of quotas, at least two, Brown and Stanford, formed committees to review their own policies and practices. Brown concluded that there was evidence of discrimination in their admissions process which adversely affected Asian American applicants. At Stanford, a committee found that they could not completely explain why Asian Americans were admitted at a lower rate than white applicants, although they found no evidence of conscious bias or implicit quotas.

While the possibility of discriminatory admissions practices continues to be debated, there is general consensus that, since the mid-1970s, the number of Asian Americans applying to colleges and universities has nearly doubled. Further, it is recognized that Asian Americans collectively represent a highly qualified group of applicants; in some areas such as Scholastic Aptitude Test (SAT) Math, Asian American students score higher than white students.

At Harvard, interest in the admission of Asian American students dates back to the mid-1970s, when Asian American and other minority groups sought to increase the recruitment and admission of minority applicants. A major objective of the Harvard Asian American student group then was to be recognized by Harvard as a minority group, and included in the affirmative action programs of the Admissions Office. By 1983, student concerns included their belief that stereotypes of Asian Americans held by Admissions Officers contributed to the low percentage of applicants admitted, a rate below that for all other ethnic groups, including whites. A further concern was the small number of Asian Americans from disadvantaged backgrounds who were admitted.

In the Spring 1987 issue of <u>The Public Interest</u>, Bunzel and Au suggested, based primarily on their review of published SAT scores, that the lower Asian American admission rate at institutions including Harvard could not be explained by a less qualified Asian American applicant pool. Further, they asserted that there was insufficient evidence that Asian American applicants scored lower on other criteria, such as extracurricular activities and other non-academic areas, which might account

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

for the lower admission rate. Similarly, they were not persuaded that special consideration given to certain groups of applicants, such as geographical preferences, children of alumni or faculty, or minorities sought through affirmative action programs, fully explained the disparity between white and Asian American admit rates.

In January 1988, Harvard, through the Dean of Admissions and Financial Aid, issued a "Statement on Asian American Admissions at Harvard-Radcliffe" which, in part, responded to concerns raised about "under-representation" of Asian Americans at Harvard and rumors of quotas. In light of the vigorous efforts to recruit Asian Americans, and the new record set each year of the last decade in the number of Asian American students admitted, Harvard felt that claims that the school might be limiting Asian American opportunities were unfounded. The difference in admission rates for Asian Americans and whites, about 3.7% (13.3% vs. 17.0%) over a 10 year period, including the Classes of 1982 through 1991, was explained as follows:

> While Asian Americans are slightly stronger than whites on academic criteria, they are slightly less strong on extracurricular criteria. In addition, there are very few Asian Americans in our applicant pool who are alumni/ae children or prospective varsity athletes. When all these factors are taken into account, the difference in admission rates for the two groups disappears. Those with comparable extracurricular and athletic credentials are admitted at the same rates. This is also true for Asian American alumni/ae children.

The issue of possible discrimination against Asian American applicants to selective colleges and universities came to the attention of the Office for Civil Rights (OCR) from a number of sources, including various individuals and Asian American organizations, the multitude of media reports, and articles contained in scholarly journals. In addition, specific concerns about the undergraduate admissions program at Harvard were raised directly to the Department of Education (Department) and to OCR. Consequently, OCR decided to initiate a compliance review to determine whether Harvard was complying with Title VI of the Civil Rights Act of 1964, which prohibits discrimination on the bases of race and national origin by institutions receiving Departmental funds.

In this review OCR first sought to determine whether Asian Americans were admitted to Harvard at a significantly lower rate than whites. If true, we would then seek to explain why the disparity existed, and whether any explanations, or the admissions process itself, indicated discrimination against Asian Americans, in violation of Title VI. Included in our review was an examination of the alleged quota issue, and also the general treatment of Asian Americans in the admissions process.

**JA4476**

LEGAL AND INVESTIGATIVE APPROACH

The regulation implementing Title VI at 34 C.F.R. Sections 100.3 (a) and (b)(2) proscribes:

(a)     General. No person in the United States shall on the ground of race, color, or national origin be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination under any program to which this part applies.

(b)(2)  Specific discriminatory actions prohibited.

A recipient, in determining the . . . class of individuals to whom, or the situations in which. . . . services, financial aid, other benefits, or facilities will be provided . . . or the class of individuals to be afforded an opportunity to participate in any such program, may not, directly or through contractual or other arrangements, utilize criteria or methods of administration which have the effect of subjecting individuals to discrimination because of their race, color or national origin, or have the effect of defeating or substantially impairing accomplishment of the objectives of the program as respect individuals of a particular race, color, or national origin.

To assess compliance with 34 C.F.R. 100.3 (a), OCR sought to determine whether Harvard treated Asian American students differently from non-minority (white) students in its admissions process for Harvard-Radcliffe's undergraduate program. First, we established that Asian American applicants were admitted at a significantly lower rate than white applicants. Next, we tried to ascertain whether this lower admit rate was the result of intentional discrimination. Towards this end, we reviewed Harvard's undergraduate admissions policies and procedures, as described through written documents and interviews, to understand the methods and criteria used to select applicants for an entering class, including any major policy or procedural changes over a ten year period of review affecting the Classes of 1983 through 1992. Specifically, we looked for any differences in the established procedures for the evaluation of Asian American applicants in comparison to white applicants.

In addition, OCR considered whether the admissions process was applied in the same manner to Asian American students and white students. Through interviews and review of applicant files, we assessed the implementation of the admissions process, including staff (reader) ratings, preference categories, and committee deliberations. Different treatment could be established, for example, if Admissions staff gave lower ratings to Asian American than white applicants with similar records or achievements.

**JA4477**

In addition to investigating whether Harvard applied its procedures in the same manner to white and Asian American applicants, OCR sought to determine, under 34 C.F.R. 100.3 (b), whether there were one or more criteria or factors which had a disparate effect on Asian Americans. OCR reviewed the results of the overall admissions process by conducting various statistical analyses on admit rates and related factors. Analyses were conducted to try to determine any criteria or factors which accounted for the disparity in Asian American and white admit rates. The lower rate might be explained, for example, if Asian American applicants as a group were less qualified than white applicants, or if the use of neutral criteria, such as non-academic accomplishments, had an adverse impact on Asian Americans. For each procedure, criterion, or factor which OCR determined accounted for the lower admit rate for Asian Americans, OCR investigated whether it could be justified in terms of institutional goals or legitimate educational purposes, or whether it was a pretext for discrimination.

## INITIAL ANALYSIS

We began by examining ten years of summary data provided by Harvard for the Classes of 1983 to 1992, which identified Asian American and white applicants and admits (applicants who were offered admission.) As shown in Table 1 below, in each of the last seven years, Asian Americans were admitted at a statistically significant lower rate, utilizing a z test. Statistical significance is shown where the p value is smaller than .05.

### TABLE 1

#### NUMBER OF APPLICANTS, NUMBER OF ADMITTED, AND PERCENT ADMITTED
#### (ASIAN AMERICAN AND WHITE, CLASSES OF 1983 THROUGH 1992)

| | Asian American | | | White | | | Significance | |
|---|---|---|---|---|---|---|---|---|
| Class | Number of Applicants | Number Admitted | Percent | Number of Applicants | Number Admitted | Percent | z | p |
| 1992 | 2,263 | 291 | 12.9% | 9,157 | 1,453 | 15.9% | 3.55 | 0.0006 |
| 1991 | 2,168 | 267 | 12.3% | 9,270 | 1,474 | 15.9% | 4.20 | 0.0001 |
| 1990 | 2,054 | 232 | 11.3% | 9,196 | 1,623 | 17.6% | 6.96 | 0.0001 |
| 1989 | 1,731 | 220 | 12.7% | 9,561 | 1,596 | 16.7% | 4.17 | 0.0001 |
| 1988 | 1,605 | 204 | 12.7% | 9,219 | 1,629 | 17.7% | 4.93 | 0.0001 |
| 1987 | 1,391 | 199 | 14.3% | 8,855 | 1,707 | 19.3% | 4.45 | 0.0001 |
| 1986 | 1,351 | 180 | 13.3% | 9,715 | 1,755 | 18.1% | 4.35 | 0.0001 |
| 1985 | 1,161 | 167 | 14.4% | 9,849 | 1,607 | 16.3% | 1.67 | 0.0953 |
| 1984 | 1,015 | 153 | 15.1% | 10,708 | 1,642 | 15.3% | 0.17 | 0.8660 |
| 1983 | 784 | 118 | 15.1% | 10,344 | 1,744 | 16.9% | 1.30 | 0.1936 |

Another way of looking at the difference between the admit rates of the two groups is to view the lower Asian American rate as a percentage of the white rate. In this comparison, as shown in Table

**JA4478**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2, the Asian American admit rate ranged from a low of 64% of the white rate for the Class of 1990 to 81.04% for the Class of 1992, in the seven years Asian Americans were admitted at a statistically significant lower rate.

**TABLE 2**

| Class | 1992 | 1991 | 1990 | 1989 | 1988 | 1987 | 1986 |
|---|---|---|---|---|---|---|---|
| Asian American Admit Rate as a Proportion of the White Admit Rate | 81.04% | 77.45% | 64.00% | 76.14% | 71.93% | 74.21% | 73.75% |

## QUOTAS

OCR found that the numerical data did not support the existence of a quota limiting the number of Asian Americans. We found that the number of Asian American applicants increased each year in the ten years we studied, such that in the Class of 1992 there were almost three times as many Asian Americans applicants as in the Class of 1983. As the size of the applicant pool increased, the number of Asian American applicants admitted has also grown. By the Class of 1992, 291 Asian Americans were admitted in comparison to 118 ten years earlier. The table below shows the proportion of each class which was Asian American.

**TABLE 3**

| Class | 1992 | 1991 | 1990 | 1989 | 1988 | 1987 | 1986 | 1985 | 1984 | 1983 |
|---|---|---|---|---|---|---|---|---|---|---|
| Asian American % of Class | 14.2% | 12.9% | 11.5% | 10.9% | 10.4% | 9.6% | 8.5% | 8.5% | 7.5% | 5.5% |

OCR found that this pattern of growth of Asian Americans as a percentage of the Class continued in the two most recent class year admission cycles. We found that Asian Americans constitute 17.2% of the Class of 1993 and we were informed by the Dean of Admissions that Asian Americans constitute 19.7% of the Class of 1994.

In addition to reviewing the data, OCR reviewed documents, and interviewed ten members of the Harvard Admissions staff regarding any goals or quotas that Harvard might use in the admissions process. Each of the staff members interviewed stated that he or she had never heard any numerical quotas or goals mentioned in the admissions process with respect to the admission of Asian Americans or members of any other racial or ethnic group. We also interviewed Harvard alumni, who served on alumni admissions committees, who similarly stated that they knew of no numerical goals or quotas used by Harvard with respect to the admission of specific racial or ethnic minority

**JA4479**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00023654

groups. Additionally, we interviewed former Harvard Admissions staff, and former students who worked with the Admissions office minority programs and were knowledgeable about admissions practices. Finally, we interviewed numerous Asian American community leaders who were involved with the issue of Asian American admissions. None of the individuals interviewed had any evidence or information to suggest that Harvard imposed numerical restrictions or quotas limiting the admission of Asian American students.

## ADMISSIONS POLICY

Over the past 30 years Harvard has moved decidedly away from making the criterion of scholarly excellence the sole or predominant determinant for admissions. It has instead sought a variety of "interests, talents, backgrounds and career goals," which contribute to a diverse student body, which is believed to be an essential ingredient in the educational process. Harvard's goal, therefore, is to ensure that its student body is both excellent and diverse.

Described as "complex, subjective and difficult to comprehend," the admissions process seeks to identify qualities in its students that would contribute to the vitality, intellectual excellence, and quality of the educational experience. The Official Register of Harvard University, 1988-1989 points out that "no one pattern guarantees success for Harvard/Radcliffe applicants." What characterizes each entering class is "diversity." Applicants are chosen on the strength of their credentials, but once they are deemed academically admissible, other strong qualities are considered that would potentially contribute to the educational experience at Harvard for all students. The critical criteria, therefore, "are often individual qualities or experiences," and, therefore, in each class the geographic distribution, ethnic make-up and correspondent talents will vary from year to year. See, Brief of Amici Curiae, California Board of Regents v. Bakke, 438 U.S. 265 (1977) Harvard seeks students who are well rounded and who excel generally, but who also show special interests, achievements or skills.

Harvard explained that one of its objectives in admissions is to select a diverse group of students from a wide range of socio-economic, cultural, racial and ethnic backgrounds. In fact, Harvard's catalogue states that "diversity is the hallmark of the Harvard/Radcliffe experience." Harvard maintains that such diversity enhances the educational experience of all students because students in the college environment learn so much from each other.

There are four major criteria on which all candidates are assessed: academic achievement, extracurricular activities, athletics, and personal qualities. "Criteria" are described as standards against which all applicants are measured. In evaluating a candidate's accomplishments against the criteria, Harvard judgments are primarily based on the set of information listed below. Some items listed are

**JA4480**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00023655

more or less "objective," while others remain "subjective" in that they must be measured through individual judgment or discretion. Examples of "objective" information are standardized tests scores (SAT's), grade point average (GPA), and academic distinctions such as National Merit Scholarship. "Subjective" items may include such information as teacher or counselor recommendations, essays written by the applicant, and the alumni interview.

I. ACADEMIC

- A. Scholastic Aptitude Tests (SATs)
    1. Verbal
    2. Quantitative
    3. Achievement Tests (3)

- B. Class rank or GPA
- C. Academic Distinctions
- D. Special Academic Problems
- E. Teacher Recommendation Report
- F. Strength of high school attended
- G. Academic Goals at Harvard/Radcliffe
- H. Response to questions on application
- I. Alumni/Staff interview

II. EXTRACURRICULAR

- A. School Activities
- B. Summer Activities
- C. Non-Academic Distinctions
- D. Community activities
- E. Employment
- F. Teacher and/or Counselor Recommendation Report
- G. College Activities Interests

III. ATHLETICS

- A. Varsity high school
- B. Jr. Varsity high school
- C. Harvard coach's recommendations
- D. College athletics interests
    1. Varsity
    2. Jr. Varsity
    3. Intramural
    4. Recreational

IV. PERSONAL

- A. Teacher and/or Counselor Recommendation Report
- B. Application essay
- C. Alumni/Staff interview
- D. Other personal data

We note that while some of the items fall into categories quite naturally, others may actually influence more than one categorical area as raters make evaluations of a candidate's strengths. For example, a teacher recommendation is considered under academic achievement. It invariably

**JA4481**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

influences the personal qualities category and, if the teacher were a sponsor of a school club or activity, the recommendation could also have influence on the extracurricular rating category.

In addition to these criteria which affect all applicants, there may be other elements that influence the admissions process and decisions, but do not necessarily apply to all candidates. The individual circumstances or facts about a particular applicant may come to be weighed in the overall admissions decision. For example, if an applicant overcame a severely disadvantaged background, his/her performance might be rated higher than similar performance of an applicant from a more privileged background. Another situation could occur when more than one applicant comes from the same high school, which might cause Harvard to consider the impact on the school if the one with the weaker academic record is accepted for other reasons. The most important factor, which affects only certain categories of applicants, is the positive weight given in the admissions process in the form of preferences.

## PREFERENCES

Based on interviews with Admissions staff and documentation submitted by Harvard, we learned that Harvard gives preferences, sometimes called "tips," to certain categories of applicants. In general, Harvard stated that a "tip" is a preference which:

> may help in some situations where all other factors are substantially equal for two candidates, but it does not ensure admission. The admissions process is not based on a mathematical formula, and the tips have no numerical weight. All Admissions Officers are aware of the policy regarding tips and take that into consideration throughout the process.

With this concept of "tips" in mind, OCR found that there are three major categories of applicants for whom preferences or "tips" are given: 1) Racial/ethnic groups, 2) children of alumni, and 3) recruited athletes.

With respect to the racial/ethnic groups preference or "ethnic tip", as it is called, Harvard's Admissions staff stated that ethnicity is simply one of many considerations in the admissions process which may serve as a positive factor in reviewing an application. There are no formulas or specific criteria for measuring or assessing ethnicity, nor are there instructions for determining how much weight is given to ethnicity, or where the weight is to be applied in the admissions process.

Harvard indicated that it also gives positive weight in the admissions process to children of alumni, or "legacies." They stated that there are no separate instructions describing how the preference is

**JA4482**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

given to legacies. However, all legacy applicants are routinely referred to the Dean of Admissions for reading, according to Harvard's procedures.

In addition, Admissions staff explained that a recruited (talented) athlete, like the child of an alumnus or the member of an ethnic minority group, is given special weight or consideration in the admissions process. Athletes are recruited based upon their athletic accomplishments, talents and their predicted ability to contribute to the athletic programs at Harvard. Harvard's coaches develop lists of priority applicants for their respective teams, and these lists are considered or weighed by the Admissions subcommittees and the full admissions committee in making their decisions. Other than to suggest that the higher an applicant was on a coach's priority list, the greater the weight attributed in the admissions process, Harvard did not have specific guidelines governing the preference given to recruited athletes.

While ethnic groups, legacies and recruited athletes are the largest groups of applicants who receive "tips" or preferences, Harvard stated that there were several other groups who were also given positive weight in the admissions process. Specifically, Harvard stated that "in light of its [Harvard's] responsibility to the local communities, tips are also given to residents of Boston and Cambridge. In addition, tips are given to children of staff and faculty, whose commitment and dedication are also critical to the University's smooth functioning."

As with other "tips," the tips for faculty and staff children, as well as for Boston and Cambridge residents, are not based upon any formula or equation. They are merely positive factors which are considered in determining whether or not to admit applicants. It should be noted that Harvard maintained that all applicants were viewed in light of what they would bring or contribute to the University, and that all, ultimately had to demonstrate that they were qualified for admission to Harvard in the eyes of the full committee.

## ADMISSIONS PROCESS

To gain an understanding of the admissions process and procedures, OCR obtained and reviewed copies of Harvard's application for admissions as well as all printed brochures describing the admissions process. We also reviewed ten years of annual reports on Admissions from the Office of Admissions and Financial Aid, as well as written descriptions of the admissions process that were submitted by the Dean of Admissions in response to our data request. Applicant files were reviewed in order to be familiar with the material considered by Harvard in the selection process. Finally, OCR interviewed 10 members of the Admissions staff about their roles as "readers" and as "subcommittee and full committee members" in the admissions process, including their methods for evaluating individual applicants. The 10 staff members interviewed included the Dean of Admissions

**JA4483**

and Financial Aid, Director of Admissions, Senior Admissions Officers, Admissions Officers whose geographical areas included many Asian American applicants, and three "ethnic" readers who read Asian American and black applicant files. All of these individuals served as readers during the admissions process.

Although Harvard explained that recruitment of the best pool of applicants is the first step in the admissions process, OCR did not investigate this aspect of the process. Part of the reason for this decision was the self-selective nature of the decision to apply, and also the tremendous increase in Asian American applicants during the period under review. In addition, Harvard has included Asian Americans in its minority recruitment efforts, particularly from among segments of the Asian American population which have not traditionally applied to Harvard, such as recent immigrants or individuals from "blue collar" backgrounds.

The second step in the admissions process, student selection, is designed to select the best, most promising students from among the applicant pool. Harvard estimates that between 80% and 90% of its 11,000 plus applicants could probably do the academic work at Harvard, and 50%-60% could do superb work. Consequently, the selection process is one of choosing the best applicants from a highly qualified group of applicants. Because of the limited number of spaces available (approximately 1,600), some extremely well-qualified applicants are necessarily rejected. It is this selection process which was the main focus of our investigation.

THE APPLICATION

As the first step in the admissions process, each undergraduate applicant is required to submit a completed Admissions Application. Harvard reviews applications in two stages - Early Action and Regular Action. Since procedurally, both stages are similar, for the purposes of this review, no distinction has been made between the groups of applicants.

The application contains a Personal Data Form (PDF) which requests basic information on the applicant, including the applicant's name, address, high schools attended, tentative fields of study in college, intended occupation, activities of interest and whether he/she intends to request financial aid. The applicant may also choose to indicate his/her race. Also, information must be provided on the applicant's family, including parents' names, education levels and professions, and the names and ages of brothers and sisters and the colleges that they have attended. This portion of the application also asks the applicant to list principal extra-curricular activities, participation in athletics, and employment and summer activities. Finally, the applicant is asked to indicate awards, honors and distinctions that are non-academic.

**JA4484**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

The application also includes an Application and Essay form. This form, which is filled out by the applicant, requests such general information as the SAT and Achievement test scores, as well as, information on special courses that were taken which might qualify an applicant to take certain College Board Advanced Placement Tests. It also requests the applicant to list the books he or she has read in the past 12 months, or to list and write briefly on the four or five books which have had the greatest impact on the applicant.

The Application and Essay form asks the applicant to list all languages he or she speaks, reads and/or writes. It also asks the applicant to write several essays on various subjects including the one or two academic experiences which were most significant to the applicant, the applicant's academic goals at Harvard and Radcliffe; the applicant's one or two most significant extracurricular work or community activities; and the one or two non-academic activities that the applicant would most like to pursue at Harvard and Radcliffe. The form also includes a space for the applicant to make additional comments on material which has not been adequately addressed elsewhere in the application. Finally, the Application and Essay form requires the applicant to write a 200-500 word essay on any topic of the applicant's choosing. The instructions indicate that "any subject of direct personal importance to the applicant would be a good choice."

The next part of the application is the Secondary School Report, which is completed by the applicant's high school. This Report is supposed to include a copy of the applicant's transcript, SAT math and verbal and three achievement test scores. Most of the Secondary School Report is actually a recommendation form filled out by the Guidance Counselor in the high school. It includes a section for the Counselor to rate the applicant in such non-academic areas as emotional maturity, warmth of personality, leadership, self-confidence, personal initiative, sense of humor and concern for others.

In addition to the Counselor's report, the applicant is required to submit two Teacher Reports (recommendations). Harvard provides its own form for these, although teachers may write up their own letters of recommendation in their own format.

An applicant's folder should also contain a Personal Interview Report, which is completed by Harvard alumnus/a. This Report describes the results of an alumnus/a interview of the applicant. Alumni/ae interviewers give numerical ratings (1-5 or 1-6) in four areas and write narrative comments to assess applicants. The four numerical rating categories are: academic, extra-curricular/athletic, personal qualities, and an overall rating. Included on this Report form is general guidance to interviewers on what constitutes the 1-6 numerical ratings for applicants in the four areas.

**JA4485**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00023660

Case: 19-2005   Document: 00117621932   Page: 48   Date Filed: 07/29/2020   Entry ID: 6356425

## READER SYSTEM

Individual applications are grouped for administrative purposes by geographic areas called "dockets". In addition, there are dockets for categories such as "prep schools" and "Americans abroad". Within dockets there are smaller geographic subdivisions called "areas". Individual Admissions staff persons are assigned to one or more areas, which determines which set of applications they will read.

Based on staff interviews and data submitted by Harvard, including the "Reading Procedures" provided to Admissions staff, OCR found that all applications go through a reading process consisting of reviews of the application by individual readers. The length of time to review a file varied by reader, but generally it took between 10-30 minutes. While individual readers had their personal methods and sequence for reviewing applicant folders, there appeared to be some consistency. Generally, readers began their review by reading the PDF, which provides background information on the applicant, as well as specific information on extracurricular and athletic activities in high school, and on anticipated activities in college. Readers would also be able to determine from the PDF an applicant's race, interest in financial aid, and whether the applicant had a Harvard connection through parents or siblings. Next, readers would read the application and essay, which would describe academic accomplishments, including SAT scores, books read, and personal statements on academic and non-academic experiences. Then the readers would read the remaining items in the folder, the Secondary School and Teachers' Reports, and the alumni interview. Some readers stated that they would review the entire file prior to rating the applicant, others stated that they rated some areas such as extracurriculars or athletics while reading the PDF.

An application may get anywhere from one to four or more readings depending on the applicant's background and experiences. OCR learned that the first reader, who is generally the assigned area person, is responsible for organizing the applicant file and filling out a "Summary Sheet" which is placed in each applicant's folder. The Summary Sheets, through a coding system, contain biographical information such as the ethnicity of the applicant, citizenship and sex of the applicant, as well as whether the applicant is applying Early Action or Regular Action, applying for financial aid, plans on commuting to Harvard, has parents who are alumni/ae or faculty of Harvard/Radcliffe, has a physical handicap that requires special attention, or is a potential athlete in whom coaches might be interested. Additionally, the first reader is expected to verify the applicant's test scores and the code for his or her high school.

First readers, after reviewing all information in the applicant folder, fill in numerical ratings on the Summary Sheet on the criteria of academics, extracurricular activities, athletics and personal qualities. They also give ratings for two teacher recommendations, a guidance counselor's recommendation and any interviews that may have been held with the applicant by alumni or admissions staff. A

**JA4486**

HARV00023661

preliminary overall rating (POR) is made on the Summary Sheet which reflects the reader's judgment as to the applicant's likelihood of admission, based on a combination of the other ratings along with the reader's sense of how strong or weak the applicant is. Ratings range from 1-4 or 1-6, one representing the highest or best rating, four or five representing the lowest, and six indicating that something is missing, or that there is an extenuating circumstance justifying little or no activity in a given area.

In addition, first readers (and subsequent readers) write brief narrative summaries of applicants' strengths and weaknesses on the Summary Sheets. They should also note important academic and extracurricular accomplishments so that subsequent readers may more easily assess the strengths of the applicant.

An application is sent to a second reader when the first reader a) wants a second opinion; b) would like an application to have three readings because it is a complex case; or c) wants the second reader to provide extra support for an applicant. Applications that go to a second reader are usually borderline cases that are not clear admits and not clear rejects. Second readers, like first readers, also fill out numerical ratings and write brief narrative summaries about the applicants. Additionally, second readers sometimes serve as the advocate for a case instead of the first reader. In some instances folders go directly from the first to third reader, principally when the applicant is exceptionally strong.

According to the Reading Procedures, if a reader finds that a folder does not meet the criteria above for a second or third read, then the folder may be "coded out." OCR verified from Harvard that "coding out" a folder means that the reader enters his or her ratings onto a profile sheet without passing the folder to another reader. Thus, weaker applications may be read by only one reader, although the Procedures explain that first readers "must be doubly certain to check all late information prior to the Committee meetings which might make a difference to the case."

The third reader is either the Dean of Admissions or the Chairperson of a subcommittee. The third reader generally is responsible for giving the four numerical reader ratings to an applicant which are entered into the data base (the PORs assigned by the first and second readers are also entered) and printed out on docket strips. Harvard explained that these numerical ratings are subject to change as new information on an applicant is received. Third readers also provide written narratives on the Summary Sheets.

The fourth reader is considered a "specialty" reader. Some fourth readers are faculty members who read and evaluate an application to assess an applicant's accomplishments in a particular subject or field. (For example, a biology professor might read an application of a student who won a science

**JA4487**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00023662

Page 14 - Statement of Findings, Compliance Review 01-88-6009

award for his/her research in biology.) Other fourth readers serve as "ethnic" readers who review large numbers of applications from a specific minority group. By doing this, "ethnic" readers develop a greater awareness of the overall attributes of the particular minority group in an applicant class. Harvard uses ethnic or fourth readers for Asian American, Black, Hispanic and Native American applicants. The primary purpose of the Asian American "ethnic" read (reading) is to provide an additional or different sensitivity to the review of the application. The ethnic read is designed to ensure that no special cultural or ethnic factors are overlooked which might prevent an Asian American applicant's background from being fully understood. Those applicants who are exceptionally strong and likely to be admitted anyway, or are so weak as to have virtually no chance of admission, may not be reviewed by an ethnic reader. According to the Dean of Admissions, the Asian American reader reviews folders of Asian American applicants who "have a chance", perhaps 80% of the applicants.

The readers were all fairly consistent in describing the levels of participation and accomplishment which warranted specific ratings in the various categories. The responses given as to how folders were read and rated were consistent with the written guidelines from the Reading Procedures below, which are provided to readers:

Overall

1 =    Tops for admission: very strong objective and subjective support (99+% admission).
2 =    Clear admit: strong credentials but not quite tops (80-90% admission).
3 =    Solid contender: good credentials and support (20-40% admission).
4 =    Marginal: reasonable credentials but strengths generally below those of other candidates (0-5% admission).
6 =    Unrated: incomplete folder or special case.

Academic

1 =    Potential summa or highest magna: creative, high grades, top scores (700's) and strong support.
2 =    Potential magna: strong record and scores (680-750).
3 =    Solid candidate: potential honors: good record and scores (600's).
4 =    Fair ability: decent record and modest scores (500's).
5 =    Marginal academic ability.
6 =    Special case requiring review: used to be only in special cases of unusually strong candidates in other respects who have marginal but possibly acceptable academic credentials or candidates whose academic strength lies in one area only.

Extracurricular

1 =    Unusual strength in one or more areas. Possible state or national level achievement. A potential major contributor at Harvard and Radcliffe.
2 =    Strong secondary school contribution in one or more areas such as class president, newspaper editor, etc.
3 =    Solid participation but without special distinction.
4 =    Little significant activity.

**JA4488**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                        HARV00023663

6 =    Physical condition, work or family circumstances prevent significant activity.

Athletic

1 =    Unusually strong prospect for varsity sports at Harvard and Radcliffe.
2 =    Strong abilities and interest which will probably continue in college.
3 =    Active participation.
4 =    Little or no interest.
6 =    Physical condition, work or family circumstances prevent significant activity.

Personal

1 =    Outstanding.
2 =    Very Strong.
3 =    Generally positive.
4 =    Bland or somewhat negative or immature.

School Support

1 =    Strikingly unusual support, "Best in ten years."
2 =    Very strong support, "One of the best this year."
3 =    Generally positive.
4 =    Lukewarm or negative.

OCR questioned readers as to how ethnicity was used as a factor in reviewing applications. All of the readers indicated that Asian American ethnicity is simply one of many considerations which may serve as a positive factor or "plus", but never serves as a negative weight or factor. A majority of the staff stated that Asian American ethnicity is only a factor to the extent that it has influenced or impacted on the applicant's life. Several readers indicated that simply being Asian American would not be significant. All of the readers agreed that the positive weight given to an Asian American applicant was most significant when the applicant demonstrated that he or she overcame severe obstacles related to the ethnic background. For example, an applicant who came to the United States as a refugee, learned English as a second language, rose to the top of his class academically, and became involved in school activities or worked to help support his or her family, would receive great positive weight. Also, applicants who demonstrate a strong commitment to the Asian American community or interest in their heritage by getting involved in community activities or by describing the influence of ethnicity on their lives, will tend, generally, to get positive weight in the admissions process.

We found that the readers had several different views as to where and whether Asian American ethnicity was given positive weight or a "tip" in the admissions process. Some readers explained that when ethnicity was deemed to be a significant factor in an application, it was reflected in the POR and during discussions at subcommittee and committee meetings. Other readers indicated that ethnicity was a factor considered throughout the entire admissions process. They stated that it could

**JA4489**

Page 16 - Statement of Findings, Compliance Review 01-88-6009

be reflected in the four reader rating areas, as well as in the POR, and during the subcommittee and committee meeting discussions. Still other readers stated that ethnicity was not a factor at all unless the effect of that ethnicity on the applicant was evident from the applicant's file. They indicated that ethnicity was only considered a "plus" when the applicant wrote about or indicated the significance of his or her heritage, or when there was some other indicia in the file of the applicant's involvement with ethnic community organizations or groups.

In addition to reading Asian American files, the Asian American ethnic reader also makes informal comparisons between similarly-situated applicants within the ethnic group. One of the purposes of this comparison is to provide first readers (as advocates) additional information to be used when presenting cases in subcommittee. (See SUBCOMMITTEES below.) Admissions staff stated, however, that ultimately, each applicant is compared to all other applicants seeking admission to the class.

Also, the Reading Procedures designate which staff members serve as ethnic readers, to whom the various ethnic cases should be referred after they have been coded out by the final reader. The categories to which coordinating staff members are assigned are: Blue Collar Asians, Chicanos, Puerto Ricans, Native Americans, and Blacks. (Through subsequent questioning Harvard clarified the Procedures, indicating that the Asian American reader had broader responsibilities than just "Blue Collar" Asian American applicants.)

The Reading Procedures provide that all folders of Harvard and Radcliffe Alumni/ae children and faculty and staff children are to be given to the Dean of Admissions for reading. Additionally, readers are instructed to refer folders to the Dean if the folders are "particularly sensitive or controversial, or raise issues of fundamental Admissions or Financial Aids policy."

The Reading Procedures require final readers to fill out "profile sheets" which contain the numerical ratings that are entered into the computer. The final reader also insures that an accurate class rank for applicants is coded, and that an ethnic code is noted for all minority applicants. Finally, first readers are instructed to follow up on missing material and incomplete folders, and all readers are instructed on where to return misfiled materials.

SUBCOMMITTEES

After applications are reviewed by the individual readers and the ratings have been entered into the computer, the applications are sent to subcommittees for discussion and consideration. A particular subcommittee covers all applications from one docket. Admissions staff who are assigned to read folders from a particular docket make up that subcommittee. Included on the subcommittee are the

**JA4490**

HARV00023665

Page 17 - Statement of Findings, Compliance Review 01-88-6009

area admissions officers from the docket, who are usually the first readers of applications, and who consequently serve as advocates for those applicants in subcommittee discussions. They present cases (applicants) to the assembled subcommittee, emphasizing each applicant's strengths and reasons for admission. In addition to the first readers, second readers assigned to the area sit on the subcommittee, as well as the chairperson of the subcommittee. Additionally, faculty members may sit on subcommittees and participate in the discussions and decision-making. According to Harvard, the number of people on a subcommittee varies from as few as three to as many as twelve but, generally, there are between four and eight members. Harvard explained that the primary purpose or objective of the subcommittees is to provide a set of recommendations on the applications to the full committee. Generally, the subcommittees collectively recommend approximately 2000 applicants for admission each year.

Prior to subcommittee deliberations, the Dean of Admissions and Financial Aid and senior Admissions Officers set "targets" for each subcommittee. These targets represent the total number of applicants who should be recommended for admission from a given docket. Harvard explained that one purpose of the target system is to ensure that collectively, all of the students admitted from the various dockets do not exceed the total number that should be recommended for acceptance at the subcommittee level. More importantly, targets are used to ensure that applicants from each docket have a comparable opportunity to be admitted. By considering the strength of the applicants in one docket versus other dockets, for example, adjustments in the targets could ensure that an applicant from a very strong docket would not be unfairly disadvantaged in comparison to an applicant from a relatively weak docket. Harvard explained that the targets are developed, in part, based on factors other than the strength of the applicant pool, including the number of applicants from preference categories, as well as on several minor factors such as the historic yield rate (percentage of applicants accepted who are expected to come to Harvard) for a given docket or preference category. Harvard explained that race is only used as a positive factor to increase the number of applicants to be admitted from a given docket; it is never used negatively, or to set a goal or benchmark for the number of applicants to be admitted from a given race for a given docket.

When the subcommittees discuss applications, they have before them a copy of the computerized docket sheets which show the POR ratings from one, two or three readers depending upon how many have reviewed the applicant's folder. The docket sheet also shows the ratings entered by the third reader for extracurricular, athletics, personal qualities, two teacher recommendations, guidance counselor recommendations and alumni/ae and staff interviews. It is these numbers with which the subcommittee members work when they make decisions on whom to recommend for admission. In addition, the applicant's whole folder is available for review by subcommittee members.

**JA4491**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                      HARV00023666

Page 18 - Statement of Findings, Compliance Review 01-88-6009

During the subcommittee meetings, the advocates make oral presentations on individual candidates. The subcommittee members may refer to the actual applicant folder if necessary. The readers explained, however that most often the committee members rely on the numerical information from the docket sheets and the information provided by the advocate, when voting to recommend admission or rejection of applicants. Consequently, the numerical ratings or the docket sheets, while not decisive, can be very influential in affecting the voting of the subcommittee members.

The subcommittees review applicants by docket, and within each docket, by high school. Each applicant in the docket is reviewed, and the subcommittee decides either by formal vote, or by informal consensus, whether to recommend the applicant for admission or rejection. Harvard explained that the strength of applicants who are recommended for admission are distinguished by the subcommittees from strongest to weakest as: straight A (A = admit), A• (A - dot), A* (A - star), A** (A - double star), and A**** (A star galaxy). These various designations of admitted applicants generally represent the degree of consensus among the subcommittee members on the recommendation to admit. They also serve as further guidance to the full committee on how strongly the subcommittee felt about a given applicant.

Additionally, strong "rejected" applicants might be circled on the docket printout to alert other members of the subcommittee. Still other applicants might be noted as "W.L." for wait list or "I" for incomplete. According to Harvard, these applicants may still be admitted if they are revived by the full committee. Harvard explained that throughout the entire admissions process there is late-breaking information which can cause a "straight A" applicant to be rejected, or a "rejected" applicant to be admitted. These decisions, however, occur in the full committee.

## FULL COMMITTEE

After the subcommittees are finished meeting, they submit their list of recommendations to the full admissions committee. The full committee, which includes all Admissions officers, Financial Aid staff, and some faculty and administrators, consists of approximately 45 people.

The full committee has the responsibility for making the final admissions decisions. Basically, they begin with the results of the subcommittees, which generally recommend for admission approximately 2,000 applicants which is 200 less than the roughly 2200 who will ultimately get admitted. "Rerun" meetings are held by the full committee during which the stronger "reject" applicants and weaker "admit" applicants from the subcommittee recommendations are reviewed for final action. In addition, the full committee can fill the 200 remaining places. The last "rerun" meeting, known as the "lop" session is when all final admissions decisions are completed. Voting on each applicant is done by

**JA4492**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    HARV00023667

majority rule. The Dean of Admissions indicated that up until the final day in the process, decisions to admit and reject applicants are "fluid" and subject to change.

## IMPLEMENTATION OF POLICIES AND PROCEDURES

To determine whether Harvard's admissions policies and procedures were implemented as described, we first reviewed applicant files from the Classes of 1991 and 1992. Initially, we reviewed a sample of 100 applicant files to familiarize ourselves with the contents of a folder prior to questioning the readers about the reading and rating process. Subsequent to the interviews, we reviewed 300 more full applicant files, 150 each from the Classes of 1991 and 1992. An equal number of Asian American and white files were examined and for each Class approximately 30% of the applicants were accepted and 70% rejected. Specifically, the 300 files consisted of 76 applicants who were admitted (38 Asian Americans and 38 whites) and 224 applicants who were rejected (112 Asian Americans and 112 whites). Within these parameters the files were randomly selected. In addition, we looked at reader Summary Sheets from approximately 2000 additional applicant files, which contained individual reader ratings, reader comments, and other information.

Separate from the file review, we analyzed information provided regarding the implementation of subcommittee and full committee procedures. Finally, we studied the implementation of all of the admissions procedures through the conduct of statistical analyses on applicant data provided by Harvard.

## FULL FILE REVIEW

The primary purpose of the file review was to determine whether reader ratings in the four areas: academic, extracurricular, athletic, and personal qualities, as well as the POR, were consistent with the documentation in the file for both Asian American and white applicants. In addition, we looked to see whether there was any evidence of readers' lack of awareness or insensitivity to the culture or background of Asian American applicants, such that they were at a disadvantage in the admissions process. Also, given the subjective nature of the admit/reject decision in light of the varied information contained in a folder, we sought to identify the considerations or "hooks", which appeared to separate the admitted vs. rejected students from among many strong candidates. In this regard we looked closely for indications of the use and impact of the "tips", including the Asian American ethnic tip, in the evaluation of applicants.

OCR read each file in its entirety and noted the various reader's comments and ratings which had been recorded on Summary Sheets found in each file. Although the Reading Procedures described

<div align="center">**JA4493**</div>

 HARV00023668

Page 20 - Statement of Findings, Compliance Review 01-88-6009

a rating system containing only whole numbers (1-6), many files showed finer gradations, such as a "3+" or "2-", or even ratings such as "2/3".

It was readily apparent that the pool of applicants, both Asian American and white, was extremely bright and talented. Academically, the norm appeared to be applicants with SAT scores above the middle 600s, with scores in the 700s quite common. Similarly, the class rank of applicants was usually in the top 10 percent, while many were class valedictorians. Most students had numerous extracurricular and athletic activities, as well as academic and non-academic honors and awards. The required essays were, more often than not, so interesting, insightful, or moving, that it was hard to imagine that they were prepared by 17 year olds. In fact, given the overall strength of the applicant pool, it sometimes seemed as if the students who stood out were the ones who scored below the 600s on their SATS, were not in the top 10% percent of their class, or were not extremely well-rounded.

OCR's review of complete files showed that there was the greatest consistency among readers' ratings in the academic and extracurricular categories. We found that the readers consistently applied the standards found in the Reading Procedures in these areas. For example, in the academic area, OCR noted that those applicants with test scores in the upper 700's, as well as a very high rank in class and exceptionally strong teacher recommendations received a 1 academic rating, those with test scores in the high 600's to low 700's, high ranks and very strong teacher support received a 2, etc. OCR found no evidence of Asian American applicants being given lower academic ratings than white applicants for similar academic credentials and accomplishments.

Although the academic rating area was in some ways the easiest in which to assess the consistency of reader ratings, OCR also found similar ratings of the quantity, duration, and quality of participation in extracurricular activities. For instance, readers appeared to be mindful not only of the number of activities in which an applicant was involved, but the number of hours per week, the nature and significance of the accomplishments in a given activity, and the number of years of commitment to, or active involvement in the activity. Again, OCR found consistency in the ratings of Asian American and white applicants with similar credentials. It should be noted, however, that almost all (over 95%) of the applicants received some form of a 2 or 3 rating in this category. Hence, there was not a great deal of differentiation in the ratings in the extracurricular area.

OCR found less consistency among readers' ratings in the athletic and personal categories. For example, several applicants listed nothing on their applications under athletic activities. Different readers would give either a 6 or a 4 as a rating where nothing was listed. A 6 rating indicates either that something is missing from a file or that there is some extenuating circumstance which precluded an applicant's participation. A rating of 6 is not a negative rating. OCR found several cases where one reader would give a 6 rating when nothing was written down on the application, and another

**JA4494**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00023669

Page 21 - Statement of Findings, Compliance Review 01-88-6009

reader would give the same case a 4. Additionally, it was clear that several readers had differing views of what level athletic activities constituted a 3 rating and what level constituted a 4. Some applicants with only recreational participation during high school received a better athletic rating than applicants who participated on varsity teams in high school.

OCR questioned Harvard regarding the apparent inconsistencies among reader ratings in the athletic category. Harvard explained that some readers did have different views of what levels of athletic participation constituted a 3 versus a 4 athletic rating, however, the individual readers were consistent in rating all applications they read. Further, Harvard asserted, and we confirmed through an analysis of the data provided, that a 3 versus a 4 athletic rating made little difference in an applicant's chance for admission. OCR looked closely at individual reader's athletic ratings of both Asian American and white applicants and found that in almost all cases, there appeared to be consistency in the ratings. In other words, if a particular reader seemed to give worse athletic ratings than other readers, OCR found that that reader treated Asian American and white applicants similarly by giving all applicants a poor rating.

With respect to the personal qualities ratings, most applicants in our sample, both Asian American and white, were given between 3- and 2+. Overall, in the Classes of 1991 and 1992, from which our file samples were drawn, over 98% of the applicants received some form of a 2 or 3. However, between the two groups, 20% of Asian American applicants and 25.5% of white applicants received a 2 rating in the personal category.

In reviewing files, we found that the differences between some 3 and 2 ratings, such as a 3- and 2+, were not clearly discernable. According to the Admissions staff who were interviewed the personal rating is derived from a variety of elements in the applicant's file. It may be based on the essay written by the applicant, the comments of staff or alumni interviewers, teacher recommendations or any other information in the file which indicates strength of character. It could also be reflected in extracurricular activities, such as when an applicant has spent significant time doing community volunteer work.

Because the information which went into the personal qualities rating could come from a variety of sources in an application, it was virtually impossible for OCR to identify exactly on what information a given reader based his/her personal rating of an applicant. Of the 300 files examined in this phase of the file review, OCR found only one applicant who received a personal rating poorer than a 3- on the summary sheet. The applicant was an Asian American who was admitted, and who ultimately came to Harvard. The fact that the applicant was admitted despite the low personal rating supported Harvard's position that the readers and committees view the entire application as a whole. Admissions staff explained that generally, with the exception of perhaps a very low academic rating

**JA4495**

HARV00023670

Page 22 - Statement of Findings, Compliance Review 01-88-6009

which might indicate an inability to perform the academic work at Harvard, weaknesses in some areas could be overcome by strengths in other areas. Our comparison of the personal qualities ratings to the supporting material in the applicant files revealed no apparent inconsistencies between the ratings and the underlying documentation. In all cases where an applicant received a 2 or better personal rating, there was some evidence either in the reader's narrative comments or the supporting documentation with the application (such as a Teacher's recommendation) which suggested that the applicant had unusually strong personal qualities.

In light of the lower ratings for Asian Americans and the subjective nature of the personal category, we looked for evidence of stereotyping, and for indications that cultural differences, which might have placed Asian American applicants at a disadvantage, were overlooked. Basically, as discussed more fully in the following section, we found little evidence of negative stereotyping of Asian American applicants. With respect to cultural differences, it was not apparent from readers' comments or from the ratings themselves, how, if at all, ethnic or cultural background was taken into account. Perhaps more importantly, however, numerous Asian American files did not reflect review by the Asian American reader, raising the potential that cultural differences in areas affecting the personal rating, such as leadership style, for example, may not have been fully considered.

With respect to the POR, which Harvard stated represented an applicant's likelihood of admission based on all factors and information (not simply the four major rating areas), OCR found only a handful of Asian American cases from the sample of 300 in which one or two readers appeared to give a POR which did not seem to reflect the documentation in the applicant folder, and did not appear to be consistent with the PORs assigned by other readers of the same folders. We found that the readers who gave the lower PORs, however, gave individual ratings in the four major rating areas that were comparable to the individual ratings of other readers of the same Asian American folders and that appeared to be consistent with the applicant's achievements as documented in the folder. OCR was informed by Harvard that the POR represents an individual reader's personal view of the likelihood of admission of a particular applicant, and consequently, it appears that the lower PORs in the handful of cases simply reflected the individual reader's perception that a given applicant was not as strong or deserving of being admitted as other applicants with similar individual ratings. While the disparity in the POR ratings, was not significant enough for OCR to conclude that the readers were discriminating against Asian Americans, OCR noted there were several Asian American files read by only one reader which received a 3 POR (defined as a "Solid Contender" by the Reading Procedures). These appeared to be worthy of further consideration, at least by the Asian American ethnic reader. Most of these files had no evidence reflecting that they had been reviewed by the Asian American ethnic reader.

**JA4496**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00023671

The final phase of the file review consisted of reviewing approximately 2,000 Summary Sheets containing comments and numerical ratings from the readers.  For the Class of 1991, OCR received and reviewed 950 Summary Sheets, 219 admitted students and 731 rejected candidates.  Similarly, for the Class of 1992, a total of 1,020 Summary Sheets were reviewed, 260 admitted students 760 applicants who were rejected.  Within each category there were approximately an equal number of Asian American and white applicants.

Although our review of the applicant information contained on Summary Sheets did not provide a basis for determining whether reader ratings were supported by file documentation, we used the Sheets to conduct a more detailed analysis of possible differences between readers in assessing Asian American and white folders.  We looked to see whether one or more readers appeared to treat Asian American applicants more harshly than other readers reviewing the same candidate.  Also, we sought to determine how the Asian American reader ratings and comments on Asian American applicants differed from other readers.  Through a review of the comments by the readers we checked for any evidence of bias or insensitivity towards Asian American applicants.  Finally, also from the comments, we tried to determine what actually "tipped" the balance in favor of admitting individual applicants.

We found that of the 989 Summary Sheets from Asian American applicant files, only 189 or approximately 19.1% had been read by the Asian American ethnic reader.  OCR's review of the Summary Sheets, therefore, did not support Harvard's initial contention that the ethnic reader reads "most" of the Asian American applicants, or that she reads "all" or nearly all of the Vietnamese and Filipino applicants.  OCR observed several applicants who were noted by the reader as Vietnamese refugees or of Filipino heritage, for whom there was no evidence of the ethnic read.  Additionally, most of the Asian American cases that were read by the ethnic reader were not read by her as an "extra" or "4th" reader, but rather as a first reader who was assigned to read the case because it was on her docket.

However, Harvard indicated that the Asian American ethnic reader was assigned to dockets and sits on subcommittees which included over half of all Asian American applicants.  Consequently, Harvard asserts that in addition to those applicant files in which OCR found evidence of the Asian American ethnic read, the Asian ethnic reader reviews files and participates in discussions at subcommittee and full committee meetings on many more Asian American applicants for which there is no written evidence of her input.

In order to see whether the Asian American ethnic reader's rating or comments were any different than other readers, we looked separately at Summary Sheets from all Asian American and white applicants in our sample which she had read.  OCR found that there was no discernable distinction in either the nature or tone of her comments for Asian American and white applicants.  Her

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                HARV00023672

Page 24 - Statement of Findings, Compliance Review 01-88-6009

comments addressed, generally, the strengths and weakness of each applicant. There was also no discernable difference between her comments and those of other readers in terms of any cultural or experiential differences faced by Asian American applicants. Put another way, it would be no easier to tell from her comments than from any other reader's comments, that the applicant being reviewed was Asian American or that the reader reviewing it was a fourth or ethnic reader. Similarly, the ratings, themselves, suggest little if any difference between the Asian American ethnic reader's numerical ratings of Asian American applicants and other reader's numerical ratings of Asian American applicants. Harvard asserted that the Asian American ethnic reader played an important role, not only in reviewing applicant files, but in sharing useful information about Asian American applicants with other readers. They claimed that she generally heightened staff awareness of Asian American issues which could help Asian American applicants in the admission process.

While our file review did not support Harvard's assertion that the Asian American ethnic reader reviews "most" or all files of Asian American applicants who "have a chance," we could not conclude that the lack of an ethnic read put Asian Americans at a disadvantage. However, the Asian American ethnic reader's role, in part, was to ensure that no cultural or ethnic differences pertaining to Asian Americans were overlooked. To the extent that she is unable to review Asian American files as a reader, the possibility exists that some ethnically-related factors might be overlooked.

In addition to examining the ethnic reader's comments, OCR's concern for the potential stereotyping of Asian American applicants prompted a review of reader comments for negative characterizations which could have an impact on the admissions decision and ratings. On its face, reader comments revealed several recurring characterizations attributed to Asian American applicants. Quite often Asian American applicants were described as being quiet/shy, science/math oriented, and hard workers. For example, one reader's comment embraced all of these in describing an Asian American applicant when she wrote:

". . . [applicant] seems like a reserved, hard-working, aspiring woman scientist/doctor."

While such descriptions may not seem damaging, OCR was conscious that problems of "model minority" stereotypes could negatively impact Asian American applicants as a whole. This concern was also raised when OCR's file review came upon comments such as:

"He's quiet and, of course, wants to be a doctor . . ."

**JA4498**

HARV00023673

Page 25 - Statement of Findings, Compliance Review 01-88-6009

suggesting that most or all Asian American applicants "want to be a doctor." Or more pointedly:

". . . [applicant]'s scores and application seem so typical of other Asian applications
I've read: extraordinarily gifted in math with the opposite extreme in English."

OCR noted that in a number of cases, Asian American applicants were described as "quiet, shy, reserved, self-contained, soft spoken" and that these characteristics were underlined for added emphasis by the reader. While white applicants were similarly described, OCR found such descriptions ascribed to Asian American applicants more frequently. In some cases these comments actually originated from the interviews, teacher or counselor recommendations, or self-descriptions given by the applicant. For instance, in one case, an interviewer wrote:

". . . he comes across as the hard worker rather than the really outstanding potential scholar."

In another, a teacher reports:

". . . [applicant] has naturally reserved qualities."

OCR recognized that reader comments were also sometimes echoes of other reviewers' commentaries related to the applicant. OCR also noted a few cases in which the readers referred to an applicant as "a classic V.N. [Vietnamese] bootstrap case" or "a classic BC/NC (blue collar/non-college background) Asian American from the inner-city." While it was clear from the context of the statement that the readers were not criticizing the applicants, and that there was no negative intention, the comments do suggest a tendency to stereotype by calling the applicants "classic."

Additionally, OCR found another reader's comment which suggested a degree of insensitivity on the part of the reader. The file received five reads, including an ethnic read. Reader one gave a 3+/2- POR, reader two gave a 2-/3+ POR and the ethnic reader gave a 2- POR. The third reader, however, gave a 3/4 POR. The applicant was listed as a "BCNC" applicant, whose parents owned and operated a grocery store. The third reader wrote the following comment to the other readers: "Don't romanticize, by the way - the grocery may be profitable - they are back in the middle-class suburb, remember." This comment suggests that the fact that the applicant's family grocery store was doing well enough for the family to live in the "middle-class" suburb, somehow, detracted from, or operated to the disadvantage of the applicant. The comment also illustrates the distinction drawn between socio-economic status ("BCNC"), and ethnicity.

**JA4499**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    HARV00023674

OCR also found some evidence of the readers' sensitivity to the obstacles facing Asian Americans, especially new immigrants. For example, one reader commented on a low alumnus interview score (4/5) and mediocre teacher support by saying "IV [the interview] and TRs [teacher recommendations] say [the applicant] is reserved, this may be the Filipino culture that others don't quite understand." Additionally, there were numerous comments justifying lower verbal SAT and Achievement scores for Asian American applicants because English was a second language which was not spoken at home. In many of these cases, the readers looked more closely at the teacher recommendations and essays written by the applicant, rather than the verbal SAT score to determine whether the applicant had sufficient language and writing skills to succeed at Harvard.

OCR found that while some reader comments could be construed to negatively affect the case of Asian American applicants, the ratings given to the applicant, where these comments did occur, did not reflect a lower than expected score. For example, in the aforementioned interviewer's comment on "hard worker" versus the "outstanding potential scholar," the reader rated the applicant's academic area a "2," consistent with his test scores and class standing. Similarly, applicants who were deemed to be "quiet/shy" were often rated "3" or better in the POR.

OCR concluded that, while descriptions of Asian American applicants were found that could have implications for the stereotyping of Asian American applicants, they could not be shown to have negatively impacted the ratings given to these applicants.

In reviewing Summary Sheets for indication of specific factors which appear in a general sense to positively or negatively affect admissions, OCR found that the most frequent comments indicating why an applicant was rejected stated that an applicant was "hookless", "not special", "standard", "flat", or otherwise "not unique in the H/R pool," and, thus, would have difficulty getting admitted. The second most frequent comment for rejected applicants was that they were weak academically, in comparison to other applicants. On the plus side, the most clear indication of positive weight which appeared to significantly increase an applicant's chance of admissions was found in comments on recruited athlete and legacy files.

OCR found information in the readers' comments on the Summary Sheets which illustrated the significance of the weight given to recruited athletes. The following readers' comments from applicants who were admitted to the classes of 1991 and 1992, illustrate the weight and significance that athletics can play in the admissions process:

> "A shaky record and so-so scores don't bode well for [the applicant's] case, . . . nice personal qualities, and he'd make a fine addition to the team if the coaches go all out for him, but that's what it would take."

**JA4500**

Page 27 - Statement of Findings, Compliance Review 01-88-6009

". . . a straightforward case hanging on athletic ability. Easy to do if a needed '1' [athletic rating], pretty ordinary if not."

"As a swimmer who could 'help the program' she is special. If she isn't really special, the case will be difficult to make."

"I fear that this may be tough without a field hockey push."

"If she's a '1' [athlete] she's one to compare on 'the list'. Otherwise I'm afraid the mediocre scores will work against her."

These comments suggest that an applicant's athletic ability and Harvard's need for such an athlete on its teams (reflected in the coaches' "lists"), can be crucial if not decisive in determining whether or not to admit the applicant.

OCR noted that both Asian Americans and white applicants received positive weight for athletic "tips". There was no evidence in the Summary Sheets to suggest that the implementation of an athletic preference or "tip" was in any way designed to negatively treat or affect Asian American applicants.

Similarly, our review of the readers' comments on the Summary Sheets illustrated the significance of being a Harvard/Radcliffe legacy in the admissions process. OCR observed the following readers' comments on applicants who were ultimately admitted to the classes of 1991 and 1992 which illustrate the positive weight given for being a legacy:

"Well, not much to say here. [Applicant] is a good student, w/average EC's [extracurricular], standard athletics, middle-of-the-road scores, good support and 2 legacy legs to stand on . . . . Let's see what alum thinks and how far the H/R [Harvard/Radcliffe] tip will go."

"Dad's . . . connections signify lineage of more than usual weight. That counted into the equation makes this a case which (assuming positive TRs and Alum IV) is well worth doing."

"This is a good folder, but without the lineage it seems shy of an absolutely clear hook."

"We'll need confirmation that dad is a legit, S&S [Alumni Schools and Scholarship Committee participant] because this is a "luxury" case otherwise.

"Without lineage, there would be little case. With it, we will keep looking."

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY HARV00023676

Page 28 - Statement of Findings, Compliance Review 01-88-6009

"Not a great profile but just strong enough #'s and grades to get the tip from lineage."

It is evident from some of these readers' comments that being the son or daughter of an alumnus of Harvard/Radcliffe was the critical or decisive factor in admitting the applicant. It is clear that the "lineage tip" can work to the advantage of an applicant by offsetting weaker credentials in virtually any of the rating categories. There is also some evidence to suggest that certain alumni parents' status may be weighed more heavily than others. For instance, the distinction made between alumni and "S&S" alumni suggests that legacies whose parent(s) participates on the Schools and Scholarship Committee are likely to get a bigger "tip" (more positive weight) in the admissions process than legacies whose parents are not as active with Harvard or Radcliffe.

OCR concluded from the file review that both Asian American and white legacy applicants were given "tips" for their legacy status. OCR observed, however, that there were significantly fewer Asian American applicants than white applicants in our sample of approximately 2,000 Summary Sheets, who had the legacy status, and fewer still, who had several generations of lineage at Harvard.

With respect to the positive weight or "tip" assertedly given to Asian American applicants, there were few comments in the approximately 1000 Summary Sheets which reflected this. The only comment suggesting an ethnic tip was found on a Filipino applicant's Summary Sheet which stated: "The number of Phillipino students in the pool is very small. - Given the scores and support I don't see a problem." It should be noted that this applicant received a 2 POR and had strong ratings in all individual rating categories.

OCR found no readers' comments which suggested that an applicant's Asian ethnicity was a significant or important factor in deciding to admit the applicant in the same way that being a legacy or a recruited athlete was instrumental in admitting numerous applicants. This conclusion was best exemplified by the comments of the third reader on an Asian American applicant whose folder showed that he was both clearly influenced by his ethnicity and a good athlete:

"He is more the hard worker than the scholar but if the soccer talents are competitive at H/R then he is special."

The applicant's Asian American ethnicity is not recognized and he would only be considered "special" based on his athletic talent. While the various "tips" or preferences could not be weighed or defined precisely, it was clear that the ethnic tip for Asians was significantly less instrumental, and present less often than tips for legacies and recruited athletes.

**JA4502**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 29 - Statement of Findings, Compliance Review 01-88-6009

### SUBCOMMITTEES AND FULL COMMITTEE

In addition to reviewing files to determine how the reader system was implemented, OCR sought to examine the implementation of the subcommittee and full committee portion of the admission process. As described previously, both the subcommittees and full committee conduct oral deliberations followed by a voting process on each and every applicant. In addition to interviewing staff, we reviewed the limited available data on subcommittee and full committee actions to determine whether Asian Americans might have been adversely affected by these processes. Also, we assessed the effect of the development of targets on Asian American applicants.

During interviews with Admissions staff, OCR was told that the Asian American "ethnic tip" could be reflected in the subcommittee and full committee meetings. When asked exactly how this tip would come up in such meetings, none of those interviewed could think of, or remember a single case in which an applicant's Asian American ethnicity was cited as the "tip" which resulted in that applicant being admitted over a substantially equal white applicant.

OCR requested information from Harvard specifying the admit/reject status of applicants at the end of the subcommittee meetings in order to compare those figures to the final admit/reject decisions which resulted from the full committee meetings. In this way, we could determine how Asian American applicants were affected by the subcommittee deliberations in comparison to the full committee. Unfortunately, Harvard was only able to provide data on the subcommittee results for the Class of 1993. The information below represents the number of potential admits resulting from subcommittee deliberations, which was compiled just prior to the full committee meetings.

Class of 1993

| | |
|---|---|
| Total Admitted: | 1959 |
| Admitted Asian Americans: | 292 |
| Admitted Others: | 1263 |
| Admitted Lineage*: | 261 |
| Admitted Athletes*: | 216 |

In comparison, after full committee deliberations, the results in terms of the final admitted class are below:

| | |
|---|---|
| Total Admitted: | 2255 |
| Admitted Asian Americans: | 341 |
| Admitted Others: | 1428 |

**JA4503**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 30 - Statement of Findings, Compliance Review 01-88-6009


| Admitted Lineage*: | 290 |
| Admitted Athletes*: | 300 |

*Harvard noted that these statistics do not break down lineage and athletes by race, and therefore, one applicant may show up more than once in the statistics.

Without similar data for several years, OCR was unable to find any patterns or trends in the admission of Asian Americans versus whites from these figures. We did note that the number of Asian Americans admitted to the Class of 1993, rose by 49 from the Subcommittee decisions to the final decisions of the full committee. Consequently, from this limited data, OCR found no evidence to suggest that Asian Americans were being restricted or hindered during the final full committee meetings. In fact, at least during the 1993 class year, proportionally, Asian Americans made greater gains than Other (white) applicants and than lineage applicants during the full committee process.

To assess the effect of subcommittee deliberations on Asian American applicants, we tried to determine whether the development of targets could adversely affect Asian Americans. If the targets reflected different proportions of applicants to be admitted in different dockets (subcommittees), we looked to see whether those dockets with disproportionately large numbers of Asian Americans had smaller targets.

TABLE 4

|  | CLASS OF 1991 | | CLASS OF 1992 | |
|---|---|---|---|---|
| DOCKET | TARGET AS %<br>OF ALL APPS.<br>IN DOCKET | % OF ASIAN AMERICAN<br>APPS. IN DOCKET | TARGET AS %<br>OF ALL APPS.<br>IN DOCKET | % OF ASIAN AMERICAN<br>APPS IN DOCKET |
| A | 14.1% | 27.1% | 12.7% | 26.4% |
| C | 12.6% | 30.3% | 11.3% | 33.8% |
| M | 28.6% | 5.3% | 28.7% | 5.7% |
| All<br>Dockets | 14.6% | 15.2% | 14.1% | 15.7% |

As shown in Table 4 above, OCR evaluated Dockets A and C, which represented the States of California and Hawaii, because they contained large percentages of Asian American applicants in the Classes of 1991 and 1992, but appeared to have relatively low percentages of total applicants targeted for admission. Harvard explained that the targets were set based largely upon the strength and quality of applicants in the docket, as well as the number of special interest of preference group applicants. In part, to determine whether the lower targets in A and C dockets were justified, OCR

**JA4504**

    HARV00023679

conducted an analysis described in the following Statistical Analyses section which showed that Californian applicants were somewhat weaker than non-Californian applicants. However, it also appears that the large number of Asian Americans in these dockets did not have a strong positive effect on the target size, which is consistent with our conclusion that there is little if any Asian American "tip."

Additionally, we observed that Docket M (New England Preparatory Schools) had a high percentage of applicants targeted for admission, and a low percentage of Asian Americans in the applicant pool. OCR notes that the high targets for dockets such as M reflected not only the strong qualifications of the applicants from the prestigious New England preparatory schools, but also, quite possibly, a large number of legacy applicants from the docket as well. From all of the above, we concluded that Asian Americans did not appear to be disadvantaged through the establishment of docket targets.

STATISTICAL ANALYSES

As stated previously, the admit rate for Asian American applicants over the last seven years (Classes of 1986 to 1992) was significantly lower than for white applicants. In the Implementation section above, OCR determined that Harvard implemented its admissions procedures, particularly the process of reviewing application folders and assigning reader ratings, in a manner which did not treat Asian Americans differently (except as previously noted). Nonetheless, it was impossible to determine exactly why, and on what basis, any individual applicant was accepted or rejected. Harvard maintained that this decision was not based on any formula which mechanically used the reader ratings or any other information contained in the folders. Instead, all information was taken into account through a succession of individual (reader) and group (subcommittee and full committee) assessments to ensure that each applicant is excellent and well-rounded, and would contribute to a diverse student body.

Consequently, OCR sought an explanation through statistical analyses on all ten Classes (1983-1992), including virtually all (approximately 110,000) Asian American and white applicants for those years, using information contained on a computer data tape provided by Harvard. The tape included the following applicant information:

1.   Personal data

     Home state
     Sex
     Financial aid applicant
     Tentative field of study
     Prospective occupation
     Prospective college activities

**JA4505**

Page 32 - Statement of Findings, Compliance Review 01-88-6009

```
        Parents' occupation
        Parents' college background
        Recruited athlete
```

2.   Academic record

```
        SAT and achievement test scores
        Class rank and class size
```

3.   Ratings

```
        Reader -        Overall
                        Academic
                        Extracurricular
                        Athletic
                        Personal
        Teacher
        Staff interview
        Alumni interview
```

We note that there were slight differences between analyses conducted from the computer generated data and the "hard copy" information provided by Harvard. For example, in Table 11 in this section, 2,236 Asian American applicants arc shown for the Class of 1992. Table 1 on page 4, based on the "hard copy", indicates that there were 2,263 Asian American applicants for the same class. The difference can be attributed to our decision to utilize, for this section's analyses only, applicants for whom an admit or reject decision was reflected on the computer tape data, without including applicants who may have filed an initial application, but did not complete the admission process (less than 3% of our sample). Consequently, the Asian American and white admit rates described in Table 8 are different from the rates that can be calculated from Table 1.

It was explained by Harvard that this data tape was compiled for administrative purposes, as opposed to research. It is generally used by Harvard to provide a "shorthand" summary in numerical form of each of the thousands of applicants in a given year. However, reader ratings in the data base are only described in whole numbers, in contrast to the finer gradations on Summary Sheets, which we observed during the file review. Also, some applicant information is obtained late in the admissions process, most notably alumni interview ratings, and might not get entered into the data base, although considered in making the admissions decision. Consequently, while there was information on over 111,000 Asian American and white applicants on the tape, there was complete data on a much smaller number, approximately one-fourth of the total records. The incomplete records in almost all instances lacked only the alumni interview. Our analyses appeared to show little bias associated with the presence or absence of this information.

More importantly, perhaps, is the understanding that, while there is a great deal of information relevant to the admit/reject decision contained in the quantitative variables we analyzed, there may be other unmeasured variables which affect the decision. For example, the importance or weight of

**JA4506**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      HARV00023681

Page 33 - Statement of Findings, Compliance Review 01-88-6009

the "tips" given to certain applicants would not be necessarily be quantified in the tape data. In addition, there are two substantive steps in the admissions process, the subcommittee and full committee deliberations, which would not be reflected in the information on the data tape. Finally, it is clear both from Harvard's statements, and our investigation, that there is no formula by which the quantitative information analyzed is translated into an admissions decision for any or all candidates.

Our first task was to determine whether the Asian American and white applicant pools were similarly qualified. If the white applicants were, on average, superior to Asian American applicants, then it is reasonable to expect that whites would be admitted at a higher rate. A simple way to compare the two groups is to view the mean scores of Asian American and white applicants over the ten year period on ten admissions criteria central to the admit/reject decision. As shown in Table 5 below, while the two groups were found to be significantly different on many of the variables, they appear overall to be comparably qualified when viewing their means. (Note that for reader ratings a 1 represents the best rating and 4 or 5 represents the worst rating.)

### TABLE 5

#### MEAN SCORES OF ASIAN AMERICAN AND WHITE APPLICANTS
#### TEN YEARS

| VARIABLE | ETHNIC GROUP HIGHER | ASIAN | WHITE | SIGNIFICANCE |
|----------|---------------------|-------|-------|--------------|
| . Academic Rating | Asian American | 2.81 | 2.97 | s |
| Athletic Rating | White | 3.33 | 3.06 | s |
| Extracurr. | - | 2.77 | 2.75 | ns |
| Personal Rating | White | 2.84 | 2.79 | s |
| SAT Math | Asian American | 683 | 661 | s |
| SAT Verbal | White | 606 | 623 | s |
| Counselor Rating | - | 2.63 | 2.66 | ns |
| Class Percent (Rank) | Asian American | 93.46 | 91.46 | s |
| Alumni Rating | - | 2.68 | 2.63 | ns |
| Teacher Rating | Asian American | 2.58 | 2.61 | s |

Another more sophisticated way of examining the issue of comparability of applicant pools is to employ a discriminant function analysis. This multivariate technique indicates whether, on specified admissions criteria, the two applicant groups are statistically different and, if so, which criteria or variables best distinguish between the two groups, controlling for the other variables. By controlling for the effect of the other variables, one avoids inappropriately attributing a unique effect to one. For example, it allows us to measure the individual effect of each of four academic measures (academic rating, SAT Math and Verbal, Class Percent), which are basically measuring similar things, that is, aspects of academic performance. The same ten admissions variables shown in the mean

**JA4507**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00023682

Page 34 - Statement of Findings, Compliance Review 01-88-6009

scores comparison above from the data tape were selected. The results of this discriminant analysis showed that the groups were different on eight of the ten variables as shown in Table 6 below. Generally, Asian Americans had higher academic scores, whites, higher non-academic scores. While the eight admissions criteria did significantly discriminate between Asian Americans and whites, the magnitude of the difference between the two groups was small as indicated by the small partial $r^2$ values for each variable. Hence, it appears from this analysis as well, that the Asian American and white applicant pools are similar in overall quality.

### TABLE 6

DISCRIMINANT ANALYSIS
TEN YEARS
ALL APPLICANTS

| ETHNIC GROUP HIGHER | VARIABLE | PART. $r^2$ | Significance |
|---|---|---|---|
| White | 1. Athletic Rating | .0180 | s |
| Asian American | 2. SAT Math | .0125 | s |
| White | 3. SAT Verbal | .0180 | s |
| Asian American | 4. Class Rank | .0035 | s |
| White | 5. Personal Rating | .0010 | s |
| Asian American | 6. Counselor Rating | .0008 | s |
| White | 7. Extracurricular Rating | .0005 | s |
| Asian American | 8. Academic Rating | .0002 | s |

From the above analyses we could not conclude that the disparity in Asian American and white admit rates was attributable to differences in the quality of the respective applicant pools.

We then employed logistic regression to try to identify which of the ten admissions variables could account for the admit rate disparity. Logistic regression is a multivariate technique which can determine not only whether specific admissions criteria, in fact, influence the admissions decision, but more importantly, whether their impact is different for Asian American applicants as compared to white applicants. Through this technique, we identified six variables which appeared to negatively impact Asian Americans, that is, those variables on which Asian Americans received less benefit in the admit/reject decision than white applicants with similar scores. These were three of the reader ratings: academic, extracurricular and personal, along with the Counselor and Alumni ratings, and SAT Math. Since Harvard asserted that the preference given to legacy and recruited athlete applicants explained the admit rate disparity, we next reran the logistic regressions without these two groups. When recruited athletes and legacies were removed from the analysis, all of these race effects disappeared, with the exception that one variable, the reader academic rating, continued to have a small adverse effect on Asian Americans. The effect size, however, was too small to explain the disparity in overall Asian American and white admit

**JA4508**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 35 - Statement of Findings, Compliance Review 01-88-6009

rates. Harvard's assertion, therefore, that the differential admit rate between whites and Asian Americans is a function of the preference given to recruited athletes and legacies, was supported. Conversely, we could not conclude from the logistic regression analysis that any of the tested admissions variables explained the disparity in Asian American and white admit rates.

We looked further at the treatment of legacies and recruited athletes, two groups that get a "tip" in the admissions process. Harvard's assertion that the admit rate disparity could be attributed to these groups was based on the low number of Asian Americans in these groups, which had higher admit rates in comparison to other applicants. As shown in Table 7 below, over the eight years for which data were available for both alumni children and recruited athletes, the admit rate for all applicants was 16.9%. (Note that "All Applicants" in Table 7 and "Total Applicants" in Table 12 reflect Asian American and white applicants only.) In the same period, alumni children were admitted at a 35.7% rate and recruited athletes at a 48.7% rate. While Asian Americans comprised 15. 7% of all applicants over the eight years, they represented only 3.5% of the alumni children pool and 4.1% of the recruited athlete pool. We separately viewed the Classes of 1991 and 1992, as these were the classes from which our file review samples were drawn. The data from these classes were consistent with the eight year totals.

TABLE 7

|  | ADMIT RATE BY CATEGORY | TOTAL # APPLICANTS | AA's in TOTAL APPS. |
|---|---|---|---|
| CLASSES OF 1985-1992 (8 Yrs.) |  |  |  |
| ALL APPLICANTS | 16.9% | 86437 | 13562 (15.7%) |
| CHILDREN OF ALUMNI | 35.7% | 9927 | 344 ( 3.5%) |
| RECRUITED ATHLETES | 48.7% | 3747 | 153 ( 4.1%) |
| CLASS OF 1992 |  |  |  |
| ALL APPLICANTS | 15.6% | 11182 | 2236 (20.0%) |
| CHILDREN OF ALUMNI | 35.2% | 1198 | 42 ( 3.5%) |
| RECRUITED ATHLETES | 41.0% | 541 | 23 ( 4.2%) |
| CLASS OF 1991 |  |  |  |
| ALL APPLICANTS | 15.5% | 11231 | 2149 (19.1%) |
| CHILDREN OF ALUMNI | 33.4% | 1165 | 46 ( 3.9%) |
| RECRUITED ATHLETES | 39.4% | 619 | 26 ( 4.2%) |

**JA4509**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00023684

Page 36 - Statement of Findings, Compliance Review 01-88-6009

The effect of legacies and recruited athletes on the comparative admit rate between Asian Americans and white applicants is most easily shown by viewing the rates of admission with and without these two groups.

TABLE 8

| CLASS YEAR | ALL APPLICANTS | | | NO ALUMNI OR REC. ATHS. | | |
|---|---|---|---|---|---|---|
| | AA ADMIT RATE | WHITE ADMIT RATE | SIGNIFICANCE | AA ADMIT RATE | WHITE ADMIT RATE | SIGNIFICANCE |
| 1992 | 13.0% | 16.2% | s | 12.5% | 11.0% | s |
| 1991 | 12.4% | 16.2% | s | 12.0% | 11.3% | ns |
| 1990 | 11.4% | 18.0% | s | 10.5% | 12.4% | s |
| 1989 | 12.8% | 17.1% | s | 11.7% | 12.8% | ns |
| 1988 | 12.9% | 18.1% | s | 11.4% | 12.6% | ns |
| 1987 | 14.4% | 19.8% | s | 13.5% | 14.2% | ns |
| 1986 | 13.7% | 18.9% | s | 12.9% | 13.7% | ns |
| 1985 | 14.6% | 16.8% | ns | 14.1% | 11.9% | s |
| 1984 | 15.3% | 15.8% | ns | 15.1% | 13.2% | ns |
| 1983 | 15.2% | 17.3% | ns | 14.2% | 14.3% | ns |
| Total | 13.2% | 17.4% | | 12.5% | 12.8% | |

The above table demonstrates that the disparity in admit rates is virtually eliminated over the ten year period when removing legacies and recruited athletes from the sample. In fact, for three classes, including the Classes of 1991 and 1992, Asian Americans were admitted at a higher rate than white applicants without these groups.

Evidence of the weight or "tip" given to legacies and recruited athletes can be shown by a comparison of the strength of legacy and recruited athlete applicants who were admitted with non-legacy/non-athlete admitted applicants. In Table 9 below, the mean scores over the ten years (Classes of 1983 to 1992) are described:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00023685

Page 37 - Statement of Findings, Compliance Review 01-88-6009

TABLE 9

MEAN SCORES OF RECRUITED ATHLETES
CHILDREN OF ALUMNI AND NON ATHLETE/NON ALUMNI
FOR ADMITTED APPLICANTS
ALL YEARS
ALL ADMITTED APPLICANTS

|                    | RECRUITED ATHLETES | CHILDREN OF ALUMNI | NON ATHLETE/ NON ALUMNI |
|--------------------|--------------------|--------------------|-------------------------|
| SAT Math           | 67.02              | 69.50              | 71.77                   |
| SAT Verbal         | 60.30              | 67.41              | 68.67                   |
| Athletic Rating    | 1.31               | 3.08               | 3.11                    |
| Academic Rating    | 3.00               | 2.40               | 2.19                    |
| Extracurr. Rating  | 2.90               | 2.52               | 2.43                    |
| Personal Rating    | 2.52               | 2.53               | 2.44                    |
| Teacher Rating     | 2.43               | 2.32               | 2.08                    |
| Counselor Rating   | 2.43               | 2.34               | 2.14                    |
| Alumni Rating      | 2.35               | 2.25               | 2.06                    |
| Class Rank         | 92.30              | 92.47              | 96.73                   |

With the exception of the athletic rating, non-legacy/non-athletes scored better than legacies and recruited athletes in all areas of comparison. In addition, the differences between non-legacy/non-athletes and legacies and, separately, between non-legacy/non-athletes and recruited athletes was found, in each category, to be statistically significant.

It is clear from these analyses that the "tip" given to legacies and recruited athletes is weighted quite significantly in the admissions process. The comparison shows that on average, the admitted non-athlete/non-legacy applicants scored more than 130 points higher on the combined math and verbal SATs than the admitted recruited athletes, and 35 points higher than the legacies. Still, although recruited athletes score relatively low on the SATs in comparison to other Harvard applicants, their scores would place them in the top percentiles of all students taking them.

Having determined that legacies and recruited athletes are favorably treated in the admissions process, we evaluated whether Asian American and white applicants within these pools were similarly treated. The overall pattern of mean scores below suggests that the Asian Americans and whites are similarly qualified within the legacy and recruited athlete categories.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00023686

Page 38 - Statement of Findings, Compliance Review 01-88-6009

**TABLE 10**

MEAN SCORES OF RECRUITED ATHLETES
CHILDREN OF ALUMNI AND NON ATHLETE/NON ALUMNI BY RACE
ALL YEARS - ALL APPLICANTS

|  | RECRUITED ATHLETES | | CHILDREN OF ALUMNI | | NON ATHLETE/ NON ALUMNI | |
|  | Asian Amer. | White | Asian Amer. | White | Asian Amer. | White |
|---|---|---|---|---|---|---|
| SAT Math | 67.42 | 64.85 | 68.47 | 66.33 | 68.70 | 66.16 |
| SAT Verbal | 58.74 | 57.83 | 62.24 | 63.72 | 60.91 | 62.34 |
| Athletic Rating | 1.48 | 1.40 | 3.27 | 3.10 | 3.35 | 3.15 |
| Academic Rating | 3.05 | 3.30 | 2.83 | 2.89 | 2.86 | 2.97 |
| Extracurr. Rating | 2.92 | 2.99 | 2.74 | 2.71 | 2.77 | 2.75 |
| Personal Rating | 2.77 | 2.66 | 2.83 | 2.75 | 2.84 | 2.81 |
| Teacher Rating | 2.58 | 2.59 | 2.64 | 2.62 | 2.57 | 2.61 |
| Counselor Rating | 2.60 | 2.62 | 2.74 | 2.67 | 2.62 | 2.67 |
| Alumni Rating | 2.70 | 2.55 | 2.52 | 2.54 | 2.68 | 2.65 |
| Class Rank | 90.79 | 88.25 | 88.51 | 86.29 | 93.65 | 88.25 |

Further, Table 11 below shows that in each of the last six years (prior to which there were so few Asian American recruited athletes that comparison was not feasible) there was no significant difference in the admit rates of Asian American and white recruited athlete applicants. In terms of legacies, in only one year was there a significant difference. These data appear to indicate that Asian American and white applicants are similarly treated within the legacy and recruited athlete pools.

**TABLE 11**

| CLASS YEAR | RECRUITED ATHLETES | | | CHILDREN OF ALUMNI | | |
|  | AA ADMIT RATE | WHITE ADMIT RATE | SIGNIFICANCE | AA ADMIT RATE | WHITE ADMIT RATE | SIGNIFICANCE |
|---|---|---|---|---|---|---|
| 1992 | 34.8% | 41.3% | ns | 26.2% | 35.6% | ns |
| 1991 | 34.6% | 39.6% | ns | 19.6% | 34.0% | s |
| 1990 | 42.9% | 44.2% | ns | 28.9% | 39.8% | ns |
| 1989 | 45.8% | 44.2% | ns | 35.6% | 32.0% | ns |
| 1988 | 68.4% | 58.1% | ns | 37.8% | 34.9% | ns |
| 1987 | 52.9% | 53.1% | ns | 26.2% | 38.6% | ns |

In addition, we reviewed two other sub-groups of applicants: California residents; and students who anticipated majoring in the biological sciences towards a career in medicine. One hypothesis to explain the lower admit rate for Asian American applicants is that categories of applicants in which Asian Americans are heavily represented are admitted at a lower rate. The sub-group of applicants from California was studied because Asian Americans were overrepresented in this group and, as shown below in Table 12, the admit rate was significantly lower than the admit rate for applicants in general. The

**JA4512**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00023687

Page 39 - Statement of Findings, Compliance Review 01-88-6009

biological science/pre-med majors group was chosen because it was clear from the file review that readers often noted that Asian American applicants were "CJers", Admissions shorthand for students who indicated biological sciences as their anticipated major and medicine as their career goal. One way bias against Asian Americans might be manifested is through the use of stereotypes. If Asian American applicants are seen stereotypically as one-dimensional, math/science types, applicants who fit this pattern might be evaluated more negatively. As described in Table 12, Asian Americans are disproportionately represented among "CJ" applicants who, as a group also get admitted at a lower rate than other applicants.

TABLE 12

| | TOTAL APPLICANTS | ASIAN AMERICAN APPLICANTS | | TOTAL APPLICANTS ADMITTED | |
|---|---|---|---|---|---|
| | | # | % | # | % |
| **CLASS OF 1992:** | | | | | |
| All Categories | 11182 | 2236 | 20.0 | 1744 | 15.6 |
| Calif | 1593 | 555 | 34.8 | 195 | 12.2 |
| Non Calif | 9589 | 1691 | 17.5 | 1547 | 16.1 |
| Bio & Med ("CJ") | 1433 | 543 | 37.9 | 143 | 10.0 |
| Non CJ | 9749 | 1693 | 17.4 | 1601 | 16.4 |
| **CLASS OF 1991:** | | | | | |
| All Categories | 11231 | 2149 | 19.1 | 1741 | 15.5 |
| Calif | 1573 | 509 | 32.4 | 192 | 12.2 |
| Non Calif | 9658 | 1640 | 17.0 | 1549 | 16.1 |
| Bio & Med ("CJ") | 1585 | 621 | 39.2 | 185 | 11.7 |
| Non CJ | 9646 | 1528 | 15.9 | 1556 | 16.1 |

Through logistic regression analysis, we tested whether the large number of Asian American applicants in the California and CJ pools were adversely affected. For the Classes of 1991 and 1992, we found there was no California or CJ effect on Asian American applicants, that is, these applicants were similarly treated to non-California and non-CJ Asian American applicants. It appears, therefore, that the extent to which Asian American applicants in the California and CJ pools were admitted at a lower rate than other Asian American applicants is a reflection of their weaker qualifications. The view that Asian American applicants from California might be weaker than those from other areas of the country was also expressed by an Alumni Admissions committee member in southern California. Through additional logistic regression analyses on white applicants in the California and CJ pools, we were able to determine that Asian Americans are not disadvantaged in comparison to white within these two pools. Thus, we concluded that, although Asian American applicants from California and in the CJ pool are admitted at

**JA4513**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00023688

Page 40 - Statement of Findings, Compliance Review 01-88-6009

a lower rate than other Asian American applicants, there was no evidence of intentional or unintentional bias.

From all of the analyses performed, OCR found a strong and distinct correlation between the preferences or positive weight given to children of alumni and recruited athletes, and the disparity in Asian American and white admit rates. No other criteria or factors appeared to substantively contribute to the disparity. As a result of these analyses, taken together with the file review, we have concluded that the disparity in admit rates between Asian American and white applicants for the most part can be explained by this preference given to legacies and recruited athletes - groups that are predominantly white. The adverse effect on the Asian American admit rate was quite clear. Consequently, OCR examined Harvard's reasons for giving these preferences.

## JUSTIFICATION FOR PREFERENCES

OCR learned that Harvard has been giving a preference to applicants who are children of alumni and to talented athletes at least back to the beginning of the century. OCR noted that these preferences were given long before there was a significant number of Asian American applicants. Also, it is clear that preferences for legacies and athletes are not unique to Harvard. Consequently, we found no evidence to suggest that these preferences were instituted to intentionally or deliberately limit the number of Asian Americans at Harvard. Because of the disparate impact that these preferences have on Asian Americans, however, OCR proceeded to analyze the legitimacy of their use in the admissions process.

Harvard explained that the preference for alumni children was given because:

Harvard alumni support the college by devoting immense amounts of time in recruiting and other volunteer activities, by contributing financially, and by informing other people, be they potential students, parents, donors, or community leaders, about the College. Those alumni are naturally, very interested in the college choices of their own children. If their children are rejected by Harvard, their affection for and interest in the college may decline; if their children are admitted, their involvement with the College is renewed. Having children share the parent's college affiliation stimulates those three aspects of contribution: of service, of money, and of community relations.

Additionally, in response to OCR's query whether alternatives had been considered which would serve Harvard's institutional and educational goals, but which might have a less severe impact on Asian American applicants, Harvard responded that:

**JA4514**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00023689

> . . . in our judgment, and in the judgment of many of our fellow institutions, tips for lineage . . . could not be eliminated without a severe effect on the strength and vitality of the institutions and their ability to achieve their educational objectives.

OCR asked Harvard for documentation supporting their assertion that alumni contribute both financially and through service to the University. Information submitted indicated that alumni provide the bulk of the scholarship funds provided to all students. In addition, Harvard demonstrated the extent to which alumni serve on the Schools and Scholarship Committee and other alumni organizations which are extremely important to the operation of the Admissions Office and other components of the University.

With respect to athletic preferences, Harvard explained that its athletic programs, like the academic programs at Harvard sought the very best applicants who could contribute to those programs. Consequently, in the same way that unusually strong math or science scholars would be looked upon favorably in the admissions process for the contributions they could make to the math or science programs, talented athletes are looked upon favorably for the contributions they could make to the athletic programs. Further, Harvard maintained that a varsity sports program was an integral part of American college life, benefiting athletes and other students as well.

Specifically, regarding the "tip" for athletics, Harvard stated that:

> Excellence in athletic ability is only one of the excellences that the Committee looks for, of course, and reflects the Committee's continual quest for diverse abilities to contribute ·to the life of the community. At Harvard, athletes are not admitted by a different committee, nor are they subject to a different process, nor do they receive athletic scholarships; they are viewed like the other students with whom they will live and study, and are distinctive only in the nature of their particular excellence. Dedicated athletes wish to compete with athletes of similar dedication, and that kind of intensity is valued in all candidates. Our coaches tell us again and again that it would be impossible to field a varsity level team without recruiting athletes and giving their athletic excellence the kind of positive weight we give a myriad of other non-athletic excellences in the admissions process. There is no alternative to a "tip" if Harvard wishes to have a competitive varsity athletic program.

In evaluating Harvard's justifications for providing "tips" to legacy and recruited athlete applicants, OCR took into account court decisions related to this matter. While there is no case law which directly addresses the legitimacy of a private University admissions preferences to children of alumni, there is at least one case in which a court upheld such a preference for out-of-state children of alumni at a State University. In Rosenstock v. Board of Governors of University of North Carolina, 423 F. Supp. 1321

**JA4515**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 42 - Statement of Findings, Compliance Review 01-88-6009

(1976), a Federal district court found that "defendants showed that the alumni provide monetary support for the University and that out-of-state alumni contribute close to one-half of the total given." Id. at 423 p. 1327. The court concluded that "to grant children of this latter group a preference then is a reasonable basis and is not constitutionally defective." Id. That case involved an Equal Protection challenge to a State University's preference to out-of-state applicants who were children of alumni. While Harvard is a private University, and we are reviewing its undergraduate admissions program under Title VI of the Civil Rights Act of 1964, the Rosenstock case does indicate one court's willingness to recognize the legitimacy of a link between a University's economic interests, and admissions preference to alumni children based on the fact that alumni donate large sums of money to the University.

In addition to the Rosenstock case, one Justice on the U.S. Supreme Court at least mentioned the fact that a preference is given to children of alumni and recruited athletes. Justice Blackmun, in his separate opinion in Bakke supra., stated that:

> It is somewhat ironic to have us so deeply disturbed over a program where race is an element of consciousness, and yet to be aware of the fact, as we are, that institutions of higher learning, albeit more on the undergraduate than graduate level, have given conceded preferences up to a point to those possessed of athletic skills, to the children of alumni, to the affluent who may bestow their largess on the institutions, and to those having connections with celebrities, the famous and the powerful. Bakke, 438 U.S. Rep. at 404.

Justice Blackmun went on to defer such matters to the expertise of educators, and to presume the good faith of the institutions administering such policies. There is no definitive authority, therefore, to suggest that such preferences are unlawful in and of themselves.

With respect to alumni preferences, OCR asked Harvard to provide some evidence of their support and contributions to the University. Harvard provided information showing that last year, for example, alumni contributed over 36 million dollars to the Harvard College Fund, much of which goes to providing financial aid and scholarships to needy students. Additionally, Harvard provided data which indicated that over 4,000 alumni serve on schools and scholarship committees, and that the more than 37,000 dues-paying members of the Harvard and Radcliffe Clubs contribute to the University by raising scholarship funds and sponsoring schools and scholarship committees. Harvard maintained that the direct financial support from alumni was an essential component of the financial aid that enables the University to maintain its "needs-blind" admissions policy and achieve its important educational objective of diversity in its student body. Data supplied by Harvard substantiated Harvard's assertion that alumni time, energy, money and intellectual resources were essential to maintaining the excellence of the institution.

**JA4516**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        HARV00023691

Page 43 - Statement of Findings, Compliance Review 01-88-6009

OCR's review of current case law found no legal authority to suggest that giving preferences to legacies and recruited athletes was legally impermissible. In fact, the case law suggests that if schools are to possess a desirable diversity, officials must retain wide discretion, with respect to the manner of selecting students. The courts have generally been reluctant, if not unwilling to dictate what considerations or methods of selection are to be given priority in college admissions. OCR finds that the reasons or goals provided by Harvard for giving preferences to children of alumni and recruited athletes are legitimate institutional goals, and not a pretext for discrimination against Asian Americans. Additionally, Harvard asserted, and OCR accepts, that there are no alternatives to these preferences that could effectively accomplish the same legitimate goals. In light of the evidence, and the lack of any legal authority suggesting that such preferences are impermissible, OCR finds that Harvard's use of preferences for children of alumni and recruited athletes, while disproportionately benefitting white applicants, does not violate Title VI of the Civil Rights Act of 1964 or its implementing regulation at 34 C.F.R. Part 100.

Based upon the entirety of OCR's review, and Harvard's explanations of its preferences for alumni children and recruited athletes, OCR drew the following conclusions.

CONCLUSION

OCR established that Asian American applicants to Harvard-Radcliffe were accepted at a statistically significant lower rate than non-minority (white) applicants in each of the last seven years covered by our review (Classes of 1986-1992). Our investigation found, however, no evidence of the use of a quota to limit the number of Asian Americans at Harvard, which might explain the disparity in admit rates. During the entire ten year period studied (Classes of 1986-1993), in each succeeding year both the number of Asian American applicants and the number accepted were greater than in the previous year. In addition, an extensive review of the literature, documentation provided by Harvard, and extensive interviews of both Harvard staff and other knowledgeable individuals, revealed no information attesting to the existence or use of quotas by Harvard.

Consequently, we turned to Harvard's admissions policy and process for an explanation of the disparity between Asian American and white acceptance rates. After review of files and documentation submitted by Harvard, supplemented by interviews with Admissions staff, we found several policies and procedures in Harvard's admission process which indicated different treatment of Asian American applicants on the basis of race.

First, Harvard indicated that it provides an extra "ethnic" read for Asian American applicants. Our investigation found, however, that the "ethnic" read was an affirmative step designed to ensure a full understanding of the different backgrounds of Asian American applicants by having the applicant file read by an Admissions Officer who was knowledgeable and sensitive to the Asian American cultures and

**JA4517**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 44 - Statement of Findings, Compliance Review 01-88-6009

experiences. Second, Harvard stated unequivocally that Asian American ethnicity is a factor in the admissions process which can weigh in favor of the admission of a specific applicant. We found that Harvard's intent was for race or ethnicity to be considered only as one positive factor in evaluating Asian American applicants, which might make a difference in a situation where all other factors were substantially equal. Third, Harvard stated that some Asian American applicants are compared to other similarly-situated Asian American applicants during the admissions process. We found, however, that to the extent certain Asian American applicants were compared to other similar applicants, they were not ultimately shielded from comparison to all other applicants. Finally, Harvard stated that race is a factor in determining targets for the total number of applicants to be admitted from each docket. After further inquiry, OCR found that race was simply one, positive consideration in the development of a target for each docket, and that there were no targets for specific racial or ethnic groups of applicants.

OCR concluded, to the extent that they treat Asian Americans differently from whites, Harvard's admissions policies and procedures intended race to be used in a manner which benefitted, not harmed, Asian American applicants. The "ethnic" read and the within group comparisons were designed to ensure that differences in culture or background did not place Asian American applicants at an unfair disadvantage. The ethnic "tip" and the development of targets provided an opportunity for Asian American ethnicity to be positively weighted in the admissions process.

OCR notes that Justice Powell, in dicta in the Bakke case stated that ethnic diversity is "one element in a range of factors a university may properly consider in attaining the goal of a heterogeneous student body" Bakke 438 U.S. at p. 314. The key, according to Powell, is that while "race or ethnic background may be deemed a "plus" in a particular applicant's file, . . . it does not insulate the individual from comparison with all other candidates for the available seats." (Id. at p.317.) OCR found no evidence to suggest that Harvard's admissions policies and procedures intended race or ethnicity to be the decisive or sole factor, rather than one of many factors which might weigh in favor of admitting a particular applicant. Consequently, OCR finds that Harvard's policies and procedures for admissions, themselves, while not racially neutral, are consistent with the legal requirements of Title VI of the Civil Rights Act of 1964 and its implementing regulations at 34 C.F.R. Part 100.

OCR's analysis of Harvard's stated admissions policies and procedures, did not provide an explanation for the lower Asian American admit rate. Therefore, OCR next evaluated the implementation of those policies and procedures to determine whether Asian American applicants were somehow disadvantaged in the admissions process. We interviewed staff, reviewed files, and analyzed data provided by Harvard regarding both the reader rating process and the decisions to admit or reject applicants.

As a result, we have reached a number of conclusions with respect to the disparity in admit rates between Asian American and white applicants from our review of Harvard's implementation of the admissions

**JA4518**

Page 45 - Statement of Findings, Compliance Review 01-88-6009

process. First, we could not conclude that the reader rating process was implemented in a manner that unfairly treated Asian American applicants. Given the subjective nature of the process, however, it was almost impossible to determine that a rating was inaccurate. OCR could not determine, for example, whether an applicant, based on all the information in a file, should have received a "1" rather than a "2" on "personal qualities", when a 1 was defined in the Reading Procedures as "Outstanding" and a 2 as "Very Strong". Nonetheless, it appeared that Asian American and white applicants received similar ratings from readers for similar accomplishments. In addition, our data analyses showed that Asian Americans and whites had similar mean scores in the reader rating categories, which also supports the conclusion that the reader ratings did not treat Asian Americans differently.

Also, we looked carefully at Asian American applicant information for indications of stereotyping, or insensitivity to their background or culture, which might place them at a disadvantage in comparison to white applicants. While there was some evidence that readers stereotyped some groups of Asian American applicants, it did not appear to result in unfairly low ratings. Although in only a small number of cases did readers note an Asian American applicant's background or experience, we could not conclude that readers failed to adequately take into account Asian American ethnicity when rating files. On the other hand, our file review did not support Harvard's assertion that the Asian American ethnic reader reviewed most of the competitive Asian American applicant files. To the extent that Asian American applicants do not receive the benefit of an "ethnic read", the possibility exists that cultural or ethnic differences may be overlooked. Also, there was little evidence from the file review, that Asian Americans received a "tip" in the assignment of reader ratings, or in the overall rating.

While some aspects of the reader rating process might disadvantage some Asian American applicants, we concluded that, taken as a whole, there was no significant difference between the treatment of Asian American applicants and the treatment of white applicants. Further, in light of the small number of cases found where there was any indication of possible disadvantage, it clearly could not explain the disparity between Asian American and white admit rates overall.

Since OCR had little information to evaluate the treatment of Asian American applicants during subcommittee and full committee meetings, we addressed the final results of these processes, that is, the ultimate decision to admit or reject. We first conducted analyses to determine the relative qualifications of Asian American and white applicants, based on summary information on each applicant, which was available to subcommittee and full committee members. It was our conclusion that the two groups were similarly qualified. Therefore, a hypothesis that the admit rate disparity could be explained by a weaker Asian American applicant pool was not supported by the evidence.

Utilizing ten years of quantitative data supplied by Harvard for all individual Asian American and white applicants, it appeared that Asian Americans were at a small but statistically significant disadvantage in

**JA4519**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                     HARV00023694

Page 46 - Statement of Findings, Compliance Review 01-88-6009

the admissions process. However, this disadvantage is virtually eliminated if legacies and recruited athletes (groups with few Asian Americans), are removed from the Asian American and white samples. This finding is consistent with the results of our file review, which revealed clear evidence of a "tip" for legacies and recruited athletes. Further evidence of the effect of the preference for these groups on Asian Americans was demonstrated by the comparable Asian American and white admit rates when legacies and recruited athletes were removed from the sample.

At the same time, there was no evidence from these sources of any "tip" for Asian Americans. Although this finding contradicts Harvard's stated policy, OCR concludes that the lack of a "tip" in the admissions process does not, in itself constitute discrimination in violation of Title VI or its implementing regulation.

Having determined that the primary cause of the lower Asian American admit rate in comparison to white applicants is the "tip" or preference given to legacies and recruited athletes, we sought to determine Harvard's reasons for these preferences, and whether they could be justified in terms of institutional or educational goals.

According to information provided by Harvard, the primary reasons for giving a preference to children of alumni were to 1) encourage alumni volunteer services; 2) to encourage alumni financial contributions; and, 3) to maintain community relations. With respect to recruited athletes, Harvard likened the preference given to excellence in athletics to excellence in any particular field. Further, they asserted that varsity sports are an integral part of college life. OCR finds that these reasons or goals provided by Harvard are legitimate institutional goals, and not a pretext for discrimination against Asian Americans. Thus, OCR concludes that Harvard's use of preferences for children of alumni and recruited athlete, while disproportionately benefiting white applicants, does not violate Title VI.

As a result of this compliance review, it is OCR's overall conclusion that Harvard did not discriminate against Asian American applicants to its undergraduate program in violation of Title VI of the Civil Rights Act of 1964 or its implementing regulation at 34 C.F.R. Part 100.

**JA4520**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**TRIAL EXHIBIT**

**P604**

SFFA v. Harvard

| | |
|---|---|
| **From:** | Heenan, Christine M [/O=HARVARD UNIVERSITY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=CMH191] |
| **Sent:** | Monday, April 29, 2013 3:50:44 PM |
| **To:** | Driver-Linn, Erin |
| **Subject:** | RE: two quick things |
| **Categories:** | Strategy - Liam |

Gotcha. I spend very little time in Admissions land!

Christine M. Heenan
Vice President, Public Affairs and Communications
Harvard University
Massachusetts Hall
Cambridge, MA 02138

Phone: 617-495-1703
email : christine_heenan@harvard.edu

**From:** Driver-Linn, Erin
**Sent:** Monday, April 29, 2013 11:48 AM
**To:** Heenan, Christine M
**Subject:** RE: two quick things

Yes, extra weight for admissions decisions. Usual categories in admissions conversations include gender, race, legacy, athlete, etc.

**From:** Heenan, Christine M
**Sent:** Monday, April 29, 2013 11:45 AM
**To:** Driver-Linn, Erin
**Subject:** RE: two quick things

Thumbs on the scale? Meaning extra weight we give to those students? If so, you are right – there are upsides and downsides of being public about that analysis...

Christine M. Heenan
Vice President, Public Affairs and Communications
Harvard University
Massachusetts Hall
Cambridge, MA 02138

Phone: 617-495-1703
email : christine_heenan@harvard.edu

**From:** Driver-Linn, Erin
**Sent:** Monday, April 29, 2013 11:37 AM
**To:** Heenan, Christine M
**Subject:** RE: two quick things



Okay great—Tippi is unfortunately sick today, so I'll have Liam call Monica.

Fitz asked us to do some analysis of "thumb on the scale" for low income. Could be a positive message, but has implications for need blind policy as well as opening the door to Unz-like requests for info about other thumbs on the scale. Team is putting together a memo to send to Fitz, copy you and Jeff to put this in context, but I guess I am aware that part of the wonderful thing about Fitz is he has a lot of friends and likes to talk about his work...

**From:** Heenan, Christine M
**Sent:** Monday, April 29, 2013 10:43 AM
**To:** Driver-Linn, Erin
**Subject:** RE: two quick things

| |
|---|
| Redacted:<br>Redacted |

Sounds good re: Fitz – what is the issue?

---

Christine M. Heenan
Vice President, Public Affairs and Communications
Harvard University
Massachusetts Hall
Cambridge, MA 02138

Phone: 617-495-1703
email : christine_heenan@harvard.edu

**From:** Driver-Linn, Erin
**Sent:** Sunday, April 28, 2013 1:59 PM
**To:** Heenan, Christine M
**Subject:** two quick things

Hi Christine,

Hope all is well.

| |
|---|
| Redacted:<br>Redacted |

Also, would like to give you a heads up about some analysis and correspondence we've been having with Fitz. He's excited to share more broadly, I believe is going to be in touch with Jeff Neal tomorrow, but I'd like to make sure you've had a chance to think through implications, not entirely straightforward.

If you think a good idea, I'll have Tippi connect with Monica to try to find time for a short phone call. All best,

-Erin

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00075052

# Admit Rates of ALDCs Versus Non-ALDCs

| Academic Rating | | Non-ALDC | Athletes | Legacy, Dean's List, Children of Faculty or Staff |
|---|---|---|---|---|
| 1 | Number of Applicants | 612 | 1 | 60 |
| | Number of Admits | 405 | 1 | 58 |
| | Admit Rate | 66.18% | 100.00% | 96.67% |
| 2 | Number of Applicants | 59,731 | 303 | 3,118 |
| | Number of Admits | 5,986 | 291 | 1528 |
| | Admit Rate | 10.02% | 96.04% | 49.01% |
| 3 | Number of Applicants | 57,874 | 821 | 2,444 |
| | Number of Admits | 1,390 | 716 | 442 |
| | Admit Rate | 2.40% | 87.21% | 18.09% |
| 4 | Number of Applicants | 18,176 | 210 | 373 |
| | Number of Admits | 3 | 167 | 13 |
| | Admit Rate | 0.02% | 79.52% | 3.49% |
| 5 | Number of Applicants | 6,335 | 8 | 46 |
| | Number of Admits | 0 | 4 | 0 |
| | Admit Rate | 0.00% | 50.00% | 0.00% |

**JA4523**

Expanded Dataset Plus Athletes

TRIAL EXHIBIT
P618
SFFA v. Harvard
exhibitsticker.com

## Applicants Interviewed and Admitted



TRIAL EXHIBIT
P619
SFFA v. Harvard

| | White | Asian American | African American | Hispanic | Total (Including All Races/Ethnicities) |
|---|---|---|---|---|---|
| # ALDC Applicants | 5,002 | 841 | 440 | 413 | 7,384 |
| # ALDC Applicants Interviewed | 1,035 | 144 | 113 | 73 | 1,478 |
| % ALDCs Interviewed Out of ALDC Applicants | 20.69% | 17.12% | 25.68% | 17.68% | 20.02% |
| # ALDCs Interviewed and Admitted | 797 | 114 | 94 | 64 | 1,161 |
| % ALDCs Admitted Out of ALDCs Interviewed | 77.00% | 79.17% | 83.19% | 87.67% | 78.55% |
| # Non-ALDC Applicants | 57,582 | 40,415 | 15,664 | 17,970 | 142,728 |
| # Non-ALDC Applicants Interviewed | 928 | 350 | 199 | 181 | 1,801 |
| % Non-ALDCs Interviewed Out of Non-ALDC Applicants | 1.61% | 0.87% | 1.27% | 1.01% | 1.26% |
| # Non-ALDCs Interviewed and Admitted | 244 | 101 | 89 | 58 | 531 |
| % Non-ALDCs Admitted Out of Non-ALDCs Interviewed | 26.29% | 28.86% | 44.72% | 32.04% | 29.48% |
| # Total Applicants | 62,584 | 41,256 | 16,104 | 18,383 | 150,112 |
| # Total Applicants Interviewed | 1,963 | 494 | 312 | 254 | 3,279 |
| % Applicants Interviewed Out of All Applicants | 3.14% | 1.20% | 1.94% | 1.38% | 2.18% |
| # Total Applicants Interviewed and Admitted | 1,041 | 215 | 183 | 122 | 1,692 |
| % Applicants Admitted Out of All Applicants Interviewed | 53.03% | 43.52% | 58.65% | 48.03% | 51.60% |

**JA4524**

Expanded Dataset Plus Athletes

TRIAL EXHIBIT

P620

SFFA v. Harvard

# Number and Share of Applicants Admitted and Rejected

JA4525

| Rating | Rating # | White Admitted | White Rejected | White Total | Asian American Admitted | Asian American Rejected | Asian American Total | African American Admitted | African American Rejected | African American Total | Hispanic Admitted | Hispanic Rejected | Hispanic Total | All Applicants Admitted | All Applicants Rejected | All Applicants Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overall Rating | 1 | 24 | 0 | 24 | 31 | 0 | 31 | 8 | 0 | 8 | 5 | 0 | 5 | 77 | 0 | 77 |
| | 2 | 1,656 | 873 | 2,529 | 1,261 | 664 | 1,925 | 694 | 126 | 820 | 550 | 142 | 692 | 4,498 | 1,975 | 6,473 |
| | 3 | 1,131 | 39,975 | 41,106 | 780 | 29,306 | 30,086 | 485 | 6,137 | 6,622 | 552 | 9,340 | 9,892 | 3,206 | 92,782 | 95,988 |
| | ≥4 | - | 13,920 | 13,923 | 0 | 8,373 | 8,373 | 0 | 8,214 | 8,214 | 0 | 7,381 | 7,381 | 3 | 40,187 | 40,190 |
| Academic Rating | 1 | 124 | 47 | 171 | 229 | 141 | 370 | 2 | 1 | 3 | 7 | 0 | 7 | 405 | 207 | 612 |
| | 2 | 2,374 | 23,532 | 25,906 | 1,727 | 22,236 | 23,963 | 703 | 733 | 1,436 | 717 | 2,285 | 3,002 | 5,986 | 53,745 | 59,731 |
| | 3 | 315 | 25,501 | 25,816 | 116 | 12,737 | 12,853 | 481 | 5,794 | 6,275 | 383 | 8,209 | 8,592 | 1,390 | 56,484 | 57,874 |
| | ≥4 | 1 | 5,688 | 5,689 | 0 | 3,229 | 3,229 | 1 | 7,949 | 7,950 | 0 | 6,369 | 6,369 | 3 | 24,508 | 24,511 |
| Extracurricular Rating | 1 | 75 | 98 | 173 | 75 | 75 | 150 | 7 | 11 | 18 | 11 | 11 | 22 | 192 | 228 | 420 |
| | 2 | 1,980 | 11,866 | 13,846 | 1,547 | 9,713 | 11,260 | 610 | 1,806 | 2,416 | 616 | 2,386 | 3,002 | 5,179 | 28,223 | 33,402 |
| | 3 | 736 | 40,689 | 41,425 | 446 | 27,757 | 28,203 | 560 | 11,473 | 12,033 | 466 | 13,437 | 13,903 | 2,357 | 101,002 | 103,359 |
| | 4 | 3 | 1,735 | 1,738 | 0 | 659 | 659 | 3 | 1,012 | 1,015 | 1 | 859 | 860 | 9 | 4,560 | 4,569 |
| Athletic Rating | 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 2 | 590 | 6,774 | 7,364 | 149 | 1,794 | 1,943 | 169 | 900 | 1,069 | 169 | 1,180 | 1,349 | 1,175 | 11,644 | 12,819 |
| | 3 | 1,260 | 29,248 | 30,508 | 911 | 18,384 | 19,295 | 576 | 7,144 | 7,720 | 474 | 8,272 | 8,746 | 3,497 | 68,329 | 71,826 |
| | ≥4 | 810 | 17,416 | 18,226 | 915 | 17,415 | 18,330 | 387 | 5,773 | 6,160 | 394 | 6,817 | 7,211 | 2,716 | 51,400 | 54,116 |
| Personal Rating | 1 | 19 | 8 | 27 | 3 | 1 | 4 | 1 | 2 | 3 | 1 | 2 | 3 | 26 | 13 | 39 |
| | 2 | 2,338 | 9,884 | 12,222 | 1,515 | 5,610 | 7,125 | 882 | 2,093 | 2,975 | 861 | 2,493 | 3,354 | 6,037 | 21,771 | 27,808 |
| | 3 | 457 | 44,629 | 45,086 | 554 | 32,538 | 33,092 | 304 | 12,309 | 12,613 | 245 | 14,283 | 14,528 | 1,721 | 112,496 | 114,217 |
| | ≥4 | 0 | 247 | 247 | 0 | 194 | 194 | 0 | 73 | 73 | 0 | 86 | 86 | 0 | 664 | 664 |
| Teacher 1 Rating | 1 | 476 | 1,118 | 1,594 | 328 | 715 | 1,043 | 61 | 83 | 144 | 81 | 152 | 233 | 1,019 | 2,273 | 3,292 |
| | 2 | 1,702 | 14,222 | 15,924 | 1,218 | 10,183 | 11,401 | 646 | 1,892 | 2,538 | 622 | 3,024 | 3,646 | 4,531 | 31,947 | 36,478 |
| | 3 | 636 | 37,503 | 38,139 | 525 | 26,357 | 26,882 | 480 | 10,804 | 11,284 | 404 | 12,186 | 12,590 | 2,232 | 94,123 | 96,355 |
| | ≥4 | 0 | 301 | 301 | 0 | 191 | 191 | 0 | 144 | 144 | 0 | 140 | 140 | 0 | 833 | 833 |
| Teacher 2 Rating | 1 | 465 | 934 | 1,399 | 298 | 570 | 868 | 72 | 71 | 143 | 76 | 119 | 195 | 984 | 1,844 | 2,828 |
| | 2 | 1,638 | 12,584 | 14,222 | 1,210 | 8,999 | 10,209 | 589 | 1,587 | 2,176 | 635 | 2,555 | 3,190 | 4,406 | 28,078 | 32,484 |
| | 3 | 627 | 30,908 | 31,535 | 492 | 22,706 | 23,198 | 474 | 8,142 | 8,616 | 351 | 9,597 | 9,948 | 2,117 | 77,591 | 79,708 |
| | ≥4 | 0 | 214 | 214 | 1 | 165 | 166 | 0 | 79 | 79 | 0 | 102 | 102 | 1 | 597 | 598 |
| Counselor Rating | 1 | 307 | 579 | 886 | 265 | 443 | 708 | 47 | 51 | 98 | 65 | 80 | 145 | 751 | 1,260 | 2,011 |
| | 2 | 1,832 | 11,836 | 13,668 | 1,251 | 8,193 | 9,444 | 640 | 1,433 | 2,073 | 581 | 2,233 | 2,814 | 4,651 | 25,831 | 30,482 |
| | 3 | 648 | 39,137 | 39,785 | 541 | 27,858 | 28,399 | 492 | 11,057 | 11,549 | 444 | 12,780 | 13,224 | 2,307 | 98,452 | 100,759 |
| | ≥4 | 0 | 329 | 329 | 0 | 236 | 236 | 0 | 254 | 254 | 0 | 196 | 196 | 0 | 1,089 | 1,089 |
| Alumni Personal Rating | 1 | 1,232 | 6,658 | 7,890 | 866 | 4,707 | 5,573 | 438 | 1,405 | 1,843 | 454 | 1,607 | 2,061 | 3,236 | 15,657 | 18,893 |
| | 2 | 1,342 | 19,515 | 20,857 | 1,035 | 13,734 | 14,769 | 604 | 4,286 | 4,890 | 558 | 4,818 | 5,376 | 3,838 | 46,097 | 49,935 |
| | 3 | 162 | 13,447 | 13,609 | 130 | 9,665 | 9,795 | 106 | 3,802 | 3,908 | 71 | 4,213 | 4,284 | 517 | 33,741 | 34,258 |
| | ≥4 | 14 | 3,165 | 3,179 | 7 | 2,532 | 2,539 | 13 | 1,120 | 1,133 | 3 | 1,214 | 1,217 | 38 | 8,684 | 8,722 |
| Alumni Overall Rating | 1 | 1,009 | 3,790 | 4,799 | 894 | 3,649 | 4,543 | 257 | 440 | 697 | 317 | 682 | 999 | 2,684 | 9,434 | 12,118 |
| | 2 | 1,427 | 14,787 | 16,214 | 978 | 11,006 | 11,984 | 615 | 1,952 | 2,567 | 570 | 2,674 | 3,244 | 3,910 | 33,319 | 37,229 |
| | 3 | 287 | 15,849 | 16,136 | 154 | 10,509 | 10,663 | 259 | 3,646 | 3,905 | 178 | 4,253 | 4,431 | 941 | 37,196 | 38,137 |
| | ≥4 | 23 | 7,868 | 7,891 | 9 | 5,119 | 5,128 | 26 | 4,247 | 4,273 | 20 | 3,944 | 3,964 | 82 | 22,655 | 22,737 |

| Rating | | White | | | Asian American | | | African American | | | Hispanic | | | All Applicants (Including All Races/Ethnicities) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Share Admitted | Share Rejected | Share Total | Share Admitted | Share Rejected | Share Total | Share Admitted | Share Rejected | Share Total | Share Admitted | Share Rejected | Share Total | Share Admitted | Share Rejected | Share Total |
| Overall Rating | 1 | 0.85% | 0% | 0.04% | 1.50% | 0% | 0.08% | 0.67% | 0% | 0.05% | 0.45% | 0% | 0.03% | 0.99% | 0% | 0.05% |
| | 2 | 58.85% | 1.59% | 4.39% | 60.86% | 1.73% | 4.76% | 58.47% | 0.87% | 5.23% | 49.68% | 0.84% | 3.85% | 57.79% | 1.46% | 4.54% |
| | 3 | 40.19% | 72.99% | 71.39% | 37.64% | 76.43% | 74.44% | 40.86% | 42.39% | 42.28% | 49.86% | 55.39% | 55.05% | 41.19% | 68.76% | 67.25% |
| | ≥4 | 0.11% | 25.42% | 24.18% | 0% | 21.84% | 20.72% | 0% | 56.74% | 52.44% | 0% | 43.77% | 41.07% | 0.04% | 29.78% | 28.16% |
| Academic Rating | 1 | 4.41% | 0.09% | 0.30% | 11.05% | 0.37% | 0.92% | 0.17% | 0.01% | 0.02% | 0.63% | 0.01% | 0.04% | 5.20% | 0.15% | 0.43% |
| | 2 | 84.36% | 42.97% | 44.99% | 83.35% | 57.99% | 59.29% | 59.22% | 5.06% | 9.17% | 64.77% | 13.55% | 16.71% | 76.90% | 39.83% | 41.85% |
| | 3 | 11.19% | 46.56% | 44.83% | 5.60% | 33.22% | 31.80% | 40.52% | 40.02% | 40.06% | 34.60% | 48.68% | 47.81% | 17.86% | 41.86% | 40.55% |
| | ≥4 | 0.04% | 10.39% | 9.88% | 0% | 8.42% | 7.99% | 0.08% | 54.91% | 50.75% | 0% | 37.77% | 35.44% | 0.04% | 18.16% | 17.17% |
| Extracurricular Rating | 1 | 2.68% | 0.18% | 0.30% | 3.63% | 0.20% | 0.37% | 0.59% | 0.05% | 0.12% | 1.01% | 0.08% | 0.12% | 2.48% | 0.17% | 0.30% |
| | 2 | 70.87% | 21.82% | 24.21% | 74.81% | 25.42% | 27.96% | 51.69% | 12.63% | 15.61% | 56.31% | 14.29% | 16.88% | 66.94% | 21.06% | 23.56% |
| | 3 | 26.34% | 74.81% | 72.44% | 21.57% | 72.65% | 70.03% | 47.46% | 80.22% | 77.72% | 42.60% | 80.49% | 78.16% | 30.46% | 75.37% | 72.92% |
| | 4 | 0.11% | 3.19% | 3.04% | 0.00% | 1.72% | 1.64% | 0.25% | 7.08% | 6.56% | 0.09% | 5.15% | 4.83% | 0.12% | 3.40% | 3.22% |
| Athletic Rating | 1 | 22.18% | 12.68% | 13.13% | 7.54% | 4.77% | 4.91% | 14.93% | 6.51% | 7.15% | 16.30% | 7.25% | 7.79% | 15.90% | 8.86% | 9.24% |
| | 2 | 47.37% | 54.73% | 54.38% | 46.13% | 48.90% | 48.76% | 50.88% | 51.70% | 51.64% | 45.71% | 50.85% | 50.54% | 47.33% | 52.01% | 51.76% |
| | 3 | 30.45% | 32.59% | 32.49% | 46.33% | 46.33% | 46.33% | 34.19% | 41.78% | 41.67% | 37.99% | 41.90% | 41.67% | 36.76% | 39.13% | 39.00% |
| Personal Rating | 1 | 0.68% | 0.01% | 0.05% | 0.14% | 0% | 0.01% | 0.08% | 0.01% | 0.02% | 0.09% | 0.01% | 0.01% | 0.33% | 0.01% | 0.03% |
| | 2 | 83.08% | 18.05% | 21.23% | 73.12% | 14.63% | 17.63% | 74.30% | 14.46% | 18.99% | 77.78% | 14.78% | 18.66% | 77.56% | 16.13% | 19.48% |
| | 3 | 16.24% | 81.49% | 78.30% | 26.74% | 84.86% | 81.88% | 25.61% | 85.02% | 80.52% | 22.13% | 84.70% | 80.85% | 22.11% | 83.36% | 80.02% |
| | ≥4 | 0% | 0.45% | 0.43% | 0% | 0.51% | 0.48% | 0% | 0.50% | 0.47% | 0% | 0.51% | 0.48% | 0% | 0.49% | 0.47% |
| Teacher 1 Rating | 1 | 16.92% | 2.10% | 2.85% | 15.84% | 1.91% | 2.64% | 5.14% | 0.64% | 1.02% | 7.32% | 0.98% | 1.40% | 13.09% | 1.76% | 2.40% |
| | 2 | 60.48% | 26.76% | 28.46% | 58.81% | 27.19% | 28.85% | 54.42% | 14.64% | 17.99% | 56.19% | 19.51% | 21.95% | 58.22% | 24.73% | 26.63% |
| | 3 | 22.60% | 70.57% | 68.16% | 25.35% | 70.39% | 68.03% | 40.44% | 83.60% | 79.97% | 36.50% | 78.61% | 75.80% | 28.68% | 72.86% | 70.35% |
| | ≥4 | 0% | 0.57% | 0.54% | 0% | 0.51% | 0.48% | 0% | 1.11% | 1.02% | 0% | 0.90% | 0.84% | 0% | 0.64% | 0.61% |
| Teacher 2 Rating | 1 | 17.03% | 2.09% | 2.95% | 14.89% | 1.76% | 2.52% | 6.34% | 0.72% | 1.30% | 7.16% | 0.96% | 1.45% | 13.11% | 1.71% | 2.45% |
| | 2 | 60.00% | 28.19% | 30.02% | 60.47% | 27.74% | 29.64% | 51.89% | 16.06% | 19.76% | 59.79% | 20.65% | 23.74% | 58.68% | 25.97% | 28.10% |
| | 3 | 22.97% | 69.24% | 66.57% | 24.59% | 69.99% | 67.36% | 41.76% | 82.42% | 78.23% | 33.05% | 77.56% | 74.05% | 28.20% | 71.77% | 68.94% |
| | ≥4 | 0% | 0.48% | 0.45% | 0.05% | 1.21% | 0.48% | 0% | 0.80% | 0.72% | 0% | 0.82% | 0.76% | 0.01% | 0.55% | 0.52% |
| Counselor Rating | 1 | 11.02% | 1.12% | 1.62% | 12.88% | 1.21% | 1.83% | 3.99% | 0.40% | 0.70% | 5.96% | 0.52% | 0.89% | 9.74% | 1.00% | 1.50% |
| | 2 | 65.73% | 22.81% | 25.00% | 60.82% | 22.31% | 24.35% | 54.28% | 11.20% | 14.83% | 53.30% | 14.61% | 17.18% | 60.33% | 20.40% | 22.69% |
| | 3 | 23.25% | 75.44% | 72.78% | 26.30% | 75.85% | 73.22% | 41.73% | 86.42% | 82.65% | 40.73% | 83.59% | 80.74% | 29.93% | 77.75% | 75.00% |
| | ≥4 | 0% | 0.63% | 0.60% | 0% | 0.64% | 0.60% | 0% | 1.99% | 1.82% | 0% | 1.28% | 1.20% | 0% | 0.86% | 0.81% |
| Alumni Personal Rating | 1 | 44.80% | 15.56% | 17.33% | 42.49% | 15.36% | 17.06% | 37.73% | 13.24% | 15.65% | 41.80% | 13.56% | 15.93% | 42.42% | 15.03% | 16.90% |
| | 2 | 48.80% | 45.61% | 45.80% | 50.79% | 44.83% | 45.20% | 52.02% | 40.38% | 41.53% | 51.38% | 40.65% | 41.55% | 50.31% | 44.25% | 44.66% |
| | 3 | 5.89% | 31.43% | 29.89% | 6.38% | 31.55% | 29.98% | 9.13% | 35.82% | 33.11% | 6.54% | 35.55% | 33.11% | 6.78% | 32.39% | 30.64% |
| | ≥4 | 0.51% | 7.40% | 6.98% | 0.34% | 8.26% | 7.77% | 1.12% | 10.55% | 9.62% | 0.28% | 10.24% | 9.41% | 0.50% | 8.34% | 7.80% |
| Alumni Overall Rating | 1 | 36.74% | 8.96% | 10.65% | 43.93% | 12.05% | 14.06% | 22.21% | 4.28% | 6.09% | 29.22% | 5.90% | 7.90% | 35.24% | 9.19% | 10.99% |
| | 2 | 51.97% | 34.96% | 36.00% | 48.06% | 36.34% | 37.08% | 53.15% | 18.98% | 22.43% | 52.53% | 23.15% | 25.67% | 51.33% | 32.47% | 33.78% |
| | 3 | 10.45% | 37.47% | 35.83% | 7.57% | 34.70% | 32.99% | 22.39% | 35.45% | 34.13% | 16.41% | 36.81% | 35.06% | 12.35% | 36.25% | 34.60% |
| | ≥4 | 0.84% | 18.60% | 17.52% | 0.44% | 16.90% | 15.87% | 2.25% | 41.29% | 37.34% | 1.84% | 34.14% | 31.37% | 1.08% | 22.08% | 20.63% |

JA4526

Baseline Dataset

**TRIAL EXHIBIT P621** — SFFA v. Harvard

**JA4527**

Baseline Dataset

Column key: W = White · AA = Asian American · BA = African American · H = Hispanic · All = All Applicants (Including All Races/Ethnicities). For each group: Adm = Admitted, Rej = Rejected, Tot = Total; each with Number (#) and Share (%).

| Rating | Lvl | W Adm # | W Adm % | W Rej # | W Rej % | W Tot # | W Tot % | AA Adm # | AA Adm % | AA Rej # | AA Rej % | AA Tot # | AA Tot % | BA Adm # | BA Adm % | BA Rej # | BA Rej % | BA Tot # | BA Tot % | H Adm # | H Adm % | H Rej # | H Rej % | H Tot # | H Tot % | All Adm # | All Adm % | All Rej # | All Rej % | All Tot # | All Tot % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Rating** | 1 | 24 | 0.85% | 0 | 0% | 24 | 0.04% | 31 | 1.50% | 0 | 0% | 31 | 0.08% | 8 | 0.67% | 0 | 0% | 8 | 0.05% | 5 | 0.45% | 0 | 0% | 5 | 0.03% | 77 | 0.99% | 0 | 0% | 77 | 0.05% |
| | 2 | 1,656 | 58.85% | 873 | 1.59% | 2,529 | 4.39% | 1,261 | 60.86% | 664 | 1.73% | 1,925 | 4.76% | 694 | 58.47% | 126 | 0.87% | 820 | 5.23% | 550 | 49.68% | 142 | 0.84% | 692 | 3.85% | 4,498 | 57.79% | 1,975 | 1.46% | 6,473 | 4.54% |
| | 3 | 1,131 | 40.19% | 39,975 | 72.99% | 41,106 | 71.39% | 780 | 37.64% | 29,306 | 76.43% | 30,086 | 74.44% | 485 | 40.86% | 6,137 | 42.39% | 6,622 | 42.28% | 552 | 49.86% | 9,340 | 55.39% | 9,892 | 55.05% | 3,206 | 41.19% | 92,782 | 68.76% | 95,988 | 67.25% |
| | ≥4 | — | 0% | 13,920 | 25.41% | 13,923 | 24.18% | — | 0% | 8,373 | 21.84% | 8,373 | 20.72% | — | 0% | 8,214 | 56.74% | 8,214 | 52.44% | — | 0% | 7,381 | 43.77% | 7,381 | 41.07% | 3 | 0.04% | 40,187 | 29.78% | 40,190 | 28.16% |
| **Academic Rating** | 1 | 124 | 4.41% | 47 | 0.09% | 171 | 0.30% | 229 | 11.05% | 141 | 0.37% | 370 | 0.92% | 2 | 0.17% | — | 0.01% | 2 | 0.02% | 7 | 0.63% | — | 0.01% | 7 | 0.04% | 405 | 5.20% | 207 | 0.15% | 612 | 0.43% |
| | 2 | 2,374 | 84.36% | 23,532 | 42.97% | 25,906 | 44.99% | 1,727 | 83.35% | 22,236 | 57.99% | 23,963 | 59.29% | 703 | 59.22% | 733 | 5.06% | 1,436 | 9.17% | 717 | 64.77% | 2,285 | 13.55% | 3,002 | 16.71% | 5,986 | 76.90% | 53,745 | 39.83% | 59,731 | 41.85% |
| | 3 | 315 | 11.19% | 25,501 | 46.56% | 25,816 | 44.83% | 116 | 5.60% | 12,737 | 33.22% | 12,853 | 31.80% | 481 | 40.52% | 5,794 | 40.02% | 6,275 | 40.05% | 383 | 34.60% | 8,209 | 48.69% | 8,592 | 47.81% | 1,390 | 17.86% | 56,484 | 41.86% | 57,874 | 40.55% |
| | ≥4 | — | 0.04% | 5,688 | 10.39% | 5,689 | 9.88% | — | 0% | 3,229 | 8.42% | 3,229 | 7.99% | 1 | 0.08% | 7,949 | 54.91% | 7,950 | 50.75% | — | 0% | 6,369 | 37.77% | 6,369 | 35.44% | 3 | 0.04% | 24,511 | 18.16% | 24,514 | 17.17% |
| **Extra-curricular Rating** | 1 | 75 | 2.68% | 98 | 0.18% | 173 | 0.30% | 75 | 3.63% | 75 | 0.20% | 150 | 0.37% | 7 | 0.59% | 11 | 0.08% | 18 | 0.12% | 11 | 1.01% | 11 | 0.07% | 22 | 0.12% | 192 | 2.48% | 228 | 0.17% | 420 | 0.30% |
| | 2 | 1,980 | 70.87% | 11,866 | 21.82% | 13,846 | 24.21% | 1,547 | 74.81% | 9,713 | 25.42% | 11,260 | 27.90% | 610 | 51.69% | 1,806 | 12.48% | 2,416 | 15.61% | 616 | 56.31% | 2,386 | 14.29% | 3,002 | 16.88% | 5,179 | 66.94% | 28,223 | 20.90% | 33,402 | 23.56% |
| | 3 | 736 | 26.34% | 40,689 | 74.81% | 41,425 | 72.44% | 446 | 21.57% | 27,757 | 72.45% | 28,203 | 70.03% | 560 | 47.18% | 11,473 | 80.23% | 12,033 | 77.08% | 466 | 42.60% | 13,437 | 80.49% | 13,903 | 78.16% | 2,357 | 30.46% | 100,359 | 75.37% | 102,716 | 72.92% |
| | ≥4 | 3 | 0.11% | 1,735 | 3.19% | 1,738 | 3.04% | — | 0% | 659 | 1.72% | 659 | 1.64% | 3 | 0.25% | 1,012 | 7.08% | 1,015 | 6.56% | — | 0.09% | 859 | 5.15% | 860 | 4.83% | 9 | 0.12% | 4,560 | 3.40% | 4,569 | 3.22% |
| **Athletic Rating** | 1 | 590 | 22.18% | 6,774 | 12.68% | 7,364 | 13.13% | 149 | 7.54% | 1,794 | 4.77% | 1,943 | 4.91% | 169 | 14.93% | 900 | 6.51% | 1,069 | 7.15% | 169 | 16.30% | 1,180 | 7.25% | 1,349 | 7.79% | 1,175 | 15.90% | 11,644 | 8.66% | 12,819 | 9.24% |
| | 2 | 1,260 | 47.37% | 29,248 | 54.73% | 30,508 | 54.08% | 915 | 46.33% | 18,384 | 48.90% | 19,299 | 48.53% | 576 | 50.88% | 7,144 | 51.70% | 7,720 | 51.64% | 519 | 50.05% | 7,810 | 47.99% | 8,329 | 48.50% | 3,497 | 47.33% | 68,329 | 52.01% | 71,826 | 51.76% |
| | 3 | 810 | 30.45% | 17,416 | 32.59% | 18,226 | 32.49% | 915 | 46.33% | 17,415 | 46.33% | 18,330 | 46.09% | 387 | 34.19% | 5,773 | 41.78% | 6,160 | 41.21% | 349 | 33.66% | 7,159 | 43.99% | 7,508 | 43.71% | 2,716 | 36.76% | 51,400 | 39.13% | 54,116 | 39.00% |
| | ≥4 | — | 0% | — | 0% | — | 0% | — | 0% | 194 | 0.51% | 194 | 0.49% | — | 0% | — | 0% | — | 0% | — | 0% | 126 | 0.77% | 126 | 0.73% | — | 0% | — | 0% | — | 0% |
| **Personal Rating** | 1 | 19 | 0.68% | 8 | 0.01% | 27 | 0.05% | 3 | 0.14% | — | 0% | 3 | 0.01% | 1 | 0.08% | 83 | 0.57% | 84 | 0.54% | 1 | 0.09% | — | 0% | 1 | 0.01% | 26 | 0.33% | 13 | 0.01% | 39 | 0.03% |
| | 2 | 2,338 | 83.08% | 9,884 | 18.05% | 12,222 | 21.23% | 1,515 | 73.12% | 5,610 | 14.63% | 7,125 | 17.63% | 882 | 74.30% | 2,093 | 14.46% | 2,975 | 18.99% | 861 | 77.78% | 2,493 | 14.78% | 3,354 | 18.66% | 6,037 | 77.56% | 21,171 | 16.13% | 27,208 | 19.48% |
| | 3 | 457 | 16.24% | 44,629 | 81.49% | 45,086 | 78.30% | 554 | 26.74% | 32,538 | 84.86% | 33,092 | 81.88% | 304 | 25.61% | 12,309 | 85.03% | 12,613 | 80.52% | 245 | 22.13% | 14,078 | 84.70% | 14,323 | 79.68% | 1,721 | 22.11% | 112,446 | 83.36% | 114,217 | 80.02% |
| | ≥4 | — | 0% | 247 | 0.45% | 247 | 0.43% | — | 0% | 194 | 0.51% | 194 | 0.48% | — | 0% | — | 0% | — | 0% | — | 0% | 86 | 0.51% | 86 | 0.48% | — | 0% | 664 | 0.49% | 664 | 0.47% |
| **Teacher 1 Rating** | 1 | 476 | 16.92% | 1,118 | 2.10% | 1,594 | 2.84% | 328 | 15.84% | 715 | 1.91% | 1,043 | 2.64% | 81 | 7.32% | 83 | 0.64% | 164 | 1.02% | 76 | 7.16% | 119 | 0.72% | 195 | 1.30% | 1,019 | 13.09% | 2,273 | 1.76% | 3,292 | 2.40% |
| | 2 | 1,702 | 60.48% | 14,222 | 26.76% | 15,924 | 28.46% | 1,218 | 58.81% | 10,183 | 27.19% | 11,401 | 28.85% | 622 | 56.19% | 1,892 | 14.64% | 2,514 | 17.99% | 635 | 59.79% | 2,176 | 13.22% | 2,811 | 15.97% | 4,531 | 58.20% | 31,947 | 24.73% | 36,478 | 26.63% |
| | 3 | 636 | 22.60% | 37,503 | 70.57% | 38,139 | 68.16% | 525 | 25.35% | 26,357 | 70.39% | 26,882 | 68.03% | 404 | 36.50% | 10,804 | 83.60% | 11,208 | 79.97% | 351 | 33.05% | 14,437 | 85.76% | 14,788 | 84.01% | 2,232 | 28.68% | 94,123 | 72.86% | 96,355 | 70.35% |
| | ≥4 | — | 0% | 301 | 0.57% | 301 | 0.54% | — | 0% | 191 | 0.51% | 191 | 0.48% | — | 0% | 144 | 1.11% | 144 | 1.02% | — | 0% | 102 | 0.82% | 102 | 0.58% | — | 0% | 833 | 0.64% | 833 | 0.61% |
| **Teacher 2 Rating** | 1 | 465 | 17.03% | 934 | 2.09% | 1,399 | 2.70% | 298 | 14.89% | 570 | 1.61% | 868 | 2.52% | 72 | 6.34% | 71 | 0.72% | 143 | 1.30% | 76 | 7.10% | 80 | 0.52% | 156 | 1.00% | 984 | 13.11% | 1,844 | 1.71% | 2,828 | 2.45% |
| | 2 | 1,638 | 60.00% | 12,584 | 28.19% | 14,222 | 27.44% | 1,210 | 60.47% | 8,999 | 27.74% | 10,209 | 29.64% | 589 | 51.89% | 1,587 | 16.02% | 2,176 | 14.83% | 581 | 53.20% | 2,814 | 18.59% | 3,395 | 20.46% | 4,406 | 58.68% | 25,977 | 23.97% | 30,383 | 28.10% |
| | 3 | 627 | 22.97% | 30,908 | 69.24% | 31,535 | 66.57% | 492 | 24.59% | 22,706 | 69.99% | 23,198 | 67.36% | 474 | 41.76% | 8,142 | 82.42% | 8,616 | 78.23% | 444 | 40.73% | 12,780 | 83.59% | 13,224 | 74.85% | 2,117 | 28.20% | 77,591 | 71.77% | 79,708 | 68.94% |
| | ≥4 | — | 0% | 214 | 0.48% | 214 | 0.45% | 1 | 0.05% | 165 | 0.51% | 166 | 0.48% | — | 0% | 79 | 0.80% | 79 | 0.72% | — | 0% | 196 | 1.28% | 196 | 1.20% | 1 | 0.01% | 597 | 0.55% | 598 | 0.52% |
| **Counselor Rating** | 1 | 307 | 11.02% | 579 | 1.12% | 886 | 1.62% | 265 | 12.88% | 443 | 1.21% | 708 | 1.83% | 438 | 37.73% | 4,707 | 34.28% | 5,145 | 33.08% | 65 | 5.96% | 80 | 0.52% | 145 | 0.89% | 751 | 9.74% | 1,260 | 1.00% | 2,011 | 1.50% |
| | 2 | 1,832 | 65.73% | 11,836 | 22.81% | 13,668 | 25.03% | 1,251 | 60.82% | 8,193 | 22.31% | 9,444 | 24.35% | 604 | 52.02% | 4,286 | 31.21% | 4,890 | 31.44% | 581 | 53.30% | 4,818 | 40.65% | 5,376 | 40.65% | 4,651 | 60.33% | 25,704 | 20.40% | 30,355 | 22.69% |
| | 3 | 648 | 23.25% | 39,137 | 75.44% | 39,785 | 72.78% | 541 | 26.30% | 27,858 | 75.85% | 28,399 | 73.22% | 106 | 9.13% | 3,802 | 35.55% | 3,908 | 33.19% | 444 | 40.73% | 4,213 | 35.55% | 4,284 | 33.11% | 2,307 | 29.93% | 98,452 | 77.75% | 100,759 | 75.00% |
| | ≥4 | — | 0% | 329 | 0.63% | 329 | 0.60% | — | 0% | 236 | 0.64% | 236 | 0.61% | 13 | 1.12% | 254 | 1.99% | 267 | 1.82% | — | 0% | 1,214 | 10.24% | 1,217 | 0.81% | — | 0% | 1,089 | 0.86% | 1,089 | 0.81% |
| **Alumni Personal Rating** | 1 | 1,232 | 44.80% | 6,658 | 15.55% | 7,890 | 17.33% | 866 | 42.49% | 4,707 | 13.74% | 5,573 | 17.06% | 257 | 22.21% | 440 | 4.28% | 697 | 6.09% | 454 | 41.80% | 1,183 | 9.99% | 1,637 | 13.26% | 3,236 | 42.42% | 15,039 | 15.03% | 18,893 | 16.90% |
| | 2 | 1,342 | 48.80% | 19,515 | 45.61% | 20,857 | 45.80% | 1,035 | 50.79% | 13,734 | 44.83% | 14,769 | 45.20% | 615 | 53.15% | 1,952 | 18.98% | 2,567 | 22.43% | 558 | 51.38% | 4,818 | 40.65% | 5,376 | 41.55% | 3,838 | 50.31% | 46,097 | 44.25% | 49,935 | 44.66% |
| | 3 | 162 | 5.89% | 13,447 | 31.43% | 13,609 | 29.89% | 130 | 6.38% | 9,665 | 31.55% | 9,795 | 29.98% | 259 | 22.39% | 3,646 | 35.45% | 3,905 | 34.13% | 71 | 6.54% | 4,213 | 35.55% | 4,284 | 33.11% | 517 | 6.78% | 33,741 | 32.39% | 34,258 | 30.64% |
| | ≥4 | 14 | 0.51% | 3,165 | 7.40% | 3,179 | 6.98% | 7 | 0.34% | 2,532 | 8.26% | 2,539 | 7.77% | 26 | 2.25% | 4,247 | 41.29% | 4,273 | 37.34% | 3 | 0.28% | 1,214 | 10.24% | 1,217 | 9.41% | 38 | 0.50% | 8,434 | 8.34% | 8,472 | 7.80% |
| **Alumni Overall Rating** | 1 | 1,009 | 36.74% | 3,790 | 8.96% | 4,799 | 10.65% | 894 | 43.93% | 3,649 | 9.61% | 4,543 | 12.05% | 317 | 29.22% | 682 | 5.90% | 999 | 7.90% | 317 | 29.25% | 682 | 5.90% | 999 | 7.90% | 2,684 | 35.24% | 9,434 | 9.19% | 12,118 | 10.99% |
| | 2 | 1,427 | 51.97% | 14,787 | 34.96% | 16,214 | 36.00% | 978 | 48.06% | 11,006 | 36.34% | 11,984 | 36.34% | 570 | 52.53% | 2,674 | 23.15% | 3,244 | 25.67% | 570 | 52.53% | 2,674 | 23.15% | 3,244 | 25.67% | 3,910 | 51.33% | 33,319 | 32.47% | 37,229 | 33.78% |
| | 3 | 287 | 10.45% | 15,849 | 37.47% | 16,136 | 35.83% | 154 | 7.57% | 10,509 | 34.70% | 10,663 | 32.97% | 178 | 16.41% | 4,253 | 36.81% | 4,431 | 35.06% | 178 | 16.41% | 4,253 | 36.25% | 4,431 | 34.60% | 941 | 12.35% | 37,196 | 36.25% | 38,137 | 34.60% |
| | ≥4 | 23 | 0.84% | 7,868 | 18.60% | 7,891 | 17.52% | 9 | 0.44% | 5,119 | 16.90% | 5,128 | 15.90% | 20 | 1.84% | 3,944 | 34.14% | 3,964 | 31.37% | 82 | 1.08% | 2,655 | 22.08% | 2,737 | 20.63% | 82 | 1.08% | 22,655 | 22.08% | 22,737 | 20.63% |

exhibitsticker.com

# Number and Share of Applicants Admitted and Rejected

| Rating | Row | White Admitted | White Rejected | White Total | Asian American Admitted | Asian American Rejected | Asian American Total | African American Admitted | African American Rejected | African American Total | Hispanic Admitted | Hispanic Rejected | Hispanic Total | All Applicants (All Races/Ethnicities) Admitted | All Applicants Rejected | All Applicants Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overall Rating | 1 | 38 | 0 | 38 | 34 | 0 | 34 | 10 | 0 | 10 | 8 | 0 | 8 | 104 | 0 | 104 |
| | 2 | 2,422 | 973 | 3,395 | 1,426 | 682 | 2,108 | 743 | 133 | 876 | 608 | 146 | 754 | 5,644 | 2,121 | 7,765 |
| | 3 | 1,707 | 42,221 | 43,928 | 882 | 29,671 | 30,553 | 515 | 6,250 | 6,765 | 613 | 9,523 | 10,136 | 4,067 | 96,007 | 100,074 |
| | ≥4 | 9 | 14,287 | 14,296 | 0 | 8,447 | 8,447 | 0 | 8,308 | 8,308 | 0 | 7,424 | 7,424 | 10 | 40,816 | 40,826 |
| Academic Rating | 1 | 157 | 48 | 205 | 242 | 141 | 383 | 2 | 1 | 3 | 7 | 1 | 8 | 463 | 209 | 672 |
| | 2 | 3,408 | 24,682 | 28,090 | 1,945 | 22,465 | 24,410 | 738 | 743 | 1,481 | 803 | 2,343 | 3,146 | 7,514 | 55,335 | 62,849 |
| | 3 | 600 | 26,863 | 27,463 | 155 | 12,928 | 13,083 | 527 | 5,899 | 6,426 | 419 | 8,341 | 8,760 | 1,832 | 58,486 | 60,318 |
| | ≥4 | 11 | 5,888 | 5,899 | 0 | 3,266 | 3,266 | 1 | 8,048 | 8,049 | 0 | 6,408 | 6,408 | 16 | 24,914 | 24,930 |
| Extracurricular Rating | 1 | 99 | 102 | 201 | 80 | 77 | 157 | 7 | 11 | 18 | 13 | 11 | 24 | 228 | 236 | 464 |
| | 2 | 2,716 | 12,578 | 15,294 | 1,705 | 9,823 | 11,528 | 655 | 1,852 | 2,507 | 675 | 2,436 | 3,111 | 6,281 | 29,240 | 35,521 |
| | 3 | 1,332 | 42,615 | 43,947 | 552 | 28,092 | 28,644 | 595 | 11,633 | 12,228 | 525 | 13,606 | 14,131 | 3,249 | 103,863 | 107,112 |
| | 4 | 8 | 1,796 | 1,804 | 0 | 669 | 669 | 4 | 1,019 | 1,023 | 3 | 868 | 871 | 18 | 4,656 | 4,674 |
| Athletic Rating | 1 | 970 | 7,286 | 8,256 | 198 | 1,853 | 2,051 | 192 | 924 | 1,116 | 198 | 1,215 | 1,413 | 1,706 | 12,343 | 14,049 |
| | 2 | 1,914 | 30,727 | 32,641 | 1,048 | 18,628 | 19,676 | 610 | 7,271 | 7,881 | 535 | 8,399 | 8,934 | 4,473 | 70,503 | 74,976 |
| | 3 | 1,120 | 18,081 | 19,201 | 995 | 17,562 | 18,557 | 410 | 5,830 | 6,240 | 422 | 6,875 | 7,297 | 3,221 | 52,434 | 55,655 |
| | ≥4 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Personal Rating | 1 | 23 | 8 | 31 | 3 | 1 | 4 | 1 | 3 | 4 | 2 | 1 | 3 | 32 | 14 | 46 |
| | 2 | 3,290 | 10,594 | 13,884 | 1,678 | 5,705 | 7,383 | 947 | 2,147 | 3,094 | 938 | 2,552 | 3,490 | 7,419 | 22,789 | 30,208 |
| | 3 | 861 | 46,623 | 47,484 | 661 | 32,898 | 33,559 | 320 | 12,466 | 12,786 | 289 | 14,452 | 14,741 | 2,372 | 115,460 | 117,832 |
| | ≥4 | 2 | 256 | 258 | 0 | 196 | 196 | 0 | 75 | 75 | 0 | 88 | 88 | 2 | 681 | 683 |
| Teacher 1 Rating | 1 | 562 | 1,164 | 1,726 | 346 | 720 | 1,066 | 63 | 87 | 150 | 86 | 154 | 240 | 1,149 | 2,335 | 3,484 |
| | 2 | 2,462 | 14,930 | 17,392 | 1,362 | 10,293 | 11,655 | 697 | 1,919 | 2,616 | 673 | 3,078 | 3,751 | 5,643 | 32,952 | 38,595 |
| | 3 | 1,152 | 39,419 | 40,571 | 633 | 26,690 | 27,323 | 508 | 10,977 | 11,485 | 470 | 12,355 | 12,825 | 3,031 | 96,979 | 100,010 |
| | ≥4 | 0 | 316 | 316 | 0 | 194 | 194 | 0 | 146 | 146 | 0 | 141 | 141 | 0 | 856 | 856 |
| Teacher 2 Rating | 1 | 548 | 980 | 1,528 | 312 | 572 | 884 | 74 | 73 | 147 | 82 | 124 | 206 | 1,105 | 1,905 | 3,010 |
| | 2 | 2,338 | 13,241 | 15,579 | 1,340 | 9,127 | 10,467 | 629 | 1,611 | 2,240 | 695 | 2,599 | 3,294 | 5,437 | 29,024 | 34,461 |
| | 3 | 1,128 | 32,519 | 33,647 | 598 | 22,983 | 23,581 | 502 | 8,285 | 8,787 | 403 | 9,748 | 10,151 | 2,878 | 80,003 | 82,881 |
| | ≥4 | 2 | 223 | 225 | 1 | 165 | 166 | 0 | 82 | 82 | 0 | 102 | 102 | 3 | 613 | 616 |
| Counselor Rating | 1 | 352 | 606 | 958 | 277 | 448 | 725 | 48 | 51 | 99 | 75 | 83 | 158 | 836 | 1,300 | 2,136 |
| | 2 | 2,631 | 12,478 | 15,109 | 1,410 | 8,285 | 9,695 | 686 | 1,459 | 2,145 | 645 | 2,287 | 2,932 | 5,829 | 26,722 | 32,551 |
| | 3 | 1,153 | 41,107 | 42,260 | 638 | 28,208 | 28,846 | 525 | 11,235 | 11,760 | 492 | 12,948 | 13,440 | 3,068 | 101,414 | 104,482 |
| | ≥4 | 0 | 338 | 338 | 0 | 236 | 236 | 0 | 256 | 256 | 0 | 197 | 197 | 0 | 1,102 | 1,102 |
| Alumni Personal Rating | 1 | 1,585 | 7,097 | 8,682 | 953 | 4,779 | 5,732 | 456 | 1,432 | 1,888 | 498 | 1,651 | 2,149 | 3,813 | 16,303 | 20,116 |
| | 2 | 2,106 | 20,724 | 22,830 | 1,178 | 13,930 | 15,108 | 651 | 4,368 | 5,019 | 623 | 4,906 | 5,529 | 4,947 | 47,826 | 52,773 |
| | 3 | 346 | 14,126 | 14,472 | 159 | 9,780 | 9,939 | 120 | 3,864 | 3,984 | 78 | 4,275 | 4,353 | 785 | 34,761 | 35,546 |
| | ≥4 | 30 | 3,303 | 3,333 | 13 | 2,566 | 2,579 | 14 | 1,132 | 1,146 | 5 | 1,225 | 1,230 | 64 | 8,900 | 8,964 |
| Alumni Overall Rating | 1 | 1,272 | 4,025 | 5,297 | 974 | 3,703 | 4,677 | 262 | 447 | 709 | 342 | 699 | 1,041 | 3,112 | 9,775 | 12,887 |
| | 2 | 2,171 | 15,800 | 17,971 | 1,112 | 11,145 | 12,257 | 661 | 2,006 | 2,667 | 643 | 2,743 | 3,386 | 5,002 | 34,725 | 39,727 |
| | 3 | 562 | 16,727 | 17,289 | 194 | 10,660 | 10,854 | 284 | 3,717 | 4,001 | 197 | 4,337 | 4,534 | 1,343 | 38,521 | 39,864 |
| | ≥4 | 54 | 8,190 | 8,244 | 19 | 5,186 | 5,205 | 30 | 4,294 | 4,324 | 21 | 3,977 | 3,998 | 134 | 23,163 | 23,297 |

JA4528

Expanded Dataset

**JA4529**

| Rating | | White | | | Asian American | | | African American | | | Hispanic | | | All Applicants (Including All Races/Ethnicities) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Share Admitted | Share Rejected | Share Total | Share Admitted | Share Rejected | Share Total | Share Admitted | Share Rejected | Share Total | Share Admitted | Share Rejected | Share Total | Share Admitted | Share Rejected | Share Total |
| Overall Rating | 1 | 0.91% | 0% | 0.06% | 1.45% | 0% | 0.08% | 0.79% | 0% | 0.06% | 0.65% | 0% | 0.04% | 1.06% | 0% | 0.07% |
| | 2 | 58.00% | 1.69% | 5.51% | 60.89% | 1.76% | 5.12% | 58.60% | 0.91% | 5.49% | 49.47% | 0.85% | 4.12% | 57.45% | 1.53% | 5.22% |
| | 3 | 40.88% | 73.45% | 71.25% | 37.66% | 76.47% | 74.26% | 40.62% | 42.54% | 42.39% | 49.88% | 55.71% | 55.32% | 41.39% | 69.10% | 67.27% |
| | ≥4 | 0.22% | 24.86% | 23.19% | 0% | 21.77% | 20.53% | 0% | 56.55% | 52.06% | 0% | 43.43% | 40.52% | 0.10% | 29.38% | 27.44% |
| Academic Rating | 1 | 3.76% | 0.08% | 0.33% | 10.33% | 0.36% | 0.93% | 0.16% | 0.01% | 0.02% | 0.57% | 0.01% | 0.04% | 4.71% | 0.15% | 0.45% |
| | 2 | 81.61% | 42.94% | 45.56% | 83.05% | 57.90% | 59.33% | 58.00% | 5.06% | 9.28% | 65.34% | 13.71% | 17.17% | 76.48% | 39.83% | 42.25% |
| | 3 | 14.37% | 46.73% | 44.54% | 6.62% | 33.32% | 31.80% | 41.56% | 40.15% | 40.27% | 34.09% | 48.80% | 47.81% | 18.65% | 42.09% | 40.54% |
| | ≥4 | 0.26% | 10.24% | 9.57% | 0% | 8.42% | 7.94% | 0.08% | 54.78% | 50.44% | 0% | 37.49% | 34.97% | 0.16% | 17.93% | 16.76% |
| Extracurricular Rating | 1 | 2.38% | 0.18% | 0.33% | 3.42% | 0.20% | 0.38% | 0.56% | 0.08% | 0.11% | 1.07% | 0.01% | 0.13% | 2.33% | 0.17% | 0.31% |
| | 2 | 65.37% | 22.03% | 24.97% | 72.96% | 25.41% | 28.12% | 51.94% | 12.76% | 15.89% | 55.51% | 14.40% | 17.15% | 64.25% | 21.19% | 24.04% |
| | 3 | 32.06% | 74.64% | 71.75% | 23.62% | 72.66% | 69.87% | 47.18% | 80.14% | 77.51% | 43.17% | 80.41% | 77.91% | 33.23% | 75.27% | 72.49% |
| | 4 | 0.19% | 3.15% | 2.95% | 0% | 1.73% | 1.63% | 0.32% | 7.02% | 6.48% | 0.25% | 5.13% | 4.80% | 0.18% | 3.37% | 3.16% |
| Athletic Rating | 1 | 24.23% | 12.99% | 13.74% | 8.84% | 4.87% | 5.09% | 15.84% | 6.59% | 7.32% | 17.14% | 7.37% | 8.01% | 18.15% | 9.12% | 9.71% |
| | 2 | 47.80% | 54.78% | 54.31% | 46.76% | 48.97% | 48.84% | 50.33% | 51.84% | 51.72% | 46.32% | 50.94% | 50.63% | 47.59% | 52.12% | 51.82% |
| | 3 | 27.97% | 32.23% | 31.95% | 44.40% | 46.16% | 46.06% | 33.83% | 41.57% | 41.36% | 36.54% | 41.69% | 41.36% | 34.27% | 38.76% | 38.47% |
| Personal Rating | 1 | 0.55% | 0.01% | 0.05% | 0.13% | 0% | 0.01% | 0.08% | 0.02% | 0.03% | 0.16% | 0.01% | 0.02% | 0.33% | 0.01% | 0.03% |
| | 2 | 78.78% | 18.43% | 22.52% | 71.65% | 14.70% | 17.95% | 74.68% | 14.61% | 19.39% | 76.32% | 14.93% | 19.05% | 75.51% | 16.40% | 20.31% |
| | 3 | 20.62% | 81.11% | 77.01% | 28.22% | 84.79% | 81.57% | 25.24% | 84.85% | 80.12% | 23.52% | 84.55% | 80.46% | 24.14% | 83.10% | 79.20% |
| | ≥4 | 0.05% | 0.45% | 0.42% | 0% | 0.51% | 0.48% | 0% | 0.51% | 0.47% | 0% | 0.51% | 0.48% | 0.02% | 0.49% | 0.46% |
| Teacher 1 Rating | 1 | 13.46% | 2.08% | 2.88% | 14.78% | 1.90% | 2.65% | 4.97% | 0.66% | 1.04% | 7.00% | 0.98% | 1.42% | 11.70% | 1.75% | 2.44% |
| | 2 | 58.96% | 26.74% | 28.98% | 58.18% | 27.16% | 28.97% | 54.97% | 14.62% | 18.17% | 54.76% | 19.57% | 22.12% | 57.45% | 24.75% | 27.00% |
| | 3 | 27.59% | 70.61% | 67.61% | 27.04% | 70.43% | 67.90% | 40.06% | 83.61% | 79.77% | 38.24% | 78.55% | 75.63% | 30.86% | 72.85% | 69.96% |
| | ≥4 | 0% | 0.57% | 0.53% | 0% | 0.51% | 0.48% | 0% | 1.11% | 1.01% | 0% | 0.90% | 0.83% | 0% | 0.64% | 0.60% |
| Teacher 2 Rating | 1 | 13.65% | 2.09% | 3.00% | 13.86% | 1.74% | 2.52% | 6.14% | 0.73% | 1.31% | 6.95% | 0.73% | 1.50% | 11.73% | 1.71% | 2.49% |
| | 2 | 58.22% | 28.19% | 30.56% | 59.53% | 27.79% | 29.82% | 52.20% | 16.03% | 19.90% | 58.90% | 20.67% | 23.95% | 57.70% | 26.02% | 28.49% |
| | 3 | 28.09% | 69.24% | 66.00% | 26.57% | 69.97% | 67.19% | 41.66% | 82.43% | 78.07% | 34.15% | 77.53% | 73.81% | 30.54% | 71.72% | 68.51% |
| | ≥4 | 0.05% | 0.47% | 0.44% | 0.04% | 0.50% | 0.47% | 0% | 0.82% | 0.73% | 0% | 0.81% | 0.74% | 0.03% | 0.55% | 0.51% |
| Counselor Rating | 1 | 8.51% | 1.11% | 1.63% | 11.91% | 1.21% | 1.84% | 3.81% | 0.39% | 0.69% | 6.19% | 0.53% | 0.94% | 8.59% | 1.00% | 1.52% |
| | 2 | 63.61% | 22.88% | 25.75% | 60.65% | 22.29% | 24.54% | 54.49% | 11.22% | 15.04% | 53.22% | 14.74% | 17.53% | 59.89% | 20.47% | 23.21% |
| | 3 | 27.88% | 75.39% | 72.04% | 27.44% | 75.87% | 73.02% | 41.70% | 86.42% | 82.47% | 40.59% | 83.45% | 80.35% | 31.52% | 77.69% | 74.49% |
| | ≥4 | 0.74% | 0.62% | 0.58% | 0% | 0.63% | 0.60% | 0% | 1.97% | 1.80% | 0.42% | 0.81% | 1.18% | 0.67% | 0.84% | 0.79% |
| Alumni Personal Rating | 1 | 38.97% | 15.68% | 17.60% | 41.38% | 15.39% | 17.18% | 36.74% | 13.26% | 15.68% | 41.36% | 13.69% | 16.21% | 39.68% | 15.12% | 17.13% |
| | 2 | 51.78% | 45.80% | 46.29% | 51.15% | 44.86% | 45.29% | 52.46% | 40.46% | 41.70% | 51.74% | 40.69% | 41.69% | 51.48% | 44.37% | 44.95% |
| | 3 | 8.51% | 31.22% | 29.34% | 6.90% | 31.49% | 29.79% | 9.67% | 35.79% | 33.10% | 6.48% | 35.46% | 32.83% | 8.17% | 32.25% | 30.28% |
| | ≥4 | 0.74% | 7.30% | 6.76% | 0.56% | 8.26% | 7.73% | 1.13% | 10.49% | 9.52% | 0.42% | 10.16% | 9.28% | 0.67% | 8.26% | 7.64% |
| Alumni Overall Rating | 1 | 31.34% | 9.00% | 10.85% | 42.37% | 12.06% | 14.18% | 21.18% | 4.27% | 6.06% | 28.43% | 5.95% | 8.03% | 32.45% | 9.21% | 11.13% |
| | 2 | 53.49% | 35.31% | 36.83% | 48.37% | 36.31% | 37.15% | 53.44% | 19.17% | 22.79% | 53.45% | 23.33% | 26.13% | 52.15% | 32.70% | 34.31% |
| | 3 | 13.85% | 37.39% | 35.43% | 8.44% | 34.73% | 32.90% | 22.96% | 35.52% | 34.19% | 16.38% | 36.89% | 34.99% | 14.00% | 36.28% | 34.43% |
| | ≥4 | 1.33% | 18.30% | 16.89% | 0.83% | 16.90% | 15.78% | 2.43% | 41.04% | 36.95% | 1.75% | 33.83% | 30.85% | 1.40% | 21.81% | 20.12% |

Expanded Dataset

TRIAL EXHIBIT
P623
SFFA v. Harvard

# Case: 19-2005   Number and Share of Applicants Admitted and Rejected   Entry ID: 6356425

JA4530

Expanded Dataset

*Note: This is a very dense multi-column statistical exhibit. Values are transcribed to the best possible reading. Columns are grouped by race/ethnicity; each group has ADMITTED (Number, Share), REJECTED (Number, Share), TOTAL (Number, Share). Rating rows are 1, 2, 3, ≥4.*

## White

| Rating | Level | Admitted No. | Admitted Share | Rejected No. | Rejected Share | Total No. | Total Share |
|---|---|---|---|---|---|---|---|
| Overall Rating | 1 | 38 | 0.91% | 0 | 0% | 38 | 0.06% |
| | 2 | 2,422 | 58.00% | 973 | 1.69% | 3,395 | 5.51% |
| | 3 | 1,707 | 40.88% | 42,221 | 73.45% | 43,928 | 71.25% |
| | ≥4 | – | – | 14,296 | 24.86% | 14,296 | 23.19% |
| Academic Rating | 1 | 157 | 3.76% | 48 | 0.08% | 205 | 0.33% |
| | 2 | 3,408 | 81.61% | 24,682 | 42.94% | 28,090 | 45.56% |
| | 3 | 600 | 14.37% | 26,863 | 46.73% | 27,463 | 44.54% |
| | ≥4 | 11 | 0.26% | 5,888 | 10.24% | 5,899 | 9.57% |
| Extra curricular Rating | 1 | 99 | 2.38% | 102 | 0.18% | 201 | 0.33% |
| | 2 | 2,716 | 65.37% | 12,578 | 22.03% | 15,294 | 24.97% |
| | 3 | 1,332 | 32.06% | 42,615 | 74.16% | 43,947 | 71.75% |
| | ≥4 | 8 | 0.19% | 1,796 | 3.15% | 1,804 | 2.95% |
| Athletic Rating | 1 | 970 | 24.23% | 7,286 | 12.99% | 8,256 | 13.41% |
| | 2 | 1,914 | 47.80% | 30,727 | 53.32% | 32,641 | 52.94% |
| | 3 | 1,120 | 27.97% | 18,081 | 32.23% | 19,201 | 31.14% |
| | ≥4 | – | – | 256 | 0.45% | 258 | 0.42% |
| Personal Rating | 1 | 23 | 0.55% | 8 | 0.01% | 31 | 0.05% |
| | 2 | 3,290 | 78.78% | 10,594 | 18.43% | 13,884 | 22.52% |
| | 3 | 861 | 20.62% | 46,623 | 81.11% | 47,484 | 77.01% |
| | ≥4 | – | – | 256 | 0.45% | 258 | 0.42% |
| Teacher 1 Rating | 1 | 562 | 13.46% | 1,164 | 2.08% | 1,726 | 2.88% |
| | 2 | 2,462 | 58.98% | 14,930 | 26.01% | 17,392 | 28.98% |
| | 3 | 1,152 | 27.59% | 39,419 | 68.70% | 40,571 | 65.64% |
| | ≥4 | – | – | 316 | 0.57% | 316 | 0.53% |
| Teacher 2 Rating | 1 | 548 | 13.65% | 980 | 2.09% | 1,528 | 3.00% |
| | 2 | 2,338 | 58.22% | 13,241 | 28.19% | 15,109 | 25.75% |
| | 3 | 1,128 | 28.09% | 32,519 | 69.24% | 33,647 | 66.00% |
| | ≥4 | 2 | 0.05% | 223 | 0.47% | 225 | 0.44% |
| Counselor Rating | 1 | 352 | 8.51% | 606 | 1.11% | 958 | 1.63% |
| | 2 | 2,631 | 63.51% | 12,478 | 22.88% | 15,109 | 25.75% |
| | 3 | 1,153 | 27.88% | 41,107 | 75.39% | 42,260 | 72.04% |
| | ≥4 | 2 | 0.05% | 338 | 0.62% | 338 | 0.58% |
| Alumni Personal Rating | 1 | 1,585 | 38.97% | 15,688 | 15.68% | 17,608 | 17.60% |
| | 2 | 2,106 | 51.78% | 20,724 | 45.80% | 22,830 | 46.29% |
| | 3 | 346 | 8.51% | 14,126 | 31.22% | 14,472 | 29.34% |
| | ≥4 | 30 | 0.74% | 3,303 | 7.30% | 338 | 6.76% |
| Alumni Overall Rating | 1 | 1,272 | 31.34% | 4,025 | 9.00% | 5,297 | 10.85% |
| | 2 | 2,171 | 53.49% | 15,800 | 35.31% | 17,971 | 36.83% |
| | 3 | 562 | 13.85% | 16,727 | 37.39% | 17,289 | 35.43% |
| | ≥4 | 54 | 1.33% | 8,190 | 18.31% | 8,244 | 16.89% |

## Asian American

| Rating | Level | Admitted No. | Admitted Share | Rejected No. | Rejected Share | Total No. | Total Share |
|---|---|---|---|---|---|---|---|
| Overall Rating | 1 | 34 | 1.45% | 0 | 0% | 34 | 0.08% |
| | 2 | 1,426 | 60.89% | 682 | 1.76% | 2,108 | 5.12% |
| | 3 | 882 | 37.66% | 29,671 | 76.47% | 30,553 | 74.26% |
| | ≥4 | – | 0% | 8,447 | 21.77% | 8,447 | 20.53% |
| Academic Rating | 1 | 242 | 10.33% | 141 | 0.36% | 383 | 0.93% |
| | 2 | 1,945 | 83.05% | 22,465 | 57.90% | 24,410 | 59.33% |
| | 3 | 155 | 6.62% | 12,928 | 33.32% | 13,083 | 31.80% |
| | ≥4 | – | 0% | 3,266 | 8.42% | 3,266 | 7.94% |
| Extra curricular Rating | 1 | 80 | 3.42% | 77 | 0.20% | 157 | 0.38% |
| | 2 | 1,705 | 72.96% | 9,823 | 25.41% | 11,528 | 28.12% |
| | 3 | 552 | 23.62% | 28,092 | 72.66% | 28,644 | 69.87% |
| | ≥4 | – | 0% | 669 | 1.73% | 669 | 1.63% |
| Athletic Rating | 1 | 198 | 8.84% | 1,853 | 4.87% | 2,051 | 4.99% |
| | 2 | 1,048 | 44.74% | 16,618 | 42.83% | – | – |
| | 3 | 995 | 44.00% | 17,562 | 45.26% | 38,557 | 93.72% |
| | ≥4 | – | 0% | 196 | 0.51% | 196 | 0.48% |
| Personal Rating | 1 | 3 | 0.13% | 1 | 0% | 4 | 0.01% |
| | 2 | 1,678 | 71.65% | 5,705 | 14.70% | 7,383 | 17.95% |
| | 3 | 661 | 28.22% | 32,898 | 84.79% | 33,559 | 81.57% |
| | ≥4 | – | 0% | 196 | 0.51% | 196 | 0.48% |
| Teacher 1 Rating | 1 | 346 | 14.78% | 720 | 1.90% | 1,066 | 2.65% |
| | 2 | 1,362 | 58.18% | 10,293 | 27.15% | 11,655 | 28.97% |
| | 3 | 633 | 27.04% | 26,690 | 70.43% | 27,323 | 67.40% |
| | ≥4 | – | 0% | 194 | 0.51% | 194 | 0.48% |
| Teacher 2 Rating | 1 | 312 | 13.86% | 572 | 1.74% | 884 | 2.52% |
| | 2 | 1,340 | 59.53% | 9,127 | 27.79% | 10,467 | 29.82% |
| | 3 | 598 | 26.57% | 22,983 | 69.97% | 23,581 | 67.19% |
| | ≥4 | 1 | 0.04% | 165 | 0.50% | 166 | 0.47% |
| Counselor Rating | 1 | 277 | 11.91% | 448 | 1.21% | 725 | 1.84% |
| | 2 | 1,410 | 60.65% | 8,285 | 22.79% | 9,695 | 24.54% |
| | 3 | 638 | 27.44% | 28,208 | 75.87% | 28,846 | 73.02% |
| | ≥4 | 1 | 0.04% | 236 | 0.63% | 236 | 0.60% |
| Alumni Personal Rating | 1 | 953 | 41.38% | 4,779 | 15.39% | 5,732 | 17.18% |
| | 2 | 1,178 | 51.15% | 13,930 | 44.86% | 15,108 | 45.29% |
| | 3 | 159 | 6.90% | 9,780 | 31.49% | 9,939 | 29.79% |
| | ≥4 | 8 | 0.35% | 2,566 | 8.26% | 2,574 | 7.73% |
| Alumni Overall Rating | 1 | 974 | 42.37% | 3,703 | 12.06% | 4,677 | 14.18% |
| | 2 | 1,112 | 48.37% | 11,145 | 36.31% | 12,257 | 37.15% |
| | 3 | 194 | 8.44% | 10,660 | 34.73% | 10,854 | 32.90% |
| | ≥4 | 19 | 0.83% | 5,186 | 16.90% | 5,205 | 15.78% |

## African American

| Rating | Level | Admitted No. | Admitted Share | Rejected No. | Rejected Share | Total No. | Total Share |
|---|---|---|---|---|---|---|---|
| Overall Rating | 1 | 10 | 0.79% | – | 0% | 10 | 0.06% |
| | 2 | 743 | 58.66% | 133 | 0.91% | 876 | 5.49% |
| | 3 | 515 | 40.62% | 6,250 | 42.54% | 6,765 | 42.39% |
| | ≥4 | – | 0% | 8,308 | 56.55% | 8,308 | 52.06% |
| Academic Rating | 1 | 2 | 0.16% | – | 0.01% | 2 | 0.02% |
| | 2 | 738 | 58.20% | 743 | 5.06% | 1,481 | 9.28% |
| | 3 | 527 | 41.60% | 5,899 | 40.15% | 6,426 | 40.27% |
| | ≥4 | 1 | 0.08% | 8,048 | 54.78% | 8,049 | 50.42% |
| Extra curricular Rating | 1 | 7 | 0.56% | 11 | 0.08% | 18 | 0.11% |
| | 2 | 655 | 51.94% | 1,852 | 12.76% | 2,507 | 15.89% |
| | 3 | 595 | 47.13% | 11,633 | 80.14% | 12,228 | 77.51% |
| | ≥4 | 4 | 0.32% | 1,019 | 7.02% | 1,023 | 6.48% |
| Athletic Rating | 1 | 192 | 15.84% | 924 | 6.59% | 1,116 | 7.32% |
| | 2 | 630 | 49.68% | 7,271 | 49.84% | 7,881 | 51.72% |
| | 3 | 410 | 33.83% | 5,830 | 41.57% | 6,240 | 40.95% |
| | ≥4 | – | 0% | 75 | 0.51% | 75 | 0.47% |
| Personal Rating | 1 | 1 | 0.08% | 4 | 0.02% | 4 | 0.03% |
| | 2 | 947 | 74.68% | 2,147 | 14.61% | 3,094 | 19.39% |
| | 3 | 320 | 25.24% | 12,466 | 84.88% | 12,786 | 80.12% |
| | ≥4 | – | 0% | 146 | 1.11% | 146 | 0.47% |
| Teacher 1 Rating | 1 | 63 | 4.97% | 87 | 0.60% | 150 | 1.04% |
| | 2 | 697 | 54.97% | 1,919 | 16.47% | 2,616 | 18.17% |
| | 3 | 508 | 40.06% | 10,977 | 83.61% | 11,485 | 79.77% |
| | ≥4 | – | 0% | 146 | 1.11% | 146 | 1.01% |
| Teacher 2 Rating | 1 | 74 | 6.14% | 611 | 0.73% | 685 | 1.31% |
| | 2 | 629 | 52.20% | 1,611 | 16.03% | 2,240 | 19.90% |
| | 3 | 502 | 41.66% | 8,285 | 82.43% | 8,787 | 78.07% |
| | ≥4 | – | 0% | 82 | 0.82% | 146 | 0.73% |
| Counselor Rating | 1 | 51 | 3.81% | 51 | 0.39% | 99 | 0.69% |
| | 2 | 686 | 54.49% | 1,459 | 11.22% | 2,145 | 15.04% |
| | 3 | 525 | 41.70% | 11,235 | 86.62% | 11,760 | 82.47% |
| | ≥4 | – | 0% | 256 | 1.97% | 256 | 1.80% |
| Alumni Personal Rating | 1 | 456 | 36.74% | 1,432 | 13.26% | 1,888 | 15.68% |
| | 2 | 651 | 52.46% | 4,368 | 40.46% | 5,019 | 41.70% |
| | 3 | 120 | 9.67% | 3,864 | 35.79% | 3,984 | 33.10% |
| | ≥4 | 14 | 1.13% | 1,132 | 10.49% | 1,146 | 9.52% |
| Alumni Overall Rating | 1 | 262 | 21.18% | 447 | 4.27% | 709 | 6.60% |
| | 2 | 661 | 53.44% | 2,006 | 19.17% | 2,667 | 22.79% |
| | 3 | 284 | 22.96% | 3,717 | 35.52% | 4,001 | 34.19% |
| | ≥4 | 30 | 2.43% | 4,294 | 41.04% | 4,324 | 36.95% |

## Hispanic

| Rating | Level | Admitted No. | Admitted Share | Rejected No. | Rejected Share | Total No. | Total Share |
|---|---|---|---|---|---|---|---|
| Overall Rating | 1 | 8 | 0.65% | – | 0% | 8 | 0.04% |
| | 2 | 608 | 49.47% | 146 | 0.85% | 754 | 4.12% |
| | 3 | 613 | 49.88% | 9,523 | 55.71% | 10,136 | 55.32% |
| | ≥4 | – | 0% | 7,424 | 43.43% | 7,424 | 40.52% |
| Academic Rating | 1 | 7 | 0.57% | – | 0.01% | 7 | 0.04% |
| | 2 | 803 | 65.34% | 2,343 | 13.71% | 3,146 | 17.17% |
| | 3 | 419 | 34.09% | 8,341 | 48.80% | 8,760 | 47.81% |
| | ≥4 | – | 0% | 6,408 | 37.49% | 6,409 | 34.97% |
| Extra curricular Rating | 1 | 13 | 1.07% | 11 | 0.07% | 24 | 0.13% |
| | 2 | 675 | 55.51% | 2,436 | 14.40% | 3,111 | 17.15% |
| | 3 | 537 | 43.17% | 13,594 | 80.41% | 14,131 | 77.19% |
| | ≥4 | – | 0.25% | 868 | 5.13% | 871 | 4.80% |
| Athletic Rating | 1 | 198 | 17.14% | 1,215 | 7.37% | 1,413 | 8.01% |
| | 2 | 613 | 46.32% | 8,399 | 50.04% | 8,934 | 50.63% |
| | 3 | 422 | 36.54% | 6,875 | 41.69% | 7,297 | 41.36% |
| | ≥4 | – | 0% | – | – | – | – |
| Personal Rating | 1 | 2 | 0.16% | 1 | 0.01% | 2 | 0.02% |
| | 2 | 938 | 76.32% | 2,552 | 14.93% | 3,490 | 19.05% |
| | 3 | 289 | 23.52% | 14,553 | 84.55% | 14,741 | 80.48% |
| | ≥4 | – | 0% | 88 | 0.51% | 88 | 0.48% |
| Teacher 1 Rating | 1 | 86 | 7.00% | 154 | 0.98% | 240 | 1.42% |
| | 2 | 673 | 54.76% | 3,078 | 18.55% | 3,751 | 22.12% |
| | 3 | 470 | 38.24% | 12,355 | 78.55% | 12,825 | 75.63% |
| | ≥4 | – | 0% | 141 | 0.90% | 141 | 0.83% |
| Teacher 2 Rating | 1 | 86 | 6.95% | 124 | 0.99% | 206 | 1.50% |
| | 2 | 695 | 58.90% | 2,599 | 18.00% | 3,294 | 23.55% |
| | 3 | 403 | 34.15% | 9,748 | 77.53% | 10,151 | 73.81% |
| | ≥4 | – | 0% | 102 | 0.81% | 102 | 0.74% |
| Counselor Rating | 1 | 75 | 6.19% | 83 | 0.53% | 158 | 0.94% |
| | 2 | 645 | 53.22% | 2,287 | 14.58% | 2,932 | 17.53% |
| | 3 | 492 | 40.59% | 12,948 | 83.45% | 13,440 | 80.35% |
| | ≥4 | – | 0% | 197 | 1.27% | 197 | 1.18% |
| Alumni Personal Rating | 1 | 498 | 41.36% | 1,651 | 13.69% | 2,149 | 13.69% |
| | 2 | 623 | 51.74% | 4,906 | 40.69% | 5,529 | 41.69% |
| | 3 | 78 | 6.48% | 4,275 | 35.46% | 4,353 | 32.83% |
| | ≥4 | – | 0.42% | 1,225 | 10.16% | 1,230 | 9.28% |
| Alumni Overall Rating | 1 | 342 | 28.43% | 699 | 5.95% | 1,041 | 8.03% |
| | 2 | 643 | 53.45% | 2,743 | 23.33% | 3,386 | 26.13% |
| | 3 | 191 | 16.38% | 4,337 | 36.89% | 4,534 | 34.99% |
| | ≥4 | 21 | 1.75% | 3,977 | 33.83% | 3,998 | 30.85% |

## All Applicants (Including All Races/Ethnicities)

| Rating | Level | Admitted No. | Admitted Share | Rejected No. | Rejected Share | Total No. | Total Share |
|---|---|---|---|---|---|---|---|
| Overall Rating | 1 | 104 | 1.06% | 0 | 0% | 104 | 0.07% |
| | 2 | 5,644 | 57.45% | 2,121 | 1.53% | 7,765 | 5.22% |
| | 3 | 4,067 | 41.39% | 96,007 | 69.10% | 100,074 | 67.27% |
| | ≥4 | 10 | 0.10% | 40,816 | 29.38% | 40,816 | 27.44% |
| Academic Rating | 1 | 463 | 4.71% | 209 | 0.15% | 672 | 0.45% |
| | 2 | 7,514 | 76.48% | 55,335 | 39.83% | 62,849 | 42.25% |
| | 3 | 1,832 | 18.65% | 58,486 | 42.09% | 60,318 | 40.54% |
| | ≥4 | 16 | 0.16% | 24,914 | 17.93% | 24,930 | 16.76% |
| Extra curricular Rating | 1 | 228 | 2.33% | 236 | 0.17% | 464 | 0.31% |
| | 2 | 6,281 | 64.25% | 29,240 | 21.19% | 35,521 | 24.04% |
| | 3 | 3,249 | 33.23% | 103,863 | 75.27% | 107,112 | 72.49% |
| | ≥4 | 18 | 0.18% | 4,656 | 3.37% | 4,674 | 3.16% |
| Athletic Rating | 1 | 32 | 0.33% | 14 | 0.01% | 46 | 0.03% |
| | 2 | 7,419 | 75.51% | 22,789 | 16.40% | 30,165 | 20.31% |
| | 3 | 2,372 | 24.14% | 115,362 | 83.10% | 117,832 | 79.20% |
| | ≥4 | – | 0.02% | 681 | 0.49% | 683 | 0.46% |
| Personal Rating | 1 | 32 | 0.33% | 14 | 0.01% | 46 | 0.03% |
| | 2 | 7,419 | 75.51% | 22,789 | 16.40% | 30,165 | 20.31% |
| | 3 | 2,372 | 24.14% | 115,362 | 83.10% | 117,832 | 79.20% |
| | ≥4 | – | 0.02% | 681 | 0.49% | 683 | 0.46% |
| Teacher 1 Rating | 1 | 1,149 | 11.70% | 2,335 | 1.75% | 3,484 | 2.34% |
| | 2 | 5,643 | 57.45% | 32,952 | 24.75% | 38,595 | 27.00% |
| | 3 | 3,031 | 30.86% | 72,835 | 72.85% | 100,010 | 69.96% |
| | ≥4 | – | 0.03% | 856 | 0.64% | 856 | 0.60% |
| Teacher 2 Rating | 1 | 1,105 | 11.73% | 1,905 | 1.71% | 3,010 | 2.49% |
| | 2 | 5,437 | 57.70% | 24,025 | 24.62% | 28,461 | 28.49% |
| | 3 | 2,878 | 30.54% | 80,003 | 71.72% | 82,881 | 68.51% |
| | ≥4 | – | 0.03% | 613 | 0.55% | 616 | 0.51% |
| Counselor Rating | 1 | 836 | 8.59% | 1,300 | 1.00% | 2,136 | 1.52% |
| | 2 | 5,829 | 59.89% | 20,471 | 20.47% | 32,551 | 23.21% |
| | 3 | 3,068 | 31.52% | 101,414 | 77.69% | 104,482 | 74.49% |
| | ≥4 | – | 0.03% | 1,102 | 0.84% | 1,102 | 0.79% |
| Alumni Personal Rating | 1 | 3,813 | 39.68% | 17,826 | 15.12% | 20,116 | 17.13% |
| | 2 | 4,947 | 51.48% | 47,826 | 44.37% | 52,773 | 44.95% |
| | 3 | 785 | 8.17% | 34,761 | 32.25% | 35,546 | 30.28% |
| | ≥4 | 64 | 0.67% | 8,900 | 8.26% | 8,964 | 7.64% |
| Alumni Overall Rating | 1 | 3,112 | 32.45% | 9,775 | 9.21% | 12,887 | 11.13% |
| | 2 | 5,002 | 52.15% | 34,725 | 32.70% | 39,727 | 34.31% |
| | 3 | 1,343 | 14.00% | 38,521 | 36.28% | 39,864 | 34.43% |
| | ≥4 | 134 | 1.40% | 23,163 | 21.81% | 23,297 | 20.12% |

# Number and Share of Applicants by Academic Index

| Academic Index Range | White Number Applicants | White Share Applicants | Asian American Number Applicants | Asian American Share Applicants | African American Number Applicants | African American Share Applicants | Hispanic Number Applicants | Hispanic Share Applicants | Total Number Applicants | Total Share Applicants |
|---|---|---|---|---|---|---|---|---|---|---|
| 236.0 – 240.0 | 4,963 | 8.64% | 7,225 | 17.92% | 132 | 0.85% | 380 | 2.12% | 13,989 | 9.83% |
| 232.8 – 235.8 | 5,717 | 9.95% | 6,532 | 16.21% | 196 | 1.26% | 539 | 3.01% | 14,303 | 10.05% |
| 229.9 – 232.5 | 6,478 | 11.28% | 5,316 | 13.19% | 326 | 2.09% | 820 | 4.57% | 14,253 | 10.01% |
| 226.8 – 229.5 | 7,053 | 12.28% | 4,527 | 11.23% | 445 | 2.85% | 949 | 5.29% | 14,145 | 9.94% |
| 223.3 – 226.5 | 5,924 | 10.31% | 3,614 | 8.97% | 508 | 3.26% | 1,077 | 6.01% | 12,110 | 8.51% |
| 218.8 – 223.0 | 7,658 | 13.33% | 3,874 | 9.61% | 897 | 5.75% | 1,719 | 9.59% | 15,426 | 10.84% |
| 213.3 – 218.5 | 6,359 | 11.07% | 3,020 | 7.49% | 1,285 | 8.24% | 2,182 | 12.17% | 13,865 | 9.74% |
| 205.8 – 213.0 | 6,073 | 10.57% | 2,644 | 6.56% | 2,291 | 14.68% | 2,926 | 16.32% | 15,014 | 10.55% |
| 193.8 – 205.5 | 4,404 | 7.67% | 2,045 | 5.07% | 3,600 | 23.08% | 3,755 | 20.94% | 14,658 | 10.30% |
| 100.0 – 193.5 | 2,822 | 4.91% | 1,511 | 3.75% | 5,921 | 37.95% | 3,583 | 19.98% | 14,593 | 10.25% |

JA4531



TRIAL EXHIBIT
**P624**
SFFA v. Harvard

Baseline Dataset

## Number and Share of Applicants by Academic Index

| Academic Index Range | White | | Asian American | | African American | | Hispanic | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Number Applicants | Share Applicants | Number Applicants | Share Applicants | Number Applicants | Share Applicants | Number Applicants | Share Applicants | Number Applicants | Share Applicants |
| ≥220 | 36,054 | 62.76% | 30,248 | 75.04% | 2,259 | 14.48% | 5,011 | 27.95% | 80,647 | 56.65% |
| <220 | 21,397 | 37.24% | 10,060 | 24.96% | 13,342 | 85.52% | 12,919 | 72.05% | 61,709 | 43.35% |

JA4532

TRIAL EXHIBIT

P625

SFFA v. Harvard

exhibitsticker.com

Baseline Dataset

# Number and Share of Applicants by Academic Index



exhibitstickers.com

**TRIAL EXHIBIT**

**P626**

SFFA v. Harvard

| Academic Index Range | White | | Asian American | | African American | | Hispanic | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Number Applicants | Share Applicants | Number Applicants | Share Applicants | Number Applicants | Share Applicants | Number Applicants | Share Applicants | Number Applicants | Share Applicants |
| 236.0 – 240.0 | 5,303 | 8.62% | 7,321 | 17.84% | 138 | 0.87% | 401 | 2.19% | 14,512 | 9.78% |
| 232.8 – 235.8 | 6,160 | 10.01% | 6,631 | 16.16% | 197 | 1.24% | 564 | 3.09% | 14,939 | 10.07% |
| 229.9 – 232.5 | 6,940 | 11.28% | 5,406 | 13.17% | 330 | 2.08% | 850 | 4.65% | 14,891 | 10.03% |
| 226.8 – 229.5 | 7,556 | 12.28% | 4,613 | 11.24% | 462 | 2.91% | 984 | 5.38% | 14,843 | 10.00% |
| 223.3 – 226.5 | 6,421 | 10.44% | 3,698 | 9.01% | 519 | 3.26% | 1,118 | 6.12% | 12,818 | 8.64% |
| 218.8 – 223.0 | 8,196 | 13.32% | 3,968 | 9.67% | 944 | 5.94% | 1,764 | 9.65% | 16,224 | 10.93% |
| 213.3 – 218.5 | 6,832 | 11.11% | 3,087 | 7.52% | 1,315 | 8.27% | 2,228 | 12.19% | 14,556 | 9.81% |
| 205.8 – 213.0 | 6,475 | 10.52% | 2,696 | 6.57% | 2,335 | 14.69% | 2,974 | 16.27% | 15,632 | 10.53% |
| 193.8 – 205.5 | 4,690 | 7.62% | 2,087 | 5.09% | 3,659 | 23.02% | 3,799 | 20.78% | 15,130 | 10.20% |
| 100.0 – 193.5 | 2,948 | 4.79% | 1,528 | 3.72% | 5,997 | 37.73% | 3,600 | 19.69% | 14,847 | 10.01% |

**JA4533**

Expanded Dataset

# Number and Share of Applicants Receiving a 2 or Higher on Personal Rating

| Academic Index Range | White Number Applicants | White Share Applicants | Asian American Number Applicants | Asian American Share Applicants | African American Number Applicants | African American Share Applicants | Hispanic Number Applicants | Hispanic Share Applicants | Total Number Applicants | Total Share Applicants |
|---|---|---|---|---|---|---|---|---|---|---|
| 236.0 – 240.0 | 1,470 | 29.62% | 1,604 | 22.20% | 62 | 46.97% | 130 | 34.21% | 3,562 | 25.46% |
| 232.8 – 235.8 | 1,614 | 28.23% | 1,363 | 20.87% | 79 | 40.31% | 163 | 30.24% | 3,539 | 24.74% |
| 229.9 – 232.5 | 1,691 | 26.10% | 953 | 17.93% | 129 | 39.57% | 264 | 32.20% | 3,306 | 23.20% |
| 226.8 – 229.5 | 1,593 | 22.59% | 820 | 18.11% | 178 | 40.00% | 285 | 30.03% | 3,114 | 22.01% |
| 223.3 – 226.5 | 1,346 | 22.72% | 595 | 16.46% | 178 | 35.04% | 306 | 28.41% | 2,627 | 21.69% |
| 218.8 – 223.0 | 1,562 | 20.40% | 608 | 15.69% | 304 | 33.89% | 440 | 25.60% | 3,171 | 20.56% |
| 213.3 – 218.5 | 1,184 | 18.62% | 430 | 14.24% | 372 | 28.95% | 445 | 20.39% | 2,622 | 18.91% |
| 205.8 – 213.0 | 987 | 16.25% | 356 | 13.46% | 535 | 23.35% | 520 | 17.77% | 2,576 | 17.16% |
| 193.8 – 205.5 | 554 | 12.58% | 264 | 12.91% | 567 | 15.75% | 494 | 13.16% | 1,989 | 13.57% |
| 100.0 – 193.5 | 229 | 8.11% | 121 | 8.01% | 562 | 9.49% | 304 | 8.48% | 1,285 | 8.81% |

JA4534

Baseline Dataset



exhibitsticker.com

TRIAL EXHIBIT

P628

SFFA v. Harvard

# Share of Applicants Receiving a 2 or Higher on Personal Rating



TRIAL EXHIBIT

P629

SFFA v. Harvard

exhibitsticker.com

| Academic Index Range | White | Asian American | African American | Hispanic | Total |
|---|---|---|---|---|---|
| 236.0 - 240.0 | 29.62% | 22.20% | 46.97% | 34.21% | 25.46% |
| 232.8 - 235.8 | 28.23% | 20.87% | 40.31% | 30.24% | 24.74% |
| 229.9 - 232.5 | 26.10% | 17.93% | 39.57% | 32.20% | 23.20% |
| 226.8 - 229.5 | 22.59% | 18.11% | 40.00% | 30.03% | 22.01% |
| 223.3 - 226.5 | 22.72% | 16.46% | 35.04% | 28.41% | 21.69% |
| 218.8 - 223.0 | 20.40% | 15.69% | 33.89% | 25.60% | 20.56% |
| 213.3 - 218.5 | 18.62% | 14.24% | 28.95% | 20.39% | 18.91% |
| 205.8 - 213.0 | 16.25% | 13.46% | 23.35% | 17.77% | 17.16% |
| 193.8 - 205.5 | 12.58% | 12.91% | 15.75% | 13.16% | 13.57% |
| 100.0 - 193.5 | 8.11% | 8.01% | 9.49% | 8.48% | 8.81% |

**JA4535**

Baseline Dataset

# Number and Share of Applicants Receiving a 2 or Higher on Personal Rating



exhibitsticker.com

**TRIAL EXHIBIT**

**P630**

SFFA v. Harvard

| Academic Index Range | White Number Applicants | White Share Applicants | Asian American Number Applicants | Asian American Share Applicants | African American Number Applicants | African American Share Applicants | Hispanic Number Applicants | Hispanic Share Applicants | Total Number Applicants | Total Share Applicants |
|---|---|---|---|---|---|---|---|---|---|---|
| 236.0 – 240.0 | 1,623 | 30.61% | 1,647 | 22.50% | 67 | 48.55% | 146 | 36.41% | 3,805 | 26.22% |
| 232.8 – 235.8 | 1,833 | 29.76% | 1,413 | 21.31% | 80 | 40.61% | 173 | 30.67% | 3,846 | 25.74% |
| 229.9 – 232.5 | 1,911 | 27.54% | 995 | 18.41% | 132 | 40.00% | 275 | 32.35% | 3,603 | 24.20% |
| 226.8 – 229.5 | 1,822 | 24.11% | 849 | 18.40% | 188 | 40.69% | 303 | 30.79% | 3,421 | 23.05% |
| 223.3 – 226.5 | 1,555 | 24.22% | 628 | 16.98% | 183 | 35.26% | 320 | 28.62% | 2,921 | 22.79% |
| 218.8 – 223.0 | 1,787 | 21.80% | 628 | 15.83% | 330 | 34.96% | 460 | 26.08% | 3,493 | 21.53% |
| 213.3 – 218.5 | 1,377 | 20.16% | 450 | 14.58% | 387 | 29.43% | 466 | 20.92% | 2,896 | 19.90% |
| 205.8 – 213.0 | 1,107 | 17.10% | 369 | 13.69% | 553 | 23.68% | 530 | 17.82% | 2,762 | 17.67% |
| 193.8 – 205.5 | 629 | 13.41% | 268 | 12.84% | 584 | 15.96% | 509 | 13.40% | 2,109 | 13.94% |
| 100.0 – 193.5 | 249 | 8.45% | 125 | 8.18% | 582 | 9.70% | 306 | 8.50% | 1,339 | 9.02% |

JA4536

# Share of Applicants Receiving a 2 or Higher on Personal Rating



TRIAL EXHIBIT

P631

SFFA v. Harvard

exhibitsticker.com

| Academic Index Range | White | Asian American | African American | Hispanic | Total |
|---|---|---|---|---|---|
| 236.0 – 240.0 | 30.61% | 22.50% | 48.55% | 36.41% | 26.22% |
| 232.8 – 235.8 | 29.76% | 21.31% | 40.61% | 30.67% | 25.74% |
| 229.9 – 232.5 | 27.54% | 18.41% | 40.00% | 32.35% | 24.20% |
| 226.8 – 229.5 | 24.11% | 18.40% | 40.69% | 30.79% | 23.05% |
| 223.3 – 226.5 | 24.22% | 16.98% | 35.26% | 28.62% | 22.79% |
| 218.8 – 223.0 | 21.80% | 15.83% | 34.96% | 26.08% | 21.53% |
| 213.3 – 218.5 | 20.16% | 14.58% | 29.43% | 20.92% | 19.90% |
| 205.8 – 213.0 | 17.10% | 13.69% | 23.68% | 17.82% | 17.67% |
| 193.8 – 205.5 | 13.41% | 12.84% | 15.96% | 13.40% | 13.94% |
| 100.0 – 193.5 | 8.45% | 8.18% | 9.70% | 8.50% | 9.02% |

**JA4537**

Expanded Dataset



Entry ID: 6356425
TRIAL EXHIBIT

P633

SFFA v. Harvard

# Reading Procedures – Class of 2023

### I.    SUMMARY SHEET APPLICATION DATA

The Summary Sheet captures information as supplied on the application and can be updated as new information is added. Late information can change the likelihood of admission and updates can be provided later for those initially considered less competitive. If any information is **missing** or **incorrect** for competitive candidates, changes should be made on the First Reader Rating Form and noted with prose in the reader comments or "Notes for Summary Sheet" box. This prose will feed onto the Summary Sheet when the rating form is submitted.

One exception: School code changes are NOT made on the First Reader Rating Form; see instructions below on how to do this.

**PLEASE NOTE**:  The accuracy of our citizenship coding is CRUCIAL.  Miscoding affects many of the important statistics we are required to compile, and we need to keep careful track of who needs a visa to study in the United States.

- **SCHOOL CODE**:  If an applicant is coded to the wrong school, please use the Admin Problems update form and route this to the Admin Problems bin immediately so that the operations team can ensure that the interview is reassigned to the appropriate club and group.

- **GENDER**:  Occasionally the gender designation reported on the application is coded incorrectly in our system.  This should be corrected by submitting the Admin Problems form and routing the file to the Admin Problems bin.
- **RACE/ETHNICITY**: We report exactly what the applicant reports as ethnicity on the application.  The ethnic codes on the Summary Sheet come from the demographic fields the candidate checked on the application. **Note that foreign citizens are listed as such. If they opted to check an identifying ethnic code it will appear but is not used for statistics and reporting.**

- **CITIZENSHIP CODE / COUNTRY OF CITIZENSHIP**:  There are four options on the application that can be checked: (1) U.S. Citizenship, (2) U.S. Dual Citizenship, (3) U.S. permanent resident and (4) "Other" or foreign citizen.

    The applicant holds only American citizenship:

    *APP*: Citizenship status will be "US Citizen or US National" and no other country of citizenship will be listed.

    *SUMMARY SHEET*:  Should read "Citizenship:  United States"

    The applicant is a dual U.S. citizen (a citizen of both the U.S. and another country).

    *APP*: Citizenship status will be "Dual US Citizen"-Other citizenships will show a country (e.g. Sweden)

    *SUMMARY SHEET*:  Should read "Citizenship:  United States/<other country>"

    The applicant is a U.S. Permanent Resident.

    *APP*: Citizenship status will be "U.S. Permanent Resident or Refugee" and Other

Citizenships will list one or more countries checked with another country listed.

*SUMMARY SHEET*:   Should read "Citizenship:  PR / <other country>"

*Caveat*:  If an applicant has checked the U.S. Permanent Resident box but notes that his or her application for permanent residency (or "green card") is pending, that applicant should be recoded as "Other citizenship."  Request this change by using the Admin Problems update form. We must prepare an I-20 form if the applicant is admitted and the application for residency is still pending, and the citizenship code is the only way we know to do this.

The applicant is a foreign citizen:

*APP*: Citizenship status will be "Other (Non-US)".  Other citizenship will show a country (e.g. Poland)

*SUMMARY SHEET*:   Should read "Citizenship:   <other country>"


- **LINEAGE:**  This flag appears if the applicant included Harvard College in the education field for at least one parent/guardian. The folder should be read by WRF ("4th" bin) following the normal reading process if appropriate or if another reading might be helpful.  Errors in coding should be noted with specific details about the error using the Admin Problems Form and routed to the Admin Problems bin.

- **ATHLETE**: Be sure the appropriate sport is listed as the first extracurricular activity. Changes can be made on the App Update tab on the Student Record. **DO NOT CHANGE ANY PRE-CODED ATHLETE**.

- **INDICATORS FOR ECONOMIC STATUS:** It has long been a priority for Harvard to seek talented students from all backgrounds, including those extraordinary individuals who are able to transcend economic disadvantages and achieve unusual academic distinction.  We utilize several indicators to understand the economic background of applicants. They are:
    - Low Income Predictor (Low Inc on Summary Sheet): A value between 0 and 1 based on application information that predicts how likely a student is to be low income and have a $0 parent contribution.  The higher the value (closer to 1) the more likely the student will be low income.
    - IM Pell Estimate (IMP-Est on Summary Sheet): An indication if the student is likely to qualify for a Pell Grant, based solely on IM data. This information will only be available if a student has submitted CSS Profile, allowing Financial Aid to estimate whether the student may be eligible for a Pell Grant.
    - FH info ("Yes, Likely, Unlikely, No" on the summary sheet): After subcommittee meetings, if information is available, a simple indication of a student's possible eligibility for the Harvard Financial Aid Initiative (HFAI) may be present on the summary sheet.
    - FEE STATUS**:** An indicator of whether the applicant received a fee waiver for their application.

- **SCORES**: By checking their Applicant Status website applicants can see whether their scores requirement has been fulfilled though not all scores will be listed.  They can report scores (which will be marked 'self-reported' in the student record) as they like.  You can check scores by looking under the "Scores" tab in each Student Record

of an applicant. The Summary Sheet will reflect the highest verified or self-reported scores.

Matriculating students will be responsible for changing 'unofficial' scores to 'official.' Only scores sent to us directly from the testing services electronically are considered official. Paper copies of scores sent via fax, email attachment or U.S. mail are not considered official.

We receive secure web downloads of scores, so we do not have to wait for the scores to be mailed to us.  Applicants are told not to use 'rush reports,' but if they do, they will arrive electronically as soon as they are scored.


### II.      Reader Rating Forms

**When a file in in your queue, you will be able to select the "First Reader Form" or the "Chair Form" depending on the file's bin. The form includes the following fields:**

Reader ratings: All readers must code a preliminary overall rating and a profile (using the codes below and pluses and minuses) for all candidates. Writing prose comments is left to the discretion of the reader and should generally be done only for competitive candidates, those who might become competitive later, or those who might be of interest to the Committee.

For all categories, use "+" and "- "primarily in the 2 and 3 range to indicate relative strength. A rating of 2+ or 3+ is stronger and very different from a 2- or 3- respectively. Readers should take many factors into account as they assign ratings. E.g, students who have taken a strong academic program and/or present other positive evidence of academic achievement should receive higher academic ratings: an applicant with low 700 scores could be rated a 2- rather than a 3+ in some instances especially if there is academic strength in a particular field. However, readers should not take an applicant's race or ethnicity into account in making any of the ratings other than the Overall rating, as discussed further below.


Overall
1. Tops for admission:  Exceptional – a clear admit with very strong objective and subjective support
2. Very strong credentials but not an inevitable admit
3. Solid contender: An applicant with good credentials and support
3- Somewhat Neutral: Respectable credentials
4. Neutral: Generally respectable credentials
5. Negative: Credentials are generally below those of other candidates

In assigning the Overall rating, readers may consider whether a student's background, including his or her race or ethnicity, may contribute to the educational benefits of diversity at Harvard College.  The consideration of race or ethnicity may be considered **only** as one factor among many.

Academic

1. A potential major academic contributor; Summa potential.  Genuine scholar; near-perfect scores and grades (in most cases combined with unusual creativity and

possible evidence of original scholarship, often substantiated by our faculty or other academic mentors.) Possible national or international level recognition in academic competitions.

2. Magna potential.  Excellent student with top grades and,
   a. SAT and SAT Subject tests: mid 700 scores and up
   b. 33+ ACT
   c. Possible local, regional or national level recognition in academic competitions
3. Solid academic potential; Cum laude potential: Very good student with excellent grades and
   a. SAT and SAT Subject tests: mid-600 through low-700 scores
   b. 29 to 32 ACT
4. Adequate preparation. Respectable grades and low-to mid-600 scores on SAT and subject tests or 26 to 29 ACT.
5. Marginal potential. Modest grades and 500 scores on SAT and subject tests (25 and below ACT).


Extracurricular, Community Employment, Family Commitments

1. Unusual strength in one or more areas.  Possible national-level achievement or professional experience.  A potential major contributor at Harvard.  Truly unusual achievement.
2. Strong secondary school contribution in one or more areas such as class president, newspaper editor, concertmaster etc.  and/or significant involvement in organizations outside of school. Possible local or regional recognition; major accomplishment(s) that have had an impact outside of the classroom. Can include significant term-time work or family responsibilities coupled with extracurricular engagement.
3. Solid participation but without special distinction. (Upgrade 3+ to 2- in some cases if the e/c is particularly extensive and substantive.)
4. Little or no participation.
5. Substantial commitment outside of conventional EC participation such as family obligations, term-time work or a significant commute (Important: should be included with other e/c to boost the rating or left as a "5" if that is more representative of the student's commitment).
6 Special circumstances limit or prevent participation (e.g. a physical condition, gap year(s), compulsory service of some kind).


Athletic

   Please note: to determine whether an activity should be considered a sport or an extracurricular activity, readers should defer to the student's characterization of the activity on his or her application. Those activities the student lists as "sports" should be considered as part of the athletic rating.

1. Unusually strong prospect for varsity sports at Harvard, possibly desired by Harvard coaches or recognition for individual athletic achievement/championships at the national, international or Olympic level.
2. Strong and long-standing (3-4 years) of secondary school and/or travel team contribution in one or more sports; leadership role(s) such as captain or co-captain; possible individual recognition at the state or regional level; possible walk-on to a

varsity team; has an IRF of a 4 from a Harvard coach

3. Active participation, possibly some leadership and/or recognition for individual accomplishments at the local or conference level.
4. Little or no participation (this is not a negative).
5. Substantial commitment outside of conventional extracurricular activities such as family obligations or term-time work (should be included with other e/c to boost the rating or left as a "5" if it is more representative of the student's commitment).
6. Physical condition or other special circumstances prevent significant activity.

Personal

The Personal rating should be an assessment made by the readers of what kind of effect the student might have on others at Harvard and beyond.  It should be based on an assessment of what kind of positive effect this person might have throughout his or her life based on what we have seen so far in the student's application materials.  This should include such considerations as what kind of contribution would the person make to the dining hall conversation, to study groups, and to society as a whole after graduation.  In assigning the personal rating, readers should consider information we receive from teachers, counselors, applicants, other recommenders, interviewers, and others as well as the applicant's essays, extracurricular activities, and other items in the application file—what the applicant shows us about him or herself and what the applicant has done or accomplished for others. It is important to keep in mind that characteristics not always synonymous with extroversion are similarly valued. Applicants who seem to be particularly reflective, insightful and/or dedicated should receive higher personal ratings as well

As noted above, though, an applicant's race or ethnicity should not be considered in assigning the personal rating.

We understand that students are multidimensional and ever evolving. Many applicants have grown enormously between the time when they apply in the fall or winter or their senior year and when they arrive in Cambridge the following September. Additionally, we are aware that we work with incomplete information.

1. Truly outstanding qualities of character; student may display enormous courage in the face of seemingly insurmountable obstacles in life. Student may demonstrate a singular ability to lead or inspire those around them. Student may exhibit extraordinary concern or compassion for others. Student receives unqualified and unwavering support from their recommenders.
2. Very strong qualities of character; student may demonstrate strong leadership. Student may exhibit a level of maturity beyond their years. Student may exhibit uncommon genuineness, selflessness or humility in their dealings with others. Students may possess strong resiliency. Student receives very strong support from their recommenders.
3+   Above average qualities of character; Student may demonstrate leadership. Student may exhibit commitment, good judgment, and positive citizenship. Student may exercise a spirit and camaraderie with peers. Student receives positive support from their recommenders.

3. Generally positive, perhaps somewhat neutral qualities of character

4. Questionable or worrisome qualities of character

**JA4542**

 HARV00097940

School Support
1. Strikingly unusual support. "The best of a career," "one of the best in many years," truly over the top.
2. Very strong support. "One of the best" or "the best this year."
3+ Well above average, consistently positive
3. Generally positive, perhaps somewhat neutral or generic
3- Somewhat neutral or slightly negative.
4.  Negative or worrisome report.
6. For teacher reports: prose is not in the file.
8. Placeholder for teacher reports.
9. For secondary school report: transcript is in the file but there is no SSR prose.

PLEASE NOTE:  School support ratings for teacher one, teacher two and a counselor are mandatory ratings for competitive candidates. Teacher three and teacher four are optional, if applicable.


**BRIEF ANNOTATIONS FOR SUMMARY SHEET:**

You may choose to insert information about a case – a maximum of three lines – which will appear on the second page of the summary sheet at the top and on the printed docket (unlike prose comments below). These notes should be informational only and not evaluative. They can aid in your preparation of cases. Examples could be: PE on grandmother, Harvard Book, or international credentials not easily captured elsewhere (A level est, Physics A, Math A, Lit A – etc.).


**PROSE COMMENTS**:
When making prose comments, first readers should note the important academic and extracurricular accomplishments that are particularly pertinent to the case.  It is also helpful to reference teacher reports or other items that may be crucial to our evaluation.  In addition to numerical ratings, readers should try to summarize the strengths and weaknesses of the folder in brief paragraphs or comments.  Avoid slang and jargon and REMEMBER - your comments may be open to public view later.

**INTERVIEW PROFILE (IVP):**
Below is the language for uniform implementation of the Interview Profile number (IVP) for use with all Schools and Scholarship Chairs. The IVP will serve as a guide for chairs to know when our office needs the reports, and therefore how quickly they need to be assigned. All interviewers will be told that they should submit their interview report no later than two weeks after receiving the interview assignment.

1. An applicant for whom the committee needs more information to reach a decision - please have interview report in as soon as possible.
2. An applicant for whom more information would be very helpful during our deliberations - please have interview report in by the sub-committee deadline.
3. Please have interview report in by December 1 (EA) or March 1 (RA).
4. Based on the materials currently available, the committee needs no additional information at this time.

**JA4543**

HARV00097941

This language has been distributed to the S&S chairs via email and can also be found in the updated handbook and website instructions. (Please ask Bryce Gilfillian if you need help accessing the site). **Please have a conversation with your chairs to determine if you wish to use the IVP, and please make clear that this information should not be shared with other interviewers or applicants.** If your chairs have additional clerical or operational questions about the IVP, please direct them to email Bryce/alum assistant at SSinfo@fas.harvard.edu.

When reading, please input your IVP code on the First Reader Rating Form. You should input an IVP for all cases for clubs that use this system or if the coding could be helpful for your own interview tracking purposes. Continue to pass on the folder to your chair and/or code out to Committee Review bin.

- **FIRST-GEN:** First readers should check this box on the first reader rating form if the student is of the first generation in the family to graduate from a four-year higher education institution. If first readers do not, chairs should do so on the chair rating form.

- **STAFF DISADVANTAGED**
  After reviewing the file, if the reader has evidence that the applicant may be from a modest economic background, please check "Yes" under Staff Disadvantaged on the Reader Rating Form. In the past, admitted students who has been identified as "Disadvantaged=Y" were found to be economically needy 78% of the time.

- **FACULTY, STAFF**:  Code <u>ONLY</u> children of professors at <u>the Faculty of Arts and Sciences</u> as an "F"; children of faculty from other parts of the University as well as children of administrative staff should be coded "S".  If an update is needed, use the First Reader rating form. **Please be careful to apply faculty and staff coding where appropriate as we need to keep accurate statistics on these applicants.  All "F" and "S" folders should be routed to the "4th bin" (WRF) after the normal reading process has been completed.**

- **ACCESSIBLE EDUCATION OFFICE (AEO) REFERRALS**: Code all applicants who may require special accommodations due to disabilities or special needs with the AEO flag in the Student record.  We can then work with the AEO and DOS when appropriate. As you know, a student's disability may not be considered in connection with his or her application. Anyone for whom the AEO flag is used should also be flagged for an advising form.

- **FYRE:** Use this to indicate a student whom you think might benefit from the First Year Retreat and Experience (FYRE), a no cost pre-orientation program designed to introduce students to Harvard's resources and give them a solid foundation on which to begin their college careers.

**ASTAT**: If, after reviewing an application you feel that the student may be of interest to one of our athletic teams, but is not a recruited athlete, you can use this flag to indicate to a coach that this student could be a recruit for their sport. Please use a "7" in these cases.

**GPA and GPA Scale**:
We must try to report an Academic Index to the IVY LEAGUE for EVERY matriculant.
If grades are available, please report a GPA and GPA Scale for your strongest candidates.

The Academic Index is calculated using GPA and GPA Scale. These will be converted automatically to the 20 to 80 scale in Slate.

Here are the rules according to the AI instructions provided by the Ivy League and sent to staff separately:

ACADEMIC INDEX CALCULATIONS: CGS

1. **GPAs generally:** As noted in ¶B-7 above, the secondary school GPA should be taken as presented on the secondary school transcript; when both unweighted and weighted GPAs are presented, the unweighted GPA should be used. (If there is a question as to whether the school is using an unweighted or weighted system, the scale should be defined as unweighted, based on what the A grade earns in a regular course.) Other questions in providing the GPA are addressed in this section.

2. **GPA scales and conversions from Table II:** Table II, the "CGS General Conversion Tables" should be used for the GPA scales shown (100-points, 11.0/12.0, 7.0, 6.0, 4.0, A-D) even if the transcript or secondary school profile provides a conversion to a Table II scale.

   - The "4.0 Weighted" scale applies to any 4.0 based GPA that is weighted. It should be used only when Unweighted GPA is not available.
   - The" 4.0 Unweighted Scale" applies to any 4.0 based GPA that is unweighted.
   - Note Table II includes a scale to use to convert International Baccalaureate GPAs to a CGS.

3. **Scales not provided on Table II:** Given the relatively small number of admitted and matriculated students for whom Table II scales are not provided, it is preferable not to create new scales if possible. In such cases, a GPA on a 4.0 scale should be calculated using the following formula, and a CGS then derived using the 4.0 scale on Table II: HSGPA/HSGPA scale = "x"/4.0, where "x" becomes the value from which the CGS is derived. For example, if on a 5.0 scale a student has a 4.8 GPA (whether the scale's top grade is A or A+), the formula is 4.8/5.0 = x/4.0, x-3.84 and the CGS = 73.

4. **Calculating GPA when not provided by the secondary school:** When the secondary school does not calculate/report a GPA, the institution should calculate an unweighted GPA based on the secondary school's grading scale, using all courses for which grades and credit hours are provided, and weighting semester grades as one-half full-year grades.
   NOTE: the following grade scale is used to convert grades on a non-traditional scale to a 4.0 Unweighted Scale: HH- 4.0, H- 3.5, HP- 2.5, P- 1.5, U- 0

5. **GPA period:** GPA data always should be for more than one year, including 10th and 11th grades, 9th grade when available, and official trimester or semester grades (as opposed to term grades) in the student's current year if available at the time the athlete's decision is made. If "official" grades from

the current year are available but not counted  in the school's cumulative GPA, they should be added to the cumulative GPA and  weighted appropriately: e.g., grades for first semester or trimester of senior year would be weighted as one-half or one-third year.

6. **<u>GPAs from multiple schools and repeat years</u>:** When a student has attended multiple  secondary schools (including a post-graduate year), all GPAs provided by the schools   should be used to the extent possible and weighted as in #5 above.  If the institution  believes this result is not logical and fair, it should describe what approach it believes is  better, subject to the Admissions Committee's agreement.

7. **<u>Transfer students</u>:** CGS should be calculated using 50% secondary school GPA and  50% college GPA

**JA4546**

CONFIDENTIAL

HARV00097944

INTERNATIONAL-SYSTEM GPA CALCULATIONS

1. **Generally:** Each school should calculate GPAs from international schools using the attached Appendix of International Calculations. If an international country is not listed on the Appendix, we should calculate an AI as it seems most appropriate. (In this circumstance, we should default to the Committee, using the NCAA International Standards as a reference point, but not necessarily a policy.)

2. **Canadian systems:** Table IIA, for establishing value of CGS of Canadian Students should be used to determine CGS based on the Province of the secondary school. Provinces where a passing grade is 50% use the first column on Table II A (Alberta, British Columbia, Manitoba, Newfoundland, NW Territories, Nova Scotia, Nunavut, Ontario, Prince Edward Island, Saskatchawan, Yukon); Provinces where a passing grade is 60% use the second column on Table IIA (New Brunswick, Quebec).

1. British systems:

   Count all GCSE (= O Level), AS and A level results in order to calculate a GPA:

   A* (same as A+) = 4.3

   A = 4.0

   B = 3.0

   C = 2.0

   D = 1.0
   - If the applicant is taking a gap year, actual A-Level results should be used.
   - A Level scores are given double the weight of AS and GCSE scores.
   - Internal grades are usually not available and should <u>not</u> be used if they are.
   - Predicted A-Level scores should be used when available.
   - All courses should be included in calculating the GPA, including physical education courses if the student receives a grade and credit for the course.

2. Pre-U:

   **The scale for Pre-U were decided on as follows, for Principal Subjects only:**

   D1 = A+/4.3
   D2 = A+/4.3
   D3 = A/4.0
   M1 =
   B+/3.3 M2
   = B/3.0 M3
   = B-/2.7 P1
   = C-/1.7 P2
   = D/1.0 P3
   = D-/0.7

**JA4547**

HARV00097945

**5. <u>International Baccalaureate systems</u>:**

Average grades from the last two years of the IB program are preferred to calculate a GPA:
7 = A+ = 4.3
6 = A = 4.0
5 = B = 3.0
4 = C = 2.0
3 = D = 1.0

- If the applicant is still in school, use one year for Early applicants and one year plus one term for Regular applicants.
- If the applicant is taking a gap year, actual two-year IB results are used.
- Use IB predicted grades if available, and only if not available use internal grades.
- For IB schools in the U.S., use the course values given on the transcript; for IB schools outside the U.S., double the weight for Higher Level courses (as opposed to the Subsidiary Level courses).
- All Higher Level/Subsidiary Level courses will be counted from international schools.
- Scales: When IB predictions give split results, use the average of the split (i.e., 5/6 is given, use 5.5 for calculation).

**6.<u>Notes on Selected Countries (added fall 2010)</u>:**

<u>Australia</u> – Require schools to provide a transcript of some sort, but if all else fails and they give the state final exam result or prediction (ex: UAI for NSW, OP for Queensland, usually out of 99.95) use that.

<u>New Zealand</u> –The scale for NZ is as follows…but ONLY for courses in which there is the possibility to get more than Achieved (Achieved/Not Achieved is basically Pass/Fail so we won't count those courses):

[E] Excellent =
A/4.0 [M] Merit =
B/3.0 [A]
Achieved = C/2.0
[N] Not Achieved = F/0

<u>Singapore</u> – for schools using standard Junior College grading conventions – Include H1(General Paper, Project, etc.) & H2 predictions on a 4.0 scale to calculate GPA. Double weight for H2 marks.

For H3, the scale is:

Distinction =
A/4.0  Merit =
B/3.0    Pass =
C/2.0 Double
H3s as well.

If provided, include O Level/GCSE marks in calculation of GPA with a single weight like we do with the British System.

**JA4548**

General notes – For all national curriculums, the general rule of thumb is to include all courses as part of the GPA calculations.
`

**7.**Additional International Scales for Relevant Countries

For GPA scales of other countries, Table III has been sent separately and is included in the Ivy League Academic Index Memo. Please see CGM if you need a copy.

**JA4549**

CONFIDENTIAL                                                                                              HARV00097947

| TABLE II: For establishing value of CGS | | | | | | | |
|---|---|---|---|---|---|---|---|
| APPROVED SEPTEMBER 2016 | | | | | | | |
| Percentage Average | 11.0/12.0 Scale | 6.0 | 5.0 | 4.0 Weighted GPA | Grade Equivalent to 4.0 | 4.0 Unweighted | CGS |
| 98.00 and above | 12.00 and | 6.5 and | 6.00 and | 4.30 and above | A+ | 4.0 and above | 80 |
| 97.00 - 97.99 | 11.70 - | 6.30 - | 5.70 - | 4.20 - 4.29 | | 3.91 - 3.99 | 79 |
| 96.00 - 96.99 | 11.40 - | 6.15 - | 5.40 - | 4.10 - 4.19 | | 3.81 - 3.90 | 78 |
| 95.00 - 95.99 | 11.00 - | 6.00 - | 5.00 - | 4.00 - 4.09 | A | 3.72 - 3.80 | 77 |
| 94.00 - 94.99 | 10.70 - | 5.85 - | 4.90 - | 3.90 - 3.99 | | 3.63 - 3.71 | 75 |
| 93.00 - 93.99 | 10.40 - | 5.70 - | 4.80 - | 3.80 - 3.89 | | 3.53 - 3.62 | 73 |
| 92.00 - 92.99 | 10.00 - | 5.55 - | 4.70 - | 3.70 - 3.79 | A- | 3.44 - 3.52 | 71 |
| 91.00 - 91.99 | 9.80 - | 5.40 - | 4.60 - | 3.60 - 3.69 | | 3.35 - 3.43 | 70 |
| 90.00 - 90.99 | 9.50 - | 5.25 - | 4.50 - | 3.50 - 3.59 | | 3.26 - 3.34 | 69 |
| 89.00 - 89.99 | 9.30 - | 5.10 - | 4.40 - | 3.40 - 3.49 | | 3.16 - 3.25 | 68 |
| 88.00 - 88.99 | 9.00 - | 4.95 - | 4.30 - | 3.30 - 3.39 | B+ | 3.07 - 3.15 | 67 |
| 87.00 - 87.99 | 8.70 - | 4.80 - | 4.20 - | 3.20 - 3.29 | | 2.98 - 3.06 | 66 |
| 86.00 - 86.99 | 8.40 - | 4.65 - | 4.10 - | 3.10 - 3.19 | | 2.88 - 2.97 | 65 |
| 85.00 - 85.99 | 8.00 - | 4.50 - | 4.00 - | 3.00 - 3.09 | B | 2.79 - 2.87 | 63 |
| 84.00 - 84.99 | 7.70 - | 4.35 - | 3.90 - | 2.90 - 2.99 | | 2.70 - 2.78 | 61 |
| 83.00 - 83.99 | 7.40 - | 4.20 - | 3.80 - | 2.80 - 2.89 | | 2.61 - 2.69 | 59 |
| 82.00 - 82.99 | 7.00 - | 4.05 - | 3.70 - | 2.70 - 2.79 | B- | 2.51 - 2.60 | 57 |
| 81.00 - 81.99 | 6.75 - | 3.90 - | 3.60 - | 2.60 - 2.69 | | 2.42 - 2.50 | 55 |
| 80.00 - 80.99 | 6.50 - | 3.75 - | 3.50 - | 2.50 - 2.59 | | 2.33 - 2.41 | 53 |
| 79.00 - 79.99 | 6.25 - | 3.60 - | 3.40 - | 2.40 - 2.49 | | 2.23 - 2.32 | 51 |
| 78.00 - 78.99 | 6.00 - | 3.45 - | 3.30 - | 2.30 - 2.39 | C+ | 2.14 - 2.22 | 49 |
| 77.00 - 77.99 | 5.70 - | 3.30 - | 3.20 - | 2.20 - 2.29 | | 2.05 - 2.13 | 48 |
| 76.00 - 76.99 | 5.40 - | 3.15 - | 3.10 - | 2.10 - 2.19 | | 1.95 - 2.04 | 47 |
| 75.00 - 75.99 | 5.00 - | 3.00 - | 3.00 - | 2.00 - 2.09 | C | 1.86 - 1.94 | 46 |
| 74.00 - 74.99 | 4.70 - | 2.85 - | 2.90 - | 1.90 - 1.99 | | 1.77 - 1.85 | 45 |
| 73.00 - 73.99 | 4.40 - | 2.70 - | 2.80 - | 1.80 - 1.89 | | 1.67 - 1.76 | 44 |
| 72.00 - 72.99 | 4.00 - | 2.55 - | 2.70 - | 1.70 - 1.79 | C- | 1.58 - 1.66 | 42 |
| 71.00 - 71.99 | 3.5 - 3.99 | 2.40 - | 2.60 - | 1.60 - 1.69 | | 1.49 - 1.57 | 40 |
| 70.00 - 70.99 | 2.5 - 3.49 | 2.25 - | 2.50 - | 1.50 - 1.59 | D+ | 1.40 - 1.56 | 38 |
| Below 70.00 | Below 2.5 | Below | Below | Below 1.5 | D | Below 1.4 | 35 |

**JA4550**

CONFIDENTIAL                                                                 HARV00097948

**Table IIA- CGS Canadian Conversion Table**

| TABLE II-A: For establishing value of CGS of Canadian Students |
| :---: |
| Revised May 2015 |

| United States 100 Point Scale | Letter Grade Equivalent | Canada Where passing grade is 50% [1] | CanadaWhere passing grade is 60% [2] | CGS |
| --- | --- | --- | --- | --- |
| 98.00 and above | A+ | 90.00 and above | 88.00 and above | 80 |
| 97.00 - 97.99 | | 88.00 - 89.99 | 87.00 - 87.99 | 79 |
| 96.00 - 96.99 | | 86.00 - 87.99 | 86.00 - 86.99 | 78 |
| 95.00 - 95.99 | A | 84.00 - 85.99 | 85.00 - 85.99 | 77 |
| 94.00 - 94.99 | | 82.00 - 83.99 | 84.00 - 84.99 | 75 |
| 93.00 - 93.99 | | 80.00 - 81.99 | 83.00 - 83.99 | 73 |
| 92.00 - 92.99 | A- | 79.00 - 79.99 | 82.00 - 82.99 | 71 |
| 91.00 - 91.99 | | 78.00 - 78.99 | 81.00 - 81.99 | 70 |
| 90.00 - 90.99 | | 77.00 - 77.99 | 80.00 - 80.99 | 69 |
| 89.00 - 89.99 | | 76.00 - 76.99 | 79.00 - 79.99 | 68 |
| 88.00 - 88.99 | B+ | 75.00 - 75.99 | 78.00 - 78.99 | 67 |
| 87.00 - 87.99 | | 74.00 - 74.99 | 77.00 - 77.99 | 66 |
| 86.00 - 86.99 | | 73.00 - 73.99 | 76.00 - 76.99 | 65 |
| 85.00 - 85.99 | B | 72.00 - 72.99 | 75.00 - 75.99 | 63 |
| 84.00 - 84.99 | | 71.00 - 71.99 | 74.00 - 74.99 | 61 |
| 83.00 - 83.99 | | 70.00 - 70.99 | 73.00 - 73.99 | 59 |
| 82.00 - 82.99 | B- | 69.00 - 69.99 | 72.00 - 72.99 | 57 |
| 81.00 - 81.99 | | 68.00 - 68.99 | 71.00 - 71.99 | 55 |
| 80.00 - 80.99 | | 67.00 - 67.99 | 70.00 - 70.99 | 53 |
| 79.00 - 79.99 | | 66.00 - 66.99 | 69.00 - 69.99 | 51 |
| 78.00 - 78.99 | C+ | 65.00 - 65.99 | 68.00 - 68.99 | 49 |
| 77.00 - 77.99 | | 64.00 - 64.99 | 67.00 - 67.99 | 48 |
| 76.00 - 76.99 | | 63.00 - 63.99 | 66.00 - 66.99 | 47 |
| 75.00 - 75.99 | C | 62.00 - 62.99 | 65.00 - 65.99 | 46 |
| 74.00 - 74.99 | | 61.00 - 61..99 | 64.00 - 64.99 | 45 |
| 73.00 - 73.99 | | 60.00 - 60.99 | 63.00 - 63.99 | 44 |
| 72.00 - 72.99 | C- | Below 60.00 | 62.00 - 62.99 | 42 |
| 71.00 - 71.99 | | | 61.00 - 61..99 | 40 |
| 70.00 - 70.99 | D+ | | 60.00 - 60.99 | 38 |
| Below 70.00 | D | | Below 60.00 | 35 |

14

CONFIDENTIAL HARV00097949

[1] Passing grade is 50% for the following Provinces: Alberta, British Columbia, Manitoba, Newfoundland, NW Territories, Nova Scotia, Nunavut, Ontario, Prince Edward Island, Saskatchawan, Yukon

[2] Passing grade is 60% for the following Provinces: New Brunswick, Quebec

**JA4552**

CONFIDENTIAL                                    HARV00097950

### III.   FILE ROUTING

**INADVERTENTLY CLEARED FILES**:  Occasionally, files will be mistakenly "cleared" (considered complete) and placed in your first read bin.  Open the Admin Problems Form, note the issue <u>and to which bin the folder should be routed when the problem is solved</u>.  Then route the file to the Admin Problems bin.

**FILES SHOULD BE READ AND PASSED IN A TIMELY FASHION**: Readers should take care not to allow files to pile up.  First readers need to read files from all assigned dockets as they clear, not just those whose subcommittee meets first.  However, because all files will clear regardless of round, readers should read early action files first, as soon as possible. Regular action files can generally wait until after December 1st, but you can read them prior to that if you are able to. <u>This is important, and we will monitor reading progress centrally.</u>  If you need help keeping up for whatever reason, let us know immediately.  Readers should code out files to the Committee Review bin or pass to the docket chair.  First-time readers will use the Optional Additional bin for their first 50-100 files during Early Action. Those files will be redistributed to experiences readers by the operations staff.

**SECOND READERS (OPTIONAL ADDITIONAL READER)**: Except for new readers (for whom special routing instructions are provided below), second readings should be used only in the rarest of instances:

   A)  If three readings are needed for a complex case.

   B)  If the case raises issues of policy.

   C)  If the case would be greatly helped by a second reading from the former area person or someone with special knowledge of an area or type of case.

No second reader will ordinarily be assigned.  If you want/need a second reading, consult the enclosed docket assignment sheet to identify other readers on your docket. Try not to burden one person inordinately. You should choose "Optional Additional Reader" as the next bin and enter the name of that person which will place the file in their queue. You can add a note for the second reader such as "Please give V docket context" You should also send an email to special second readers to alert them to your requested reading. If you have received a file as a second read for a new reader, please read it as quickly as possible and put it back in the queue of the new reader.

**FIRST-TIME READERS**:  New readers should have their first fifty to one hundred Early Action files passed to the Optional Additional Reader bin or to the chair bin, based on relative strength. Some chairs may wish to use different approaches for first year readers.

**GENERAL ROUTING RULES:**

**JA4553**

CONFIDENTIAL                                                    HARV00097951

1) A file should be passed <u>directly</u> to the chair:

- If the first reader rates a file a "2-" or better (i.e. a case the first reader thinks has a very good chance of being admitted)

- If the case will likely (or almost certainly) be discussed in Committee.

- If you want the docket chair's opinion or want simply to have the docket chair informed about the case.

**If the first reader has a significant degree of uncertainty about how to proceed with the case, he or she should consult the docket chair.**

2) A case rated a 3+ overall **may** be passed to the chair or routed straight to the Committee Review bin. The first reader should consider carefully the likelihood that additional anticipated information (e.g., a superior music rating) will make the case more compelling, in which case the folder should be passed to the chair. If there is no further information anticipated and the case is qualitatively a 3+ (a strong case but like many others), an experienced first reader does not need to pass it on.

3) Typically, a case rated a 3 or lower with no particular attribute that would make it competitive can be routed directly to the Committee Review bin. Obviously late information or school context could change this initial evaluation. The first reader, as an advocate, must be certain to check all late information that might make a difference to the case prior to the Committee meetings. This is particularly important for candidates whose outstanding personal qualities become evident once we have the alumni/ae interview.

Readers new to a docket should discuss with the docket chair any special guidelines about which files should be passed on and which files should not.

**BINS**
In Slate, various "bins" are used to track an application file's progress through the application cycle. Bins are used for ease of day-to-day work - they do not represent final decisions. The layout of bins can be viewed in the Slate Reader using the Browse tab (Note: the "Freshman Only" preset filter in Reader displays all freshman applicants and previous admits in the current application period).

Each bin column represents a different phase of the application cycle, and generally, work flows from left to right:
- Pre-Review: Folders are incomplete, incorrectly coded, or withdrawn
- Reads: Folders are complete ("cleared") and ready for review by readers
- Committee: Folders are ready for discussion by committee

17

**JA4554**

- Working Decision: Folders have been discussed by the committee and a decision has been recommended
- Final Decision: Decisions have been checked and confirmed; ready for decision release **(Note: Files should only be moved to final decision bins on Decision Day by the Slate team. Prior to Decision Day, files should remain in Working Decision bins.**

## CHANGING BIN ASSIGNMENTS

Readers normally change a folder's bin assignment during the reading process using the Review Form in the Slate Reader. Occasionally it will be necessary to change a folder's bin assignment after the Review Form has been submitted. In these cases, the bin assignment can be changed in the Student Record. To edit a bin assignment in the Student Record, click the "Edit Application Details" tab on the right, and select the desired bin from the Bin dropdown menu.

## CLEARING INCOMPLETES

**Readers should be sure to check the "Not Cleared" bin before each of their subcommittee code-out deadlines and then periodically before decisions are final to check for any cases that could be read with the materials in the file. Sometimes, transcripts may be in various tabs aside from the "SSR" tab. Readers should use their discretion or consult with their chairs but in general, a file that has an application and a transcript can be read and evaluated.**

## SPECIAL READINGS

- WRF should see cases that could be particularly sensitive or controversial or that raise issues of fundamental policy. When in doubt, send the file on by routing to the 4th reader bin.

- Folders of <u>competitive</u> candidates who attended secondary school outside the U.S. and Canada may be passed on to the appropriate U, V or W docket area person or RMW if help in assessing foreign credentials is needed. <u>Be selective</u>- don't pass on a case unless you are sure the applicant is competitive or has some <u>unusual</u> attributes.

- A faculty readings memorandum will be distributed later regarding specific procedures.

- Supplemental music/art/dance/academic materials of <u>clearly competitive</u> candidates with an unusually strong talent may be assessed through a supplementary process - through Slideroom (for music and dance) or through the faculty read process (for art or academic work). Handling of this material will be addressed through memoranda over the course of the fall.

**JA4555**

CONFIDENTIAL                                                                 HARV00097953

### IV. OTHER ITEMS

- Slate is made up of data downloaded from the application and supplemental forms.  We currently do not have the ability to enter all the information by hand for those applicants who do not submit their forms on-line.  However, the data entry staff will enter the most critical bio/demo information as they have in the past.  This means that the dockets will be correct, but the summary sheets for these applicants will be primarily blank.  You should double-check the data that is important - i.e. parent education, ethnicity, aid status, etc. - basically every field that's on the summary sheet.  About 1% of all our applicants will fall into this category.

- <u>Acknowledgments to guidance counselors, teachers, and others</u>:  The area person may occasionally feel it worthwhile to acknowledge unusually helpful TRs and SSRs by writing a note to the author.  The note should acknowledge that the candidate may or may not be admitted. **Supplementary letters of recommendation may have already been acknowledged with a card or letter, but if not, particularly with recommenders who are alumni or others about whom Harvard might be concerned, you should call the letter to the attention of MEM or WRF and an acknowledgment will be sent.  This is important!**

- <u>Support Materials:</u> ALL manually submitted support material should be dropped into the appropriate basket in the mailroom for sorting and scanning.

- <u>Misfiled and Missing materials</u>:  If a teacher report, school report or any other material that would be helpful to a competitive candidate is missing, first readers should request a copy be re-sent. Files should be sent on to other readers unless the missing pieces are crucial.  In such cases, first readers should hold onto the file by routing the file to the "Area Person Follow Up" bin. Detailed instructions on how to add new materials to an applicant's file can be found in the "Documentation" tab of the Slate welcome page.

- <u>File items that require attention</u>:  Unanswered letters should be handled by first readers where appropriate or others including MEM or WRF.


### V. SCANNING AND INDEXING

There is a basket in the mailroom to collect and sort hard-copy documents received. The forms collected in these baskets should have content that is *specific* to the admission decision of the applicant and are marked as such - for example, mailed applications or supplements, letters of support, teacher reports, Harvard evaluation, (coach, arts, music, Harvard faculty), midyear reports, SSR's etc.  We will scan almost everything. If that is not possible, an "oversized support" form will be scanned and added to the file to let you know there is material sitting in the bookcase in Conference Room 5.

CONFIDENTIAL                                                                                                HARV00097954

Relevant emails to officers from applicants or about an applicant should be saved as a PDF file and indexed directly into the applicant file by the officer. To do so, go into the student record in Slate select the current round tab and scroll down to the "Materials" header. Click to add new material and make the appropriate selection from the drop-down menu. If you receive materials both electronically and in paper, you do not need to have the paper material scanned.

Documents displayed in the Reader are named by the document type that follows the menu down the left side of the Slate e-reader.

- Application (and supplement)
- SSR
- TRs
- Interviews
- Additional academic (additional transcripts, etc.)
- Midyear
- Final Report (potentially greyed out until admitted)
- Ratings Forms (includes IRFs)
- Miscellaneous (notes from family/friends, alums, correspondence, noting of oversized support, etc.)
- Waitlist
- Previous App
- Portfolio (NOTE: a tab in Slate we do not use at this time).

**JA4557**

CONFIDENTIAL                                                                  HARV00097955

exhibitsticker.com

TRIAL EXHIBIT

**P634**

SFFA v. Harvard

| | White | | | Asian American | | | African American | | | Hispanic | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number Applicants | Number Admits | Admit Rate | Number Applicants | Number Admits | Admit Rate | Number Applicants | Number Admits | Admit Rate | Number Applicants | Number Admits | Admit Rate |
| Athlete | 927 | 817 | 88.13% | 114 | 101 | 88.60% | 145 | 124 | 85.52% | 69 | 57 | 82.61% |
| Legacy | 3061 | 1079 | 35.25% | 463 | 163 | 35.21% | 233 | 67 | 28.76% | 281 | 97 | 34.52% |
| Child of Faculty or Staff | 167 | 80 | 47.9% | 81 | 39 | 48.15% | 9 | 2 | 22.22% | 19 | 8 | 42.11% |
| Dean or Director's Interest List | 1625 | 700 | 43.08% | 279 | 133 | 47.67% | 85 | 29 | 34.12% | 154 | 66 | 42.86% |
| All ALDC's | 5002 | 2179 | 43.56% | 841 | 371 | 44.11% | 440 | 205 | 46.59% | 462 | 191 | 41.34% |

**JA4558**

Expanded Dataset Plus Athletes

TRIAL EXHIBIT

P656

SFFA v. Harvard

Message

**From:** McGrath, Marlyn E. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EBE4F7EB9F69460199E54E5CDF63552C-MMCG]
**Sent:** 8/13/2018 5:23:35 PM
**To:** Mascolo, Christine Collette [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c61c8c86863f4a31b11d8b770041b093-mascolo]
**CC:** Fitzsimmons, William R. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7c9507805d49473598925d032af30d42-User_e3990d]
**Subject:** Re: Proposed changes to reading instructions

I'm just hoping it's helpful……

On Aug 13, 2018, at 1:16 PM, Mascolo, Christine Collette <mascolo@fas.harvard.edu> wrote:

This is great – will take a look!

**From:** McGrath, Marlyn E.
**Sent:** Monday, August 13, 2018 1:15 PM
**To:** Mascolo, Christine Collette
**Cc:** Fitzsimmons, William R.
**Subject:** Re: Proposed changes to reading instructions

PS to my previous:
There may be some helpful text in the handbooks for IVers/chairs. Back when Kevin Bolan did a thorough re-do we tried to provide a broad context for the PQ stuff.
Please let me know if I can help!
Thanks, M

On Aug 13, 2018, at 10:53 AM, Mascolo, Christine Collette <mascolo@fas.harvard.edu> wrote:

Just FYI that there may be more updates to the reading instructions ▓▓▓▓▓ I will work with the group that considered PQS during the retreat and make some recommendations I will share with you both.

**From:** Gershengorn, Ara
**Sent:** Friday, August 10, 2018 1:56 PM
**To:** Mascolo, Christine Collette
**Subject:** RE: Proposed changes to reading instructions

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Thanks so much. Hope you have a great weekend.
Best,
Ara

**From:** Mascolo, Christine Collette
**Sent:** Friday, August 10, 2018 1:40 PM
**To:** Gershengorn, Ara <ara_gershengorn@harvard.edu>
**Subject:** RE: Proposed changes to reading instructions

Thanks so much Ara.

**JA4559**



Thanks again and I hope you have a great weekend!
Christine

---

**From:** Gershengorn, Ara
**Sent:** Friday, August 10, 2018 1:18 PM
**To:** Mascolo, Christine Collette
**Subject:** RE: Proposed changes to reading instructions

Hi Christine,

Best,
Ara

---

**From:** Mascolo, Christine Collette
**Sent:** Wednesday, August 08, 2018 4:15 PM
**To:** Gershengorn, Ara <ara_gershengorn@harvard.edu>
**Subject:** Proposed changes to reading instructions

Hi Ara,

Thanks very much,
Christine

**JA4560**

CONFIDENTIAL

HARV00098054



Message

| | |
|---|---|
| **From**: | Mascolo, Christine Collette [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C61C8C86863F4A31B11D8B770041B093-MASCOLO] |
| **Sent**: | 8/20/2018 2:27:56 PM |
| **To**: | Fitzsimmons, William R. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7c9507805d49473598925d032af30d42-User_e3990d]; McGrath, Marlyn E. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ebe4f7eb9f69460199e54e5cdf63552c-mmcg] |
| **Subject**: | FW: Message from "RNP002673BF8318" |
| **Attachments**: | 20180820104022848.pdf |

```
Hi Fitz and Marlyn,
Attached you will find updates to the reading instructions, thanks to Tim and Jessica, along with the
language from last year to compare.
I can also leave copies in your mailboxes if that would be helpful.
Thank you!
Christine


-----Original Message-----
From: Scan.Admissions@fas.harvard.edu <Scan.Admissions@fas.harvard.edu>
Sent: Monday, August 20, 2018 10:40 AM
To: Mascolo, Christine Collette <mascolo@fas.harvard.edu>
Subject: Message from "RNP002673BF8318"

This E-mail was sent from "RNP002673BF8318" (MP 2554).

Scan Date: 08.20.2018 10:40:22 (-0400)
Queries to: Scan.Admissions@fas.harvard.edu
```

<div align="center">**JA4561**</div>

CONFIDENTIAL

HARV00098055

TRIAL EXHIBIT

P659

SFFA v. Harvard

Message

| | |
|---|---|
| **From:** | Mascolo, Christine Collette [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C61C8C86863F4A31B11D8B770041B093-MASCOLO] |
| **Sent:** | 9/12/2018 6:33:31 PM |
| **To:** | Fitzsimmons, William R. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7c9507805d49473598925d032af30d42-User_e3990d]; McGrath, Marlyn E. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ebe4f7eb9f69460199e54e5cdf63552c-mmcg] |
| **CC:** | Gershengorn, Ara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9a0cb8cff09f4879bfb563d076abc882-abg290] |
| **Subject:** | Reading instructions |
| **Attachments:** | Reading Procedures2018.19DRAFT9.11.18.docx |

Hi everyone,
Input from all previous drafts is captured in this document. The only new line everyone should look at is on page 5, in red.
Thank you,
Christine

CONFIDENTIAL

TRIAL EXHIBIT

P696

SFFA v. Harvard

Message

| | |
|---|---|
| **From:** | Mascolo, Christine Collette [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C61C8C86863F4A31B11D8B770041B093-MASCOLO] |
| **Sent:** | 6/12/2018 5:55:51 PM |
| **To:** | Jessica Bryan [jessica.r.clark@gmail.com] |
| **Subject:** | All staff retreat follow-up |

Hi Jess and Tim,

Thank you again for leading the discussion about the personal qualities rating last week and for presenting on behalf of your group. It seemed like you had a very good conversation, but like much of what we do, there are lots of "it depends!"

I'm hoping that you will get us started on recommendations (if any) for changes in the reading instructions for the EC section. Then I would suggest sending a draft to your whole group so they can weigh in before producing a final recommendation by July 9. Then, these will go to WRF, MEM and others, including OGC, and we will see where we land. I have pasted what we currently say for overall coding and for the academic rating below. If you are comfortable using track changes that would be great since I think it is particularly helpful for OGC to view things this way.

**I. CODING GUIDELINES FOR SUMMARY SHEETS**

All readers must code a preliminary overall rating and a profile (using the codes below and pluses and minuses) for all candidates. Writing prose comments is left to the discretion of the reader and should generally be done only for competitive candidates, those who might become competitive later, or those who might be of interest to the Committee.

For all categories, use "+" and "-" primarily in the 2 and 3 range to indicate relative strength. A rating of 2+ or 3+ is stronger and very different from a 2- or 3- respectively. Readers should take all factors into account as they assign ratings. E.g, students who have taken a strong academic program and/or present other positive evidence of academic achievement should receive higher academic ratings: an applicant with low 700 scores could be rated a "2-" rather than a "3+" in some instances especially if there is academic strength in a particular field.

<u>Personal</u>
1. Rare personal appeal and character
2+ or 2 Extremely strong personal appeal and character
2- Very strong personal appeal and character
3+ Above average personal appeal and character; positive
3. Generally positive, perhaps somewhat neutral
3- Slightly negative impression
4. Distinctly poor impression; questionable or worrisome

Thank you both so much, and please let me know if I can help,
Christine

CONFIDENTIAL

TRIAL EXHIBIT

P705

SFFA v. Harvard

exhibitsticker.com

Message

| | |
|---|---|
| **From:** | Mascolo, Christine Collette [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C61C8C86863F4A31B11D8B770041B093-MASCOLO] |
| **Sent:** | 7/23/2018 5:30:49 PM |
| **To:** | Fitzsimmons, William R. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7c9507805d49473598925d032af30d42-User_e3990d]; McGrath, Marlyn E. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ebe4f7eb9f69460199e54e5cdf63552c-mmcg] |
| **CC:** | Balian, Andrea [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c7673844b4cc4dbd866edbdf53db2041-balian]; Pacholok, Olesia [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c61540411ce64f4e86fc6be998d563e8-pacholok] |
| **Subject:** | Potential changes to reading instructions |
| **Attachments:** | Academic Coding Guidelines suggested edits 2018 v2.docx; EC guideline suggestions (2).docx; athletic ratings proposal.docx |

Hi Fitz and Marlyn,

Attached you will find suggested revisions to the reading instructions born out of our retreat in early June. These include the academic, EC and athletics sections only. There will be no suggested changes for PQs and support at this time. My plan is to share with both of you for any edits/thoughts you may have and then to share with Ara of course as I do every year.

I asked people to use track changes so you could easily compare these suggestions with what was written in last year's instructions. The group which considered the academic rating section also posed a few questions we may or may not want to consider which you will see at the bottom of that document.

I can print as well (though a color printer may be better for this).

Please let me know if you have any questions.

Thank you!

C

CONFIDENTIAL

HARV00098171



Message

| | |
|---|---|
| **From:** | Mascolo, Christine Collette [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C61C8C86863F4A31B11D8B770041B093-MASCOLO] |
| **Sent:** | 9/19/2018 1:28:45 PM |
| **To:** | admfao_officers-list@lists.fas.harvard.edu |
| **Subject:** | Reading instructions |
| **Attachments:** | Reading Procedures2018.19DRAFT9.11.18.docx |

Hi everyone,

Attached please find the updated reading instructions for the year. The middle of the document is taken directly from the Ivy League annual memo which will not come out for another week or so you can skip pages 8-14 (starting at "Here are the rules according to the AI instructions provided by the Ivy League and sent to staff separately).

That said, please make sure you read the rest of the document **thoroughly** as there are several updates/additions. Many thanks to all of you who helped in the editing process.

Please let me know if you have any questions.

Christine

**JA4565**

CONFIDENTIAL



TRIAL EXHIBIT

**P721**

SFFA v. Harvard

# Reading Procedures - Class of 2023

## I.    SUMMARY SHEET APPLICATION DATA

The Summary Sheet captures information as supplied on the application and can be updated as new information is added.  Late information can change the likelihood of admission and updates can be provided later for those initially considered less competitive. If any information is **missing** or **incorrect** for competitive candidates, changes should be made on the First Reader Rating Form and noted with prose in the reader comments or "Notes for Summary Sheet" box. This prose will feed onto the Summary Sheet when the rating form is submitted.
One exception: School code changes are NOT made on the First Reader Rating Form; see instructions below on how to do this.

**PLEASE NOTE**:  The accuracy of our citizenship coding is CRUCIAL.  Miscoding affects many of the important statistics we are required to compile, and we need to keep careful track of who needs a visa to study in the United States.

- **SCHOOL CODE**:  If an applicant is coded to the wrong school, please use the Admin Problems update form and route this to the Admin Problems bin immediately so that the operations team can ensure that the interview is reassigned to the appropriate club and group.

- **GENDER**: Occasionally the gender designation reported on the application is coded incorrectly in our system.  This should be corrected by submitting the Admin Problems form and routing the file to the Admin Problems bin.
- **RACE/ETHNICITY**: We report exactly what the applicant reports as ethnicity on the application.  The ethnic codes on the Summary Sheet come from the demographic fields the candidate checked on the application. **Note that foreign citizens are listed as such. If they opted to check an identifying ethnic code it will appear but is not used for statistics and reporting.**

- **CITIZENSHIP CODE / COUNTRY OF CITIZENSHIP**:  There are four options on the application that can be checked: (1) U.S. Citizenship, (2) U.S. Dual Citizenship, (3) U.S. permanent resident and (4) "Other" or foreign citizen.

The applicant holds only American citizenship:

*APP*: Citizenship status will be "US Citizen or US National" and no other country of citizenship will be listed.
*SUMMARY SHEET*:  Should read "Citizenship:  United States"

The applicant is a dual U.S. citizen (a citizen of both the U.S. and another country).

*APP*: Citizenship status will be "Dual US Citizen"-Other citizenships will show a country (e.g. Sweden)
*SUMMARY SHEET*:  Should read "Citizenship:  United States/<other country>"

The applicant is a U.S. Permanent Resident.

CONFIDENTIAL                                                                                    HARV00098207

*APP*: Citizenship status will be "U.S. Permanent Resident or Refugee" and Other Citizenships will list one or more countries checked with another country listed.

*SUMMARY SHEET*:   Should read "Citizenship:  PR / <other country>"

*Caveat*:  If an applicant has checked the U.S. Permanent Resident box but notes that his or her application for permanent residency (or "green card") is <u>pending</u>, that applicant should be recoded as "Other citizenship."  Request this change by using the Admin Problems update form. We must prepare an I-20 form if the applicant is admitted and the application for residency is still pending, and the citizenship code is the only way we know to do this.

<u>The applicant is a foreign citizen</u>:

*APP*: Citizenship status will be "Other (Non-US)".  Other citizenship will show a country (e.g. Poland)

*SUMMARY SHEET*:   Should read "Citizenship:   <other country>"

- **LINEAGE:**  This flag appears if the applicant included Harvard College in the education field for at least one parent/guardian. The folder should be read by WRF ("4ᵗʰ" bin) following the normal reading process if appropriate or if another reading might be helpful.  Errors in coding should be noted with specific details about the error using the Admin Problems Form and routed to the Admin Problems bin.

- **ATHLETE**: Be sure the appropriate sport is listed as the first extracurricular activity. Changes can be made on the App Update tab on the Student Record. **DO NOT CHANGE ANY PRE-CODED ATHLETE.**

- **INDICATORS FOR ECONOMIC STATUS:** It has long been a priority for Harvard to seek talented students from all backgrounds, including those extraordinary individuals who are able to transcend economic disadvantages and achieve unusual academic distinction.  We utilize several indicators to understand the economic background of applicants. They are:
  - <u>Low Income Predictor (Low Inc on Summary Sheet):</u> A value between 0 and 1 based on application information that predicts how likely a student is to be low income and have a $0 parent contribution.  The higher the value (closer to 1) the more likely the student will be low income.
  - <u>IM Pell Estimate (IMP-Est on Summary Sheet):</u> An indication if the student is likely to qualify for a Pell Grant, based solely on IM data. This information will only be available if a student has submitted CSS Profile, allowing Financial Aid to estimate whether the student may be eligible for a Pell Grant.
  - FH info ("Yes, Likely, Unlikely, No" on the summary sheet): After subcommittee meetings, if information is available, a simple indication of a student's possible eligibility for the Harvard Financial Aid Initiative (HFAI) may be present on the summary sheet.
  - FEE STATUS**:** An indicator of whether the applicant received a fee waiver for their application.

- **SCORES**: By checking their Applicant Status website applicants can see whether their scores requirement has been fulfilled though not all scores will be listed.  They can report scores (which will be marked 'self-reported' in the student record) as they

CONFIDENTIAL                                                                  HARV00098208

like. You can check scores by looking under the "Scores" tab in each Student Record of an applicant. The Summary Sheet will reflect the highest verified or self-reported scores.

Matriculating students will be responsible for changing 'unofficial' scores to 'official.' Only scores sent to us directly from the testing services electronically are considered official. Paper copies of scores sent via fax, email attachment or U.S. mail are not considered official.

We receive secure web downloads of scores, so we do not have to wait for the scores to be mailed to us. Applicants are told not to use 'rush reports,' but if they do, they will arrive electronically as soon as they are scored.

## II.    Reader Rating Forms

**When a file in in your queue, you will be able to select the "First Reader Form" or the "Chair Form" depending on the file's bin. The form includes the following fields:**

Reader ratings: All readers must code a preliminary overall rating and a profile (using the codes below and pluses and minuses) for all candidates. Writing prose comments is left to the discretion of the reader and should generally be done only for competitive candidates, those who might become competitive later, or those who might be of interest to the Committee.

For all categories, use "+" and "- "primarily in the 2 and 3 range to indicate relative strength. A rating of 2+ or 3+ is stronger and very different from a 2- or 3- respectively. Readers should take many factors into account as they assign ratings. E.g, students who have taken a strong academic program and/or present other positive evidence of academic achievement should receive higher academic ratings: an applicant with low 700 scores could be rated a 2- rather than a 3+ in some instances especially if there is academic strength in a particular field. However, readers should not take an applicant's race or ethnicity into account in making any of the ratings other than the Overall rating, as discussed further below.

Overall
1. Tops for admission: Exceptional – a clear admit with very strong objective and subjective support .
2. Very strong credentials but not an inevitable admit .
3. Solid contender: An applicant with good credentials and support .
3- Somewhat Neutral: Respectable credentials.
4. Neutral: Generally respectable credentials.
5. Negative: Credentials are generally below those of other candidates.

In assigning the Overall rating, readers may consider whether a student's background, including his or her race or ethnicity, may contribute to the educational benefits of diversity at Harvard College. The consideration of race or ethnicity may be considered **only** as one factor among many. In addition, the consideration of race or ethnicity should be in connection with the application's discussion of the effect an applicant's race or ethnicity has had on the applicant, not simply the fact alone that an applicant has identified as a member of a particular race or ethnicity.

CONFIDENTIAL
HARV00098209

Academic

1. A potential major academic contributor; Summa potential. Genuine scholar; near-perfect scores and grades (in most cases combined with unusual creativity and possible evidence of original scholarship, often substantiated by our faculty or other academic mentors.) Possible national or international level recognition in academic competitions.
2. Magna potential. Excellent student with top grades and,
   a. SAT and SAT Subject tests: mid 700 scores and up
   b. 33+ ACT
   c. Possible local, regional or national level recognition in academic competitions
3. Solid academic potential; Cum laude potential: Very good student with excellent grades and
   a. SAT and SAT Subject tests: mid-600 through low-700 scores
   b. 29 to 32 ACT
4. Adequate preparation. Respectable grades and low-to mid-600 scores on SAT and subject tests or 26 to 29 ACT.
5. Marginal potential. Modest grades and 500 scores on SAT and subject tests (25 and below ACT).

Extracurricular, Community Employment, Family Commitments

1. Unusual strength in one or more areas. Possible national-level achievement or professional experience. A potential major contributor at Harvard. Truly unusual achievement.
2. Strong secondary school contribution in one or more areas such as class president, newspaper editor, concertmaster etc. and/or significant involvement in organizations outside of school. Possible local or regional recognition; major accomplishment(s) that have had an impact outside of the classroom. Can include significant term-time work or family responsibilities coupled with extracurricular engagement.
3. Solid participation but without special distinction. (Upgrade 3+ to 2- in some cases if the e/c is particularly extensive and substantive.)
4. Little or no participation.
5. Substantial commitment outside of conventional EC participation such as family obligations, term-time work or a significant commute (Important: should be included with other e/c to boost the rating or left as a "5" if that is more representative of the student's commitment).
6. Special circumstances limit or prevent participation (e.g. a physical condition, gap year(s), compulsory service of some kind).

Athletic

   Please note: to determine whether an activity should be considered a sport or an extracurricular activity, readers should defer to the student's characterization of the activity on his or her application. Those activities the student lists as "sports" should be considered as part of the athletic rating.

CONFIDENTIAL                                                                 HARV00098210

1. Unusually strong prospect for varsity sports at Harvard, possibly desired by Harvard coaches or recognition for individual athletic achievement/championships at the national, international or Olympic level.
2. Strong and long-standing (3-4 years) of secondary school and/or travel team contribution in one or more sports; leadership role(s) such as captain or co-captain; possible individual recognition at the state or regional level; possible walk-on to a varsity team; has an IRF of a 4 from a Harvard coach
3. Active participation, possibly some leadership and/or recognition for individual accomplishments at the local or conference level.
4. Little or no participation (this is not a negative).
5. Substantial commitment outside of conventional extracurricular activities such as family obligations or term-time work (should be included with other e/c to boost the rating or left as a "5" if it is more representative of the student's commitment).
6. Physical condition or other special circumstances prevent significant activity.

<u>Personal</u>

The Personal rating should be an assessment made by the readers of what kind of effect the student might have on others at Harvard and beyond. It should be based on an assessment of what kind of positive effect this person might have throughout his or her life based on what we have seen so far in the student's application materials. This should include such considerations as what kind of contribution would the person make to the dining hall conversation, to study groups, and to society as a whole after graduation. In assigning the personal rating, readers should consider information we receive from teachers, counselors, applicants, other recommenders, interviewers, and others as well as the applicant's essays, extracurricular activities, and other items in the application file—what the applicant shows us about him or herself and what the applicant has done or accomplished for others. It is important to keep in mind that characteristics not always synonymous with extroversion are similarly valued. Applicants who seem to be particularly reflective, insightful and/or dedicated should receive higher personal ratings as well

As noted above, though, an applicant's race or ethnicity should not be considered in assigning the personal rating.

We understand that students are multidimensional and ever evolving. Many applicants have grown enormously between the time when they apply in the fall or winter or their senior year and when they arrive in Cambridge the following September. Additionally, we are aware that we work with incomplete information.

1. Truly outstanding qualities of character; student may display enormous courage in the face of seemingly insurmountable obstacles in life. Student may demonstrate a singular ability to lead or inspire those around them. Student may exhibit extraordinary concern or compassion for others. Student receives unqualified and unwavering support from their recommenders.
2. Very strong qualities of character; student may demonstrate strong leadership. Student may exhibit a level of maturity beyond their years. Student may exhibit uncommon genuineness, selflessness or humility in their dealings with others. Students may possess strong resiliency. Student receives very strong support from their recommenders.

CONFIDENTIAL

HARV00098211

3+  Above average qualities of character; Student may demonstrate leadership. Student may exhibit commitment, good judgment, and positive citizenship. Student may exercise a spirit and camaraderie with peers. Student receives positive support from their recommenders.

3.  Generally positive, perhaps somewhat neutral qualities of character

4.  Questionable or worrisome qualities of character

School Support
1.  Strikingly unusual support. "The best of a career," "one of the best in many years," truly over the top.
2.  Very strong support. "One of the best" or "the best this year."
3+ Well above average, consistently positive
3.  Generally positive, perhaps somewhat neutral or generic
3- Somewhat neutral or slightly negative.
4.   Negative or worrisome report.
6.  For teacher reports: prose is not in the file.
8.  Placeholder for teacher reports.
9.  For secondary school report: transcript is in the file but there is no SSR prose.

PLEASE NOTE:  School support ratings for teacher one, teacher two and a counselor are mandatory ratings for competitive candidates. Teacher three and teacher four are optional, if applicable.


**BRIEF ANNOTATIONS FOR SUMMARY SHEET:**

You may choose to insert information about a case – a maximum of three lines – which will appear on the second page of the summary sheet at the top and on the printed docket (unlike prose comments below). These notes should be informational only and not evaluative. They can aid in your preparation of cases. Examples could be: PE on grandmother, Harvard Book, or international credentials not easily captured elsewhere (A level est, Physics A, Math A, Lit A – etc.).

**PROSE COMMENTS**:
When making prose comments, first readers should note the important academic and extracurricular accomplishments that are particularly pertinent to the case.  It is also helpful to reference teacher reports or other items that may be crucial to our evaluation.  In addition to numerical ratings, readers should try to summarize the strengths and weaknesses of the folder in brief paragraphs or comments.  Avoid slang and jargon and REMEMBER - your comments may be open to public view later.

**INTERVIEW PROFILE (IVP):**
Below is the language for uniform implementation of the Interview Profile number (IVP) for use with all Schools and Scholarship Chairs. The IVP will serve as a guide for chairs to know when our office needs the reports, and therefore how quickly they need to be assigned. All interviewers will be told that they should submit their interview report no later than two weeks after receiving the interview assignment.

CONFIDENTIAL                                                                                                          HARV00098212

1. An applicant for whom the committee needs more information to reach a decision - please have interview report in as soon as possible.
2. An applicant for whom more information would be very helpful during our deliberations - please have interview report in by the sub-committee deadline.
3. Please have interview report in by December 1 (EA) or March 1 (RA).
4. Based on the materials currently available, the committee needs no additional information at this time.

This language has been distributed to the S&S chairs via email and can also be found in the updated handbook and website instructions. (Please ask Bryce Gilfillian if you need help accessing the site). **Please have a conversation with your chairs to determine if you wish to use the IVP, and please make clear that this information should not be shared with other interviewers or applicants.** If your chairs have additional clerical or operational questions about the IVP, please direct them to email Bryce/alum assistant at { HYPERLINK "mailto:SSinfo@fas.harvard.edu" }.

When reading, please input your IVP code on the First Reader Rating Form. You should input an IVP for all cases for clubs that use this system or if the coding could be helpful for your own interview tracking purposes. Continue to pass on the folder to your chair and/or code out to Committee Review bin.

- **FIRST-GEN:** First readers should check this box on the first reader rating form if the student is of the first generation in the family to graduate from a four-year higher education institution. If first readers do not, chairs should do so on the chair rating form.

- **STAFF DISADVANTAGED**
After reviewing the file, if the reader has evidence that the applicant may be from a modest economic background, please check "Yes" under Staff Disadvantaged on the Reader Rating Form. In the past, admitted students who has been identified as "Disadvantaged=Y" were found to be economically needy 78% of the time.

- **FACULTY, STAFF**: Code UNDERLINE children of professors at the Faculty of Arts and Sciences as an "F"; children of faculty from other parts of the University as well as children of administrative staff should be coded "S". If an update is needed, use the First Reader rating form. **Please be careful to apply faculty and staff coding where appropriate as we need to keep accurate statistics on these applicants. All "F" and "S" folders should be routed to the "4th bin" (WRF) after the normal reading process has been completed.**

- **ACCESSIBLE EDUCATION OFFICE (AEO) REFERRALS**: Code all applicants who may require special accommodations due to disabilities or special needs with the AEO flag on the First Reader Rating Form. We can then provide a list to assist the AEO and DOS in providing accommodations when appropriate. As you know, a student's disability may not be considered in connection with his or her application.

- **FYRE:** Use this to indicate a student whom you think might benefit from the First Year Retreat and Experience (FYRE), a no cost pre-orientation program designed to

CONFIDENTIAL

HARV00098213

introduce students to Harvard's resources and give them a solid foundation on which to begin their college careers.

**ASTAT**: If, after reviewing an application you feel that the student may be of interest to one of our athletic teams, but is not a recruited athlete, you can use this flag to indicate to a coach that this student could be a recruit for their sport. Please use a "7" in these cases.

**GPA and GPA Scale**:
We must try to report an Academic Index to the IVY League for EVERY matriculant.
If grades are available, please report a GPA and GPA Scale for your strongest candidates.

The Academic Index is calculated using GPA and GPA Scale. These will be converted automatically to the 20 to 80 scale in Slate.

Here are the rules according to the AI instructions provided by the Ivy League and sent to staff separately:

A. ACADEMIC INDEX CALCULATIONS: CGS

1. **GPAs generally:** The secondary school GPA should be taken as presented on the secondary school transcript; when both unweighted and weighted GPAs are presented, the unweighted GPA should be used. (If there is a question as to whether the school is using an unweighted or 'what the A grade earns in a regular course.*not a complete sentence – check that new Ivy memo language is ok) Other questions in providing the GPA are addressed in this section.

2. **GPA scales and conversions from Table II:** Table II, the "CGS General Conversion Tables" should be used for the GPA scales shown (100-points, 11.0/12.0, 7.0, 6.0, 4.0, A-D) even if the transcript or secondary school profile provides a conversion to a Table II scale.

   - The "**4.0 Weighted**" scale applies to any 4.0 based GPA that is weighted. It should be used only when Unweighted GPA is not available.
   - The "**4.0 Unweighted Scale**" applies to any 4.0 based GPA that is unweighted.
   - Note Table II includes a scale to use to convert International Baccalaureate GPAs to a CGS.

3. **Scales not provided on Table II:** Given the relatively small number of admitted and matriculated students for whom Table II scales are not provided, it is preferable not to create new scales if possible. In such cases, a GPA on a 4.0 scale should be calculated using the following formula, and a CGS then derived using the 4.0 scale on Table II: HSGPA/HSGPA scale = "x"/4.0, where "x" becomes the value from which the CGS is derived. For example, if on a 5.0 scale a student has a 4.8 GPA (whether the scale's top grade is A or A+), the formula is 4.8/5.0 = x/4.0, x-3.84 and the CGS = 73.

4. **Calculating GPA when not provided by the secondary school:** When

CONFIDENTIAL                                                                                    HARV00098214

the secondary   school does not calculate/report a GPA, the institution should calculate an unweighted   GPA based on the secondary school's grading scale, using all courses for which grades   and credit hours are provided, and weighting semester grades as one-half full-year   grades.

> NOTE:  the following grade scale is used to convert grades on a non-traditional scale to a 4.0 Unweighted Scale:  HH- 4.0, H- 3.5, HP- 2.5, P- 1.5, U- 0

5. **GPA period:** GPA data always should be for more than one year, including 10th and 11th  grades, 9th grade when available, and official trimester or semester grades (as opposed  to term grades) in the student's current year if available at the time the athlete's   decision is made.  If "official" grades from the current year are available but not counted  in the school's cumulative GPA, they should be added to the cumulative GPA and   weighted appropriately: e.g., grades for first semester or trimester of senior year would   be weighted as one-half or one-third year.

6. **GPAs from multiple schools and repeat years:** When a student has attended multiple   secondary schools (including a post-graduate year), all GPAs provided by the schools   should be used to the extent possible and weighted as in #5 above.  If the institution   believes this result is not logical and fair, it should describe what approach it believes is   better, subject to the Admissions Committee's agreement.

7. **Transfer students:** CGS should be calculated using 50% secondary school GPA and   50% college GPA **.**

CONFIDENTIAL                                                                                                          HARV00098215

B. <u>INTERNATIONAL-SYSTEM  GPA  CALCULATIONS</u>

1. **<u>Generally</u>:** Each school should calculate GPAs from international schools using the   attached Appendix of International Calculations. If an international country is not listed   on the Appendix, we should calculate an AI as it seems most appropriate. (In this   circumstance, we should default to the Committee, using the NCAA International   Standards as a reference point, but not necessarily a policy.)

2. **<u>Canadian systems</u>:** Table IIA, for establishing value of CGS of Canadian Students should be used  to determine CGS based on the Province of the secondary school.  Provinces where a passing grade is 50% use the first column on Table II A (Alberta, British Columbia, Manitoba, Newfoundland, NW Territories, Nova Scotia, Nunavut, Ontario, Prince Edward Island, Saskatchawan, Yukon); Provinces where a passing grade is 60% use the second column on Table IIA (New Brunswick, Quebec).

1. <u>British systems</u>:

   Count all GCSE (= O Level), AS and A level results in order to calculate a GPA:  A* (same as A+) = 4.3

   A = 4:0

   B = 3.0

   C = 2.0

   D = 1.0

   - If the applicant is taking a gap year, actual A-Level results should be used.
   - A Level scores are given double the weight of AS and GCSE scores.
   - Internal grades are usually not available, and should <u>not</u> be used if they are.
   - Predicted A-Level scores should be used when available.
   - All courses should be included in calculating the GPA, including physical  education courses if the student receives a grade and credit for the course.

2. <u>Pre-U</u>:

   **The scale for Pre-U were decided on as follows, for Principal Subjects only:**

   D1 = A+/4.3

   D2 = A+/4.3

   D3 = A/4.0

   M1 = B/3.0

   M2 – B/3.0

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HARV00098216

M3 = B-/2.7

P1 – C-/1.7

P2 – D/1.0

P3 – D-/0.7

**5.** <u>International Baccalaureate systems</u>:

Average grades from the last two years of the IB program are preferred to calculate a GPA:

7 = A+ = 4.3

6 = A = 4.0

5 = B = 3.0

4 = C = 2.0

3 = D = 1.0

- If the applicant is still in school, use one year for Early applicants and one year plus one term for Regular applicants.
- If the applicant is taking a gap year, actual two-year IB results are used.
- Use IB predicted grades if available, and only if not available use internal grades.
- For IB schools in the U.S., use the course values given on the transcript; for IB schools outside the U.S., double the weight for Higher Level courses (as opposed to the Subsidiary Level courses).
- All Higher Level/Subsidiary Level courses will be counted from international schools.
- Scales: When IB predictions give split results, use the average of the split (i.e., 5/6 is given, use 5.5 for calculation).

**6.** <u>**Notes on Selected Countries (added fall 2010):**</u>

<u>Australia</u> – Require schools to provide a transcript of some sort, but if all else fails and they give the state final exam result or prediction (ex: UAI for NSW, OP for Queensland, usually out of 99.95) use that.

<u>New Zealand</u> – The scale for NZ is as follows…but ONLY for courses in which there is the possibility to get more than Achieved (Achieved/Not Achieved is basically Pass/Fail so we won't count those courses):

[E] Excellent = A/4.0

[M] Merit = B/3.0

[A] Achieved = C/2.0

[N] Not Achieved = F/0

<u>Singapore</u> – for schools using standard Junior College grading conventions – Include H1(General Paper, Project, etc.) & H2 predictions on a 4.0 scale to calculate GPA. Double weight for H2 marks.

For H3, the scale is:

CONFIDENTIAL

Distinction = A/4.0
Merit = B/3.0
Pass – C/2.0
Double H3s as well

If provided, include O Level/GCSE marks in calculation of GPA with a single weight like we  do with the British System.

General notes – For all national curriculums, the general rule of thumb is to include all courses as part of the GPA calculations.
'

## 7. Additional International Scales for Relevant Countries

For GPA scales of other countries Table III has been sent separately and is include in the Ivy League Academic Index Memo. Please see CGM if you need a copy.

CONFIDENTIAL
HARV00098218

| Percentage Average | International Baccalaureate | 11.0/12.0 Scale *USE FOR WEIGHTED AND UNWEIGHTED GPAS WHERE A= 11.0 AND A+ >11.0* | 5.0/6.0 Scale *USE FOR WEIGHTED AND UNWEIGHTED GPAS WHERE A= 5.0 AND A+ >5.0* | 4.0 Scale WEIGHTED *USE ONLY WHEN UNWEIGHTED NOT AVAILABLE* | Letter Grade Equivalent to 4.0 | 4.0 Scale UNWEIGHTED | CGS |
|---|---|---|---|---|---|---|---|
| 98.00 and above | 7 | 12.00 and above | 6.00 and above | 4.30 and above | A+ | 4.0 | 80 |
| 97.00 - 97.99 | 6/7 | 11.70 - 11.99 | 5.70 - 5.99 | 4.20 - 4.29 | | 3.91 - 3.99 | 79 |
| 96.00 - 96.99 | | 11.40 - 11.69 | 5.40 - 5.69 | 4.10 - 4.19 | | 3.81 - 3.90 | 78 |
| 95.00 - 95.99 | 6 | 11.00 - 11.39 | 5.00 - 5.39 | 4.00 - 4.09 | A | 3.72 - 3.80 | 77 |
| 94.00 - 94.99 | | 10.70 - 10.99 | 4.90 - 4.99 | 3.90 - 3.99 | | 3.63 - 3.71 | 75 |
| 93.00 - 93.99 | | 10.40 - 10.69 | 4.80 - 4.89 | 3.80 - 3.89 | | 3.53 - 3.62 | 73 |
| 92.00 - 92.99 | 5/6 | 10.00 - 10.39 | 4.70 - 4.79 | 3.70 - 3.79 | A- | 3.44 - 3.52 | 71 |
| 91.00 - 91.99 | | 9.80 - 9.99 | 4.60 - 4.69 | 3.60 - 3.69 | | 3.35 - 3.43 | 70 |
| 90.00 - 90.99 | | 9.50 - 9.79 | 4.50 - 4.59 | 3.50 - 3.59 | | 3.26 - 3.34 | 69 |
| 89.00 - 89.99 | | 9.30 - 9.49 | 4.40 - 4.49 | 3.40 - 3.49 | | 3.16 - 3.25 | 68 |
| 88.00 - 88.99 | | 9.00 - 9.29 | 4.30 - 4.39 | 3.30 - 3.39 | B+ | 3.07 - 3.15 | 67 |
| 87.00 - 87.99 | | 8.70 - 8.99 | 4.20 - 4.29 | 3.20 - 3.29 | | 2.98 -3.06 | 66 |
| 86.00 - 86.99 | | 8.40 - 8.69 | 4.10 - 4.19 | 3.10 - 3.19 | | 2.88 - 2.97 | 65 |
| 85.00 - 85.99 | 5 | 8.00 - 8.39 | 4.00 - 4.09 | 3.00 - 3.09 | B | 2.79 - 2.87 | 63 |
| 84.00 - 84.99 | | 7.70 - 7.99 | 3.90 - 3.99 | 2.90 - 2.99 | | 2.70 - 2.78 | 61 |
| 83.00 - 83.99 | | 7.40 - 7.69 | 3.80 - 3.89 | 2.80 - 2.89 | | 2.61 - 2.69 | 59 |
| 82.00 - 82.99 | 4/5 | 7.00 - 7.39 | 3.70 - 3.79 | 2.70 -2.79 | B- | 2.51 - 2.60 | 57 |
| 81.00 - 81.99 | | 6.75 - 6.99 | 3.60 - 3.69 | 2.60 - 2.69 | | 2.42 - 2.50 | 55 |
| 80.00 - 80.99 | | 6.50 - 6.74 | 3.50 - 3.59 | 2.50 - 2.59 | | 2.33 - 2.41 | 53 |
| 79.00 - 79.99 | | 6.25 - 6.49 | 3.40 - 3.49 | 2.40 - 2.49 | | 2.23 - 2.32 | 51 |
| 78.00 - 78.99 | | 6.00 - 6.24 | 3.30 - 3.39 | 2.30 - 2.39 | C+ | 2.14 - 2.22 | 49 |
| 77.00 - 77.99 | | 5.70 - 5.99 | 3.20 - 3.29 | 2.20 - 2.29 | | 2.05 - 2.13 | 48 |
| 76.00 - 76.99 | | 5.40 - 5.69 | 3.10 - 3.19 | 2.10 - 2.19 | | 1.95 - 2.04 | 47 |
| 75.00 - 75.99 | 4 | 5.00 - 5.39 | 3.00 - 3.09 | 2.00 - 2.09 | C | 1.86 - 1.94 | 46 |
| 74.00 - 74.99 | | 4.70 - 4.99 | 2.90 - 2.99 | 1.90 - 1.99 | | 1.77 - 1.85 | 45 |
| 73.00 - 73.99 | | 4.40 - 4.69 | 2.80 - 2.89 | 1.80 - 1.89 | | 1.67 - 1.76 | 44 |
| 72.00 - 72.99 | 3/4 | 4.00 - 4.39 | 2.70 - 2.79 | 1.70 - 1.79 | C- | 1.58 - 1.66 | 42 |
| 71.00 - 71.99 | | 3.5 - 3.99 | 2.60 - 2.69 | 1.60 - 1.69 | | 1.49 - 1.57 | 40 |
| 70.00 - 70.99 | | 2.5 - 3.49 | 2.50 - 2.59 | 1.50 - 1.59 | D+ | 1.40 - 1.56 | 38 |
| Below 70.00 | 3 | Below 2.5 | Below 2.5 | Below 1.5 | D | Below 1.4 | 35 |

**TABLE II: For establishing value of CGS**

**Revised May 2015/UPDATED AUGUST 2016**

CONFIDENTIAL                                    HARV00098219

| TABLE IIA:  For establishing value of CGS of Canadian Students |
|---|
| Revised May 2015, Effective for Class Entering Fall 2017 |

| United States  100 Point Scale | Letter Grade Equivalent | Canada Where passing grade is 50% [1] | CanadaWhere passing grade is 60% [2] | CGS |
|---|---|---|---|---|
| 98.00 and above | A+ | 90.00 and above | 88.00 and above | 80 |
| 97.00 --- 97.99 | | 88.00 --- 89.99 | 87.00 --- 87.99 | 79 |
| 96.00 --- 96.99 | | 86.00 --- 87.99 | 86.00 --- 86.99 | 78 |
| 95.00 --- 95.99 | A | 84.00 --- 85.99 | 85.00 --- 85.99 | 77 |
| 94.00 --- 94.99 | | 82.00 --- 83.99 | 84.00 --- 84.99 | 75 |
| 93.00 --- 93.99 | | 80.00 --- 81.99 | 83.00 --- 83.99 | 73 |
| 92.00 --- 92.99 | A--- | 79.00 --- 79.99 | 82.00 --- 82.99 | 71 |
| 91.00 --- 91.99 | | 78.00 --- 78.99 | 81.00 --- 81.99 | 70 |
| 90.00 --- 90.99 | | 77.00 --- 77.99 | 80.00 --- 80.99 | 69 |
| 89.00 --- 89.99 | | 76.00 --- 76.99 | 79.00 --- 79.99 | 68 |
| 88.00 --- 88.99 | B+ | 75.00 --- 75.99 | 78.00 --- 78.99 | 67 |
| 87.00 --- 87.99 | | 74.00 --- 74.99 | 77.00 --- 77.99 | 66 |
| 86.00 --- 86.99 | | 73.00 --- 73.99 | 76.00 --- 76.99 | 65 |
| 85.00 --- 85.99 | B | 72.00 --- 72.99 | 75.00 --- 75.99 | 63 |
| 84.00 --- 84.99 | | 71.00 --- 71.99 | 74.00 --- 74.99 | 61 |
| 83.00 --- 83.99 | | 70.00 --- 70.99 | 73.00 --- 73.99 | 59 |
| 82.00 --- 82.99 | B--- | 69.00 --- 69.99 | 72.00 --- 72.99 | 57 |
| 81.00 --- 81.99 | | 68.00 --- 68.99 | 71.00 --- 71.99 | 55 |
| 80.00 --- 80.99 | | 67.00 --- 67.99 | 70.00 --- 70.99 | 53 |
| 79.00 --- 79.99 | | 66.00 --- 66.99 | 69.00 --- 69.99 | 51 |
| 78.00 --- 78.99 | C+ | 65.00 --- 65.99 | 68.00 --- 68.99 | 49 |
| 77.00 --- 77.99 | | 64.00 --- 64.99 | 67.00 --- 67.99 | 48 |
| 76.00 --- 76.99 | | 63.00 --- 63.99 | 66.00 --- 66.99 | 47 |
| 75.00 --- 75.99 | C | 62.00 --- 62.99 | 65.00 --- 65.99 | 46 |
| 74.00 --- 74.99 | | 61.00 --- 61..99 | 64.00 --- 64.99 | 45 |
| 73.00 --- 73.99 | | 60.00 --- 60.99 | 63.00 --- 63.99 | 44 |
| 72.00 --- 72.99 | C--- | Below 60.00 | 62.00 --- 62.99 | 42 |
| 71.00 --- 71.99 | | | 61.00 --- 61..99 | 40 |
| 70.00 --- 70.99 | D+ | | 60.00 --- 60.99 | 38 |
| Below 70.00 | D | | Below 60.00 | 35 |

[1] Passing grade is 50% for the following Provinces: Alberta, British Columbia, Manitoba,  Newfoundland, NW Territories, Nova Scotia, Nunavut, Ontario, Prince Edward Island,  Saskatchawan, Yukon

[2] Passing grade is 60% for the following Provinces: New Brunswick, Quebec

CONFIDENTIAL                                                                                       HARV00098220

III.  **FILE ROUTING**

**INADVERTENTLY CLEARED FILES**:  Occasionally, files will be mistakenly "cleared" (considered complete) and placed in your first read bin.  Open the Admin Problems Form, note the issue and to which bin the folder should be routed when the problem is solved.  Then route the file to the Admin Problems bin.

**FILES SHOULD BE READ AND PASSED IN A TIMELY FASHION**: Readers should take care not to allow files to pile up.  First readers need to read files from all assigned dockets as they clear, not just those whose subcommittee meets first.  However, because all files will clear regardless of round, readers should read early action files first, as soon as possible. Regular action files can generally wait until after December 1st, but you can read them prior to that if you are able to. This is important, and we will monitor reading progress centrally.  If you need help keeping up for whatever reason, let us know immediately.  Readers should code out files to the Committee Review bin or pass to the docket chair.  First-time readers will use the Optional Additional bin for their first 50-100 files during Early Action. Those files will be redistributed to experiences readers by the operations staff.

**SECOND READERS (OPTIONAL ADDITIONAL READER)**: Except for new readers (for whom special routing instructions are provided below), second readings should be used only in the rarest of instances:

A)  If three readings are needed for a complex case.

B)  If the case raises issues of policy.

C)  If the case would be greatly helped by a second reading from the former area person or someone with special knowledge of an area or type of case.

No second reader will ordinarily be assigned.  If you want/need a second reading, consult the enclosed docket assignment sheet to identify other readers on your docket. Try not to burden one person inordinately. You should choose "Optional Additional Reader" as the next bin and enter the name of that person which will place the file in their queue. You can add a note for the second reader such as "Please give V docket context" You should also send an email to special second readers to alert them to your requested reading. If you have received a file as a second read for a new reader, please read it as quickly as possible and put it back in the queue of the new reader.

**FIRST-TIME READERS**:  New readers should have their first fifty to one hundred Early Action files passed to the Optional Additional Reader bin or to the chair bin, based on relative strength. Some chairs may wish to use different approaches for first year readers.

**GENERAL ROUTING RULES:**

[ PAGE ]

**JA4580**

CONFIDENTIAL                                                                    HARV00098221

1)  A file should be passed <u>directly</u> to the chair:

- If the first reader rates a file a "2-" or better (i.e. a case the first reader thinks has a very good chance of being admitted)

- If the case will likely (or almost certainly) be discussed in Committee.

- If you want the docket chair's opinion or want simply to have the docket chair informed about the case.

   **If the first reader has a significant degree of uncertainty about how to proceed with the case, he or she should consult the docket chair.**

2)  A case rated a 3+ overall **may** be passed to the chair or routed straight to the Committee Review bin.  The first reader should consider carefully the likelihood that additional anticipated information (e.g., a superior music rating) will make the case more compelling, in which case the folder should be passed to the chair.  If there is no further information anticipated and the case is qualitatively a 3+ (a strong case but like many others), an experienced first reader does not need to pass it on.

3)  Typically, a case rated a 3 or lower with no particular attribute that would make it competitive can be routed directly to the Committee Review bin. Obviously late information or school context could change this initial evaluation.  The first reader, as an advocate, must be certain to check all late information that might make a difference to the case prior to the Committee meetings.  This is particularly important for candidates whose outstanding personal qualities become evident once we have the alumni/ae interview.

Readers new to a docket should discuss with the docket chair any special guidelines about which files should be passed on and which files should not.

**BINS**
In Slate, various "bins" are used to track an application file's progress through the application cycle. Bins are used for ease of day-to-day work -  they do not represent final decisions. The layout of bins can be viewed in the Slate Reader using the Browse tab (Note: the "Freshman Only" preset filter in Reader displays all freshman applicants and previous admits in the current application period).

Each bin column represents a different phase of the application cycle, and generally, work flows from left to right:
- Pre-Review: Folders are incomplete, incorrectly coded, or withdrawn
- Reads: Folders are complete ("cleared") and ready for review by readers
- Committee: Folders are ready for discussion by committee

[ PAGE ]

**JA4581**

- Working Decision: Folders have been discussed by the committee and a decision has been recommended
- Final Decision: Decisions have been checked and confirmed; ready for decision release
**(Note: Files should only be moved to final decision bins on Decision Day by the Slate team. Prior to Decision Day, files should remain in Working Decision bins.**

## CHANGING BIN ASSIGNMENTS
Readers normally change a folder's bin assignment during the reading process using the Review Form in the Slate Reader. Occasionally it will be necessary to change a folder's bin assignment after the Review Form has been submitted. In these cases, the bin assignment can be changed in the Student Record. To edit a bin assignment in the Student Record, click the "Edit Application Details" tab on the right, and select the desired bin from the Bin dropdown menu.

## CLEARING INCOMPLETES
**Readers should be sure to check the "Not Cleared" bin before each of their subcommittee code-out deadlines and then periodically before decisions are final to check for any cases that could be read with the materials in the file. Sometimes, transcripts may be in various tabs aside from the "SSR" tab. Readers should use their discretion or consult with their chairs but in general, a file that has an application and a transcript can be read and evaluated.**

## SPECIAL READINGS

- WRF should see cases that could be particularly sensitive or controversial or that raise issues of fundamental policy. When in doubt, send the file on by routing to the 4th reader bin.

- Folders of competitive candidates who attended secondary school outside the U.S. and Canada may be passed on to the appropriate U, V or W docket area person or RMW if help in assessing foreign credentials is needed. Be selective- don't pass on a case unless you are sure the applicant is competitive or has some unusual attributes.

- A faculty readings memorandum will be distributed later regarding specific procedures.

- Supplemental music/art/dance/academic materials of clearly competitive candidates with an unusually strong talent may be assessed through a supplementary process - through Slideroom (for music and dance) or through the faculty read process (for art or academic work). Handling of this material will be addressed through memoranda over the course of the fall.

## IV. OTHER ITEMS

[ PAGE ]

**JA4582**

CONFIDENTIAL                                                                 HARV00098223

- Slate is made up of data downloaded from the application and supplemental forms. We currently do not have the ability to enter all the information by hand for those applicants who do not submit their forms on-line. However, the data entry staff will enter the most critical bio/demo information as they have in the past. This means that the dockets will be correct, but the summary sheets for these applicants will be primarily blank. You should double-check the data that is important - i.e. parent education, ethnicity, aid status, etc. - basically every field that's on the summary sheet. About 1% of all our applicants will fall into this category.

- Acknowledgments to guidance counselors, teachers, and others: The area person may occasionally feel it worthwhile to acknowledge unusually helpful TRs and SSRs by writing a note to the author. The note should acknowledge that the candidate may or may not be admitted. **Supplementary letters of recommendation may have already been acknowledged with a card or letter, but if not, particularly with recommenders who are alumni or others about whom Harvard might be concerned, you should call the letter to the attention of MEM or WRF and an acknowledgment will be sent. This is important!**

- Support Materials: ALL manually submitted support material should be dropped into the appropriate basket in the mailroom for sorting and scanning.

- Misfiled and Missing materials: If a teacher report, school report or any other material that would be helpful to a competitive candidate is missing, first readers should request a copy be re-sent. Files should be sent on to other readers unless the missing pieces are crucial. In such cases, first readers should hold onto the file by routing the file to the "Area Person Follow Up" bin. Detailed instructions on how to add new materials to an applicant's file can be found in the "Documentation" tab of the Slate welcome page.

- File items that require attention: Unanswered letters should be handled by first readers where appropriate or others including MEM or WRF.


## V. SCANNING AND INDEXING

There is a basket in the mailroom to collect and sort hard-copy documents received. The forms collected in these baskets should have content that is *specific* to the admission decision of the applicant and are marked as such - for example, mailed applications or supplements, letters of support, teacher reports, Harvard evaluation, (coach, arts, music, Harvard faculty), midyear reports, SSR's etc. We will scan almost everything. If that is not possible, an "oversized support" form will be scanned and added to the file to let you know there is material sitting in the bookcase in Conference Room 5.


[ PAGE ]


**JA4583**

Relevant emails to officers from applicants or about an applicant should be saved as a PDF file and indexed directly into the applicant file by the officer. To do so, go into the student record in Slate select the current round tab and scroll down to the "Materials" header. Click to add new material and make the appropriate selection from the drop-down menu. If you receive materials both electronically and in paper, you do not need to have the paper material scanned.

Documents displayed in the Reader are named by the document type that follows the menu down the left side of the Slate e-reader.
- Application (and supplement)
- SSR
- TRs
- Interviews
- Additional academic (additional transcripts, etc.)
- Midyear
- Final Report (potentially greyed out until admitted)
- Ratings Forms (includes IRFs)
- Miscellaneous (notes from family/friends, alums, correspondence, noting of oversized support, etc.)
- Waitlist
- Previous App
- Portfolio (NOTE: a tab in Slate we do not use at this time).

JA4584

CONFIDENTIAL HARV00098225



Message
_____

**From**:        Mascolo, Christine Collette [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
                 (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C61C8C86863F4A31B11D8B770041B093-MASCOLO]
**Sent**:        10/5/2018 7:06:10 PM
**To**:          admfao_officers-list@lists.fas.harvard.edu
**Subject**:     Updated reading instructions
**Attachments**: Reading Procedures2018.19FINAL.docx


Attached.
Moving forward, please use this versions and disregard all previous versions.

**JA4585**

CONFIDENTIAL                                                                                    HARV00098226



**TRIAL EXHIBIT**

**P723**

SFFA v. Harvard

# Reading Procedures -  Class of 2023

### I.    SUMMARY SHEET APPLICATION DATA

The Summary Sheet captures information as supplied on the application and can be updated as new information is added.  Late information can change the likelihood of admission and updates can be provided later for those initially considered less competitive. If any information is **missing** or **incorrect** for competitive candidates, changes should be made on the First Reader Rating Form and noted with prose in the reader comments or "Notes for Summary Sheet" box. This prose will feed onto the Summary Sheet when the rating form is submitted.

<u>One exception</u>: School code changes are NOT made on the First Reader Rating Form; see instructions below on how to do this.

**PLEASE NOTE**:  The accuracy of our citizenship coding is CRUCIAL.  Miscoding affects many of the important statistics we are required to compile, and we need to keep careful track of who needs a visa to study in the United States.

- **SCHOOL CODE**:  If an applicant is coded to the wrong school, please use the Admin Problems update form and route this to the Admin Problems bin immediately so that the operations team can ensure that the interview is reassigned to the appropriate club and group.

- **GENDER**:  Occasionally the gender designation reported on the application is coded incorrectly in our system.  This should be corrected by submitting the Admin Problems form and routing the file to the Admin Problems bin.

- **RACE/ETHNICITY**: We report exactly what the applicant reports as ethnicity on the application.  The ethnic codes on the Summary Sheet come from the demographic fields the candidate checked on the application. **Note that foreign citizens are listed as such. If they opted to check an identifying ethnic code it will appear but is not used for statistics and reporting.**

- **CITIZENSHIP CODE / COUNTRY OF CITIZENSHIP**:  There are four options on the application that can be checked: (1) U.S. Citizenship, (2) U.S. Dual Citizenship, (3) U.S. permanent resident and (4) "Other" or foreign citizen.

  <u>The applicant holds only American citizenship</u>:

  *APP*: Citizenship status will be "US Citizen or US National" and no other country of citizenship will be listed.

  *SUMMARY SHEET*:  Should read "Citizenship:  United States"

  <u>The applicant is a dual U.S. citizen</u> (a citizen of both the U.S. and another country).

  *APP*: Citizenship status will be "Dual US Citizen"-Other citizenships will show a country (e.g. Sweden)

  *SUMMARY SHEET*:  Should read "Citizenship:  United States/<other country>"

  <u>The applicant is a U.S. Permanent Resident</u>.

  *APP*: Citizenship status will be "U.S. Permanent Resident or Refugee" and Other

**JA4586**

Citizenships will list one or more countries checked with another country listed.

*SUMMARY SHEET*:   Should read "Citizenship:  PR / <other country>"

*Caveat*:  If an applicant has checked the U.S. Permanent Resident box but notes that his or her application for permanent residency (or "green card") is <u>pending</u>, that applicant should be recoded as "Other citizenship."  Request this change by using the Admin Problems update form. We must prepare an I-20 form if the applicant is admitted and the application for residency is still pending, and the citizenship code is the only way we know to do this.

<u>The applicant is a foreign citizen</u>:

*APP*: Citizenship status will be "Other (Non-US)".  Other citizenship will show a country (e.g. Poland)

*SUMMARY SHEET*:   Should read "Citizenship:   <other country>"

- **LINEAGE:**  This flag appears if the applicant included Harvard College in the education field for at least one parent/guardian. The folder should be read by WRF ("4ᵗʰ" bin) following the normal reading process if appropriate or if another reading might be helpful.  Errors in coding should be noted with specific details about the error using the Admin Problems Form and routed to the Admin Problems bin.

- **ATHLETE**: Be sure the appropriate sport is listed as the first extracurricular activity. Changes can be made on the App Update tab on the Student Record. **DO NOT CHANGE ANY PRE-CODED ATHLETE**.

- **INDICATORS FOR ECONOMIC STATUS:** It has long been a priority for Harvard to seek talented students from all backgrounds, including those extraordinary individuals who are able to transcend economic disadvantages and achieve unusual academic distinction.  We utilize several indicators to understand the economic background of applicants. They are:
  - <u>Low Income Predictor (Low Inc on Summary Sheet):</u> A value between 0 and 1 based on application information that predicts how likely a student is to be low income and have a $0 parent contribution.  The higher the value (closer to 1) the more likely the student will be low income.
  - <u>IM Pell Estimate (IMP-Est on Summary Sheet):</u> An indication if the student is likely to qualify for a Pell Grant, based solely on IM data. This information will only be available if a student has submitted CSS Profile, allowing Financial Aid to estimate whether the student may be eligible for a Pell Grant.
  - FH info ("Yes, Likely, Unlikely, No" on the summary sheet): After subcommittee meetings, if information is available, a simple indication of a student's possible eligibility for the Harvard Financial Aid Initiative (HFAI) may be present on the summary sheet.
  - FEE STATUS**:** An indicator of whether the applicant received a fee waiver for their application.

- **SCORES**: By checking their Applicant Status website applicants can see whether their scores requirement has been fulfilled though not all scores will be listed.  They can report scores (which will be marked 'self-reported' in the student record) as they like.  You can check scores by looking under the "Scores" tab in each Student Record

**JA4587**

of an applicant. The Summary Sheet will reflect the highest verified or self-reported scores.

Matriculating students will be responsible for changing 'unofficial' scores to 'official.' Only scores sent to us directly from the testing services electronically are considered official. Paper copies of scores sent via fax, email attachment or U.S. mail are not considered official.

We receive secure web downloads of scores, so we do not have to wait for the scores to be mailed to us. Applicants are told not to use 'rush reports,' but if they do, they will arrive electronically as soon as they are scored.


II.    **Reader Rating Forms**

**When a file in in your queue, you will be able to select the "First Reader Form" or the "Chair Form" depending on the file's bin. The form includes the following fields:**

Reader ratings: All readers must code a preliminary overall rating and a profile (using the codes below and pluses and minuses) for all candidates. Writing prose comments is left to the discretion of the reader and should generally be done only for competitive candidates, those who might become competitive later, or those who might be of interest to the Committee.

For all categories, use "+" and "- "primarily in the 2 and 3 range to indicate relative strength. A rating of 2+ or 3+ is stronger and very different from a 2- or 3- respectively. Readers should take many factors into account as they assign ratings. E.g, students who have taken a strong academic program and/or present other positive evidence of academic achievement should receive higher academic ratings: an applicant with low 700 scores could be rated a 2- rather than a 3+ in some instances especially if there is academic strength in a particular field. However, readers should not take an applicant's race or ethnicity into account in making any of the ratings other than the Overall rating, as discussed further below.


Overall
1. Tops for admission:  Exceptional – a clear admit with very strong objective and subjective support
2. Very strong credentials but not an inevitable admit
3. Solid contender: An applicant with good credentials and support
3- Somewhat Neutral: Respectable credentials
4. Neutral: Generally respectable credentials
5. Negative: Credentials are generally below those of other candidates

In assigning the Overall rating, readers may consider whether a student's background, including his or her race or ethnicity, may contribute to the educational benefits of diversity at Harvard College.  The consideration of race or ethnicity may be considered **only** as one factor among many.

Academic

1. A potential major academic contributor; Summa potential.  Genuine scholar; near-perfect scores and grades (in most cases combined with unusual creativity and

<center>**JA4588**</center>

possible evidence of original scholarship, often substantiated by our faculty or other academic mentors.) Possible national or international level recognition in academic competitions.

2. Magna potential.  Excellent student with top grades and,
    a. SAT and SAT Subject tests: mid 700 scores and up
    b. 33+ ACT
    c. Possible local, regional or national level recognition in academic competitions
3. Solid academic potential; Cum laude potential: Very good student with excellent grades and
    a. SAT and SAT Subject tests: mid-600 through low-700 scores
    b. 29 to 32 ACT
4. Adequate preparation. Respectable grades and low-to mid-600 scores on SAT and subject tests or 26 to 29 ACT.
5. Marginal potential. Modest grades and 500 scores on SAT and subject tests (25 and below ACT).

Extracurricular, Community Employment, Family Commitments

1. Unusual strength in one or more areas.  Possible national-level achievement or professional experience.  A potential major contributor at Harvard.  Truly unusual achievement.
2. Strong secondary school contribution in one or more areas such as class president, newspaper editor, concertmaster etc.  and/or significant involvement in organizations outside of school. Possible local or regional recognition; major accomplishment(s) that have had an impact outside of the classroom. Can include significant term-time work or family responsibilities coupled with extracurricular engagement.
3. Solid participation but without special distinction. (Upgrade 3+ to 2- in some cases if the e/c is particularly extensive and substantive.)
4. Little or no participation.
5. Substantial commitment outside of conventional EC participation such as family obligations, term-time work or a significant commute (Important: should be included with other e/c to boost the rating or left as a "5" if that is more representative of the student's commitment).
6 Special circumstances limit or prevent participation (e.g. a physical condition, gap year(s), compulsory service of some kind).

Athletic

   Please note: to determine whether an activity should be considered a sport or an extracurricular activity, readers should defer to the student's characterization of the activity on his or her application. Those activities the student lists as "sports" should be considered as part of the athletic rating.

1. Unusually strong prospect for varsity sports at Harvard, possibly desired by Harvard coaches or recognition for individual athletic achievement/championships at the national, international or Olympic level.
2. Strong and long-standing (3-4 years) of secondary school and/or travel team contribution in one or more sports; leadership role(s) such as captain or co-captain; possible individual recognition at the state or regional level; possible walk-on to a

**JA4589**

HARV00098230

varsity team; has an IRF of a 4 from a Harvard coach

3. Active participation, possibly some leadership and/or recognition for individual accomplishments at the local or conference level.
4. Little or no participation (this is not a negative).
5. Substantial commitment outside of conventional extracurricular activities such as family obligations or term-time work (should be included with other e/c to boost the rating or left as a "5" if it is more representative of the student's commitment).
6. Physical condition or other special circumstances prevent significant activity.

Personal

The Personal rating should be an assessment made by the readers of what kind of effect the student might have on others at Harvard and beyond. It should be based on an assessment of what kind of positive effect this person might have throughout his or her life based on what we have seen so far in the student's application materials. This should include such considerations as what kind of contribution would the person make to the dining hall conversation, to study groups, and to society as a whole after graduation. In assigning the personal rating, readers should consider information we receive from teachers, counselors, applicants, other recommenders, interviewers, and others as well as the applicant's essays, extracurricular activities, and other items in the application file—what the applicant shows us about him or herself and what the applicant has done or accomplished for others. It is important to keep in mind that characteristics not always synonymous with extroversion are similarly valued. Applicants who seem to be particularly reflective, insightful and/or dedicated should receive higher personal ratings as well

As noted above, though, an applicant's race or ethnicity should not be considered in assigning the personal rating.

We understand that students are multidimensional and ever evolving. Many applicants have grown enormously between the time when they apply in the fall or winter or their senior year and when they arrive in Cambridge the following September. Additionally, we are aware that we work with incomplete information.

1. Truly outstanding qualities of character; student may display enormous courage in the face of seemingly insurmountable obstacles in life. Student may demonstrate a singular ability to lead or inspire those around them. Student may exhibit extraordinary concern or compassion for others. Student receives unqualified and unwavering support from their recommenders.
2. Very strong qualities of character; student may demonstrate strong leadership. Student may exhibit a level of maturity beyond their years. Student may exhibit uncommon genuineness, selflessness or humility in their dealings with others. Students may possess strong resiliency. Student receives very strong support from their recommenders.
3+ Above average qualities of character; Student may demonstrate leadership. Student may exhibit commitment, good judgment, and positive citizenship. Student may exercise a spirit and camaraderie with peers. Student receives positive support from their recommenders.

3. Generally positive, perhaps somewhat neutral qualities of character

4. Questionable or worrisome qualities of character

**JA4590**

HARV00098231

School Support
1. Strikingly unusual support. "The best of a career," "one of the best in many years," truly over the top.
2. Very strong support. "One of the best" or "the best this year."
3+ Well above average, consistently positive
3. Generally positive, perhaps somewhat neutral or generic
3- Somewhat neutral or slightly negative.
4. Negative or worrisome report.
6. For teacher reports: prose is not in the file.
8. Placeholder for teacher reports.
9. For secondary school report: transcript is in the file but there is no SSR prose.

PLEASE NOTE: School support ratings for teacher one, teacher two and a counselor are mandatory ratings for competitive candidates. Teacher three and teacher four are optional, if applicable.

**BRIEF ANNOTATIONS FOR SUMMARY SHEET:**

You may choose to insert information about a case – a maximum of three lines – which will appear on the second page of the summary sheet at the top and on the printed docket (unlike prose comments below). These notes should be informational only and not evaluative. They can aid in your preparation of cases. Examples could be: PE on grandmother, Harvard Book, or international credentials not easily captured elsewhere (A level est, Physics A, Math A, Lit A – etc.).

**PROSE COMMENTS**:
When making prose comments, first readers should note the important academic and extracurricular accomplishments that are particularly pertinent to the case. It is also helpful to reference teacher reports or other items that may be crucial to our evaluation. In addition to numerical ratings, readers should try to summarize the strengths and weaknesses of the folder in brief paragraphs or comments. Avoid slang and jargon and REMEMBER - your comments may be open to public view later.

**INTERVIEW PROFILE (IVP):**
Below is the language for uniform implementation of the Interview Profile number (IVP) for use with all Schools and Scholarship Chairs. The IVP will serve as a guide for chairs to know when our office needs the reports, and therefore how quickly they need to be assigned. All interviewers will be told that they should submit their interview report no later than two weeks after receiving the interview assignment.

1. An applicant for whom the committee needs more information to reach a decision - please have interview report in as soon as possible.
2. An applicant for whom more information would be very helpful during our deliberations - please have interview report in by the sub-committee deadline.
3. Please have interview report in by December 1 (EA) or March 1 (RA).
4. Based on the materials currently available, the committee needs no additional information at this time.

**JA4591**

This language has been distributed to the S&S chairs via email and can also be found in the updated handbook and website instructions. (Please ask Bryce Gilfillian if you need help accessing the site). **Please have a conversation with your chairs to determine if you wish to use the IVP, and please make clear that this information should not be shared with other interviewers or applicants.** If your chairs have additional clerical or operational questions about the IVP, please direct them to email Bryce/alum assistant at { HYPERLINK "mailto:SSinfo@fas.harvard.edu" }.

When reading, please input your IVP code on the First Reader Rating Form. You should input an IVP for all cases for clubs that use this system or if the coding could be helpful for your own interview tracking purposes. Continue to pass on the folder to your chair and/or code out to Committee Review bin.

- **FIRST-GEN:** First readers should check this box on the first reader rating form if the student is of the first generation in the family to graduate from a four-year higher education institution. If first readers do not, chairs should do so on the chair rating form.

- **STAFF DISADVANTAGED**
  After reviewing the file, if the reader has evidence that the applicant may be from a modest economic background, please check "Yes" under Staff Disadvantaged on the Reader Rating Form. In the past, admitted students who has been identified as "Disadvantaged=Y" were found to be economically needy 78% of the time.

- **FACULTY, STAFF**: Code <u>ONLY</u> children of professors at <u>the Faculty of Arts and Sciences</u> as an "F"; children of faculty from other parts of the University as well as children of administrative staff should be coded "S". If an update is needed, use the First Reader rating form. **Please be careful to apply faculty and staff coding where appropriate as we need to keep accurate statistics on these applicants. All "F" and "S" folders should be routed to the "4th bin" (WRF) after the normal reading process has been completed.**

- **ACCESSIBLE EDUCATION OFFICE (AEO) REFERRALS**: Code all applicants who may require special accommodations due to disabilities or special needs with the AEO flag in the Student record. We can then work with the AEO and DOS when appropriate. As you know, a student's disability may not be considered in connection with his or her application. Anyone for whom the AEO flag is used should also be flagged for an advising form.

- **FYRE:** Use this to indicate a student whom you think might benefit from the First Year Retreat and Experience (FYRE), a no cost pre-orientation program designed to introduce students to Harvard's resources and give them a solid foundation on which to begin their college careers.

**ASTAT**: If, after reviewing an application you feel that the student may be of interest to one of our athletic teams, but is not a recruited athlete, you can use this flag to indicate to a coach that this student could be a recruit for their sport. Please use a "7" in these cases.

**GPA and GPA Scale**:
We must try to report an Academic Index to the IVY League for EVERY matriculant.
If grades are available, please report a GPA and GPA Scale for your strongest candidates.

<div align="center">**JA4592**</div>

The Academic Index is calculated using GPA and GPA Scale. These will be converted automatically to the 20 to 80 scale in Slate.

Here are the rules according to the AI instructions provided by the Ivy League and sent to staff separately:

### ACADEMIC INDEX CALCULATIONS: CGS

1. **GPAs generally:** As noted in ¶B-7 above, the secondary school GPA should be taken as presented on the secondary school transcript; when both unweighted and weighted GPAs are presented, the unweighted GPA should be used. (If there is a question as to whether the school is using an unweighted or weighted system, the scale should be defined as unweighted, based on what the A grade earns in a regular course.) Other questions in providing the GPA are addressed in this section.

2. **GPA scales and conversions from Table II:** Table II, the "CGS General Conversion Tables" should be used for the GPA scales shown (100-points, 11.0/12.0, 7.0, 6.0, 4.0, A-D) even if the transcript or secondary school profile provides a conversion to a Table II scale.

   - The "4.0 Weighted" scale applies to any 4.0 based GPA that is weighted. It should be used only when Unweighted GPA is not available.
   - The" 4.0 Unweighted Scale" applies to any 4.0 based GPA that is unweighted.
   - Note Table II includes a scale to use to convert International Baccalaureate GPAs to a CGS.

3. **Scales not provided on Table II:** Given the relatively small number of admitted and matriculated students for whom Table II scales are not provided, it is preferable not to create new scales if possible. In such cases, a GPA on a 4.0 scale should be calculated using the following formula, and a CGS then derived using the 4.0 scale on Table II: HSGPA/HSGPA scale = "x"/4.0, where "x" becomes the value from which the CGS is derived. For example, if on a 5.0 scale a student has a 4.8 GPA (whether the scale's top grade is A or A+), the formula is $4.8/5.0 = x/4.0$, $x-3.84$ and the CGS = 73.

4. **Calculating GPA when not provided by the secondary school:** When the secondary school does not calculate/report a GPA, the institution should calculate an unweighted GPA based on the secondary school's grading scale, using all courses for which grades and credit hours are provided, and weighting semester grades as one-half full-year grades.
   NOTE: the following grade scale is used to convert grades on a non-traditional scale to a 4.0 Unweighted Scale: HH- 4.0, H- 3.5, HP- 2.5, P- 1.5, U- 0

5. **GPA period:** GPA data always should be for more than one year, including 10th and 11th grades, 9th grade when available, and official trimester or semester grades (as opposed to term grades) in the student's current year if available at the time the athlete's decision is made. If "official" grades from

**JA4593**

the current year are available but not counted  in the school's cumulative GPA, they should be added to the cumulative GPA and  weighted appropriately: e.g., grades for first semester or trimester of senior year would be weighted as one-half or one-third year.

6. **GPAs from multiple schools and repeat years:**  When a student has attended multiple  secondary schools (including a post-graduate year), all GPAs provided by the schools   should be used to the extent possible and weighted as in #5 above.  If the institution  believes this result is not logical and fair, it should describe what approach it believes is  better, subject to the Admissions Committee's agreement.

7. **Transfer students:**  CGS should be calculated using 50% secondary school GPA and  50% college GPA

**JA4594**

CONFIDENTIAL

## INTERNATIONAL-SYSTEM GPA CALCULATIONS

1. **Generally:** Each school should calculate GPAs from international schools using the attached Appendix of International Calculations. If an international country is not listed on the Appendix, we should calculate an AI as it seems most appropriate. (In this circumstance, we should default to the Committee, using the NCAA International Standards as a reference point, but not necessarily a policy.)

2. **Canadian systems:** Table IIA, for establishing value of CGS of Canadian Students should be used to determine CGS based on the Province of the secondary school. Provinces where a passing grade is 50% use the first column on Table II A (Alberta, British Columbia, Manitoba, Newfoundland, NW Territories, Nova Scotia, Nunavut, Ontario, Prince Edward Island, Saskatchawan, Yukon); Provinces where a passing grade is 60% use the second column on Table IIA (New Brunswick, Quebec).

1. British systems:

   Count all GCSE (= O Level), AS and A level results in order to calculate a GPA:

   A* (same as A+) = 4.3

   A = 4.0

   B = 3.0

   C = 2.0

   D = 1.0
   - If the applicant is taking a gap year, actual A-Level results should be used.
   - A Level scores are given double the weight of AS and GCSE scores.
   - Internal grades are usually not available and should not be used if they are.
   - Predicted A-Level scores should be used when available.
   - All courses should be included in calculating the GPA, including physical education courses if the student receives a grade and credit for the course.

2. Pre-U:

   **The scale for Pre-U were decided on as follows, for Principal Subjects only:**

   D1 = A+/4.3
   D2 = A+/4.3
   D3 = A/4.0
   M1 =
   B+/3.3 M2
   = B/3.0 M3
   = B-/2.7 P1
   = C-/1.7 P2
   = D/1.0 P3
   = D-/0.7

**JA4595**

CONFIDENTIAL

HARV00098236

5. **International Baccalaureate systems:**

Average grades from the last two years of the IB program are preferred to calculate a GPA:
7 = A+ = 4.3
6 = A = 4.0
5 = B = 3.0
4 = C = 2.0
3 = D = 1.0

- If the applicant is still in school, use one year for Early applicants and one year plus one term for Regular applicants.
- If the applicant is taking a gap year, actual two-year IB results are used.
- Use IB predicted grades if available, and only if not available use internal grades.
- For IB schools in the U.S., use the course values given on the transcript; for IB schools outside the U.S., double the weight for Higher Level courses (as opposed to the Subsidiary Level courses).
- All Higher Level/Subsidiary Level courses will be counted from international schools.
- Scales: When IB predictions give split results, use the average of the split (i.e., 5/6 is given, use 5.5 for calculation).

6. **Notes on Selected Countries (added fall 2010):**

<u>Australia</u> – Require schools to provide a transcript of some sort, but if all else fails and they give the state final exam result or prediction (ex: UAI for NSW, OP for Queensland, usually out of 99.95) use that.

<u>New Zealand</u> –The scale for NZ is as follows…but ONLY for courses in which there is the possibility to get more than Achieved (Achieved/Not Achieved is basically Pass/Fail so we won't count those courses):
   [E] Excellent =
   A/4.0 [M] Merit =
   B/3.0 [A]
   Achieved = C/2.0
   [N] Not Achieved = F/0

<u>Singapore</u> – for schools using standard Junior College grading conventions – Include H1(General Paper, Project, etc.) & H2 predictions on a 4.0 scale to calculate GPA. Double weight for H2 marks.

For H3, the scale is:
   Distinction =
   A/4.0  Merit =
   B/3.0     Pass =
   C/2.0  Double
   H3s as well.

If provided, include O Level/GCSE marks in calculation of GPA with a single weight like we do with the British System.

**JA4596**

HARV00098237

General notes – For all national curriculums, the general rule of thumb is to include all courses as part of the GPA calculations.

'

### 7. <u>Additional International Scales for Relevant Countries</u>

For GPA scales of other countries, Table III has been sent separately and is included in the Ivy League Academic Index Memo. Please see CGM if you need a copy.

**JA4597**

HARV00098238

**TABLE 3.2 For Establishing Value of CGS**

**APPROVED SEPTEMBER 2016**

| Percentage Average | 11.0/12.0 Scale | 6.0 | 5.0 | 4.0 Weighted GPA | Grade Equivalent to 4.0 | 4.0 Unweighted | CGS |
|---|---|---|---|---|---|---|---|
| 98.00 and above | 12.00 and | 6.5 and | 6.00 and | 4.30 and above | A+ | 4.0 and above | 80 |
| 97.00 - 97.99 | 11.70 - | 6.30 - | 5.70 - | 4.20 - 4.29 | | 3.91 - 3.99 | 79 |
| 96.00 - 96.99 | 11.40 - | 6.15 - | 5.40 - | 4.10 - 4.19 | | 3.81 - 3.90 | 78 |
| 95.00 - 95.99 | 11.00 - | 6.00 - | 5.00 - | 4.00 - 4.09 | A | 3.72 - 3.80 | 77 |
| 94.00 - 94.99 | 10.70 - | 5.85 - | 4.90 - | 3.90 - 3.99 | | 3.63 - 3.71 | 75 |
| 93.00 - 93.99 | 10.40 - | 5.70 - | 4.80 - | 3.80 - 3.89 | | 3.53 - 3.62 | 73 |
| 92.00 - 92.99 | 10.00 - | 5.55 - | 4.70 - | 3.70 - 3.79 | A- | 3.44 - 3.52 | 71 |
| 91.00 - 91.99 | 9.80 - | 5.40 - | 4.60 - | 3.60 - 3.69 | | 3.35 - 3.43 | 70 |
| 90.00 - 90.99 | 9.50 - | 5.25 - | 4.50 - | 3.50 - 3.59 | | 3.26 - 3.34 | 69 |
| 89.00 - 89.99 | 9.30 - | 5.10 - | 4.40 - | 3.40 - 3.49 | | 3.16 - 3.25 | 68 |
| 88.00 - 88.99 | 9.00 - | 4.95 - | 4.30 - | 3.30 - 3.39 | B+ | 3.07 - 3.15 | 67 |
| 87.00 - 87.99 | 8.70 - | 4.80 - | 4.20 - | 3.20 - 3.29 | | 2.98 -3.06 | 66 |
| 86.00 - 86.99 | 8.40 - | 4.65 - | 4.10 - | 3.10 - 3.19 | | 2.88 - 2.97 | 65 |
| 85.00 - 85.99 | 8.00 - | 4.50 - | 4.00 - | 3.00 - 3.09 | B | 2.79 - 2.87 | 63 |
| 84.00 - 84.99 | 7.70 - | 4.35 - | 3.90 - | 2.90 - 2.99 | | 2.70 - 2.78 | 61 |
| 83.00 - 83.99 | 7.40 - | 4.20 - | 3.80 - | 2.80 - 2.89 | | 2.61 - 2.69 | 59 |
| 82.00 - 82.99 | 7.00 - | 4.05 - | 3.70 - | 2.70 - 2.79 | B- | 2.51 - 2.60 | 57 |
| 81.00 - 81.99 | 6.75 - | 3.90 - | 3.60 - | 2.60 - 2.69 | | 2.42 - 2.50 | 55 |
| 80.00 - 80.99 | 6.50 - | 3.75 - | 3.50 - | 2.50 - 2.59 | | 2.33 - 2.41 | 53 |
| 79.00 - 79.99 | 6.25 - | 3.60 - | 3.40 - | 2.40 - 2.49 | | 2.23 - 2.32 | 51 |
| 78.00 - 78.99 | 6.00 - | 3.45 - | 3.30 - | 2.30 - 2.39 | C+ | 2.14 - 2.22 | 49 |
| 77.00 - 77.99 | 5.70 - | 3.30 - | 3.20 - | 2.20 - 2.29 | | 2.05 - 2.13 | 48 |
| 76.00 - 76.99 | 5.40 - | 3.15 - | 3.10 - | 2.10 - 2.19 | | 1.95 - 2.04 | 47 |
| 75.00 - 75.99 | 5.00 - | 3.00 - | 3.00 - | 2.00 - 2.09 | C | 1.86 - 1.94 | 46 |
| 74.00 - 74.99 | 4.70 - | 2.85 - | 2.90 - | 1.90 - 1.99 | | 1.77 - 1.85 | 45 |
| 73.00 - 73.99 | 4.40 - | 2.70 - | 2.80 - | 1.80 - 1.89 | | 1.67 - 1.76 | 44 |
| 72.00 - 72.99 | 4.00 - | 2.55 - | 2.70 - | 1.70 - 1.79 | C- | 1.58 - 1.66 | 42 |
| 71.00 - 71.99 | 3.5 - 3.99 | 2.40 - | 2.60 - | 1.60 - 1.69 | | 1.49 - 1.57 | 40 |
| 70.00 - 70.99 | 2.5 - 3.49 | 2.25 - | 2.50 - | 1.50 - 1.59 | D+ | 1.40 - 1.56 | 38 |
| Below 70.00 | Below 2.5 | Below | Below | Below 1.5 | D | Below 1.4 | 35 |

{ PAGE }

**JA4598**

## Table IIA- CGS Canadian Conversion Table

| TABLE II-A:  For establishing value of CGS of Canadian Students | | | | |
|:---:|:---:|:---:|:---:|:---:|
| Revised May 2015 | | | | |
| United States  100 Point Scale | Letter Grade Equivalent | Canada Where passing grade is 50% [1] | CanadaWhere passing grade is 60% [2] | CGS |
| 98.00 and above | A+ | 90.00 and above | 88.00 and above | 80 |
| 97.00 - 97.99 | | 88.00 - 89.99 | 87.00 - 87.99 | 79 |
| 96.00 - 96.99 | | 86.00 - 87.99 | 86.00 - 86.99 | 78 |
| 95.00 - 95.99 | A | 84.00 - 85.99 | 85.00 - 85.99 | 77 |
| 94.00 - 94.99 | | 82.00 - 83.99 | 84.00 - 84.99 | 75 |
| 93.00 - 93.99 | | 80.00 - 81.99 | 83.00 - 83.99 | 73 |
| 92.00 - 92.99 | A- | 79.00 - 79.99 | 82.00 - 82.99 | 71 |
| 91.00 - 91.99 | | 78.00 - 78.99 | 81.00 - 81.99 | 70 |
| 90.00 - 90.99 | | 77.00 - 77.99 | 80.00 - 80.99 | 69 |
| 89.00 - 89.99 | | 76.00 - 76.99 | 79.00 - 79.99 | 68 |
| 88.00 - 88.99 | B+ | 75.00 - 75.99 | 78.00 - 78.99 | 67 |
| 87.00 - 87.99 | | 74.00 - 74.99 | 77.00 - 77.99 | 66 |
| 86.00 - 86.99 | | 73.00 - 73.99 | 76.00 - 76.99 | 65 |
| 85.00 - 85.99 | B | 72.00 - 72.99 | 75.00 - 75.99 | 63 |
| 84.00 - 84.99 | | 71.00 - 71.99 | 74.00 - 74.99 | 61 |
| 83.00 - 83.99 | | 70.00 - 70.99 | 73.00 - 73.99 | 59 |
| 82.00 - 82.99 | B- | 69.00 - 69.99 | 72.00 - 72.99 | 57 |
| 81.00 - 81.99 | | 68.00 - 68.99 | 71.00 - 71.99 | 55 |
| 80.00 - 80.99 | | 67.00 - 67.99 | 70.00 - 70.99 | 53 |
| 79.00 - 79.99 | | 66.00 - 66.99 | 69.00 - 69.99 | 51 |
| 78.00 - 78.99 | C+ | 65.00 - 65.99 | 68.00 - 68.99 | 49 |
| 77.00 - 77.99 | | 64.00 - 64.99 | 67.00 - 67.99 | 48 |
| 76.00 - 76.99 | | 63.00 - 63.99 | 66.00 - 66.99 | 47 |
| 75.00 - 75.99 | C | 62.00 - 62.99 | 65.00 - 65.99 | 46 |
| 74.00 - 74.99 | | 61.00 - 61..99 | 64.00 - 64.99 | 45 |
| 73.00 - 73.99 | | 60.00 - 60.99 | 63.00 - 63.99 | 44 |
| 72.00 - 72.99 | C- | Below 60.00 | 62.00 - 62.99 | 42 |
| 71.00 - 71.99 | | | 61.00 - 61..99 | 40 |
| 70.00 - 70.99 | D+ | | 60.00 - 60.99 | 38 |
| Below 70.00 | D | | Below 60.00 | 35 |

{ PAGE }

**JA4599**

CONFIDENTIAL                                                                 HARV00098240

[1] Passing grade is 50% for the following Provinces: Alberta, British Columbia, Manitoba, Newfoundland, NW Territories, Nova Scotia, Nunavut, Ontario, Prince Edward Island, Saskatchawan, Yukon

[2] Passing grade is 60% for the following Provinces: New Brunswick, Quebec

**JA4600**

CONFIDENTIAL

### III.  **FILE ROUTING**

**INADVERTENTLY CLEARED FILES**:  Occasionally, files will be mistakenly "cleared" (considered complete) and placed in your first read bin.  Open the Admin Problems Form, note the issue <u>and to which bin the folder should be routed when the problem is solved</u>.  Then route the file to the Admin Problems bin.

**FILES SHOULD BE READ AND PASSED IN A TIMELY FASHION**: Readers should take care not to allow files to pile up.  First readers need to read files from all assigned dockets as they clear, not just those whose subcommittee meets first.  However, because all files will clear regardless of round, readers should read early action files first, as soon as possible. Regular action files can generally wait until after December 1st, but you can read them prior to that if you are able to. <u>This is important, and we will monitor reading progress centrally.</u>  If you need help keeping up for whatever reason, let us know immediately.  Readers should code out files to the Committee Review bin or pass to the docket chair.  First-time readers will use the Optional Additional bin for their first 50-100 files during Early Action. Those files will be redistributed to experiences readers by the operations staff.

**SECOND READERS (OPTIONAL ADDITIONAL READER)**: Except for new readers (for whom special routing instructions are provided below), second readings should be used only in the rarest of instances:

A)  If three readings are needed for a complex case.

B)  If the case raises issues of policy.

C)  If the case would be greatly helped by a second reading from the former area person or someone with special knowledge of an area or type of case.

No second reader will ordinarily be assigned.  If you want/need a second reading, consult the enclosed docket assignment sheet to identify other readers on your docket. Try not to burden one person inordinately. You should choose "Optional Additional Reader" as the next bin and enter the name of that person which will place the file in their queue. You can add a note for the second reader such as "Please give V docket context" You should also send an email to special second readers to alert them to your requested reading. If you have received a file as a second read for a new reader, please read it as quickly as possible and put it back in the queue of the new reader.

**FIRST-TIME READERS**:  New readers should have their first fifty to one hundred Early Action files passed to the Optional Additional Reader bin or to the chair bin, based on relative strength. Some chairs may wish to use different approaches for first year readers.

**GENERAL ROUTING RULES:**

{ PAGE }

**JA4601**

CONFIDENTIAL                                                                                    HARV00098242

1) A file should be passed <u>directly</u> to the chair:

- If the first reader rates a file a "2-" or better (i.e. a case the first reader thinks has a very good chance of being admitted)

- If the case will likely (or almost certainly) be discussed in Committee.

- If you want the docket chair's opinion or want simply to have the docket chair informed about the case.

  **If the first reader has a significant degree of uncertainty about how to proceed with the case, he or she should consult the docket chair.**

2) A case rated a 3+ overall **may** be passed to the chair or routed straight to the Committee Review bin.  The first reader should consider carefully the likelihood that additional anticipated information (e.g., a superior music rating) will make the case more compelling, in which case the folder should be passed to the chair.  If there is no further information anticipated and the case is qualitatively a 3+ (a strong case but like many others), an experienced first reader does not need to pass it on.

3) Typically, a case rated a 3 or lower with no particular attribute that would make it competitive can be routed directly to the Committee Review bin. Obviously late information or school context could change this initial evaluation.  The first reader, as an advocate, must be certain to check all late information that might make a difference to the case prior to the Committee meetings.  This is particularly important for candidates whose outstanding personal qualities become evident once we have the alumni/ae interview.

Readers new to a docket should discuss with the docket chair any special guidelines about which files should be passed on and which files should not.

**BINS**
In Slate, various "bins" are used to track an application file's progress through the application cycle. Bins are used for ease of day-to-day work -  they do not represent final decisions. The layout of bins can be viewed in the Slate Reader using the Browse tab (Note: the "Freshman Only" preset filter in Reader displays all freshman applicants and previous admits in the current application period).

Each bin column represents a different phase of the application cycle, and generally, work flows from left to right:
- Pre-Review: Folders are incomplete, incorrectly coded, or withdrawn
- Reads: Folders are complete ("cleared") and ready for review by readers
- Committee: Folders are ready for discussion by committee

{ PAGE }

**JA4602**

- Working Decision: Folders have been discussed by the committee and a decision has been recommended
- Final Decision: Decisions have been checked and confirmed; ready for decision release
**(Note: Files should only be moved to final decision bins on Decision Day by the Slate team. Prior to Decision Day, files should remain in Working Decision bins.**

## CHANGING BIN ASSIGNMENTS

Readers normally change a folder's bin assignment during the reading process using the Review Form in the Slate Reader. Occasionally it will be necessary to change a folder's bin assignment after the Review Form has been submitted. In these cases, the bin assignment can be changed in the Student Record. To edit a bin assignment in the Student Record, click the "Edit Application Details" tab on the right, and select the desired bin from the Bin dropdown menu.

## CLEARING INCOMPLETES

**Readers should be sure to check the "Not Cleared" bin before each of their subcommittee code-out deadlines and then periodically before decisions are final to check for any cases that could be read with the materials in the file. Sometimes, transcripts may be in various tabs aside from the "SSR" tab. Readers should use their discretion or consult with their chairs but in general, a file that has an application and a transcript can be read and evaluated.**

## SPECIAL READINGS

- WRF should see cases that could be particularly sensitive or controversial or that raise issues of fundamental policy.  When in doubt, send the file on by routing to the 4th reader bin.

- Folders of competitive candidates who attended secondary school outside the U.S. and Canada may be passed on to the appropriate U, V or W docket area person or RMW if help in assessing foreign credentials is needed. Be selective- don't pass on a case unless you are sure the applicant is competitive or has some unusual attributes.

- A faculty readings memorandum will be distributed later regarding specific procedures.

- Supplemental music/art/dance/academic materials of clearly competitive candidates with an unusually strong talent may be assessed through a supplementary process - through Slideroom (for music and dance) or through the faculty read process (for art or academic work). Handling of this material will be addressed through memoranda over the course of the fall.

JA4603

HARV00098244

## IV. OTHER ITEMS

- Slate is made up of data downloaded from the application and supplemental forms.  We currently do not have the ability to enter all the information by hand for those applicants who do not submit their forms on-line.  However, the data entry staff will enter the most critical bio/demo information as they have in the past.  This means that the dockets will be correct, but the summary sheets for these applicants will be primarily blank.  You should double-check the data that is important - i.e. parent education, ethnicity, aid status, etc. - basically every field that's on the summary sheet.  About 1% of all our applicants will fall into this category.

- Acknowledgments to guidance counselors, teachers, and others:  The area person may occasionally feel it worthwhile to acknowledge unusually helpful TRs and SSRs by writing a note to the author.  The note should acknowledge that the candidate may or may not be admitted.  **Supplementary letters of recommendation may have already been acknowledged with a card or letter, but if not, particularly with recommenders who are alumni or others about whom Harvard might be concerned, you should call the letter to the attention of MEM or WRF and an acknowledgment will be sent.  This is important!**

- Support Materials:  ALL manually submitted support material should be dropped into the appropriate basket in the mailroom for sorting and scanning.

- Misfiled and Missing materials:  If a teacher report, school report or any other material that would be helpful to a competitive candidate is missing, first readers should request a copy be re-sent. Files should be sent on to other readers unless the missing pieces are crucial.  In such cases, first readers should hold onto the file by routing the file to the "Area Person Follow Up" bin. Detailed instructions on how to add new materials to an applicant's file can be found in the "Documentation" tab of the Slate welcome page.

- File items that require attention:  Unanswered letters should be handled by first readers where appropriate or others including MEM or WRF.

## V. SCANNING AND INDEXING

There is a basket in the mailroom to collect and sort hard-copy documents received. The forms collected in these baskets should have content that is *specific* to the admission decision of the applicant and are marked as such - for example, mailed applications or supplements, letters of support, teacher reports, Harvard evaluation, (coach, arts, music, Harvard faculty), midyear reports, SSR's etc.  We will scan almost everything. If that is not possible, an "oversized support" form will be scanned and added to the file to let you know there is material sitting in the bookcase in Conference Room 5.

{ PAGE }

**JA4604**

CONFIDENTIAL HARV00098245

Relevant emails to officers from applicants or about an applicant should be saved as a PDF file and indexed directly into the applicant file by the officer. To do so, go into the student record in Slate select the current round tab and scroll down to the "Materials" header. Click to add new material and make the appropriate selection from the drop-down menu. If you receive materials both electronically and in paper, you do not need to have the paper material scanned.

Documents displayed in the Reader are named by the document type that follows the menu down the left side of the Slate e-reader.
- Application (and supplement)
- SSR
- TRs
- Interviews
- Additional academic (additional transcripts, etc.)
- Midyear
- Final Report (potentially greyed out until admitted)
- Ratings Forms (includes IRFs)
- Miscellaneous (notes from family/friends, alums, correspondence, noting of oversized support, etc.)
- Waitlist
- Previous App
- Portfolio (NOTE: a tab in Slate we do not use at this time).

**JA4605**

CONFIDENTIAL                                                                 HARV00098246

TRIAL EXHIBIT

**P741**

SFFA v. Harvard

Message

| | |
|---|---|
| **From**: | McGrath, Marlyn E. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EBE4F7EB9F69460199E54E5CDF63552C-MMCG] |
| **Sent**: | 9/12/2018 7:24:54 PM |
| **To**: | Mascolo, Christine Collette [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c61c8c86863f4a31b11d8b770041b093-mascolo] |
| **CC**: | Fitzsimmons, William R. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7c9507805d494473598925d032af30d42-User_e3990d]; Gershengorn, Ara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9a0cb8cff09f4879bfb563d076abc882-abg290] |
| **Subject**: | Re: Reading instructions |

Thank you!

Sent from my iPhone

On Sep 12, 2018, at 2:33 PM, Mascolo, Christine Collette <mascolo@fas.harvard.edu> wrote:

Hi everyone,
Input from all previous drafts is captured in this document. The only new line everyone should look at is on page 5, in red.
Thank you,
Christine

**JA4606**

HARV00098275



TRIAL EXHIBIT

P749

SFFA v. Harvard

# Reading Procedures - Class of 2023

### I.    SUMMARY SHEET APPLICATION DATA

The Summary Sheet captures information as supplied on the application and can be updated as new information is added.  Late information can change the likelihood of admission and updates can be provided later for those initially considered less competitive. If any information is **missing** or **incorrect** for competitive candidates, changes should be made on the First Reader Rating Form and noted with prose in the reader comments or "Notes for Summary Sheet" box. This prose will feed onto the Summary Sheet when the rating form is submitted.

One exception: School code changes are NOT made on the First Reader Rating Form; see instructions below on how to do this.

**PLEASE NOTE**:  The accuracy of our citizenship coding is CRUCIAL.  Miscoding affects many of the important statistics we are required to compile, and we need to keep careful track of who needs a visa to study in the United States.

- **SCHOOL CODE**:  If an applicant is coded to the wrong school, please use the Admin Problems update form and route this to the Admin Problems bin immediately so that the operations team can ensure that the interview is reassigned to the appropriate club and group.
- **GENDER**:  Occasionally the gender designation reported on the application is coded incorrectly in our system.  Such a coding error should be corrected by submitting the Admin Problems form and routing the file to the Admin Problems bin.
- **RACE/ETHNICITY**: We report exactly what the applicant reports as ethnicity on the application.  The ethnic codes on the Summary Sheet will come from the demographic fields the candidate checked on the application. **Note that foreign citizens are listed as such. If they opted to check an identifying ethnic code it will appear but is not used for statistics and reporting.**

- **CITIZENSHIP CODE / COUNTRY OF CITIZENSHIP**:  There are four options on the application that can be checked: (1) U.S. Citizenship, (2) U.S. Dual Citizenship, (3) U.S. permanent resident and (4) "Other" or foreign citizen.

The applicant holds only American citizenship:

*APP*: Citizenship status will be "US Citizen or US National" and no other country of citizenship will be listed.

*SUMMARY SHEET*: Should read "Citizenship:  United States"

The applicant is a dual U.S. citizen (a citizen of both the U.S. and another country).

*APP*: Citizenship status will be "Dual US Citizen"-Other citizenships will show a country (e.g. Sweden)

*SUMMARY SHEET*:  Should read "Citizenship:  United States/<other country>"

The applicant is a U.S. Permanent Resident.

1

**JA4607**

HARV00098286

*APP*: Citizenship status will be "U.S. Permanent Resident or Refugee" and Other Citizenships will list one or more countries checked with another country listed.

*SUMMARY SHEET*:  Should read "Citizenship:  PR / <other country>"

*Caveat*:  If an applicant has checked the U.S. Permanent Resident box but notes that his or her application for permanent residency (or "green card") is <u>pending</u>, that applicant should be recoded as "Other citizenship."  Request this change by using the Admin Problems update form. We must prepare an I-20 form if the applicant is admitted and the application for residency is still pending, and the citizenship code is the only way we know to do this.

<u>The applicant is a foreign citizen</u>:

*APP*: Citizenship status will be "Other (Non-US)".  Other citizenship will show a country (e.g. Poland)

*SUMMARY SHEET*:  Should read "Citizenship:  <other country>"

- **LINEAGE:**  This flag appears if the applicant included Harvard College in the education field for at least one parent/guardian. The folder should be read by WRF ("4th" bin) following the normal reading process if appropriate or if another reading might be helpful.  Errors in coding should be noted with specific details about the error using the Admin Problems Form and routed to the Admin Problems bin.

- **ATHLETE**: Be sure the appropriate sport is listed as the first extracurricular activity. Changes can be made on the App Update tab on the Student Record. **DO NOT CHANGE ANY PRE-CODED ATHLETE.**

- **INDICATORS FOR ECONOMIC STATUS:**  It has long been a priority for Harvard to seek talented students from all backgrounds, including those extraordinary individuals who are able to transcend economic disadvantages and achieve unusual academic distinction.  We utilize several indicators to understand the economic background of applicants. They are:
  - o  <u>Low Income Predictor (Low Inc on Summary Sheet)</u>: A value between 0 and 1 based on application information that predicts how likely a student is to be low income and have a $0 parent contribution.  The higher the value (closer to 1) the more likely the student will be low income.
  - o  <u>Pell Grant (P on Summary Sheet)</u>: An indication if the student is likely to qualify for a Pell Grant. This information will only be available if a student has submitted a CSS profile, allowing Financial Aid staff to estimate whether the student may be eligible to receive a Pell grant.
  - o  FH info ("Yes, Likely, Unlikely, No" on the summary sheet): After subcommittee meetings, if information is available, a simple indication of a student's possible eligibility for the HFAI initiative may be present on the summary sheet.
  - o  FEE STATUS: An indicator of whether the applicant received a fee waiver for their application.

- **SCORES:** Applicants will know by checking their Applicant Status website whether their scores requirement has been fulfilled though not all scores will be listed.  They can report scores (which will be marked 'self-reported' in the student record) as they

2

**JA4608**

HARV00098287

like. You can check scores by looking under the "Scores" tab in each Student Record of an applicant. The Summary Sheet will reflect the highest verified or self-reported scores.

Matriculating students will be responsible for changing 'unofficial' to 'official,' ~~which they can only do by getting~~ scores sent by ~~CEEB/ACT~~. Paper copies of scores sent via fax, email attachment or U.S. mail are not considered official.

*[handwritten: only]* *[handwritten: scores]*

*[handwritten in right margin: only scores sent directly from the College Board or ETS are consider official.]*

We receive secure web downloads of scores, so we do not have to wait for the scores to be mailed to us. Applicants are told not to use 'rush reports,' but if they do, they will arrive electronically as soon as they are scored.

## II.    Reader Rating Forms

**When a file in in your queue, you will be able to select the "First Reader Form" or the "Chair Form" depending on the file's bin. The form includes the following fields:**

Reader ratings: All readers must code a preliminary overall rating and a profile (using the codes below and pluses and minuses) for all candidates. Writing prose comments is left to the discretion of the reader and should generally be done only for competitive candidates, those who might become competitive later, or those who might be of interest to the Committee.

For all categories, use "+" and "- *[handwritten: as]* "primarily in the 2 and 3 range to indicate relative strength. A rating of 2+ or 3+ is stronger and very different from a 2- or 3- respectively. Readers should take many factors into account as they assign ratings. E.g, students who have taken a strong academic program and/or present other positive evidence of academic achievement should receive higher academic ratings: an applicant with low 700 scores could be rated a 2- rather than a 3+ in some instances especially if there is academic strength in a particular field. However, readers should not ~~be taking~~ *[handwritten: take]* an applicant's race or ethnicity into account in making any of the ratings other than the Overall rating, as discussed further below.

Overall
1. Tops for admission:  Exceptional – a clear admit with very strong objective and subjective support .
2. Very strong credentials but not an inevitable admit .
3. Solid contender: An applicant with good credentials and support .
3- Somewhat Neutral: Respectable credentials.
4. Neutral: Generally respectable credentials.
5. Negative: Credentials are generally below those of other candidates.

In assigning the Overall rating, readers may consider whether a student's background, including his or her race or ethnicity, may contribute to the educational benefits of diversity at Harvard College. The consideration of race or ethnicity may be considered **only** as one factor among many. In addition, the consideration of race or ethnicity should be in connection with the application's discussion of the effect an applicant's race or ethnicity has had on the applicant, not simply the fact alone that an applicant has identified as a member of a particular race or ethnicity.

3

CONFIDENTIAL                                                                 HARV00098288

Academic

1. Summa potential. Genuine scholar; near-perfect scores and grades (in most cases combined with unusual creativity and possible evidence of original scholarship, often substantiated by our faculty.)
2. Magna potential. Excellent student with top grades and,
    SAT and SAT Subject tests: mid 700 scores and up
    a.
    b. 33+ ACT

3. Cum laude potential: Very good student with excellent grades and,
    a. SAT and SAT Subject tests: mid-600 through low-700 scores
    b. 29 to 32 ACT
4. Adequate preparation. Respectable grades and low-to mid-600 scores on SAT and subject tests or 26 to 29 ACT.
5. Marginal potential. Modest grades and 500 scores on SAT and subject tests (25 and below ACT).

Extracurricular, Community Employment, Family Commitments

1. Unusual strength in one or more areas. Possible national-level achievement or professional experience. A potential major contributor at Harvard. Truly unusual achievement.
2. Strong secondary school contribution in one or more areas such as class president, newspaper editor, concertmaster etc. and/or significant involvement in organizations outside of school. Possible local or regional recognition; major accomplishment(s) that have had an impact outside of the classroom. Can include significant term-time work or family responsibilities coupled with extracurriculars.
3. Solid participation but without special distinction. (Upgrade 3+ to 2- in some cases if the e/c is particularly extensive and substantive.)
4. Little or no participation.
5. Substantial activity outside of conventional EC participation such as family commitments, term-time work or a significant commute (Important: should be included with other e/c to boost the rating or left as a "5" if that is more representative of the student's commitment).
6 Special circumstances limit or prevent participation (e.g. a physical condition, gap year(s), compulsory service of some kind).

Athletic
1. Unusually strong prospect for varsity sports at Harvard, desired by Harvard coaches.
2. Strong secondary school and/or travel team contribution in one or more sports; leadership role(s) such as captain or co-captain; possible walk-on to a varsity team; potentially has an IRF of a 4 from a Harvard coach
3. Active participation, possible leadership role.
4. Little or no participation (this is not a negative).

4

**JA4610**

5.  Substantial activity outside of conventional EC participation such as family
    commitments or term-time work (could be included with other e/c to boost the rating
    or left as a "5" if it is more representative of the student's commitment).
6.  Physical condition or other special circumstances prevent significant activity.

<u>Personal</u>
The Personal rating should be an assessment made by the readers of what kind of effect the
student might have on others at Harvard and beyond. It should be based on an assessment of
what kind of positive effect this person might have throughout his or her life based on what
we have seen so far in the student's application materials. This should include such
considerations as what kind of contribution would the person make to the dining hall
conversation, to study groups, and to society as a whole after graduation. In assigning the
personal rating, readers should consider information we receive from teachers, counselors,
applicants, other recommenders, interviewers, and others as well as the applicant's essays,
extracurricular activities, and other items in the application file—what the applicant shows us
about him or herself and what the applicant has done or accomplished for others. As noted
above, though, an applicant's race or ethnicity should not be considered in assigning the
personal rating.

1.      Rare personal appeal and character
2+ or 2 Extremely strong personal appeal and character
2-      Very strong personal appeal and character
3+      Above average personal appeal and character; positive
3.      Generally positive, perhaps somewhat neutral
3-      Slightly negative impression
4.      Distinctly poor impression; questionable or worrisome personal qualities


<u>School Support</u>
1.  Strikingly unusual support. "The best ever," "one of the best in many years," truly
    over the top.
2.  Very strong support. "One of the best" or "the best this year."
3+ Well above average, consistently positive
3.  Generally positive, perhaps somewhat neutral or generic
3- Somewhat neutral or slightly negative.
4.   Negative or worrisome report.
6.  For teacher reports: prose is not in the file.
8.  Placeholder for teacher reports.
9.  For secondary school report: transcript is in the file but there is no SSR prose.

<u>PLEASE NOTE</u>:  <u>School support ratings for teacher one, teacher two and a counselor are
mandatory ratings for competitive candidates.</u> Teacher three and teacher four are optional, if
applicable.


**BRIEF ANNOTATIONS FOR SUMMARY SHEET:**

You may choose to insert information about a case – a maximum of three lines – which will
appear on the second page of the summary sheet at the top and on the printed docket (unlike

5

**JA4611**

CONFIDENTIAL

HARV00098290

prose comments below). These notes should be informational only and not evaluative. They can aid in your preparation of cases. Examples could be: PE on grandmother, Harvard Book, or international credentials not easily captured elsewhere (A level est, Physics A, Math A, Lit A – etc.).

**PROSE COMMENTS**:
When making prose comments, first readers should note the important academic and extracurricular accomplishments that are particularly pertinent to the case. It is also helpful to reference teacher reports or other items that may be crucial to our evaluation. In addition to numerical ratings, readers should try to summarize the strengths and weaknesses of the folder in brief paragraphs or comments. <u>Avoid slang and jargon</u> and <u>REMEMBER - your comments may be open to public view later.</u>

**INTERVIEW PROFILE (IVP):** 
Below is the language for uniform implementation of the Interview Profile number (IVP) for use with all Schools and Scholarship Chairs. The IVP will serve as a guide for Chairs to know when our office needs the reports, and therefore how quickly they need to be assigned. All interviewers will be told that they should submit their interview report no later than two weeks after receiving the interview assignment.

1. An applicant for whom the committee needs more information to reach a decision - please have interview report in as soon as possible.
2. An applicant for whom more information would be very helpful during our deliberations - please have interview report in by the sub-committee deadline.
3. Please have interview report in by December 1 (EA) or March 1 (RA).
4. Based on the materials currently available, the committee needs no additional information at this time.

This language has been distributed to the S&S chairs via email and can also be found in the updated handbook and website instructions. (Please ask Bryce Gilfillian if you need help accessing the site). **Please have a conversation with your chairs to determine if you wish to use the IVP, and please make clear that this information should not be shared with other interviewers or applicants.** If your chairs have additional clerical or operational questions about the IVP, please direct them to email Bryce/alum assistant at SSinfo@fas.harvard.edu.

When reading, please input your IVP code on the First Reader Rating Form. You should input an IVP for all cases for clubs that use this system or if the coding could be helpful for your own interview tracking purposes. Continue to pass on the folder to your chair and/or code out to Committee Review bin.

- **FIRST-GEN:** First readers should check this box on the first reader rating form if the student is of the first generation in the family to graduate from a four-year higher education institution. If first readers do not, chairs should do so on the chair rating form.

- **STAFF DISADVANTAGED**
After reviewing the file, if the reader has evidence that the applicant may be from a modest economic background, please check "Yes" under Staff Disadvantaged on the Reader Rating Form. In the past, admitted students who has been identified as "Disadvantaged=Y" were found to be economically needy 78% of the time.

6

**JA4612**

HARV00098291

- **FACULTY, STAFF**:  Code <u>ONLY</u> children of professors at <u>the Faculty of Arts and Sciences</u> as an "F"; children of faculty from other parts of the University as well as children of administrative staff should be coded "S".  If an update is needed, use the First Reader rating form. **Please be careful to apply faculty and staff coding where appropriate as we need to keep accurate statistics on these applicants. All "F" and "S" folders should be routed to the "4th bin" (WRF) after the normal reading process has been completed.**

- **ACCESSIBLE EDUCATION OFFICE (AEO) REFERRALS**: Code all applicants who may require special accommodations due to disabilities or special needs with the AEO flag on the First Reader Rating Form.  We can then provide a list to assist the AEO and DOS in providing accommodations when appropriate. As you know, a student's disability may not be considered in connection with his or her application.

- **FYRE**: Use this to indicate a student whom you think might benefit from the First Year Retreat and Experience (FYRE), a no cost pre-orientation program designed to introduce students to Harvard's resources and give them a solid foundation on which to begin their college careers.

**ASTAT**: If, after reviewing an application you feel that the student may be of interest to one of our athletic teams, but is not a recruited athlete, you can use this flag to indicate that this student could be a recruit for their particular sport. *Please use a "7" in these cases.*

**GPA and GPA Scale**:
We must try to report an Academic Index to the IVY League for EVERY matriculant.
If grades are available, please report a GPA and GPA Scale for your strongest candidates.

The Academic Index is calculated using GPA and GPA Scale.  These will be converted automatically to the 20 to 80 scale in Slate.

Here are the rules according to the AI instructions provided by the Ivy League and sent to staff separately:

A. <u>ACADEMIC INDEX CALCULATIONS: CGS</u>

1. **GPAs generally:** The secondary school GPA should be taken as presented on the secondary school transcript; when both unweighted and weighted GPAs are presented, the unweighted GPA should be used. (If there is a question as to whether the school is using an unweighted or 'what the A grade earns in a regular course.*not a complete sentence – check that new Ivy memo language is ok) Other questions in providing the GPA are addressed in this section.

2. **GPA scales and conversions from Table II:** Table II, the "CGS General Conversion Tables" should be used for the GPA scales shown (100-points, 11.0/12.0, 7.0, 6.0, 4.0, A-D) even if the transcript or secondary school profile provides a conversion to a Table II scale.

7

**JA4613**

HARV00098292

- The "**4.0 Weighted**" scale applies to any 4.0 based GPA that is weighted. It should be used only when Unweighted GPA is not available.
- The" 4.0 Unweighted Scale" applies to any 4.0 based GPA that is unweighted.
- Note Table II includes a scale to use to convert International Baccalaureate GPAs to a CGS.

3. **Scales not provided on Table II:** Given the relatively small number of admitted and matriculated students for whom Table II scales are not provided, it is preferable not to create new scales if possible. In such cases, a GPA on a 4.0 scale should be calculated using the following formula, and a CGS then derived using the 4.0 scale on Table II: HSGPA/HSGPA scale = "x"/4.0, where "x" becomes the value from which the CGS is derived. For example, if on a 5.0 scale a student has a 4.8 GPA (whether the scale's top grade is A or A+), the formula is 4.8/5.0 = x/4.0, x-3.84 and the CGS = 73.

4. **Calculating GPA when not provided by the secondary school:** When the secondary school does not calculate/report a GPA, the institution should calculate an unweighted GPA based on the secondary school's grading scale, using all courses for which grades and credit hours are provided, and weighting semester grades as one-half full-year grades.
   NOTE: the following grade scale is used to convert grades on a non-traditional scale to a 4.0 Unweighted Scale: HH- 4.0, H- 3.5, HP- 2.5, P- 1.5, U- 0

5. **GPA period:** GPA data always should be for more than one year, including 10th and 11th grades, 9th grade when available, and official trimester or semester grades (as opposed to term grades) in the student's current year if available at the time the athlete's decision is made. If "official" grades from the current year are available but not counted in the school's cumulative GPA, they should be added to the cumulative GPA and weighted appropriately: e.g., grades for first semester or trimester of senior year would be weighted as one-half or one-third year.

6. **GPAs from multiple schools and repeat years:** When a student has attended multiple secondary schools (including a post-graduate year), all GPAs provided by the schools should be used to the extent possible and weighted as in #5 above. If the institution believes this result is not logical and fair, it should describe what approach it believes is better, subject to the Admissions Committee's agreement.

7. **Transfer students:** CGS should be calculated using 50% secondary school GPA and 50% college GPA .

8

**JA4614**

CONFIDENTIAL

HARV00098293

B. INTERNATIONAL-SYSTEM GPA CALCULATIONS

1. **Generally:** Each school should calculate GPAs from international schools using the attached Appendix of International Calculations. If an international country is not listed on the Appendix, we should calculate an AI as it seems most appropriate. (In this circumstance, we should default to the Committee, using the NCAA International Standards as a reference point, but not necessarily a policy.)

2. **Canadian systems:** Table IIA, for establishing value of CGS of Canadian Students should be used to determine CGS based on the Province of the secondary school. Provinces where a passing grade is 50% use the first column on Table II A (Alberta, British Columbia, Manitoba, Newfoundland, NW Territories, Nova Scotia, Nunavut, Ontario, Prince Edward Island, Saskatchawan, Yukon); Provinces where a passing grade is 60% use the second column on Table IIA (New Brunswick, Quebec).

1. British systems:

   Count all GCSE (= O Level), AS and A level results in order to calculate a GPA:  A* (same as A+) = 4.3

   A = 4:0

   B = 3.0

   C = 2.0

   D = 1.0

   - If the applicant is taking a gap year, actual A-Level results should be used.
   - A Level scores are given double the weight of AS and GCSE scores.
   - Internal grades are usually not available, and should <u>not</u> be used if they are.
   - Predicted A-Level scores should be used when available.
   - All courses should be included in calculating the GPA, including physical education courses if the student receives a grade and credit for the course.

2. Pre-U:

   **The scale for Pre-U were decided on as follows, for Principal Subjects only:**

   D1 = A+/4.3

   D2 = A+/4.3

   D3 = A/4.0

   M1 = B/3.0

   M2 – B/3.0

9

**JA4615**

HARV00098294

M3 = B-/2.7
P1 – C-/1.7
P2 – D/1.0
P3 – D-/0.7

5. International Baccalaureate systems:

Average grades from the last two years of the IB program are preferred to calculate a GPA:
7 = A+ = 4.3
6 = A = 4.0
5 = B = 3.0
4 = C = 2.0
3 = D = 1.0
- If the applicant is still in school, use one year for Early applicants and one year plus one term for Regular applicants.
- If the applicant is taking a gap year, actual two-year IB results are used.
- Use IB predicted grades if available, and only if not available use internal grades.
- For IB schools in the U.S., use the course values given on the transcript; for IB schools outside the U.S., double the weight for Higher Level courses (as opposed to the Subsidiary Level courses).
- All Higher Level/Subsidiary Level courses will be counted from international schools.
- Scales: When IB predictions give split results, use the average of the split (i.e., 5/6 is given, use 5.5 for calculation).

6. **Notes on Selected Countries (added fall 2010):**

Australia – Require schools to provide a transcript of some sort, but if all else fails and they give the state final exam result or prediction (ex: UAI for NSW, OP for Queensland, usually out of 99.95) use that.

New Zealand – The scale for NZ is as follows…but ONLY for courses in which there is the possibility to get more than Achieved (Achieved/Not Achieved is basically Pass/Fail so we won't count those courses):
[E] Excellent = A/4.0
[M] Merit = B/3.0
[A] Achieved = C/2.0
[N] Not Achieved = F/0

Singapore – for schools using standard Junior College grading conventions – Include H1(General Paper, Project, etc.) & H2 predictions on a 4.0 scale to calculate GPA. Double weight for H2 marks.

For H3, the scale is:

10

**JA4616**

CONFIDENTIAL
HARV00098295

Distinction = A/4.0
Merit = B/3.0
Pass – C/2.0
Double H3s as well

If provided, include O Level/GCSE marks in calculation of GPA with a single weight like we  do with the British System.

General notes – For all national curriculums, the general rule of thumb is to include all courses as part of the GPA calculations.

7. Additional International Scales for Relevant Countries

For GPA scales of other countries Table III has been sent separately and is include in the Ivy League Academic Index Memo. Please see CGM if you need a copy.

11

**JA4617**

CONFIDENTIAL

HARV00098296

| TABLE II: For establishing value of CGS | | | | | | |
|---|---|---|---|---|---|---|
| Revised May 2015/UPDATED AUGUST 2016 | | | | | | |
| Percentage Average | International Baccalaureate | 11.0/12.0 Scale *USE FOR WEIGHTED AND UNWEIGHTED GPAS WHERE A= 11.0 AND A+ >11.0* | 5.0/6.0 Scale *USE FOR WEIGHTED AND UNWEIGHTED GPAS WHERE A= 5.0 AND A+ >5.0* | 4.0 Scale **WEIGHTED** *USE ONLY WHEN UNWEIGHTED NOT AVAILABLE* | Letter Grade Equivalent to 4.0 | 4.0 Scale UNWEIGHTED | CGS |
|---|---|---|---|---|---|---|---|
| 98.00 and above | 7 | 12.00 and above | 6.00 and above | 4.30 and above | A+ | 4.0 | 80 |
| 97.00 - 97.99 | 6/7 | 11.70 - 11.99 | 5.70 - 5.99 | 4.20 - 4.29 | | 3.91 - 3.99 | 79 |
| 96.00 - 96.99 | | 11.40 - 11.69 | 5.40 - 5.69 | 4.10 - 4.19 | | 3.81 - 3.90 | 78 |
| 95.00 - 95.99 | 6 | 11.00 - 11.39 | 5.00 - 5.39 | 4.00 - 4.09 | A | 3.72 - 3.80 | 77 |
| 94.00 - 94.99 | | 10.70 - 10.99 | 4.90 - 4.99 | 3.90 - 3.99 | | 3.63 - 3.71 | 75 |
| 93.00 - 93.99 | | 10.40 - 10.69 | 4.80 - 4.89 | 3.80 - 3.89 | | 3.53 - 3.62 | 73 |
| 92.00 - 92.99 | 5/6 | 10.00 - 10.39 | 4.70 - 4.79 | 3.70 - 3.79 | A- | 3.44 - 3.52 | 71 |
| 91.00 - 91.99 | | 9.80 - 9.99 | 4.60 - 4.69 | 3.60 - 3.69 | | 3.35 - 3.43 | 70 |
| 90.00 - 90.99 | | 9.50 - 9.79 | 4.50 - 4.59 | 3.50 - 3.59 | | 3.26 - 3.34 | 69 |
| 89.00 - 89.99 | | 9.30 - 9.49 | 4.40 - 4.49 | 3.40 - 3.49 | | 3.16 - 3.25 | 68 |
| 88.00 - 88.99 | | 9.00 - 9.29 | 4.30 - 4.39 | 3.30 - 3.39 | B+ | 3.07 - 3.15 | 67 |
| 87.00 - 87.99 | | 8.70 - 8.99 | 4.20 - 4.29 | 3.20 - 3.29 | | 2.98 - 3.06 | 66 |
| 86.00 - 86.99 | | 8.40 - 8.69 | 4.10 - 4.19 | 3.10 - 3.19 | | 2.88 - 2.97 | 65 |
| 85.00 - 85.99 | 5 | 8.00 - 8.39 | 4.00 - 4.09 | 3.00 - 3.09 | B | 2.79 - 2.87 | 63 |
| 84.00 - 84.99 | | 7.70 - 7.99 | 3.90 - 3.99 | 2.90 - 2.99 | | 2.70 - 2.78 | 61 |
| 83.00 - 83.99 | | 7.40 - 7.69 | 3.80 - 3.89 | 2.80 - 2.89 | | 2.61 - 2.69 | 59 |
| 82.00 - 82.99 | 4/5 | 7.00 - 7.39 | 3.70 - 3.79 | 2.70 - 2.79 | B- | 2.51 - 2.60 | 57 |
| 81.00 - 81.99 | | 6.75 - 6.99 | 3.60 - 3.69 | 2.60 - 2.69 | | 2.42 - 2.50 | 55 |
| 80.00 - 80.99 | | 6.50 - 6.74 | 3.50 - 3.59 | 2.50 - 2.59 | | 2.33 - 2.41 | 53 |
| 79.00 - 79.99 | | 6.25 - 6.49 | 3.40 - 3.49 | 2.40 - 2.49 | | 2.23 - 2.32 | 51 |
| 78.00 - 78.99 | | 6.00 - 6.24 | 3.30 - 3.39 | 2.30 - 2.39 | C+ | 2.14 - 2.22 | 49 |
| 77.00 - 77.99 | | 5.70 - 5.99 | 3.20 - 3.29 | 2.20 - 2.29 | | 2.05 - 2.13 | 48 |
| 76.00 - 76.99 | | 5.40 - 5.69 | 3.10 - 3.19 | 2.10 - 2.19 | | 1.95 - 2.04 | 47 |
| 75.00 - 75.99 | 4 | 5.00 - 5.39 | 3.00 - 3.09 | 2.00 - 2.09 | C | 1.86 - 1.94 | 46 |
| 74.00 - 74.99 | | 4.70 - 4.99 | 2.90 - 2.99 | 1.90 - 1.99 | | 1.77 - 1.85 | 45 |
| 73.00 - 73.99 | | 4.40 - 4.69 | 2.80 - 2.89 | 1.80 - 1.89 | | 1.67 - 1.76 | 44 |
| 72.00 - 72.99 | 3/4 | 4.00 - 4.39 | 2.70 - 2.79 | 1.70 - 1.79 | C- | 1.58 - 1.66 | 42 |
| 71.00 - 71.99 | | 3.5 - 3.99 | 2.60 - 2.69 | 1.60 - 1.69 | | 1.49 - 1.57 | 40 |
| 70.00 - 70.99 | | 2.5 - 3.49 | 2.50 - 2.59 | 1.50 - 1.59 | D+ | 1.40 - 1.56 | 38 |
| Below 70.00 | 3 | Below 2.5 | Below 2.5 | Below 1.5 | D | Below 1.4 | 35 |

12

**JA4618**

CONFIDENTIAL

HARV00098297

**TABLE IIA:  For establishing value of CGS of Canadian Students**

**Revised May 2015, Effective for Class Entering Fall 2017**

| United States 100 Point Scale | Letter Grade Equivalent | Canada Where passing grade is 50%[1] | Canada Where passing grade is 60%[2] | CGS |
|---|---|---|---|---|
| 98.00 and above | A+ | 90.00 and above | 88.00 and above | 80 |
| 97.00 --- 97.99 | | 88.00 --- 89.99 | 87.00 --- 87.99 | 79 |
| 96.00 --- 96.99 | | 86.00 --- 87.99 | 86.00 --- 86.99 | 78 |
| 95.00 --- 95.99 | A | 84.00 --- 85.99 | 85.00 --- 85.99 | 77 |
| 94.00 --- 94.99 | | 82.00 --- 83.99 | 84.00 --- 84.99 | 75 |
| 93.00 --- 93.99 | | 80.00 --- 81.99 | 83.00 --- 83.99 | 73 |
| 92.00 --- 92.99 | A--- | 79.00 --- 79.99 | 82.00 --- 82.99 | 71 |
| 91.00 --- 91.99 | | 78.00 --- 78.99 | 81.00 --- 81.99 | 70 |
| 90.00 --- 90.99 | | 77.00 --- 77.99 | 80.00 --- 80.99 | 69 |
| 89.00 --- 89.99 | | 76.00 --- 76.99 | 79.00 --- 79.99 | 68 |
| 88.00 --- 88.99 | B+ | 75.00 --- 75.99 | 78.00 --- 78.99 | 67 |
| 87.00 --- 87.99 | | 74.00 --- 74.99 | 77.00 --- 77.99 | 66 |
| 86.00 --- 86.99 | | 73.00 --- 73.99 | 76.00 --- 76.99 | 65 |
| 85.00 --- 85.99 | B | 72.00 --- 72.99 | 75.00 --- 75.99 | 63 |
| 84.00 --- 84.99 | | 71.00 --- 71.99 | 74.00 --- 74.99 | 61 |
| 83.00 --- 83.99 | | 70.00 --- 70.99 | 73.00 --- 73.99 | 59 |
| 82.00 --- 82.99 | B--- | 69.00 --- 69.99 | 72.00 --- 72.99 | 57 |
| 81.00 --- 81.99 | | 68.00 --- 68.99 | 71.00 --- 71.99 | 55 |
| 80.00 --- 80.99 | | 67.00 --- 67.99 | 70.00 --- 70.99 | 53 |
| 79.00 --- 79.99 | | 66.00 --- 66.99 | 69.00 --- 69.99 | 51 |
| 78.00 --- 78.99 | C+ | 65.00 --- 65.99 | 68.00 --- 68.99 | 49 |
| 77.00 --- 77.99 | | 64.00 --- 64.99 | 67.00 --- 67.99 | 48 |
| 76.00 --- 76.99 | | 63.00 --- 63.99 | 66.00 --- 66.99 | 47 |
| 75.00 --- 75.99 | C | 62.00 --- 62.99 | 65.00 --- 65.99 | 46 |
| 74.00 --- 74.99 | | 61.00 --- 61.99 | 64.00 --- 64.99 | 45 |
| 73.00 --- 73.99 | | 60.00 --- 60.99 | 63.00 --- 63.99 | 44 |
| 72.00 --- 72.99 | C--- | Below 60.00 | 62.00 --- 62.99 | 42 |
| 71.00 --- 71.99 | | | 61.00 --- 61.99 | 40 |
| 70.00 --- 70.99 | D+ | | 60.00 --- 60.99 | 38 |
| Below 70.00 | D | | Below 60.00 | 35 |

[1] Passing grade is 50% for the following Provinces: Alberta, British Columbia, Manitoba, Newfoundland, NW Territories, Nova Scotia, Nunavut, Ontario, Prince Edward Island, Saskatchawan, Yukon

[2] Passing grade is 60% for the following Provinces: New Brunswick, Quebec

13

**JA4619**

CONFIDENTIAL

HARV00098298

III.   **FILE ROUTING**

**INADVERTENTLY CLEARED FILES**:  Occasionally, files will be mistakenly "cleared" (considered complete) and placed in your first read bin.  Open the Admin Problems Form, note the issue and to which bin the folder should be routed when the problem is solved.  Then route the file to the Admin Problems bin.

**FILES SHOULD BE READ AND PASSED IN A TIMELY FASHION**:  Readers should take care not to allow files to pile up.  First readers need to read files from all assigned dockets as they clear, not just those whose subcommittee meets first.  However, because all files will clear regardless of round, readers should read early action files first, as soon as possible.  Regular action files can generally wait until after December 1st but you can read them prior to that if you are able to.  This is important, and we will monitor reading progress centrally.  If you need help keeping up for whatever reason, let us know immediately.  Readers should code out files to the Committee Review bin or pass to the Chair.  First-time readers will use the Optional Additional bin for their first 50-100 files during Early Action.  Those files will be redistributed to experiences readers by the operations staff.

**SECOND READERS (OPTIONAL ADDITIONAL READER)**:  Except by new readers (for whom special routing instructions are provided below), second readings should be used only in the rarest of instances:

    A)  If three readings are needed for a complex case.

    B)  If the case raises issues of policy.

    C)  If the case would be greatly helped by a second reading from the former area person or someone with special knowledge of an area or type of case.

No second reader will ordinarily be assigned.  If you want/need a second reading, consult the enclosed docket assignment sheet to identify other readers on your docket. Try not to burden one person inordinately. You should choose "Optional Additional Reader" as the next bin and enter the name of that person which will place the file in their queue. You can add a note for the second reader such as "Please give V docket context" You should also send an email to special second readers to alert them to your requested reading. If you have received a file as a second read for a new reader, please read it as quickly as possible and put it back in the queue of the new reader.

**FIRST-TIME READERS**:  New readers should have their first fifty to one hundred Early Action files passed to the Optional Additional Reader bin or to the chair bin, based on relative strength. Some chairs may wish to use different approaches for first year readers.

**GENERAL ROUTING RULES:**

14

**JA4620**

CONFIDENTIAL

HARV00098299

1) A file should be passed <u>directly</u> to the chair:

- If the first reader rates a file a "2-" or better (i.e. a case the first reader thinks has a very good chance of being admitted)

- If the case will likely (or almost certainly) be discussed in Committee.

- If you want the docket chair's opinion or want simply to have the docket chair informed about the case.

   **If the first reader has a significant degree of uncertainty about how to proceed with the case, he or she should consult the docket chair.**

2) A case rated a 3+ may be passed to the chair or routed straight to the Committee Review bin. The first reader should consider carefully the likelihood that additional anticipated information (e.g., a superior music rating) will make the case more compelling, in which case the folder should be passed to the chair. If there is no further information anticipated and the case is qualitatively a 3+ (a strong case but like many others), an experienced first reader does not need to pass it on.

3) Typically, a case rated a 3 or lower with no particular attribute that would make it competitive can be routed directly to the Committee Review bin. Obviously late information or school context could change this initial evaluation. The first reader, as an advocate, must be doubly certain to check all late information that might make a difference to the case prior to the Committee meetings. This is particularly important for candidates whose outstanding personal qualities become evident once we have the alumni/ae interview.

Readers new to a docket should discuss with the docket chair any special guidelines about which files should be passed on and which files should not.

**BINS**
In Slate, various "bins" are used to track an application file's progress through the application cycle. Bins are used for ease of day-to-day work - they do not represent final decisions. The layout of bins can be viewed in the Slate Reader using the Browse tab (Note: the "Freshman Only" preset filter in Reader displays all freshman applicants and previous admits in the current application period).

Each bin column represents a different phase of the application cycle, and generally, work flows from left to right:
- Pre-Review: Folders are incomplete, incorrectly coded, or withdrawn
- Reads: Folders are complete ("cleared") and ready for review by readers
- Committee: Folders are ready for discussion by committee

15

**JA4621**

CONFIDENTIAL

HARV00098300

- Working Decision: Folders have been discussed by the committee and a decision has been recommended
- Final Decision: Decisions have been checked and confirmed; ready for decision release
**(Note: Files should only be moved to final decision bins on Decision Day by the Slate team. Prior to Decision Day, files should remain in Working Decision bins.**

## CHANGING BIN ASSIGNMENTS

Readers normally change a folder's bin assignment during the reading process using the Review Form in the Slate Reader. Occasionally it will be necessary to change a folder's bin assignment after the Review Form has been submitted. In these cases, the bin assignment can be changed in the Student Record. To edit a bin assignment in the Student Record, click the "Edit Application Details" tab on the right, and select the desired bin from the Bin dropdown menu.

## CLEARING INCOMPLETES

**Readers should be sure to check the "Not Cleared" bin before each of their subcommittee deadlines and then periodically before decisions are final to check for any cases that could be read with the materials in the file. Sometimes, transcripts may be in various tabs aside from the "SSR" tab. Readers should use their discretion or consult with their chairs but in general, a file that has an application and a transcript can be read and evaluated.**

## SPECIAL READINGS

- WRF should see cases that could be particularly sensitive or controversial or that raise issues of fundamental policy. When in doubt, send the file on by routing to the 4th reader bin.

- Folders of <u>competitive</u> candidates who attended secondary school outside the U.S. and Canada may be passed on to the appropriate U, V or W docket area person or RMW if help in assessing foreign credentials is needed. <u>Be selective</u>- don't pass on a case unless you are sure the applicant is competitive or has some <u>unusual</u> attributes.

- A faculty readings memorandum will be distributed later regarding specific procedures.

- Supplemental music/art/dance/academic materials of <u>clearly competitive</u> candidates with an unusually strong talent may be assessed through a supplementary process - through Slideroom (for music and dance) or through the faculty read process (for art or academic work). Handling of this material will be addressed through memoranda over the course of the fall.

## IV. OTHER ITEMS

16

**JA4622**

CONFIDENTIAL

HARV00098301

*bold?*

- **Slate is made up of data downloaded from the application and supplemental forms. We currently do not have the ability to enter all the information by hand for those applicants who do not submit their forms on-line. However, the data entry staff will enter the most critical bio/demo information as they have in the past. This means that the dockets will be correct, but the summary sheets for these applicants will be primarily blank. You should double-check the data that is important - i.e. parent education, ethnicity, aid status, etc. - basically every field that's on the summary sheet. About 1% of all our applicants will fall into this category.**

- <u>Acknowledgments to guidance counselors, teachers, and others</u>: The area person may occasionally feel it worthwhile to acknowledge unusually helpful TRs and SSRs by writing a note to the author. The note should acknowledge that the candidate may or may not be admitted. **Supplementary letters of recommendation may have already been acknowledged with a card or letter, but if not, particularly with recommenders who are alumni or others about whom Harvard might be concerned, you should call the letter to the attention of MEM or WRF and an acknowledgment will be sent. This is important!**

- <u>Support Materials</u>: ALL manually submitted support material should be dropped into the appropriate basket in the mailroom for sorting and scanning.

- <u>Misfiled and Missing materials</u>: If a teacher report, school report or any other material that would be helpful to a competitive candidate is missing, first readers should request a copy be re-sent. Files should be sent on to other readers unless the missing pieces are crucial. In such cases, first readers should hold onto the file by routing the file to the "Area Person Follow Up" bin. Detailed instructions on how to add new materials to an applicant's file can be found in the "Documentation" tab of the Slate welcome page.

*not addressed*

- <u>File items that require attention</u>: Unanswered letters should be handled by first readers where appropriate or others including MEM or WRF.

## V. SCANNING AND INDEXING

There is a basket in the mailroom to collect and sort hard-copy documents received. The forms collected in these baskets should have content that is *specific* to the admission decision of the applicant and are marked as such, for example, mailed applications or supplements, letters of support, teacher reports, Harvard evaluation, (coach, arts, music, Harvard faculty), midyear reports, SSR's etc. We will scan almost everything. If that's not possible, an "oversized support" form will be scanned and added to the file to let you know there is material sitting in the bookcase in Conference Room 5.

Relevant emails to officers from applicants or about an applicant should be saved as a PDF file and indexed directly into the applicant file by the officer. To do so, go into the student record in

17

**JA4623**

HARV00098302

Slate select the current round tab and scroll down to the "Materials" header. Click to add new material and make the appropriate selection from the drop-down menu. If you receive materials both electronically and in paper, you do not need to have the paper material scanned.

Documents displayed in the Reader are named by the document type that follows the menu down the left side of the Slate e-reader.
- Application (and supplement)
- SSR
- TRs
- Interviews
- Additional academic (additional transcripts, etc)
- Midyear
- Final Report (potentially greyed out until admitted)
- Ratings Forms (includes IRFs)
- Miscellaneous (notes from family/friends, alums, correspondence, noting of oversized support, etc)
- Waitlist
- Previous App
- Portfolio (NOTE: a tab in Slate we do not use at this time).

18

**JA4624**

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　HARV00098303

TRIAL EXHIBIT

**P755**

SFFA v. Harvard

Message

| | |
|---|---|
| **From:** | McGrath, Marlyn E. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EBE4F7EB9F69460199E54E5CDF63552C-MMCG] |
| **Sent:** | 8/13/2018 5:07:27 PM |
| **To:** | Mascolo, Christine Collette [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c61c8c86863f4a31b11d8b770041b093-mascolo] |
| **CC:** | Fitzsimmons, William R. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7c9507805d49473598925d032af30d42-User_e3990d] |
| **Subject:** | Re: Proposed changes to reading instructions |

Sounds just right to me. Thanks you— and for checking with Ara.


On Aug 13, 2018, at 10:53 AM, Mascolo, Christine Collette <mascolo@fas.harvard.edu> wrote:

Just FYI that there may be more updates to the reading instructions ████████████ I will work with the group that considered PQS during the retreat and make some recommendations I will share with you both.

**From:** Gershengorn, Ara
**Sent:** Friday, August 10, 2018 1:56 PM
**To:** Mascolo, Christine Collette
**Subject:** RE: Proposed changes to reading instructions



Best,
Ara

**From:** Mascolo, Christine Collette
**Sent:** Friday, August 10, 2018 1:40 PM
**To:** Gershengorn, Ara <ara_gershengorn@harvard.edu>
**Subject:** RE: Proposed changes to reading instructions
Thanks so much Ara.

Thanks again and I hope you have a great weekend!
Christine

**JA4625**

**From:** Gershengorn, Ara
**Sent:** Friday, August 10, 2018 1:18 PM
**To:** Mascolo, Christine Collette
**Subject:** RE: Proposed changes to reading instructions

Hi Christine,

Best,
Ara

**From:** Mascolo, Christine Collette
**Sent:** Wednesday, August 08, 2018 4:15 PM
**To:** Gershengorn, Ara <ara_gershengorn@harvard.edu>
**Subject:** Proposed changes to reading instructions

Hi Ara,

Thanks very much,
Christine

**JA4626**

CONFIDENTIAL                                                                                    HARV00098353



TRIAL EXHIBIT

P767

SFFA v. Harvard

Message

| | |
|---|---|
| **From:** | McGrath, Marlyn E. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EBE4F7EB9F69460199E54E5CDF63552C-MMCG] |
| **Sent:** | 9/7/2018 7:26:47 PM |
| **To:** | Mascolo, Christine Collette [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c61c8c86863f4a31b11d8b770041b093-mascolo] |
| **CC:** | Fitzsimmons, William R. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7c9507805d494735598925d032af30d42-User_e3990d]; Balian, Andrea [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c7673844b4cc4dbd866edbdf53db2041-balian]; Pacholok, Olesia [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c61540411ce64f4e86fc6be998d563e8-pacholok] |
| **Subject:** | Re: Privileged and confidential: RE: Reading instructions |

Good to have. Thank you. M

Sent from my iPhone

On Sep 7, 2018, at 3:02 PM, Mascolo, Christine Collette <mascolo@fas.harvard.edu> wrote:

See Ara's edits and message.

**From:** Gershengorn, Ara
**Sent:** Friday, September 07, 2018 10:43 AM
**To:** Mascolo, Christine Collette <mascolo@fas.harvard.edu>
**Subject:** Privileged and confidential: RE: Reading instructions
Hi Christine,

███████████████████████████████████████████

Best,
Ara

**From:** Mascolo, Christine Collette
**Sent:** Tuesday, September 4, 2018 1:45 PM
**To:** Gershengorn, Ara <ara_gershengorn@harvard.edu>
**Subject:** Reading instructions
Hi Ara,
I hope you were able to enjoy at least some of the long weekend!

███████████████████████████████████████████

Thanks very much,
Christine

**JA4627**

CONFIDENTIAL



2012 Casebook

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

United States District Court
District of Massachusetts

**DX 2**

Case No. _____1:14-cv-14176 (ADB)_____
Date Entered_____
By_____
Deputy Clerk

HARV00000212

**JA4628**

DX002.0001

# Sergei Liukin

**School:** Hillridge High School
**Description:** Independent private school on the East Coast, 100% of graduates go on to attend four-year colleges, many AP courses offered
**Ethnicity:** (left blank); dual citizen with the Russian Federation

**Mother:** licensed practical nurse
**College:** associates degree
(divorced in 1995)

**Father:** Computer engineer
**College:** B.A. foreign university,
PhD from American university

**Siblings:** none

**Tentative field of study:** Mathematics
**Commitment:** 2 (1-5 scale: 1, absolutely certain; 5, undecided)
**Intended occupation:** Academic
**Commitment:** 1 (1-5 scale: 1, absolutely certain; 5, undecided)
**College activities:** Writing/literary magazine, orchestra
**Commitment:** 2 (1-5 scale: 1, absolutely certain; 5, undecided)

**Class rank:** none provided, but highest GPA listed is Sergei's, 64 students
**SAT I:** 800/800/800
**SAT II:**      800 Chemistry       800 Math II       800 US History
                 800 French Reading   790 World History

**Extracurricular Activities:**
Independent math research (11-12)
    6 hrs/week, 52 weeks/year
MIT summer research program (11)
    144 hours/week, 6 weeks/year
    Top ten presenter
Math clubs (11, 12)
    1.5 hours/week, 40 weeks/year
    President
International club (9-12)
    1 hour/week, 12 weeks/year

**Athletics:**
Weightlifting (11-12)
JV tennis (11)
6 hours/week; 8 weeks/year

**Employment:**
Math tutoring
2 hours/week

**Academic Honors:**
Cum Laude Society
National Merit Semi-Finalist
Top Scholar, Class of 2009
Mu Alpha Theta
National Honor Society

**Summer Activities:**
Research at MIT (11th)

**Advanced Placement Test Results:**
| | |
|---|---|
| Physics B | 5 |
| History of Art | 5 |
| Eng Lang & Comp | 5 |
| World History | 5 |
| Calculus BC | 5 |
| French Language | 5 |
| Chemistry | 5 |
| United States History | 5 |

Liukin 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00000213

**JA4629**
DX002.0002

**Short answer (most meaningful activity)**

In spring of my sophomore year, I began studying analysis under the guidance of a professor at my local university. At first, I studied its fundamentals, learning the basics of two major subfields: real analysis and complex analysis. After several months of reading textbooks, I began to read about current areas of research, so by the spring of my junior year I had the background to work on unresolved problems. Last summer at MIT, I obtained results that characterized the behavior of a generalized version of a complex mathematical process. Working on research has at times been a trying experience, but the intellectual stimulation it gives me—along with the opportunity to make new discoveries and the joy of progressing towards the desired results—has made it a worthwhile endeavor.

**Personal Statement**

Almost everyone knows Thoreau's *Walden*. That is, they know that it was written by some guy in the nineteenth century who went to live in the woods but still returned home often enough to let his mother wash his clothes (supposedly). But what is truly fascinating about Thoreau's account is not the details of his life in the woods, but the central question that runs through it: What's it all about? Thoreau noticed that most people spend their lives in a daze, always aiming to acquire some new possession—be it house, carriage, or car—or a new, apparently better, position in life, without really knowing what they want, or why they are breaking their backs to pay, for instance, a mortgage for a house they might not have really wanted in the first place.

When I first read the book, in the hot and hectic final days of my junior year, it struck me that the situation is no better—in fact, far worse—in modern times. The quantity and variety of purchasable goods has increased exponentially, as has their availability, while the lot of most people has improved only slightly. So, naturally, I asked myself what *I* was in it for? What did *I* want? What's it all about for *me*?

Thoreau spent twenty-six months in the woods, simplifying his life as much as he could, in search of an answer to that question. And he filled up a book with an account of that time, so that others might—not follow his example, but be inspired to find their own path. I have not yet taken so extreme a measure, but I realized that I too had been searching for a more simple life, for a certain spareness and bareness that might allow me to see the world and myself more clearly. To see the world clearly, to see ourselves and our fellows in a true light: these are not small things, mere trifles to be cast aside as worthless; these are the things that I most want, because it is only with clarity of sight that we can attain real understanding.

As mathematicians are wont to do, I started with the simpler case—myself. Strange as it is, even that case is not so easy to determine, and certainty comes only in fleeting moments. I spent the summer at MIT, working on mathematics, one of my favorite things to do. Late one night, wide awake with the desire to solve the open problem I was researching, I withdrew to a quiet room that had been abandoned by my sleeping comrades. I sat and I read and I scribbled and crossed out equations, filling up page after page of my notebook, whose pages were already rough and ridged from having been wet. The clock ticked, and before I knew it, it was midnight. But the problem—even the particular subproblem I had set out to solve that night—still stood its ground. Time wore on, but, at last, my scribbling went for a page without the line of attack failing; at two pages,

Liukin 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00000214

I was in full swing, my hand racing across the page and down lines with the speed of a rocket; at three pages, my heart began to beat in double time; and at five, when I wrote QED, the universally acknowledged way of ending a handwritten mathematical proof, I felt excited beyond words. I returned to my room in a daze, to find my roommate already asleep, his small digital clock reading one a.m. Yes, I thought, clambering into bed, still thrilled by the experience I had just had, this is it.

Anne Dillard writes about a similar experience. Frequently, in her book *Pilgram at Tinker Creek*, she writes about "the tree with the lights in it," the image she associates with the moments of ecstasy when—to paraphrase her—the world seems to be infused with a light that can be nothing but divine. "I live for it," she writes, "for the moment when the mountains open and the new light roars in spate through the crack, and the mountains slam." Yes, I think, reading this line for what must be the hundredth time. Yes: I, too, live for these moments. I'm in it for the moments when incomprehension falls like a blindfold from in front of my straining eyes, when the mental darkness passes like a covering cloud, and a full, bright light shines, and the problem that seemed impossible, or the proof that seemed infinitely out of reach, comes within my grasp, for the moments when I share Dillard's rapture, when the difficulty is overcome and I feel on top of the world.

They can come in many forms, these moments, but my favorite variety is the kind that stems from a difficulty surmounted or a problem solved. This is part of what attracts me to mathematics: here is one of the oldest areas of human thought but one that is still, in the words of Ian Stewart, "bristling with open problems." Many of these open problems are fascinating, sometimes by virtue of their sheer simplicity. One famous assertion, long believed to be true by most mathematicians, remains unproved in spite of its extreme accessibility; it is known as the twin prime conjecture and can easily be stated: there are infinitely many prime numbers $p$ (numbers with no factors but themselves and the number 1) such that $p + 2$ is also prime. These kinds of problems hold a powerful allure for me, as they do for many mathematicians. Mathematics also attracts me because it offers an opportunity to contribute significantly to human thought, to leave an intellectual mark—be it ever so small—on human civilization. And it is very important to me to make such a contribution.

None of this necessarily lets me see the world and myself as clearly as is possible. But the search for understanding cannot terminate so soon; it lasts, I suspect, until the thread of life is cut and death is nigh. It is unlikely that Thoreau left his little house by Walden Pond with all his questions answered or without the appearance of new ones, but some of his questions *were* answered, and the questions he experienced doubtless helped him understand himself and the world better. Likewise, doing mathematics—and understanding *why* I love to do it—helps me know myself better as, in the words of Thoreau, I "go about my business," always looking to see more clearly and understand more fully.

### Secondary School Report

Maturity beyond his years, intellectual curiosity beyond the ordinary, and promise beyond limits are qualities that define Sergei Liukin's character, his choices, and his future. Serge is the consummate student, one who is lead by his passion for learning and never limited by conventional education. He takes advantage of every opportunity to expand his opportunities, to leap into new learning environments and to open every learning door. From independent study, to travel, to research at MIT, Serge builds upon his high school

Liukin 3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    HARV00000215

experience and reaches out for more. Serge is a voracious reader; he enriches his formal education experiences with his eclectic choice of books and publications. Serge simply loves to learn, to share his knowledge and ideas, and to pursue intellectual development. But Serge does not limit himself to academia. Instead, he delights in sharing his expertise and reaching beyond the classroom.

At first glance, president of Mu Alpha Theta/Math Club may not evoke an image of excitement. But here, his team of "math-letes" are a dynamic group of competitors. As leader of this eclectic group, Serge has made membership and math competition fun. On any given Saturday members travel to regional and state contests and garner accolades and awards for Hillridge. Serge is a leader who inspires confidence. He sets an example of excellence and hard work with the addition of a sense of genuine accomplishment. Serge has made being in the Math Club an honor. Whether a leader or team member, Serge is committed to his responsibilities. As a two-year member of National Honor Society he is a much sought after math tutor. NHS tutors work closely with middle school students to assist them in the transition to the Upper Division academic program. Serge never turns down a request and has accrued an impressive record of service with the program.

The honors and accolades that Serge has earned at Hillridge range from Cum Laude Society, a place on the JV tennis team, Co-President of the Class of 2009, first place in the National French Exam, level five, to National Merit Semi-finalist. His academic interest is math but Serge is never limited to one discipline. As far as I can determine, Serge is the only student who will graduate from Hillridge with 13 AP courses to his credit, ranging from Calculus BC to AP Music Theory. His choices cover every academic discipline and he plunges into each subject with eagerness and a curiosity for knowledge. There is a mutual appreciation between Serge and his teachers. His teachers delight in his energy and intellect that he brings into the classroom and Serge has genuine respect and admiration for his teachers. The litany of praise across the curriculum includes, "Serge makes every day of teaching worthwhile." , "I commend Serge for his work ethic and the high standards he sets for himself.", "Serge is a remarkable student whose intelligence is enhanced by his insatiable curiosity and willingness to learn." , "Serge possesses a keen and nuanced understanding of the material we cover.", "Serge approaches learning with curiosity, a positive attitude, and a sense of humor." , "Serge is the student who always asks higher level questions that stimulate class discussion." All of these observations are right on target! But perhaps the most overreaching comment is offered by Serge's "Math-mentor", Mr. Zupan who writes, "Serge is the caliber of student that comes along once in a lifetime, if ever, to a teacher, or for that matter, to a school. I am privileged to be a part of his intellectual growth."

It would be the perfect "story-book" scenario to say that the road to intellectual growth, academic accolades, firm friendships, and amazing experiences has been smooth and straight. But that is not the case for Serge. He came to Hillridge early in his freshman year to finally settle down after moving 10 times and attending four different schools. His hesitation and tentativeness melted away as Serge began to embrace his new home. Serge's years of changes brought him a valued characteristic, independence. This independence has given Serge the ability to explore mathematics well beyond the limits of our curriculum, to teach himself tennis, to attain the highest score on the National French exam, fifth level after three formal years of study, and to reach for his highest goal: "I am to become one of the great contributors to human thought." He is a life-long learner who will take advantage of every opportunity in the classroom and in the community at Harvard, to live, learn, and contribute. Like his teachers and peers, I am privileged to know Serge and to have the opportunity to recommend him to the Admissions Committee at Harvard University.

Liukin 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00000216

## Hillridge Transcript

| Grade 9 | Final | Grade 10 | Final |
|---|---|---|---|
| English 9 H | A+ | English 10 H | A+ |
| Algebra II H | A+ | AP Calculus BC | A+ |
| AP Physics | A | Chemistry H | A+ |
| Western Civilizations | A+ | Contemporary Issues | A |
| French I | A+ | World Religions | A+ |
| Health/Fitness | A | French III H | A+ |
| | | AP Art history | A+ |
| | | Concert Band | A+ |

| Grade 11 | Final | Grade 12 | Final |
|---|---|---|---|
| AP English Language | A+ | AP English Literature | |
| Adv. Topics in Mathematics | A+ | Independent Study Math | |
| Biology H | A+ | Abstract Algebra | |
| AP Chemistry | A+ | AP Biology | |
| AP U.S. History | A+ | AP European History | |
| AP French Language | A+ | AP French Literature | |
| Concert Band | A+ | AP Music Theory | |

## Teacher Recommendation 1

I have known Serge for two years, first as his AP Calculus BC teacher in his sophomore year, and as the teacher/mentor of his independent studies class entitled "Advanced Studies in Mathematics" in his junior year. Before I get into substantiating details, I would like to immediately express the nature of my recommendation.

Prior to my two years at Hillridge, I taught BC Calculus for five years in a large public high school, and eight years in two of the most prestigious independent schools in the D.C. area. I taught the strongest math students those schools had to offer. I had many very successful and several truly brilliant students. I do not exaggerate when I say that none of them could hold a candle to the genius of Serge Liukin. Serge is far and away the most talented math student I have ever had the pleasure of knowing, as well as being the most enthusiastic, the most creative, the most rigorous, the most disciplined, the most curious, the most intrinsically motivated, and the most accomplished. Add to this the fact that he is almost humble in his demeanor, always with a quick smile on his face and a kind word to others. He is the caliber of student that comes once in a lifetime, if ever, to a teacher, or for that matter, to a school.

Serge is a voracious student of mathematics. As a freshman, he read a Calculus text on his own. As a BC student in his sophomore year he became interested in Real Analysis and under my guidance read a text on that subject, and solved all of its problems. Towards the end of that year Serge became interested in entering the Siemens Competition in Math, Science & Technology. To that end, he spent his junior year working with a professor of mathematics at a nearby university. Under his guidance, Serge devoured a Linear Algebra text and a Complex Analysis text, and, in attempting to narrow down his choice of a topic

Liukin 5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00000217

**JA4633**
DX002.0006

for the competition, read a series of published papers on Complex Analysis. Also in his junior year Serge read a text on Mathematical Logic and began one on Abstract Algebra in my independent studies class. I have a bachelors and a masters degree in mathematics, and I stand in awe of the level of expertise Serge has developed in so short a time. Serge seems to have everything he studies at his finger tips; he has got an almost photographic memory. He has the natural ability to recall in minute detail practically any proof or solution he has ever read or composed himself. He has developed into an accomplished mathematician, writing beautifully structured, elegant and creative proofs, and almost effortlessly finds solutions to the most obtuse and complex problems. In recognition of his genius, Serge was accepted into a prestigious summer program at MIT. He completed that program this summer and produced a paper which is clearly on the level of an advanced mathematics graduate student.

When I reread this recommendation it seems like hyperbole, but I assure you it is not. Serge is a world-class intellect not yet in full bloom, but growing incredibly. Serge will make a great name for himself in the world of mathematics. It is an historic opportunity for a university to be a part of guiding his growth and success.

| No basis | | Below average | Average | Good (above average) | Very Good (well above average) | Excellent (top 10%) | Outstanding (top 5%) | One of the top few I've encountered in my career. (top 1%) |
|---|---|---|---|---|---|---|---|---|
| | Academic achievement | | | | | | | X |
| | Intellectual promise | | | | | | | X |
| | Quality of writing | | | | | | | X |
| | Creative, original thought | | | | | | | X |
| | Productive class discussion | | | | | | | X |
| | Respect accorded by faculty | | | | | | | X |
| | Disciplined work habits | | | | | | | X |
| | Maturity | | | | | | | X |
| | Motivation | | | | | | | X |
| | Leadership | | | | | | | X |
| | Integrity | | | | | | | X |
| | Reaction to setbacks | | | | | | | X |
| | Concern for others | | | | | | | X |
| | Self-confidence | | | | | | | X |
| | Initiative, independence | | | | | | | X |
| | OVERALL | | | | | | | X |

Liukin 6

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00000218

**JA4634**
DX002.0007

**Teacher Recommendation 2**

Mr. Serge Liukin has asked me to write you a letter of recommendation, and I am thrilled to comply. Knowing that you read hundreds, possibly thousands of student applications, and most of them glowing, complimentary accounts of the students they represent, I am at a loss how to make my letter stand out enough to do Serge real justice. You will be able to see by his record that he is an outstanding student, in every way truly gifted intellectually. I am unsure what I might add to that record, but I'll do my best. Let me touch briefly on what I see as Serge's greatest assets, what I see as one of his few weaknesses, and an example of his intellectual caliber.

As to Serge's strengths, they are many, but the sheer power and clarity of his mind is probably the greatest among his many qualifications. I am in my thirtieth year of teaching, and Serge may be one of the half dozen most intellectually gifted students I've ever taught. Probably most people's initial assessment would see Serge as a mathematical and scientific ace, but I teach him currently in AP Literature, and taught him last year in AP Language and Composition, and in both courses he was at the top of the class. His writing is not stylistically innovative, but it's amazingly mature both in terms of his command of mechanics and in terms of his understanding of the issues. As you'll see in his record, he got a five on the AP Language exam last May, and so far this year it looks like he's a shoo-in for a five on the AP Literature exam this coming May. I am hesitant to use a heavily loaded term like "genius," but Serge way well qualify. For real.

As to weaknesses. Unfortunately, like many people of his caliber, Serge can be intellectually arrogant. With stronger teachers he will form a tight bond of admiration and (probably mutual) respect. But he has no tolerance at all for weaker teachers who cannot command his respect. In his tenth grade year he was seriously considering circulating a petition to have his then English teacher dismissed. In many was she was (despite some strengths) not the best teacher for Serge, but he did not show a willingness to work with her and support her, as he well could have. And in class he can sometimes dominate class discussions. Still, I think these are areas of emotional maturity that he may be as of yet too young to have accomplished. I'd like to hope that there would eventually emerge a compassion and a love of humanity the equal of his intellectual gifts.

I recall last year after we had read an essay by Barbara Lawrence called "Four-Letter Words Can Hurt You," Serge and I had a spirited exchange of essays, completely aside from schoolwork, on the topic of the intrinsic badness of certain four-letter words, especially the "f-bomb." I maintained, and still do maintain, that this word is a bad word because of what it means, because that meaning is base and evil. Serge, the young moral relativist, held to the position that words are only bad because our "thinking makes them so," to steal Hamlet's words. Which of us is "right" is not the point of my illustration. The point is that a student, on a strictly volunteer basis, took up the project of arguing with his teacher in a very well reasoned way. Serge probably wrote at least three essays in response to my own—or, rather, we wrote in response to each other. We argued the fine points of meanings, took up or took issue with the dictionary, debated the whole concept of "intrinsic" meaning, and for Serge's part, he did so in fluid prose that soundly argued a well-reasoned thesis. At the end of the day I think his position is mistaken, but how many students would step up like that to an intellectual challenge?

All in all, I cannot recommend Serge Liukin too highly. If a college education will instill in him the sense of humanity to match his brilliance, we will have a major contributor on the world stage.

<div align="right">Liukin 7</div>

HARV00000219

<div align="center">

**JA4635**

DX002.0008

</div>

| No basis | | Below average | Average | Good (above average) | Very Good (well above average) | Excellent (top 10%) | Outstanding (top 5%) | One of the top few I've encountered in my career. (top 1%) |
|---|---|---|---|---|---|---|---|---|
| | Academic achievement | | | | | | | X |
| | Intellectual promise | | | | | | | X+ |
| | Quality of writing | | | | | | | X |
| | Creative, original thought | | | | | | X | |
| | Productive class discussion | | | X | | | | |
| | Respect accorded by faculty | | | | | | X | |
| | Disciplined work habits | | | | | | X | |
| | Maturity | | | | X | | | |
| | Motivation | | | | | | | X |
| | Leadership | | X | | | | | |
| | Integrity | | X | | | | | X |
| | Reaction to setbacks | | X | | | | | |
| | Concern for others | | X | | | | | |
| | Self-confidence | | | | | | | X |
| | Initiative, independence | | | | | | | X |
| | OVERALL | | | | | | X | |

**Additional materials**

Three letters of recommendation (two from math professors/mentors), math research paper.

**Faculty Evaluation**

A blue-chipper. The paper he submits is terrific. One of his recommenders calls it "publishable in a serious journal...could be part of a Ph.D. thesis"—and this is by MIT standards, and the recommender is typically very restrained. Mathematically, I haven't seen many folders stronger than this. I'd put him at the same level as the two others I reviewed above, which is to say exceptional.

Liukin 8

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00000220

**Alumni Interview Report**

**Academic (1)**
*Genuine scholar, Summa potential, top grades, high 700 and 800 scores combined with evidence of original scholarship*
      Love of Learning—'outstanding'
      Intellectual Curiosity—'outstanding'
      Intellectual Originality—'outstanding'

      Serge is doing original work in theoretical mathematics about the behavior of molecules in non-compressable liquids being forced through a little opening. It is an extension of an equation which predicts the behavior of fluids in such a situation but not at the molecular level. He spent six weeks at MIT working on this problem. He looks forward to a career in academia. I am not competent enough to judge the legitimacy of his work, but I'm 99% sure he wasn't trying to snow me under. He's into some really esoteric stuff!!

**Extracurricular, Athletic, Community, Employment, Family Commitments (4+)**
*Some but not extensive participation*

      Serge plays violin in the school concert band. (His school is too small for both a band and an orchestra.) He was the sole violin when he joined the band. This year there are four violins. Serge has played interscholastic tennis, both singles and doubles. He's undecided whether he will play this year.

**Personal Qualities (2+)**
*Rare personal appeal and character*
      Openness to new ideas and new people—'outstanding
      Contribution to college life—'outstanding'
      What kind of roommate would this student be?—'truly unusual

      Our hour together was relaxed and comfortable. Serge is articulate and thoughtful. His mathematics, of course, blew me away. So I asked him about other subjects. He talked about a report he did on the French Revolution. "I found it fascinating to consider that point when the revolution devolved from idealism into terror," he said. He struck me as down-to-earth and easy to talk to. His curiosity (and passion) for mathematics evoked my question , "Is your love of mathematics a search for truth with a capital 'T'?" He said, "I think it's truth of some kind, but it's certainly not going to answer all the questions of my life. I see mathematics as the 'art of science.'" A person could get into some very interesting conversations with Serge.

**Overall (1)**
*Absolutely superior for admissions; truly unusual in the entire applicant pool*
      Easy flow of conversation

      Serge is probably a mathematics genius. He took calculus in 10th grade and has worked with a math professor for the past two years. (I had a classmate who was truly a math genius, but he was a little odd.) Serge is very ordinary, in a good way. He's not a nerd. He is not pretentious. I think he'd be a terrific addition to the class of 2013!

<div align="right">Liukin 9</div>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

<div align="right">HARV00000221</div>

<div align="center">

**JA4637**

DX002.0010

</div>

# Thomas Smith

**School:** Roseville Senior High School
**Description:** public school on the East Coast; 95% of graduates attend four-year colleges; many AP courses offered
**Ethnicity:** Caucasian

**Mother:** Sales Representative
**College:** State university (BA, MA)

**Father:** Unemployed
**College:** Private four-year college;
            JD at private university

**Siblings:** Aaron (16), Michael (14)

**Tentative field of study:** Social Studies
**Commitment:** 3 (1-5 scale: 1, absolutely certain; 5, undecided)
**Intended occupation:** Law
**Commitment:** 4 (1-5 scale: 1, absolutely certain; 5, undecided)
**College activities:** Political Groups, Writing/LitMag
**Commitment:** 2 (1-5 scale: 1, absolutely certain; 5, undecided)

**Class rank:** 95%/318
**SAT I:** 750/700/800
**SAT II:** 800 U.S. History       720 Math 1       740 Physics

| **Extracurricular Activities:** | **Athletics:** | **Employment:** |
|---|---|---|
| Political Digest (9-12) | None | Summer (~ 35-50 hrs/week) |
|     2 hrs/week | | Term time: Myclassguides.com |
|     Secretary, Publisher | | |

Model Congress (10-12)
    1 hr/week
    Gavel Award
    Presidential Candidate at Princeton Model Congress
Student Government (9-12)
    3 hrs/week
    President of Roseville High School Student Council
    President of Senior Class
    Previously VP of Freshman, Sophomore, Junior classes
Myclassguides.com – a business Thomas started to provide study guides for AP exams
Crisis Center Volunteer (11-12)
    4 hrs/week
    Counselor's Assistant
B'nai B'rith Youth Organization, Roseville Chapter (10-11)
    2 hrs/week
    VP for Programming

Smith 1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00000222

**JA4638**
DX002.0011

| Academic Honors: | Advanced Placement Test Results: | |
|---|---|---|
| NMSF | US History | 5 |
| National Honor Society | European History | 5 |
| AP Scholar with Honors | Eng Lang & Comp | 5 |
| NCTE | Physics B | 5 |
| George Washington Book Award | | |
| HOBY | | |

**Summer Activities**

Work (Jefferson County Democratic Committee and Board of Elections)
Care-Taker at Greenway Country Day School
Seeds of Peace International Camp (2007)

**Activities (most meaningful)**

I always prefer to work at the Crisis Center at night. My duties are relaxed, and by 10pm most of the hotline pranksters have either moved on to more productive activities or simply tired themselves out. Our privacy policy disallows Assistants from hearing the voices of our clients, so, in my quiet contemplation, my mind pictures the callers speaking to the Counselors around me. The mother beaten by her husband; the teenager terrified to reveal his sexuality; the couch-surfing, transient 20-something unable to hold a job or a home. No longer is it the story in the newspaper or item in the police blotter: these strangers are only a circuit breaker away. We never learn the fates of our callers, and that scares me a little. But I am satisfied that we actually did improve somebody's life, if even for but one phone call.

**Personal Statement**

*"I'm going to kill you."*

It struck me that that in the depths of a human faced with unbearable frustration, in our case heated and ceaseless debate over the virtues and terrors of suicide bombing, there germinates the completely irrational, the unimaginably absurd. My friend, the tall and brooding Palestinian teenager with whom previously I had only shared *Bamba* and laughter, had come to see that his logic was completely lost on me, his cause unlovable, and his beliefs rebuffed. In a moment his own intimate understanding of the world and its workings became completely and utterly distorted by realization; it was as if he walked into a house of mirrors, looked at the caricatured and deformed figures projected on the walls all around, and then discovered that the images in the mirrors were in fact reality and all his previous self-conceptualizations were nothing more than naiveté. He was threatened, and out of fear his defense was to strike fear into his opposition. My world and his world were not one; his was unacceptable to me, and mine was simply incomprehensible to him.

My view was and is simple: I rejected categorically killing of any kind. I rejected the deaths caused by IDF soldiers, scared and tired after an eight-hour bungled security operation, numbed and foolish enough to shoot at a threatening mob. I also rejected those caused by the soldiers of the *Intifadah*, longing to exert some type of force on the static events around them, who blew themselves up in the middle of crowded markets. Whereas the Israelis and the Palestinians saw two different armies shrouded in two different ideologies, two methods of warfare, fighting for two different gods, protecting two very separate peoples, I saw two armies staffed with and employing the very same weapons:

Smith 2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00000223