No. 19-2005

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,
*Plaintiff-Appellant,*

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Massachusetts

## JOINT APPENDIX
## VOLUME IX

Adam K. Mortara
J. Scott McBride
Krista J. Perry
BARTLIT BECK LLP
54 W. Hubbard St., Ste. 300
Chicago, IL 60654
(312) 494-4469

John M. Hughes
Katherine L.I. Hacker
Meg E. Fasulo
BARTLIT BECK LLP
1801 Wewatta St., Ste. 1200
Denver, CO 80202
(303) 592-3140

William S. Consovoy
Thomas R. McCarthy
J. Michael Connolly
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
10 Post Office Sq., 8th Fl., PMB #706
Boston, MA 02109
(617) 227-0548

*Counsel for Appellant Students for Fair Admissions, Inc.*

# TABLE OF CONTENTS

**Volume I**

Docket Sheet ....................................................................................................JA1

Notice of Appeal (Doc. 674) ......................................................................JA106

Complaint (Doc. 1) ......................................................................................JA108

Dispositive Motion Exhibits

    Motion to Dismiss for Lack of Subject-Matter Jurisdiction

        Declaration of William S. Consovoy

            Exhibit I (Doc. 205-9) ...............................................................JA228

    Cross-Motions for Summary Judgment

        Declaration of Felicia H. Ellsworth

            Exhibit 2 (Doc. 419-2) ..............................................................JA230

            Exhibit 85 (Doc. 419-85) ..........................................................JA244

            Exhibit 86 (Doc. 419-86) ..........................................................JA251

            Exhibit 87 (excerpts) (Doc. 419-87) .........................................JA254

            Exhibit 88 (excerpts) (Doc. 419-89) .........................................JA285

            Exhibit 89 (Doc. 419-89) ..........................................................JA330

            Exhibit 91 (Doc. 419-91) ..........................................................JA347

            Exhibit 92 (Doc. 419-92) ..........................................................JA370

        Declaration of Michael Connolly

            Exhibit 237 (Doc. 421-237)......................................................JA399

            Exhibit 238 (Doc. 421-238)......................................................JA418

            Exhibit 239 (Doc. 421-239)......................................................JA425

            Exhibit 240 (Doc. 421-240)......................................................JA427

            Exhibit 241 (Doc. 421-241)......................................................JA431

            Exhibit 242 (Doc. 421-242)......................................................JA434

            Exhibit 250 (Doc. 421-250)......................................................JA436

            Exhibit 251 (Doc. 421-251)......................................................JA440

Trial Transcripts

    Day 1 (Doc. 631) ...................................................................................JA443

    Day 2 (Doc. 632) ...................................................................................JA630

**Volume II**

Trial Transcripts (cont.)

    Day 3 (Doc. 633) ...................................................................................JA722

    Day 4 (Doc. 635) ...................................................................................JA952

    Day 5 (Doc. 636) ...................................................................................JA1198

**Volume III**

Trial Transcripts (cont.)

    Day 6 (Doc. 638) ...................................................................................JA1459

    Day 7 (Doc. 640) ...................................................................................JA1690

    Day 8 (Doc. 642) ...................................................................................JA1918

**Volume IV**

Trial Transcripts (cont.)

    Day 9 (Doc. 644) ...................................................................................JA2163

    Day 10 (Doc. 646) .................................................................................JA2413

    Day 11 (Doc. 648) .................................................................................JA2535

    Day 12 (Doc. 650) .................................................................................JA2752

**Volume V**

Trial Transcripts (cont.)

    Day 13 (Doc. 652) ............................................................................JA2937

    Day 14 (Doc. 654) ............................................................................JA3143

    Day 15 (Doc. 656) ............................................................................JA3404

    Closing Arguments (Doc. 666)........................................................JA3559

Trial Exhibits

    Plaintiff's Trial Exhibits

        Request for Judicial Notice (excerpts) (Doc. 577)......................................JA3688

        Notice of Deposition Designations Played in Court (Doc. 597-1)............JA3708

**Volume VI**

    Plaintiff's Trial Exhibits (cont.)

    PX1    ..............................................................................................JA3723

    PX2    ..............................................................................................JA3741

    PX9    ..............................................................................................JA3742

    PX12    .............................................................................................JA3759

    PX13    .............................................................................................JA3802

    PX14    .............................................................................................JA3845

    PX15    .............................................................................................JA3848

    PX16    .............................................................................................JA3940

    PX17    .............................................................................................JA3941

    PX19    .............................................................................................JA3943

    PX21    .............................................................................................JA3944

    PX23    .............................................................................................JA3948

    PX24    .............................................................................................JA3951

    PX26    .............................................................................................JA3954

    PX28    .............................................................................................JA3963

PX29 ........................................................................................................JA3971

PX35 ........................................................................................................JA3972

PX36 ........................................................................................................JA3979

PX41 (excerpts) ......................................................................................JA3980

PX50 ........................................................................................................JA4002

PX57 ........................................................................................................JA4008

PX68 ........................................................................................................JA4011

PX71 ........................................................................................................JA4012

PX72 ........................................................................................................JA4028

PX75 ........................................................................................................JA4075

PX81 ........................................................................................................JA4079

PX88 (excerpts) ......................................................................................JA4080

PX95 ........................................................................................................JA4084

PX96 ........................................................................................................JA4090

PX99 ........................................................................................................JA4097

PX106 ......................................................................................................JA4109

PX111 ......................................................................................................JA4110

PX147 ......................................................................................................JA4112

PX148 ......................................................................................................JA4113

PX149 ......................................................................................................JA4115

PX150 ......................................................................................................JA4116

PX152 ......................................................................................................JA4124

PX153 ......................................................................................................JA4128

PX154 ......................................................................................................JA4130

PX155 ......................................................................................................JA4131

PX156 ......................................................................................................JA4132

PX157 ......................................................................................................JA4133

PX163 ......................................................................................................JA4134

PX164 .................................................................................................JA4138

PX165 .................................................................................................JA4142

PX167 .................................................................................................JA4145

PX177 .................................................................................................JA4147

PX182 .................................................................................................JA4154

PX200 .................................................................................................JA4156

PX218 .................................................................................................JA4158

PX225 .................................................................................................JA4196

PX227 .................................................................................................JA4199

PX230 .................................................................................................JA4200

PX236 .................................................................................................JA4201

PX238 .................................................................................................JA4203

PX265 .................................................................................................JA4206

PX279 .................................................................................................JA4209

PX287 .................................................................................................JA4212

PX288 (excerpts) ...............................................................................JA4214

PX299 .................................................................................................JA4382

PX300 .................................................................................................JA4389

PX302 .................................................................................................JA4390

PX312 .................................................................................................JA4412

PX316 .................................................................................................JA4413

PX319 .................................................................................................JA4432

PX324 .................................................................................................JA4449

**Volume VII**

Plaintiff's Trial Exhibits (cont.)

PX340.................................................................................................JA4451

PX461.................................................................................................JA4454

PX465.................................................................................................JA4460

PX467.................................................................................................JA4461

PX509.................................................................................................JA4464

PX555.................................................................................................JA4475

PX604.................................................................................................JA4521

PX618.................................................................................................JA4523

PX619.................................................................................................JA4524

PX620.................................................................................................JA4525

PX621.................................................................................................JA4527

PX622.................................................................................................JA4528

PX623.................................................................................................JA4530

PX624.................................................................................................JA4531

PX625.................................................................................................JA4532

PX626.................................................................................................JA4533

PX628.................................................................................................JA4534

PX629.................................................................................................JA4535

PX630.................................................................................................JA4536

PX631.................................................................................................JA4537

PX633.................................................................................................JA4538

PX634.................................................................................................JA4558

PX656.................................................................................................JA4559

PX657.................................................................................................JA4561

PX659.................................................................................................JA4562

PX696.................................................................................................JA4563

PX705 ......................................................................................JA4564

PX720 ......................................................................................JA4565

PX721 ......................................................................................JA4566

PX722 ......................................................................................JA4585

PX723 ......................................................................................JA4586

PX741 ......................................................................................JA4606

PX749 ......................................................................................JA4607

PX755 ......................................................................................JA4625

PX767 ......................................................................................JA4627

Defendant's Trial Exhibits

DX2 .........................................................................................JA4628

DX3 (excerpts) .......................................................................JA4738

DX4 .........................................................................................JA4888

DX5 .........................................................................................JA4889

DX12 .......................................................................................JA4936

DX13 .......................................................................................JA4939

DX19 .......................................................................................JA4978

DX24 .......................................................................................JA5031

DX25 .......................................................................................JA5044

DX26 .......................................................................................JA5205

## Volume VIII

Defendant's Trial Exhibits (cont.)

DX27 ...................................................................................................JA5244

DX36 ...................................................................................................JA5272

DX39 ...................................................................................................JA5346

DX40 ...................................................................................................JA5376

DX41 ...................................................................................................JA5462

DX42 ...................................................................................................JA5463

DX44 ...................................................................................................JA5479

DX47 ...................................................................................................JA5484

DX53 ...................................................................................................JA5508

DX55 ...................................................................................................JA5546

DX56 ...................................................................................................JA5596

DX60 ...................................................................................................JA5597

DX76 ...................................................................................................JA5598

DX79 ...................................................................................................JA5599

DX80 ...................................................................................................JA5600

DX81 ...................................................................................................JA5601

DX82 ...................................................................................................JA5602

DX83 ...................................................................................................JA5603

DX84 ...................................................................................................JA5611

DX100 .................................................................................................JA5612

DX103 .................................................................................................JA5615

DX106 .................................................................................................JA5617

DX109 .................................................................................................JA5620

DX119 .................................................................................................JA5623

DX133 .................................................................................................JA5633

DX139 .................................................................................................JA5647

DX669 .................................................................................................JA5684

DX670 .................................................................................................JA5685

DX671 .................................................................................................JA5686

DX672 .................................................................................................JA5689

DX673 .................................................................................................JA5690

DX674 .................................................................................................JA5691

DX677 .................................................................................................JA5692

DX678 .................................................................................................JA5693

DX679 .................................................................................................JA5694

DX680 .................................................................................................JA5696

DX681 .................................................................................................JA5697

DX683 .................................................................................................JA5699

DX685 .................................................................................................JA5701

DX686 .................................................................................................JA5702

DX688 .................................................................................................JA5706

DX692 .................................................................................................JA5711

DX694 .................................................................................................JA5720

DX695 .................................................................................................JA5721

DX699 .................................................................................................JA5722

DX702 .................................................................................................JA5723

DX703 .................................................................................................JA5725

DX704 .................................................................................................JA5726

DX705 .................................................................................................JA5728

DX706 .................................................................................................JA5731

DX707 .................................................................................................JA5732

DX708 .................................................................................................JA5733

DX709 .................................................................................................JA5734

DX711 .................................................................................................JA5735

DX713 .................................................................................................JA5743

DX715 .................................................................................................JA5745

DX716 .................................................................................................JA5746

DX718 .................................................................................................JA5747

DX720 .................................................................................................JA5748

DX721 .................................................................................................JA5749

DX722 .................................................................................................JA5754

DX723 .................................................................................................JA5759

DX724 .................................................................................................JA5764

DX725 .................................................................................................JA5765

DX726 .................................................................................................JA5767

DX727 .................................................................................................JA5772

DX728 .................................................................................................JA5776

DX729 .................................................................................................JA5779

DX730 .................................................................................................JA5791

DX740 .................................................................................................JA5793

DX742 .................................................................................................JA5875

DX743 .................................................................................................JA5892

DX744 .................................................................................................JA5908

DX746 .................................................................................................JA5926

## Volume IX

Amici's Exhibits

AO4   ..................................................................................................JA5927

AO6   ..................................................................................................JA5978

AO17 .................................................................................................JA5979

AO28 .................................................................................................JA5980

AO31 .................................................................................................JA5981

Trial Demonstratives

Plaintiff's Demonstratives

PD20 ......................................................................................JA5982

PD25 ......................................................................................JA5983

PD27 ......................................................................................JA5984

PD29 ......................................................................................JA5985

PD31 ......................................................................................JA5986

PD32 ......................................................................................JA5987

PD33 ......................................................................................JA5988

PD38 (excerpts) ....................................................................JA5989

Defendant's Demonstratives

DD1 (excerpts) ......................................................................JA6030

DD10 (excerpts) ....................................................................JA6032

DD10A ...................................................................................JA6156

DD10B ...................................................................................JA6157

DD12 ......................................................................................JA6158



The Little Black Book

EST. 1975

ASSOCIATION OF BLACK HARVARD WOMEN

# ABHW

## Survival Guide

Amici Curiae
Exhibit
AO-04

2016-2017

JA5927

# TABLE OF CONTENTS

Academics...............................................................................................3

Best Study Spots...................................................................................7

Student-Athlete Wisdom ......................................................................8

Pre-Med Life..........................................................................................10

Jobs on Campus....................................................................................13

Resources.............................................................................................18

International Travel................................................................................21

Best Non-HUDS Food............................................................................26

HUDS Hacks..........................................................................................27

Relationships........................................................................................30

Hair........................................................................................................32

Nails and Eyebrows..............................................................................35

Best Places to Shop At.........................................................................36

Winter Essentials..................................................................................37

Non-Drinker Perspective.......................................................................38

Beyond the Bubble................................................................................40

Social Scene..........................................................................................49

JA5928

# ACADEMICS

## How to Get Extensions, Navigate Office Hours, & Maximize Resources
### by Cameron Comrie

Everyone has heard the stereotypical, nightmarish tales of professors who cold-call students during lecture and heartlessly banish those who are unprepared. But, believe it or not, professors actually like their students and are willing and available to help them learn and grow. Navigating the "ins and outs" of communication is sometimes tricky, but mastering this will lead to a much more rewarding experience. Don't be afraid to reach out; for many professors teaching is not only their job but also their passion. Below are a few survival tips for getting to know your professors and making full use of the available staff in every class. However, don't forget that the first and best way to impress any professor is to show up to class on time, prepared, and ready to enthusiastically participate.

## Dos and Don'ts of Office Hours

Office hours are an amazing and essential college resource that many freshman shy away from. Don't miss out on these great opportunities to talk to your professor in a more one-on-one setting simply because you aren't sure of what to say or do. Having good relationships with professors can open numerous doors for mentorship and letters of recommendation as well as research positions and summer opportunities. Students who use office hours to their advantage usually enjoy their classes more and are ultimately more successful.

*Do arrive prepared*.  Don't show up to office hours simply for the sake of going. Come prepared with questions or topics for discussion. Professors are happy to share their time and expertise, but they usually follow your lead. You can ask about the most recent lecture, an upcoming exam, or really anything else relevant to the class. They have specifically set this time aside for students like you, so you should come ready to make use of it.

*Do go even if you don't need help with a specific assignment*. While it is important to go to office hours before a big exam or if you are struggling with a particular problem set or paper, these are not the only times you can go to office hours. Don't be the student who enters a professor's office for the first time when you're preparing for final exams. Professors love it when you drop by just to say hi. You can ask them about research they are working on, share your thoughts on an area of the class that you found interesting, or even just get advice. This is one of the best ways to establish a relationship with your professor. Warning: you might just enjoy yourself!

*Don't remain silent*. Professors hold office hours so that they can communicate with students in a smaller setting. The last thing they want is for a student to

3

**JA5929**

come and sit silently in the corner (that's what the furniture is for). Listening is important, but you also need to engage your professor. They have a wealth of information to share, so start a conversation and ask questions.

***Don't cry or whine***. Few people will go through college without taking a class that causes them to struggle. It happens, and it is perfectly ok to talk to the professor during office hours if you are having trouble. However, letting your emotions get the best of you will definitely not win over your professor. Take a deep breath, collect your thoughts, and then talk out the problem. Remaining calm will allow you to find a solution much more quickly and will definitely make it easier for your professor to help. A bad grade or an upsetting performance in a class is not the end of the world. If you remember not to panic and are willing to put in some extra time, you can usually work it out with your professor.

## So You Want an Extension?

The deadline is rapidly approaching, and you are nowhere near being finished with the assignment. You've pulled an all-nighter, but sleep deprived as you are, you are no closer to being done. Panic sets in…don't worry! We have all been there. More importantly, your professors and preceptors have also been there at some point in their life. Occasionally, it is ok to ask for an extension. However, it is important to know when and how to do so in order to get the best results.

First, remember that asking for an extension is a last resort and should only be used when you have done everything possible (barring compromising your health and sanity) to meet the deadline. It should be the backup plan to your backup plan, and you should always be prepared to hear a "no." That being said, 2 a.m. emails the morning of the due date are not cool. Try to recognize that you will not be able to complete the assignment a day or two in advance and let your professor know then. Additionally, a final project that you have known about since the first day of the class or a take home exam for which submissions close at midnight does not leave a lot of room for a flexible deadline. Professors are much more likely to grant extensions on essays, problem sets, worksheet, etc. It is often helpful to speak to students who have taken the course previously to get the inside scoop on when, if at all, a certain professor gives extensions. Although they usually cannot grant the extension themselves, preceptors and TF's can usually let you know whether or not it's worth asking the course head. Nevertheless, if you are unsure, it does not hurt to ask. Despite what some believe, most professors don't breathe fire; the worst they can say is no!

Secondly, most students struggle with the actual asking. While intimidating, it is almost always best to ask in person. This shows that you really care about your performance in the class and take the deadlines and assignments seriously. This

**JA5930**

is a crucial component of getting the professor on your side.  Go to office hours or pull him or her aside after lecture. If this is not possible, email or your professor's preferred method of communication works as well.

Lastly, and perhaps most importantly, the golden rule is HONESTY. As the year goes on professors have heard an earful about broken laptops and failing printers, and an epidemic of dead relatives seems to seasonally strike college campuses, especially near the end of the semester. Avoid excuses that are the equivalent of "the dog ate my homework."  Professors are smart enough to see right through them, and they indicate a lack of respect and integrity. Like I said, professors have experienced bad days, time crunches, and overwhelming amounts of work. Take responsibility for failing to meet a deadline and tell them what's going on. As an added bonus, let them know what you plan to do in the future to avoid making the same mistakes. This shows maturity and will definitely improve your professor's opinion of you regardless of whether or not they grant you the extension.

P.S.: If you have a family or health emergency, communicate this to your professors as soon as you are able. They want you to succeed while being happy and healthy, so you will not be punished for having an emergency. That being said, it is useful to familiarize yourself with course policy regarding emergencies at the beginning of the semester rather than after the fact.

## Can I have a letter of recommendation?

Asking for a letter of recommendation can be nerve-racking and tricky. Below are a few tips to make the process smoother and less scary.

***Choose your recommender wisely.*** One of the most important factors is that your recommender knows you well and is familiar with the quality of your work. Sometimes it is better to request a letter of recommendation from a TF rather than from a renowned professor who you did not communicate with during the semester. Jobs, internships, and summer programs prefer detailed and personal recommendations written by less famous faculty to those that are written by well-known professors but are far more general and impersonal. Don't be afraid to look to proctors, academic advisors, and coaches as well. Selection committees want to get to know you through your letters of recommendation, so choose faculty that you have formed a relationship with over the year. With that being said, make sure that the recommendation matches the position or opportunity that you are applying for.  An internship in a neuroscience research lab is likely uninterested in a glowing reference from your government teacher regarding your political science prowess. A good student is able to obtain letters of recommendation that are personal, informative, and relevant.

**Communicate clearly**. Once you have decided upon a recommender, communication is key. Whether you choose to do so by email or in person, you

need to ask for your letter of recommendation well in advance and include all of the relevant information in your request. Give a clear explanation of the type of program or job you are applying to, the way in which the letter of recommendation should be submitted, and the deadline. Incomplete and incorrect information will frustrate your recommender and ultimately lower the quality of the letter you will receive.

**Be prepared to provide extra information**. Sometimes, after agreeing to your request, professors will ask for additional information regarding you or what you are applying to. Some may request your resume or a synopsis of the program for which you need the recommendation. Try to have this information readily available and send it to your recommender as soon as possible.

**Don't forget to follow up**. Most faculty members are extremely busy and receive hundreds of personal and professional emails on a daily basis. Even if they respond to your request and promise to send in the recommendation, they may still forget. It is not rude to send a follow up email a week or two before the deadline (provided you sent the request enough time in advance). Most people will appreciate the little nudge and prioritize getting your recommendation done when they realize the deadline is fast approaching. It is your responsibility to make sure that all of your letters of recommendation are submitted on time, so don't be afraid to follow up as needed.

6

# BEST STUDY SPOTS

**Sometimes Lamont is too much and not enough at the same time. Too smelly. Too depressing. Too crowded. Not inspiring. After a while, you start searching for alternate study spots. But don't fret my pet, here's a list of some of the best study spots on campus.**

- Art Museum
- Barker Cafe
- Boylston Hall
- Cabot Science Library
- CGIS K-Cafe
- Dunster Common Rooms
- Graduate School Libraries
- House Libraries and Dining Halls
- Lamont Library
  - Yes, Lamont can be uninspiring and crowded, but there are some great places within Lamont to explore, like the Language Resource Center on the fourth floor.
    - The Language Resource Center, also known as the LRC, is a great place to study. Although there is a lack of space and it closes early, midnight to be specific, there is a great ambience.
  - Some other noteworthy rooms to check out: Larsen Room, the Woodberry Poetry room, and the collaborative space in the basement.
- Memorial Hall Classrooms
- Northwest Basement
- The Math Common Room
- Ticknor Lounge Weld Solitarium
- Widener Library

7

# STUDENT-ATHLETE WISDOM

**As if being a student at Harvard wasn't hard enough, some of you have the added responsibility of being a varsity athlete. We can imagine that those 5 a.m. walks to the gym or stadium are not cute, but these student-athletes have some words of wisdom that can help you hop off the struggle bus.**

**Bola Hambolu:** "You might want a bike since the shuttle service is unreliable & the walk is dreadful. Also Annenberg is mostly trash but the grill is a lifesaver."

**Midge Purce:** "If you see another black female athlete, introduce yourself."

**Gabrielle Thomas:** "Make sure to use your teammates as resources! We have that as an advantage and nobody else will understand your lifestyle like they will. Get your time management skills on point because our time is limited and you have to make sure you're on top of everything."

**Kelcee Everette:** "For incoming Christians, Soul Food is a great place to feel welcomed and like you've found a spiritual home and a bunch of really down-to-earth people."

"Don't be intimidated into changing your mind on your concentration if you have a misstep, or hear horror stories about a class. There are lots of resources (OFFICE HOURS, upperclassmen, BSC tutors, clutch classmates) that can help you out."

"Mattress toppers are a major key because dorm beds suck."

**Kirby Porter:** "Don't be fooled by upperclassmen male athletes first week/ first semester/ first year as a whole #lol"

"Reach out to upperclassmen on your team for advice about classes, time management, or anything specific to your sport. They're all there to help."

"I also encourage incoming freshmen to get out of their comfort zone and try to meet to all student athletes/ regular students and not stay limited to your team. I feel like it's so easy to stay limited to your team because it's comfortable, especially in the first few weeks, but don't let that prevent you from meeting other people. Your team will be there!"

8

**Michaela Dews:** "Use your resources, use your common sense, and use your time wisely. Being a "student-athlete" really means being a student and an athlete. This double-sided title quite literally describes what a day's schedule is built around (school then practice). However, make sure to capitalize on the other extracurriculars that are offered! Being a student-athlete means so much more at a school like Harvard, so doing things outside of sports will really maximize your experience, especially freshman year. Integrate yourself into as many things as your practice schedule allows and you'll really be able to explore aspects of yourself you never knew were there in the first place."

**Sydney Skinner:** "Don't hesitate to get a scooter or something to get to the other side of the river. It saves soooo much time getting there from class and the yard, especially if you're running late, believe me I know (get you a razor scooter they're sick)."

**Ellery Jones**: "Communicate with your professors early and often about missing class, requesting extensions, conflicts with office hour times, and times when you're just dumb busy...especially when you're in season and traveling all the time. (For the most part) they'll be a lot more understanding down the line about you missing assignments/struggling on something if you're letting them know what's up throughout the semester. Also, if you always have practice during their office hours (which happens a lot), asking to come in at a different time will show them (or make them think) you care about the class and they'll be more willing to help you out when things get tight (re: grades and/or time).

"Get a bike. Literally in a serious relationship with my bike at this point."

"Leaving for practice/lift while all your roommates are asleep and coming back and they're all *still* asleep is irritating every time. You'll be good though...just take it as more proof that you're a boss."

9

# PRE-MED LIFE

## by Chelsea Cherenfant

There's a good chance many of you came into Harvard as the step before med school. It definitely isn't easy, but with the right preparation and attitude, you can survive and thrive as a premed on this campus! Here are some tips for success:

## Freshman Fall

**Don't take the placement exams' word as the Bible – the class it puts you in is not always a good fit for you.** *Take the time to look at the classes the exams placed you in as well as the ones immediately above and below to figure out what class is truly the right level.*

**There is no shame in dropping down from a higher level to a lower level class.** *I myself made this mistake my freshman fall by sticking with a class that was too hard for me for the sake of saying I finished it (LS1A vs. LPSA). Switching to a lower level class is not a reflection of your academic potential – rather, it takes quite a lot of maturity and growth to realize that you may have bitten off more than you can chew and act accordingly.*

**Take the chance to do a freshman seminar related to biological sciences/public health.** *One of my favorite memories of freshman fall was the freshman seminar I took. I got the chance to know a Harvard professor intimately, learn a lot about a topic of my interest, and do all of this in a low-stress environment (freshman seminars are Pass/Fail). I recommend everyone, regardless of whether you're premed or not, to take one.*

**Don't overload your schedule!** *In your freshman fall, you're going through a lot of new experiences – some of you have never been to Massachusetts before, and for many of you, this is the first time you're living away from home. In this time, you'll really want to give yourself the time and space to take everything in. While you want to push yourself academically, taking 4 problem set classes in your first semester is definitely not the move. You're spending less time in class in college compared to high school, but the expectations for work you need to do at home increases dramatically.*

**Start thinking about what you want to do over the summer (towards November/December).** *A lot of summer opportunities for science have application deadlines around January and February, and Harvard has a couple of fairs near the end of the semester that discuss summer opportunities. Winter*

10

**JA5936**

*break (J-term) is a great time to get applications done, so it's a good to have an idea of what you'd like to do before then.  There's a list of summer programs on the BSA/ABHW list-servs that I've put together that I'll circulate again towards the end of first semester.*

## Freshman Spring

**If you want to concentrate in the biological sciences, talk both to upperclassmen as well as the heads of the departments.**
*Upperclassmen and departmental heads are great sources of advising when it comes to deciding what concentration you're interested in.  You don't declare until your sophomore fall, but concentrations like Neurobiology and MCB have some degree requirements that are only offered in the fall.*

**Don't limit yourself to STEM fields just for med school.**  *Matriculating classes at medical schools are becoming increasingly diverse when it comes to the incoming class' academic background.  If you are fiercely passionate about romance literature or history, your desire to be a doctor shouldn't keep you from studying those fields.  It might take more planning than just concentrating in a STEM field, but it definitely can be done.*

**You can study abroad if you're pre-med: it just takes advanced planning.**  *While I haven't done it, I know of several people who managed to go abroad term-time for a semester.  Many medical schools don't allow classes taken abroad to count as requirements, so classes like orgo, physics, and general chem would have to be taken at Harvard.  That said, if you plan your time wisely, you can definitely study abroad and be ready to apply to medical school without having to do a post-baccalaureate.*

**If study abroad isn't your thing, you can still do research abroad or take a Summer School class.**  *There are several Harvard-run research programs that will fund travel abroad – I did one myself the summer after freshman year through the Harvard Global Health Institute.  Also, through Harvard Summer School, there are programs all over the world in places like Venice, Kyoto, and Paris.  There are other summer programs through other schools/institutions that will fund your international experience.*

There's one last thing I want to add: **The pre-med life is not for everyone – don't be ashamed if you decide to switch out.**  *College, especially freshman year, is a time when you get to learn a lot about yourself and lots of changes occur.  You meet people from different parts of the country/world who will change your perspectives on nearly everything you know, and you will encounter entirely new fields you never knew existed.  Give yourself the opportunity to grow, and*

**JA5937**

*let your dreams/future aspirations grow alongside you.  If that means letting go the dream of being a doctor that you've had since you were 2, that's okay.  There are plenty of ways to affect change and positively impact the health of a community outside of being a doctor (consider public/global health!), as you'll see through your academic career at Harvard.*

# JOBS ON CAMPUS

**You peep a new outfit that you *must* buy from Forever 21. You decide to finally check your bank account after about a month to see if you can treat yourself. But, your bank account is like nah this ain't happening. All those late night snacks from Tasty burgers to Kong scallion pancakes to Insomnia cookies have finally started to catch up. Suddenly you realize you need a job. Here are some gem jobs on campus.**

## Finding Good Jobs by Simone Abegunrin

**Be proactive and be your own advocate**: Don't wait for the jobs to come to you, go out and find them and put your best foot forward. Directly email the heads of the jobs that you want and tell them all about you and why you think you'd be a great candidate, even if you're only a freshman - they can (and will) mark your name, and demonstrated interest is absolutely huge. Drop in to the offices of professors with whom you want to do research or just want to get to know a little bit better -- who knows, this person could come in handy when you need recommendations for an internship, graduate school, or career.

**Network Network Network:** One of the best ways to become successful in any endeavor, whether it's class or internships, is to network. In class, getting to know your classmates and TFs can be instrumental in a lot of ways, as you may find out information about psets or job opportunities related to that class that you may not have found on your own. If you go to a career fair, conference, or information session related to an internship that you want, go up to all of the representatives available, introduce yourself and your interests, and ask for their business card (it's a plus if you have your own business cards as well -- they're super cheap!). After the session, just email them a thank you, and even if they don't respond, your name is in the pool, which is also demonstrated interest. The same kind of thing goes for extracurriculars and even your dorm/house! You never know where opportunities might come from!

**OCS is your friend** and you can go to them with any questions you have -- from what should you wear to an interview to what should your resume look like to how to prepare for your first internship.

## Earn Some $$ While You Earn That Degree by Jessie Laurore

Harvard has a pretty good selection of on campus jobs, considering they pay above minimum wage and are quite flexible!

13

- **Library jobs** - These are ideal for many students, because you can either do your homework while working, or the work can be done while listening to headphones, which feels like a break.
  - Good options: Widener, Lamont, Law School, etc. These positions fill quickly, so look in the first couple of weeks!

- **Crimson Callers** - Arguably the most popular choice in the black community, Crimson Callers offers bonuses, a decent working environment, and skills that you can talk-up to future employers.

- **Academic jobs** - These require a bit more effort, but the variety is huge and the pay is often better than the first two options.
  - Good options: research assistant, teaching fellow (TF), course assistant (CA), etc.

- **Misc. (for those who don't have time)** - You can also sign up for the 1-day-jobs list (http://seo.harvard.edu/one-day-jobs) or participate in research studies, if you can't commit to anything regular.

- Check out **SEO (student employment office)** for other gigs! http://seo.harvard.edu/

- *Don't have time for a job and extracurriculars you love?*
  - Apply to **STRIDE**, **a community service fellowship**, next year! It offers compensation for service as well as professional development.
  - http://pbha.org/get-involved/for-students/trainings-leadership-development/stride-undergraduate-scholarship-program/

## Admissions Office by Gabi Thorne

The Admissions Office has four different student programs: Undergraduate Minority Recruitment Program; Harvard Financial Aid Initiative; Harvard College Connection and Harvard First Generation Program. Each program is comprised of students who answer emails and occasionally, give tours and/or information sessions to students. I've worked for Harvard College Connection since my summer after my freshman year and it's been amazing. My main tasks require me to blog and answer students' emails. Some days I'm able to do a Google Hangout and talk about what Harvard is like. Even though not a typical library job, jobs in the Admissions Office pay well and it's a great way to meet other students and the person who admitted you to Harvard. Typically the job application comes out early in the fall, late spring for the next coming year, and

14

March for the summer. So definitely check your emails to see if an application has been sent around.

## EdPortal Mentoring by Amira Hannon

The EdPortal mentoring program is an amazing opportunity to engage with the children of the greater Allston-Brighton community. Mentors have the ability to teach a large range of subjects including, but not limited to science, math, writing, public speaking, technology and the arts. Basically, you can teach any topic your mentee is interested in. The flexibility is amazing, and even better the EdPortal has extensive resources, including a fully equipped science lab, art studio, a fleet of iPads and Macbooks, and committed faculty counterparts. Additionally, the staff at the portal is willing to order any additional resources you may need. Mentoring is a large time commitment, as you will be required to attend workshops, meetings, and complete weekly logs on your mentees. At the end of every semester mentors receive a monetary stipend, but you will gain so much more than money. The EdPortal is a truly inspiring place, and really lives up to its motto of learning without limits. If you have any questions feel free to reach out to Amira Hannon or check out the EdPortal website.

## Undergraduate Minority Recruitment Program by Janae Bell

The Harvard University Undergraduate Minority Recruitment Program (UMRP) is an incredible opportunity for students of color to connect with prospective applicants from their hometown and encourage them to apply to Harvard! During the last couple weeks of J-term, students travel to 13-15 high schools and middle schools to serve as a representative for the college. Students are responsible for contacting schools in their hometown and conducting 45-minute information sessions. The Office of Admissions and Financial Aid provides training for student recruiters during the weeks prior to J-term, providing thorough feedback and answering any questions. This is a fun way to share your college experience and candid application advice with enthusiastic students and teachers at your former and neighboring hometown schools for making the admissions process as smooth as possible. Being a minority face serves as a powerful inspiration for these students to reach their academic goals. All travel is reimbursed plus it's a paid opportunity! If you have any questions, feel free to reach out to Janae Bell '18 at janaebell@college.harvard.edu.

## HSA by Kayla Thompson

Need some extra cash to cover late night Felipe's runs and textbooks? Join Harvard Student Agencies! HSA offers hourly employment to Harvard students in a variety of positions, including bartenders, sale associates, stock workers, tutors,

15

researchers, translators, and videographers. If you want to get involved beyond hourly employment, you can also apply to be a manager of one of HSA's 15 agencies. Being a manager entails running a small business for a year while being a salaried employee. You'll gain business experience while also being able to form great relationships with other student managers.

## Dorm Crew by Cory Ransom

Remember all those times your mom made you scrub the bathroom floor with a rag and a bucket of pine-sol? Remember those Saturday mornings spent making the toilet and sink shine? Remember wishing you could get paid for scrubbing the shower walls with a toothbrush (because food and clothes counted as your "allowance" and mom didn't give you ish)? Dorm Crew might be (IS) the job for you! Dorm Crew is a completely student-run organization and one of the best experiences I had freshman year. Working for Dorm Crew during the term is one of the best job options on campus, but not a job for the faint of heart (or the weak-stomached). Term-time work is mostly cleaning in-suite bathrooms in freshman dorms and in the upperclassmen Houses. As one of the highest paying jobs on campus ($13.00 an hour and probably rising this year), Dorm Crew is super unique in that YOU choose your hours and you can work as little or as much as you want. There's no schedule to follow; work whenever you want (within reason). To qualify for a promotion to Dorm Crew Captain, you must average two hours of work a week (four bathrooms). Check out the Dorm Crew website (Google "Harvard Dorm Crew") and visit us in Weld basement (where you get toilet paper)!

## Admissions Office Tour Guide by Kayla Evans

Working with the Harvard Admissions Tour Guide Program is fantastic if you're looking for a low-commitment job that's also extremely rewarding. During the spring semester of my freshman year, I gave one tour per week - so you can definitely work another campus job while being an admissions tour guide. And giving campus tours is *so* refreshing - I get to tell high school students and parents about how incredible the myriad opportunities and communities are here. Work becomes a weekly (or bi-weekly!) reminder of how blessed you are to be at a school like Harvard.

## Lamont Cafe Barista by Tallulah Axinn

Working at Lamont cafe is the best of both worlds. If it works with your schedule, take on a less busy shift and basically get paid to do your homework / hang out with friends in Lamcaf. Pulling an all nighter in Lamont? Go down to Lamcaf and

make yourself a complimentary drink and hang out with some friendly coworkers. As either a barista or a manager you can choose to work one or two permanent shifts throughout the semester (4 hour shifts) or choose to be an alternate and cover other people's shifts if they can't make it one week. Lamcaf is open 7 days a week from 8am to 2:30am so you're likely to find a shift that works for you. As a barista you'll always be working with a manager and as a manager during the busier shifts you'll be working with a barista and otherwise can work the cafe solo. To top it off Lamcaf employees regularly have parties during the semester with the money we make from tips.

### Harvard Foundation Intern by Olutoyin Demuren

The Harvard Foundation offers a four-year ~PAID~ internship. The official mission of the Foundation is to "improve relations among racial and ethnic groups within the University and to enhance the quality of our common life." We embody this mission statement by supporting students of color by funding over 80 cultural and religious affinity organizations on campus (including ABHW!), creating programming surrounding issues of intersectionality related to race, identity, and diversity, recruiting prominent people of color to campus to interact with students, organizing meetings or town halls with Harvard administrators to discuss issues of interest to students of color, and whatever else the Harvard community needs. As an intern of the Harvard Foundation, I have been able to organize an event on the exotification of women of color, co-direct a week-long series of dialogue events on topics ranging from "Race and the 2016 Presidential Race" to "Ethnic Studies and Faculty Diversity", and meet Nobel Peace Prize recipients and actresses like Lucy Liu. Applying for the Foundation in my first year was the best choice I have made so far at Harvard. Our team is truly a family, our administrative coordinator, Wairimu, is an angel you should get to know even if you don't apply, and our work has the potential to make meaningful change on this campus. Please email harvfoun@gmail.com with any questions you have about our work or the hiring process.

# RESOURCES



**JA5944**

## The Office of BGLTQ Student Life (Quoffice)

- In the basement of Boylston Hall is a safe place for LGBTQIA students and allies on campus.
- The Quoffice is a place to come together to discuss issues affecting LGBTQIA community and create a better overall campus experience. All are welcome.
- More information about groups and events hosted by the Quoffice can be found on the website, bgltq.fas.harvard.edu, or on the Facebook page "Harvard College Office of B.G.L.T.Q Student Life".
- Two other groups on campus, **SHADE** and **BlackOut**, are spaces specifically for queer people of color. These are inclusive and often confidential spaces that are meant to ease the experience of queer students of color and strengthen community.
- If you're looking for a woman-centered experience, **Girl*spot** is an organization on campus for LGBTQ and questioning woman-identified Harvard students.  All groups would love to have you join.
- Sophia Ramsey, a Quoffice intern, personally invites you all to come by the Quoffice to talk, hang out, and grab free safe sex supplies.

## Office of Sexual Assault Prevention & Response (OSAPR)

- Taken from the SMHL diagram: *"Trained staff members are available to survivors of sexual violence; provide support, information, and resource referral; connects students with other resources like SASH, and peer groups, like CARE"*
- Located at 731 Smith Campus Center
- Open from Monday-Friday, 9AM-5PM
- Phone: 617-496-5636, 24 hour hotline: 617-495-9100

## Women's Center and
## Harvard Foundation for Intercultural and Race Relations

- *All these offices are located in various basements within Harvard Yard and are available for your use. They are all welcoming and inclusive environments.*
- *Women's Center is located in the basement of Canaday B.*

19

**JA5945**

- *Harvard Foundation is located in the basement of Thayer. Read more about the Foundation from Olutoyin's blurb about being a Foundation intern.*

## Academic Advisors and Peer-Advising Fellows (PAFs)

- *Your academic advisors are assigned to you based on your concentration and help you with any information you need regarding academics. Your PAFs are other students who are there to guide you in everything from academics to extracurriculars. They are both going to be great resources for you to seek out information about academics, extracurriculars, and anything else you will need.*

## Harvard University Police Department (HUPD)

- *The official Harvard University police that can help you with whatever you need even if it's simply an escort to take you home or something more serious.*
- Number: 617-495-1212

## Harvard University Health Services(HUHS)

- *The local hospital where you can get a checkup, use the pharmacy, or go to for any medical needs.*
- Located at the Smith Campus Center
- Monday-Friday 8AM-5:30PM
- Urgent Care open 24/7
- Number: 617-495-5711

## Yard Operations or YardOps

- *YardOps keeps up the maintenance of all the freshmen dorms and other buildings. They are the ones you go to when something in your room is broken or you have some pests in your room.*
- Located in the basement of Weld Hall
- Number: 617-495-1874

20

# INTERNATIONAL TRAVEL

Everyone should travel internationally at least once during their college years. You learn so much not only about the world but also about yourself, and you definitely return a more wise and well-rounded person. Whether it's a whole semester/year abroad, the summer, or just J term or spring break, now is the time to take advantage of that Harvard funding. There are millions of ways to get funding from Harvard depending on your purpose of travel or where you're going! The Office of International Education is your friend! Feel free to peruse their website and the Harvard Funding Database, and feel free to ask Simone Abegunrin '18 about opportunities.

## Travel Tips by Kayla Evans

- **Decide where you want to go *or* what you want to do. (But, don't worry if you have no idea!)**

  If there is a city/country/continent you definitely want to visit (Beijing? Bangalore? Anywhere but Boston?). Go to the websites below and see what programs are already available in that particular country. If the destination is not extremely important to you, check out the websites below and search based on your study/research interests and see where the programs are. And if you don't know where to start, just browse these sites:

  Harvard Summer School: https://www.summer.harvard.edu/summer-courses

  *Harvard Office of International Education: http://oie.fas.harvard.edu/*

  *Office of Career Services: http://ocs.fas.harvard.edu/job-internship-search*

- **Check out department websites.**
  Check the sites from a department you're interested in and see what current concentrators are doing around the world. If you don't see anything, but you're very interested in that field, reach out to professors to see if there are research/study opportunities abroad.

- **For summer travel, check out the Summer Opportunities & Funding Fair in December.**
  Keep an eye out for this annual event. If you have no idea what you want to do over summer break, this is a great chance to browse different options. If you have time and know what you're looking for, look at the list

21

**JA5947**

of programs that will be there and scope out ones you already know that you're interested in. Make sure that you visit the booths for those programs.

- **Look for campus organizations that travel.**
  An often overlooked strategy is to find campus organizations that travel during winter/spring/summer breaks. A lot of times, the organization will pay for your travel costs! If you find an organization you'd want to be a part of otherwise and/or whose mission you stand with, get involved. Then, find out their requirements for traveling - sometimes this means being a part of leadership or simply being an active member of the organization for a certain amount of time. If you aren't yet qualified to participate this year, just wait until the next.

- **Talk to your advisors, upperclassmen, and your ABHW big sib!**
  Your advisors (proctors, PAFs, academic advisors) and older students can often direct you to faculty or other students who are familiar with programs that align with your interests. As soon as possible, tell them about where you want to go, what you want to do, and when you'd like to do it. Even if they can't help you at first, they can keep an eye out for opportunities that arise in the future. Remember to keep an open mind when hearing advice about other places to travel, but don't immediately eliminate a program/destination because one student had a bad experience.

- **Get creative. Travel with another university or do an independent trip.**
  Many times, study abroad programs (and other research/internship programs) at other schools allow outside students to join them. And Harvard can still give you funding for these programs (here you can find OCS funding apps for outside programs - http://ocs.fas.harvard.edu/summer-funding).

## Locking it in:

- **Do your research.**
  Make sure you have sufficient knowledge about the program (and not just for the purposes of writing a good essay, but you also just want to know what you're getting into when you invest time into writing an application and getting recommendations for a particular program). If there are particular things about the program that you like, talk about that in your essays/interviews.

22

**JA5948**

- **Talk to past participants.**

  Ask past participants what they liked and didn't about the program. If any of their experiences sound exciting to you, like in #1, be sure to mention these things in your application essays and/or interviews. Having a more *personal* connection to the program will can make your application stronger than another applicant who only talked about the program on a more general level.

- **Talk to the program coordinators.**

  If possible, talk to the coordinators of the program to if you want more information about the program. Having this relationship is also a good idea (even if you don't actually end up doing that program this year). You can meet them at info sessions, or simply send them a quick email about any questions/concerns you may have about the program or application process.

## Funding:

- **Contact the department.**

  Talk to the department/school that is leading the summer program and see where students have received funding in the past. There may be some opportunities that aren't as obviously available (e.g. I ended up having my entire tuition covered by a particular department who didn't advertise that they were giving funding to accepted students.)

- **Apply for OCS funding.**

  While funding isn't 100% guaranteed, **definitely** plan to apply for funding from the Office of Career Service (http://ocs.fas.harvard.edu/summer-funding).

- **Find outside scholarships.**

  Check out Harvard's websites for outside scholarships: https://found.fas.harvard.edu/. Also, do research on your own to find outside organizations that fund international travel for college students.

## Study Abroad by Laetitia Tiani-Vessah

**Throughout my Harvard experience, I have definitely used up pages in my passport to learn about different cultures and see the world if you will. I will provide some tips on #travelnoire and #travelingonabudget! There are many ways to travel internationally while at Harvard: participating in spring break**

**programs like HCAP or HMUN, Harvard Summer School, interning abroad independently\* or through a Harvard Program\*, conducting research, or studying abroad term time\*.**

Here are some tips on making your dreams a reality:

- Attend info sessions to hear more about the program(s) you are interested in and meet the people who will potentially be reading your application!
- Do your research ahead of time! Most grant and application deadlines are at the beginning of the spring semester. It can feel rushed because you are just starting to weigh your options and figure out summer plans, but here's a warning :)
- When drawing up a budget for a grant application, always go above what you might estimate. Don't exaggerate either, but the more the better. Students often receive lower than the amount requested. Don't be caught in that trap.
- Notify your bank of your travels. The same goes for things like your phone company etc. to see what deals they can provide while you are abroad. For example, Bank of America has partner banks i.e. Scotiabank, which reduces the amount of money I pay in transaction fees when using an ATM. T-Mobile has a great international plan where my unlimited data carries over in most of the countries I have visited.
- Think of travel essentials beyond your passport.  Are you picky about the lotion you use or where you get your hair done? I recommend putting some thought into this before heading to your travel destination as well to avoid some unforeseen consequences.
- Make a list of places you would like to visit and activities you want to partake in. It helps orient your free time while on the trip.
- Take your time to reflect once you're in the country. It might be a new experience and it is nice to document how you felt and why in order to achieve some personal growth.

And reach out to other students via Facebook or in person to hear more about their experience. Remember you are beautiful and loved! Spread your #blackgirlmagic on this globe!

\*Experiences I have been fortunate to have and am free to speak about in further detail!

## International Travel by Simone Abegunrin

Everyone should travel internationally at least once during their college years. You learn so much not only about the world but also about yourself, and you definitely return a more wiser and well-rounded person. Whether it's a whole

semester/year abroad, the summer, or just J term or spring break, now is the time to take advantage of that Harvard funding. There are millions of ways to get funding from Harvard depending on your purpose of travel or where you're going! The Office of International Education is your friend! Feel free to peruse their website and the Harvard Funding Database, and feel free to ask me (Simone) as well!

25

# BEST NON-HUDS FOOD

**If you need an escape from HUDS and all of the food at the grill is absolutely disrespectful, these are the places in the store that you should hit up.**

- Flat Patties (for the fries!)
- Spice Thai (watch out for that heat)
- Chutney's (Indian)
- The Market (sandwiches for days)
- Chipotle is always a win (don't fear the E.coli)
- Hong Kong (Chinese food on a budget)
- 9 Tastes (Thai)
- Tasty Burger (fast food)
- Felipe's (Mexican)
- El Jefe's Taqueria (Mexican, make sure to sign up for rewards)
- Maharaja (Indian)
- Shake Shack (if you're tryna splurge on the burger)
- Pinocchio's (pizza)
- Otto's (pizza)
- Starbucks (you know what's good)
- Shake Shack
- Sweet Green (salad)
- B. Good (coming soon)
- Five Guys
- Wings Over Somerville (they deliver)
- Tory Row
- Crema (cafe)
- Broadway Market
- Zoey's (diner food)
- Zinneken's (amazing waffles)

26

# HUDS HACKS

## Contributor: Jessie Laurore

No matter what your relationship is with the Harvard University Dining Services (HUDS), there is a good chance it will leave you unsatisfied at some point in your college career... For some students this is everyday, so they choose to eat every meal in the square. If you feel that isn't aligned with your health goals (or your bank account), then these tips are for you!

1. You already know what you like to eat! Think about what you like eating at home, or in general, and try to **replicate** that at school.
2. **Check out the grill** - the lengthy menu includes items which can be real staples.
   - *Popular grill picks:* grilled cheese, fried, hamburger, turkey burger and chicken breast.
   - Spice rack for some flavor.
   - Also, use the panini press/toaster to make your sandwich poppin'
   - Check out the various cafes and places you can use your BoardPlus ($60 on your Harvard ID issued every semester)
     - *Popular picks*: Barker Center Cafe, CGIS Cafe, and Lamont Cafe.
3. **Spend a little** - buy things to add to meals (like avocados, nuts, or your favorite fruit) if it makes the dining hall enjoyable, it's worth it!
4. **Treat yo' self** - Once you find a place you like in the square, make it a thing to treat yourself once a week or once a month. You deserve it!
   - *Popular picks*: Felipe's, Crema, Chipotle, etc. Ask around and explore!
5. Some of my favorite **meal ideas:**
   - Breakfast: oatmeal with cinnamon, flaxseed, banana, and peanut butter.
   - Any: Bagel topped with avocado, meat, tomatoes, onions, mayo, etc. Grilled cheese dipped in mix of tomato sauce, olive oil, and oregano.
   - Dinner: Salad with turkey burger - add whatever!
6. Use **Pinterest** and other websites (Greatist, Google, etc.) to find your own!
7. Look up healthy college meal ideas and snack ideas, there are lots of examples! (Please avoid all those suggestions for cooking in mugs, that isn't cooking.)
8. Next year: Look into the co-op. Or, maybe you'll get lucky and have a kitchen!

*Good luck!*

27

*If you're reading this, it's probably because you've realized that Annenberg food is honestly pretty bland. Fortunately for you, I've compiled a list of HUDS hacks so you can enjoy food bursting with flavor in the comfort of your own D-Hall. Here's how you can add some variety to your meals and spice up the repetitive food options. You can trust me not only because I'm from one of the food capitals of the world, but also because I took Science and Cooking my freshman fall… lol.*

## Contributor: Jamie Hawkins

1. The ketchup is located in a pan on the sandwich bar. I had to eat dry French fries for the first two months of school, because I thought they didn't eat ketchup in Massachusetts. It turns out I just didn't know where to find it.
2. If you're lactose intolerant, they have soy milk available in the fridge. If you aren't a fan of soymilk, you have to personally ask for almond milk. You're welcome. No more bringing a cup of almond milk to the d-hall from your dorm room fridge (or was that just me?) Pro Tip: Put a couple of ice cubes in your cereal to keep the milk cold, especially if you like to drink the sugary milk when you're finished. Trust me, you'll never have your cereal any other way.
3. Skip the Starbucks/ Greenhouse run before class by mixing half-and-half hot chocolate and coffee. I don't know about you, but I like my mochas free and unlimited.
4. Put rice crispy cereal on top of your hot chocolate for an exquisite mouth feel. This is even more delicious if they have cocoa crispies. 10/10 would recommend.
5. If the available pasta sauces aren't all that great, go to the grill and ask for a hot dog sans bun. Cut it into pieces and put it in the marinara sauce. Voila! You've got sausage pasta. You can do the same thing with a hamburger and get meat sauce. Pro Tip: Whenever you eat pasta from the pasta bar, make sure to season it with the available spices: A dash of oregano, a few red pepper flakes, a drizzle of olive oil, and heaps of parmesan. It's the only way.
6. When you order a burger from the grill, order it with an egg sunny side up. When you bite into your burger, watch your glorious yoke spill out onto your plate. Another great use for the sunny side up egg is on toast at breakfast. Another great burger topping is bacon from the sandwich bar.
7. Sunday Brunch: Show up early to evade the long waffle line. Waffles are best topped with a sliced banana and maple syrup. Pro tip: Bring your own Nutella and watch your friends' mouths water.

28

8.  You can make almost anything a delicious sandwich with the help of the Panini press… Get creative! I've made everything from a patty melt to a croque-madame.

9.  There is a dessert called "apple crisp" which is basically the inside of an apple pie topped with some crumble. Everyone who eats it will go to the pan, and scoop the crisp off. (you'll see). Don't settle for sad soggy apples. Instead, head to the salad bar and scoop some granola on top. You can have as much crisp as you want. Pro Tip: The best dessert out there is the Salted Caramel Cake.

10. Don't be afraid to bring your own seasonings from home. I keep a little container of Tony Chachere's Creole Seasoning in my backpack and whip it out in times of need. Don't be ashamed. You may as well enjoy your meals. Pick something small and versatile. Salt and Pepper can only do so much.

29

# RELATIONSHIPS

**Whether you're looking for bae or just trying to build a solid squad, here are some tips about navigating and maintaining relationships at Harvard.**

### Contributor: Arlesia McGowan

**With relationships:** One shouldn't be rushed to get in a relationship or hook up because of all the excitement that a student may be surrounded by during the first year. It is really easy to lose yourself.  Also, with just making friends in general, I would advise you to be open to making friends, don't just seclude yourself to one group, and don't be afraid to meet new friends! First semester, I hung out with the same group of people pretty much all the time; I thought "These are the people that I am always going to be around" and I was pretty comfortable with that. Now, keep in mind that I didn't go out very much first semester, but I had some hi and bye friends, and people I knew from class. Second semester, my eyes were opened to how many people that I didn't seem to notice the first time around when I started going to more BSA events (I still need to go to more because you all are amazing), but I made double/triple the amount of friends than first semester and I am so glad that I have had a chance to form closer relationships to these individuals this past semester.

**With blocking:** I would advise to block with people who are not only just your friends, but who are people that will respect your time and your privacy—and your closest friends aren't always the best people to live with. I know this year I was stuck between two blocking group situations. One of which I hung out with that group ALL the time (they were in my dorm) and another group of whom I knew about two of the girls pretty well, and the other few I didn't know so well. All in all, I chose the second group because I knew that I could have my space with them, not that the other group wouldn't give me my space, but I just knew being how close I was to some of the other girls in the first group, that blocking with them wouldn't be the best for me.

**Navigating with roommates:** I was the only black girl in my suite of 5 so it was very interesting to explain to my white roommates that I couldn't wash my hair everyday like they did because of the texture of my hair, and that washing it would dry it out and all of that mess, explaining all the products that I would use to condition my hair (Like coconut oil, shea butter, vaseline) that they didn't have to use —that was an interesting conversation. Also, even though I was the only black one, I still made sure I spent time with them and we all got along pretty well, maybe I would advise weekly outings with the suite mates, at least once a week, maybe to all grab a meal together. I know that we made the

effort to do that because as the year progressed we all became busy with our extracurriculars.

### Make Distance an Illusion: Maintaining High School Relationships
### Contributor: Peace Madubuonwu

Group chats are key! Do not underestimate the power of the group chat that you used to plan lunch that one time before everyone was off to their separate colleges. Be it a funny meme you scrolled by or a short story that you can share, these efforts can bring older chats to life and cause for a night of distractions and laughter that remind you why you became their friends in the first place! Calling never hurts either. Not everyday, no, not even once a month, but check in. Call to say hello and make sure they are adjusting, FaceTime during your study break instead of watching another episode of your binge addiction. Something people often think is "Wow, I haven't spoken to this person in a bit. I feel like it'd be weird to hit them up at this point." Reach out anyway! You don't have to talk everyday! And once you form the casual the group chat is popping sometimes but other times not relationship with your buddies it will feel less "weird". In the end, all it can really take is simple texts to start real conversations. Explore each other's newfound interests and hobbies and goals for the future. Embrace and welcome the new people everyone will slowly become. And remember, making new friends doesn't mean you have to forget your old ones.

31

# HAIR

**Black hair is versatile, beautiful, and amazing. You can rock that 20 inch weave for a couple of weeks and then switch it up real quick to some box braids. The possibilities are truly endless. And college is the perfect time to experiment with different looks and hairstyles but experimenting can go wrong if you don't have all the tips and tricks. But don't worry cause we got it covered.**

## Hair Stylists in Boston

Coming to a new city requires change. Sometimes you need to change your wardrobe. Sometimes you need to change your diet. But something that does need to be changed is your hair stylist. The reality is that for most of the year you will be on Harvard's campus, which means you need someone who can slay your hair. You're in luck because we have a great list for you of hairstylists in the area for all hairstyles and hair types.

- **April Hampton:** She is very local (lives in the Mather area) and specializes in sew-ins (~$65, just installation), crochet braids, box plaits, and cornrows. You can reach her at (954) 534-5388.
- **Von Webster:** She does natural hair consultations for $40, which include a wash, simple style, and in-person consultation about the products you use and questions you have about your hair. She also does faux locs, crochet braids, flat twists, corn rows, perm rods (on relaxed and natural hair), take-down for weave, deep conditioning, finger coils, and start/maintenance of locs. Check out her Facebook and get in touch with her at (617) 372-7725!
- **Jenny from Dorchester:** She does braids and twists from $65 to $85 (not including hair) which is a miracle price in Boston/Cambridge. She can be reached at (617) 606-1102.
- If you want to go the shop route, check out **Simply Erinn's** and **Zina's.** They're usually a little pricier but a lot of folks go to them, especially if you're looking for a relaxer. **Maria** at Your Hair Salon (right near Pennypacker) is good for natural hair straightening (ABHW pres. Thalia goes there).

## Dos and Don'ts for Relaxed Hair (Kelcee Everette)

Hello and welcome, incoming freshman! I'm very excited you're here, and even more excited that you've chosen to be a member of the ABHW community. ABHW ladies love sharing advice they have, so here are a few things I've learned about caring for my relaxed hair on campus:

Do invest in a jar of virgin coconut oil. If you're from the south like me, you might be surprised at how dry the air is this far north. The lower humidity is great for

32

keeping your hair straight and sleek, but it also means you have to be more attentive to how dry your hair gets. Coconut oil is lightweight enough to use every day; just use about a quarter sized amount in your hair at night before you wrap it.

Don't forget to deep condition at least once a month, especially in the winter.

Do experiment with new dos. Your curly relaxed hair can do some pretty amazing things! College is a great time to try out new styles that don't require heat. You'll give your hair a break while finding some new low-maintenance hairstyles.

Don't leave all of your favorite products at home. Beauty supply stores around Cambridge may not have the same products that you buy at home. Make sure you bring all your favorite products with you. I've found it most helpful to stock up for a stash to keep at school, and leave a little at home for holidays/breaks.

Do keep up with your relaxer on whatever time frame that means for your hair. I get a light texturizer every seven to eight months, and try to plan them around when I'm back home so my beautician can do it. If you go too long without one, your hair will break off a lot faster where your natural hair and relaxed hair meet. It's very hard to keep up with both textures of hair because they need to be cared for differently.

Don't straighten your hair before a party, especially if you like to dance.

Do keep your hair up and away from your face and neck at the gym (but not in bun!), and bring a towel or have a shirt to rest your head on if you'll be doing workouts on the floor. It'll help to reduce frizz and keep dirt at bay.

Don't be a stranger, and feel free to reach out for hair tips anytime!

### How to Survive Harvard while Natural: A Few Do's and Dont's (Udo Okwandu)

**Do:**
- Moisturize
  - The LOC method (Liquid, Oil, Cream) keeps my hair soft and less prone to breakage, especially during the winter months. My go to products are water, coconut oil, and raw unrefined shea butter!
- Protective Styles
  - Keeping your hair in styles such as braids, twists, weaves, crotchet braids are not only a great way to save time from styling your hair, but also the perfect way to keep your hair protected, promoting less breakage and growth. Make sure to periodically oil your scalp and spritz your hair with a combo of water and oil to keep your strands moisturized and healthy!

33

- Wrap your hair at night with a silk bonnet or scarf
  - o Wearing a silk bonnet or scarf protects your hair from rubbing that leads to breakage, damaged edges, and snagged strands. Not only does wrapping protect your hair, but it also protects and maintains the fabulous twist-out or set of Senegalese twists that you're rocking!

**Don't:**
- Keep your protective style for more than 2 months
  - o Just like almost everything in life, too much of a good thing can lead to problems. Wearing a protective style for too long can damage your strands, leading to increased fragility, dryness and brittleness, and breakage when the style is finally removed.
- Use excess heat
  - o Excess application of heat to the hair can not only change your hair's natural pattern, but in conjunction with the dry Cambridge weather, your hair is more prone to breakage, takes in less moisture, and may stunt hair growth.
- Be rough
  - o I treat my natural hair like a baby. That means using a little extra TLC and dedicating sufficient time to ensure that my crown thrives like the queen she is!

# NAILS AND EYEBROWS

**If you're in need of a fleeking session these are some spots for you to check out.**

## Couture Nail Salon
(Next to Verizon)
- o   Close and gets the job done if you're in a time crunch
- o   Friendly workers

## Happy Nail
- o   A little pricy, 10-15 min walk

## Thread and Shape
(Harvard Square (2 Bow St, Cambridge, MA 02138))
- o   It is $12 but it is so worth it, and threading lasts longer than waxing fyi

## Tobacco Shop
(Threading lady in the back)

## Mini Luxe
- o   LONG LASTING manicures and pedicures
- o   Pricier, but worth it

**JA5961**

# BEST PLACES TO SHOP

**It's about a month into the school year. The high of being a new student has faded as midterms approach. All of the sudden you look into your closet and realize that you've been wearing the same outfit for about a week now. You are in serious need of shopping. But you check that lovely little bank account of yours and realize that you really don't have money for American Apparel, Urban Outfitters, or any of the other stores in the square. Don't worry because ABHW got you covered. Check out this list of stores, both online and in the Cambridge/Boston Area:**

## Online
1. Boohoo
   - Ships quickly, always has a sale going on so clothes are pretty inexpensive, clothes fit well and are great quality
2. Fashion Nova
3. Good going out clothes, jeans stretch really well for girls with booty or curves
4. Missguided
5. Asos
6. Nasty Gal
7. Sheinside
8. Lulu
9. Tobi

## Cambridge/Boston
1. Primark
   - Super cheap clothes, somewhat close to campus (at downtown crossing), great variety
2. Pacsun
3. 2nd Time Around
4. Urban Outfitters
   - Great sales and deals
   - You can find great deals online and then you can have it shipped to Harvard. Just spend the $50 dollars online to get free shipping, then return the items you don't want in person at the store.
5. H&M
   - Amazing basics that are amazing for college students that don't want to bring a lot of clothes (then you can mix and match).
6. American Apparel
7. Concepts
8. Zara
9. Forever 21

*Hint: Download Unidays for student discounts for various stores like American Apparel, Urban Outfitters, and more*

**JA5962**

# WINTER ESSENTIALS

**When it's brick cold and they still want you to trudge through the blizzard to class, you're going to want to know what you should have on deck to get through a Boston winter.**

- ✓ Thick socks (wool, maybe above knee)
- ✓ Gloves
- ✓ Parka
- ✓ Fleece Leggings
- ✓ Snow boots with good grip (Land's End is Bomb)
- ✓ Warm booties (good for going out)
- ✓ Fleece headbands or earmuffs
- ✓ Warm but cheap coat to wear out (in case you lose it)
- ✓ Parka
- ✓ Knit Scarf

- ✓ Chapstick (don't be caught with chapped lips)
- ✓ Thick Lotion (don't be caught with ash)
- ✓ Waterproof Rain Boots

37

Case 1:19-cv-... Document ... Filed 07/... Page 50 ... Entry ID: 8356433

# BEING A NON-ALCHOLIC DRINKER IN A SOCIAL SETTING

**Contributor: Jade Warren**

1. Make your decision to drink or not drink for the right reasons. Don't succumb to peer pressure from anyone.
2. Do not look down on people who drink. Yes, it's tempting to cast judgments or make comments about how that amount of drinking isn't healthy. But it is important that you accept other people's social conduct (assuming they don't infringe on your own rights!) You're free to choose who you associate with.
3. Be comfortable with yourself, no matter what path you choose. The more you know yourself--- and the more confidence you have in yourself--- the less the little things matter.

**Contributor: Arlesia McGowan**

If one isn't a drinker I would say that you can still have TONS of fun without having to drink. Yes, it seems like the people who drink have the most fun, but honestly, I must say that I had so much fun at parties without having to drink. I would say that if you don't drink, find friends that don't drink either and you all can go out and have fun at parties. I was lucky to have responsible friends who did drink but weren't insane about it, so it was always manageable, but, if worse comes to worse, have a group of people who you can chill with if you feel that you won't have the most fun at the party that night—and if people start talking about alcohol around you and you feel uncomfortable, I would advise you to be open to what they have to say, you can learn a lot, from listening to their perspective. Drinking is a choice, so if you choose to make that choice to drink, make sure you are fully comfortable with that.

**JA5964**

# BEYOND THE BUBBLE

Hi everyone! My name is Genesis and I am currently a sophomore. As a Boston native I wanted to share some of my favorite things to do. Sometimes Harvard can be a busy place with lots to do, and other times weekends are slow. They always tell you when you tour Harvard that it's so great because it's so close to Boston and all it has to offer, but how many people actually take advantage of the T and venture beyond the radius of Harvard Square during their freshman year? From my experience talking to other freshman not many, but since I am a "local" I wanted to share some of the things that Boston and the surrounding Cambridge area have to offer, specifically for those Saturday afternoons or Sunday mornings with nothing to do. One thing I would advise you all to do is to take advantage of the "Into the Hub" series that the Freshman Dean's Office offers. All events are free and happen on Friday nights, which make for a great alternative to the party scene if that's not your thing, or if there isn't anything else to do it could lead to a really chill night if you bring along some friends. Some of the things they do include: laser tagging, outings to the movies, the science museum, and even to some sports games, such as the Celtics game. There are sometimes very limited seats available, but if you coordinate early on with your friends it could lead to a very fun time! Although I am only giving you a couple of things, if there is something that was not on this list that you would like to do chances are I know of a spot, so please do not hesitate to email me at gdelossantos@college.harvard.edu. I really look forward to getting to know all of you within the coming school year!

I will start off by listing some things to do within Harvard and then I'll branch further outwards.

## Within the Bubble

Whenever I refer to the bubble I am typically talking about the Harvard Square area, and all areas that make up the college. If you are the museum type, Harvard has a bunch of them and they offer a lot of unique collections, etc. These are only some of them, but they are the ones that I have visited and had a great time at. I also added a couple of cool spots that not many people know about, including hidden gardens, theaters, and chill spots to unwind.

**The American Repertory Theater/ Loeb Drama Center :** This is a space used both by the A.R.T. as well as various Harvard affiliated performance groups. If you love the arts the A.R.T. puts on a lot of amazing productions and Harvard Students also use the mainstage space for theatrical productions. Last year I was even able to perform in a play student written, directed, and produced. It was entitled *Black Magic* and spoke about the Harvard experience as a Black student, specifically touching upon sexual orientation, and gender. If you are into the arts, especially theater be on the lookout for auditions, including any

39

productions done by Black C.A.S.T. which is the black theater troupe on campus dedicated to giving Black students a space to express themselves. The theater is located on **64 Brattle Street Cambridge, MA 02138**.

**The Brattle Theater:** This theater typically screens the best independent, international, and classic films. It does not have your typical movie theater listings, but nonetheless has a lot of great offerings during the year. It is located on **40 Brattle Street Cambridge, Ma 02138.**

**The Carpenter's Center for the Visual Arts:** Home to two different galleries, the Main Gallery and the Sert Gallery, this is a beautiful space in which a lot of contemporary pieces are showcased. It is also home to the Harvard Film Archive, which has a variety of different film showings throughout the school year! Be on the lookout for those! It is located on **24 Quincy Street Cambridge, MA 02138.**

**The Charles River:** The Charles River is right in our backyard, just behind the river houses.It's a great place to watch the sunset, have a picnic, or do some jogging. It stretches along campus and into Boston. You can do anything from kayaking,canoeing, or sailing, and if water is not your thing then you can always take a nice stroll alongside the river, or have a nice time to reflect on Weekes Bridge.

**Dudley Garden:** Not many people know of this secret hidden treasure. It lies just behind lamont, and can be accessed through a door next to Wigglesworth A entry way. This is a great place to chill if you've been having a long day or need a little bit of a breather removed from everyone else. It is unfortunately only open from April to October during daylight hours.

**Harvard Art Museums:** This museum was once three different museums and now it has been consolidated into one building. It is made up of the Fogg Museum, the Busch Reisinger Museum, and the the Arthur M. Sackler Museum. It is located on **32 Quincy Street Cambridge, MA 02138.**

**Harvard Museum of Natural History:** There is a glass flower collection and a live bee exhibit, not to mention a bunch of other cool and interesting things, take advantage of the resources available to you as Harvard students. It is located on **26 Oxford Street Cambridge, MA 02138.**

**The Hutchins Center for African and African American Research:** houses the **Ethelbert Cooper Gallery of African and African American Art,** which was pretty recently reopened in 2014. The exhibits range from traditional to contemporary art and also includes historical exhibits. And it is also home to **The Hip Hop**

**JA5966**

**Archive and Research Institute.** The Hutchins Center has a variety of resources and is dedicated to research on the history and culture of people of African descent. It is located on **104 Mount Auburn Street Cambridge MA, 02138.**

**The Sunken Garden:** This spot is similar to the Dudley Garden, it is a great open space with lots of green grass, park benches, and not to mention a small fountain. Located in Radcliffe Yard, near the Graduate School of Education, and directly across from Agassiz House, it's tucked away in a small corner of the Yard. This is also another great outdoor spot to unwind, not to mention it's not too far from the yard, and is a very quiet space for anyone looking to take a breather.

## Beyond the Bubble and Across the Bridge

I have included a list of educational things, information for basic needs (such as shopping), and fun things. I know it might be hard to do some of these things, especially on a college student's budget, so make sure you are aware of the different costs not only of transportation, but also other fees that might be acquired along the way. Always remember that most places offer student discounts just by showing your College ID so make sure to take advantage of those.

## A Night of Dancing

**Havana Club:** If you are into dancing any Salsa, Merengue, or Bachata, as well as other forms of Latin Dance, then the Havana club is a great place for you to get that energy out on the dance floor. All beginners are welcome, do note however that typically it tends to be 18+. There is a large group of people that comes out weeknights to have their dose of dance. It is also refreshing to see people just hitting the dance floor simply to have fun. Located in Central Square on **288 Green Street Cambridge, MA 02139.**

**Monroe Night Club:** A 19+ club. If you aren't already 19, this is a great spot with lots of events to look forward to come that time. Located on **450 Massachusetts Avenue Cambridge, MA 02139.**

**Ryles Jazz Club:** It is a jazz clubs, has live music, and it also has a variety of events throughout the year. The music selection of such events range anywhere from Jazz to Dancehall so get your dancing shoes on and make sure to whine your way down to Ryles. It's a great spot to have a night of fun. Located on **212 Hampshire Street Cambridge, MA 02139.**

## Educational/ Historical

41

**JA5967**

**Black Heritage Trail Tour:** This is an opportunity to learn the role that Boston played in the underground railroad as well as other significant moments in Black history. Includes a tour of the **African Meeting House,** the oldest Black church in the country. Inside there are a variety of exhibits and galleries showcasing letters and pieces of history. Located on **46 Joy Street Boston, MA 02114.**

**The Freedom Trail:** It is a 2.5 mile long path that showcases significant monuments and locations of events that took place and shaped our nation's history. You will be greeted by actors in colonial wear who will take you on a trip back into the past. Tour leaves from the Boston Common Information Center at **139 Tremont Street Boston, MA 02108.**

**John F. Kennedy Presidential Library and Museum:** The Museum is a tribute to the life of our 35th President. It overlooks the sea and houses many items from his presidency and life. Located on **Columbia Point Boston, MA 02125.**
**The Museum of Science:** I have not been here in a while, but one of my favorite memories of the science museum was a musical staircase that they used to have in their Sound Exhibit. Although I am not sure if it is still there, I vividly remember running up and down them constantly just to hear the sound that they would create. Make sure to look out for their free nights that typically happen once a month. Located on **Science Park Boston, MA 02114.**

<u>Fun</u>

**Chez Vous Roller Skating:** If you want to get down like New New in ATL and show Boston your skating techniques this is the place for you. Guaranteed to have a good time. Located on **11 Rhoades Street Boston, MA 02124.**

**Bowling:** There are a couple of options, **Lanes and Games** located on **195 Concord Turnpike Cambridge, MA 02140.** It has a very old school feel and is easily accessible via the Redline towards Alewife, and is actually a short walk from Alewife. The only downfall is that in order to get to this spot you have to walk on the turnpike, it has a sidewalk, but is often very dimly lit. **Lucky Strike Jillian's** located on **145 Ipswich Street Boston, MA 02215.** It is a bit on the pricier side, and has a couple of nights that are 21+ nights only, but other than that it has a cool modern look to it. It is easily accessible via the transportation system and is not too far from Newbury Street. The last one **Boston Bowl Family Fun Center** is a place where I used to go bowling a lot during my childhood. Located on **820 William T Morrissey Blvd Dorchester, MA 02122.**

**The Franklin Park Zoo:** The zoo just celebrated 100 years, smack in the middle of one of Boston's neighborhoods, Dorchester, it allows you to get a little farther out and experience a different area (this is also where I currently live and was

raised). Perfect for the early fall months before the big gusts of cold air start to come in. Located on **1 Franklin Park Road Boston, MA 02121.**

**Frog Pond Ice Skating Rink:** During the winter months Harvard builds a small ice skating rink outside of the Science Center free admission for all students, but if you want to go into Downtown Boston the wonders of winter are a perfect opportunity to do so. Located within the Boston Common's Frog Pond doubles as a sprinkler during the summer and an ice skating rink in the winter. Do not fear, if you do not have ice skates there are rentals, and if you do not like the cold you can always warm up with some hot chocolate. Located on **38 Beacon Street Boston, MA 02108.**

**Movies:** Currently my favorite movie theater in this area is at Assembly Row and it is the **AMC Assembly Row 12** located on **395 Artisan Way Somerville, MA 02145.** It's something about those comfy recliners that I just can't let go of. The next one is the **Somerville Theatre**, it plays old films, indie films, as well as some of the things that are out now. Located on **55 Davis Square Somerville, MA 02144.** Lastly, the one I have spent most of my life going to **AMC Loews Boston Common 19.** This movie theater has definitely seen me age. Located on **175 Tremont Street Boston, MA 02111.**

**The New England Aquarium** is home to a variety of sea creatures, has an IMAX theater, there are shows put on by the seals daily, and if you are feeling up for it or have a little extra cash it is really worth while to go on their Whale Watching expeditions. While there you can even walk along the Boston Harbor. Located on **1 Central Wharf Boston, MA 02110.**

<u>**Sporting Events**</u>

**Fenway Park:** Home to the Boston Red Sox, if you are a baseball lover make sure you check out the Green Monster. Located on **4 Yawkey Way Boston, MA 02215.**

**TD Garden:** Where you can watch some basketball or ice hockey, whatever you prefer. Both the Celtics NBA team and the Boston Bruins NHL team play here. There are also a variety of artists that come to this venue for concerts, so be on the lookout for any of the big names. There is also a **Sports Museum** on the 5th and 6th level of the building. Located on **100 Legends Way Boston,MA 02114.**

**Gillette Stadium:** Although not in Boston, actually just a bit farther out than most things on this list, this is where the New England Patriots NFL team plays and where the MLS's New England Revolution hosts their home games against other soccer teams. It is also another concert venue and this past summer was the

**JA5969**

venue for Beyonce's Formation World Tour. Located on **1 Patriot Place Foxborough, MA 02035.**

<u>Shopping</u>

**Assembly Row:** If you are looking for a deal assembly row always has one. This is the most accessible outlet mall within the area. It also has one of the best movie theaters, with comfy recliners, and reserved seating. Located on **340 Canal Street Somerville, MA 02145.**

**Cambridgeside Galleria Mall:** If you are ever in a rush to grab something for a party or want to waste some time window shopping Galleria Mall is a great spot. The fastest way to get there via public transportation is by taking the 69 MBTA bus that stops outside of Johnston Gate. You get off at the last stop which is Lechmere station and then there are signs pointing you in the direction of the mall. Located on **100 Cambridgeside Place Cambridge, MA 02141.**

**Downtown Crossing:** Most accessible from Harvard via the redline, it has its own station and is really the center of Boston. There are a lot of things to do Downtown and some of the stores include sneaker stores, Primark, and Macy's. An easy place to go to if you ever need anything fast.

**Faneuil Hall:** Not only is it a historical site, but it also serves as a place for performers to gather, shopping to be done, and not to mention it has some great food options. Like all things in Boston it is old and has been a marketplace and meetinghouse since 1743, now it's used as a gathering place for the naturalization ceremony when Bostonians become naturalized citizens of the United States. Located on **1 Faneuil Hall Square Boston, MA 02109.**

**Newbury Street:** This is a street that is dedicated to any of your shopping needs. It has high fashion brands as well as fast fashion brands like Zara and Forever 21. With a boatload of restaurants, nail salons, beauty spas, coffee shops, etc, Newbury street is one of my favorite places to visit on a Saturday evening or for a Sunday Brunch. You can get to Newbury street best by taking the 1 MBTA bus that also stops outside of Johnston Gate. and you would get off at the stop directly across from the TJ Maxx and Green Line station named Hynes Convention Center.

**The Prudential Center:** The Prudential mall (or the pru as some locals call it) has a smaller selection of stores and it is also being renovated so there is not as much to see. It is also a bit on the pricier side of the spectrum. Nonetheless it is a great place to stroll around, you can also catch a meal there. Some restaurants include P.F. Chang's and the Cheesecake Factory (a great place for celebrating a birthday). The best way to get here is by catching the red line into

the city and switching onto the green line. Located on **800 Boylston Street Boston, MA 02199.**

<u>**Touristy**</u>

**Boston Harbor Islands:** The Boston Harbor Islands are comprised of 34 island and mainland parks. Just a ferry ride away from Downtown Boston you can have a little excursion out to see within minutes. The ferry to any of the 6 Boston Harbor Islands can be boarded at the ferry station on **Boston Long Wharf** near the aquarium.

**Duck Tours:**  Duck tours are a riding tour of Boston. What makes them different from your typical bus tour is that you get a view of the city from a World War II style "amphibious landing vehicle". They not only ride on the street, but also go into the Harbor and Charles River to provide you a full view of the city. The tour departs from the Prudential Center, located on **4 Copley Place Boston, MA 02116.**

**Skywalk Boston Observatory:** If you want a view of the city there is no better place to get one than from the top of the Prudential Center. Soaring up 52 floors the Skywalk Observatory provides a 360 degree view of the city from different angles. Located on **800 Boylston Street #50 Boston, MA 02199.**

<u>**Unwinding at a Park**</u>

**Arnold Arboretum:** This Arboretum is owned and run by Harvard, but is located far from the bubble and spans two of Boston's neighborhoods, Jamaica Plain and Roslindale. A beautiful place to take pictures in the spring time or to get one with nature. Various different trails lead up to the top of different hills and have breathtaking views of the city. With so many different plants and trees this is really a great place to get a dose of fresh air. Located on **Arborway Boston, MA 02130.**

**Boston's Public Garden:** A personal favorite the Public Garden is a place where I spent a lot of time in during my childhood. There is a small pond in the center where with about $3 you can board a swan boat and take a ride around the pond, no pedaling required. This is the place that I go to most often when I need to get out of Harvard, with many park benches to choose from, it's a great place to reflect or just people watch. It also has a statue of the ducks from "Make Way for the Ducklings" a children's book set in Boston. Located on **4 Charles Street Boston, MA 02116.**

**The Boston Commons:** This is a central public park in the middle of Downtown Boston. It is the oldest city park in the nation dating back to 1634. Another great

**JA5971**

place to sit on a park bench after a long day. This is also where a lot of protests in Boston end or begin, especially because of its centralized location and proximity to the State House. Located on **Tremont Street Boston, MA 02116.**

## Visual and Performing Arts

**Boston Pops and The Boston Symphony Orchestra:** Although I have never been, I have had friends that have performed with the Boston Symphony Orchestra. Truly a beautiful sight to see and even better to hear! The Freshman Dean's office into the Hub series many times has a couple of outings to the BSO during the school year, so definitely be on the lookout. Located on **301 Massachusetts Ave. Boston, MA 02115.**

**The Company One Theater:** local Boston actors put on a bunch of small shows at the Company One theater and it is truly a great place to get a couple of laughs in. Located on **539 Tremont Street Boston, MA 02116.**

**The Dance Complex:** They offer a variety of classes and workshops throughout the year. If you love to dance this is a great place to take classes, Harvard also offers classes, and look out for different initiatives by the Freshman Arts Board, they many times bring in various choreographers that also offer classes at the Dance Complex. Located on **536 Massachusetts Ave. Cambridge, MA 02139.**

**Improv Asylum:** They put on a variety of shows that require the cast to improvise while on stage. Usually attaining suggestions from the crowd the cast really has to think on their feet. Shows vary so make sure to check out their website. **216 Hanover Street Boston, MA 02113.**

**Institute of Contemporary Art:** By far one of my favorite museums, especially because it is always changing, and there is always something new to see. It is right on Boston's waterfront allowing for a breathtaking view. There are various nights during the school year that also are dedicated to teens and young adults. Admission is free on Thursday nights from 5 to 9pm. Located on **25 Harbor Shore Drive Boston, MA 02210.**

**The Isabella Stewart Gardner Museum:** Another Museum where Harvard students can get in for **free**! The museum showcases one woman's art collection, after she decided to make her home into a museum. It boasts a variety of Gardens and greenhouses which are perfect for a beautiful photo op in the springtime. Located on **25 Evans Way Boston, MA 02115.**

**Made By Me:** Porter square's equivalent of plaster fun time, if you want to paint ceramic pieces, anything from tea cups to animal sculptures, then this is the

**JA5972**

place for you. A great little place to get creative and let off some steam. Located on **1685 Massachusetts Ave. Cambridge, MA 02138.**

**The Museum of Fine Arts:** The fourth largest museum in the United States, you should really dedicate an entire Sunday to exploring the various exhibitions. The best part is that you get in free with Harvard ID, another reason to get out of the Bubble. **465 Huntington Ave. Boston, MA 02115.**


This is just a small list of all of the possible things that you can do while living in the city of Cambridge and having Boston Proper at your fingertips. Take advantage of the opportunity to explore this historical city. This place is where you will be living for the next four years so truly take the chance and immerse yourself in all of its wonders. Explore, learn, and grow! I hope that your freshman year is a beautiful one and that you all find something in here helpful. If you ever want to know about any spots in particular or want to get to know me do not hesitate to email me at gdelossantos@college.harvard.edu. Remember most places do offer student discounts with your College ID, some places are free for Harvard Students so always make sure to ask, and also take advantage of the various free nights that museums offer during the weekdays. Have Fun!

47

# SOCIAL SCENE

**NOTE:** We listed some of MANY options for social life on campus, of course you don't have to be involved in a formal organization to really find a social space for you at Harvard. As you know from the activities fair, there are hundreds of orgs that you can join. Kuumba, KeyChange, Expressions, Omo Naija, Eleganza, Identities, PADAME, Renegade, and Passus are great organizations that members of ABHW are involved with and there are countless others that can help you meet a great group of people.

## BLACK GREEK LIFE
### by Eni Popoola

There are a number of Black Greek Letter Organizations (BGLOs) present on campus. As members of the National Pan-Hellenic Council, informally known as the Divine 9, these organizations have built a strong history of uplifting the Black community through service. Founded at the turn of the 20th century, the first BGLOs (Alpha Phi Alpha Fraternity, Inc. and Alpha Kappa Alpha Sorority, Inc.) emerged at a time when it was uncommon for African-Americans, especially women, to receive a college education. Since then, these organizations have been at the forefront of movements and service within the Black community. Membership is a commitment expected to last a lifetime as there will always be opportunities of service to our community.

If you think you might be interested in learning more about these organizations, take the time to do research. Go on the national website to read up on the history of the organization. Familiarize yourself with the chapters active on campus and in the area. Attend events and programming to meet members and learn more about what the chapters are doing to be of service. Even if you're not interested, attending events is still a great way to support groups serving the Black community. Watching movies and shows like *Stomp the Yard, School Daze* or *A Different World* won't give you the full picture--so make sure to do some research! Unlike many other groups at Harvard, there are national GPA requirements for membership so (of course!) be sure to maintain a strong academic record.

In an African-American context, strolling, stepping, calls and hand signals grew out of and gained popularity from these orgs. While they have extended beyond the BGLOs in a variety of ways, the specific traditions are highly respected among members. So while that shimmy, hand sign or some other move may look cool, it's a good idea to leave it to the members--even if you're not interested in considering membership.

48

**JA5974**

## CLUB SPORTS
## Contributor: Cory Ransom

Club sports are a great alternative to Varsity athletics for former high school and competitive athletes. Club teams compete against other schools in the area and (depending on the team and its success) travel to regional or national tournaments. The time commitment is much less significant than Varsity athletics, but attendance at all practices and games is expected (there's always a little wiggle room). The competition level is higher than intramural, so it might not be a good idea to try a new sport at the club level (but if you athletic af then go for it). The uniforms and gear options are good and club teams are pretty well respected on campus. Personally, club basketball has been amazing for me because I can still play at a decently competitive level after years of AAU and high school. All of the club sports are listed on the Athletics website and most teams have tables at the activities fair.

## SORORITIES
## by Jazmine Phillips-Acie

Rushing a sorority was one of the best decisions I ever made at Harvard. Growing up I had always hoped to join a black sorority when I attended university. At first I was disappointed to learn that the black sorority I was interested in no longer had a relationship with Harvard, but I was open-minded and decided to look into the Greek life that was on campus. I am so glad I did! I met many incredible upperclassmen from all four sororities on campus my freshman fall and was encouraged to at least go through the process. I would encourage any girl to at least try it out because regardless if you join a sorority or not, I believe it was an amazing way to meet not just a sizable amount of incredible upperclassmen women but also get to know your own class better by going through the process together. It was so much fun and enlightening to speak with women who came from different backgrounds, had diverse academic interests, and participated in such a wide array of extracurricular activities. I am certain I would have never met so many astounding women outside from my own academic and extracurricular interests otherwise. I suggest that going through the process you are open to all of the sororities and really feel out for yourself what community feels most like home for you.

Even if you decide a sorority isn't for you, at least you were able to meet so many of your peers. I met my best friends and some of my block-mates during rush and through my sorority. Having a support network of incredible women is invaluable not just in life but also at Harvard specifically considering its history and climate. My sorority sisters inspire me to be brave, confident, empathetic, and strong. They have helped me to grow and love myself, to be unafraid to

49

speak my mind, stand up for what I believe in, and go after my dreams. They have been at every dance performance and seeing them in the audience cheering me on means the world to me. They have been there for me when I was broken and showed me how to be strong. They have loved me unconditionally. Being a black woman in a sorority on Harvard's campus may not be the same experience of being in a black sorority, but I believe the experience I have had has been just as positive. My sisters have been there to engage in dialogue surrounding issues of race and inclusion on our campus and been beside me at protests and events for black women and students. I also think of ABHW as the network of black women I had hoped to gain in a black sorority. I encourage any girl who is interested to pursue Greek life at Harvard. Nonetheless, I hope that everyone can find a community at Harvard that makes them feel loved and happy no matter what community that is.

## FINAL CLUBS
## By Thalia Orphee

Final clubs are one of many social scenes on campus and what distinguishes them from other social spaces is that there is a degree of exclusivity involved and these clubs are not officially recognized by Harvard. There are male, female, and co-ed final clubs. You are selected to join a final club through a process called punch. This process occurs your sophomore fall semester if you choose to partake in it. These clubs have long-standing traditions and there has been recent buzz about if they contribute positively to life at Harvard or not. With all this being said, this is an optional process and once the times comes you will be able to speak to upperclassmen and decide if this type of social space is for you. You may find that the final club scene does not appeal to you at all, but if you do choose that scene, here are some do's and don'ts for navigating this process:

**Dos**
- **Have fun and be yourself.**
  - The process can get stressful in that you might be balancing a lot of social events with schoolwork, but remember that this is an opportunity to meet a great group of friends.
- If you do receive an invite into the punch process, **be informed.**
  - Make sure you reach out to an upperclassmen to know what you might be getting yourself into and how to best navigate the process.
  - 

**Don'ts**
- **Don't get caught up.**

- o Understand that this is ONE of many social scenes on this campus and does not determine your ability to have fun. The process favors people who stay true to themselves. It's easy to sense inauthenticity and malicious intentions.

- o **Don't forget who your friends are and don't change your behavior.**
  - o People want to get to know YOU. Stay true to yourself and don't let the desire to be in a club ruin your friendships.

*A Note about Male Final Clubs:
- o Male final clubs can be intimidating for a freshman girl that is just trying to find some fun because of the drinking culture and the male-to-female ratio. Be cautious in these spaces and try to exercise good drinking practices. Good fun can come with some responsibility. Have your friends' backs and NEVER feel pressured to engage in a situation that you don't feel comfortable.

**HAVE AN AMAZING SCHOOL YEAR! EMBRACE THE SISTERHOOD <3**

51

**JA5977**

**AAWA, CSA, AND HVA PRESENT:**

# ANTI-BLACK RACISM IN THE ASIAN AMERICAN COMMUNITY

AN INTERACTIVE WORKSHOP & DISCUSSION

## OCTOBER 23, 2017 | 6:30-8 PM

## TICKNOR LOUNGE

*Facilitated in conjunction with Boston's Asian American Resource Workshop*

Amici Curiae
Exhibit
AO-06

Amici Curiae
Exhibit
AO-17



AAWA PRESENTS

*Cherry Blossom*

STUDY BREAK

WOMEN'S CENTER

MONDAY, MARCH 26, 2018

8:30-9:30 PM

ALL GENDERS AND IDENTITIES WELCOMED

COME MAKE MOCHI AND ENJOY ASIAN SNACKS

Amici Curiae
Exhibit
AO-28

**Fuerza Latina Mission Statement:**

We, the board and members of Fuerza Latina, strive to enhance the presence of Latinos at Harvard University, to promote awareness of issues that affect the Latino community both at Harvard and in the greater Boston area, and most importantly, we wish to provide a nurturing and caring environment for all Latinos. We intend to support Latino students academically and socially, and hope to shield them from all forms of institutional, academic, gender, and social discrimination. We will protect the interest of Latino students through the encouragement of active participation of Latinos in campus governance, academic departments, student run organizations, and scholastic endeavors. Ultimately, we aim to provide for all Latinos at Harvard the most common element our community shares-- a sense of family.



AAWA, HRCSA, AND OAASIS PRESENT

# UNLEARNING
## THE LANGUAGE OF
# MISOGYNY

## WEDNESDAY, FEBRUARY 28 | 12 – 1:30PM
## TICKNOR LOUNGE

**MODERATOR:** KAREN THORNBER
EAST ASIAN LANGUAGES AND CIVILIZATIONS, COMPARATIVE LITERATURES

### PANELISTS

**CÉCILE GUÉDON**
COMPARATIVE LITERATURE

**ROANNE KANTOR**
COMPARATIVE LITERATURE

**KATHARINA PIECHOCKI**
COMPARATIVE LITERATURE

**ANNA WILSON**
ENGLISH

**ANNABEL KIM**
ROMANCE LANGUAGES AND LITERATURES

LUNCH WILL BE SERVED



WOMEN'S
WEEK
2018

Amici Curiae
Exhibit
AO-31

**PD20**
SFFA v. Harvard

**Timeline labels:**

10/2013 | 11/2013 | 12/2013 | 1/2014 | 2/2014 | 3/2014 | 4/2014 | 5/2013 | 6/2014 | 7/2014 | 8/2014

**11/1** Early Action application deadline

**11/16–11/23** Subcommittees meet

**11/25–12/6** Full committee meets

**1/1** Regular Action application deadline

**1/9–1/10** ABAFOILSS meeting

**1/22–3/1** Subcommittees meet

**3/3–3/14** Full committee meets

**3/17–3/19** Final review

**5/1** Candidates' reply deadline

**~5/15–6/30** Wait list meetings

Document thumbnails: P172, P171, P170, P169, P168, P167, P165, P164, P163, P161, P159, P158, P157, P156, P155, P154, P153, P152, P150, P149, P148

**JA5982**

Exs. P68, P159

# Harvard's Admitted Class of 2019

## Academic Characteristics

| | SAT Score (%) | H.S. GPA |
|---|---|---|
| Real World | 2244 (99%) | 77.0 |
| Simulation | – | – |
| Difference | – | – |

## Racial/Ethnic Diversity

White Admits: 40%
Asian American Admits: 24%
African American Admits: 14%
Hispanic and Other Admits: 14%
Under-Represented Minorities: 28%

(Y-axis: 0% to 50%)

## Socioeconomic Diversity

ADVANTAGED 82%
DISADVANTAGED 18%

(Y-axis: 0% to 100%)

**JA5983**



P413 (Kahlenberg Rebuttal Report) at 33, 42; Card Rebuttal Report at 96 (Exhibit 26).



PD25

SFFA v. Harvard

# Simulation A
### (Kahlenberg Simulation 4)

## Academic Characteristics

| | SAT Score (%) | H.S. GPA |
|---|---|---|
| Real World | 2244 (99%) | 77.0 |
| Simulation | 2191 (98%) | 77.1 |
| Difference | −53 (−1%) | +0.1 |



## Socioeconomic Diversity

46% ADVANTAGED

54% DISADVANTAGED

## Racial/Ethnic Diversity

-- -- Admitted Class of 2019

White Admits: 40%
Asian American Admits: 28%
African American Admits: 10%
Hispanic Admits: 14%
Under-Represented Minorities: 24%

**JA5984**


PD27
SFFA v. Harvard

Ex. P411 (Kahlenberg Report) at 82; P413 (Kahlenberg Rebuttal Report) at 26, 33, 42; Card Report at 193 (Exhibit 70); Card Rebuttal Report at 96 (Exhibit 26).



# Simulation B
## (Card Simulation 4x)

## Academic Characteristics

| | SAT Score (%) | H.S. GPA |
|---|---|---|
| Real World | 2244 (99%) | 77.0 |
| Simulation | 2189 (98%) | 77.1 |
| Difference | –55 (–1%) | +0.1 |



## Socioeconomic Diversity

## Racial/Ethnic Diversity

-- Admitted Class of 2019

- White Admits: 35%
- Asian American Admits: 30%
- African American Admits: 10%
- Hispanic and Other Admits: 17%
- Under-Represented Minorities: 27%

**JA5985**

P413 (Kahlenberg Rebuttal Report) at 33, 42; Card Report at 108, 111, 113; Card Rebuttal Report at 96 (Exhibit 26).

## Simulation C
### (Kahlenberg Simulation 6)



## Academic Characteristics

| | SAT Score (%) | H.S. GPA |
|---|---|---|
| Real World | 2244 (99%) | 77.0 |
| Simulation | 2173 (98%) | 77.0 |
| Difference | −71 (−1%) | 0 |



### Socioeconomic Diversity

## Racial/Ethnic Diversity

-- Admitted Class of 2019

White Admits — 32%
Asian American Admits — 31%
African American Admits — 10%
Hispanic and Other Admits — 20%
Under-Represented Minorities — 29%

**JA5986**

PD31
SFFA v. Harvard

P413 (Kahlenberg Rebuttal Report) at 33, 39, 42; Card Report at 108, 111, 113; Card Rebuttal Report at 96 (Exhibit 26).



| **Simulation A** (Based on Arcidiacono model) | **Simulation B** (Based on Card model) | **Simulation C** (Based on Card model) | **Simulation D** (Based on Card model) |
|---|---|---|---|
| No racial preference | No racial preference | No racial preference | No racial preference |
| No legacy preference | No legacy preference | No legacy preference | No legacy preference |
| No Dean/Director's List preference | No Dean/Director's List preference | No Dean/Director's List preference | No Dean/Director's List preference |
| No Faculty/Staff preference | No Faculty/Staff preference | No Faculty/Staff preference | No Faculty/Staff preference |
| Include athlete preference | No athlete preference | Include athlete preference | Include athlete preference |
| Socioeconomic status boost with geographic allocation | Expanded socioeconomic status boost with geographic preference | Minor adjustments to Dr. Card's low socioeconomic definition | Minor adjustments to Dr. Card's low socioeconomic definition |
| No early action preference | Includes early action | No early action preference | Includes early action |

**JA5987**

## Simulation D
### (Kahlenberg Simulation 7)

## Racial/Ethnic Diversity



-- Admitted Class of 2019

| | White Admits | Asian American Admits | African American Admits | Hispanic and Other Admits | Under-Represented Minorities |
|---|---|---|---|---|---|
| | 33% | 31% | 10% | 19% | 28% |

## Academic Characteristics



| | SAT Score (%) | H.S. GPA |
|---|---|---|
| Real World | 2244 (99%) | 77.0 |
| Simulation | 2180 (98%) | 77.0 |
| Difference | -64 (-1%) | 0 |

## Socioeconomic Diversity

**51%** ADVANTAGED

**49%** DISADVANTAGED

JA5988

PD33
SFFA v. Harvard

Ex. P411 (Kahlenberg Report) at 82; P413 (Kahlenberg Rebuttal Report) at 33, 39, 42; Card Rebuttal Report at 96 (Exhibit 26).

# Applicants and Admit Rate by Preferred Group

| | Applicants | Admit Rate |
|---|---|---|
| Not Athlete | 165,353 | 6.0% |
| Athlete | 1,374 | 86.0% |
| Not Legacy | 162,083 | 5.9% |
| Legacy | 4,644 | 33.6% |
| Not Child of Faculty or Staff | 166,083 | 6.6% |
| Child of Faculty or Staff | 321 | 46.7% |
| Not Dean or Director's Interest List | 164,226 | 6.1% |
| Dean or Director's Interest List | 2,501 | 42.2% |

**JA5989**

PD38
SFFA v. Harvard
2

P435 (Arcidiacono Rebuttal Report, Table A.2R)

## Staff Interviews

|  | Total<br>(White, Asian American,<br>African American, Hispanic) |
|---|---|
| # ALDC Applicants | 6,696 |
| # ALDC Applicants Interviewed | 1,366 (20.4%) |
| # Non-ALDC Applicants | 131,631 |
| # Non-ALDC Applicants Interviewed | 1,711 (1.3%) |
| # Total Applicants | 138,327 |
| # Total Applicants Interviewed | 3,043 (2.2%) |
| **Admit Rate for Staff Interviews** | **Over 50%** |

**JA5990**


PD38
SFFA v. Harvard
3

## Applicant Summary Statistics

|  | White | Asian American | African American | Hispanic |
|---|---|---|---|---|
| Average Score of AP Tests | 4.41 | 4.50 | 3.88 | 4.02 |
| Number of AP Tests Taken | 4.16 | 5.68 | 2.33 | 3.68 |
| Academic Index (z-score) | 0.19 | 0.42 | -1.11 | -0.56 |
| High School GPA (z-score) | 0.18 | 0.22 | -0.45 | -0.04 |
| SAT2 Average (z-score) | 0.03 | 0.35 | -1.10 | -0.53 |
| SAT1 Verbal (z-score) | 0.33 | 0.33 | -0.68 | -0.39 |
| SAT1 Math (z-score) | 0.15 | 0.43 | -1.07 | -0.63 |

**JA5991**



PD38
SFFA v. Harvard

4

# Difference in Average Scores for Asian and White Applicants







PD38
SFFA v. Harvard

# Academic Decile Intervals

| Academic Decile | Minimum Academic Index | Maximum Academic Index |
|---|---|---|
| 10 | 236.0 | 240.0 |
| 9 | 232.8 | 235.8 |
| 8 | 229.8 | 232.5 |
| 7 | 226.8 | 229.5 |
| 6 | 223.3 | 226.5 |
| 5 | 218.8 | 223.0 |
| 4 | 213.3 | 218.5 |
| 3 | 205.8 | 213.0 |
| 2 | 193.8 | 205.5 |
| 1 | 100.0 | 193.5 |

P617



# Number of Applicants by Race/Ethnicity and Academic Decile

| Academic Decile | White | Asian American | African American | Hispanic |
|---|---|---|---|---|
| 10 | 4,963 | 7,225 | 132 | 380 |
| 9 | 5,717 | 6,532 | 196 | 539 |
| 8 | 6,478 | 5,316 | 326 | 820 |
| 7 | 7,053 | 4,527 | 445 | 949 |
| 6 | 5,924 | 3,614 | 508 | 1,077 |
| 5 | 7,658 | 3,874 | 897 | 1,719 |
| 4 | 6,359 | 3,020 | 1,285 | 2,182 |
| 3 | 6,073 | 2,644 | 2,291 | 2,926 |
| 2 | 4,404 | 2,045 | 3,600 | 3,755 |
| 1 | 2,822 | 1,511 | 5,921 | 3,583 |
| Total | 57,451 | 40,308 | 15,601 | 17,930 |

Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table 5.1R)



Percentage of
Applicants in Each
Academic Decile

**JA5995**

# Share of Applicants



| Rating | Rate | White | Asian American | African American | Hispanic |
|---|---|---|---|---|---|
| **Overall Rating** | 1 | 0.04% | 0.08% | 0.05% | 0.03% |
| | 2 | 4.39% | 4.76% | 5.23% | 3.85% |
| | ≥3 | 95.57% | 95.16% | 94.72% | 96.12% |
| **Academic Rating** | 1 or 2 | 45.29% | 60.21% | 9.19% | 16.74% |
| | 3 | 44.83% | 31.80% | 40.06% | 47.81% |
| | ≥4 | 9.88% | 7.99% | 50.75% | 35.44% |
| **Extracurricular Rating** | 1 or 2 | 24.38% | 28.25% | 15.57% | 16.85% |
| | 3 | 72.03% | 69.82% | 76.96% | 77.46% |
| | ≥4 | 3.59% | 1.93% | 7.47% | 5.69% |
| **Athletic Rating** | 2 | 12.92% | 4.84% | 6.92% | 7.59% |
| | 3 | 53.52% | 48.11% | 49.97% | 49.20% |
| | ≥4 | 33.56% | 47.04% | 43.11% | 43.22% |
| **Personal Rating** | 1 or 2 | 21.27% | 17.64% | 19.01% | 18.68% |
| | 3 | 78.30% | 81.88% | 80.52% | 80.85% |
| | ≥4 | 0.43% | 0.48% | 0.47% | 0.48% |
| **Teacher 1 Rating** | 1 or 2 | 31.31% | 31.49% | 19.01% | 23.35% |
| | 3 | 68.16% | 68.03% | 79.97% | 75.80% |
| | ≥4 | 0.54% | 0.48% | 1.02% | 0.84% |
| **Teacher 2 Rating** | 1 or 2 | 32.98% | 32.16% | 21.06% | 25.20% |
| | 3 | 66.57% | 67.36% | 78.23% | 74.05% |
| | ≥4 | 0.45% | 0.48% | 0.72% | 0.76% |
| **Counselor Rating** | 1 or 2 | 26.62% | 26.17% | 15.54% | 18.07% |
| | 3 | 72.78% | 73.22% | 82.65% | 80.74% |
| | ≥4 | 0.60% | 0.61% | 1.82% | 1.20% |
| **Alumni Personal Rating** | 1 or 2 | 63.13% | 62.25% | 57.19% | 57.48% |
| | 3 | 29.89% | 29.98% | 33.19% | 33.11% |
| | ≥4 | 6.98% | 7.77% | 9.62% | 9.41% |
| **Alumni Overall Rating** | 1 or 2 | 46.65% | 51.14% | 28.53% | 33.57% |
| | 3 | 35.83% | 32.99% | 34.13% | 35.06% |
| | ≥4 | 17.52% | 15.87% | 37.34% | 31.37% |

Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Tables 4.1R, 4.2R)

PD38
SFFA v. Harvard

10

|  |  | Share of Applicants | Share of Admitted |
|---|---|---|---|
| **Academic Rating** | 1 or 2 | 42.28% | 82.10% |
|  | 3 | 40.55% | 17.86% |
|  | ≥4 | 17.17% | 0.04% |
| **Extracurricular Rating** | 1 or 2 | 23.72% | 69.04% |
|  | 3 | 72.50% | 30.30% |
|  | ≥4 | 3.78% | 0.67% |
| **Athletic Rating** | 2 | 9.07% | 15.32% |
|  | 3 | 50.82% | 45.61% |
|  | ≥4 | 40.11% | 39.07% |
| **Personal Rating** | 1 or 2 | 19.51% | 77.89% |
|  | 3 | 80.02% | 22.11% |
|  | ≥4 | 0.46% | 0.00% |

Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table A.8R)



# Percentage of Applicants Receiving a 1 or 2 on the Academic Rating by Academic Decile

**Academic Rating**

Academic Decile

- 10: 97.63%
- 9: 94.20%
- 8: 83.98%
- 7: 69.39%
- 6: 49.98%
- 5: 25.24%
- 4: 7.88%
- 3: 1.44%
- 2: 0.25%
- 1: 0.05%

**JA5998**

Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table 5.4R)



PD38
SFFA v. Harvard

11

# Percentage of Applicants Receiving a 1 or 2 on the Academic Rating by Race/Ethnicity for Top 4 Academic Deciles




**PD38**
SFFA v. Harvard
12

Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table 5.4R)

## Percentage of Applicants Receiving a 1 or 2 on the Extracurricular Rating by Academic Decile



**Extracurricular Rating**

**JA6000**

**PD38**
SFFA v. Harvard    13

Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table 5.4R)

# Percentage of Applicants Receiving a 1 or 2 on the Extracurricular Rating by Race/Ethnicity for Top 4 Academic Deciles





Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table 5.4R)

# Percentage of Applicants Receiving a 1 or 2 on the Overall Rating by Academic Decile



**Overall Rating**

**JA6002**



**PD38**
SFFA v. Harvard
15



# Percentage of Applicants Receiving a 1 or 2 on the Overall Rating by Race/Ethnicity for Top 4 Academic Deciles



Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table 5.7R)

PD38
SFFA v. Harvard

16

Percentage of Applicants Receiving a 1 or 2
on the Personal Rating by Academic Decile

**Personal Rating**



Academic Decile


JA6004


Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table 5.6R)

# Percentage of Applicants Receiving a 1 or 2 on the Personal Rating by Race/Ethnicity for Top 4 Academic Deciles





**PD38**
SFFA v. Harvard
18

**JA6005**

Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table 5.6R)

**Overall Rating**

**Personal Rating**

Decile 7 — Entry ID: 6356433

Overall Rating:
- White: 4.15%
- Asian American: 3.11%
- African American: 30.79%
- Hispanic: 12.01%

Personal Rating:
- White: 22.59%
- Asian American: 18.11%
- African American: 40.00%
- Hispanic: 30.03%

Decile 8

Overall Rating:
- White: 7.63%
- Asian American: 4.61%
- African American: 37.42%
- Hispanic: 15.61%

Personal Rating:
- White: 26.10%
- Asian American: 17.93%
- African American: 39.57%
- Hispanic: 32.20%

Decile 9

Overall Rating:
- White: 10.97%
- Asian American: 7.59%
- African American: 45.41%
- Hispanic: 19.67%

Personal Rating:
- White: 28.23%
- Asian American: 20.87%
- African American: 40.31%
- Hispanic: 30.24%

Decile 10

Overall Rating:
- White: 15.64%
- Asian American: 12.93%
- African American: 46.97%
- Hispanic: 27.37%

Personal Rating:
- White: 29.62%
- Asian American: 22.20%
- African American: 46.97%
- Hispanic: 34.21%

PD38
SFFA v. Harvard

19

**JA6006**

## Admit Rates by Race/Ethnicity and Year

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| White | 6.3% | 5.3% | 5.1% | 4.5% | 4.2% | 3.9%* |
| Asian American | 6.2% | 5.1% | 5.5% | 5.0% | 4.4% | 4.8% |
| African American | 9.4%* | 7.9%* | 7.0%* | 7.0%* | 7.7%* | 6.9%* |
| Hispanic | 6.7% | 6.6%* | 5.6% | 6.2%* | 6.6%* | 5.4% |

**JA6007**

* Statistically different from Asian American at the 95% level

Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table B.2.1R)

PD38
SFFA v. Harvard
20

## Admit Rates by Race/Ethnicity and Academic Decile

| Academic Decile | White | Asian American | African American | Hispanic | All Applicants |
|---|---|---|---|---|---|
| 10 | 15.3% | 12.7% | 56.1% | 31.3% | 14.6% |
| 9 | 10.8% | 7.6% | 54.6% | 26.2% | 10.4% |
| 8 | 7.5% | 5.1% | 44.5% | 22.9% | 8.2% |
| 7 | 4.8% | 4.0% | 41.1% | 17.3% | 6.6% |
| 6 | 4.2% | 2.5% | 29.7% | 13.7% | 5.6% |
| 5 | 2.6% | 1.9% | 22.4% | 9.1% | 4.4% |
| 4 | 1.8% | 0.9% | 12.8% | 5.5% | 3.3% |
| 3 | 0.6% | 0.6% | 5.2% | 2.0% | 1.7% |
| 2 | 0.4% | 0.2% | 1.0% | 0.3% | 0.5% |
| 1 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

**JA6008**



PD38
SFFA v. Harvard
21

Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table 5.2R)

# Admit Rates by Race/Ethnicity and Academic Decile



Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table 5.2R)

**JA6009**

# Controls Included in Arcidiacono Baseline Admissions Models 4 & 5

## Demographics/Descriptives
- race/ethnicity
- female
- disadvantaged
- application waiver
- applied for financial aid
- first generation college student
- early decision indicator
- mother's education indicators
- father's education indicators
- intended major indicators
- school type indicators
- graduate school legacy
- permanent resident
- father deceased
- mother deceased
- parent attended ivy league
- rural

## Geography
- docket indicators
- college board high school characteristics
- college board neighborhood characteristics

## Academic Variables
- SAT math, standardized
- SAT verbal, standardized
- SAT2 average, standardized
- missing SAT2 average × race/ethnicity
- converted GPA, standardized
- academic index (AI), standardized
- $AI^2$ × academic index > 0
- $AI^2$ × academic index < 0
- flag for converted GPA = 35 × race/ethnicity

## Interactions
- female × intended major
- female × race/ethnicity
- race/ethnicity × disadvantaged
- race/ethnicity × early decision

## Time
- year indicators
- year indicators interacted with: docket, female, disadvantaged, first generation, early decision, applied for financial aid, permanent resident, intended major, flag GPA, missing SAT2 average

## Ratings*
- academic
- extracurricular
- athletic
- teacher 1
- teacher 2
- counselor
- alumni personal and alumni overall ratings
- interactions with missing alumni overall rating and race/ethnicity
- indicators for receiving pairs of two among: academic & extracurricular, academic & athletic, extracurricular & athletic, alumni personal & alumni overall
- total twos for school ratings

*Additional Model 5 Variables

JA6010

# Overall Rating Model Coefficients

| | | Coefficient (Model 5) |
|---|---|---|
| **African American** | Male, not disadvantaged | 1.503 |
| | Female, not disadvantaged | 1.340 |
| | Male, disadvantaged | 0.819 |
| | Female, disadvantaged | 0.656 |
| **Hispanic** | Male, not disadvantaged | 0.922 |
| | Female, not disadvantaged | 0.909 |
| | Male, disadvantaged | 0.569 |
| | Female, disadvantaged | 0.556 |
| **Asian American** | Male, not disadvantaged | -0.136 |
| | Female, not disadvantaged | -0.096 |
| | Male, disadvantaged | -0.036 |
| | Female, disadvantaged | 0.004 |

PD38
SFFA v. Harvard
29

**JA6011**

# Personal Rating Model Coefficients

|  | | Coefficient (Model 5) |
|---|---|---|
| **African American** | Male, not disadvantaged | 0.682 |
| | Female, not disadvantaged | 0.443 |
| | Male, disadvantaged | 0.358 |
| | Female, disadvantaged | 0.119 |
| **Hispanic** | Male, not disadvantaged | 0.279 |
| | Female, not disadvantaged | 0.264 |
| | Male, disadvantaged | 0.231 |
| | Female, disadvantaged | 0.216 |
| **Asian American** | Male, not disadvantaged | -0.398 |
| | Female, not disadvantaged | -0.303 |
| | Male, disadvantaged | -0.340 |
| | Female, disadvantaged | -0.245 |

# Marginal Effect of Race/Ethnicity on Probability of Receiving a 2 or Higher on Personal Rating



Probability

PD38
SFFA v. Harvard
31

Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table 6.1R)

# Comparison of Observables to Race/Ethnicity Coefficient



JA6014

**PD38**
SFFA v. Harvard
32

Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table B.6.11R)



Comparison of
Observables to
Race/Ethnicity
Coefficients

JA6015

PD38
SFFA v. Harvard

33

# Admissions Model Coefficients

|  |  | Model 4 | Model 5 |
|---|---|---|---|
| African American | Male, not disadvantaged | 2.851 | 3.772 |
|  | Female, not disadvantaged | 2.784 | 3.673 |
|  | Male, disadvantaged | 1.757 | 2.195 |
|  | Female, disadvantaged | 1.690 | 2.096 |
| Hispanic | Male, not disadvantaged | 1.339 | 1.959 |
|  | Female, not disadvantaged | 1.407 | 2.076 |
|  | Male, disadvantaged | 0.989 | 1.377 |
|  | Female, disadvantaged | 1.057 | 1.494 |
| Asian American | Male, not disadvantaged | -0.378 | -0.466 |
|  | Female, not disadvantaged | -0.283 | -0.237 |
|  | Male, disadvantaged | -0.372 | -0.322 |
|  | Female, disadvantaged | -0.277 | -0.093 |

**JA6016**



PD38
SFFA v. Harvard

34

Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table B.7.1R)

# Marginal Effect of Race/Ethnicity on Probability of Admission



PD38
SFFA v. Harvard
35

**JA6017**

## Change in Number of Admitted Asian American Students

|  | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| Model | 369 | 356 | 346 | 315 | 300 | 327 |
| Remove Asian American Penalty | 421 | 405 | 390 | 350 | 355 | 354 |
| Difference | +52 | +49 | +44 | +35 | +55 | +27 |

**JA6018**

Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table 8.1R)

# Admissions Model Coefficients, Expanded Dataset

|  |  | Model 4 | Model 5 |
|---|---|---|---|
| African American | Male, not disadvantaged | 2.815 | 3.596 |
|  | Female, not disadvantaged | 2.716 | 3.485 |
|  | Male, disadvantaged | 1.694 | 2.014 |
|  | Female, disadvantaged | 1.595 | 1.903 |
| Hispanic | Male, not disadvantaged | 1.338 | 1.908 |
|  | Female, not disadvantaged | 1.366 | 1.987 |
|  | Male, disadvantaged | 0.982 | 1.290 |
|  | Female, disadvantaged | 1.010 | 1.369 |
| Asian American | Male, not disadvantaged | -0.321 | -0.389 |
|  | Female, not disadvantaged | -0.274 | -0.217 |
|  | Male, disadvantaged | -0.298 | -0.230 |
|  | Female, disadvantaged | -0.251 | -0.058 |

PD38
SFFA v. Harvard

37

**JA6019**

## Change in Number of Admitted Asian American Students, Expanded Dataset

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| Model | 403 | 404 | 406 | 379 | 364 | 402 |
| Remove Asian American Penalty | 457 | 448 | 442 | 402 | 419 | 422 |
| Difference | +54 | +44 | +36 | +23 | +55 | +20 |

**JA6020**

PD38
SFFA v. Harvard
38

Expanded Dataset
P435 (Arcidiacono Rebuttal Report, Table 8.2R)

# Changes in Admissions Levels, Baseline Dataset

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| **Asian American** | | | | | | |
| Model | 369 | 356 | 346 | 315 | 300 | 327 |
| No Racial Preferences | 513 | 508 | 457 | 430 | 458 | 445 |
| Difference | +144 | +152 | +111 | +115 | +158 | +118 |
| **African American** | | | | | | |
| Model | 198 | 219 | 178 | 180 | 195 | 193 |
| No Racial Preferences | 55 | 61 | 57 | 52 | 47 | 52 |
| Difference | -143 | -158 | -121 | -128 | -148 | -141 |
| **Hispanic** | | | | | | |
| Model | 189 | 215 | 182 | 194 | 217 | 191 |
| No Racial Preferences | 98 | 105 | 97 | 90 | 96 | 95 |
| Difference | -91 | -110 | -85 | -104 | -121 | -96 |
| **White** | | | | | | |
| Model | 572 | 526 | 460 | 401 | 390 | 355 |
| No Racial Preferences | 660 | 624 | 517 | 477 | 479 | 438 |
| Difference | +88 | +98 | +57 | +76 | +89 | +83 |

**JA6021**

# Changes in Admissions Levels, Expanded Dataset

|  |  | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|
| Asian American | Model | 403 | 404 | 406 | 379 | 364 | 402 |
|  | No Racial Preferences | 543 | 550 | 503 | 481 | 517 | 514 |
|  | Difference | +140 | +146 | +97 | +102 | +153 | +112 |
| African American | Model | 231 | 246 | 201 | 228 | 226 | 235 |
|  | No Racial Preferences | 81 | 82 | 79 | 91 | 73 | 85 |
|  | Difference | -150 | -164 | -122 | -137 | -153 | -150 |
| Hispanic | Model | 212 | 246 | 207 | 222 | 245 | 233 |
|  | No Racial Preferences | 122 | 130 | 127 | 114 | 120 | 128 |
|  | Difference | -90 | -116 | -80 | -108 | -125 | -105 |
| White | Model | 945 | 865 | 805 | 748 | 760 | 679 |
|  | No Racial Preferences | 1,043 | 985 | 872 | 849 | 865 | 783 |
|  | Difference | +98 | +120 | +67 | +101 | +105 | +104 |

**JA6022**

Expanded Dataset
P435 (Arcidiacono Rebuttal Report, Table 8.2R)

PD38
SFFA v. Harvard
40

## Standard Strong

| | White | Asian American | African American | Hispanic |
|---|---|---|---|---|
| No. Labeled Standard Strong | 126 | 114 | 3 | 12 |
| Share Labeled Standard Strong | 12.0% | 15.1% | 1.0%* | 3.6%* |
| Academic Index | 227.0* | 230.6 | 206.4* | 220.9* |
| SAT Math | 749.8* | 769.5 | 625.0* | 733.6* |
| SAT Verbal | 758.1 | 758.7 | 615.0* | 685.5* |
| Share Academic 2 or better | 50.0%* | 68.4% | 33.3% | 41.7% |
| Share Extracurricular 2 or better | 15.9% | 17.5% | 0% | 8.3% |
| Share Personal 2 or better | 8.7% | 9.6% | 0% | 8.3% |

JA6023

\* Statistically different from Asian American rating at the 95% level

PD38
SFFA v. Harvard    41

# Parental Occupation

| *Mother's occupations* | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| Other | 1,266 | 4,703 | 4,339 | 4,280 | 5,666 | 5,958 |
| Homemaker | 3,476 | 4,292 | 3,967 | 4,042 | 4,629 | 3,847 |
| Unemployed | 1,449 | 2,350 | 2,274 | 2,360 | 10 | 9 |
| Low Skill | 1,097 | 37 | 18 | 12 | 24 | 20 |
| Self-Employed | 0 | 991 | 989 | 928 | 1,076 | 1,138 |

| *Father's occupations* | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| Other | 1,593 | 4,608 | 4,268 | 4,587 | 4,941 | 5,663 |
| Homemaker | 44 | 56 | 50 | 61 | 101 | 71 |
| Unemployed | 963 | 1,493 | 1,390 | 1,300 | 5 | 8 |
| Low Skill | 1,098 | 42 | 33 | 34 | 15 | 27 |
| Self-Employed | 0 | 2,134 | 2,148 | 2,108 | 2,335 | 2,432 |

**JA6024**

Card's Pooled Dataset
P435 (Arcidiacono Rebuttal Report, Table 3.2N)



**PD38**
SFFA v. Harvard
42

## Intended Career

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| Academic | 1,723 | 25 | 19 | 15 | 2,247 | 13 |
| Business | 2,189 | 2,385 | 2,486 | 2,556 | 1,918 | 2,906 |
| Health | 234 | 95 | 85 | 107 | 4,944 | 96 |
| Law | 2,093 | 1,963 | 1,787 | 1,639 | 708 | 1,484 |
| Medicine | 6,254 | 6,185 | 5,879 | 5,863 | 3 | 5,977 |
| Teaching | 167 | 660 | 598 | 598 | 17 | 514 |

**JA6025**

Card's Pooled Dataset
P435 (Arcidiacono Rebuttal Report, Table 7.1N)

# Marginal Effect of Race/Ethnicity on Probability of Admission Using Card's Assumptions, Baseline Dataset

Arcidiacono
Preferred Model **plus**:

- Including Personal Rating
- Including Parental Occupation and Intended Career Variables
- Removing Gender Interactions
- Including Card's Pooled Ratings Variables

| Marginal Effect | Asian American | African American | Hispanic |
|---|---|---|---|
| JA6026 | -0.32%* | +6.00%* | +3.61%* |

\* Statistically different from zero at the 95% level

Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table 8.2N)

**PD38**
SFFA v. Harvard

44

## Marginal Effect of Race/Ethnicity on Probability of Admission for Asian American Applicants

| | Card Preferred Model | Remove ALDCs | Remove ALDCs and Personal Rating |
|---|---|---|---|
| Marginal Effect | -0.02% | -0.18% | -0.56%* |

\* Statistically different from zero at the 95% level

P435 (Arcidiacono Rebuttal Report, Table 4.2N); Card Report, Ex. 19

**PD38**
SFFA v. Harvard    45

## Asian-American Applicants and Admits in ALDC and Non-ALDC Categories

|  | Total Asian-American Applicants | Total Asian-American Admits |
|---|---|---|
| **Athletes** | 116 | 101 |
| **Legacies** | 463 | 163 |
| **Dean's List** | 277 | 133 |
| **Children Faculty/Staff** | 79 | 39 |
| **Non-ALDC** | 40,434 | 2,023 |
| **TOTAL** | 41,369 | 2,459 |

Supplement to PD38.2; Arcidiacono Report Table B.3.2 (Oct. 16, 2017)



TRIAL EXHIBIT

PD38

SFFA v. Harvard

# Asian Applicants Interviewed by ALDC and Non-ALDC

|  | Asian | Total |
|---|---|---|
| # ALDC Applicants | 841 | 6,696 |
| # ALDC Applicants Interviewed | 144 | 1,366 |
|  |  |  |
| # Non-ALDC Applicants | 40,415 | 131,631 |
| # Non-ALDC Applicants Interviewed | 350 | 1,711 |
|  |  |  |
| # Total Applicants | 41,256 | 138,327 |
| # Total Applicants Interviewed | 494 | 3,043 |
|  |  |  |
| Admit Rate for Staff Interviews | 43.52% | Over 50% |

Supplement to PD38.3; P619



TRIAL EXHIBIT

PD38

SFFA v. Harvard



# Application Review Process

1. Applications Grouped by "Docket"
2. First Read · Second Read · Faculty Review
3. Subcommittee Meetings
4. Committee Meetings
5. Final Decisions

Applications Received and Reviewed: ~40,000

Admitted: ~2,000

JA6030

HARVARD UNIVERSITY

HARVARD UNIVERSITY

Domestic Dockets

Case: 19-2005   Document: 0011762195Z   Page: 117   Date Filed: 07/29/2020   Entry ID: 6356432

JA6031

*Students for Fair Admissions, Inc.*

*v.*

*President and Fellows of Harvard College (Harvard Corporation)*

# Direct Examination of Dr. David Card

The Honorable Allison D. Burroughs

U.S. District Court for the District of Massachusetts

Case 1:14-cv-14176-ADB

**JA6032**

# Questions Addressed

**1** Does statistical evidence support SFFA's claim that Harvard discriminated against Asian-American applicants?

**2** To what extent does race affect admissions decisions?

**3** Is there statistical evidence that Harvard has engaged in racial balancing?

**4** How would Harvard's admitted class change if Harvard eliminated consideration of race and pursued diversity through race-neutral alternatives?

JA6033

# Abundance of Academic Excellence



DX671.0001

DD10.3

JA6034

# Academic Strength Is Most Abundant



**Share of Applicants With Rating of 1 or 2**

Academic Strength: 42% (~11,000 per year)
Extracurricular Strength: 24% (~6,000 per year)
Personal Strength: 21% (~5,000 per year)
Athletic Strength: 10% (~2,500 per year)

DX 671.0003

**DD10.4**

**JA6035**

Case: 19-2005    Document: 00117672957    Page: 122    Date Filed: 07/29/2020    Entry ID: 6356433

# Strengths of Harvard's Applicant Pool



**Applicants**

~7,000 Applicants per year

**Two Strengths 20%**

**Three or More Strengths 7%**

**One or Fewer Strengths 73%**

**Strengths = Profile Ratings of 1 or 2**

# Well-Rounded Applicants Have High Admission Rates



**Number of Strengths (Profile Ratings of 1 or 2)**

Admission Rate

80%
70%
60%
50%
40%
30%
20%
10%
0%

70%

46%

14%

3%

1    2    3    4

JA6037

Case: 19-2005    Document: 00117621957    Page: 123    Date Filed: 07/29/2020    Entry ID: 6356433

DX672

DD10.6



# Even for Academic 1s, Other Ratings Matter

**Admission Rate**

- No 2 Ratings — 40%
- One 2 Rating — 75%
- Two 2 Ratings — 94%
- Three 2 Ratings — 100%

JA6038

# Harvard Admits Students Who Are Strong on Multiple Dimensions

Entry ID: 6356433



**Admitted Students**

- Three or More Strengths 46%
- One or Fewer Strengths 15%
- Two Strengths 38%

**Applicants**

- One or Fewer Strengths 73%
- Two Strengths 20%
- Three or More Strengths 7%

**Strengths = Profile Ratings of 1 or 2**

JA6039



Applicants With Three or More Strengths by Race

Three or More Ratings of 2 or Better

White
Asian-American

5,552
(~900 per year)

8.8%

3,164
(~500 per year)

7.6%

Share of Applicants

10% 9% 8% 7% 6% 5% 4% 3% 2% 1% 0%

DX692.0002

DD10.9

JA6040

# White and Asian-American Applicants, on Average, Have Different Relative Strengths



**Share of Applicants with Rating of 1 or 2**

Legend: White (red), Asian-American (navy)

- Academic Strength: White 46%, Asian-American 60%
- Extracurricular Strength: White 25%, Asian-American 28%
- Personal Strength: White 23%, Asian-American 18%
- Athletic Strength: White 15%, Asian-American 5%

JA6041

DX692.0002

DD10.10

# Athletic Strength Matters



Admission Rate

**JA6042**

Augmented Arcidiacono Data

DD10.11

# Questions Addressed

**1** **Does statistical evidence support SFFA's claim that Harvard discriminated against Asian-American applicants?**

**2** To what extent does race affect admissions decisions?

**3** Is there statistical evidence that Harvard has engaged in racial balancing?

**4** How would Harvard's admitted class change if Harvard eliminated consideration of race and pursued diversity through race-neutral alternatives?

JA6043

DD10.29

# No Significant Effect of Asian-American Ethnicity on Admission

| Class | Average Marginal Effect of Asian-American Ethnicity (Percentage Points; Not Statistically Significant) |
|---|---|
| 2014 | -0.39 |
| 2015 | -0.05 |
| 2016 | 0.09 |
| 2017 | 0.11 |
| 2018 | -0.42 |
| 2019 | 0.34 |
| **Overall** | **-0.05** |

6356433

JA6044

# Positive Effect of Asian-American Ethnicity for Female Applicants and Applicants from California

DX686.0002-0003

| Class | Average Marginal Effect of Asian-American Ethnicity (Percentage Points) | |
|---|---|---|
| | **Female Applicants** Not Statistically Significant | **Applicants from California** Not Statistically Significant |
| 2014 | 0.21 | -0.03 |
| 2015 | 0.55 | 0.63 |
| 2016 | 0.05 | 0.60 |
| 2017 | -0.01 | 0.12 |
| 2018 | -0.34 | 0.45 |
| 2019 | 0.33 | 0.12 |
| **Overall** | **0.14** | **0.32** |

JA6045

# Share of Asian-American Applicants Who Are Either Female or From California



Asian-American Applicants
Who Are Either Female or
From California

All Other Asian-American
Applicants



64%

36%

JA6046

# Positive Effect of Asian-American Ethnicity for LDC Applicants in Dr. Arcidiacono's Model With Athletes

| Applicants | Average Marginal Effect of Asian-American Ethnicity (Percentage Points) |
|---|---|
| Lineage applicants | 3.12* |
| Applicants on Dean's or Director's Interest Lists and Children of Harvard Faculty and Staff | 3.15 |

*Indicates statistical significance*

DX707.0001

JA6047

# Major Differences in Modeling

DD10.34

| | Actual Process | Card Model | Arcidiacono Model |
|---|---|---|---|
| **Applicants Analyzed** | ✓ All applicants in same process | ✓ All applicants in model | ✗ ALDC applicants selectively excluded |
| **Six Years of Data** | ⊞ Six processes | ⊞ Six models | ☐ One model |
| **Factors In Admissions Process: Parental Occupation, Intended Career, Staff Interview, Personal Rating** | ✓ Included | ✓ Included | ✗ Excluded |

JA6048



# Selectively Excluding Applicants and Variables Skews Results

Date Filed: 07/29/2020    Entry ID: 6356433

DD10.35

Include All Relevant Data **(Card Model)**

**-0.05**
average marginal effect

Selectively Interact Variables

**-0.08**
average marginal effect

*and* Exclude Intended Career and Staff Interview Indicator

**-0.19**
average marginal effect

*and* Exclude Parental Occupation

**-0.38\***
average marginal effect

*and* Exclude Personal Rating

**-0.79\***
average marginal effect

*and* Pool Data Into Single Model

**-0.81\***
average marginal effect

*and* Exclude ALDCs **(Arcidiacono Model)**

**-1.02\***
average marginal effect

*\* Indicates significance at the 5% level*

JA6049

DX695

# Major Differences in Modeling

DD10.36

| | Actual Process | Card Model | Arcidiacono Model |
|---|---|---|---|
| **Applicants Analyzed** | ✓ All applicants in same process | ✓ All applicants in model | ✗ ALDC applicants selectively excluded |
| Six Years of Data | ▦ Six processes | ▦ Six models | ☐ One model |
| Factors In Admissions Process: Parental Occupation, Intended Career, Staff Interview, Personal Rating | ✓ Included | ✓ Included | ✗ Excluded |

JA6050

# Reasons for Including ALDC Applicants

1. ALDCs part of same process

2. ALDCs (~30% of admitted students) important to process

3. ALDCs necessary to estimate effects accurately

JA6051

# ALDC Share of Admitted Students and Applicants

DX679, DX706

DD10.38



**Admitted Students**

29%

**Applicants**

5%

■ Non-ALDC    ■ ALDC

JA6052

# Asian-American Applicants Are Admitted at a Higher Rate Among ALDCs and Non-ALDCs

| ALDC Status | Overall Admission Rate | White Applicants | | Asian-American Applicants | |
|---|---|---|---|---|---|
| | | Share of White Applicants | Admission Rate for White Applicants | Share of Asian-American Applicants | Admission Rate for Asian-American Applicants |
| ALDC | 43.6% | 8.0% | 43.6% | 2.0% | 44.1% |
| Non-ALDC | 5.5% | 92.0% | 4.9% | 98.0% | 5.1% |

JA6053



Proportion of ALDC vs. Non-ALDC Applicants Receiving Ratings of 1 or 2

JA6054

DX705.0002

DD10.40

# No Significant Effect of Asian-American Ethnicity When ALDC Attributes Are Interacted With Race

Electronic copy available at: https://ssrn.com/abstract=6356433

| Class | Average Marginal Effect of Asian-American Ethnicity (Percentage Points; Not Statistically Significant) |
|---|---|
| 2014 | -0.29 |
| 2015 | -0.06 |
| 2016 | 0.09 |
| 2017 | 0.01 |
| 2018 | -0.44 |
| 2019 | 0.36 |
| **Overall** | **-0.05** |

DX697

DD10.41

JA6055

# No Significant Effect of Asian-American Ethnicity When Recruited Athletes Are Excluded

Electronic copy available at: https://ssrn.com/abstract=6356433

| Class | Average Marginal Effect of Asian-American Ethnicity (Percentage Points; Not Statistically Significant) |
|---|---|
| 2014 | -0.31 |
| 2015 | -0.03 |
| 2016 | 0.10 |
| 2017 | 0.17 |
| 2018 | -0.41 |
| 2019 | 0.36 |
| **Overall** | **-0.02** |

JA6056

# Major Differences in Modeling

| | Actual Process | Card Model | Arcidiacono Model |
|---|---|---|---|
| Applicants Analyzed | ✓ All applicants in same process | ✓ All applicants in model | ✗ ALDC applicants selectively excluded |
| **Six Years of Data** | ⊞⊞ Six processes | ⊞⊞ Six models | ☐ One model |
| Factors In Admissions Process: Parental Occupation, Intended Career, Staff Interview, Personal Rating | ✓ Included | ✓ Included | ✗ Excluded |

JA6057

# Reasons for Running Model Year-by-Year

1. Yearly Process

2. Early Action

3. Different Priorities

4. Different Applicants

5. Different Coding

JA6058

DD10.44

Case: 19-2005    Document: 00117621957    Page: 145    Date Filed: 07/29/2020    Entry ID: 6356433

## Card Year-by-Year Model

| Overall |
|---------|
| 0.14 |

## Arcidiacono Model, Pooled

| 2014 - 2019 |
|-------------|
| 0.15 |

# Major Differences in Modeling

DD10.46

| | Actual Process | Card Model | Arcidiacono Model |
|---|---|---|---|
| Applicants Analyzed | ✓ All applicants in same process | ✓ All applicants in model | ✗ ALDC applicants selectively excluded |
| Six Years of Data | ☐☐☐☐☐☐ Six processes | ☐☐☐☐☐☐ Six models | ☐ One model |
| **Factors In Admissions Process: Parental Occupation, Intended Career, Staff Interview, Personal Rating** | ✓ Included | ✓ Included | ✗ Excluded |

JA6060

# Four Factors Omitted From Dr. Arcidiacono's Model

**Intended Career**

**Personal Rating**

**Parental Occupation**

**Staff Interview Indicator**

DD10.47

DX293

JA6061

# Four Factors Omitted From Dr. Arcidiacono's Model



Intended Career

Personal Rating

**Parental Occupation**

Staff Interview Indicator

Marital Status:
Redacted:
PII/SPI

P1: _____ University of California: Santa C
Ed: 1997  University of California: Santa C

P2: _____ University of California: Berkele
1993  University of California: Berkele

*Parent and Sib Information*
Redacted:
PII/SPI

Empl:  Skilled trades

Empl
Skilled trades

DX293

JA6062

# Parental Occupations Vary by Race

| Occupation Category | White | Asian-American |
|---|---|---|
| *Mother's Occupations* | | |
| Pre-K through Grade 12 Educational Instruction & Library | 10% | 4.3% |
| Lawyers, Judges, and Related Workers | 4.3% | 0.7% |
| Computer and Mathematical | 1.4% | 6.1% |
| *Father's Occupations* | | |
| Business Executive | 17.2% | 11.8% |
| Architecture and Engineering | 9.1% | 17.7% |

JA6063

# Parental Occupation

| Mother's occupations | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| Other | 1,266 | 4,703 | 4,339 | 4,280 | 5,666 | 5,958 |
| Homemaker | 3,476 | 4,292 | 3,967 | 4,042 | 4,629 | 3,847 |
| Unemployed | 1,449 | 2,350 | 2,274 | 2,360 | 10 | 9 |
| Low Skill | 1,097 | 37 | 18 | 12 | 24 | 20 |
| Self-Employed | 0 | 991 | 989 | 928 | 1,076 | 1,138 |

| Father's occupations | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| Other | 1,593 | 4,608 | 4,268 | 4,587 | 4,941 | 5,663 |
| Homemaker | 44 | 56 | 50 | 61 | 101 | 71 |
| Unemployed | 963 | 1,493 | 1,390 | 1,300 | 5 | 8 |
| Low Skill | 1,098 | 42 | 33 | 34 | 15 | 27 |
| Self-Employed | 0 | 2,134 | 2,148 | 2,108 | 2,335 | 2,432 |

Card's Pooled Dataset
P435 (Arcidiacono Rebuttal Report, Table 3.2N)

PD38
STF A v. Harvard
42

**DD10.50**

## Parental Occupation

| Mother's occupations | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| Other | 1,266 | 4,703 | 4,339 | 4,280 | 5,666 | 5,958 |
| Homemaker | 3,476 | 4,292 | 3,967 | 4,042 | 4,629 | 3,847 |
| Unemployed | 1,449 | 2,350 | 2,274 | 2,360 | 10 | 9 |
| Low Skill | 1,097 | 37 | 18 | 12 | 24 | 20 |
| Self-Employed | 0 | 991 | 989 | 928 | 1,076 | 1,138 |

| Father's occupations | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| Other | 1,593 | 4,608 | 4,268 | 4,587 | 4,941 | 5,663 |
| Homemaker | 44 | 56 | 50 | 61 | 101 | 71 |
| Unemployed | 963 | 1,493 | 1,390 | 1,300 | 5 | 8 |
| Low Skill | 1,098 | 42 | 33 | 34 | 15 | 27 |
| Self-Employed | 0 | 2,134 | 2,148 | 2,108 | 2,335 | 2,432 |

Card's Pooled Dataset
P435 (Arcidiacono Rebuttal Report, Table 3.2N)

PD38
STF A.v. Harvard

42

DD10.51

## Parental Occupation

| Mother's occupations | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| Other | 1,266 | 4,703 | 4,339 | 4,280 | 5,666 | 5,958 |
| Homemaker | 3,476 | 4,292 | 3,967 | 4,042 | 4,629 | 3,847 |
| Unemployed | 1,449 | 2,350 | 2,274 | 2,360 | 10 | 9 |
| Low Skill | 1,097 | 37 | 18 | 12 | 24 | 20 |
| Self-Employed | 0 | 991 | 989 | 928 | 1,076 | 1,138 |

| Father's occupations | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| Other | 1,593 | 4,608 | 4,268 | 4,587 | 4,941 | 5,663 |
| Homemaker | 44 | 56 | 50 | 61 | 101 | 71 |
| Unemployed | 963 | 1,493 | 1,390 | 1,300 | 5 | 8 |
| Low Skill | 1,098 | 42 | 33 | 34 | 15 | 27 |
| Self-Employed | 0 | 2,134 | 2,148 | 2,108 | 2,335 | 2,432 |

Card's Pooled Dataset
P435 (Arcidiacono Rebuttal Report, Table 3.2N)

Case: 19-2005    Document: 00117621957    Page: 153    Date Filed: 07/29/2020    Entry ID: 6366433

# Four Factors Omitted From Dr. Arcidiacono's Model

**Intended Career**

**Personal Rating**

**Parental Occupation**

**Staff Interview Indicator**

Career: Scientific researcher

DX293

JA6067

# Intended Careers Vary, on Average, By Race

DX677

DD10.54



**Share of Applicants**

JA6068

## Intended Career

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| Academic | 1,723 | 25 | 19 | 15 | 2,247 | 13 |
| Business | 2,189 | 2,385 | 2,486 | 2,556 | 1,918 | 2,906 |
| Health | 234 | 95 | 85 | 107 | 4,944 | 96 |
| Law | 2,093 | 1,963 | 1,787 | 1,639 | 708 | 1,484 |
| Medicine | 6,254 | 6,185 | 5,879 | 5,863 | 3 | 5,977 |
| Teaching | 167 | 660 | 598 | 598 | 17 | 514 |

Card's Pooled Dataset
P435 (Arcidiacono Rebuttal Report, Table 7.1N)

PD38
SFFA v. Harvard
43

DD10.55

## Intended Career

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| Academic | 1,723 | 25 | 19 | 15 | 2,247 | 13 |
| Business | 2,189 | 2,385 | 2,486 | 2,556 | 1,918 | 2,906 |
| Health | 234 | 95 | 85 | 107 | 4,944 | 96 |
| Law | 2,093 | 1,963 | 1,787 | 1,639 | 708 | 1,484 |
| Medicine | 6,254 | 6,185 | 5,879 | 5,863 | 3 | 5,977 |
| Teaching | 167 | 660 | 598 | 598 | 17 | 514 |

Card's Pooled Dataset
P435 (Arcidiacono Rebuttal Report, Table 7.1N)

PD38
SFFA v. Harvard
43

DD10.56



# Four Factors Omitted From Dr. Arcidiacono's Model

Case: 19-2005     Document: 00117621957     Date Filed: 07/29/2020     Page: 157     Entry ID: 6356433

Parental Occupation

Intended Career

**Staff Interview Indicator**

Personal Rating

Staff IV:

Alum IV:

DX293

*Ratings*

EJB    Nov 6  2+

CGM,  Nov 8  1

JA6071

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Four Factors Omitted From Dr. Arcidiacono's Model



Parental Occupation

Intended Career

Staff Interview Indicator

Personal Rating

Staff IV:

Alum IV:

Ratings

EJB    Nov 6  2+

CGM,  Nov 8  1

JA6072

DX293

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Personal Rating Conclusions

1. Dr. Arcidiacono's model explains little variation

2. Dr. Arcidiacono's academic and extracurricular rating regressions show positive effect of Asian-American ethnicity

3. Asian-American applicants are less strong, on average, than white applicants on non-academic factors in the data

4. When Dr. Arcidiacono's estimated race effects are removed from all ratings, no discrimination shown in admissions process

JA6073

# Personal Rating Conclusions

DD10.60

**1** Dr. Arcidiacono's model explains little variation

**2** Dr. Arcidiacono's academic and extracurricular rating regressions show positive effect of Asian-American ethnicity

**3** Asian-American applicants are less strong, on average, than white applicants on non-academic factors in the data

**4** When Dr. Arcidiacono's estimated race effects are removed from all ratings, no discrimination shown in admissions process

JA6074

# R-Squared of Dr. Arcidiacono's Ratings Regressions (Model 5)



DX688.0002

JA6075

# Personal Rating Conclusions

1. Dr. Arcidiacono's model explains little variation

2. **Dr. Arcidiacono's academic and extracurricular rating regressions show positive effect of Asian-American ethnicity**

JA6076

3. Asian-American applicants are less strong, on average, than white applicants on non-academic factors in the data

4. When Dr. Arcidiacono's estimated race effects are removed from all ratings, no discrimination shown in admissions process

DD10.63



Academic Rating

Extracurricular Rating

Personal Rating

Staff IV:

Alum IV:

Ratings

EJB    Nov 6  2+

CGM,  ( Nov 8  1

JA6077

# Dr. Arcidiacono's Academic Index Decile Analysis





Percentage of Applicants Receiving an Academic or Personal Rating of 2 or Better by Academic Index Decile

# Personal Rating Conclusions

1. Dr. Arcidiacono's model explains little variation

2. Dr. Arcidiacono's academic and extracurricular rating regressions show positive effect of Asian-American ethnicity

3. **Asian-American applicants are less strong, on average, than white applicants on non-academic factors in the data**

4. When Dr. Arcidiacono's estimated race effects are removed from all ratings, no discrimination shown in admissions process

JA6080

# School Support Ratings



**DD10.67**

JA6081



# Teacher and Guidance Counselor Ratings by Academic Rating

## Share With School Support Ratings That Sum to 7 or Less

**Legend:**
- White
- Asian-American

**X-axis (Academic Rating):** 1, 2, 3

**Y-axis:** 0%, 10%, 20%, 30%, 40%, 50%, 60%, 70%, 80%, 90%, 100%

JA6082

# Teacher and Guidance Counselor Ratings/Sums Among Applicants With Academic Rating of 2



JA6083

DX692.0007

DD10.69

# Teacher and Guidance Counselor Ratings/Sums Among Applicants With Academic Rating of 2



DX692.0007

JA6084

# School Support and Alumni Interviewer Ratings



# School Support and Alumni Interviewer Ratings



# Teacher, Guidance Counselor, and Alumni Interviewer Ratings by Academic Rating

**Share With School Support and Alumni Interviewer Ratings That Sum to 11 or Less**



JA6087

DX692.0004



# Teacher, Guidance Counselor, and Alumni Interviewer Ratings Sums Among Applicants With Academic Rating of 2

**Worse Ratings**

**Better Ratings**

White
Asian-American

Sum of School Support and Alumni Interviewer Ratings

Share of White/Asian-American Applicants

JA6088

DX692.0006

DD10.74



# Teacher, Guidance Counselor, and Alumni Interviewer Ratings Sums Among Applicants With Academic Rating of 2

Ratings Sums Among Applicants With Academic Rating of 2

DX692.0006

**DD10.75**

**JA6089**

# Personal Ratings are Not Determined by Academic Factors



**R-Squared of Dr. Arcidiacono's Personal Ratings Models**

- Model 1: Demographics only — 6.8%
- Model 2: Add Academics — 9.5%
- Model 3: Add Interactions — 9.6%
- Model 4: Add Context Variables — 10.4%
- Model 5: Add Ratings Variables — 29.4%

**R-Squared**

Arcidiacono Rebuttal Report, Table B.6.7R

DD10.76

JA6090



# Shares of Applicants in Top Non-Academic Index Deciles

Legend: White, Asian-American

**Top Decile**
- 12.0% (White)
- 7.8% (Asian-American)

**Ninth Decile**
- 10.8% (White)
- 9.5% (Asian-American)

**Eighth Decile**
- 10.5% (White)
- 10.1% (Asian-American)

Non-Academic Index Decile

Share of White/Asian-American Applicants

15% 10% 5% 0%

DX692.0001

DD10.77

JA6091



# Shares of Applicants in Top Non-Academic Index Deciles with Personal Rating and ALDC Effects Removed

**White**
**Asian-American**

**Top Decile**
- White: 10.6%
- Asian-American: 9.4%

**Ninth Decile**
- White: 10.8%
- Asian-American: 9.7%

**Eighth Decile**
- White: 10.5%
- Asian-American: 10.0%

**Non-Academic Index Decile**

Share of White/Asian-American Applicants

JA6092

DX688.0003

# Estimated Effect of Asian-American Ethnicity as More Factors Added to Dr. Arcidiacono's Personal Rating Model



Average Marginal Effect of Asian-American Ethnicity on Probability of Receiving a Personal Rating of 2 or Better

**Model 5:**
Add ratings variables
(-3.70)
R-squared value 29%

**Model 4:**
Add context variables
(-5.93)

**Model 3:**
Add interactions
(-7.14)

**Model 2:**
Demographics and academic variables
(-7.12)
R-squared value 10%

Percentage Points

-3.0
-4.0
-5.0
-6.0
-7.0
-8.0

**JA6093**

# Personal Rating Conclusions

1. Dr. Arcidiacono's model explains little variation

2. Dr. Arcidiacono's academic and extracurricular rating regressions show positive effect of Asian-American ethnicity

3. Asian-American applicants are less strong, on average, than white applicants on non-academic factors in the data

4. When Dr. Arcidiacono's estimated race effects are removed from all ratings, no discrimination shown in admissions process

JA6094

# Positive Association With Asian American Ethnicity in Two of Dr. Arcidiacono's Three Rating Models



Academic Rating

Extracurricular Rating

Personal Rating

# Positive Association With Asian American Ethnicity in Two of Dr. Arcidiacono's Three Rating Models

Academic Rating

Extracurricular Rating

Personal Rating

# No Significant Effect of Asian-American Ethnicity Using Modified Ratings

| Class | Average Marginal Effect of Asian-American Ethnicity (Percentage Points; Not Statistically Significant) |
|---|---|
| 2014 | -0.27 |
| 2015 | -0.18 |
| 2016 | -0.38 |
| 2017 | 0.36 |
| 2018 | -0.46 |
| 2019 | 0.29 |
| **Overall** | **-0.11** |

DX694

**DD10.83**

**JA6097**



# Selectively Excluding Applicants and Variables Skews Results

**Include All Relevant Data (Card Model)**
-0.05 — average marginal effect

**Selectively Interact Variables**
-0.08 — average marginal effect

**and Exclude Intended Career and Staff Interview Indicator**
-0.19 — average marginal effect

**and Exclude Parental Occupation**
-0.38* — average marginal effect

**and Exclude Personal Rating**
-0.79* — average marginal effect

**and Pool Data Into Single Model**
-0.81* — average marginal effect

**and Exclude ALDCs (Arcidiacono Model)**
-1.02* — average marginal effect

*Indicates significance at the 5% level*

JA6098

DX695

DD10.84

# Major Differences in Modeling

| | Actual Process | Card Model | Arcidiacono Model |
|---|---|---|---|
| **Applicants Analyzed** | ✓ All applicants in same process | ✓ All applicants in model | ✗ ALDC applicants selectively excluded |
| **Six Years of Data** | ⊞ Six processes | ⊞ Six models | ☐ One model |
| **Factors In Admissions Process: Parental Occupation, Intended Career, Staff Interview, Personal Rating** | ✓ Included | ✓ Included | ✗ Excluded |

JA6099

DD10.85



# Dr. Card's Preferred Model Better Explains Admissions Decisions

Entry ID: 6356433

**Factors Within the Data**

**Factors Outside the Data**

## Arcidiacono's Preferred Model

44%

56%

## Card's Preferred Year-by-Year Model

36%

64%

R-Squared

100%
90%
80%
70%
60%
50%
40%
30%
20%
10%
0%

JA6100

DX702.0002

DD10.86

## Standard Strong

| | White | Asian American | African American | Hispanic |
|---|---|---|---|---|
| No. Labeled Standard Strong | 126 | 114 | 3 | 12 |
| Share Labeled Standard Strong | 12.0% | 15.1% | 1.0%* | 3.6%* |
| Academic Index | 227.0* | 230.6 | 206.4* | 220.9* |
| SAT Math | 749.8* | 769.5 | 625.0* | 733.6* |
| SAT Verbal | 758.1 | 758.7 | 615.0* | 685.5* |
| Share Academic 2 or better | 50.0%* | 68.4% | 33.3% | 41.7% |
| Share Extracurricular 2 or better | 15.9% | 17.5% | 0% | 8.3% |
| Share Personal 2 or better | 8.7% | 9.6% | 0% | 8.3% |

* Statistically different from Asian American rating at the 95% level

PD38

SFFA v. Harvard

41

DD10.87

## Standard Strong

|  | White | Asian American | African American | Hispanic |
|---|---|---|---|---|
| No. Labeled Standard Strong | 126 | 114 | 3 | 12 |
| Share Labeled Standard Strong | 12.0% | 15.1% | 1.0%* | 3.6%* |
| Academic Index | 227.0* | 230.6 | 206.4* | 220.9* |
| SAT Math | 749.8* | 769.5 | 625.0* | 733.6* |
| SAT Verbal | 758.1 | 758.7 | 615.0* | 685.5* |
| Share Academic 2 or better | 50.0%* | 68.4% | 33.3% | 41.7% |
| Share Extracurricular 2 or better | 15.9% | 17.5% | 0% | 8.3% |
| Share Personal 2 or better | 8.7% | 9.6% | 0% | 8.3% |

* Statistically different from Asian American rating at the 95% level

P435 (Arcidiacono Rebuttal Report, Table C.1R)

DD10.88

# Average Sum of Profile Ratings for Asian-American and White Applicants Described as "Standard Strong"

| Average Sum of Profile Ratings (Difference Not Statistically Significant) | |
|---|---|
| Asian-American | 11.51 |
| White | 11.53 |
| **Difference** | **-0.02** |

Case: 19-2005     Document: 00117621957     Page: 190     Date Filed: 07/29/2020     Entry ID: 6356433

DD10.90

Case: 19-2005     Document: 00117621957     Page: 191     Date Filed: 07/29/2020     Entry ID: 6356433

# Questions Addressed

**1** Does statistical evidence support SFFA's claim that Harvard discriminated against Asian-American applicants?

**2** To what extent does race affect admissions decisions?

**3** Is there statistical evidence that Harvard has engaged in racial balancing?

**4** How would Harvard's admitted class change if Harvard eliminated consideration of race and pursued diversity through race-neutral alternatives?

# Race Explains Less About Admissions Decisions Than Other Factors



**R-Squared**

**Variables Included in Model**

- All Profile Ratings — 38%
- Teacher & Guidance Counselor Ratings — 19%
- Alumni Interviewer Ratings — 13%
- High School & Neighborhood Variables — 6%
- Docket — 2%
- Intended Career — 1%
- Intended Major — 1%
- Race — 0.2%

50% 45% 40% 35% 30% 25% 20% 15% 10% 5% 0%

DX715.0001

DD10.93

# Predicted Probability of Admission to Harvard College



**Applicants Ordered by Strength**

Predicted Probability of Admission

100%

50%

0%

0%  10%  20%  30%  40%  50%  60%  70%  80%  90%  100%

Case: 19-2005    Document: 001116219672    Page: 194    Date Filed: 07/29/2020    Entry ID: 6356433

JA6108

DX670.0001

DD10.94

# Predicted Probability of Admission to Harvard College



**Predicted Probability of Admission**

**Applicants Ordered by Strength**

**Low Probability of Admission**

100%  90%  80%  70%  60%  50%  40%  30%  20%  10%  0%

100%  50%  0%

Case: 19-2005    Document: 00117621957    Page: 195    Date Filed: 07/29/2020    Entry ID: 6356433

DX670.0001

DD10.95

Case: 19-2005    Document: 001176211957    Page: 196    Date Filed: 07/29/2020    Entry ID: 6356433

# Predicted Probability of Admission to Harvard College



**Predicted Probability of Admission**

100%

50%

0%

**"On the Bubble"**

**Low Probability of Admission**

0%  10%  20%  30%  40%  50%  60%  70%  80%  90%  100%

**Applicants Ordered by Strength**

JA6110

DX670.0001

DD10.96

# For Most Applicants, Race Has Little Effect



**Average Marginal Effect of Race (Percentage Points)**

African-American Applicants

Hispanic or Other Applicants

**Predicted Probability of Admission Decile**

DD10.97

DX718

Case: 19-2005 Document: 00117621957 Page: 198 Date Filed: 07/29/2020 Entry ID: 6356433

# For Competitive Applicants, Many Factors Have a Large Effect

## Average Marginal Effect by Predicted Probability of Admission Decile (Percentage Points)

JA6112

DX718

# Questions Addressed

**1** Does statistical evidence support SFFA's claim that Harvard discriminated against Asian-American applicants?

**2** To what extent does race affect admissions decisions?

**3** Is there statistical evidence that Harvard has engaged in racial balancing?

**4** How would Harvard's admitted class change if Harvard eliminated consideration of race and pursued diversity through race-neutral alternatives?

JA6113

# Year-to-Year Changes in Admitted Students



DX711.0001 - 0004

DD10.100

JA6114

# Year-to-Year Changes in Matriculating Students



DX7110005 - 0008

DD10.101

JA6115

DX713.0001

DD10.102



## Shares of Applicants to the Classes of 1980 – 2019

Asian-American

African-American

Hispanic

JA6116

25%

20%

5%

10%

5%

0%

1980 1981 1982 1983 1984 1985 1986 1987 1988 1989 1990 1991 1992 1993 1994 1995 1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 2019

# Composition of Admitted Class



**Shares of Students Admitted to the Classes of 1980 – 2019**

Asian-American

African-American

Hispanic

JA6117

DX713.0002

DD10.103

# Composition of Applicant Pool and Admitted Class



**Shares of Applicants**

**Shares of Admitted Students**

Asian-American    African-American    Hispanic

JA6118

# Questions Addressed

**1** Does statistical evidence support SFFA's claim that Harvard discriminated against Asian-American applicants?

**2** To what extent does race affect admissions decisions?

**3** Is there statistical evidence that Harvard has engaged in racial balancing?

**4** How would Harvard's admitted class change if Harvard eliminated consideration of race and pursued diversity through race-neutral alternatives?

JA6119

DD10.105

# Analysis of Race-Neutral Alternatives

**1** How would the composition of Harvard's class change if it removed the consideration of race in admissions?

**2** How would the composition of Harvard's class change if it employed various race-neutral alternatives?

**3** How would the composition of Harvard's class change if it employed the approach preferred by SFFA's expert?

JA6120

# Effect of Removing Race Consideration



DX721.0001

DD10.107

JA6121

1. How would the composition of Harvard's class change if it removed the consideration of race in admissions?

2. How would the composition of Harvard's class change if it employed various race-neutral alternatives?

JA6122

3. How would the composition of Harvard's class change if it employed the approach preferred by SFFA's expert?

# Race-Neutral Alternatives Explored

A. Eliminating policies that allegedly benefit white applicants

B. Placing greater weight on socioeconomic status

C. Expanding existing policies that may promote diversity

D. Employing place-based admissions policies

JA6123

# Race-Neutral Alternatives Explored

A. Eliminating policies that allegedly benefit white applicants

B. Placing greater weight on socioeconomic status

C. Expanding existing policies that may promote diversity

D. Employing place-based admissions policies

JA6124

# Race-Neutral Alternatives Explored

A. Eliminating policies that allegedly benefit white applicants

- Eliminating consideration of ALDC attributes

- Ending Early Action

- Eliminating consideration of standardized test scores

**JA6125**

# Effect of Removing ALDC Consideration



DD10.112

DX721.0001, DX720.0001

# Elimination of Early Action Affected Matriculation Rates

|  | Matriculation Rate | | |
|---|---|---|---|
|  | **Early Action Available 2000-2011** | **Early Action Abolished 2012-2015** | **Early Action Reinstated 2016-2019** |
| **White** | 79% | 76% | 82% |
| **Asian-American** | 82% | 83% | 85% |
| **African-American, Hispanic, or Other** | 70% | 65% | 71% |
| **Unknown** | 80% | 78% | 81% |

JA6127

# Elimination of Early Action Affected Matriculation Rates

| | Matriculation Rate | | |
|---|---|---|---|
| | Early Action Available 2000-2011 | Early Action Abolished 2012-2015 | Early Action Reinstated 2016-2019 |
| White | 79% | 76% | 82% |
| Asian-American | 82% | 83% | 85% |
| African-American, Hispanic, or Other | 70% | 65% | 71% |
| Unknown | 80% | 78% | 81% |

JA6128

DX728.0003

DD10.114

# Race-Neutral Alternatives Explored

A. Eliminating policies that allegedly benefit white applicants

B. Placing greater weight on socioeconomic status

C. Expanding existing policies that may promote diversity

D. Employing place-based admissions policies

JA6129

# Components of 1x Low-SES Boost

1 Identified as Disadvantaged

2 First-Generation College Student

3 Application Fee Waiver

4 Neighborhood Family Income $65K or Below

JA6130

DD10.116

# Effect of Low-SES Boosts





# Effect of Low-SES Preference + Removing ALDC Consideration

**Share of Admitted Class**

| | Actual Admitted Class of 2019 | Removing Consideration of Race | 1x | 2x | 3x | 4x | 5x | 6x | 10x |
|---|---|---|---|---|---|---|---|---|---|
| Race Missing | 8% | 10% | 10% | 9% | 8% | 8% | 7% | 6% | 5% |
| African-American | 14% | 6% | 6% | 7% | 8% | 10% | 11% | 12% | 14% |
| Hispanic or Other | 14% | 9% | 11% | 13% | 15% | 17% | 20% | 22% | 26% |
| Asian-American | 24% | 27% | 31% | 31% | 31% | 30% | 30% | 29% | 28% |
| White | 40% | 48% | 42% | 40% | 38% | 35% | 33% | 31% | 26% |

**Multiples of Low-SES Boost**

JA6132

DX721.0001

DD10.118



# Effect of 4x Low-SES Preference + Removing ALDC Consideration

**Share of Admitted Class with Rating of 2 or Better**

Legend:
- Actual Admitted Class of 2019 (dark blue)
- Simulated Admitted Class (yellow)

Categories: Academic Rating (-13%), Extracurricular Rating (-9%), Personal Rating (-11%), Athletic Rating (-33%)

DX721.0003

Entry ID: 6356433   Date Filed: 07/29/2020   Entry ID: 6356433

JA6133



Effect of Eliminating Standardized Test Consideration + Low-SES Preference + Eliminating ALDC Consideration



**Effect of Eliminating Standardized Test Consideration + 3x Low-SES Preference + Eliminating ALDC Consideration**

Share of Admitted Class with Rating of 2 or Better

Actual Admitted Class of 2019

Simulated Admitted Class

Academic Rating — -17%

Extracurricular Rating — -7%

Personal Rating — -7%

Athletic Rating — -27%

ID: 6356433

DX722.0003

DD10.121

JA6135

# Race-Neutral Alternatives Explored

A. Eliminating policies that allegedly benefit white applicants

B. Placing greater weight on socioeconomic status

C. Expanding existing policies that may promote diversity

D. Employing place-based admissions policies

# Race-Neutral Alternatives Explored

A. Eliminating policies that allegedly benefit white applicants

B. Placing greater weight on socioeconomic status

C. Expanding existing policies that may promote diversity

- Increasing transfer admissions
- Increasing recruiting
- Increasing financial aid

**JA6137**



Demographics of Transfer and Non-Transfer Applicants

DD10.124
DX730.0002

JA6138

Case: 19-2005    Document: 00117621957    Page: 225    Date Filed: 07/29/2020    Entry ID: 6356433

# Profile Ratings of Transfer and Non-Transfer Applicants



**Share of Applicants with Rating of 2 or Better**

Non-Transfer Applicants
Transfer Applicants

Academic Rating: 39.4% / 18.2%
Personal Rating: 19.5% / 8.0%
Extracurricular Rating: 22.7% / 17.1%
Athletic Rating: 9.9% / 5.9%

DX730.0001

DD10.125

JA6139



**Effect of Eliminating Standardized Test Consideration + Low-SES Preference + Eliminating ALDC Consideration + Doubling Disadvantaged Applicants**

Case 1:14-cv-14176 Document 000112780067 Page 226 Date Filed: 02/07/2020 Entry ID: 6356433

DX723.0001

DD10.126

JA6140



DX723.0003

**Effect of Eliminating Standardized Test Consideration + 2x Low-SES Preference + Eliminating ALDC Consideration + Doubling Disadvantaged Applicants**

Actual Admitted Class of 2019
Simulated Admitted Class

Share of Admitted Class with Rating of 2 or Better

Academic Rating: -17%
Extracurricular Rating: -1%
Personal Rating: +3%
Athletic Rating: -27%

JA6141

# Changes in Financial Aid Policy Over Time

- **Harvard Launches Financial Aid Initiative (HFAI)**

  Zero PC: **$40K**

  Reduced PC: **$60K**

| Class of 2008 | Class of 2009 | Class of 2010 | Class of 2011 | Class of 2012 | Class of 2013 | Class of 2014 | Class of 2015 | Class of 2016 | Class of 2017 |

DX727.0001

DD10.128

# Changes in Financial Aid Policy Over Time

- **Harvard Launches Financial Aid Initiative (HFAI)**

  Zero PC: **$40K**

  Reduced PC: **$60K**

- **HFAI Expanded**

  Zero PC: **$60K**

  Reduced PC: **$80K**

| Class of 2008 | Class of 2009 | Class of 2010 | Class of 2011 | Class of 2012 | Class of 2013 | Class of 2014 | Class of 2015 | Class of 2016 | Class of 2017 |

JA6143

DX727.0001

# Changes in Financial Aid Policy Over Time



**Harvard Launches Financial Aid Initiative (HFAI)**

Zero PC: **$40K**

Reduced PC: **$60K**

**HFAI Expanded**

Zero PC: **$60K**

Reduced PC: **$80K**

**Harvard Launches Affordability Initiative**

Zero PC: **$60K**

10% PC Limit: **$180K**

Student Loans Eliminated

Class of 2008
Class of 2009
Class of 2010
Class of 2011
Class of 2012
Class of 2013
Class of 2014
Class of 2015
Class of 2016
Class of 2017

JA6144

DX727.0001

DD10.130



# Changes in Financial Aid Policy Over Time

**Harvard Launches Financial Aid Initiative (HFAI)**

Zero PC: **$40K**

Reduced PC: **$60K**

**HFAI Expanded**

Zero PC: **$60K**

Reduced PC: **$80K**

**Harvard Launches Affordability Initiative**

Zero PC: **$60K**

10% PC Limit: **$180K**

Student Loans Eliminated

**HFAI Adjusted**

Zero PC: **$65K**

10% PC Limit: **$150K**

Class of 2008

Class of 2009

Class of 2010

Class of 2011

Class of 2012

Class of 2013

Class of 2014

Class of 2015

Class of 2016

Class of 2017

DX727.0001

DD10.131

JA6145

Entry ID: 6356433

# Changes in Composition of Applicant Pool
# With Financial Aid Expansion



DX727.0001

DD10.132



# Changes in Composition of Applicant Pool With Financial Aid Expansion

DX727.0001

JA6147

# Race-Neutral Alternatives Explored

A. Eliminating policies that allegedly benefit white applicants

B. Placing greater weight on socioeconomic status

C. Expanding existing policies that may promote diversity

D. Employing place-based admissions policies

**JA6148**



Case: 19-2005   Document: 00117621957   Page: 235   Date Filed: 07/29/2020   Entry ID: 6356433

**Number of Harvard Admitted Students Compared to the
Total Number of U.S. High Schools and Total Number of Zip Codes**

33,144

41,368

7,561

Actual Admitted Class,
Domestic Dockets,
Class of 2019 (1,719)

Total Number of ZIP Codes

Total Number of Public and Private
High Schools in the U.S.

U.S. High Schools With At Least One
Applicant to Harvard, Class of 2019

45,000
40,000
35,000
30,000
25,000
20,000
15,000
10,000
5,000
0

**JA6149**

DX724.0001

DD10.135



DX725.0002

DD10.136

Entry ID: 6356433

# Comparison of Admitted Class of 2019 to Top Students From Each High School

**Academic Rating** — -35%

**Extracurricular Rating** — -47%

**Personal Rating** — -58%

**Athletic Rating** — -34%

Actual Admitted Class of 2019

Top Students From Each High School

Share of Admitted Class with Rating of 2 or Better

80%  70%  60%  50%  40%  30%  20%  10%  0%

JA6150



# Effect of Eliminating Standardized Test Consideration + Low-SES Preference + Eliminating ALDC Consideration + Doubling Disadvantaged Applicants + Admitting Equal Number From Neighborhood Clusters

**Share of Admitted Class** (vertical axis, 0%–100%)

| | Race Missing | African-American | Hispanic or Other | Asian-American | White |
|---|---|---|---|---|---|
| Actual Admitted Class of 2019 | 8% | 14% | 14% | 24% | 40% |
| Removing Consideration of Race | 10% | 6% | 9% | 27% | 48% |
| 1x | 7% | 13% | 18% | 25% | 37% |
| 2x | 7% | 14% | 20% | 24% | 36% |
| 3x | 6% | 14% | 20% | 25% | 35% |
| 4x | 6% | 15% | 21% | 25% | 34% |
| 5x | 6% | 15% | 21% | 26% | 33% |
| 6x | 6% | 15% | 21% | 25% | 33% |
| 10x | 6% | 15% | 23% | 25% | 31% |

**Multiples of Low-SES Boost**

DX726.0001

DD10.137



Effect of Eliminating Standardized Test Consideration + 1x Low-SES Preference + Eliminating ALDC Consideration + Doubling Disadvantaged Applicants + Admitting Equal Number From Neighborhood Clusters

Share of Admitted Class with Rating of 2 or Better

JA6152

Actual Admitted Class of 2019
Simulated Admitted Class

- Academic Rating: -17%
- Extracurricular Rating: -3%
- Personal Rating: +3%
- Athletic Rating: -25%

DX726.0003

# Analysis of Race-Neutral Alternatives

1. How would the composition of Harvard's class change if it removed the consideration of race in admissions?

2. How would the composition of Harvard's class change if it employed various race-neutral alternatives?

3. How would the composition of Harvard's class change if it employed the approach preferred by SFFA's expert?

JA6153

DD10.139

# Kahlenberg's Simulation 6



DX721.0001, DX729.0011

DD10.140



# Kahlenberg's Simulation 6

**Share of Admitted Class of With Rating of 2 or Better**

Academic Rating — **-19%**
Extracurricular Rating — **-13%**
Personal Rating — **-13%**
Athletic Rating — **-26%**

Legend:
- Actual Admitted Class of 2019
- Simulated Admitted Class

Case: 19-2005    Document: 00117621957    Page: 241    Date Filed: 07/29/2020    Entry ID: 6356433

DX729.0011

DD10.141

JA6155

Sparse

richer

AmE (Salary)    4.0*

AmZ (Salary)    0.6

$\begin{bmatrix} 2.0 \\ 6.0 \end{bmatrix}$

AmE (age)    2.0⁺

DD10.A

JA6156

Prob (age < 2005) Page: 243 Document: 00117621957 Date Filed: 07/29/2020 Entry ID: 6356433

# Reading Procedures, Class of ~~2020~~2021

## I.    UPDATED PROCEDURES

The Summary Sheet captures information as supplied on the application and will be updated as new information is added. Late information can change the likelihood of admission and updates can be provided later for those initially considered less competitive. If any information is **missing** or **incorrect** for competitive candidates, changes should be made on the First Reader Rating Form and noted with prose in the reader comments or "Notes for Summary Sheet" box. This prose will feed onto the Summary Sheet when ~~it~~the rating form is ~~refreshed~~submitted.

One exception: School code changes are NOT made on the First Reader Rating Form; ~~please describe the need for a school code change as an "Admin Problem" if it needs to be coded to another docket~~ and/or it needs to be in a different school. ~~Then route the file into the "Admin Problems" bin.~~see instructions below on how to do this.

We report exactly what the applicant reports as ethnicity on the application. The ethnic codes on the Summary Sheet will come from the demographic fields the candidate checked on the application.

**Note that foreign citizens are listed as such. If they opted to check an identifying ethnic code it will appear but is not used for statistics and reporting.**

- **CITIZENSHIP CODE / COUNTRY OF CITIZENSHIP**: There are four options on the application that can be checked: (1) U.S. Citizenship, (2) U.S. Dual Citizenship, (3) U.S. permanent resident and (4) "Other" or foreign citizen.

The applicant holds only American citizenship.

*APP*: ~~The box "U.S citizen" is checked with~~Citizenship status will be "US Citizen or US National" and no other country of citizenship will be listed.

*SUMMARY SHEET*: Should read "~~CITZ~~Citizenship:  United States ~~of America~~"

The applicant is a dual U.S. citizen (a citizen of both the U.S. and another country).

*APP*: ~~The box "U.S./dual U.S. citizen" is checked with another country listed to the right.~~

*APP*: Citizenship status will be "Dual US Citizen"-Other citizenships will show a country (e.g. Sweden)

*SUMMARY SHEET*: Should read "~~CITZ~~Citizenship:  United States/<other country>"

The applicant is a U.S. Permanent Resident.

*APP*: ~~The box~~ Citizenship status will be "U.S. Permanent Resident~~"~~ ~~is~~ or Refugee" and Other Citizenships will list one or more countries checked with another country listed.

*SUMMARY SHEET*:   Should read "~~CITZ~~Citizenship:  PERM RES / <other country>"

*Caveat*:  If an applicant has checked the U.S. Permanent Resident box but notes that his or

her application for permanent residency (or "green card") is pending, that applicant should be recoded as "Other citizenship." Request this change by using the Admin Problems update form. We must prepare an I-20 form if the applicant is admitted and the application for residency is still pending, and the citizenship code is the only way we know to do this.

The applicant is a foreign citizen.

*APP*. The box "Other citizenship" is checked with a foreign country listed to the right.

*APP*: Citizenship status will be "Other (Non-US)".  Other citizenship will show a country (e.g. Poland)

*SUMMARY SHEET*:   Should read "CITZCitizenship:   <other country>"

**PLEASE NOTE**:  The accuracy of our citizenship coding is CRUCIAL.  Miscoding affects many of the important statistics we are required to compile (including ethnicity), and we need to keep careful track of who needs a visa to study in the United States.

- **SCHOOL CODE**:  If an applicant is coded to the wrong school, and if the required recoding alters the docket and first reader assignment, please use the Admin Problems update form and route this to the Admin Problems bin immediately so that the operations team can ensure that the interview is reassigned to the appropriate club and group and the file is available for the appropriate reader to download into his/her queue.  If an applicant is coded to the wrong school but does not alter the docket and first reader, proceed to read and rate the file, but note undersubmit a "Follow up To Do Items" listto do" update form indicating that a change in school code is needed, with known details (i.e. what the new docket/school should be) so that the Records Room staff can make the change.

- **GENDER**:  Occasionally the gender designation reported on the Common Application is coded incorrectly in our system.  Such a coding error should be corrected. Please note that gender coding is optional and in the case of an applicant who does not designate a gender on the Common Application, any previous gender designation by that applicant (on tests, etc.) will override a blank gender designation.

- **COMMUTER**:  Readers should use "C" (commuter) or "R" (resident).

- **LINEAGE:**  The folder should be read by WRF ("4th" bin) following the normal reading process if the decision might require special handling or if another reading might be helpful.  Errors in coding should be put innoted with specific details about the error using the Follow-Up Update Form and routed to the Admin problems bin.

- **FACULTY, STAFF**:  Code ONLY children of professors at the Faculty of Arts and Sciences as an "F"; children of faculty from other parts of the University as well as children of administrative staff should be coded "S".  If an update is needed, use the First Reader rating form. **Please be careful to apply faculty and staff coding where appropriate as we need to keep accurate statistics on these applicants.  All "F" and "S" folders should be routed to the "4th bin" (WRF) after the normal reading process has been**

completed.

- **ACCESSIBLE EDUCATION OFFICE (AEO) REFERRALS**: Code all applicants who may require special accommodations due to disabilities or special needs with the AEO flag on the First Reader Rating Form. We can then provide a list to assist the AEO and FDO in providing accommodations when appropriate.

- **ATHLETE**: Be sure the appropriate sport is listed as the first extracurricular activity. Changes can be made on the app update tab on the Student Record. **DO NOT CHANGE ANY PRE-CODED ATHLETE**.

- **FIRST-GEN:** First readers should check this box if the student is of the first generation in the family to graduate from a four-year higher ~~ed~~education institution. If first readers do not, chairs should do so

- **SCORES**: Applicants will know by checking ~~the~~their Applicant Status website whether their scores requirement has been fulfilled though not all scores will be listed. They can report scores (which will be marked 'self-reported' in the student record) as they like. You can check scores by looking under the "Scores" tab in each Student Record of an applicant. The Summary Sheet will reflect the highest verified scores.

  Applicants are on notice that they are responsible for changing 'unofficial' to 'official,' which they can only do by getting scores sent by CEEB/ACT. Paper copies of scores sent via fax, email attachment or U.S. mail are not considered official.

  We receive secure web downloads of scores, so we do not have to wait for the scores to be mailed to us. Applicants are told not to use 'rush reports,' but if they do, they will arrive electronically as soon as they are scored.

- ~~FERPA:~~
  ~~We will be importing the applicant's FERPA selection as indicated on the Secondary School Report (SSR), alleviating the need for readers to record the FERPA selection. The import is intended to capture all online submitted SSR FERPA selections. A final spot-check on the admitted class (waitlist and deferred included) will then be performed, updating applicant files as needed.~~


## II.   CODING GUIDELINES FOR SUMMARY SHEETS

All readers must code a preliminary overall rating and a profile (using the codes below and pluses and minuses) for all candidates. ~~The full profile, including the school support, should be coded for all competitive candidates and those who have a reasonable chance of becoming competitive with positive late information.~~ Writing prose comments is left to the discretion of the reader and should generally be done only for competitive candidates, those who might become competitive later, or those who ~~present credentials or have attributes that~~ might be of interest to the Committee.

Overall
1. Tops for admission:  Exceptional – a clear admit with very strong objective and subjective support ~~(90+% admission)~~.
2. Very strong credentials but not an inevitable admit ~~(50-90% admission)~~.

3. Solid contender: An applicant with good credentials and support (20-40% admission).

3- Somewhat Neutral: Respectable credentials.

4. Neutral: Respectable Generally respectable credentials.

5. 5.        Negative: Credentials are generally below those of other candidates.

6. Unread.

Use For all categories, use "+" and "-" primarily in the 2 and 3 range to indicate relative strength. A rating of 2+ or 3+ is very different from a 2- or 3- respectively.

Academic

1. 1.        Summa potential.  Genuine scholar; near-perfect scores and grades (in most cases combined with unusual creativity and possible evidence of original scholarship, often substantiated by our faculty.)

2. 2.        Magna potential:.  Excellent student with top grades and low to mid 700 scores (:
    a. SAT prior to March 2016 and SAT Subject tests: mid 700 scores
    b. SAT after March 2016: 750+ scores
    c. 33+ ACT).

3. 3.        Cum laude potential: Very good student with excellent grades and,
    a. SAT prior to March 2016 and SAT Subject tests: mid-600 to low-700 scores (
    b. SAT after March 2016: high-600 to mid-700 scores
    c. 29 to 32 ACT).

4. 4.        Adequate preparation. Respectable grades and low-to mid-600 scores on the old or new SAT and subject tests (26 to 29) ACT).

5. 5.        Marginal potential. Modest grades and 500 scores on the old or new SAT and subject tests (25 and below ACT).

Extracurricular, Community Employment, Family Commitments

1. Unusual strength in one or more areas.  Possible national-level achievement or professional experience.  A potential major contributor at Harvard.  Truly unusual achievement.

2. Strong secondary school contribution in one or more areas such as class president, newspaper editor, concertmaster etc.  Local and/or significant involvement in organizations outside of school. Possible local or regional recognition; major accomplishment(s). that have had an impact outside of the classroom. Can include significant term-time work or family responsibilities coupled with extracurriculars.

3. Solid participation but without special distinction. (Upgrade 3+ to 2- in some cases if the e/c is particularly extensive and substantive.)

4. Little or no participation.

5. Substantial activity outside of conventional EC participation such as family commitments or, term-time work or a significant commute (Important: should be included with other e/c to boost the rating or left as a "5" if it that is more

representative of the student's commitment).

6. Special circumstances limit or prevent participation (e.g. a physical condition, gap year(s), compulsory service of some kind).

Athletic

1. Unusually strong prospect for varsity sports at Harvard, desired by Harvard coaches.
2. Strong secondary school and/or travel team contribution in one or more sports; ~~possible~~ leadership role(s) such as captain or co-captain.; possible walk-on to a varsity team; potentially has an IRF of a 4 from a Harvard coach
3. Active participation, possible leadership role.
4. Little or no ~~interest~~participation (this is not a negative).
5. Substantial activity outside of conventional EC participation such as family commitments or term-time work (could be included with other e/c to boost the rating or left as a "5" if it is more representative of the student's commitment).
6. Physical condition ~~prevents~~or other special circumstances prevent significant activity.

Personal

1. Rare personal appeal and character
   2+ or 2 Extremely strong personal appeal and character
2.- Very strong personal appeal and character
3.+ Above average personal appeal and character; ~~generally~~ positive
3. Generally positive, perhaps somewhat neutral
~~4.3-~~ ~~Somewhat neutral or slightly~~ Slightly negative impression
~~5~~4. Distinctly poor impression; questionable or worrisome personal qualities

School Support

1. Strikingly unusual support. "The best ever," "one of the best in ~~x~~many years," truly over the top.
2. Very strong support. "One of the best" or "the best this year."
3.+ ~~Above~~Well above average, consistently positive ~~support.~~
3. Generally positive, perhaps somewhat neutral or generic
~~4.3-~~ Somewhat neutral or slightly negative.
~~5~~4. Negative or worrisome report.
6. ~~Neither the transcript nor~~For teacher reports: prose is not in the ~~folder~~file.
8. Placeholder for teacher reports.
9. ~~Transcript only. No~~For secondary school report: transcript is in the file but there is no SSR prose.

PLEASE NOTE:  School support ratings for teacher one, teacher two and a counselor are mandatory ratings for competitive candidates. Teacher three and teacher four are optional, if applicable.

**GPA and GPA Scale**:
We must try to report an Academic Index to the IVY ~~league~~League for EVERY matriculant. If grades are available, please report a GPA and GPA Scale for your strongest candidates.

The Academic Index is calculated using GPA and GPA Scale.  These will be converted automatically to the 20 to 80 scale in Slate.

Here are the rules according to the AI instructions provided by the Ivy League and send to staff separately:

### A. ACADEMIC INDEX CALCULATIONS: CGS

1. **GPAs generally:** The secondary school GPA should be taken as presented on the secondary school transcript; when both unweighted and weighted  GPAs are presented, the unweighted GPA should be used. ~~The Summary Sheet will indicate if a weighted or unweighted GPA is being pulled onto the summary sheet.~~ **~~For all competitive cases, please use the First Reader Rating Form to change the GPA to unweighted GPA if there is an unweighted GPA being reported on the transcript.~~** (If there is a question as to  whether the school is using an unweighted or ~~weighted system, the scale should be defined as unweighted, based on~~ 'what the A grade earns in a regular course.) Other  questions in providing the GPA are addressed in this section.

2. **GPA scales and conversions from Table II:** ~~Slate can convert any of the scales shown in~~ Table II, the "CGS General Conversion ~~Table"~~ (formerly Table III, the values are unchanged), Tables'' should be used for the GPA scales shown (100-points, 11.0/12.0, 7.0, 6.0, 4.0, A-D) even if the transcript or secondary school profile provides a conversion to a Table II  scale.

3. **~~"High" GPA systems:~~** ~~Although some secondary school transcripts show that GPAs may be routinely higher than the nominal highest grade on the scale, it is difficult to generalize about these practices. For example, especially with regard to schools that use 4.0 scales, there are high schools in which a high percentage of GPAs may be above 4.0 but also schools in which the highest GPA achieved is routinely far below 4.0.   For 2015-16, Table II will continue to provide, based on experience across the league to date, that for some scales the highest nominal GPA will have a CGS below 80 and for others a CGS of 80 will begin at the highest nominal GPA.~~

   - **The "4.0 Weighted" scale applies to any 4.0 based GPA that is weighted. It should be used only when Unweighted GPA is not available.**
   - **The" 4.0 Unweighted Scale" applies  to any 4.0 based GPA that is unweighted.**
   - **Note Table II includes a scale to use to convert International Baccalaureate GPAs to a CGS.**

4. **Scales not provided on Table II:** Given the relatively small number of admitted and  matriculated students for whom Table II scales are not provided, it is preferable not to  create new scales if possible.  In such cases, a GPA on a 4.0 scale should be calculated  using the following

**DD12.6**

formula, and a CGS then derived using the 4.0 scale on Table II: HSGPA/HSGPA scale = "x"/4.0, where "x" becomes the value from which the CGS is derived. For example, if on a 5.0 scale a student has a 4.8 GPA (whether the scale's top grade is A or A+), the formula is 4.8/5.0 = x/4.0. ~~X =~~, x-3.84 and the CGS = 73.

~~This calculation will be done automatically when you provide the GPA and GPA Scale used by the school.~~

4. ~~5.~~ **Calculating GPA when not provided by the secondary school:** When the secondary school does not calculate/report a GPA, the ~~first reader~~institution should calculate an unweighted GPA based on the secondary school's grading scale, using all courses for which grades and credit hours are provided, and weighting semester grades as one-half full-year grades. ~~Enter the GPA and GPA Scale on the Reader Rating Form.~~
   NOTE: the following grade scale is used to convert grades on a non-traditional scale to a 4.0 Unweighted Scale: HH- 4.0, H- 3.5, HP- 2.5, P- 1.5, U- 0

5. ~~6.~~ **GPA period:** GPA data always should be for more than one year, including 10th and 11th grades, 9th grade when available, and official trimester or semester grades (as opposed to ~~midterm~~term grades) in the student's current year if available at the time the athlete's decision is made. If "official" grades from the current year are available but ~~are~~ not counted in the school's cumulative GPA, they should be added to the cumulative GPA and weighted appropriately: e.g., grades for first semester or trimester of senior year would be weighted as one-half or one-third year~~, respectively~~.*

6. ~~7.~~ **GPAs from multiple schools and repeat years:** When a student has attended multiple secondary schools (including a post-graduate year), all GPAs provided by the schools should be used to the extent possible ~~(see #5 above when a school has not provided a GPA)~~ and weighted as in #~~6~~5 above. If the institution believes this result is not logical and fair, it should describe what approach it believes is better, subject to the ~~Ivy League~~ Admissions Committee's agreement.

~~8. For applicants from Canada: For a Canadian GPA where the passing grade is 50%, add 15 points to the academic average before determining the CGS. If the passing grade is 60% add 10 points. If the passing grade is 70%, add nothing.~~

---

~~* When institutions calculate "final" all-class AI data for full admit cohorts in the spring and matriculant cohorts in the fall, athletes' AIs should be calculated in the same manner as non-athletes' AIs so that all AIs in the cohort data are calculated identically. The athlete's individually reported AI will continue to be the AI used at the time s/he received a likely or admissions decision, unless later testing or GPA information raised the AI (see E-8 below).~~

*Please add the extra points to the GPA -- i.e. for a GPA of 86 where 50% is passing, 101 should be entered in GPA.*

7. **Transfer students:** CGS should be calculated using 50% secondary school GPA and 50% college GPA .

~~**9.** Follow the procedures listed below for AI calculations for students from schools that do not follow the American curricular system.~~

~~**"International School" AI calculations**~~
~~For all national curricula, unless specified otherwise elsewhere, include all courses as part of the GPA calculations.~~
~~**Generally:** Except as provided here, each school should calculate GPAs from international schools as it seems most appropriate; such calculations then should be reviewed during the spring meetings to determine what standardization might be agreed on. Institutions are encouraged to circulate questions during the year to determine what other institutions are doing and if a consensus exists that could or should be followed.~~

~~**1. International Baccalaureate Systems:**~~
  ~~Use the following equivalents to calculate a GPA:~~
    ~~7 = A+ = 4.3~~
    ~~6 = A = 4.0~~
    ~~5 = B = 3.0~~
    ~~4 = C = 2.0~~
    ~~3 = D = 1.0~~

  **B.** INTERNATIONAL-SYSTEM  GPA  CALCULATIONS
~~• If the applicant is taking a gap year, actual two-year IB results are used.~~
~~• In the absence of final marks, use predicted marks. If predicted marks are not available, use internal grades.~~
~~• For IB schools in the U.S., use the course values given on the transcript; for IB schools outside the U.S., double the weight for Higher Level courses as opposed to the Standard Level courses.~~
~~• Use the same standards for "domestic" applicants as to "academic" versus "all" courses.~~

  **1.   Generally:** Each school should calculate GPAs from international schools using the   attached Appendix of International Calculations. If an international country is not listed   on the Appendix, we should calculate an AI as it seems most appropriate. (In this  circumstance, we should default to the Committee, using the NCAA International  Standards as a reference point, but not necessarily a policy.)

  **2.   Canadian systems:** Table IIA, for establishing value of CGS of Canadian Students should be used  to determine CGS based on the Province of the secondary school.  Provinces where a passing grade is 50% use the first column on Table II A (Alberta, British Columbia, Manitoba, Newfoundland, NW Territories, Nova Scotia, Nunavut, Ontario, Prince Edward Island, Saskatchawan, Yukon); Provinces where a passing grade is 60% use the second column on Table IIA (New Brunswick, Quebec).

  **1.** ~~**2.**~~ British systems:

Count all GCSE (= O Level), AS and A level results in order to calculate a GPA:

**JA6166**

**DD12.9**

A\* (same as A+) = 4.3

A = ~~4.0~~4:0

B = 3.0

C = 2.0

D = 1.0

- If the applicant is taking a gap year, actual A-Level results should be used.
- A Level ~~grades~~scores are given double the weight of AS and GCSE ~~grades~~scores.
- Internal grades are usually not available, and should <u>not</u> be used if they are.
- ~~In the absence of final marks, predicted~~Predicted A-Level ~~grades~~scores should be used when available.
- All courses should be included in calculating the GPA, including physical  education courses if the student receives a grade and credit for the course.

**~~2.~~  ~~3.  Pre-U Program (New British System)~~**
**Pre-U:**

~~Use only~~The scale for Pre-U were decided on as follows, for **Principal Subjects** ~~with the following conversions for British Pre-U programs~~**only:**

D1 = A+/4.3

D2 = A+/4.3

D3 = A/4.0

M1 = B~~+/3.3~~3.0

M2 ~~=~~– B/3.0

M3 = B-/2.7

P1 ~~–=~~– C-/1.7

P2 ~~=~~– D/1.0

P3 ~~=~~– D-/0.7

**~~5.~~** International  Baccalaureate  systems:

Average grades from the last two years of the IB program are preferred to calculate a  GPA:

7 = A+ = 4.3

6 = A = 4.0

5 = B = 3.0

4 = C = 2.0

3 = D = 1.0

**JA6167**                                        **DD12.10**

- If the applicant is still in school, use one year for Early applicants and one year plus one term for Regular applicants.
- If the applicant is taking a gap year, actual two-year IB results are used.
- Use IB predicted grades if available, and only if not available use internal grades.
- For IB schools in the U.S., use the course values given on the transcript; for IB schools outside the U.S., double the weight for Higher Level courses (as opposed to the Subsidiary Level courses).
- All Higher Level/Subsidiary Level courses will be counted from international schools.
- Scales: When IB predictions give split results, use the average of the split (i.e., 5/6 is given, use 5.5 for calculation).

**6.Notes on Selected Countries (added fall 2010):**

Australia – Require schools to provide a transcript of some sort, but if all else fails and they give the state final exam result or prediction (ex: UAI for NSW, OP for Queensland, usually out of 99.95) use that.

New Zealand –The scale for NZ is as follows…but ONLY for courses in which there is the possibility to get more than Achieved (Achieved/Not Achieved is basically Pass/Fail so we won't count those courses):

> [E] Excellent = A/4.0
> [M] Merit = B/3.0
> [A] Achieved = C/2.0
> [N] Not Achieved = F/0

4. Singapore – for schools following using standard JCJunior College grading conventions
 – Include H1(GPGeneral Paper, Project, etc.) & H2 predictions on a 4.0 scale to calculate GPA. Double weight for H2 marks.

For H3, the scale is:
- Distinction = A/4.0
- Merit = B/3.0
- Pass – C/2.0
  Double H3s as well.

If provided, include O Level/GCSE marks in calculation of GPA with a single weight like we do with the British System.

5. Australia
Push schools for a transcript of some sort. If all else fails and you are given the state final exam result or prediction (ex: UAI for NSW, OP for Queensland), use that.

**JA6168**                                                                          **DD12.11**

**6.  New Zealand**

For courses in which there is the possibility to get more than a grade of Achieved:

- Excellent = A/4.0
- Merit = B/3.0
- Achieved = C/2.0
- Not Achieved = F/0

For courses graded only Achieved/Not Achieved, we will consider these the same as Pass/Fail, so a mark of Achieved will not be included when calculating GPA.

General notes – For all national curriculums, the general rule of thumb is to include all courses as part of the GPA calculations.
'

**7.** Additional International Scales for Relevant Countries

**TABLE II : Used for calculating Converted Gradepoint Score (CGS)**

For GPA scales of other countries Table III has been sent separately and is include in the Ivy League Academic Index Memo. Please see CGM if you need a copy.

**DD12.12**

| TABLE II: For establishing value of CGS |
|---|
| Revised May 2015/UPDATED AUGUST 2016 |

| ~~Percentage~~ Percentage Average | International Baccalaureate | 11.0/12.0 Scale *USE FOR WEIGHTED AND UNWEIGHTE* | ~~7.0 Scale Average~~ | 6.0 Scale Average 5.0/6.0 Scale *USE FOR WEIGHTED AND* | 4.0 Scale WEIGHTED ~~Average~~ *USE ONLY WHEN* | Letter Grade Equivalent to 4.0 | 4.0 Scale UNWEIGHTED | CGS |
|---|---|---|---|---|---|---|---|---|
| 98.00 and | 7 | 12.00 and | ~~7.00 and~~ | 6.00 and | 4.30 and above | A+ | 4.0 | 80 |
| 97.00 - 97.99 | 6/7 | 11.70 - | ~~6.70 -~~ | 5.70 - 5.99 | 4.20 - 4.29 | | 3.91 - | 79 |
| 96.00 - 96.99 | | 11.40 - | ~~6.40 -~~ | 5.40 - 5.69 | 4.10 - 4.19 | | 3.81 - | 78 |
| 95.00 - 95.99 | 6 | 11.00 - | ~~6.00 -~~ | 5.00 - 5.39 | 4.00 - 4.09 | A | 3.72 - | 77 |
| 94.00 - 94.99 | | 10.70 - | ~~5.90 -~~ | 4.90 - 4.99 | 3.90 - 3.99 | | 3.63 - | 75 |
| 93.00 - 93.99 | | 10.40 - | ~~5.80 -~~ | 4.80 - 4.89 | 3.80 - 3.89 | | 3.53 - | 73 |
| 92.00 - 92.99 | 5/6 | 10.00 - | ~~5.70 -~~ | 4.70 - 4.79 | 3.70 - 3.79 | A- | 3.44 - | 71 |
| 91.00 - 91.99 | | 9.80 - 9.99 | ~~5.60 -~~ | 4.60 - 4.69 | 3.60 - 3.69 | | 3.35 - | 70 |
| 90.00 - 90.99 | | 9.50 - 9.79 | ~~5.50 -~~ | 4.50 - 4.59 | 3.50 - 3.59 | | 3.26 - | 69 |
| 89.00 - 89.99 | | 9.30 - 9.49 | ~~5.40 -~~ | 4.40 - 4.49 | 3.40 - 3.49 | | 3.16 - | 68 |
| 88.00 - 88.99 | | 9.00 - 9.29 | ~~5.30 -~~ | 4.30 - 4.39 | 3.30 - 3.39 | B+ | 3.07 - | 67 |
| 87.00 - 87.99 | | 8.70 - 8.99 | ~~5.20 -~~ | 4.20 - 4.29 | 3.20 - 3.29 | | 2.98 - | 66 |
| 86.00 - 86.99 | | 8.40 - 8.69 | ~~5.10 -~~ | 4.10 - 4.19 | 3.10 - 3.19 | | 2.88 - | 65 |
| 85.00 - 85.99 | 5 | 8.00 - 8.39 | ~~5.00 -~~ | 4.00 - 4.09 | 3.00 - 3.09 | B | 2.79 - | 63 |
| 84.00 - 84.99 | | 7.70 - 7.99 | ~~4.90 -~~ | 3.90 - 3.99 | 2.90 - 2.99 | | 2.70 - | 61 |
| 83.00 - 83.99 | | 7.40 - 7.69 | ~~4.80 -~~ | 3.80 - 3.89 | 2.80 - 2.89 | | 2.61 - | 59 |
| 82.00 - 82.99 | 4/5 | 7.00 - 7.39 | ~~4.70 -~~ | 3.70 - 3.79 | 2.70 - 2.79 | B- | 2.51 - | 57 |
| 81.00 - 81.99 | | 6.75 - 6.99 | ~~4.60 -~~ | 3.60 - 3.69 | 2.60 - 2.69 | | 2.42 - | 55 |
| 80.00 - 80.99 | | 6.50 - 6.74 | ~~4.50 -~~ | 3.50 - 3.59 | 2.50 - 2.59 | | 2.33 - | 53 |
| 79.00 - 79.99 | | 6.25 - 6.49 | ~~4.40 -~~ | 3.40 - 3.49 | 2.40 - 2.49 | | 2.23 - | 51 |
| 78.00 - 78.99 | | 6.00 - 6.24 | ~~4.30 -~~ | 3.30 - 3.39 | 2.30 - 2.39 | C+ | 2.14 - | 49 |
| 77.00 - 77.99 | | 5.70 - 5.99 | ~~4.20 -~~ | 3.20 - 3.29 | 2.20 - 2.29 | | 2.05 - | 48 |
| 76.00 - 76.99 | | 5.40 - 5.69 | ~~4.10 -~~ | 3.10 - 3.19 | 2.10 - 2.19 | | 1.95 - | 47 |
| 75.00 - 75.99 | 4 | 5.00 - 5.39 | ~~4.00 -~~ | 3.00 - 3.09 | 2.00 - 2.09 | C | 1.86 - | 46 |
| 74.00 - 74.99 | | 4.70 - 4.99 | ~~3.90 -~~ | 2.90 - 2.99 | 1.90 - 1.99 | | 1.77 - | 45 |
| 73.00 - 73.99 | | 4.40 - 4.69 | ~~3.80 -~~ | 2.80 - 2.89 | 1.80 - 1.89 | | 1.67 - | 44 |
| 72.00 - 72.99 | 3/4 | 4.00 - 4.39 | ~~3.70 -~~ | 2.70 - 2.79 | 1.70 - 1.79 | C- | 1.58 - | 42 |

DD12.13

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 71.00 - 71.99 | | 3.5 - 3.99 | 3.60 - | 2.60 - 2.69 | 1.60 - 1.69 | | 1.49 - | 40 |
| 70.00 - 70.99 | | 2.5 - 3.49 | 3.50 - | 2.50 - 2.59 | 1.50 - 1.59 | D+ | 1.40 - | 38 |
| Below 70.00 | 3 | Below 2.5 | Below | Below 2.5 | Below | D | Below | 35 |

**TABLE IIA:  For establishing value of CGS of Canadian Students**

**Revised May 2015, Effective for Class Entering Fall 2017**

| United States  100 Point Scale | Letter Grade Equivalent | Canada Where passing grade is 50% [1] | CanadaWhere passing grade is 60% [2] | CGS |
|---|---|---|---|---|
| 98.00 and above | A+ | 90.00 and above | 88.00 and above | 80 |
| 97.00 --- 97.99 | | 88.00 --- 89.99 | 87.00 --- 87.99 | 79 |
| 96.00 --- 96.99 | | 86.00 --- 87.99 | 86.00 --- 86.99 | 78 |
| 95.00 --- 95.99 | A | 84.00 --- 85.99 | 85.00 --- 85.99 | 77 |
| 94.00 --- 94.99 | | 82.00 --- 83.99 | 84.00 --- 84.99 | 75 |
| 93.00 --- 93.99 | | 80.00 --- 81.99 | 83.00 --- 83.99 | 73 |
| 92.00 --- 92.99 | A--- | 79.00 --- 79.99 | 82.00 --- 82.99 | 71 |
| 91.00 --- 91.99 | | 78.00 --- 78.99 | 81.00 --- 81.99 | 70 |
| 90.00 --- 90.99 | | 77.00 --- 77.99 | 80.00 --- 80.99 | 69 |
| 89.00 --- 89.99 | | 76.00 --- 76.99 | 79.00 --- 79.99 | 68 |
| 88.00 --- 88.99 | B+ | 75.00 --- 75.99 | 78.00 --- 78.99 | 67 |
| 87.00 --- 87.99 | | 74.00 --- 74.99 | 77.00 --- 77.99 | 66 |
| 86.00 --- 86.99 | | 73.00 --- 73.99 | 76.00 --- 76.99 | 65 |
| 85.00 --- 85.99 | B | 72.00 --- 72.99 | 75.00 --- 75.99 | 63 |
| 84.00 --- 84.99 | | 71.00 --- 71.99 | 74.00 --- 74.99 | 61 |
| 83.00 --- 83.99 | | 70.00 --- 70.99 | 73.00 --- 73.99 | 59 |
| 82.00 --- 82.99 | B--- | 69.00 --- 69.99 | 72.00 --- 72.99 | 57 |
| 81.00 --- 81.99 | | 68.00 --- 68.99 | 71.00 --- 71.99 | 55 |
| 80.00 --- 80.99 | | 67.00 --- 67.99 | 70.00 --- 70.99 | 53 |
| 79.00 --- 79.99 | | 66.00 --- 66.99 | 69.00 --- 69.99 | 51 |
| 78.00 --- 78.99 | C+ | 65.00 --- 65.99 | 68.00 --- 68.99 | 49 |
| 77.00 --- 77.99 | | 64.00 --- 64.99 | 67.00 --- 67.99 | 48 |
| 76.00 --- 76.99 | | 63.00 --- 63.99 | 66.00 --- 66.99 | 47 |
| 75.00 --- 75.99 | C | 62.00 --- 62.99 | 65.00 --- 65.99 | 46 |
| 74.00 --- 74.99 | | 61.00 --- 61..99 | 64.00 --- 64.99 | 45 |
| 73.00 --- 73.99 | | 60.00 --- 60.99 | 63.00 --- 63.99 | 44 |
| 72.00 --- 72.99 | C--- | Below 60.00 | 62.00 --- 62.99 | 42 |

DD12.14

| 71.00 --- 71.99 | | | 61.00 --- 61..99 | 40 |
|---|---|---|---|---|
| 70.00 --- 70.99 | D+ | | 60.00 --- 60.99 | 38 |
| Below 70.00 | D | | Below 60.00 | 35 |
| | | | | |

[1] Passing grade is 50% for the following Provinces: Alberta, British Columbia, Manitoba,  Newfoundland, NW Territories, Nova Scotia, Nunavut, Ontario, Prince Edward Island,  Saskatchawan, Yukon

[2] Passing grade is 60% for the following Provinces: New Brunswick, Quebec

**INTERVIEW PROFILE (IVP):**

Below is the language for uniform implementation of the Interview Profile number (IVP) for use with all Schools and Scholarship Chairs. The IVP will serve as a guide for Chairs to know when our office needs the reports, and therefore how quickly they need to be assigned. All interviewers will be told that they should submit their interview report no later than two weeks after receiving the interview assignment.

1. ~~Please~~An applicant for whom the committee needs more information to reach a decision - please have interview report in as soon as possible.
2. ~~Please~~An applicant for whom more information would be very helpful during our deliberations - please have interview report in by the sub-committee deadline.
3. Please have interview report in by December 1 (EA) or March 1 (RA).
4. ~~No~~Based on the materials currently available, the committee needs no additional information ~~needed~~ at this time.

This language has been distributed to the S&S chairs via email and can also be found in the updated handbook and website instructions. (Please ask Bryce Gilfillian if you need help accessing the site).  **Please have a conversation with your chairs to determine if you wish to use the IVP, and please make clear that this information should not be shared with other interviewers or applicants.**  If your chairs have additional clerical or operational questions about the IVP, please direct them to email Bryce/alum assistant at SSinfo@fas.harvard.edu.

When reading, please input your IVP code on the First Reader Rating Form. You should input an IVP for all cases. Continue to pass on the folder to your chair and/or code out to Committee Review bin.

**BRIEF ANNOTATIONS FOR SUMMARY SHEET:**

You may choose to insert information about a case – a maximum of three lines – which will appear on the second page of the summary sheet at the top and also on the printed docket (unlike prose comments below). These notes should be informational only and not evaluative. They can aid in your preparation of cases. Examples could be: PE on grandmother, Harvard Book, or international credentials not easily captured elsewhere (A level est, Physics A, Math A, Lit A – etc).

**PROSE COMMENTS**:

When making prose comments, first readers should note the important academic and extracurricular accomplishments that are particularly pertinent to the case.  It is also helpful to

**DD12.15**

reference teacher reports or other items that may be crucial to our evaluation.  In addition to numerical ratings, readers should try to summarize the strengths and weaknesses of the folder in brief paragraphs or comments.  Avoid slang and jargon and REMEMBER - your comments may be open to public view at a later time.

## III.    FILE ROUTING

**INADVERTENTLY CLEARED FILES**:  Occasionally, files will be mistakenly "cleared" (considered complete) and placed in your first read bin.  Open the Admin Problems Form and note the issue.  Then route the file ~~back~~ to the Admin Problems bin.

**FILES SHOULD BE READ AND PASSED IN A TIMELY FASHION**: Readers should take care not to allow files to pile up.  First readers need to read files from all assigned dockets as they clear, not just those whose subcommittee meets first.  However, because all files will clear regardless of round readers should read early action files first, as soon as possible. Regular action files can generally wait until after December 1 but you can read them prior to that if you are able to. This is important, and we will monitor reading progress centrally.  If you need help keeping up for whatever reason, let us know immediately.  Readers should code out files to the Committee Review bin or pass to the Chair.  First-time readers will use the Optional Additional bin for their first 50 files during Early Action.

**SECOND READERS (OPTIONAL ADDITIONAL READER)**: Except by new readers (for whom special routing instructions are provided below), second readings should be used only in the rarest of instances:

A) If three readings are needed for a complex case.

B) If the case raises issues of policy.

C) If the case would be greatly helped by a second reading from the former area person or someone with special knowledge of an area or type of case.

No second reader will ordinarily be assigned.  If you want/need a second reading, consult the enclosed docket assignment sheet to identify other readers on your docket. Try not to burden one person inordinately. You should choose "Optional Additional Reader" as the next bin and enter the name of that person which will place the file in their queue. You can add a note for the second reader such as "Please give V docket context" You should also send an email to special second readers to alert them to your requested reading.

**FIRST-TIME READERS**:  New readers should have their first fifty Early Action files passed to the Optional Additional Reader bin ~~as well as any other subsequent files that might help instruct the new reader in future evaluations~~ or to the chair bin, based on relative strength. Some chairs may wish to use different approaches for first year readers.

16

**JA6173**                                                                                    **DD12.16**

**GENERAL ROUTING RULES:**

1)  A file should be passed <u>directly</u> to the chair:

   - If the first reader rates a file a "2-" or better (i.e. a case the first reader thinks has a very good chance of being admitted)

   - If the case will likely (or almost certainly) be discussed in Committee.

   - If you want the ~~third reader's~~docket chair's opinion or want simply to have the ~~third reader~~docket chair informed about the case.

   **If the first reader has a significant degree of uncertainty about how to proceed with the case, he or she should consult the docket chair.**

2)  A case rated a 3+ may be passed to the chair or routed straight to the Committee Review bin. The first reader should consider carefully the likelihood that additional anticipated information (e.g., a superior music rating) will make the case more compelling, in which case the folder should be passed to the chair.  If there is no further information anticipated and the case is qualitatively a 3+ (a strong case but like many others), an experienced first reader does not need to pass it on.

3)  Typically a case rated a "3" or less with no particular attribute that would make it competitive can be routed directly to the Committee Review bin. Obviously late information or school context could change this initial evaluation.  The first reader, as an advocate, must be doubly certain to check all late information that might make a difference to the case prior to the Committee meetings.  This is particularly important for candidates whose outstanding personal qualities become evident once we have the alumni/ae interview.

Readers new to a docket should discuss with the docket chair any special guidelines about which files should be passed on and which files should not.

**SPECIAL READINGS**

   - WRF should see cases that could be particularly sensitive or controversial or that raise issues of fundamental policy.  When in doubt, send the file on by routing to the 4th reader bin.

   - Folders of <u>competitive</u> candidates who attended secondary school outside the U.S. and Canada may be passed on to the appropriate U, V or W docket area person or RMW if help in assessing foreign credentials is needed. <u>Be selective</u>- don't pass on a case unless you are sure the applicant is both competitive and appealing or has some <u>unusual</u>

DD12.17

attributes.

- A faculty readings memorandum will be distributed later regarding specific procedures.

- Supplemental music/art/dance/academic materials of <u>clearly competitive</u> candidates with an unusually strong talent may be assessed through a supplementary process - through Slideroom ~~or in a manual fashion~~(for music and dance) or through the faculty read process (for art or academic work). Handling of this material will be addressed through memoranda over the course of the fall.


## IV.    ECONOMICALLY DISADVANTAGED APPLICANTS

It has long been a priority for Harvard to seek talented students from all backgrounds, including those extraordinary individuals who are able to transcend economic disadvantages and achieve unusual academic distinction.

- **STAFF DISADVANTAGED**
  **After ~~thoroughly~~ reviewing the folder, if you believe the applicant is from a very modest economic background, please check "Yes" under Staff Disadvantaged on the Reader Rating Form.** In the past, admitted students who had been staff identified as "Disadvantaged=Y" were found to be economically needy 78% of the time.

  We have included other parameters to help with your evaluation of the applicant's economic background.  They are:
  - o Low Income Predictor (Low Inc on Summary Sheet): A value between 0 and 1 based on application information that predicts how likely a student is to be low income and have a $0 parent contribution.  The higher the value (closer to 1) the more likely the student will be low income.
  - o Pell Grant (P on Summary Sheet): An indication if the student is likely to qualify for a Pell Grant. This information will only be available if a student has submitted sufficient information for Financial Aid to make a determination.

- **FEE STATUS**

  *Please note: In addition to the fee waiver forms we currently accept, we now include waivers issued by Expanding College Opportunities (ECO).  ECO is a research initiative aimed at increasing the number of high-achieving, low-income students who apply to selective colleges and universities


## V.    OTHER ITEMS

- **Slate is made up of data downloaded from the application and**

**~~supplement~~supplemental forms. We currently do not have the ability to enter all the information by hand for those applicants who do not submit their forms on-line. However, the data entry staff will enter the most critical bio/demo information as they have in the past. This means that the dockets will be correct, but the ~~new reader~~summary sheets for these applicants will be primarily blank. You should double-check the data that is important - i.e. parent education, ethnicity, aid status, etc. - basically every field that's on the summary sheet. About 1% of all our applicants will fall into this category.**

- Acknowledgments to guidance counselors, teachers, and others:  The area person may occasionally feel it worthwhile to acknowledge unusually helpful TRs and SSRs by writing a note to the author.  The note should acknowledge that the candidate may or may not be admitted.  **Supplementary letters of recommendation may have already been acknowledged with a card or letter, but if not, particularly with recommenders who are alumni or others about whom Harvard might be concerned, you should call the letter to the attention of MEM or WRF and an acknowledgment will be sent.  This is important!**

- Support Materials: ALL manually submitted support material should be dropped into the appropriate ~~bucket~~basket in the mailroom for sorting and scanning.

- Misfiled and missing materials:  If a teacher report, school report or any other material that would be helpful to a competitive candidate is missing, first readers should request a copy be re-sent. Files should be sent on to other readers unless the missing pieces are crucial.  In such cases, first readers should hold onto the file by routing the file to the "Area Person Follow Up" bin.

- File items that require attention:  Unanswered letters should be handled by first readers where appropriate or others including MEM or WRF.

- ~~Fee Waivers: Any requests for a fee waiver should **not** be removed from the file. However, if a fee waiver request is in the file and was not recorded on the summary sheet, you should add it to the "notes for summary sheet."~~

- ~~Twins, etc:  Twins or triplets may confound our score file.  Please be extra careful in checking these cases.~~

## VI.    SCANNING AND INDEXING

We have added a basket in the mailroom to collect and sort documents received. The forms collected in these baskets should have content that is *specific* to the admission decision of the applicant and are marked as such. For example, mailed applications or supplements, letters of support, teacher reports, Harvard ~~eval~~evaluation, (coach, arts, music, Harvard faculty), midyear reports, SSR's etc.  We will scan almost everything. If that's not possible, an "oversized support"

19

**DD12.19**

form will be scanned and added to the file to let you know there is material sitting in the bookcase in ~~the Fileroom Annex~~Conference Room 5.

Relevant emails to officers from applicants or about an applicant should be saved as a PDF file and indexed directly into the applicant file by the officer. To do so, go into the student record in Slate select the current round tab and down to the "Materials" header. Click to add new material and make the appropriate selection from the drop down menu. If you receive materials electronically and in paper you do not need to have the paper material scanned.

Documents displayed in the viewer are named by the document type that follows the menu down the left side of the Slate e-reader.

- Application (and supplement)
- SSR
- TRs
- Interviews
- Additional academic (additional transcripts, etc)
- Midyear
- Final Report (potentially hidden until admitted)
- Ratings Forms (includes IRFs)
- Miscellaneous (notes from family/friends, alums, correspondence, noting of oversized support, etc)
- Waitlist
- Previous App
- Portfolio (NOTE: a tab in Slate we do not use at this time).

| Summary report: Litéra® Change-Pro TDC 10.0.0.27 Document comparison done on 10/25/2018 12:04:19 PM | |
|---|---|
| **Style name:** WH-Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** Reading ProceduresFINAL2015-16.docx | |
| **Modified filename:** Reading Procedures_FINAL_16_17.docx | |
| **Changes:** | |
| Add | 242 |
| Delete | 205 |
| Move From | 64 |
| Move To | 64 |
| Table Insert | 65 |
| Table Delete | 31 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 3 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 674 |

**DD12.21**

# CERTIFICATE OF SERVICE

I mailed copies of this appendix to the Court and to the following counsel:

William F. Lee
Felicia H. Ellsworth
Andrew S. Dulberg
Elizabeth Connell Mooney
Joseph H. Mueller
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
william.lee@wilmerhale.com
felicia.ellsworth@wilmerhale.com
andrew.dulberg@wilmerhale.com
elizabeth.mooney@wilmerhale.com
sarah.frazier@wilmerhale.com
joseph.mueller@wilmerhale.com


Dated: February 18, 2020                     _s/ William S. Consovoy_____