No. 19-2005

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,
*Plaintiff-Appellant,*

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Massachusetts

# JOINT APPENDIX
# VOLUME IV

Adam K. Mortara
J. Scott McBride
Krista J. Perry
BARTLIT BECK LLP
54 W. Hubbard St., Ste. 300
Chicago, IL 60654
(312) 494-4469

John M. Hughes
Katherine L.I. Hacker
Meg E. Fasulo
BARTLIT BECK LLP
1801 Wewatta St., Ste. 1200
Denver, CO 80202
(303) 592-3140

William S. Consovoy
Thomas R. McCarthy
J. Michael Connolly
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
10 Post Office Sq., 8th Fl., PMB #706
Boston, MA 02109
(617) 227-0548

*Counsel for Appellant Students for Fair Admissions, Inc.*

# TABLE OF CONTENTS

## Volume I

Docket Sheet ...................................................................................................JA1

Notice of Appeal (Doc. 674) ........................................................................JA106

Complaint (Doc. 1) .......................................................................................JA108

Dispositive Motion Exhibits

    Motion to Dismiss for Lack of Subject-Matter Jurisdiction

        Declaration of William S. Consovoy

            Exhibit I (Doc. 205-9) ................................................................JA228

    Cross-Motions for Summary Judgment

        Declaration of Felicia H. Ellsworth

            Exhibit 2 (Doc. 419-2) ................................................................JA230

            Exhibit 85 (Doc. 419-85) .............................................................JA244

            Exhibit 86 (Doc. 419-86) .............................................................JA251

            Exhibit 87 (excerpts) (Doc. 419-87) ...........................................JA254

            Exhibit 88 (excerpts) (Doc. 419-89) ...........................................JA285

            Exhibit 89 (Doc. 419-89) .............................................................JA330

            Exhibit 91 (Doc. 419-91) .............................................................JA347

            Exhibit 92 (Doc. 419-92) .............................................................JA370

        Declaration of Michael Connolly

            Exhibit 237 (Doc. 421-237)..........................................................JA399

            Exhibit 238 (Doc. 421-238)..........................................................JA418

            Exhibit 239 (Doc. 421-239)..........................................................JA425

            Exhibit 240 (Doc. 421-240)..........................................................JA427

            Exhibit 241 (Doc. 421-241)..........................................................JA431

            Exhibit 242 (Doc. 421-242)..........................................................JA434

            Exhibit 250 (Doc. 421-250)..........................................................JA436

            Exhibit 251 (Doc. 421-251)..........................................................JA440

Trial Transcripts

    Day 1 (Doc. 631) ...................................................................................JA443

    Day 2 (Doc. 632) ...................................................................................JA630

## Volume II

Trial Transcripts (cont.)

    Day 3 (Doc. 633) ...................................................................................JA722

    Day 4 (Doc. 635) ...................................................................................JA952

    Day 5 (Doc. 636) .................................................................................JA1198

## Volume III

Trial Transcripts (cont.)

    Day 6 (Doc. 638) .................................................................................JA1459

    Day 7 (Doc. 640) .................................................................................JA1690

    Day 8 (Doc. 642) .................................................................................JA1918

## Volume IV

Trial Transcripts (cont.)

    Day 9 (Doc. 644) .................................................................................JA2163

    Day 10 (Doc. 646) ...............................................................................JA2413

    Day 11 (Doc. 648) ...............................................................................JA2535

    Day 12 (Doc. 650) ...............................................................................JA2752

## Volume V

Trial Transcripts (cont.)

    Day 13 (Doc. 652) ...................................................................JA2937

    Day 14 (Doc. 654) ...................................................................JA3143

    Day 15 (Doc. 656) ...................................................................JA3404

    Closing Arguments (Doc. 666)..............................................JA3559

Trial Exhibits

   Plaintiff's Trial Exhibits

    Request for Judicial Notice (excerpts) (Doc. 577).......................................JA3688

    Notice of Deposition Designations Played in Court (Doc. 597-1).............JA3708

## Volume VI

   Plaintiff's Trial Exhibits (cont.)

    PX1   .........................................................................JA3723

    PX2   .........................................................................JA3741

    PX9   .........................................................................JA3742

    PX12  .........................................................................JA3759

    PX13  .........................................................................JA3802

    PX14  .........................................................................JA3845

    PX15  .........................................................................JA3848

    PX16  .........................................................................JA3940

    PX17  .........................................................................JA3941

    PX19  .........................................................................JA3943

    PX21  .........................................................................JA3944

    PX23  .........................................................................JA3948

    PX24  .........................................................................JA3951

    PX26  .........................................................................JA3954

    PX28  .........................................................................JA3963

PX29 .............................................................................................JA3971

PX35 .............................................................................................JA3972

PX36 .............................................................................................JA3979

PX41 (excerpts) ............................................................................JA3980

PX50 .............................................................................................JA4002

PX57 .............................................................................................JA4008

PX68 .............................................................................................JA4011

PX71 .............................................................................................JA4012

PX72 .............................................................................................JA4028

PX75 .............................................................................................JA4075

PX81 .............................................................................................JA4079

PX88 (excerpts) ............................................................................JA4080

PX95 .............................................................................................JA4084

PX96 .............................................................................................JA4090

PX99 .............................................................................................JA4097

PX106 ...........................................................................................JA4109

PX111 ...........................................................................................JA4110

PX147 ...........................................................................................JA4112

PX148 ...........................................................................................JA4113

PX149 ...........................................................................................JA4115

PX150 ...........................................................................................JA4116

PX152 ...........................................................................................JA4124

PX153 ...........................................................................................JA4128

PX154 ...........................................................................................JA4130

PX155 ...........................................................................................JA4131

PX156 ...........................................................................................JA4132

PX157 ...........................................................................................JA4133

PX163 ...........................................................................................JA4134

PX164 ............................................................................................ JA4138

PX165 ............................................................................................ JA4142

PX167 ............................................................................................ JA4145

PX177 ............................................................................................ JA4147

PX182 ............................................................................................ JA4154

PX200 ............................................................................................ JA4156

PX218 ............................................................................................ JA4158

PX225 ............................................................................................ JA4196

PX227 ............................................................................................ JA4199

PX230 ............................................................................................ JA4200

PX236 ............................................................................................ JA4201

PX238 ............................................................................................ JA4203

PX265 ............................................................................................ JA4206

PX279 ............................................................................................ JA4209

PX287 ............................................................................................ JA4212

PX288 (excerpts) ........................................................................... JA4214

PX299 ............................................................................................ JA4382

PX300 ............................................................................................ JA4389

PX302 ............................................................................................ JA4390

PX312 ............................................................................................ JA4412

PX316 ............................................................................................ JA4413

PX319 ............................................................................................ JA4432

PX324 ............................................................................................ JA4449

**Volume VII**

Plaintiff's Trial Exhibits (cont.)

PX340..................................................................................................JA4451

PX461..................................................................................................JA4454

PX465..................................................................................................JA4460

PX467..................................................................................................JA4461

PX509..................................................................................................JA4464

PX555..................................................................................................JA4475

PX604..................................................................................................JA4521

PX618..................................................................................................JA4523

PX619..................................................................................................JA4524

PX620..................................................................................................JA4525

PX621..................................................................................................JA4527

PX622..................................................................................................JA4528

PX623..................................................................................................JA4530

PX624..................................................................................................JA4531

PX625..................................................................................................JA4532

PX626..................................................................................................JA4533

PX628..................................................................................................JA4534

PX629..................................................................................................JA4535

PX630..................................................................................................JA4536

PX631..................................................................................................JA4537

PX633..................................................................................................JA4538

PX634..................................................................................................JA4558

PX656..................................................................................................JA4559

PX657..................................................................................................JA4561

PX659..................................................................................................JA4562

PX696..................................................................................................JA4563

PX705 .................................................................................. JA4564

PX720 .................................................................................. JA4565

PX721 .................................................................................. JA4566

PX722 .................................................................................. JA4585

PX723 .................................................................................. JA4586

PX741 .................................................................................. JA4606

PX749 .................................................................................. JA4607

PX755 .................................................................................. JA4625

PX767 .................................................................................. JA4627

Defendant's Trial Exhibits

DX2 ................................................................................... JA4628

DX3 (excerpts) ................................................................... JA4738

DX4 ................................................................................... JA4888

DX5 ................................................................................... JA4889

DX12 ................................................................................. JA4936

DX13 ................................................................................. JA4939

DX19 ................................................................................. JA4978

DX24 ................................................................................. JA5031

DX25 ................................................................................. JA5044

DX26 ................................................................................. JA5205

## Volume VIII

Defendant's Trial Exhibits (cont.)

DX27 ...................................................................................................................JA5244

DX36 ...................................................................................................................JA5272

DX39 ...................................................................................................................JA5346

DX40 ...................................................................................................................JA5376

DX41 ...................................................................................................................JA5462

DX42 ...................................................................................................................JA5463

DX44 ...................................................................................................................JA5479

DX47 ...................................................................................................................JA5484

DX53 ...................................................................................................................JA5508

DX55 ...................................................................................................................JA5546

DX56 ...................................................................................................................JA5596

DX60 ...................................................................................................................JA5597

DX76 ...................................................................................................................JA5598

DX79 ...................................................................................................................JA5599

DX80 ...................................................................................................................JA5600

DX81 ...................................................................................................................JA5601

DX82 ...................................................................................................................JA5602

DX83 ...................................................................................................................JA5603

DX84 ...................................................................................................................JA5611

DX100 ..................................................................................................................JA5612

DX103 ..................................................................................................................JA5615

DX106 ..................................................................................................................JA5617

DX109 ..................................................................................................................JA5620

DX119 ..................................................................................................................JA5623

DX133 ..................................................................................................................JA5633

DX139 ..................................................................................................................JA5647

DX669 ................................................................................................ JA5684

DX670 ................................................................................................ JA5685

DX671 ................................................................................................ JA5686

DX672 ................................................................................................ JA5689

DX673 ................................................................................................ JA5690

DX674 ................................................................................................ JA5691

DX677 ................................................................................................ JA5692

DX678 ................................................................................................ JA5693

DX679 ................................................................................................ JA5694

DX680 ................................................................................................ JA5696

DX681 ................................................................................................ JA5697

DX683 ................................................................................................ JA5699

DX685 ................................................................................................ JA5701

DX686 ................................................................................................ JA5702

DX688 ................................................................................................ JA5706

DX692 ................................................................................................ JA5711

DX694 ................................................................................................ JA5720

DX695 ................................................................................................ JA5721

DX699 ................................................................................................ JA5722

DX702 ................................................................................................ JA5723

DX703 ................................................................................................ JA5725

DX704 ................................................................................................ JA5726

DX705 ................................................................................................ JA5728

DX706 ................................................................................................ JA5731

DX707 ................................................................................................ JA5732

DX708 ................................................................................................ JA5733

DX709 ................................................................................................ JA5734

DX711 ................................................................................................ JA5735

DX713 ...........................................................................................JA5743

DX715 ...........................................................................................JA5745

DX716 ...........................................................................................JA5746

DX718 ...........................................................................................JA5747

DX720 ...........................................................................................JA5748

DX721 ...........................................................................................JA5749

DX722 ...........................................................................................JA5754

DX723 ...........................................................................................JA5759

DX724 ...........................................................................................JA5764

DX725 ...........................................................................................JA5765

DX726 ...........................................................................................JA5767

DX727 ...........................................................................................JA5772

DX728 ...........................................................................................JA5776

DX729 ...........................................................................................JA5779

DX730 ...........................................................................................JA5791

DX740 ...........................................................................................JA5793

DX742 ...........................................................................................JA5875

DX743 ...........................................................................................JA5892

DX744 ...........................................................................................JA5908

DX746 ...........................................................................................JA5926

## Volume IX

Amici's Exhibits

AO4 ...........................................................................................JA5927

AO6 ...........................................................................................JA5978

AO17 ...........................................................................................JA5979

AO28 ...........................................................................................JA5980

AO31 ...........................................................................................JA5981

Trial Demonstratives

Plaintiff's Demonstratives

PD20 .................................................................................JA5982

PD25 .................................................................................JA5983

PD27 .................................................................................JA5984

PD29 .................................................................................JA5985

PD31 .................................................................................JA5986

PD32 .................................................................................JA5987

PD33 .................................................................................JA5988

PD38 (excerpts) ...............................................................JA5989

Defendant's Demonstratives

DD1 (excerpts) ................................................................JA6030

DD10 (excerpts) ..............................................................JA6032

DD10A ...............................................................................JA6156

DD10B ...............................................................................JA6157

DD12 .................................................................................JA6158



1              UNITED STATES DISTRICT COURT

2                DISTRICT OF MASSACHUSETTS

3     _____

4     STUDENTS FOR FAIR ADMISSIONS, INC.,

5                    Plaintiff,          Civil Action
                                         No. 14-14176-ADB
6     v.
                                         October 25, 2018
7     PRESIDENT AND FELLOWS OF HARVARD
      COLLEGE, et al.,                   Pages 1 to 250
8
                     Defendants.
9     _____

10

11

12            TRANSCRIPT OF BENCH TRIAL - DAY 9
           BEFORE THE HONORABLE ALLISON D. BURROUGHS
13              UNITED STATES DISTRICT COURT
              JOHN J. MOAKLEY U.S. COURTHOUSE
14                 ONE COURTHOUSE WAY
                   BOSTON, MA  02210
15

16

17

18

19

20

21

22            JOAN M. DALY, RMR, CRR
                Official Court Reporter
23        John J. Moakley U.S. Courthouse
          One Courthouse Way, Room 5507
24             Boston, MA  02210
               joanmdaly62@gmail.com
25

Case: 19-2005    Document: 00117629239    Page: 14    Date Filed: 05/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 644    Filed 04/18/19    Page 2 of 250

2

```
 1    APPEARANCES:

 2
      COUNSEL FOR THE PLAINTIFF:
 3

 4            ADAM K. MORTARA, ESQUIRE
              J. SCOTT McBRIDE, ESQUIRE
 5            KRISTA J. PERRY, ESQUIRE
              Bartlit Beck Herman Palenchar & Scott
 6            54 West Hubbard Street
              Suite 300
 7            Chicago, Illinois 60654
              312.494.4400
 8            adam.mortara@bartlit-beck.com
              scott.mcbride@bartlit-beck.com
 9            krista.perry@bartlit-beck.com

10            JOHN M. HUGHES, ESQUIRE
              KATHERINE L.I. HACKER, ESQUIRE
11            MEG E. FASULO, ESQUIRE
              Bartlit Beck Herman Palenchar & Scott
12            1801 Wewatta Street
              Suite 1200
13            Denver, Colorado 80202
              303.592.3100
14            john.hughes@bartlit-beck.com
              kat.hacker@bartlit-beck.com
15            meg.fasulo@bartlit-beck.com

16            JOHN MICHAEL CONNOLLY, ESQUIRE
              THOMAS R. McCARTHY, ESQUIRE
17            WILLIAM S. CONSOVOY, ESQUIRE
              Consovoy McCarthy Park PLLC
18            3033 Wilson Boulevard
              Suite 700
19            Arlington, Virginia 22201
              703.243.9423
20            mike@consovoymccarthy.com
              tom@consovoymccarthy.com
21            will@consovoymccarthy.com

22

23

24

25
```

**JA2164**

Case: 19-2005    Document: 00117629239    Page: 15    Date Filed: 03/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 644    Filed 04/18/19    Page 3 of 250

3

```
 1   APPEARANCES (cont.):

 2
         PATRICK STRAWBRIDGE, ESQUIRE
 3       Consovoy McCarthy Park PLLC
         Ten Post Office Square
 4       8th Floor, South, PMB #706
         Boston, Massachusetts 02109
 5       617.227.0548
         patrick@consovoymccarthy.com
 6
         MICHAEL H. PARK, ESQUIRE
 7       Consovoy McCarthy Park PLLC
         3 Columbus Circle
 8       15th Floor
         New York, New York 10024
 9       646.456.4432
         park@consovoymccarthy.com
10
         PAUL M. SANFORD ESQUIRE
11       BENJAMIN C. CALDWELL, ESQUIRE
         Burns & Levinson LLP
12       One Citizens Plaza
         Suite 110
13       Providence, Rhode Island 02903
         401.831.8330
14       psanford@burnslev.com
         bcaldwell@burnslev.com
15

16   COUNSEL FOR THE DEFENDANT:

17       WILLIAM F. LEE, ESQUIRE
         FELICIA H. ELLSWORTH, ESQUIRE
18       ANDREW S. DULBERG, ESQUIRE
         ELIZABETH C. MOONEY, ESQUIRE
19       SARAH R. FRAZIER, ESQUIRE
         Wilmer Cutler Pickering Hale and Dorr LLP
20       60 State Street
         Boston, Massachusetts 02109
21       617.526.6556
         william.lee@wilmerhale.com
22       felicia.ellsworth@wilmerhale.com
         andrew.dulberg@wilmerhale.com
23       elizabeth.mooney@wilmerhale.com
         sarah.frazier@wilmerhale.com
24

25
```

```
 1     APPEARANCES (cont.):

 2
              SETH P. WAXMAN, ESQUIRE
 3            DANIELLE CONLEY, ESQUIRE
              DANIEL WINIK, ESQUIRE
 4            BRITTANY AMADI, ESQUIRE
              PAUL R.Q. WOLFSON, ESQUIRE
 5            Wilmer Cutler Pickering Hale and Dorr LLP
              1875 Pennsylvania Ave, NW
 6            Washington, DC 20006
              202.663.6006
 7            seth.waxman@wilmerhale.com
              danielle.conley@wilmerhale.com
 8            daniel.winik@wilmerhale.com
              brittany.amadi@wilmerhale.com
 9            paul.wolfson@wilmerhale.com

10            DEBO P. ADEGBILE, ESQUIRE
              Wilmer Cutler Pickering Hale and Dorr LLP
11            7 World Trade Center
              250 Greenwich Street
12            New York, New York 10007
              212.295.6717
13            debo.adegbile@wilmerhale.com

14            ARA B. GERSHENGORN, ESQUIRE
              Harvard Office of the General Counsel
15            Smith Campus Center
              Suite 980
16            1350 Massachusetts Avenue
              Cambridge, Massachusetts 02138
17            617.495.8210
              ara_gershengorn@harvard.edu

18

19     COUNSEL FOR AMICI STUDENTS:

20            JON M. GREENBAUM, ESQUIRE
              BRENDA L. SHUM, ESQUIRE
21            GENEVIEVE BONADIES TORRES, ESQUIRE
              KRISTEN CLARKE, ESQUIRE
22            1500 K Street NW, Suite 900
              Washington, DC 20005
23            202.662.8315
              jgreenbaum@lawyerscommittee.org
24            bshum@lawyerscommittee.org
              gtorres@lawyerscommittee.org
25            kclarke@lawyerscommittee.org
```

Case: 19-2005   Document: 00117629239   Page: 17   Date Filed: 03/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 6 of 250

5

```
 1   APPEARANCES (cont.):

 2
         LAWRENCE CULLEEN, ESQUIRE
 3       EMMA DINAN, ESQUIRE
         Arnold & Porter LLP
 4       555 Twelfth Street, NW
         Washington, DC 20004
 5       202.942.5477
         gina.dean@aporter.com
 6       emma.dinan@aporter.com

 7
     COUNSEL FOR AMICI ORGANIZATIONS:
 8
         JENNIFER A. HOLMES, ESQUIRE
 9       CARA McCLELLAN, ESQUIRE
         JIN HEE LEE, ESQUIRE
10       MICHAELE M. TURNAGE YOUNG, ESQUIRE
         RACHEL N. KLEINMAN, ESQUIRE
11       NAACP Legal Defense and Educational Fund, Inc.
         700 14th Street NW
12       Suite 600
         Washington, DC 20005
13       jholmes@naacpldf.org
         cmcclellan@naacpldf.org
14       jlee@naacpldf.org
         myoung@naacpldf.org
15       rkleinman@naacpldf.org

16       KENNETH N. THAYER, ESQUIRE
         KATE R. COOK, ESQUIRE
17       Sugarman Rogers
         101 Merrimac Street
18       Suite 900
         Boston, Massachusetts 02114
19       617.227.3030
         thayer@sugarmanrogers.com
20       cook@sugarmanrogers.com

21

22

23

24

25
```

1                    P R O C E E D I N G S

2                    (The following proceedings were held in open court

3       before the Honorable Allison D. Burroughs, United States

4       District Judge, United States District Court, District of

5       Massachusetts, at the John J. Moakley United States

6       Courthouse, One Courthouse Way, Boston, Massachusetts, on

7       October 25, 2018.)

8                    THE CLERK:  All rise.

9                    THE COURT:  Good morning, everyone.

10                   THE CLERK:  Court is in session.  Please be seated.

11                   THE COURT:  I have what Mr. Mortara submitted this

12      morning.  Do you want to discuss that at sidebar?

13                   MR. LEE:  That would be fine, Your Honor.

14                   THE COURT:  Come on up.

15                   [Sidebar redacted.]

16                   MR. MORTARA:  Your Honor, the plaintiffs move

17      Plaintiff's Exhibit 633, the class of 2023 reading

18      procedures.

19                   THE COURT:  Those are admitted.  I assume there's

20      no objection.

21                   MR. LEE:  No objection.

22                   THE COURT:  Those are admitted.

23                   (Plaintiff Exhibit No. 633 admitted.)

24                   MR. McBRIDE:  Your Honor, SFFA calls Professor

25      Peter Arcidiacono to the stand.

**JA2168**

Case: 19-2005    Document: 00117629239    Page: 19    Date Filed: 03/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 7 of 250

7

1              THE CLERK:  Can you please raise your right hand.

2              (PETER ARCIDIACONO duly sworn by the Deputy Clerk.)

3              THE CLERK:  Thank you.  You may be seated.  Can you

4     please state your name and spell your last name for the

5     record.

6              THE WITNESS:  Peter Arcidiacono,

7     A-R-C-I-D-I-A-C-O-N-O.

8                              EXAMINATION

9     BY MR. McBRIDE:

10    **Q.**  Good morning, Professor.

11    **A.**  Good morning.

12    **Q.**  A couple of housekeeping matters first with respect to

13    some evidence.

14              Was the Harvard admissions database produced to you

15    for your work in this matter?

16    **A.**  Yes, it was.

17    **Q.**  I'll represent to you that those are Plaintiff's

18    Exhibit 438 and Plaintiff's Exhibit 558, which is data on

19    thumb drives, so you don't have it in front of you.

20              But did you review and use the Harvard database for

21    the work that you did in this case?

22    **A.**  I did.

23              THE COURT:  438 and?

24              MR. McBRIDE:  438 and 558, Your Honor.

25    BY MR. McBRIDE:

**JA2169**

Case: 19-2005    Document: 00117629239    Page: 20    Date Filed: 03/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 644    Filed 04/18/19    Page 8 of 250

8

1    **Q.**  If you could look in your binder there to your left,

2    you'll find there are a series of exhibits, Plaintiff's 617

3    through 631.  Would you take a moment to review those,

4    please.

5         Have you had a chance to look at those?

6    **A.**  I have.

7    **Q.**  Plaintiff's Exhibit 617 and 631, did you help prepare

8    those exhibits?

9    **A.**  I did.

10   **Q.**  Are those exhibits an accurate summary of portions of the

11   content of the Harvard database?

12   **A.**  It is.

13        MR. McBRIDE:  Your Honor, plaintiffs move in

14   exhibits P438, P558, and the summary exhibits P617 through

15   and including P631.

16        MR. LEE:  Your Honor, we have no objection to P617

17   through P631, which are the summary exhibits.

18        We do object to P38 -- 438 and P558, which are the

19   databases on the thumb drive.  There is, for instance, on one

20   of them 4 gigabytes of information on 200,000 individual

21   students.  It actually requires specialized software to even

22   access it.

23        The summary exhibits, which they have, which we're

24   not objecting to, is the analysis of that, which they'll be

25   offering.

**JA2170**

Case: 19-2005 Document: 00117629839 Page: 21 Date Filed: 03/30/2020 Entry ID: 6356615
Case 1:14-cv-14176-ADB Document 644 Filed 04/18/19 Page 9 of 250

9

1          But P438, for example, includes 475 Excel

2   spreadsheets, none of which are going to be talked about

3   during the course of his testimony.

4          P558 includes 4 gigabytes of individual information

5   that Your Honor could only access with specialized software.

6   We don't think they should come in.

7          The summary exhibits ought to be able to address

8   it.  Both experts are addressing the same data.  Their

9   summary exhibits are providing their opinions on the summary

10  data.

11          MR. McBRIDE:  Your Honor, there's no question that

12  the central issue in this case about whether or not Harvard's

13  admissions practices reflects discrimination against Asians

14  is being determined on the basis of statistical analysis of

15  those very application files that are in the database.  We

16  have no idea what the future holds in terms of where this

17  case will progress.  So whether or not we're going to

18  analyze --

19          THE COURT:  Really?

20          MR. McBRIDE:  We know up to a point.  One

21  possibility is we could be back in court in three or four

22  years.  Who knows what's going to happen?

23          But the content of that database is going to be

24  important to this case going forward, and we think it is

25  important that that database be in the court record for

**JA2171**

1    whatever happens in the future, as opposed to relying on the

2    possibility that the parties will themselves maintain it.

3              Who knows what lawyers will be involved?  Who knows

4    if we will be back in this courtroom?  But the safest and

5    best option for preserving the information that will be vital

6    for whatever statistical analysis needs to be done in the

7    future, if this case were to come back in some way, is to

8    have those database records in the court.

9              MR. LEE:  Your Honor, let me just respond briefly

10   on two fronts.  The question of intentional discrimination is

11   not going to be decided just on the face of statistical

12   evidence.  Now, that may be all they have.  That would be our

13   position.  I think that is all they have.

14             On this statistical evidence, particularly the

15   opinions you're about to hear, it's legally insufficient.

16             But setting that aside, even if I were to accept

17   Mr. McBride's articulation of the issue, which is does the

18   statistical evidence demonstrate intentional discrimination,

19   putting before Your Honor literally gigabytes of information

20   that no one is going to have talked about in the courtroom is

21   not helpful.

22             Now, if what he's concerned about is that it be

23   maintained so that at some point down the road someone with

24   access it, I'm sure we can find a way to between the parties

25   and the firms to preserve the information.  But I just don't

1    think it should go into evidence.

2          THE COURT:  I need to take a look at this about

3    what the state of the law is on whether the data that

4    underlies the expert opinions comes in as a matter of course

5    or it doesn't.

6          I am not intending on looking at it because if

7    there's anything that I should know about it, I'm assuming

8    your two experts between them are going to give me everything

9    I always wanted to know about those statistics and possibly

10    more.

11          So -- and I assume that if I have any questions

12    about the data that requires anyone to access the actual

13    database, that you all will take care of that, too.  I'm not

14    intending on accessing it or running my own statistical

15    analysis on it.

16          So let me just take a quick look in the next couple

17    of days about what the law on that is, about whether what

18    underlies the summaries that the experts relied on, whether

19    that comes in or it doesn't.

20          MR. McBRIDE:  Your Honor, we also can investigate

21    that as well.  If we can find some helpful law information to

22    assist you, we'll provide that as well.

23          THE COURT:  If what underlies an expert opinion in

24    his summaries is supposed to come in, it comes in.  If it's

25    coming in just for maintenance, I suspect he's right that

**JA2173**

1    there's other ways to do it.

2           MR. McBRIDE:  I would say it is -- there's no

3    objection from the other side in terms of its relevance.

4    Purely it's what Mr. Lee has articulated in terms of quantity

5    and the fact that you're not going to look at it, but its

6    relevance as evidence is not challenged.  Whether or not

7    you're going to dig into the database is not the primary

8    issue.  But it is relevant evidence, unobjected to on that

9    basis, and we think it should be part of the record.

10          MR. LEE:  Your Honor, two things quickly.

11          The first is if you have a Rule 1006 summary, which

12   are what these unobjected to purport to be, the underlying

13   data doesn't have to come in.

14          The second is this is a special type of underlying

15   data.  It's all about 200,000 applicants.  It is a host of

16   personal information specific to these individuals.  I think

17   that has to factor in as well.

18          MR. McBRIDE:  And we are willing to put it under

19   seal.  I don't know that the database itself has personally

20   identifying information in it.

21          MR. LEE:  It does.

22          MR. McBRIDE:  We are willing to put it under seal

23   in order to keep all of that protected.

24          THE COURT:  Okay.  So again, I am sure there is an

25   answer to this.  I don't know what it is.  Rule 1006, which

 1  is how this would come in, doesn't actually address it.  I'll

 2  take a look at it.  If you guys want to brief it, that's

 3  fine.  Or you can wait until I take a look at it and then

 4  decide if you want to brief it after that because I know you

 5  have enough to do in the next few days without worrying about

 6  that.  So I'm not going to admit it for the time being, but

 7  I'm also not going to rule on it for the time being.

 8             MR. McBRIDE:  Thank you, Your Honor.

 9             THE COURT:  Go ahead, Mr. McBride.

10  BY MR. McBRIDE:

11  **Q.**  Good morning again, Professor.

12  **A.**  Good morning.

13  **Q.**  Could you please introduce yourself to the Court.

14  **A.**  My name is Peter Arcidiacono.  I'm a professor of

15  economics at Duke University.

16  **Q.**  Have you been hired to provide testimony in this case?

17  **A.**  I have.

18  **Q.**  What issues are you addressing with your testimony?

19  **A.**  Today I'll be addressing whether there's discrimination

20  against Asian-Americans in Harvard's admissions process as

21  well as the magnitude of racial preferences.

22  **Q.**  Did you reach any conclusions on those questions?

23  **A.**  I did.

24  **Q.**  And what were they, broadly?

25  **A.**  Broadly, there is evidence of discrimination against

Case: 19-2005   Document: 00117622236   Page: 26   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 14 of 250

14

1   Asian-Americans in the admissions process both in how they

2   rate applicants and in the admissions decisions themselves

3   and that the magnitude of racial preferences is quite large.

4   Roughly two-thirds of African-American admits are admitted as

5   a result of racial preferences and half of Hispanic

6   applicants.

7   **Q.**   We're going to come back to your opinions, but first I

8   want to briefly go through your background.  You said you're

9   a professor of economics at Duke University?

10  **A.**   That's right.

11  **Q.**   And how long have you been at Duke?

12  **A.**   I've been at Duke since the fall of 1999.

13  **Q.**   And when did you first get tenure?  I assume as a full

14  professor you are tenured?

15  **A.**   I am tenured.  I was promoted to associate professor with

16  tenure in 2006 and then to full professor in 2010.

17  **Q.**   Now, before you started at Duke, what were you doing?

18  **A.**   I was a graduate student at the University of

19  Wisconsin-Madison where I got my Ph.D. in economics.

20  **Q.**   And when was that?

21  **A.**   That was in '99.

22  **Q.**   Now, at Duke, what is the focus of your research?

23  **A.**   Broadly, applied microeconomics.  Within that, labor

24  economics; and more narrowly, higher education.

25  **Q.**   In higher education, what areas do you focus on?

1    **A.**  I do a lot of work on affirmative action in higher

2    education as well as how people make their college decisions,

3    what college to go to, what field to study, things of that

4    nature.

5    **Q.**  Now, do you specialize in using any particular methods in

6    your research?

7    **A.**  Yes.  We use econometric modeling.  And what that allows

8    you to do, it's statistics where applying standard methods to

9    understand how different variables affect choices.

10   **Q.**  And how much of your research involves using or building

11   econometric models?

12   **A.**  Virtually all of it.  I just have a couple of papers that

13   are more applied theory.

14   **Q.**  This kind of modeling, what is its relevance generally in

15   your field?

16   **A.**  It's quite common.  This is industry standard stuff.

17   **Q.**  We've heard and read testimony from Harvard about how

18   complex and subjective its admissions system is.  Have you

19   heard that?

20   **A.**  I have.

21   **Q.**  Does that make it incapable of being modeled with this

22   econometric modeling?

23   **A.**  No, not at all.  This is standard.  I've modeled

24   admissions processes myself.  I've done work modeling the

25   decisions of older individuals to drink or smoke and looked

1    at decisions about firms as to whether to enter particular

2    markets.  And in the economics field more generally, you can

3    see the models apply to the decision to get married, to

4    retire, or the decisions of organizations about who to hire

5    or fire.

6    **Q.**  Do you also teach?

7    **A.**  I do.

8    **Q.**  What do you teach?

9    **A.**  At the graduate level, I teach two courses.  One of those

10   is called dynamic discrete choice.  The discrete choice part

11   of that is where individuals are choosing among a small

12   number of alternatives.  And the dynamic part of that is that

13   when they're making those decisions, they take into account

14   the fact that they get to update those decisions over time.

15   **Q.**  And does that class involve teaching anything about

16   modeling?

17   **A.**  Yes.  It's virtually all about that.

18   **Q.**  Do you teach anything else at the graduate level?

19   **A.**  I teach a class called learning in economics, which is

20   basically an extension of that course.  And it's all about

21   how individuals update their information about their

22   abilities, about the quality of their relationships, their

23   beliefs about various products.

24   **Q.**  Do you teach anything at the undergraduate level?

25   **A.**  Yes.  Intermediate microeconomics.

1    **Q.**  What about publications?  Do you have any peer-reviewed

2    publications?

3    **A.**  I do.

4    **Q.**  About how many?

5    **A.**  I think it's 35 peer-reviewed publications.

6    **Q.**  And of those how many relate to econometric modeling?

7    **A.**  Virtually all of them.

8    **Q.**  Do any of those publications relate to issues of

9    affirmative action?

10   **A.**  Yes.  I think there are about 11 of those.

11   **Q.**  And with respect to work in affirmative action, do any of

12   your papers involve econometric modeling in the affirmative

13   action context?

14   **A.**  Yes.  Quite a bit, about nine of those.

15   **Q.**  Have you received any recognition from your work in

16   higher education and econometric modeling for affirmative

17   action?

18   **A.**  I have.  As a result of doing this work on affirmative

19   action, I was invited to write two survey papers on

20   affirmative action.  One of those appeared in the "journal of

21   economic literature," which is sort of the top outlet for

22   survey pieces.

23   **Q.**  Do you recall in opening Mr. Lee referring to you as an

24   opponent of affirmative action?

25   **A.**  I do.

1    **Q.**   Are you an opponent of affirmative action?

2    **A.**   I would not describe myself as an opponent of affirmative

3    action.  I would say that I'm a critic of some aspects of

4    affirmative action.  But my job is to more study how

5    affirmative action policies affect the outcomes of their

6    intended beneficiaries as well as other students.

7    **Q.**   Can you give me an example?

8    **A.**   Yes.  So in 2012, I published a paper where part of that

9    paper was about how students sort into majors.  A disturbing

10   fact is that African-Americans at this particular school,

11   while starting out just as interested in STEM fields --

12   science, technology, engineering, and mathematics -- were

13   substantially more likely to switch out.  This is a

14   well-recognized issue.  And what the paper showed is that it

15   wasn't really race at all that was driving these decisions

16   but differences in the academic backgrounds of the students.

17   **Q.**   And how did you -- were you a critic of affirmative

18   action in the context of that paper?

19   **A.**   Well, there are two reasons why you would see differences

20   in the background of the characteristics of the students.

21           The first is the legacy of discrimination in this

22   country.  So that has led to gross educational inequities.

23           But the second is affirmative action itself, which

24   actually puts less-prepared students at these schools.  While

25   in some areas this is not as relevant, there are some majors

Case: 19-2005   Document: 00117632230   Page: 31   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 19 of 250

19

1  where you're not building on what you've learned in the past.

2  In STEM fields, you see much more of this progression.  You

3  have to have single variable calculus to do multivariable

4  calculus.  You have to have a basic foundation in chemistry

5  to go further along.  So in those cases, the lack of academic

6  background can work against you in terms of sticking with the

7  major.

8  **Q.**  Did that article cause any reaction outside of your

9  field?

10  **A.**  It did.  This was first written before *Fisher*.  And at

11  that time, there was an amicus brief that cited my article.

12  And then "The Chronicle of Higher Education" did a write-up

13  of the article which in turn -- because the school was named,

14  and it was my school, African-American students felt singled

15  out and there was a protest at that time.

16  **Q.**  And what did you do as a consequence of that?

17  **A.**  Well, it was a very frightening experience.  But as a

18  result of that, I spent a lot of time reaching out to try to

19  find common ground with the students and help them to see

20  what the issues were and try to understand their perspectives

21  better.

22  **Q.**  Back to your qualifications.  Do you have any editorial

23  positions?

24  **A.**  I do.  I'm a co-editor at the journal "Quantitative

25  Economics," an associate editor at the "Journal of Applied

1    Econometrics."

2    Q.   I want to turn to your work in this case.  How does the

3    work that you've done here for this case compare to what

4    you've previously done for your research?

5    A.   Well, in one way it's very similar; in one way it's very

6    different.  The way it's very similar is that the methods I

7    used are pretty much what I've used in all my other research.

8         What's different about it is the breadth and depth

9    of this data.  This data is absolutely fantastic.  It's part

10   of the reason I was interested in this.

11   Q.   What do you mean by the breadth and depth of the data?

12   A.   We have all of Harvard's admissions decisions.  We have

13   their ratings of the applicants.  We have the geography.  You

14   can see how Harvard uses their dockets.  That's not something

15   I normally am able to work with.

16   Q.   And what's been the effect of that on your work in this

17   case?

18   A.   As a result, I feel like I'm much more confident in my

19   results here than in my published work.

20   Q.   Are you being paid for your work on this case?

21   A.   I am.

22   Q.   What are you being paid?

23   A.   So up to trial, I was being paid $450 an hour.  For

24   trial, I have a flat rate of $5,000.  And then on days when

25   I'm just traveling up here, $1,500.

1    **Q.**  And what were you asked to do, again, for your testimony

2    today?

3    **A.**  Two things:  one, evaluate whether there's discrimination

4    against Asian-American applicants in Harvard's admissions

5    process; and two, evaluate the magnitude of racial

6    preferences.

7    **Q.**  And how did you go about answering those questions?

8    **A.**  Well, it's a three-step process.  The first step is just

9    sort of cleaning the data and deciding what the relevant data

10   to use is.

11        The second step is what I would refer to as more

12   descriptive analysis, what sort of patterns do you see in the

13   data.  And those patterns that you see in the data then

14   inform what -- the modeling itself.  And the modeling itself

15   is where we try to get whether the patterns in the data are

16   real, you know, is there evidence of discrimination and what

17   are the magnitude of those preferences.

18   **Q.**  And so after you do the descriptive statistic, what was

19   the next stage then?

20   **A.**  Was the modeling.  And this is where we're going to be

21   doing some form of logistic regressions to evaluate these

22   decisions.

23   **Q.**  And what is it you get out of that model that allows you

24   to answer the questions you've posed?

25   **A.**  You get two things.  The first are what are called

1    coefficients.  And what that tells you is how these variables

2    relate to the decision.  They're literally just numbers.  So

3    it might tell you, for example, SAT scores.  You think that

4    SAT scores might be relevant for the admissions decision in a

5    positive way, and you expect sort of a positive coefficient

6    on that.  So it sort of gives you the weight on the

7    particular factors.

8            The second thing you get out of it is once you've

9    estimated the model, you can evaluate how you -- the

10   probability of admission would change if we, say, turned off

11   a penalty or turned off a preference.  And what that is

12   called is sort of the marginal effect of race.  So as an

13   example, if we see in the data that Asian-Americans are

14   admitted at a rate of 5 percent, some of that could be a

15   result of a penalty, and you could figure out how much that

16   penalty affects those decisions and maybe see that without

17   the penalty it would be 6 percent.

18   Q.  We're going to revisit both of those concepts in depth in

19   a bit.

20           But do you understand that Harvard has also hired

21   an economist for this case?

22   A.  Yes.  Professor Card.

23   Q.  And what were his disagreements with your use of

24   econometric modeling to determine the answer to these

25   questions?

1    **A.**  We're in agreement on that, that what we're both doing is

2    sort of a standard approach.  Where we disagree is on what

3    set of applicants should be included in the model and what

4    are the relevant controls.

5    **Q.**  Now, the first thing you mentioned in your progression

6    was constructing your data set for analysis; is that correct?

7    **A.**  That's correct.

8    **Q.**  What was the data that was your starting point?

9    **A.**  Well, I had the Harvard database.  And what the Harvard

10   database is it has all the applicants for the classes of 2014

11   to 2019.  That corresponds to what year they would graduate

12   from Harvard.  So we're talking about applying in 2010 to

13   2015.

14   **Q.**  And how many applicants were in the data set you got?

15   **A.**  There were over 200,000.

16   **Q.**  And what kind much information was there on the

17   applicants in the data set?

18   **A.**  It's a wide range of information.  Your demographics like

19   race, gender, whether the admissions office thought you might

20   be disadvantaged.  It has parental background measures like

21   parental education.  Has all their academic scores such as AP

22   scores for some of the years, test scores, grades.  And then

23   it has all of Harvard's ratings and geography.

24   **Q.**  When you say the Harvard ratings, what are you referring

25   to?

1    **A.**  Well, Harvard has a number of ratings.  One is the

2    overall rating.  Then you have the profile ratings that we've

3    heard about before.  So it's going to be academic,

4    extracurricular, athletic, and personal.  Then there are the

5    school support measures, and those refer to two teacher

6    evaluations and a counselor letter.  And then Harvard also

7    records how the alumni scores them on the personal rating and

8    the overall rating.

9    **Q.**  Did you get data on applicants from any other sources?

10    **A.**  I did.  College Board data was provided that allows you

11    to link the applicants to the quality of the high schools

12    that they're attending and the neighborhood.

13    **Q.**  Beyond the specific applicant data from your data set,

14    did you review any other documents as part of your work?

15    **A.**  I reviewed a lot of documents, a broad range of sources,

16    be it interview guidelines, deposition testimony, OIR

17    reports.  Harvard also has these things called one-pagers

18    that allow you to see how the class is evolving over the

19    admissions cycle as they admit, make decisions about various

20    applicants.  Lots of information.

21    **Q.**  Did you review any full application files?

22    **A.**  I did.  I reviewed 480 full application files, a third of

23    which were chosen by Harvard and two-thirds by SFFA.  And

24    then I also reviewed some of the files of the clients.

25    **Q.**  Did you review any expert reports?

1    **A.**  I did.  I reviewed all of Professor Card's expert reports

2    as well as Mr. Kahlenberg's.

3    **Q.**  So back to your data set, you have data on, you said,

4    around 200,000 applicants.  Did you include all of these

5    applicants in the data you used for your analysis?

6    **A.**  No.  Even though foreign applicants are part of the

7    admissions process, we have agreement that we're focusing

8    here on domestic applicants because that's where we're seeing

9    whether there's discrimination and whether racial preferences

10   are relevant.

11   **Q.**  I'm going to put on the screen Plaintiff's

12   Demonstrative 38, Slide 1.

13            What information is reflected in this demonstrative

14   slide?

15   **A.**  This is sort of the data cleaning steps that we've taken.

16            THE COURT:  Is his testimony sort of going to be

17   through these demonstratives?

18            MR. McBRIDE:  Yes, Your Honor.

19            THE COURT:  Do you have a hard copy?

20            MR. McBRIDE:  I apologize.  Why don't I hand out

21   all these binders, which I should have done.  I got caught up

22   in admitting exhibits, and it was my fault.

23            THE COURT:  That's fine.

24            Mr. McBride, do you happen to have an extra one of

25   these for my law clerk, just given the nature of the

1   testimony?

2          MR. McBRIDE:  Absolutely.  The demonstratives are

3   in the very front tab there.

4   BY MR. McBRIDE:

5   **Q.**  The demonstratives, if you'd like to follow along as

6   well, Professor, they'll be on the screen, but you can also

7   see them in the binder in the very front tab.  Let me try

8   again.

9          So we have Plaintiff's Demonstrative 38, Slide 1,

10  on the screen.  What does this demonstrative display in terms

11  of data?

12  **A.**  It displays the various cuts that we're making to the

13  data as we clean it up.

14  **Q.**  So I'm just going to highlight down for you here and ask,

15  this first set of cuts that you describe here, what is it

16  that those represent?

17  **A.**  This is just data cleaning.  So clearly if you've

18  withdrawn your application or submitted an application that

19  incomplete, you're going to be rejected.  These other things,

20  we see data that's missing.  So we don't use that in our

21  analysis.

22          And Professor Card and I agree on all of that.  I

23  should also say that at the top we're starting with the

24  non-foreign applicants, so that gets us to 170,000.

25  **Q.**  From your 200,000 originally?

Case: 19-2005    Document: 00117622236    Page: 39    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 27 of 250

27

1    **A.**   Exactly.

2    **Q.**   Now, in the last four here we see cuts for recruited

3    athlete, legacy, dean/director preference, staff or faculty

4    child.  Is the ALDC category we've heard about?

5    **A.**   It is.

6    **Q.**   And why did you remove those for the creation of this

7    data set?

8    **A.**   I removed those for what I call my baseline data set.

9    And the primary reason is that you're trying to get

10   apples-to-apples comparison.

11           Each of these athletes, legacy, dean/directors

12   preferences, staff or faculty child, their admission rates

13   are strikingly high.  So if we're really interested in

14   comparing what's happening for the 95 percent of applicants

15   who are not in one of those categories, you want to try to

16   have as apples-to-apples comparison as possible.

17           The second reason is that Harvard in the past has

18   said that the reason Asian-American admit rates are lower

19   than whites is because of legacies and athletes.  So it makes

20   sense to focus on the group that are not legacies and

21   athletes in order to determine whether discrimination is

22   happening.

23           The last two, dean/director preferences and staff

24   or faculty child, we'll see that those preferences seem to be

25   just as big as legacy preferences.

**JA2189**

1    **Q.**  Now, if Harvard were right that any discrepancy in the

2    admit rates for Asian-Americans to whites is due to the

3    special preferences given, what would you see in your

4    analysis when you removed those individuals from the data

5    set?

6    **A.**  We would see no penalty against Asian-Americans.

7    **Q.**  So if you do analysis on a baseline data set without

8    those individuals and those individuals represent the reason

9    for the discrepancy, your analysis shows what?

10   **A.**  It shows -- well, if they don't matter, then it won't

11   show -- if that's the reason, then it would show no

12   discrimination.  What I'm going to find is that there is

13   discrimination.

14   **Q.**  You've mentioned that the significantly higher admission

15   rates is one of the issues that you've had with the ALDC

16   applicants?

17   **A.**  That's correct.

18   **Q.**  Did you prepare a slide showing what you saw in that

19   respect?

20   **A.**  I did.

21   **Q.**  I'm going to turn to Plaintiff's Demonstrative 38, second

22   slide.  What's the data that you put on this slide?

23   **A.**  This is the data from all the domestic applicants once

24   we've made some of these basic cuts.  And here what you can

25   see that the admission rates are dramatically different

1    across these groups.

2    **Q.**  Let's take a look.  Here on the left-hand side you're

3    representing categories athlete, not athlete.

4             In going across, what did you see with respect to

5    the difference in the admission rate for athletes versus

6    non-athletes?

7    **A.**  The differences are enormous.  Athletes have an admit

8    rate of 86 percent compared to 26 percent of non-athletes.

9    **Q.**  And legacies?

10   **A.**  Legacies, again very high admit probabilities, obviously

11   not as high as athletes but almost 34 percent compared to

12   less than 6 percent for non-legacies.

13   **Q.**  And just moving down for the remaining categories, child

14   of faculty or staff or dean or director's interest list, what

15   was the discrepancy in admission rates for members of that

16   group versus others?

17   **A.**  For both those groups, the admit rates are over

18   40 percent compared to something in the 6s for the other

19   groups.

20   **Q.**  What was of the significance to you of this difference in

21   admit rates between members of these preferred groups and

22   non-members?

23   **A.**  It's clear that they're given an enormous tip, and that

24   makes you suspicious that the way the process works might be

25   very differently for them.  And when you're constructing a

1    model, you're trying to get it so that, you know, how things

2    like the academic rating, how those things are going to be

3    treated.  You want them to be treated the same across these

4    groups.

5              And so as a good starting point, you should take

6    them out of the model, given that we see that there's

7    something different going on with them.

8    Q.  Now, with respect to your decision to remove ALDC from

9    the baseline data set, how does this information impact it?

10   A.  I think it makes it clear that these admission rates are

11   so different that it really makes it hard to do that

12   apples-to-apples comparison.

13   Q.  If you were to include these individuals in the model,

14   given what you've seen, what do you believe would be the

15   likely effect?

16   A.  I think, one, we'd see big tips for those groups.  But

17   the concern is that they would distort the model, effect

18   those coefficients and we wouldn't get accurate estimates for

19   the 95 percent of applicants who are not in one of those

20   groups.

21   Q.  Now, there are only about 7,500 of these ALDC individuals

22   out of 150,000.  So why would they be expected to have any

23   real effect on the outcome?

24   A.  While there's only 7,500, they represent 30 percent of

25   admits.  So they exercise undue influence in the model.  If

1    the process works differently for them where things like

2    academics don't matter as much if you're in one of those

3    categories, that has the effect of distorting the model.

4    **Q.**   Is there any other information or evidence from Harvard

5    that you saw that supported this decision?

6    **A.**   Yes.  Harvard often will report results separately for

7    what they call NLNA, which is non-legacy, non-athletes, and

8    everybody else.  Obviously the DC part of the ALDC is not

9    part of that.  The legacies and athletes represent the vast

10   majority of this group.

11            THE COURT:  Did you look at what percentage of each

12   of these groups are Asian?

13            THE WITNESS:  Yes.

14            THE COURT:  Is that later?

15            THE WITNESS:  I'm not sure if it's later.  But I

16   can give you a rough sense.  For across all the groups, it's

17   2 percent.

18            THE COURT:  Across the whole pool or these four

19   groups?

20            THE WITNESS:  For these four groups it's 2 percent

21   versus 5 percent of the applicant pool as a whole.  And I can

22   say Asian-Americans are especially underrepresented in

23   athletics.

24            THE COURT:  Hold on.  I'm sorry.

25            MR. McBRIDE:  Please go ahead.

Case: 19-2005    Document: 00117632236    Page: 44    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 32 of 250

32

           1              THE COURT:  Did you look at what percentage of each

           2       of these groups are Asian and then what percentage of these

           3       groups that got in were Asian?

           4              THE WITNESS:  Yes.  I have it in my report.  I'm

           5       happy to look up that number really quick.  It will just take

           6       a second.

           7              THE COURT:  That will be great, actually.

           8              MR. McBRIDE:  Your Honor, while we're doing that, I

           9       received a note that we never got an official admission of

          10       P617 to P631.  There was no objection.  Those are the

          11       summaries.

          12              THE COURT:  I think I did admit them.  But if I

          13       didn't, they are admitted.

          14              MR. LEE:  There's no objection, Your Honor.

          15              (Plaintiff Exhibits Nos. P617 to P631 admitted.)

          16              THE COURT:  I also realized, while he's looking

          17       that up, there's one other issue we discussed at sidebar

          18       yesterday that I said I would take care of this morning that

          19       I didn't.  Is it still an issue at the moment?

          20              MR. MORTARA:  It's still an issue.

          21              MR. LEE:  Still an issue.

          22              THE COURT:  For the audience out there, we had some

          23       extraneous noise in the gallery yesterday that made it

          24       difficult for the court reporter and difficult for the

          25       witnesses and the parties.  So if you are watching, you're

Case: 19-2005   Document: 00117632236   Page: 45   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 33 of 250

33

1    more than welcome.  We're thrilled you're here.  But if you

2    could just be quiet and not talk aloud amongst yourselves,

3    that would be appreciated.

4              THE WITNESS:  So this is in Table B.32 of my

5    opening report.

6              THE COURT:  B?

7              THE WITNESS:  B.32.  The reason I'm using my

8    opening report is that's where I provide the descriptive

9    statistics that include the athletes.

10             In my rebuttal report, I felt like the athletes

11   were such a big share that I just tossed them completely

12   because of the admit rates.

13             The samples are just slightly different, but

14   fundamentally the same things are going on.  So if we look at

15   athletes, .28 percent of Asian-Americans are athletes,

16   1.12 percent are legacies, .19 percent are faculty or staff

17   child, and .67 percent are deans/directors.

18             THE COURT:  That's of the 5 percent or that's how

19   the 2 percent breaks down?

20             THE WITNESS:  That's how the 2 percent breaks down.

21             THE COURT:  Okay.  And then -- can you give me

22   those in whole numbers?

23             THE WITNESS:  What?

24             THE COURT:  Do you have of the whole numbers in

25   front of you?

Case: 19-2005    Document: 00117628236    Page: 46    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 34 of 250

34

1          THE WITNESS:  Do I have the number?

2          THE COURT:  Like .28 is how many?  Do you have

3     that?

4          THE WITNESS:  .28 of 41,369.

5     BY MR. McBRIDE:

6     **Q.**  You mean .28 times that number?

7     **A.**  Well actually, .28, that would be 28 percent.  So it's

8     going to be .0028 times the 41,369, which I can't do that in

9     my head right now.

10         THE COURT:  I assure you that if you can't, I

11    definitely can't.

12         MR. McBRIDE:  I've been handed a calculator and it

13    says it's 116 individuals.

14         THE COURT:  So there's 116 Asian athletes.  How

15    many of those are admitted?

16         THE WITNESS:  So they represent 6.63 percent of

17    admits, and there are 2,459 Asian-American admits.  So .063

18    times the 2,459.

19    BY MR. McBRIDE:

20    **Q.**  .0263 times.

21    **A.**  Sorry.  .0663 times 2,459.

22    **Q.**  The calculator says that's 163.

23         THE COURT:  That's not possible.  Even I know that.

24         MR. McBRIDE:  Then I did it wrong.

25    BY MR. McBRIDE:

1    **Q.**  Should it be .00063?

2    **A.**  It should be .0663.  I'm sorry, I gave you the wrong

3    number.  That's why.

4    **Q.**  This is not what I imagined I'd do with my law degree.

5          THE COURT:  That's probably why you got your law

6    degree.

7          THE WITNESS:  You might want to hold that number

8    because that was the legacy number.

9          THE COURT:  I would like these numbers.  Does it

10   make sense you get them at the break?

11         MR. McBRIDE:  We can do that.  Can we go through

12   what specific numbers you want and we'll make sure we get

13   those?

14         THE COURT:  Yes.  I want to know of the athletes --

15   so of the 1,374, how many of them are Asians and how many of

16   them were admitted?

17         MR. McBRIDE:  Of the athletes?  Okay.

18         THE COURT:  Same with the legacy, child or faculty

19   of staff, or dean or directors list.

20         MR. McBRIDE:  So for each of the preferred

21   categories, how many of the number of applicants listed here

22   on the second slide were Asian and, of those, how many were

23   admitted?

24         THE COURT:  Right.  Because hypothetically if you

25   have 2,500 on the dean's list and he says almost half of them

Case: 19-2005    Document: 00117632236    Page: 48    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 644    Filed 04/18/19    Page 36 of 250

36

1    are admitted, if all of those are Asians, that's going to

2    make a difference, right?  If none of them are Asians, that

3    might make a difference the other way.  I want to know how

4    those break out.

5            Did you ever look to see if the percentages were

6    the same?

7            THE WITNESS:  Across the racial groups?

8            THE COURT:  On the preferred groups.  I'm just

9    looking at this.  I'm guessing that of these preferred

10   groups, something like -- whatever, like 60 percent of them

11   are getting in?

12           THE WITNESS:  Yeah.  I'm not sure what the exact

13   percentage is, but that sounds reasonable.

14           THE COURT:  I want to know did you ever look at

15   what percentage of the -- so 30 percent of the class is

16   coming off of this page.

17           THE WITNESS:  Through the ALDC categories, yes.

18           THE COURT:  Did you ever look to see what

19   percentage of that 30 percent is Asian?

20           THE WITNESS:  Let's see if I can figure that out.

21   I think I'd have to calculate it.  What I can tell you, for

22   example, is what I said -- what I should have told you was

23   the athletes, it was 4 percent of Asian admits were athletes.

24   That corresponds for whites it's over 16 percent.

25   Asian-Americans are going to be much less represented among

1   those groups than white applicants for sure.

2           THE COURT:  Okay.  You'll get me those numbers?

3           MR. McBRIDE:  Yes, Your Honor.

4           THE COURT:  We don't have to do it now.

5   BY MR. McBRIDE:

6   **Q.**  Professor, you've also heard testimony about situations

7   where admissions personnel conduct interviews of potential

8   applicants?

9   **A.**  I have.

10  **Q.**  Did you prepare a slide with data on those interviews?

11  **A.**  Yes.

12  **Q.**  I am going to turn to Slide 3 of Plaintiff's

13  Demonstrative 38.  Is that information here on this slide?

14  **A.**  Yes, it is.

15  **Q.**  So generally what percentage of applicants get interviews

16  with admissions officers?

17  **A.**  So if you look at those last two rows that are above the

18  admit rate.

19  **Q.**  I've highlighted those here?

20  **A.**  Yes.  You can see the total number of applicants, then

21  the total number of applicants interviewed.  And in percent

22  the number in parentheses is what share were able to get a

23  staff interview.

24  **Q.**  So just over of the total applicant pool, what percentage

25  of applicants get staff interviews?

Case: 19-2005  Document: 00117622236  Page: 50  Date Filed: 07/30/2020  Entry ID: 6356615
Case 1:14-cv-14176-ADB  Document 644  Filed 04/18/19  Page 38 of 250

38

1    **A.**  2.2 percent.

2    **Q.**  And how does that break down in terms of the percent of

3    applicants who are ALDC group members versus those who are

4    not?

5    **A.**  Well, over 20 percent of ALDC applicants get staff

6    interviews as opposed to just 1.3 percent of non-ALDC

7    applicants.

8    **Q.**  And the admit rate for individuals who get staff

9    interviews?

10   **A.**  It's over 50 percent.

11   **Q.**  So what does this show you with respect to the ALDC

12   category?

13   **A.**  It again shows that the process is operating differently

14   for these groups, at least on this dimension.  And it also

15   suggests that staff interviews are, in part, a function of

16   preferences.  So that's not a particularly good variable.

17   **Q.**  And what did you conclude from this?

18   **A.**  That it's reasonable, particularly when we're trying to

19   do these apples-to-apples comparisons, to take the ALDC

20   applicants out at least for the baseline.

21          THE COURT:  Mr. McBride, another number I would

22   like is what percentage of the 2.2 is Asian.

23          MR. McBRIDE:  What percent of the applicants

24   interviewed, the 3,043 --

25          THE COURT:  Or actually, why don't you give me what

1    percent of the 1,711 are Asian.

2           MR. McBRIDE:  We can simply break it down both of

3    those numbers in terms of what percentage of the interviewed

4    ALDC applicants are Asian and are admitted and then for the

5    non-ALDCs as well.

6           THE COURT:  Yes.  Thank you.

7           THE WITNESS:  I have a table on that, if you'd

8    like.

9           THE COURT:  If you can give me in numbers.

10           THE WITNESS:  Yeah.  I think I've got it in numbers

11    this time.  It's funny, economists always think about things

12    in percents.

13           THE COURT:  Us lawyers are better with whole

14    numbers.

15           MR. McBRIDE:  We're going to work on that today,

16    Your Honor.

17           THE COURT:  I know we're under some time

18    constraints today.  I don't want to take up -- if you want to

19    get me this at lunch or whatever.

20           MR. McBRIDE:  If he can do it at now, Your Honor,

21    that's certainly preferable.  And by all means, we would like

22    to make sure you understand these difficult issues.

23           MR. LEE:  Can we just ask what page he's looking at

24    so we can look at it, too?

25           MR. McBRIDE:  Yes.  I'd like to know as well.

1          THE WITNESS:  So this is in my rebuttal report,

2     page 66.  Unfortunately, it's not reported the way you wanted

3     it.  What you can see in that table is that both for ALDC

4     applicants and for the non-ALDC, Asian-Americans have the

5     lowest rate of staff interviews across all the races.

6          MR. McBRIDE:  And I can put that table up on the

7     screen for Your Honor if you'd like to see the breakdown of

8     that information.

9          THE COURT:  I would like real numbers when you can.

10          MR. McBRIDE:  Certainly.

11     BY MR. McBRIDE:

12     **Q.**  I want to go back to the first slide on data sets.

13          At the end of this process after you've removed the

14     data cleaning and removed the preference group, the ALDC, how

15     many applicants did you have in your baseline data set?

16     **A.**  Almost 143,000.

17     **Q.**  Did you create any additional data sets for your

18     analysis?

19     **A.**  I did.  For my rebuttal report I created an expanded data

20     set.  So we're actually going to be modeling those decisions,

21     too.  Where I included the LDC parts of the ALDC, I left

22     athletes out.  I don't think that they're providing much

23     information to the model just because the admission rates are

24     so different.  And really there are some academic ratings

25     where only athletes get in and nobody else.

**JA2202**

1   **Q.**  So between your baseline data set, 143,000, how many

2   applicants in the expanded data set that included the LDC?

3   **A.**  A little over 144,000.

4   **Q.**  You said your second step after --

5   **A.**  Sorry.  I think I made a mistake.  That was 149,000.

6   **Q.**  149,000 is where you would be for that data set?

7   **A.**  Yeah.  Because we removed the athletes in that row.

8   **Q.**  Understood.  So that number right there?

9   **A.**  Yeah.

10  **Q.**  The next step you said after you create the data set is

11  you look for patterns in the applicant data?

12  **A.**  I did.

13  **Q.**  Did you look at the basic qualifications of the

14  applicants?

15  **A.**  Yes.

16  **Q.**  And prepared a slide with that data?

17  **A.**  Yes.

18  **Q.**  So I'm going to Slide 4, applicant summary statistics.

19  What data did you look at for the applicants?

20  **A.**  Well, here we're looking at the AP scores -- AP scores

21  are only available in the last few years of the data -- as

22  well as data on the academic index, which is a weighted

23  average of high school grades, and the various SAT scores.

24          Then we're looking at how that's broken out by

25  race.

1           Now, one of the things we have here for the

2    academic index and all the variables down there is we put in

3    the Z-score which basically allows you to compare it to the

4    average applicant.  So everything here if you see a positive

5    number on the Z-score, that means the group on average is

6    better than the average applicant, a negative number worse on

7    that measure.

8    **Q.**  Just as an example, on the academic index you see the .42

9    for Asian-Americans.  What does that represent?

10   **A.**  That represents that Asian-Americans are .42 standard

11   deviations stronger than the average applicant.

12   **Q.**  And when you looked at the objective qualifications along

13   these metrics for the different racial groups, what did you

14   see?

15   **A.**  Asian-Americans are clearly the strongest on these

16   measures, followed by whites, then Hispanics, then

17   African-Americans.  This holds true really for all the

18   measures except for SAT verbal where Asian-American and

19   whites have the same score.

20   **Q.**  Now, did you specifically isolate and compare

21   Asian-American and white applicants on these metrics?

22   **A.**  Yes.

23   **Q.**  I'm going to go to PD38, Slide 5.

24           What did you find when you looked at just white

25   versus Asian-American applicants on these objective

Case: 19-2005  Document: 00117622236  Page: 55  Date Filed: 07/30/2020  Entry ID: 6356615
Case 1:14-cv-14176-ADB  Document 644  Filed 04/18/19  Page 43 of 250

43

1   qualifications?

2   **A.**   So the way this table is constructed, we take the number

3   for Asian-Americans and subtract off the number for whites.

4         And the way the bars work is that the further to

5   the right the bar is, that indicates Asian-Americans being

6   stronger and how much stronger.  If the bar went to the left,

7   that would indicate whites being stronger on that measure.

8         So what you see is that across all these measures

9   Asian-Americans are substantially stronger than whites, again

10  with the exception of the SAT verbal where they're the same.

11  **Q.**   Now, one measure here was the academic index.  And I

12  believe you indicated that was a weighted average of what?

13  **A.**   Of the high school GPA, your SAT 2 scores and your SAT 1

14  scores.  There there's some subtly to it, but that's the

15  rough thing.

16  **Q.**   What's the scale for measuring the academic index, if you

17  know?

18  **A.**   It ranges from 60 to 240, but in practice in the data we

19  don't see anybody with less than 100.

20  **Q.**   In this chart, the academic index, was that an average

21  academic index?

22  **A.**   That's correct.

23  **Q.**   Did you do any analysis of how applicants were

24  distributed across different academic index scores?

25  **A.**   I did.

Case: 19-2005   Document: 00117622236   Page: 56   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 44 of 250

44

1    **Q.**   How did you do that?

2    **A.**   What I did is I broke it up by what I'll call academic

3    index deciles.  What that involves is sorting everybody based

4    on their academic index and taking the top 10 percent.  Those

5    are the people in the top academic index.  Then the next 10

6    percent of people are in the next academic index.

7    **Q.**   The next academic index decile?

8    **A.**   That's correct.

9    **Q.**   And did you prepare a slide showing how these deciles

10   correspond to the academic index?

11   **A.**   I did.

12   **Q.**   I'm going to Plaintiff's Demonstrative 38, Slide 6.

13          How did the different academic index deciles that

14   you identified in the Harvard data correspond to actual index

15   ranges?

16   **A.**   So you can see on this chart we've got the minimum

17   academic index for each decile.  So, for example, for

18   academic decile 10, the minimum was 236 and the maximum was

19   240.  So this gives you the ranges for each of those academic

20   index deciles.

21   **Q.**   Just so we can orient the Court on what we see later,

22   when you say an academic index decile number 10 in your

23   charts, that refers to the top academic index?

24   **A.**   That's the top academic index.  These are going to be all

25   the applicants who scored within that range on the academic

Case: 19-2005    Document: 00117622239    Page: 57    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 644    Filed 04/18/19    Page 45 of 250

45

1    index.

2    **Q.**   And the converse is that academic index decile number 1

3    actually represents the decile with the lowest performing

4    applicants by academic index?

5    **A.**   That's correct.

6    **Q.**   Now, once you had your deciles arranged, what did you do

7    with the applicants in terms of applying them within the

8    academic index decile?  What did you look at?

9    **A.**   Well, we're going to look at the racial distribution

10   across these deciles to see where different groups lie in

11   terms of their academic index.

12   **Q.**   I'm going to Plaintiff's Demonstrative 38, Slide

13   Number 7.  Is this the breakdown that you just described?

14   **A.**   It is.

15   **Q.**   Just taking a row here, we'll take the top two rows.

16   Going across here for academic index deciles 10 and 9, what

17   information is represented here?

18   **A.**   So this shows the number of applicants -- this is again

19   in the baseline data, but the patterns are similar in the

20   expanded data -- for -- who were in each of these deciles and

21   who are in each of these races.  So for example, 4,963 whites

22   were in that top decile and 132 African-Americans.  7,225

23   Asian-Americans were here.

24   **Q.**   When you looked at the distribution of applicants within

25   these academic decile indexes, what did you notice about that

Case: 19-2005    Document: 00117633230    Page: 58    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 46 of 250

46

1  distribution?

2  **A.**   It's striking how strong Asian-Americans are in terms of

3  their academic index.  You can see that not only do

4  Asian-Americans outnumber whites in that top decile, even

5  though they are a much smaller share -- well, they're a

6  smaller share of the applicant pool than whites.  You can

7  combine the other -- you know, whites, African-Americans, and

8  Hispanics and still be significantly lower than the number of

9  Asian-Americans in that top decile.

10         THE COURT:  What's the percentage of whites and

11  Asian-Americans in the applicant pool?

12         THE WITNESS:  I'll have to look that up really

13  quick.

14  BY MR. McBRIDE:

15  **Q.**   Professor, can you see below in the chart even though you

16  don't provide the actual percentage, you provide the total

17  number of applicants by race at least within your baseline

18  data set?

19  **A.**   Yeah.  That doesn't quite get it because there are a

20  couple of racial groups that are not reported.  So we're

21  going to have those who don't report their race are not going

22  to be in here.  Native Americans I believe are not in here.

23         THE COURT:  Those are the absolute numbers for

24  whites and Asians, right?

25         THE WITNESS:  That's right.

Case: 19-2005    Document: 00117628236    Page: 59    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 47 of 250

47

1          THE COURT:  That helps me.  Thank you.  Thank you,

2     Mr. McBride.

3     BY MR. McBRIDE:

4     **Q.**  Now, what you did remark, I believe here at the bottom,

5     what is the relationship between the total number of

6     applicants, of white applicants versus Asian-American

7     applicants?

8     **A.**  There's substantially more whites.

9          THE COURT:  So in terms of what percentage of the

10    applicant pool or what percentage of the Asian-American

11    applicant pool that this 7,225 represents, did you do any

12    analysis of how those shares of applicants per decile broke

13    out by race?

14         THE WITNESS:  I did.

15    BY MR. McBRIDE:

16    **Q.**  Turning to plaintiff demonstrative 38, Slide 8, does that

17    represent that analysis?

18    **A.**  It does.

19    **Q.**  And what did you see in the data in terms of the

20    percentage of applicant pool by race that occupied each

21    decile?

22    **A.**  It's very striking.  Just to take one example here, we

23    see the top decile, there's 17.9 percent of Asian-Americans

24    from the top decile.

25         If you look at the top two deciles, now we've got

```
 1   over 34 percent of Asian-American applicants in the top two
 2   deciles.  That's actually more than the share of whites in
 3   the top three deciles, more than the share of Hispanics in
 4   the top six deciles, and more than the share of
 5   African-Americans in the top seven deciles.
 6   Q.  What does this show you about Asian-Americans' objective
 7   academic qualifications in the Harvard applicant pool?
 8   A.  They are extremely strong.
 9   Q.  Now, does Harvard only care about objective academic
10   qualifications?
11   A.  Certainly not.  If they did, the class would be over
12   50 percent Asian-American.
13   Q.  We heard testimony about how Harvard's admissions office
14   gives the ratings that you described to the different
15   applicants?
16   A.  Yes.
17   Q.  Did you do any analysis of the distribution of those
18   ratings across the different racial groups?
19   A.  I did.
20   Q.  I'm going to Plaintiff's Demonstrative 38, Slide 9.  Is
21   that what's on this slide?
22   A.  It is.
23   Q.  There's a lot of information here.  If we could orient,
24   please.  Just down the left-hand side here, what do you have?
25   A.  These are all the different Harvard ratings.
```

Case: 19-2005    Document: 00117622236    Page: 61    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 644    Filed 04/18/19    Page 49 of 250

49

1    **Q.**  And then if we just focus in on a given set of rows -- of

2    the columns I assume with the labels "White" and

3    "Asian-American," these represent those individual racial

4    groups?

5    **A.**  That's correct.

6    **Q.**  So just looking within a given box here, in the overall

7    rating you have a series of percentages.  What do those

8    numbers represent about Asian-Americans in the overall

9    rating?

10    **A.**  They represent the share of Asian-American applicants --

11    again, this is the baseline data -- who received a 1, a 2, or

12    a 3 or worse.

13    **Q.**  So with respect to Asian-Americans who received a 1 or a

14    2 in the overall Asian-American applicant pool in the

15    baseline data set, about how many was that then?

16    **A.**  4.8 percent.

17    **Q.**  So if you look through these first three ratings, we'll

18    just look at the overall, the academic, and the

19    extracurricular first.

20            If you focus on the highest ratings, 1s and 2s,

21    what did you identify about the distribution of these high

22    ratings as between Asian-American applicants and white

23    applicants?

24    **A.**  So on the overall rating, Asian-Americans are slightly

25    stronger than whites.  When you look at the academic rating,

```
1   they are substantially stronger.  They are almost 15
2   percentage points higher in terms of the share getting those
3   top academic ratings.  Then you also see that they're a bit
4   stronger, too, on the extracurricular rating, having a higher
5   share of applicants in those top two ratings.
6             THE COURT:  Are these added together?  Like is two
7   1 plus 2, or is 2 just 2?
8             THE WITNESS:  2 is just 2.  So we would add them
9   together.
10  BY MR. McBRIDE:
11  Q.  If you look at the athletic rating, what did you see
12  there about the distribution as between whites and
13  Asian-Americans?
14  A.  Well, here Asian-Americans are scored much worse.  I want
15  to point out that the there's no 1 here because 1 would refer
16  to a recruited athlete.  They are scored much worse in terms
17  of getting 2s.  But there are reasons to believe that this
18  rating is not as significant in the admissions process.  It
19  matters but just not near as much as the other ones.
20  Q.  Did you do any analysis on this issue of the significance
21  of the athletic rating to admission?
22  A.  I did.
23  Q.  Going to go to Slide 10, PD38.  Is that the information
24  in this slide?
25  A.  It is.
```

**JA2212**

1   **Q.**   And in terms of the columns, I see you have the ratings.

2   I guess we have the first academic, extracurricular,

3   athletic, and personal rating down the left side?

4   **A.**   That's correct.

5   **Q.**   Now, in terms of those two sets of columns here where it

6   says "Share of Applicants" and "Share of Admitted," is this

7   broken out by race?

8   **A.**   No.   This is for all the applicants there in the

9   baseline.

10   **Q.**   So what is the information in the box here with respect

11   to share of applicants on the academic rating?

12   **A.**   So what this shows is that 42 percent of applicants get a

13   1 or a 2 on the academic rating, 40.6 percent get a 3, and

14   17 percent get a 4 or worse.

15   **Q.**   Then when we go to the share of admitted, what does the

16   information in this box represent?

17   **A.**   This gives you the share of the admitted class.   That's a

18   subset of the applicants that are actually admitted.   Any

19   time you see a number that's much higher there, that tells

20   you that that characteristic had to be valid in admissions.

21   So here you see the 82 percent of the admitted class has a 1

22   or a 2 on the academic rating.

23   **Q.**   And so what is your conclusion about the significance of

24   the academic rating in getting high academic ratings for

25   purposes of being admitted to Harvard?

1      **A.**  It's very important.  You can see that both because the

2      share who get a 1 or a 2 is very high.  But you can also see

3      it in if you just look at getting ratings of 4 or worse.

4      There, 17 percent of the applicant pool gets a 4 or worse,

5      and yet virtually no one's admitted with that sort of rating.

6      **Q.**  So what does that tell you?  If virtually no one is

7      admitted with a 4 or worse academic rating, what is the

8      significance of that?

9      **A.**  That means the academic rating is very important to

10     having a shot at admissions.  You've got to score well on

11     that or at least above a particular level to be admitted.

12     **Q.**  And the same question about the extracurricular rating.

13            If we look at the distribution of high scores 1s

14     and 2s between the total pool and the admitted pool as well

15     as the share in the receiving a 4 or worse, what pattern did

16     you see there and what was its significance?

17     **A.**  Well, you see a similar pattern where getting a 1 or a 2,

18     those guys represent a much higher share of the admitted pool

19     than they do in the applicant pool.  And it's again difficult

20     to be admitted if you score poorly on the extracurricular

21     rating.  Less than 1 percent of admitted students score that

22     poorly.

23     **Q.**  And if we move down to the athletic rating and look at

24     the percentages receiving a 2 -- and I understand we don't

25     have the 1s, as you said, because those are the excluded

1    recruited athletes.  But we look at the significance of a 2

2    and the share receiving the 4 or worse, what does that tell

3    you?

4    **A.**  I think there are two reasons why what this data tells

5    you that the athletic rating is not as important.

6              The first is not as many people get a 2 on that

7    athletic rating.  While you do see the share of admits is

8    higher over there, it's not a large group, and it's not a

9    particularly big increase.  The real place for it is

10   basically doing very poorly on extracurriculars or academics

11   is just about a deal breaker, but that's not true for

12   athletics.  You can se that 39 percent got a score of 4 or

13   higher on the athletic rating.

14   **Q.**  Now, I see 4 or higher.  So does this include athletic

15   5s?

16   **A.**  Yes.  And athletic 5s actually are treated differently.

17   These are a group that -- they're unable to participate for

18   personal obligations.  But they're a very small group, and

19   taking them out does not change the findings here.

20   **Q.**  If you take them out, do you still see a significant

21   number of applicants receiving a 4 who are admitted?

22   **A.**  Oh, yes.  It's quite substantial.

23   **Q.**  While we're here, we have the personal rating.  What did

24   you see with respect to the significance of the personal

25   rating when you looked at the share of applicants receiving

1    high versus low ratings?

2    **A.**    Well, again, less than 20 percent of applicants -- less

3    than 20 percent of applicants receive a 1 or a 2 on the

4    personal rating, yet they represent 78 percent of the

5    admitted class.  You can't really see too much from the 4 or

6    higher just because so few people get 4's.  But if you ever

7    did, you're not getting in, at least in the baseline data.

8    **Q.**    And so when you compare that with the academic and the

9    extracurricular rating, what conclusion do you reach about

10   the significance of a high personal rating for admission to

11   Harvard?

12   **A.**    Quite important, yes.

13   **Q.**    Let's go back to our Slide 9, which was the share of

14   applicants broken out by race.  When we go now to the

15   personal score and we look at the distribution of ratings on

16   the personal score as between whites and Asians -- and again

17   white applicants are on the left, Asian applicants are on the

18   right of this blowup -- what did you see there?

19   **A.**    Whites are rated higher on the personal rating.  And in

20   fact, Asian-Americans not only are lower than whites, they're

21   lower than all the other groups.

22   **Q.**    I'll blow that up, if I can, please, just to make sure we

23   see what you're talking about.

24            If you look at personal rating distributions across

25   all of the four racial groups, what did you see?

Case: 19-2005    Document: 00117628239    Page: 67    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 55 of 250

55

 1    **A.**   That Asian-Americans had the smallest share of getting a

 2    2 or higher.

 3    **Q.**   And just to wrap up the data that you have here, at the

 4    bottom I see you've got the remaining ratings, the school

 5    support and alumni ratings?

 6    **A.**   That's correct.

 7    **Q.**   Without having to go through each and every one, what did

 8    you see in the distribution of high ratings between whites

 9    and Asians in the remaining Harvard ratings?

10    **A.**   The shares are fairly similar.  They're all within

11    1 percent, with the exception of the alumni overall rating,

12    where there you see that Asian-Americans are scoring higher.

13    **Q.**   Just looking at these Harvard ratings and their

14    distributions on average, how would you describe the

15    comparison in terms of that distribution as between whites

16    and Asians overall?

17    **A.**   On many ratings, they're fairly similar.  But

18    Asian-Americans are stronger on the academic, extracurricular

19    rating, and the alumni overall rating.  But on the athletic

20    rating, which as I said is not as important for admissions,

21    they're scored significantly worse, and they're significantly

22    worse on the personal rating.

23    **Q.**   Did you do any other analysis of how these rankings were

24    distributed?

25    **A.**   I did.

Case: 19-2005    Document: 00117622236    Page: 68    Date Filed: 07/30/2026    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 56 of 250

56

1    **Q.**  What did you do?

2    **A.**  Well now we're going to see we created those academic

3    index deciles, and we're going to look at how these ratings

4    correspond with those deciles.

5            So what in particular we're looking at is do people

6    who score high on this academic index, do they also -- are

7    they also more likely to get high ratings.  So as an example,

8    you could look at that academic rating and see that

9    Asian-Americans are doing very well.  Maybe that's -- the

10   cost of that is that they don't do well in personal scores.

11   If that were the case, then you would expect higher values of

12   the academic index to be associated with lower personal

13   scores.  So we're going to be looking at that correlation.

14   **Q.**  And that's called correlation?

15   **A.**  That's the correlation we're going to be looking at.  So

16   do personal ratings track with the academic index or do they

17   not?

18   **Q.**  Let's start with the academic rating.  And we're going to

19   go to Slide 11.  What data are you showing here on Slide 11?

20   **A.**  This is for the baseline data.  And this is showing the

21   percentage of applicants receiving a 1 or a 2 on the academic

22   rating by academic decile.

23   **Q.**  So just to make sure we're clear, this is broken out by

24   race?

25   **A.**  No.  This is for all the applicants.

Case: 19-2005    Document: 00117622230    Page: 69    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 644    Filed 04/18/19    Page 57 of 250

57

1    **Q.**  So when you look across all applicants in the applicant

2    pool, in the seventh academic decile, what does that

3    69.39 percent represent?

4    **A.**  That represents the fact that if you have an academic

5    index that was in that 7th decile, in that range, 69 percent

6    of those applicants received a 2 or better on the academic

7    rating.

8    **Q.**  Now, you talked about this exercise being related to

9    determining if there's correlation?

10   **A.**  Correct.

11   **Q.**  What does this chart tell you with respect to the

12   potential correlation between the academic index decile and

13   receiving a high academic rating?

14   **A.**  Well, they're clearly very highly correlated.  If you're

15   in the bottom couple deciles, there's virtually no way you're

16   going to have a 1 or 2 on the academic rating.  And if you're

17   at the top decile, you're in the high 90s in terms of your

18   probability of getting one of those high ratings.

19   **Q.**  So how would you qualitatively describe the level of

20   correlation?

21   **A.**  Strongly positively correlated.

22   **Q.**  We've heard testimony about how the admissions officers

23   don't use the academic index in their process.  Does that

24   change its relevance to your use here?

25   **A.**  I was actually surprised to hear that because on all the

Case: 19-2005    Document: 00117623236    Page: 70    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 58 of 250

58

1    summary sheets it's in bold what the academic index is.

2              But no, it wouldn't change it because even if they

3    weren't using the academic index, they're using the

4    components of the academic index such as their test scores

5    and grades.

6    **Q.**  So is this helpful to you in terms of your analysis and

7    your modeling?

8    **A.**  Yes.  It just gives you a way of making a comparison

9    between people who have similar grades and test scores.  You

10   know, are they are rated the same given similar grades and

11   test scores.

12   **Q.**  Now, did you have take this analysis where you identified

13   the percentage of applicants getting a high academic rating

14   by decile, and did you break that out by racial group?

15   **A.**  I did.

16   **Q.**  I'm going to go to the next slide, which is Slide 12.  Is

17   that this analysis here?

18   **A.**  It is.

19   **Q.**  Now, just to be clear when you look in one of these

20   deciles, what do these numbers now represent?  And I'll blow

21   up, for example, just decile 9.

22   **A.**  So what these number represent is for white applicants

23   who are in the 9th decile, 93 percent of them receive a 2 or

24   better.  For Asian-Americans, it's 95 percent and so on.

25   **Q.**  Why did you break it out by race?

Case: 19-2005   Document: 00117633236   Page: 71   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 59 of 250

59

1    **A.**  Well, what we're trying to do is move towards the

2    apples-to-apples comparison.  So now we're looking at people

3    who have similar academic scores, what do their ratings look

4    like.  If you saw lots of movement across races, then that

5    would say given the same scores they were getting very

6    different ratings.

7             THE COURT:  So this suggests like -- this suggests

8    a very even process across the academic rating.  Is that

9    right?

10            THE WITNESS:  That's correct.

11            THE COURT:  Okay.

12   BY MR. McBRIDE:

13   **Q.**  Why are you only showing the top four deciles here?

14   **A.**  That's where a lot of the admissions occur, sort of in

15   those top four deciles.  And we'll be showing that in a

16   little bit.

17   **Q.**  I believe you already answered this question for Her

18   Honor.  When you looked at this distribution and correlation,

19   what is it that you see about the distribution of the

20   academic rating?

21   **A.**  We don't see that much variation across races.  It is

22   true that Asian-Americans sort of are at the top within each

23   of these deciles, but they're not so far above that, for

24   example, in decile 8 they'd have a higher rating than

25   somebody in decile 9.  So it suggests that -- and we would

1    expect Asian-Americans to be near the top of each of these

2    deciles because we know that they score better on the

3    academic index.  So it basically suggests race is not really

4    influencing this rating, just suggests it because this is

5    just descriptive.

6    **Q.**  Now, did you also do this for the extracurricular rating?

7    **A.**  I did.

8    **Q.**  I'm going to go to Slide 13.  What did you see when you

9    looked at the breakdown of 1s and 2s on the extracurricular

10   rating by academic decile?

11   **A.**  Well, it's of course not as positively related and the

12   correlation is weaker.  But nonetheless you can still see

13   that even though it's not as strong as what we saw with the

14   academic ratings, there's a clear positive relationship.

15   Those on the bottom decile only get a 1 or a 2 on the

16   extracurricular 10 percent of the time.  At the top decile,

17   it's 36 percent.

18   **Q.**  So in terms of your likelihood of getting a high

19   extracurricular rating, how does that correlate with your

20   academic index performance?

21   **A.**  It's positively correlated.

22   **Q.**  Meaning if you get a high academic index, what does that

23   do for the likelihood you get a high extracurricular rating?

24   **A.**  It significantly increases it.

25   **Q.**  Did you also break this out by race?

Case: 19-2005    Document: 00117628230    Page: 73    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB  Document 644  Filed 04/18/19  Page 61 of 250

61

1    **A.**  I did.

2    **Q.**  I'm going to go to Slide 14.  Is that what's here?

3    **A.**  It is.

4    **Q.**  When you look at the breakdown by race within each decile

5    for high extracurricular ratings, what did you see?

6    **A.**  Well, it's a bit noisier.  That's to be somewhat

7    expected, given that it's the extracurricular rating and not

8    the academic rating.  The way I see this data,

9    African-Americans are at the highest in decile 10.  There's

10   some evidence that Asian-Americans are slightly higher in

11   some of these deciles, but I view this as being noisy but

12   fairly flat within races.

13   **Q.**  Then what does this then suggest about the influence of

14   race in the assignment of the extracurricular rating?

15   **A.**  It suggests that it's likely not important.

16   **Q.**  What about the overall rating?  Did you similarly analyze

17   that?

18   **A.**  I did.

19   **Q.**  Going to Demonstrative Slide 15, when you looked at the

20   distribution of high overall ratings broken down by academic

21   decile across the entire applicant pool, what did you see?

22   **A.**  Well, here it's clearly quite positively correlated as

23   well.  There are very few people who get those coveted top

24   ratings.  So even in the top decile, it's 14.7 percent.  But

25   it's also the case that if you're in one of those bottom

Case: 19-2005   Document: 00117632236   Page: 74   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 62 of 250

62

1    deciles, you're out of luck.

2              THE COURT:  What's this slide showing?

3              THE WITNESS:  This is showing the probability of

4    receiving a 1 or a 2 on the overall rating.

5              THE COURT:  The overall rating.  Okay.

6              THE WITNESS:  And you can see at that bottom decile

7    it's zero, and it goes up with each academic decile.

8    BY MR. McBRIDE:

9    **Q.**  So just speaking broadly across the entire applicant

10   pool, as you have a higher academic index, what does the data

11   show you about your likelihood of receiving a high overall

12   rating?

13   **A.**  It substantially increases it.  The two are positively

14   correlated.

15   **Q.**  And did you also break this up by race?

16   **A.**  I did.

17   **Q.**  So just to be clear, on this slide what is the data that

18   you're showing?

19   **A.**  The percentage of applicants receiving a 1 or a 2 on the

20   overall rating by race and ethnicity for the top four

21   academic index deciles.

22   **Q.**  And again, is the ordering the same as we've seen before

23   with the white, Asian-American, African-American, Hispanic,

24   going left to right?

25   **A.**  It is.

1   **Q.**  I'm just going to blow up one here to make it a little
2   more visible on the screen.
3           When you look at the distribution of overall
4   ratings of 1 or 2 as broken down by race within a given
5   decile, what did you see?
6   **A.**  Wide disparities.  You can see that African-Americans
7   have a 45 percent chance of receiving a 1 or a 2 in that 9th
8   decile.  And that Hispanics, while substantially lower than
9   African-Americans, are still a lot higher than the other two
10  groups at almost 20 percent.  And then whites are at
11  11 percent and Asian-Americans bring up the rear at
12  7.6 percent.
13  **Q.**  And how does this compare with what you saw in the
14  academic and the extracurricular rating?
15  **A.**  It's very different.  It's just distorted.
16  **Q.**  And if you look across the deciles going from 10 to 9 to
17  8 to 7, did you notice anything?
18  **A.**  Well, this pattern is systematic.  In all the deciles you
19  see this clear rating, clear ordering with African-Americans
20  seeing the highest probabilities of getting a 1 or 2 in every
21  decile followed by Hispanics, followed by whites, followed by
22  Asian-Americans.  And this is so strong that
23  African-Americans in the 7th decile have well over double the
24  chances of getting a 1 or 2 on that overall rating than
25  Asian-Americans in the top decile.

Case: 19-2005    Document: 00117628230    Page: 76    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 644    Filed 04/18/19    Page 64 of 250

64

1    **Q.**  What does the pattern you see about the distribution of

2    high overall ratings by race within a decile suggest to you?

3    **A.**  It suggests that race has clearly played a role in this

4    rating.

5    **Q.**  And what about with respect to Asian-American applicants?

6    **A.**  That it looks like a penalty here.

7    **Q.**  And is there anything about the racial preferences you

8    see in the data patterns that is consistent with what you

9    understand Harvard's stated use of race in admissions to be?

10   **A.**  Yes.  Harvard's acknowledged that they use race in the

11   overall rating to the benefit of African-Americans and

12   Hispanics.

13   **Q.**  And that's reflected how here?

14   **A.**  In the fact that African-Americans have such a

15   substantially higher probability of getting a 2 or better in

16   every decile, and similarly for Hispanics.

17   **Q.**  And did you do a similar analysis with the personal

18   rating?

19        THE COURT:  Can I ask you a question?  The

20   differences between whites and Asians on these charts, are

21   those sort of statistically significant?

22        THE WITNESS:  They are statistically significant,

23   but I don't report that in my reports.  I know that they look

24   small because they're next to these big gaps, but those are

25   real.

**JA2226**

|     |     |
| --- | --- |
| 1   | BY MR. McBRIDE: |
| 2   | **Q.**  Did you also look at the personal rating? |
| 3   | **A.**  I did. |
| 4   | **Q.**  I'm going to Plaintiff's Demonstrative Slide 17 in PD38. |
| 5   | Just again to be clear, what's the data that's on |
| 6   | this slide? |
| 7   | **A.**  The percentage of applicants receiving a 1 or 2 on the |
| 8   | personal rating by academic decile. |
| 9   | **Q.**  And as you go from low to high academic deciles, what |
| 10  | happens to the probability of receiving a high personal |
| 11  | rating from Harvard? |
| 12  | **A.**  Well, it looks a lot like the extracurricular rating |
| 13  | where you still have a shot at the lowest decile, but your |
| 14  | probability of getting one of these high ratings increases |
| 15  | with each academic decile.  This again shows that the |
| 16  | personal rating's positively correlated to this academic |
| 17  | index. |
| 18  | **Q.**  Did you break these out by race as well? |
| 19  | **A.**  I did. |
| 20  | **Q.**  So I'm going to Slide 18 of Plaintiff's Demonstrative 38. |
| 21  | And when you look at the pattern of the personal |
| 22  | score assignments of high personal rating assignments across |
| 23  | the races, what did you see? |
| 24  | **A.**  Well, a pattern that looks an awful like the pattern we |
| 25  | saw for the overall rating. |

**JA2227**

1    **Q.**  And how is that?

2    **A.**  Well, within each decile, focusing decile 9 here, we've

3    got 40 percent of African-Americans receiving a 2 or higher

4    on the personal rating.  That's the highest group by far.

5    Followed by Hispanic applicants, followed by

6    Asian-Americans -- sorry -- followed by whites and then,

7    bringing up the rear, Asian-Americans.

8    **Q.**  Did you look at the overall and personal distributions

9    together?

10   **A.**  I did.

11   **Q.**  I'm going to Slide 19.  Is that the overall rating

12   distribution we saw before there at the top?

13   **A.**  It is.

14   **Q.**  And the personal rating here at the bottom?

15   **A.**  It is.

16   **Q.**  What are the similarities that you see between the

17   distribution of the ratings across the different racial

18   groups as for the overall and the personal rating?

19   **A.**  Well, the shape is identical.  You see the same

20   systematic patterns with African-Americans scoring the

21   highest within each decile followed by Hispanics, then

22   whites, then Asian-Americans.  And on that personal rating,

23   Asian-Americans at the 10th decile, only 22 percent of them

24   get a 1 or a 2.  That's actually lower than the

25   African-American share at the 3rd decile.

Case: 19-2005    Document: 00117628236    Page: 79    Date Filed: 07/30/2026    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 67 of 250

67

1    **Q.**  That being decile 7, you mean?

2    **A.**  Yes.

3    **Q.**  When you compare the overall rating where racial

4    preferences are admitted to be utilized with the distribution

5    you see with the personal rating, what does that suggest to

6    you?

7    **A.**  It suggests that race is influencing the personal rating

8    just like it is with the overall rating.

9    **Q.**  And what does this suggest to you with respect to what's

10   happening to Asian-Americans in the assignment of the

11   personal and the overall rating?

12   **A.**  That they're receiving a penalty in it.

13   **Q.**  Now, what about the other ratings like the school support

14   ratings?  Did you do something similar with them?

15   **A.**  I did.

16   **Q.**  And what did you see in those distributions?

17   **A.**  There was some evidence of patterns that looked like the

18   patterns we see here, but it was much more muted.  You didn't

19   have this thing where African-Americans -- where

20   Asian-Americans were being scored worse than somebody at much

21   lower deciles the way you do -- you do here.

22   **Q.**  We'll come back to those ratings as well in a while.  But

23   I want to finish up by talking about your analysis of the

24   patterns in the admit rates for Harvard.

25           Did you look at that as well?

**A.**  I did.

**Q.**  I'm going to go to Slide 20, Plaintiff's
Demonstrative 38.

What's the data in Slide 20 of Plaintiff's
Demonstrative 38?

**A.**  This shows you the admit rates by race, ethnicity, and
year.

**Q.**  Are these average rates?

**A.**  That's correct.

**Q.**  When you looked at the average admission rates per year
across white, Asian-American, African-American, and Hispanic,
what did you see?

**A.**  We see that African-Americans are always the highest and
significantly higher than Asian-Americans.  And that whites
and Asian-Americans track fairly closely with the exception
of 2019 where whites are significantly lower.

**Q.**  Was there any statistically significant difference in the
average admit rates for Whites and Asians in these years 2014
to 2019?

**A.**  Yes.  In 2019.

**Q.**  Only in 2019?

**A.**  Only in 2019.

**Q.**  Is there any significance to the year 2019?

**A.**  That's the year after the lawsuit.

**Q.**  This lawsuit?

Case: 19-2005    Document: 00117632236    Page: 81    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 69 of 250

69

 1    **A.**   Yes.

 2    **Q.**   What is --

 3          THE COURT:  This is just the admission rates by

 4    ethnicity without taking into account any of the deciles or

 5    any of the scores.  You have the number of applicants and the

 6    number of them that are admitted.

 7          THE WITNESS:  That's right.  We are going to show

 8    you.  That's going to be the next slide.

 9          THE COURT:  I know that once I get lost I will

10    never get back on track.

11          MR. McBRIDE:  Your Honor, I understand that.  The

12    train has narrow rails.  So please at any time if you want to

13    ask a question.

14          THE COURT:  Yes.  I just want to make sure I don't

15    lose the thread.

16    BY MR. McBRIDE:

17    **Q.**   What is the fact that these rates as between whites and

18    Asian-Americans are generally flat and not significantly

19    different, except for the first admission cycle after this

20    lawsuit -- what does that tell you?

21    **A.**   Absent any other information, it doesn't tell us much

22    because you need to know the qualifications of the

23    applicants.  We've already seen that Asian-Americans are

24    substantially stronger on the academic index.  So if the

25    academic index translates into higher admissions

1    probabilities, if there was no discrimination, you would

2    expect Asian-Americans to have higher admit rates.

3    Q.  So what did you do to investigate that further?

4    A.  We did the decile analysis again.

5    Q.  I'm going to go to Demonstrative 21.

6         MR. McBRIDE:  I see Your Honor chuckling at the

7    additional decile now.

8         THE COURT:  That wasn't why I was chuckling.

9    BY MR. McBRIDE:

10   Q.  What is the data that we have here on Slide 21?

11   A.  This gives the admit rates by race and ethnicity in the

12   academic index decile.

13   Q.  And, again, at the top decile, Decile 10, as we go

14   across, these numbers represent what?

15   A.  The admit rate for that group.

16   Q.  And what did you see when you looked at the relative

17   admit rates broken down by racial group within each decile?

18   A.  Wide disparities.  You can see that African-Americans in

19   that top decile are admitted at a rate of 56 percent.  That's

20   substantially higher than Hispanics at 31 percent, which is

21   substantially higher than whites at 15 percent.  And then

22   Asian-Americans bring up the rear at 12.7 percent.

23   Q.  And as you go down the deciles, how does that pattern

24   change?

25   A.  Well, it's clear that you have a higher admit probability

**JA2232**

1   if you're in one of those higher deciles.  No one's admitted

2   in that bottom decile.  And as you continue to move up, you

3   see the admit rates rise.

4   **Q.**  Let me focus on that for a second.  This right-hand

5   column that says, "All Applicants," I assume that's not

6   broken out by race.  That's everyone?

7   **A.**  That's correct.

8   **Q.**  When you look at the admit rates for students in the

9   highest academic decile versus the lowest academic decile and

10   the pattern in between, what does that show you?

11   **A.**  It shows you that the academic index is positively

12   correlated with admission.  You see the strong rise in the

13   probability of admittance with higher deciles.

14          MR. LEE:  Your Honor, could I just ask for

15   clarification on the last question, which I think is on the

16   chart.  But this does not include ALDCs, right?

17   BY MR. McBRIDE:

18   **Q.**  What's the data set --

19   **A.**  This is the baseline data set.  It does not include

20   ALDCs.

21          MR. LEE:  Right.  Does not include ALDCs.

22   BY MR. McBRIDE:

23   **Q.**  Does this include ALDCs in this baseline data set?

24   **A.**  No.

25          MR. LEE:  Thank you.

**JA2233**

1              THE WITNESS:  But I think that's part of the point

2    is that you're not getting -- the reason the white rate is

3    not higher is -- it cannot be because of ALDC preferences.

4    It has to do with comparing these apples to apples.

5    BY MR. McBRIDE:

6    **Q.**  Now, we're talking about the relative distribution in

7    terms of admit rates by race within a given decile.

8              Does the pattern that you identified in terms of

9    highest to lowest admit rates across the racial groups --

10   does that hold as you move into lower deciles?

11   **A.**  It holds it at all those deciles, yes.

12   **Q.**  And so the pattern you see between the racial groups at

13   all academic deciles is what again?

14   **A.**  That within each decile African-Americans are admitted at

15   a much higher rate than everyone else.  That Hispanics at a

16   much higher rate than whites and Asian-Americans, and then

17   whites at a higher rate than Asian-Americans, and this holds

18   in every decile.

19   **Q.**  And did you chart this data to see what the distribution

20   would look like in the bar graphs?

21   **A.**  I did.  I just want to raise one more point on this.

22             Asian-Americans in that top decile are admitted at

23   a lower rate than African-Americans in the 4th decile.

24   **Q.**  And are you comparing these two numbers here?

25   **A.**  I am.

Case: 19-2005    Document: 00117632236    Page: 85    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 73 of 250

73

1    **Q.**  Going to Plaintiff's Slide 22 in PD38, what data are you

2    showing here?

3    **A.**  So now we've just basically taken the data on the

4    previous slide.  This is the admit rates by race/ethnicity

5    and academic decile.

6    **Q.**  And to be clear, this is the same data that you showed on

7    the previous chart.  You've now put it in a graph?

8    **A.**  That's correct.

9    **Q.**  This is broken down by race, the same way your previous

10   chart was?

11   **A.**  That's correct.

12   **Q.**  What did you see when you looked at that distribution in

13   this bar chart form?

14   **A.**  Large disparities, and it's very consistent with what we

15   saw for the overall rating and the personal rating.

16   **Q.**  And if you were to compare the pattern that you saw in

17   terms of visually here with the admit rates by decile, how

18   does that compare to what you saw with the personal and the

19   overall rating?

20   **A.**  Same pattern.  You see the same systematic things

21   happening within each of these deciles.  Where at the top

22   decile -- where in every decile African-Americans are the

23   highest followed by the same ordering.

24   **Q.**  Taking a step back, when you look at the analyses you did

25   of all of the different descriptive data of the applicant

1    pool as well as its admission rate, what did you find?

2    **A.**   That race is very much -- appears to be influencing the

3    overall rating, the personal rating, and the admit rates.

4    With the other ones, the effects are muted.

5    **Q.**   Specifically with respect to Asian-American applicants,

6    what did your analysis of the descriptive data suggest to

7    you?

8    **A.**   It suggests the possibility of a penalty in those three

9    key measures, overall, personal, and admit.

10   **Q.**   And what did you do to analyze this further?

11   **A.**   Well, now, we're to developing a model because this is

12   only looking at one characteristic, the academic index.  Now

13   we want to know if we control for everything else, do we

14   still see some of these patterns.

15   **Q.**   What kind of model are you talking about?

16   **A.**   Talking about a logit model or some version of it.

17            And what a logit model is it's a way of modeling an

18   outcome that is like a yes/no outcome or 0/1.  In this case

19   that outcome would be admissions.  And we do something along

20   the same vein for modeling the ratings.

21   **Q.**   Did you provide a demonstrative to help you describe what

22   a logit model is?

23   **A.**   Yes.

24   **Q.**   I'm going to go to --

25            THE COURT:  You did all these correlations to the

**JA2236**

1    academic rating so far, right?

2              THE WITNESS:  That's correct.

3              THE COURT:  Is that -- that embeds the assumption

4    that the academic rating is the most important?

5              THE WITNESS:  I don't think it embeds that

6    assumption.  I think what it just shows is that given the

7    same -- the advantage of the academic index is it gave us

8    something that was more continuous.

9              With those ratings we're talking about very limited

10   categories.  So we're able to more isolate down something

11   that's similar across them.  But certainly there's a bunch of

12   other factors here, and that's why I want to account for

13   those in the model.

14             It would have to be true for something like this

15   that Asian-Americans would have to be substantially worse on

16   those other things to explain the patterns that we've seen so

17   far.

18   BY MR. McBRIDE:

19   Q.   I'm going to go to Slide 23.  Can you describe briefly

20   how does a logit model function?

21   A.   The way a logit model functions is it takes -- rather

22   than just the academic index in one of the other ratings, it

23   takes all of those different variables from geography to the

24   academic variables to the ratings.  It throws them all in,

25   and then effectively assigns probabilities to people being

Case: 19-2005   Document: 00117632236   Page: 88   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 76 of 250

76

 1    admitted or rejected.

 2    **Q.**  Do you always use all of the variables and information

 3    that you have when you generate a model?

 4    **A.**  No.  You don't use all of the information.  And what

 5    information you use depends on the question that you're

 6    addressing as well.

 7    **Q.**  I'm going to go to Slide 24 and ask what is your goal

 8    specifically when you look at a logit model?  What's your

 9    goal when you're using the model?

10    **A.**  Given the variables that you've deemed are appropriate to

11    include in the model, the goal is to effectively find

12    coefficients that will result in high probability of

13    admission for those who are actually admitted and high

14    probability of rejection for those who are rejected.  Now,

15    what those coefficients are, are weights on the various

16    factors.

17    **Q.**  Before we go any further, just to make sure we know what

18    you're talking about, on Slide 24 here coming out of the

19    logit model you have this equation.  What are the

20    coefficients you're talking about?

21    **A.**  Those are the colored letters, the A, B, C, D, and R.

22    **Q.**  Are the coefficients in this equation something emerges

23    from your model?

24    **A.**  They are.

25    **Q.**  And what do those coefficients then represent?

1    **A.**   They represent sort of the weight that these different

2    factors receive in the admissions process.

3    **Q.**   Taking as an example, since this case is about race, if

4    we look at the R coefficient, how does the R coefficient

5    provide you with information about the affect of race in the

6    logit model?

7    **A.**   So because you're controlling for everything else,

8    academics, extracurriculars, SATs, and such, what the

9    R coefficient gives you is, given all the other information

10   in the data, is that person receiving a penalty or a tip as a

11   result of their race.

12          So if we looked at, say, African-American, we know

13   that they're receiving tips in the process.  We would expect

14   that the coefficient on African-American would be positive.

15   **Q.**   Now, coefficient, is that anything other than just a

16   number?

17   **A.**   It's just a number.

18   **Q.**   What if a person were suffering a penalty because of his

19   or her race in the admissions process?  What would that

20   translate to in a coefficient?

21   **A.**   I should have actually been more explicit.  When I say

22   it's a positive number for African-American, this all has to

23   be relative to some baseline group.

24   **Q.**   What's the baseline?

25   **A.**   The baseline is going to be white applicants.  So when I

1   get that positive coefficient on African-American, that gives

2   you the tip relative to white applicants after holding

3   everything else fixed, all the ratings, geography, all that.

4          So to come back to your question, if we see a

5   negative number on, for example, a negative coefficient on

6   Asian-Americans, that would suggest a penalty relative to

7   white applicants conditional on controlling for all these

8   other factors.

9   **Q.**  What about the magnitude of the coefficient?  Does that

10  have some significance when you're looking at a -- within

11  given model at a specific variable?

12  **A.**  For something like race, yes, where you would say we saw

13  that -- it appeared that African-Americans might be getting a

14  bigger tip than Hispanics.  You would expect a larger

15  coefficient for African-Americans than for Hispanics, both

16  positive, but the African-American one would be larger.

17  **Q.**  To be clear, how does the positive coefficient -- we'll

18  use that as an example -- what does that translate into with

19  respect to the outcome of probability of admission?

20  **A.**  It increases the probability of admission.

21  **Q.**  And for the negative coefficient, how does that affect

22  the outcome on probability of admission?

23  **A.**  It reduces the probability of admission.

24  **Q.**  Now, other than these coefficients that relate to these

25  weights on factors, is there anything else that you can do

1    with the output of the model?

2    **A.**   Yes.  You can look at how your probabilities of admission

3    would change if you changed one of your characteristics.  For

4    example, if we turned off an Asian-American penalty or turned

5    off a particular racial preference.

6    **Q.**   What is that called?

7    **A.**   This is going to be called the "Marginal Effect."

8    **Q.**   Did you have a demonstrative to help explain marginal

9    effect of admission?

10   **A.**   I do.

11   **Q.**   I'm going to Slide 25, Plaintiff's Demonstrative 38.

12         I guess at a big level how do you determine the

13   marginal effect of race on admission in this context?

14   **A.**   So once you have all the coefficients, you already know

15   their characteristics.  You know what each applicant has

16   received on their academic ratings, on their teacher ratings,

17   and you know their race.  So with that information you can

18   calculate the probability of admission in the case where race

19   is considered.

20         Now, if we're looking at Asian-Americans, we would

21   calculate this for all Asian-Americans, and that would give

22   us the probability of admission for those Asian-Americans.

23   **Q.**   And is that this here at the top, "Probability of

24   Admission With Race"?

25   **A.**   That's correct.  Then if we're interested in, say,

1   removing a penalty against Asian-Americans, we would turn off

2   those -- take out that race part.  And then we can say,

3   "Okay.  If they were treated like a white applicant, then

4   here's how these characteristics, the academics and so on,

5   would translate into their probability of admission," which

6   would be the probability of admission without race.

7   **Q.**  And then to determine the marginal effect of race?

8   **A.**  So the marginal effect of race for a particular applicant

9   would be their probability of admission with race minus their

10  probability of admission without race.

11          You do this for all the Asian-American applicants,

12  in average that gives you your average marginal effect.

13  **Q.**  Can any model like this be a perfectly complete

14  representation of the Harvard admissions process?

15  **A.**  Certainly not.  There's always a role for unobservables.

16  **Q.**  What are "unobservables"?

17  **A.**  Unobservables are factors that your model does not

18  capture for whatever reason.  They can be things like --

19  certain ratings like the music rating where there's not

20  enough people there to include that in a model.

21          And then the assumption that you make is that --

22  when you're calculating these marginal effects, is that those

23  unobservables are uncorrelated after you've controlled for

24  everything else with race.

25  **Q.**  Now, does that make a model unreliable --

```
 1              THE COURT:  I'm sorry.  You assume that they don't
 2      correlate or they do?
 3              THE WITNESS:  They don't correlate in order to
 4      interpret -- interpret these effects.
 5              THE COURT:  Unobservables don't correlate.  That's
 6      what you assume?
 7              THE WITNESS:  When you're calculating these
 8      marginal effects of race, that's correct.
 9              THE COURT:  But you assume don't correlate to race.
10              THE WITNESS:  Right.  That's why we condition on
11      all these other -- other variables.
12      BY MR. McBRIDE:
13      Q.  To be clear the lack of correlation of unobservables you
14      are talking about is a lack of correlation to race itself?
15      A.  That's right.
16      Q.  Not to other things necessarily.
17      A.  That's correct.
18      Q.  Does it make your model unreliable that there exists
19      unobservables?
20      A.  No.  That would be the downfall of empirical economics if
21      that were the case because all models have unobservables.
22      Q.  Now, we know what a logit model is.  How do you go about
23      building such a model?
24      A.  Again, this will depend on the question you're trying to
25      address.  So what we're going to do is think about the
```

Case: 19-2005    Document: 00117623236    Page: 84    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 82 of 250

82

 1    different variables that we want to put into our model that

 2    could possibly explain the disparities in admission rates

 3    that we see.

 4              But we want to be careful not to include variables

 5    that are themselves a function of race because, if there's a

 6    penalty against Asian-Americans in, say, the personal rating,

 7    that's the mechanism through which they're receiving a

 8    penalty.  So you wouldn't want to include that variable in

 9    your model.

10    Q.   Now, did you prepare a demonstrative of the variables

11    that you included in some of your models?

12    A.   I did.

13    Q.   This is Slide 26 of Plaintiff's Demonstrative 38.

14              What are you representing here on this slide first?

15    A.   Well, these are all the variables I'm including in two of

16    my models of admissions for the baseline data set, Models 4

17    and Models 5.

18    Q.   These different categories and listings here, what do

19    these represent?

20    A.   These represent different variables.  What's important to

21    keep in mind is that each variable -- when we say "race"

22    there, that's actually many variables.  It's a separate

23    variable for African-Americans, for Hispanics, for

24    Asian-Americans.

25    Q.   So this category, these categories for things like

Case: 19-2005    Document: 00117632236    Page: 85    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 644    Filed 04/18/19    Page 83 of 250

83

1    race/ethnicity, female, disadvantaged, application waiver,

2    they contain additional variables within that category?

3    **A.**  For something like female, no.  Because you just would

4    have females, and that would be relative to males.  That's

5    the omitted group.

6            But, for example, mother's education would contain

7    many categories or a few categories, anyway.

8            THE COURT:  Are you doing that by, like, graduate

9    degree, college, high school?

10           THE WITNESS:  That's right.  I'd have to look up

11   the exact ones.

12           THE COURT:  That's the kind of thing?

13           THE WITNESS:  Yes.

14           THE COURT:  Those are, like, each assigned a

15   number?

16           THE WITNESS:  So basically you'll have a variable

17   that would be -- "Did your mom receive a graduate degree,"

18   and that either take on a value of 1 or 0 if you did or did

19   not.

20   BY MR. McBRIDE:

21   **Q.**  How many variables total do you have when you account for

22   what you just described to Her Honor?

23   **A.**  Well, when the ratings are included, that's over

24   300 variables.

25   **Q.**  You just talked about when the ratings are included.

Case: 19-2005   Document: 00117622230   Page: 96   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 84 of 250

84

1    Were there models where you did not include Harvard's

2    ratings?

3    **A.**   That's correct.  And that's what Model 4 does.  The

4    reason we do that is, to the extent that race is affecting

5    all the ratings, you wouldn't want them in the model.  So

6    we're sort of covering the situation where race affects the

7    ratings and when race doesn't affect the ratings.

8    **Q.**   So to be clear, Model 4 is all of the ratings that we

9    have here but not -- all of the variables we have here but

10   not the Harvard ratings?

11   **A.**   That's correct.

12   **Q.**   And Model 5 contains what?

13   **A.**   Model 5 contains all those variables plus the Harvard

14   ratings with the exception of two.  I do not include the

15   overall and personal rating, and that's based on both the

16   descriptive analysis that I've already described, but also

17   we're going to proceed with models of those ratings.  And

18   it's very clear that race affects those ratings to such an

19   extensive margin that it's important to exclude them.

20   **Q.**   I'm going to call out one other set here.  There's a

21   category of variable categories that you label as

22   "Interactions" here.  Things like race/ethnicity times

23   disadvantaged is something we've heard in court.

24        What is an "Interaction"?

25   **A.**   An interaction allows the effect of a variable to vary

**JA2246**

1    across the different groups.  So as an example, we might

2    think that the tip you receive for being disadvantaged may

3    vary with your race.

4    **Q.**  And when you have that situation where you think

5    something like disadvantaged status affects different races

6    differently, what do you do?

7    **A.**   In that case you want to include a variable that captures

8    that interaction.  So one of the variables will be Asian and

9    disadvantaged.

10   **Q.**  And if you don't include an interaction for a indicator

11   like disadvantaged and it does, in fact, vary across races,

12   what does that do to your model?

13   **A.**   Well, it would make it less reliable, and you wouldn't be

14   capturing the subtleties of how racial preferences operate.

15   **Q.**  Looking specifically at this interaction of race and

16   disadvantaged, why did you include that interaction in your

17   model?

18   **A.**   Two reasons.  One in my past work on affirmative action

19   in higher education, I have found that you get a tip for

20   being low-income and a tip for being African-American, but

21   you don't get the low-income tip if you are African-American

22   or at least the tip is diminished.

23           So I already knew ahead of time that that result

24   was likely there.

25           The other part was we saw in the OIR reports that

**JA2247**

1    there was evidence that the tip you got for low income --

2    that you got a different tip for being low income depending

3    upon your race.

4    **Q.**   Did you hear or read any testimony that supported this

5    decision?

6    **A.**   I did.

7    **Q.**   What was that?

8    **A.**   I heard Dean Fitzsimmons testify about this.

9    **Q.**   What did you hear that he testified about?

10   **A.**   That he was looking at how the low-income tip varied by

11   race.

12   **Q.**   Do you recall reading the testimony of Ms. Bever?

13   **A.**   I do.

14   **Q.**   Do you recall a discussion with her about how exactly one

15   interprets and uses the coefficients for the interaction

16   terms?

17   **A.**   Yes.

18   **Q.**   Did you prepare a demonstrative that would help explain

19   how you interpret a chart of coefficients that includes

20   interactions?

21   **A.**   I did.

22            MR. McBRIDE:   Go to Plaintiff's Demonstrative 27.

23            THE COURT:   What are the interactions for female?

24   Why are those in there?

25            THE WITNESS:   Well, there's some evidence that, for

1    example, for African-Americans, if you look at the college

2    going rates for African-Americans, there are way more females

3    than males.  And so to the extent that people care about

4    gender diversity within race, you would expect to see

5    something like African-American men getting a bigger tip than

6    African-American women.

7              There's a joke about -- there's a t-shirt at MIT

8    that says -- for females that says "The odds are good, but

9    the goods are odd."  That sort of thing.

10             THE COURT:  I'm not sure whether to be insulted.

11             MR. LEE:  I think it's time for a break.

12             THE COURT:  Do you want a break?

13             MR. LEE:  No.

14             THE COURT:  Joan was going to try and forge through

15   to lunch.  That sounds like another 25 minutes or so.  Is

16   that all right with people?

17             MR. McBRIDE:  That's fine with us, Your Honor.

18   BY MR. McBRIDE:

19   **Q.**  Looking at this chart that you provided in your

20   demonstrative, I see you have got variables listed on the

21   left side and coefficients on the right side.  Is that right?

22   **A.**  That's right.

23   **Q.**  In terms of identification purposes, this is not a real

24   representation of a coefficient chart, is it?

25   **A.**  No.  These have many more variables there.

1    **Q.**   What are the variables that you provided for your

2    demonstrative?

3    **A.**   Just the Asian-American, the disadvantaged, and then the

4    interaction variable, Asian-American, and disadvantaged.

5    **Q.**   Now, as a starting point, with respect to each of these

6    individual variables, is there a baseline group that you're

7    comparing to?

8    **A.**   Yes.  For race we'd be talking about white students.  So

9    the Asian-American coefficient gives you the tip you would

10   receive for being Asian-American for applicants who are not

11   disadvantaged.

12   **Q.**   And the reason it's for them not being disadvantaged is

13   because you've included the interaction term?

14   **A.**   That's correct.

15   **Q.**   So what is the comparison, then, with respect to the

16   disadvantaged coefficient?  What is that comparing people?

17   **A.**   That coefficient is relative to the baseline category of

18   being not disadvantaged.  And so that would tell you what the

19   tip was for a white applicant for being disadvantaged.

20   **Q.**   Now, how does the interaction term come into play?  What

21   does that allow you to do?

22   **A.**   That allows the tip for being disadvantaged to vary by

23   race.  So in this case to vary -- to be different for

24   Asian-Americans relative to whites.

25   **Q.**   Now, I want to look at the comparisons you've made here

1  at the bottom.  What if you wanted to compare a disadvantaged

2  Asian-American applicant with a disadvantaged white

3  applicant?  How would you use these coefficients?

4  **A.**  So what the disadvantaged Asian-American applicant and

5  disadvantaged white have in common is they're both

6  disadvantaged.  They would both get the D tip.  So it's not

7  going to be different between the two.

8       If we're looking at how they're treated

9  differently, all else equal, then you have to add the tip or

10 penalty that Asian-Americans face, that's A, plus the

11 differential tip that you get for being Asian-American and

12 disadvantaged.  That's X.

13      A plus X gives you the tip or penalty that

14 disadvantaged Asian-Americans have relative to disadvantaged

15 white applicants.

16 **Q.**  And what if you wanted to make a comparison of the tip or

17 penalty as between a disadvantaged Asian-American applicant

18 and a not disadvantaged Asian-American applicant?

19 **A.**  Well, now what they have in common is that they're

20 Asian-American.  So they're not going to be treated

21 differentially based on their race.

22      The disadvantaged tip is then -- the baseline

23 disadvantaged tip D, plus the additional tip or penalty for

24 Asian-American and disadvantaged X.  So D plus X would give

25 you the total tip the disadvantaged Asian would receive

 1    relative to a nondisadvantaged Asian.

 2    **Q.**  And then finally if you were looking to compare a

 3    disadvantaged Asian-American applicant versus a not

 4    disadvantaged white applicant, what would you do to find the

 5    coefficient for that?

 6    **A.**  Now, they're different on both dimensions.  They're

 7    different on the racial dimension but also different on the

 8    disadvantaged dimension.  So you have to add all three of the

 9    coefficients, A plus D plus X.

10    **Q.**  Now, once you've identified all of the relevant

11    variables, are you now ready to build your model?

12    **A.**  Yes.

13          MR. McBRIDE:  Can we go to Plaintiff's

14    Demonstrative 28.

15    BY MR. McBRIDE:

16    **Q.**  Is this a list of the different models that you built?

17    **A.**  It is.

18    **Q.**  Go ahead.

19    **A.**  So we have the final admission decision.  That's what

20    we've been talking about this whole time.  But I also have

21    models of each of these ratings measures:  the overall

22    rating, academic rating, extracurricular, and personal.  I

23    didn't do athletic because I didn't feel like I could model

24    that.  So I just took it as given, assumed that race wasn't

25    influencing that rating.

Case: 19-2005   Document: 00117629239   Page: 103   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 91 of 250

91

1          Then you have the school support measures like

2     teacher and counselor and then the alumni ratings.

3     **Q.**  Now, are all the different ratings models the same or

4     similar?

5     **A.**  They're very similar to what I already showed you.

6     There's a little bit of subtle differences about how the

7     admissions cycle affects it.  But they're basically the same.

8     And also it's the case that obviously if you're doing a model

9     of the academic rating, you can't control for the academic

10    rating.  So that would be pulled out.

11    **Q.**  Now why did you do models on all of these different

12    Harvard ratings?

13    **A.**  I wanted a sense for how race was influencing all of the

14    ratings to see -- the extent to which race effects the

15    ratings themselves after controlling for hundreds of

16    variables.

17    **Q.**  Now, if you found that there were significant racial

18    preferences or penalties in any of the Harvard ratings, what

19    should you do with respect to their use in your final

20    admissions decisions model?

21    **A.**  Well, if it's especially egregious, then you're going to

22    want to remove those variables from the model.

23          Professor Card and I agree with that.  That's why

24    neither one of us includes the overall rating in our

25    admissions model because we both know that it's affected by

1    race.

2    **Q.**  And just very briefly, why do you not want to include

3    those in the model if they're severely affected by race?

4    **A.**  Well, this is -- because that's one of the paths that

5    discrimination could take place.  Say, well, we're not

6    discriminating against Asian-Americans, they're just not

7    likeable.  Well, if the reason we're scoring them low on the

8    personal rating is because they're getting a penalty, we've

9    just masked the penalty.

10    **Q.**  By including a personal rating in the model?

11    **A.**  That's correct.

12    **Q.**  Before we talk about the final admissions model, then,

13    why don't we first look at the results of the ratings models.

14         At a high level, what is it that you found when you

15    looked at the ratings models?

16    **A.**  Clear effects of race on the overall rating and personal

17    rating.  And there were hints of racial effects -- on

18    virtually all ratings you see some hints, hints of this.  But

19    they're sufficiently muted that I included them in the model.

20    **Q.**  I want to look at the overall rating first.  Did you

21    prepare a demonstrative with the results from your overall

22    ratings model?

23    **A.**  I did.

24    **Q.**  Can we go to Plaintiff's Demonstrative 29.  Is this your

25    overall rating model coefficients that came out?

1    **A.**  It is.

2    **Q.**  I notice you have different categories of racial groups

3    down the left-hand side, but I also see here you have four

4    subgroups listed within each racial category.  What do those

5    specific groups represent in terms of who they are?

6    **A.**  So again, we have to keep in mind what the comparison is.

7    What we're talking about in the first row is how an

8    African-American male who is not disadvantaged, what sort of

9    tip would they receive relative to a white male who is not

10   disadvantaged.

11            Similarly for female disadvantaged, what sort of

12   tip does a female African-American who's disadvantaged

13   receive relative to a white female who is also disadvantaged.

14            So what the coefficients show is that large tips

15   are present in the overall rating for both African-Americans

16   and Hispanics.  And Asian-Americans face a penalty.  There's

17   no significant penalty for female disadvantaged students, but

18   the other ones are significant.

19   **Q.**  And again, what did the negative coefficients that you

20   see for Asian-American applicants in the overall rating model

21   mean with respect to the probability that they will receive a

22   high overall rating?

23   **A.**  It means that they will have a lower probability of

24   receive a high rating.

25   **Q.**  What did you then understand to be true with respect to

1    the coefficients about the influence of race on the overall

2    rating?

3    **A.**   I think it's clear that race influences the overall

4    rating.  And what I find especially interesting is how it

5    influences it.  You definitely see that African-Americans

6    receive tips, but it's a slightly smaller tip for female

7    African-Americans and substantially smaller tip for

8    disadvantaged African-Americans.  So it's really the not

9    disadvantaged African-Americans who are receiving the big tip

10   relative to similarly situated white applicants.

11   **Q.**   Now, how does the pattern that you saw in the charts of

12   the coefficients coming from your model compare with the

13   pattern that you saw in your descriptive analysis of

14   Harvard's data on the overall ratings by academic index

15   decile?

16   **A.**   The academic index decile showed that as a whole

17   African-Americans receiving higher ratings followed by

18   Hispanic applicants.  And the Asian-Americans were receiving

19   lower ratings.  So all these line up even after you control

20   for this large set of variables.

21   **Q.**   And how do the results of your model align with your

22   decision not to include the overall rating in the admissions

23   model?

24   **A.**   Well, it made sense not to include it because that's one

25   of the ways in which racial preferences operate.

1   **Q.**  I want to turn to the modeling you did for the personal

2   rating.  Did you prepare a demonstrative with your

3   coefficients that came out of your personal rating model?

4   **A.**  I did.

5   **Q.**  I'm going to Slide 30 of Plaintiff's Demonstrative 38.

6           I see the same groups listed here, so I assume

7   we're talking about the same comparative groups for purposes

8   of what your coefficients mean?

9   **A.**  Yes.

10  **Q.**  And what did you see with respect to the coefficients for

11  the different racial groups on the personal rating model?

12  **A.**  Basically the same qualitative patterns.  You see that

13  African-Americans get a large tip on the personal rating.

14  That tip is slightly muted for females and more muted for

15  being disadvantaged.  This is again relative to similarly

16  situated white applicants.

17          You see again a positive tip for Hispanic

18  applicants and then for Asian-Americans the same pattern of

19  male -- of a negative tip across the board.

20  **Q.**  So for Asian-American applicants, the coefficients that

21  you saw in all the different categories, they were negative?

22  **A.**  That's correct.

23  **Q.**  And what do the negative coefficients that you saw for

24  Asian-American applicants on the personal rating model mean

25  to you with respect to the likelihood that the

1    Asian-Americans would receive a high personal rating?

2    **A.**   The likelihood was lower of receiving a high personal

3    rating if you were Asian-American.

4    **Q.**   Looking at the overall pattern of the personal rating

5    model coefficients, what did this show you about the

6    likelihood that the personal rating was significantly

7    influenced by race?

8    **A.**   I think it clearly is.  We see the exact same pattern

9    that we saw with the overall rating and what we saw with the

10   descriptive analysis of both the overall and personal

11   ratings.

12   **Q.**   Now, when we talked earlier about models, you were

13   mentioning an output of something called the average marginal

14   effect.  Do you recall that?

15   **A.**   That's correct.

16   **Q.**   Is that something that you did here with respect to the

17   personal rating model?

18   **A.**   I did.

19   **Q.**   When you talk about the average marginal effect with

20   respect to the personal rating model, that's the average

21   marginal effect of what?

22   **A.**   In this case, we're going to calculate it of receiving a

23   2 or better.

24   **Q.**   We're going to go to Slide 31 of Plaintiff's

25   Demonstrative 38, titled "Marginal Effect of Race on

**JA2258**

 1   Probability of Receiving a 2 Or Higher on Personal Rating."
 2          What are you showing here?
 3   **A.**   So I'm showing is what your actual probability of
 4   receiving a 2 is for each racial group.  That's in the darker
 5   bars.  So for example, for Asian-American applicants,
 6   17.8 percent receive a 2.  And then the lighter blue bars
 7   represent what would happen to their probability of receiving
 8   a 2 or higher if we turned off that penalty that they face in
 9   the personal rating.
10   **Q.**   And what was the marginal effect on the probability of
11   receiving a personal rating for Asian-Americans coming out of
12   your model?
13   **A.**   You can see it's a 3.8 percentage points drop.
14   **Q.**   I'm sorry?
15   **A.**   You see a drop of 3.8 percentage points, which, given the
16   base, is a 17.6 percent decrease in the probability of
17   receiving a 2 or higher.
18   **Q.**   And just to complete this, with respect to the
19   coefficients you saw for African-Americans and Hispanics, how
20   did that translate into a marginal effect on their likelihood
21   of receiving a 2 or higher on the personal rating?
22   **A.**   You can see that you get big boosts in both cases,
23   27 percent increase for African-Americans and a 14 percent
24   increase for Hispanics.
25   **Q.**   I want to go back to Slide 10.

Case: 19-2005    Document: 00117629239    Page: 110    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 98 of 250

98

1          Do you recall we had a discussion about the

2    significance of the personal rating for admission?

3    **A.**   I do.

4    **Q.**   And how significant would you consider a 17 percent

5    decrease in getting a high personal rating, given the

6    significance that you found towards admission?

7    **A.**   Well, I think 17 percent decrease, it is really a

8    3 percentage point decrease, which -- but that is a big shift

9    for those applicants.

10   **Q.**   And how would you expect that to affect their likelihood

11   of admission, given the importance of a personal rating?

12   **A.**   That through the personal rating they're receiving a

13   penalty which would lower their probability of admission.

14   **Q.**   Back to Slide 31.

15          You've seen and read the testimony from Harvard

16   about what's in the school support in the form of teacher and

17   counselor letters, how that was important for the assignment

18   of the personal rating?

19   **A.**   I did.

20   **Q.**   Is that something that you saw in your model?

21   **A.**   Yes.  I control for those school support measures in my

22   model, and they are positively related to the personal

23   rating.

24   **Q.**   So what does that mean about good teacher and counselor

25   support with respect to the personal rating?

1    **A.**   Good teacher and counselor support translates into higher

2    probabilities of receiving good personal ratings.

3    **Q.**   So does that mean that differences in teacher and

4    counselor support as between Asians and whites could explain

5    the difference that you saw in how they are receiving

6    personal ratings?

7    **A.**   Certainly not how they're scoring the teacher support

8    measures cannot explain what we see.

9    **Q.**   And why is that?

10   **A.**   Because we're accounting for those scores in our model.

11   **Q.**   Based on all of this, what was your ultimate conclusion

12   about the likelihood the personal rating is influenced by

13   race?

14   **A.**   I think it's clearly influenced by race.

15   **Q.**   And what does that mean with respect to your belief about

16   whether or not you should include the personal rating in your

17   admissions model?

18   **A.**   I believe it should not be included.

19           MR. McBRIDE:  Your Honor, we're at a breaking point

20   right here if you wanted to stop earlier or I'm willing push

21   forward.

22           (Discussion off the record.)

23           THE COURT:  So like 12:35.

24           MR. McBRIDE:  Sounds good.

25           THE COURT:  12:30 in there somewhere.

Case: 19-2005    Document: 00117638239    Page: 112    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ABB    Document 644    Filed 04/18/19    Page 100 of 250

100



1          MR. McBRIDE:  Thank you.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
1                    **** AFTERNOON SESSION ****

2              THE CLERK:  Court is in session.  Please be seated.

3              MR. McBRIDE:  Your Honor, if we could have a quick

4     sidebar to address the administrative matter with respect to

5     Professor Arcidiacono.

6              THE COURT:  Yes.

7              [Sidebar redacted.]

8              THE COURT:  Go ahead.

9              MR. McBRIDE:  Your Honor, in response to your

10    questions, our team pulled together some data for you.  We've

11    already handed these out to the witness as well as to

12    opposing counsel.  But it has the data from the database on

13    these particular issues.

14             THE COURT:  Thank you very much.  I appreciate

15    that.

16    BY MR. McBRIDE:

17    Q.  Professor Arcidiacono, I want to turn to the other

18    ratings models.  We've talked about the overall and the

19    personal rating model.  You examined and did analysis with

20    other ratings models as well, specifically on school support

21    and the alumni measures?

22    A.  That's correct.

23    Q.  What did you find with respect to the teacher, the

24    counselor, and alumni personal rating?

25    A.  That there was a negative penalty against Asian-Americans
```

Case: 19-2005    Document: 00117632239    Page: 114    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 644    Filed 04/18/19    Page 102 of 250

102

1    and some boost for African-Americans, but that was much

2    smaller than what we were seeing in the overall and personal

3    rating.

4    **Q.**  So why is it that you didn't take those out of the model

5    as well?

6    **A.**  For those variables I was effectively being conservative,

7    to the extent that there is a penalty.  That's going to work

8    to lower the estimate, lower the estimated penalty in the

9    model.  And I also have a version of the model where I take

10   out all the ratings as well.

11   **Q.**  What do you mean that keeping them in the model, that

12   that would have acted to reduce any admissions penalty?

13   **A.**  Well, it's similar to the arguments with the personal

14   score, that if there is a penalty being imposed on

15   Asian-Americans through the teacher ratings, it would falsely

16   conclude that it was through -- they just had the bad teacher

17   ratings, not because of race itself.

18   **Q.**  Did any ratings variables go the other way and show a

19   positive racial coefficient for Asian-American applicants in

20   that ratings model?

21   **A.**  Yes.  We saw that for the academic, the extracurricular

22   rating, and the alumni overall.

23   **Q.**  Now, with respect to those positive coefficients for

24   Asian-Americans, how do you know whether that coefficient

25   reflects a racial preference or is attributable to something

Case: 19-2005    Document: 00117632230    Page: 115    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 103 of 250

103

1    else?

2    **A.**   Well, we always worry about what's called omitted

3    variables bias, that there's some other unobserved variable

4    that if we had that, that's why we see the coefficient that

5    we have.

6         So you're looking for ways to figure out would it

7    make sense that there might be these unobserved variables

8    there that would do that or not.

9         Again we've controlled for lots of variables here.

10   So we're trying to get in as much in the model as we can.

11   But a general principle of economics is that if a group is

12   strong on observable characteristics, they tend to be strong

13   on unobservable characteristics.

14   **Q.**   And is the unobservables, is that the omitted variables

15   you talked about?

16   **A.**   That's correct.

17   **Q.**   What's the significance of this general principle that if

18   you're strong on the observable characteristics in the model

19   you're also strong on the unobservables?

20   **A.**   Well, if you're strong on the observables, then, and that

21   you're also strong on the unobservables, then you could see a

22   positive Asian coefficient that would reflect not the fact

23   that they're getting a bump in that rating but more that

24   there are other characteristics that if we included them in

25   the model would explain it.

1    **Q.**  So if you see that you're strong on the observable

2    characteristics let's say for Asian-Americans, what is your

3    belief with respect to whether or not the positive

4    coefficient reflects a racial preference as opposed to

5    something in the unobservables?

6    **A.**  So the principle being that if we do find that they are

7    actually strong on the observable characteristics associated

8    with the rating, then it makes it more likely that that

9    coefficient is not the result of racial preferences but

10   omitted variables that are leaning to the positive effect we

11   see.

12   **Q.**  When we say "observables," we're referring to the

13   variables that are actually in the model?

14   **A.**  That's correct.

15   **Q.**  I want to take the academic rating, for example, and I

16   want to talk about unobservables, not the variables or

17   observables in the model.

18          What kind of unobservables would there be possibly

19   for the academic rating?

20   **A.**  When I showed you what the AP scores looked like across

21   races, I don't actually use the AP scores in my model because

22   they're only available for the last few years.  That's

23   unobservable.

24          Things that we can't readily capture or control

25   for, like winning a science competition or taking college

1    courses, those are all the types of things that you might

2    think would go into that.  Those all part of the

3    unobservables.

4    **Q.**  Because they're not in the model as a variable?

5    **A.**  That's correct.

6    **Q.**  How would the variables or the observables that are

7    actually in the academic model potentially explain the

8    possible strength on these unobservables?

9    **A.**  Well, under that principle that, if anything, they're

10   going to be stronger on the unobservables.  It comes about

11   through the fact that if you have characteristics that result

12   in a high academic score, what are those characteristics

13   going to be?  Those are going to be that you have high SAT

14   scores, high grades, all those types of things.  You can sort

15   of see that those are the types of things that would also be

16   correlated with taking college classes or taking more AP

17   exams.

18   **Q.**  Now, just to be clear, we've used some obvious examples

19   here with the unobservables and observables.  In your

20   academic ratings model, are you only including as variables

21   obvious academic things like SAT scores or the academic

22   index?

23   **A.**  No.  I'm controlling for a whole host of variables.  All

24   the demographic variables, parental education, all the

25   regional variables, characteristics of the high school and

1    the neighborhood.  We're controlling for all of that.

2    **Q.**  Does your academic rating model -- does it include

3    variables that are measured that are not strictly academic in

4    their appearance?

5    **A.**  That's correct.

6    **Q.**  And what does the model do with those in reaching an

7    output from the academic rating model?

8    **A.**  What happens is if those variables turn out to be

9    unrelated to the academic rating, they would see no effect in

10   those variables.  If they are affected, then that's going to

11   be part of the observables.

12   **Q.**  So do these non-academic factors that are part of the

13   variable set that are still in the academic rating model --

14   do they have the opportunity to exert some kind of effect on

15   the likelihood of getting a high academic rating?

16   **A.**  That's correct.

17   **Q.**  So did you test the strength of the Asian-American data

18   set with respect to the observables that you had in the

19   academic rating model?

20   **A.**  I did.

21   **Q.**  Did you prepare a demonstrative for that?

22   **A.**  Yes.

23   **Q.**  I'm going to Slide 32 of Plaintiff's Demonstrative 38,

24   "Comparison of Observables to Race/Ethnicity Coefficient."

25              I want to make sure we understand what's on this

**JA2268**

 1    slide.  Just generally what are the two data points that

 2    you're presenting here?

 3    **A.**   The strength of each racial group on the observables

 4    relative to white applicants and the coefficient -- now, the

 5    coefficient here, it's always relative to something.  So this

 6    is a nondisadvantaged Asian male, but the same patterns would

 7    be observed with other variables.

 8    **Q.**   So here you have the coefficient, and is this the

 9    positive coefficient for being Asian that you found in your

10    academic ratings model?

11    **A.**   It is.

12    **Q.**   That was .136?

13    **A.**   That's correct.

14    **Q.**   In terms of the observable column, I see the value .259,

15    but how do you get this value of observables that you're

16    reporting in this demonstrative?

17    **A.**   So the model generates coefficients.  So you think about

18    those things like the test scores.  And it's going to have a

19    coefficient on it that's positive.  That's going to be all

20    added up together, the coefficient on or around the test

21    score times the test score, the coefficient on the grade

22    times the grades.  Add it all up.  Add up all those variables

23    in the model, and that tells you -- that effectively gives

24    you an index of how strong they are.

25                And so then what we do is we subtract off the

1    average index for white students, and that sort of tells you

2    how strong each race is relative to their white counterparts.

3    **Q.**   And to be clear, the observables that you're adding up,

4    these coefficients, these don't just include things like test

5    scores, do they?

6    **A.**   That's correct.

7    **Q.**   Do they include other factors, the other extensive

8    factors in your 300 variables that are in the model?

9    **A.**   That's right.  In fact, they include the ratings besides

10   the personal rating, where with the personal rating we could

11   already see -- of the bias present there.

12   **Q.**   So this includes something about the other ratings like

13   the extracurricular rating and the teacher support ratings

14   and things like that?

15   **A.**   That's correct.

16   **Q.**   And what is the significance then of having an observable

17   of .259 positive blue arrow and a coefficient of .136?

18   **A.**   Well, what that tells you is that Asian-American

19   applicants are strong on those variables that lead to higher

20   academic ratings.  So if they're strong on the observed

21   variables associated with higher ratings, you would expect

22   them to be at least as strong on the unobserved variables

23   associated with higher ratings.

24   **Q.**   And based on that examination, what do you conclude then

25   about this coefficient for being Asian-American in the

1    academic rating model?

2    **A.**   That it could reasonably be attributed to the strength of

3    the Asian-American applicants on unobservables.

4    **Q.**   And what do you conclude about whether or not the

5    variability for being Asian-American in the academic rating

6    model is attributable to the influence of race?

7    **A.**   We don't think it's because of race.  We think it's

8    because of these unobservable factors.

9    **Q.**   Does that same comparison yield a consistent result when

10   you look at African-American and Hispanic applicants?

11   **A.**   That's correct.

12   **Q.**   How so?

13   **A.**   Well, on the observables associated with higher academic

14   ratings, African-Americans and Hispanics are relatively

15   weaker.  And that's reflected in negative coefficients on

16   that rating.

17   **Q.**   And so what was your decision about whether or not to

18   keep the academic rating in the model?

19   **A.**   In my preferred model, I keep it in.  But then I also

20   have my model where I don't use any of the ratings.

21   **Q.**   Did you do the same test of other ratings models?

22   **A.**   I did.

23   **Q.**   So I'm going to Slide 33 of Plaintiff's Exhibit 38.  And

24   here I see overall rating and personal rating on the left and

25   academic rating and extracurricular rating on the right.  I'm

1    going to zoom in on this to make it a little easier to read

2    and look at extracurricular first.

3              When you looked at the observables for the

4    extracurricular rating as compared to coefficients for

5    Asian-American, African-American, and Hispanic, what did you

6    find?

7    **A.**   Basically the same pattern that we saw for the academic

8    rating.  Again Asian-Americans are stronger on the observable

9    components of the rating, and we see a positive coefficient

10   there.  African-Americans, their characteristics show that

11   they're relatively weaker on the observed characteristics

12   associated with higher extracurricular ratings.  We see the

13   same for Hispanics, and we see negative coefficients there.

14   **Q.**   So what did you conclude about the extracurricular rating

15   and whether or not you should keep it in your model?

16   **A.**   That it's likely due to Asian-Americans being stronger on

17   the unobservable factors, not due to racial preferences.

18   **Q.**   So I want to take a look at one of these ratings here on

19   the left.  Do you recall that we discussed that the overall

20   rating was acknowledged to be influenced by race?

21   **A.**   That's correct.

22   **Q.**   Did you do the same analysis with respect to the overall

23   rating, this comparison of observables and unobservables?

24   **A.**   I did.

25   **Q.**   And what did you find when did you that comparison?

1    **A.**   Now the script has flipped.  Asian-Americans here are

2    stronger on observables.  And this is a consistent theme for

3    every rating.  The observables are always going to be

4    positive for Asian-Americans.  But then the coefficient here

5    is negative.  So despite being stronger on the observables,

6    we see a negative coefficient.

7           When we look at for African-Americans, their

8    characteristics would suggest that they're weaker on the

9    observables associated with the overall rating.  Yet their

10   coefficient is very positive.  And the same holds true for

11   Hispanics.

12   **Q.**   And what does that disagreement in terms of the sign for

13   the observables versus the coefficient say to you about the

14   likelihood that a significant racial influence is in play?

15   **A.**   We can be confident that it is due to race.

16   **Q.**   And is that consistent with what you know to be the case

17   with the overall rating based on Harvard's acknowledgments?

18   **A.**   Yes.

19   **Q.**   So I want to then look at the personal rating.  When you

20   did the same analysis with the personal rating of observables

21   versus coefficients, what did you find?

22   **A.**   The same patterns that we saw with the overall rating.

23   Asian-Americans slightly stronger on the observables.  Really

24   pretty much the same as white applicants.  It's seeing a

25   large penalty.  African-Americans and Hispanics being weaker

**JA2273**

Case: 19-2005   Document: 00117632230   Page: 124   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 112 of 250

112

1    on the observables associated with the personal rating and

2    seeing a large positive coefficient.

3    **Q.**   And what does that tell you about your conclusion

4    originally that there was the likely racial influence

5    associated or racial penalty for Asian-Americans associated

6    with the personal rating?

7    **A.**   I think it's clear that race influences the personal

8    rating.

9    **Q.**   Now, we talked about some other ratings where you noted

10   there was a small indication of possible racial influence in

11   the data.  I think that was specifically some of the school

12   support ratings.

13          What did you find when you looked at those and

14   compared their observables to their unobservables?

15   **A.**   Despite the fact that Asian-Americans were stronger on

16   the observables associated with those ratings, they were

17   facing a slight penalty.  And similarly for some of those

18   ratings we would see a bump up for African-Americans, despite

19   the fact that their observed characteristics went the other

20   way.

21          So that sort of points towards race influencing

22   those ratings as well.  But the patterns were sufficiently

23   muted that I kept them in the model.

24   **Q.**   You have, however, another model where you take those

25   out?

1  **A.**   That's right.

2  **Q.**   Now, you also mentioned that the alumni overall rating

3  showed a small positive coefficient for Asian-Americans; is

4  that correct?

5  **A.**   That's correct.

6  **Q.**   What did you conclude or what did you find when you

7  looked at the observables on the alumni overall rating and

8  compared them to the coefficient?

9  **A.**   Well, there you saw that Asian-Americans were strong in

10  the observables, and they received a bump.  That's consistent

11  with them being stronger on the unobservables associated with

12  that.

13          But for African-Americans and Hispanics, we see the

14  same thing where they're getting tips, but the observables

15  are going in the wrong direction.  So there's a role for race

16  there, too, for those other two groups, but I did keep them

17  in the model.

18  **Q.**   And why is that?

19  **A.**   In all these cases where you see an Asian-American

20  penalty and they're stronger on the observables, any time

21  you're doing that, you're going to weaken the effect of race

22  for that group.

23  **Q.**   And so were you being conservative when you kept those

24  in?

25  **A.**   Yes.

Case: 19-2005    Document: 00117632230    Page: 126    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB  Document 644   Filed 04/18/19   Page 114 of 250

114

1   **Q.**  Now, let's assume, though, that the Court decided you'd

2   taken the wrong approach and you needed to remove all of

3   these ratings that showed even the possibility of racial

4   influence.  Does your Model 4 account for that possibility?

5   **A.**  It does.

6   **Q.**  So I want to look now at the models, the final models

7   that you did specific to the probability of admission now

8   that you've identified what variables you're going to use in

9   the model.

10          And just to be clear again, this is a logistic

11  regression model like you had already discussed?

12  **A.**  That's correct.

13  **Q.**  And personal and the overall score, they're in your

14  preferred Model 5?

15  **A.**  No, they are not.

16  **Q.**  Did you prepare a slide with the results for the

17  coefficients from your admissions model?

18  **A.**  I did.

19  **Q.**  I'm going to Slide 34 of Plaintiff's Demonstrative 38.

20          Does this give the results for the coefficients

21  from your admissions Models 4 and 5?

22  **A.**  That's correct.

23  **Q.**  These groups here, are these the same groups you talked

24  about previously?

25  **A.**  They are.

1    **Q.**  What did you find with respect to the coefficients from

2    your admissions Model 4 and 5 for the different racial groups

3    you looked at?

4    **A.**  It's very consistent with the theme that we've had

5    throughout.  Namely, African-Americans receive a large tip.

6    That tip is substantially smaller for disadvantaged students.

7           Similarly Hispanics receive a large tip, but it's

8    smaller for disadvantaged students.

9           And then we see a penalty for Asian-Americans.  And

10   all those penalties are statistically significant except the

11   female disadvantaged one there.

12   **Q.**  The female disadvantage in which model?

13   **A.**  Model 5.

14   **Q.**  And just to be clear -- let me blow this up here.  With

15   respect to the coefficient for Asian-American applicants in

16   your Models 4 and 5 for male not disadvantaged, you show a

17   negative coefficient of negative .378 in Model 4 and

18   negative .466 in model 5?

19   **A.**  That's correct.

20   **Q.**  What do these coefficients mean about the effect of race

21   on the probability of admission for Asian-American applicants

22   in both models?

23   **A.**  Well, that despite control for over 300 variables, we

24   still see this significant penalty against Asian-Americans.

25   And this is also surprising given that Asian-Americans, if

1    you look at admissions, are also stronger on the observables

2    associated with admissions.

3    **Q.**  We heard testimony about the idea that low-income

4    Asian-American applicants get a tip in the admissions

5    process.  Have you heard that?

6    **A.**  I have.

7    **Q.**  But I see, however, that with respect to the

8    disadvantaged applicants, there is a negative coefficient; is

9    that correct?

10   **A.**  Yeah.  I think it's the next ones down.

11   **Q.**  I'm sorry.  Thank you.  Did I highlight those correctly

12   here, Professor?

13   **A.**  That's correct.

14   **Q.**  So this negative coefficient here, is that a tip?

15   **A.**  Well, it all hinges on who we're comparing.  So for this

16   what we're comparing is a male and a disadvantaged

17   Asian-American to a male disadvantaged white student.

18   They're not getting a tip relative to that student.  What

19   they may getting a tip to is a non-disadvantaged white

20   student.

21   **Q.**  And what about for the female disadvantaged?  Same

22   analysis?

23   **A.**  Same analysis, yes.

24   **Q.**  Now, can you use these coefficients to determine the

25   marginal effect of race on the chances of admission for the

Case: 19-2005   Document 00117682239   Page: 129   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 117 of 250

117

1    different racial groups?

2    **A.**   Yes.

3    **Q.**   And did you do that?

4    **A.**   I did.

5    **Q.**   I'm going to Slide 35.  This looks familiar from your

6    personal score slide earlier.  Is it the same basic analysis

7    for marginal effect?

8    **A.**   It's the same basic structure, yes.

9    **Q.**   Looking at the Asian-American population -- and just to

10   be clear, does this incorporate the coefficients for all the

11   different subgroups we looked at on the previous page?

12   **A.**   It does.

13   **Q.**   And does this include all the variables that you have in

14   your model that lead to those coefficients?

15   **A.**   That's right.

16   **Q.**   So what did you find was the marginal effect on the

17   probability of admission for Asian-Americans based on that

18   negative coefficient for race?

19   **A.**   That admit rates are 1 percentage point lower as a result

20   of the penalty against them.  That may seem small, but the

21   base is very small.  So that's an over 16 percent decrease in

22   their admissions chances as a result of the Asian-American

23   penalty.

24   **Q.**   And what about for African-American and Hispanic

25   applicants?  What was the marginal effect of their race on

 1   the probability of admission?

 2   **A.**   Well, it's quite substantial.  Absent racial preferences,

 3   the admit rate here would be 2.3 percent for

 4   African-Americans.  And you're seeing it go up by

 5   7 percentage points, which is a 324 percent increase.

 6           For Hispanics, the numbers are smaller, but

 7   nonetheless quite large.  We're still talking about more than

 8   doubling the admit rate.  We're starting off at about

 9   3 percent and going to 7 percent, which is a 141 percent

10   increase.

11   **Q.**   Now, did you check to see how these changes in the

12   probability of admission would change the actual number of

13   students of different races that were admitted each year

14   based on the model?

15   **A.**   I did.

16   **Q.**   I'm going to Demonstrative PD38, Slide 36.

17           And just focusing on the Asian-American students,

18   what did you find would be the change in the number of

19   admitted students when you removed from your model the effect

20   of the Asian-American penalty?

21   **A.**   The first thing to keep in mind is that if we just

22   removed the Asian-American penalty, there would be more

23   students who were admitted than what we currently have.  And

24   Harvard can't do that.  They're constrained by the number of

25   beds and such.  So the way this works is the model is

 1    adjusted so that we admit the same number of students.

 2            What that means is we remove the Asian-American

 3    penalty.  That's going to lead to some more Asian-Americans

 4    being admitted, but some less of the other races until we get

 5    to the right number.  So what this shows is what would happen

 6    to the number of Asian-Americans admitted in each year.  And

 7    you can see that the numbers range from between 27 to 55

 8    additional Asian-American admits in each year.

 9    Q.  And I notice the smallest year with respect to the number

10    of additional Asian-American applicants who would be admitted

11    when you turned off this penalty is in 2019; is that correct?

12    A.  That's correct.

13    Q.  What's the significance of that year?

14    A.  That's the year after the SFFA lawsuit.

15    Q.  Did you do a similar analysis of admissions for your

16    expanded data set where you put back in the legacies, dean's

17    list, and children of faculty and staff?

18    A.  I did.

19    Q.  And did you do an analysis with your model to find

20    coefficients for the probability of admissions?

21    A.  That's correct.

22    Q.  I'm going to Slide 37 in Plaintiff's Demonstrative 38.

23            First question is what group of applicants are

24    being considered here for purposes of your coefficient

25    analysis?

 1   **A.**  So this is still non-LDC applicants.  But now using the

 2   coefficients from this model that included the

 3   LDC applicants.

 4   **Q.**  So these same four categories are the same as we had in

 5   the previous models.  There are no LDC students included in

 6   the categories you have here?

 7   **A.**  That's correct.

 8   **Q.**  There are no LDC's.  These are all non-LDC's.  I think I

 9   misspoke.

10   **A.**  Sorry.  Yes.  There are no LDC's in this table.

11   **Q.**  What did you find with respect to the coefficients on

12   your admissions model for the different races in the expanded

13   data set both for Model 4 and Model 5?

14   **A.**  The basic patterns still hold.  There's a small -- they

15   go down just a tiny bit for Asian-Americans, but the same

16   themes emerge.

17        We have large positive bumps for African-Americans

18   that are not as large if you're disadvantaged.  Large bumps

19   for Hispanics.  Same thing with disadvantaged.  And then

20   statistically significant penalties for Asian-American

21   applicants, again with the exception of female disadvantaged

22   in Model 5.

23   **Q.**  And in the ALDC subgroup, did you look to see whether

24   there was any evidence in the LDC subset of discrimination

25   against Asian-Americans?

1    **A.**  I did not find any discrimination against LDC

2    Asian-Americans.  If anything, the coefficient was positive

3    for them.

4              THE COURT:  I looked at this while we were sitting

5    here.  This is off the sheets that you gave me?

6              MR. McBRIDE:  Yes.

7              THE COURT:  On the ALDC categories, the Asians do

8    better than the average in every single category, right?

9              THE WITNESS:  For admit rates?

10             THE COURT:  Yes.

11   BY MR. McBRIDE:

12   **Q.**  You have these sheets in front of you, Professor, as

13   well.

14             THE COURT:  I managed to figure out the percentages

15   myself.

16             THE WITNESS:  You're talking about the admissions,

17   right?

18             THE COURT:  Right.  I'm looking at the sheet I got

19   at lunch.

20             MR. McBRIDE:  Is the title "Asian applicants

21   interviewed by" --

22             THE COURT:  No.  The other one.

23             MR. McBRIDE:  The "Asian-American Applicants and

24   Admits"?

25             THE COURT:  Yes.

```
 1              THE WITNESS:  Yeah.  That's correct.
 2              THE COURT:  They do better in every single
 3     category, right?
 4              THE WITNESS:  Yes.
 5              THE COURT:  These categories look to me like
 6     there's nothing subjective in them at all, right?
 7              THE WITNESS:  What do you mean by that?
 8              THE COURT:  Well, athletes, if they're a recruited
 9     athlete, they're a recruited athlete.  It's like a binary.
10              THE WITNESS:  Right.
11              THE COURT:  They're either a legacy or they are
12     not.  There's not like a strong legacy and a weak legacy,
13     right there?
14              THE WITNESS:  I don't know about that per se.  But,
15     yeah, I take the point.
16              THE COURT:  And the dean's list is what it is and
17     then the children and of faculty and staff.
18              So the Asians do better in every single one of
19     those categories.  So your theory is that there's no penalty
20     against Asians in those categories, but then there's
21     discrimination against the Asian in the general applicant
22     pool.
23              THE WITNESS:  Yeah.  I think that that could be
24     quite consistent with how racial preferences could operate.
25              Here I'm giving you my own theory on this as
```

**JA2284**

Case: 19-2005    Document: 00117638238    Page: 135    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 123 of 250

123

1    opposed to being able to say more than that.

2         But we know that Asians are very underrepresented

3    in those cases.  If anything, at that point, if you want to

4    the have a diverse group of legacies at your school, then you

5    wouldn't see a penalty against them.

6         If mainly you're worried about the total number of

7    Asian-Americans, you're not going to penalize the ones where

8    you've got this strong preference for that you see with

9    athletes and legacies.  You're going to penalize the other

10   ones.  That would be my explanation for why we see the

11   results that we do.

12        THE COURT:  Assuming a discriminatory animus,

13   right, you could still penalize the Asians in all these

14   categories, right?

15        THE WITNESS:  Oh, you could.  Take athletes, for

16   example, I just don't think that for something like that you

17   would ever -- that would ever play a role.

18        THE COURT:  But if you were going to take whatever

19   percentage off the dean's list -- the percentage that comes

20   off the dean's list is 42 percent.  But the Asians come off

21   the dean's list -- that are admitted off the dean's list at

22   48 percent.  So if you wanted to, if there was like a penalty

23   there, you could take lots of people off the dean's list

24   except the Asians, right?

25        THE WITNESS:  That could be one way that it

```
 1    manifests itself.  What we've seen is that the way the
 2    preferences operate is there's lots of variation.  We can see
 3    that with the fact that African-Americans who are
 4    disadvantaged get a smaller tip relative to their similarly
 5    situated whites.
 6            But I should say that we're coming up to a slide
 7    where that's true for this 2 percent of the applicant pool;
 8    that is, ALDC for Asian-Americans.  We're going to be coming
 9    up and showing that the total effect, even if you have them
10    all in, is a significant reduction in the number of
11    Asian-Americans admitted.
12            THE COURT:  I'm just trying to think this through
13    because, obviously, I think we've all figured out this
14    morning this is not my strong suit.
15            Have you looked at and would it be relevant to look
16    at, for example, the personal and overall scores on this
17    group and see if there's a negative effect?
18            THE WITNESS:  We actually have that in the tables.
19    What I know for sure is that legacies -- you see a bump in
20    the personal rating for legacies.  There might be, like, one
21    other case where you see a bump for legacies, but generally
22    you don't see legacies getting a bump.
23            I'd have to look at the coefficients to know what's
24    happening with all the different interactions between like
25    Asian-American and legacy.  But I could certainly do that if
```

**JA2286**

1    you'd like.

2            THE COURT:  Again, this is not my strong suit, but

3    it looks to me like what you're arguing is that you have an

4    admissions office that's discriminating against Asians in

5    some way, but that they only do it in certain places.

6            THE WITNESS:  That's correct.

7            THE COURT:  So if you're discriminating against a

8    group, wouldn't you expect them to be discriminated against

9    across the board?

10           THE WITNESS:  I don't think so.  I'll give you one

11   example that we know from law, actually.  If you look at

12   under-represented minorities, there doesn't appear to be much

13   going on with being hired on right out of law school, but

14   there's more going on at the next level.

15           If there was going to be discrimination, it's

16   coming more in at the partner level than at, I guess, it's

17   the associate level.

18           And there's many economic studies where it starts

19   showing -- showing that that's the case.

20           So if we're think about a university trying to sort

21   of satisfy having a particular racial mix, they're going to

22   do it in the way that best fits their objectives.  You're not

23   going to want to upset your Asian-American legacies when

24   there's all this stuff going on about the fact that there's

25   this perception that Harvard discriminates against them.

 1          THE COURT:  They're not only not being

 2     discriminated against, they're actually being favored in

 3     these categories.

 4          THE WITNESS:  They're being favored, but the

 5     estimates of this are not statistically significant.  I don't

 6     know whether the difference in means are statistically

 7     significant.  I'm just talking about when you're doing the

 8     coefficients of the model.  So it's a noisier process.

 9          THE COURT:  Okay.

10     BY MR. McBRIDE:

11     **Q.**  With respect to your expanded data set, did you analyze

12     how the coefficients that you saw changed the number of

13     students who were admitted?

14     **A.**  I did.

15     **Q.**  Then you go to Slide 38.

16          When you looked at the expanded data set and you

17     calculated the difference in the number of Asian-American

18     students who were admitted once you removed the

19     Asian-American penalty, what did you find?

20     **A.**  The numbers fall slightly for the reasons we were just

21     discussing, but there are still substantial increases between

22     20 and 55 additional students, and that's the result of very

23     few Asian-Americans in that ALDC group.

24     **Q.**  We've talked about the models that you made for your

25     work.  Did you also create models for Mr. Richard Kahlenberg?

1    **A.** I did.

2    **Q.** Did they include the ALDC subgroup?

3    **A.** They did.

4    **Q.** Why is that?

5    **A.** We were looking at modeling different things here. He's

6    looking to try to match the full distribution, not looking

7    specifically at the penalties Asian-Americans face. And in

8    particular he's interested in doing things like turning off

9    legacy preferences or in some cases athletic preferences.

10   And in order to do that, you need another model.

11   **Q.** What about the personal rating? Did the models you made

12   for Mr. Kahlenberg include the personal rating?

13   **A.** They did.

14   **Q.** Why is that?

15   **A.** He was trying to look at this from Harvard's perspective,

16   and Harvard's perspective is the personal rating is not

17   biased against Asians. And that race doesn't affect the

18   personal rating. So it makes sense if you're going to model

19   it from Harvard's perspective, to take what they say about

20   that rating seriously.

21   **Q.** I heard some questions about whether these were pooled or

22   yearly models during his testimony. What were they?

23   **A.** They pooled models.

24   **Q.** I heard testimony about how these models reflect the

25   Harvard's admissions process as it actually was. Do you

1    agree with that?

2    **A.**  I should offer one clarification.  The models that he did

3    for me were pooled models.  The models that were taken from

4    Card's were yearly models.

5    **Q.**  Understood.  My question was so we heard some testimony

6    about how these models reflect the Harvard admissions process

7    as it actually was.

8            Do you agree with that characterization?

9    **A.**  To some extent, yes.  To some extent, no.  So, on the one

10   hand, all these models are designed to approximate the

11   Harvard admission process.  But they're not perfect

12   approximations, and we're not including variables that we

13   know are important to the Harvard admissions process.

14           The perfect example of that is the overall rating.

15   The overall rating matters in the Harvard admissions process.

16   It shows right up on there on the summary sheets, but we're

17   not including it because that's one of the channels through

18   which race operates.

19   **Q.**  Is that true for both your models and the models you made

20   for Mr. Kahlenberg?

21   **A.**  That's correct.

22   **Q.**  So I want to go back to Slide 35 in your Plaintiff's

23   demonstrative 38, which is your marginal effect of race on

24   the probability of admission.

25           Did your determination of the marginal effect of

1    race provide any sense or indication to you of how important

2    of a role race plays in determining admissions?

3    **A.**   Yes.  It's quite substantial for African-Americans and

4    Hispanics.

5    **Q.**   And how does this show that?

6    **A.**   Well, you've got a 324 percent increase in your

7    admissions probability for African-Americans and 141 percent

8    increase for Hispanics.

9    **Q.**   And did you look at how this would be reflected in

10   changes in the numbers of admitted students based on the

11   marginal effect when you turned off all racial preferences?

12   **A.**   I did.

13   **Q.**   We'll go to --

14            THE COURT:  Can I ask you another question

15   about 35?

16            MR. McBRIDE:  Sure.

17            THE COURT:  Assuming for the moment that you're

18   taking African-Americans and Hispanics that wouldn't get in

19   without some kind of racial preference, right?  That's

20   basically what this says, right?

21            THE WITNESS:  That's correct.

22            THE COURT:  Those numbers have to come from

23   someplace, and you're saying they come, at least in part,

24   from the Asian population, right?

25            THE WITNESS:  That's correct.  So the way to

Case: 19-2005     Document: 00117638239     Page: 142     Date Filed: 07/30/2020     Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 130 of 250

130

 1    interpret what we have here is like if we changed one

 2    African-American's race, how would that affect their

 3    probability.  Now, once you are going to get rid of the

 4    preference as a whole, now we've got to spread out the fact

 5    that, okay, now it's going to be a little bit easier to get

 6    into Harvard because we don't -- those other students were

 7    not admitted.  And so we're going to get to that I think in

 8    one slide to show how everything gets spread around.

 9              THE COURT:  Can you go back to 35 for a minute.

10              So you're saying that the decrease in Asians, is

11    that taking into account that -- I mean, if you're letting in

12    African-Americans and Hispanics that would not get in but for

13    the racial preference, are you saying it's all coming out of

14    the Asian population, or are you saying it's coming out of

15    the Asian population 16 percent more than it's coming out of

16    the white population?

17              THE WITNESS:  I'm sorry.  I was confusing in this

18    answer.

19              This is effectively doing these things one at a

20    time, not spreading out the admits at all.  So for

21    Asian-Americans, getting rid of the effect of race just means

22    turning off their Asian-American penalty.  Then when we look

23    at African-Americans, we're turning off the effect of race

24    for African-Americans and seeing how their admissions

25    probably would be affected.  You shouldn't interpret that as

**JA2292**

1    though the number of beds is held fixed there.  This would be

2    just -- we're just changing the probabilities for everybody

3    for African-Americans.

4              The next slide, that's what a marginal effect does.

5    When we actually simulate the removal of all the preferences,

6    that's where we're going to do the adjustments, and that's

7    what we had when removed the Asian penalty.  So when we take

8    race out of the admissions process, we're going to be taking

9    away the Asian-American penalty, the bump African-Americans

10   receive and Hispanics receive, and then we'll see who the

11   winners and losers are as a result of that.

12             THE COURT:  Okay.

13   BY MR. McBRIDE:

14   Q.  So it's true then you did an analysis where you turned

15   off all the racial preferences and you basically answered Her

16   Honor's question as to where would you see increases in terms

17   of certain populations for racial groups and where would you

18   see decreases?

19   A.  That's correct.

20   Q.  And is that here on slide -- that's not where it is.

21             On Slide 39 here, changes in admissions levels,

22   baseline data set?

23   A.  Yes.  So this is just for the baseline.  So it's holding

24   what's going on with those LDC applicants fixed, though we do

25   it with the expanded data set in the slide coming up.

**JA2293**

1          And what you can see is substantial drops in the

2     number of African-American admits.  The numbers aren't all

3     going to add up to zero because we do have another racial

4     group here, which is the others.  But you see substantial

5     drops in the number of African-American admits, the number of

6     Hispanic admits, big rises for whites and Asian-Americans,

7     but the increase is definitely higher for Asian-Americans

8     than it is for whites.

9  **Q.**  And roughly on a year-to-year basis, what percentage of

10    African-American applicants would not have been admitted but

11    for the racial preferences?

12 **A.**  About two-thirds.

13 **Q.**  And with respect to Hispanic applicants?

14 **A.**  About half.

15 **Q.**  And looking at the chart, does the removal of racial

16    preferences only benefit white applicants?

17 **A.**  No.  It benefits Asian-American applicants more than

18    white applicants.

19 **Q.**  Did you look at the same effect in the expanded data set?

20 **A.**  I did.

21 **Q.**  Going to Slide 40, changes in admissions levels for the

22    expanded data set, what did you see with respect to the

23    decrease in admitted students for African-American and

24    Hispanic populations versus Asian-American and whites?

25 **A.**  It's basically the same patterns.  I don't think it's

**JA2294**

1    quite two-thirds there but substantial drops in both cases.

2    **Q.**  What does this tell you about the significance of race in

3    Harvard's admissions process?

4    **A.**  Well, race is a determinative factor.  It's changing the

5    admissions of underrepresented minorities in a very

6    substantial way.

7    **Q.**  I want to talk to you a little bit about your review of

8    the full application files, if I could.  How many of those

9    did you review?

10   **A.**  480 plus some from the clients.

11   **Q.**  Why did you review them?

12   **A.**  Well, when I'm seeing this -- this is actually the first

13   time where I've written something about an Asian-American

14   penalty.  So you want to look at the files and see does this

15   make any sense.  You're just trying to provide some context

16   for what the statistical analysis does.  I don't think that

17   reading the files necessarily proves something per se but

18   provides an illustration of what the statistical analysis is

19   showing.

20   **Q.**  And in your review of those files, did you become

21   familiar with the phrase "standard strong"?

22   **A.**  I did.

23   **Q.**  What did you understand that phrase to mean on these

24   application files?

25   **A.**  I understood it to mean that this is a strong applicant

Case: 19-2005  Document: 00117682230  Page: 146  Date Filed: 07/30/2020  Entry ID: 6356615
Case 1:14-cv-14176-ADB  Document 644  Filed 04/18/19  Page 134 of 250

134

1  but not quite good enough for Harvard.

2  **Q.**  Did you investigate the use of that phrase in those

3  files?

4  **A.**  That's correct.

5  **Q.**  What did you do?

6  **A.**  As part of this litigation, 10 percent of the

7  applications in 2018 were searched for comments, and one of

8  the search terms was "standard strong."

9  **Q.**  What did you determine from that?  How many files about

10  you find?

11  **A.**  255.

12  **Q.**  And did you do any analysis of the credentials and

13  qualifications of those files?

14  **A.**  I did.

15  **Q.**  I'm going to Slide 41 in Plaintiff's Demonstrative 38.

16      Does this reflect your analysis of the

17  qualifications of those 255 applicants?

18  **A.**  It does.

19      I do want to also just point out that this is for

20  all the files, so it's not excluding legacies or athletes.

21  Though I don't think they would -- I don't know what the

22  rates of them receiving that rating are actually.

23  **Q.**  What was of the breakdown of the 255 standard strong

24  applications that came out of this subset of applications?

25  **A.**  There were mainly whites and Asian-Americans.  We can see

Case: 19-2005    Document: 00117638239    Page: 147    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 644    Filed 04/18/19    Page 135 of 250

135

1    that there were 126 whites received that label, 114

2    Asian-Americans, 3 African-Americans, and 12 Hispanic

3    applicants.

4    **Q.**   And in terms of the share of the applicant pool that was

5    searched that was labeled "standard strong," how did that

6    break down?

7    **A.**   You can see that Asian-Americans had the highest share of

8    that with over 15 percent, followed by whites with

9    12 percent, and then 1 percent for African-Americans and

10   3.6 percent for Hispanics.

11   **Q.**   Just to be clear, is this representative of the total

12   number of applicants receiving the "standard strong" label in

13   the entire 150,000 applicants in your data set?

14   **A.**   No.  This is a subset of the applicants just from 2018

15   from the 10 percent search.

16   **Q.**   What was Harvard's ultimate admissions decision on these

17   255 applicants?

18   **A.**   They were all rejected.

19   **Q.**   And down the left side, what objective qualifications did

20   you look at for your analysis?

21   **A.**   Well, we have the standard academic ones.  We have the

22   academic index, SAT math, and SAT verbal.

23           And what you can see like, for example, in the

24   academic index in SAT math, whites who receive the standard

25   strong rating had significantly lower academic indices than

1    Asian-Americans.

2            Same is true for SAT math and it's also the case

3    that Asian-Americans had significantly higher academic

4    indices than African-Americans and Hispanics who received

5    that rating.

6            SAT verbal, again Asian-Americans.  It's not

7    significant with respect to whites, it is with respect to the

8    other two.  It's always the case that Asian-Americans are the

9    strongest.

10    **Q.**  And what do you conclude from these differences in the

11    qualifications for the Asian-American standard strong

12    applicants?

13    **A.**  It's all quite consistent with Asian-Americans facing a

14    penalty in admissions.  They're being held to a higher

15    standard.

16    **Q.**  In your review of the full application files, did you see

17    full files that had students labeled "standard strong"?

18    **A.**  I did.

19            MR. McBRIDE:  I'd like to turn off the gallery

20    monitors, if I could, please.  I'm going to put an

21    application file on the screen.  Okay.

22    BY MR. McBRIDE:

23    **Q.**  I'm going to put on the screen Plaintiff's Exhibit 116,

24    which is in the binder.

25            Is this one of the files that you reviewed?

1    **A.**  It is.

2    **Q.**  And you have this in your binder if you need to refer to

3    that.

4         MR. McBRIDE:  Your Honor, I'd like to offer

5    Plaintiff's Exhibit 116 into evidence.

6         MR. LEE:  No objection.

7         THE COURT:  Admitted.

8         (Plaintiff Exhibit No. 116 admitted.)

9    BY MR. McBRIDE:

10   **Q.**  On this, this is second page of the file.  Where do we

11   find the standard strong notation?

12   **A.**  You have to go to the bottom left.

13   **Q.**  If I scroll down to the bottom left.

14   **A.**  You can see SS, standard strong.

15   **Q.**  And if we go to the top and we look at the academic

16   qualifications of this applicant -- I'll zoom in on these

17   here -- what do we see?

18   **A.**  You can see that their academic index of 234 would put

19   them in the 9th decile.  They have very strong test scores

20   and very strong grades.

21   **Q.**  Was there an alumni interview in this file?

22   **A.**  There was.

23   **Q.**  I'm going to go to page 4 of the file.  Are these the

24   alumni interview notes?

25   **A.**  They are.

1    **Q.**  And without being too descriptive so as not to give any

2    personally identifying information, what did you notice when

3    you looked in the academic and the extracurricular aspects of

4    the alumni interviewer's notes about this applicant?

5    **A.**  The alumni interviewer praises her for her strong

6    academic credentials.  What's also interesting is that she

7    wants -- let me actually get to the right point here.

8    **Q.**  I can zoom in on it, if you let me know where you want to

9    look specifically.

10   **A.**  On the academic side, the alumni praises her strengths

11   here.

12          At the end of the day, while the alumni always rank

13   them on academic, extracurricular, personal, and overall, the

14   ones that make it into the database are just the personal and

15   overall.

16          She's clearly very strong on the academics.  If we

17   get to the extracurriculars, this is where we really see some

18   distinguishing things.  She was a champion figure skater and

19   won many awards for that.

20   **Q.**  In fact, if we go to the front page, how did she

21   characterize her figure skating?

22   **A.**  She characterized it that she was a professional figure

23   skater.

24   **Q.**  And when you look at the extracurricular qualifications,

25   what kinds of accomplishments did she have with respect to

1    her figure skating?

2    **A.**   She won regional championships, was a national finalist

3    as well as getting numerous other medals.

4    **Q.**   What was the rating that the alumni interviewer gave her

5    with respect to extracurricular activities?

6    **A.**   1-.

7    **Q.**   If you turn to the next page of the alumni interview

8    notes and look under the personal qualities, was there

9    anything there that caught your attention?

10   **A.**   Yeah, there were quite a number of things.  She's

11   experienced a lot of personal adversity.  Her father was

12   diagnosed with a severe mental illness, which means that

13   she's had to share the responsibility of taking care of him

14   with her mother.  There was a short period when she was in

15   foster care because her parents were hospitalized.  In the

16   summer before her -- before she applied, her mother was hit

17   by a drunk driver, leaving her mother seriously injured.

18   **Q.**   If you look down at the bottom under the -- before we go

19   from there, Professor, what did the alumni interviewer rank

20   the applicant for personal qualities?

21   **A.**   A "1."

22   **Q.**   And when you look down at the overall rating, what were

23   the alumni interviewer's comments with respect to this

24   applicant?

25   **A.**   The alumni interviewer said this was generally one of the

1    best interview experiences I've had over the past five-plus

2    years.

3    **Q.**   And what did the alumni interviewer rate in applicant in

4    terms of the overall rating?

5    **A.**   1-.

6    **Q.**   Did any of this information get reflected in the personal

7    essay?

8    **A.**   It did.

9    **Q.**   In what way?

10   **A.**   Well, she spoke about -- in one of her essays she spoke

11   about her figure skating.  In another essay she spoke about

12   dealing with her dad's mental illness.  And in another essay

13   she talked about her experience in foster care.

14   **Q.**   If you turn to the teacher letter on the 26th page, it

15   ends in 125.  I just want to ask you about the bottom of

16   this.  I'll call out the last two paragraphs.

17          What did her teacher have to say in recommending

18   this applicant?

19   **A.**   I will start with the last sentence of that paragraph.

20   This is sort of characterizing what sort of happened after

21   the drunk driving accident.

22          The person "took on the role of the parent, calling

23   insurance, hospitals, managing transportation, etc., which

24   further matured her and helped her realize she could accept

25   any challenge with Grace and humility."

```
 1              It goes on to say, "There honestly aren't enough
 2      words or time for me to speak of how amazing a young woman
 3      this person is.  She is incredibly mature, intelligent, and
 4      motivated.  She will be an asset to any university.  I have
 5      never taught a student as promising as this person, and I
 6      looked forward to her contributions to society."
 7      Q.   I want to go back to the summary sheet here on the second
 8      page and just focus in on the bottom.
 9              What did this reader of the file at Harvard enter
10      as the extracurricular and athletic rating for this figure
11      skater?
12      A.   3+ for the extracurricular and a 4 for the athletic.
13      Q.   And what was entered for personal score?
14      A.   A "3."
15      Q.   And what did the reader do with the alumni ratings that
16      we just read?
17      A.   It was not recorded.
18      Q.   And what was the admissions decision on this student?
19      A.   This student was rejected.
20      Q.   Does this one file from one year prove discrimination?
21      A.   No, it doesn't.  But it does provide context to the
22      file -- context to my results.
23      Q.   Just to be clear, what was the race or ethnicity of this
24      student?
25      A.   She was Asian.
```

1    **Q.**  I want to put Plaintiff's Exhibit 112 up on the screen.

2    Was this a file that you reviewed as part of your work?

3    **A.**  It was.

4            MR. McBRIDE:  Your Honor, I'd like to move

5    Plaintiff's Exhibit 112 into evidence.

6            MR. LEE:  No objection, Your Honor.

7            THE COURT:  It's admitted.

8            (Plaintiff Exhibit No. 112 admitted.)

9    BY MR. McBRIDE:

10   **Q.**  I'll put Plaintiff's Exhibit 117 up on the screen as

11   well.  Is Plaintiff's Exhibit 117 one of the application

12   files that you reviewed?

13           MR. McBRIDE:  I'd like to move Plaintiff's

14   Exhibit 117 into evidence.

15           MR. LEE:  No objection.

16           THE COURT:  It's admitted.

17           (Plaintiff Exhibit No. 117 admitted.)

18           MR. McBRIDE:  I think we can turn the gallery

19   monitors back on.  Thank you.

20   BY MR. McBRIDE:

21   **Q.**  We heard in opening some criticism of your model for not

22   doing it as a yearly model in the manner of Dr. Card.

23           Do you recall that?

24   **A.**  I do.

25   **Q.**  To be clear, instead of a yearly model what did you do?

Case: 19-2005    Document: 00117628230    Page: 155    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 143 of 250

143

 1    **A.**  I ran a pooled model where you're using information from

 2    all six admission cycles to inform the coefficients of the

 3    model.

 4    **Q.**  What are the advantages of pooling?

 5    **A.**  Well, it allows -- by putting some restrictions on how

 6    things are operate across years, you have more statistical

 7    power for some of these coefficients.  And it also allows you

 8    to get at some of the subtleties for how race operates.  For

 9    example, you have enough disadvantaged applicants to do

10    things like interact African-American with disadvantaged.

11    **Q.**  Now, do students in one application year actually compete

12    with students from other years?

13    **A.**  Of course not.

14    **Q.**  So how can you pool across those different years?

15    **A.**  Well, the assumption is, is that things like the academic

16    rating are going to be valued in a similar manner from year

17    to year.  In fact, I think I heard Dean Fitzsimmons testify

18    about how little the admissions process has changed even

19    since the OCR report.

20    **Q.**  And in your field, is it common to pool when you have

21    yearly processes like this?

22    **A.**  People do it all the time.

23    **Q.**  Can you give me an example?

24    **A.**  We do it with something like promotion decisions.  You

25    can think about a promotion decision as being one where it's

1    going to depend on the pool of people you're going up against

2    in a particular year.

3              That doesn't mean we don't take into account the

4    fact that in one year things may be more competitive than in

5    another year.  That's part of the model.

6              But it's still going to be the case that in these

7    types of things that the same things that you're going to

8    value in a promotion decision, your ability to make a profit

9    for your firm, we would expect to be consistent from year to

10   year.

11   **Q.**  And did you do something like that with your model to

12   account for any variations across the careers?

13   **A.**  I did.  The most important of those is just including the

14   admissions cycle in the model.  What that does is it

15   guarantees that in every year the overall admission rates

16   that the model says will be predicted matches the actual

17   admissions rate.

18             I did more than that, too.  Namely, there are

19   things that Harvard keeps track of in terms of the

20   composition of the class.  And those things appear on

21   Harvard's one-pagers.

22             So for many of those variables we're also

23   interacting those with the admission cycle, and that would

24   sort of take into account that, for example, if there are

25   more humanities majors applying in one year than the other,

Case: 19-2005    Document: 00117628230    Page: 157    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 145 of 250

145

 1    Harvard may admit more humanities majors when humanities

 2    majors were scarce.

 3    **Q.**  Given what you've done, do you agree that using a pooled

 4    model is a reliable way for modeling Harvard's admissions

 5    process?

 6    **A.**  I do.

 7    **Q.**  I want to turn to another criticism of Dr. Card's of your

 8    model.  You said you have about 300 or so variables?

 9    **A.**  Yeah.  More than 300, yes.

10    **Q.**  And I think we already touched on this, but did you

11    include -- I know you excluded overall and personal scores,

12    right?

13    **A.**  That's correct.

14    **Q.**  But beyond that, did you include every other

15    characteristic or variable from the database from your model?

16    **A.**  No.  You run the risk of overfitting if you're going to

17    control for too many things.

18            But then there are other aspects as well, such as

19    you want to be sure that the data you're working with are

20    reliable.

21    **Q.**  And did you account in constructing your model for any

22    data that you believed was not reliable?

23    **A.**  Yes.  There were a few variables that Professor Card uses

24    that I don't, and it's mainly because I don't think the

25    quality of the data is very good.  That being said, I do do

**JA2307**

1    robustness analysis where we say, okay, well, what if we put

2    those variables back in?  And I still see a significant

3    penalty against Asian-Americans.

4    **Q.**  Can you give me an example of one of the variables that

5    Dr. Card said should be included but that you didn't?

6    **A.**  Yes.  Parental occupation.

7    **Q.**  I'm going to put up on the screen Slide 42 of Plaintiff's

8    Demonstrative 38.  What's the data on this slide?

9    **A.**  It has the number of applicants whose parents had

10   particular occupations.  Now, this doesn't cover all the

11   occupations.  The other occupations are going to be a bit

12   more stable than these.  But these provide examples of the

13   fact that the mother's and father's occupation vary in ways

14   that make me question the quality of the data.

15   **Q.**  Can you point us towards what you saw on the data with

16   respect to parental occupation that made you question its

17   reliability?

18   **A.**  Well, when you look at things like low-skilled, there's a

19   huge number in 2014 for both mother's occupation and father's

20   occupation.  Then in all the other years, the number is very

21   small.

22          You can see it in the context of homemaker.  The

23   idea that homemakers would switch in 2018 from 4,600 falling

24   by so much in 2019.

25          Unemployed moves around in a very strange way where

1    there's hardly any unemployed in 2018 and '19 but much bigger

2    in 2015 through '17 and then sort of half of that in 2014.

3    **Q.**  What about other and self-employed?  Did you see any

4    variations there that caused you to question the reliability

5    of the data?

6    **A.**  Yeah.  In 2014, no one is listed as self-employed whereas

7    you see larger numbers throughout there.  And in other, you

8    see very small in 2014, and then there are these big jumps

9    when you go to 2018 and 2019 over 2017.

10   **Q.**  What was your conclusion about whether or not you should

11   keep parental occupation in your model?

12   **A.**  Well, my basic standard was is this something I would

13   include if I was going to send this off for publication.  And

14   I would not, because I view this data as being not of high

15   quality.

16           But again, we do checks to see whether it affects

17   our findings, and we still find penalties against

18   Asian-Americans.

19   **Q.**  Are there any other variables that Professor Card

20   criticized you for not including?

21   **A.**  Yes.  Intended career.

22   **Q.**  If you look on Slide 43 of Plaintiff's Demonstrative 38,

23   is this the data on intended career?

24   **A.**  That's correct.

25   **Q.**  And what is it in the data for intended career that

 1   caused you to question its reliability?

 2   **A.**   Well, there are a lot -- and again, not all of them are

 3   on here, but these are the ones we're looking at because they

 4   vary substantially.

 5          You can just see big jumps.  Just look at the

 6   academic.  You see high values in 2014 and 2018 and very low

 7   values in those other years.

 8          If you look at health, there's this massive jump in

 9   2018, smaller number in all the other years, but 2014 seems

10   bigger than all the other years.

11          In all of this data, it seems to be moving around

12   in ways that I don't trust what's going on.

13   **Q.**   Are there any other variables that you excluded of note?

14   **A.**   I think I mentioned before the interview with the

15   admissions officer.  That's one, too, where clear preferences

16   are affecting that rating.  You might think an interview

17   might matter, but that ought to be the scored interview, not

18   whether you had an interview.

19   **Q.**   Did Dr. Card have any criticisms about the statistical

20   strength of your models' findings?

21   **A.**   He did.

22   **Q.**   What was that criticism?

23   **A.**   He was concerned that the pseudo R-squared, which is a

24   measure of fits for these models, he viewed as being

25   relatively low.

1    **Q.**  And what do economists in your field consider to be a

2    good pseudo R-squared for a logit model like the ones you

3    did?

4    **A.**  The premier person in this area is Dan McFadden.  And

5    what he says is that pseudo R-squared between .2 and .4

6    actually provides an excellent fit to the data.  And he

7    really highlights the fact that there's another measure

8    called the R-squared which is used in another context, that

9    you cannot compare those two because you get much lower

10   values when you do the pseudo R-squared.

11   **Q.**  And what was the pseudo R-squared for your personal

12   ratings model?

13   **A.**  .28.

14   **Q.**  Does that fall within the range of excellent fit?

15   **A.**  It did.

16   **Q.**  Did Dr. Card create his own logit model to model the

17   Harvard admissions process?

18   **A.**  He did.

19   **Q.**  I know we've covered some of this in terms of these

20   variables, but generally how did his model differ from yours?

21   **A.**  The two most important differences were the inclusion of

22   the ALDC applicants and the inclusion of the personal rating.

23          But there's some other key differences, too,

24   particularly interacting -- choosing not to interact

25   disadvantaged status and including some of these variables

**JA2311**

1    that I thought were too unreliable.

2    **Q.**   Now, in terms of his criticism of you for including the

3    personal rating, did Dr. Card, did he ever provide his own

4    model that shows the personal rating is free of any

5    significant influence from race?

6    **A.**   He did not.  He did add some variables to my model and

7    showed some decrease in the Asian, the penalty that

8    Asian-Americans face.  But the statistical significance of

9    that penalty, it was still significant at like the 1 percent

10   level.

11   **Q.**   What about interaction terms for race and disadvantaged

12   that you said he did not include?  What was his justification

13   for leaving those out?

14   **A.**   Well, the idea was you need some theoretical reason for

15   doing that particular interaction.  And really, you could do

16   interactions with everything.  Why those?  And he says that

17   there's no theoretical reason for including that interaction.

18   **Q.**   Did you agree with that criticism?

19   **A.**   I did not.

20   **Q.**   Why is that?

21   **A.**   For two reasons that I mentioned before.  One, in my past

22   work on affirmative action in higher education, I had

23   included such an interaction.  And what we saw in the OIR

24   reports, while I'm obviously interacting disadvantaged status

25   and there they did low income, we don't have low income in

1    the data.

2    **Q.**  Did you test whether or not -- and I believe I heard you

3    say something about robustness.  Is that correct?

4    **A.**  That's correct.

5    **Q.**  So were you testing how your model would react if you

6    actually made changes based on some of the criticisms of

7    Dr. Card?

8    **A.**  That's correct.

9    **Q.**  Did you prepare demonstratives showing that?

10   **A.**  Yes.

11   **Q.**  I'm going to Slide 44, marginal effect of race on

12   probability of admission using Card's assumptions, baseline

13   data set.

14       What did you do to your preferred model to

15   incorporate some of Dr. Card's criticisms?

16   **A.**  So I added the personal rating back in.  I added the

17   parental occupation, intended career variables back in.  I

18   removed all the interactions with gender.

19       In Card's opening report, he had a different way of

20   doing the ratings, and I included his way of doing the

21   ratings.  Even including all those things, you still see

22   negative penalty against Asian-Americans.

23       THE COURT:  You left in the other interactions,

24   though, right?

25       THE WITNESS:  I left in the interaction between --

 1    the key one is the disadvantaged status with race.  That

 2    really is an important one.  And the reason is a little

 3    subtle, but I think provides a good illustration of what's

 4    going on.

 5            Namely, we know that African-Americans and

 6    Hispanics don't get as much of a bump for being

 7    disadvantaged.  So when they're included, when you don't

 8    interact it, it makes disadvantaged status itself seem not

 9    very important for Asian applicants and white applicants.

10            Now, why does that matter in the context of an

11    Asian-American penalty?

12            Well, as it turns out, Asian-Americans are

13    significantly more likely to be low income.  So given that

14    they're more likely to be disadvantaged, when you lower the

15    tip for being disadvantaged, it makes it look like the

16    penalty is not as big as what it actually is.

17            THE COURT:  I'm just thinking wasn't Harvard's data

18    that every ethnic group got the same tip for disadvantage,

19    basically?

20            THE WITNESS:  No.  On those OIR reports, you'll see

21    that they found a negative coefficient on the

22    African-American times low income.  And that was quite large

23    and statistically significant.

24            And in their model I think you actually saw a

25    positive Asian-American coefficient with disadvantaged.

1          Again, that's just the interaction term, not the

2     total penalty.  But it shows the disadvantaged -- well, they

3     were doing low income -- that the effect varied by race in a

4     significant way.

5          MR. McBRIDE:  Your Honor, that's Plaintiff's

6     Exhibit 28.8.  I can put that on the screen for you.

7          THE COURT:  Put that up for me, will you?

8          THE WITNESS:  What you're looking there, at the

9     bottom you can see right underneath "Asian," you can see

10    "African-American" and "Low Income."  And that coefficient is

11    negative and significant.  The P value is to the right of

12    that.  The fact it's all zeros means this is a significant

13    effect.

14          That does not mean that African-Americans don't get

15    a tip.  It's just that the tip they get, if they're low

16    income relative to whites who are low income, is lower.

17    BY MR. McBRIDE:

18    **Q.**  And is this a factor associated with the summing of the

19    coefficients for interaction terms that you went through

20    earlier?

21    **A.**  Exactly.

22          THE COURT:  Thank you.

23    BY MR. McBRIDE:

24    **Q.**  So just to conclude this.  Even incorporating these

25    criticisms of Dr. Card into your preferred model, what was

1    the marginal effect of being Asian-American on the

2    probability of admission?

3    **A.**   Negative .32 percent.  So if you do all those

4    corrections, it does reduce the size of the penalty, but

5    remains significant.  When you think about a baseline of a

6    5 percent admit rate, it's still a significant change.

7    **Q.**   Do you recall another opinion of Dr. Card's was that he

8    believed there was no evidence of discrimination in certain

9    subgroups that he claimed were important?

10   **A.**   That's correct.

11   **Q.**   What was that criticism?

12   **A.**   Well, that criticism was, if you estimated the model only

13   in female applicants or only on applicants from California,

14   that you actually saw a positive effect for Asian-American in

15   those models.

16   **Q.**   Do you agree with that criticism?

17   **A.**   I do not for a number of reasons.  First, ALDC applicants

18   are still in the model.  We still have the personal rating,

19   and we have all these other variables that I don't think

20   belong in the model.

21        The other issue with doing that is now you've cut

22   your sample in half and the number of variables that

23   Professor Card has is a lot more than mine because you're

24   estimating yearly model.  Roughly six times, give or take.

25        So now you've cut your sample in half, and you've

Case: 19-2005    Document: 00117632239    Page: 167    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 155 of 250

155

1    got all these variables in your model, and I think you're

2    really running a risk of overfitting.  And for California

3    you're talking about 30 percent of the applicants.

4    **Q.**  Let's assume, though, that the Court would agree with

5    Dr. Card's modeling choices.  Would that make these findings

6    valid in your eyes?

7    **A.**  No.  None of them are close to statistically significant.

8    **Q.**  So I want to just focus on the two main disagreements

9    here for a moment.  The inclusion of ALDC and the inclusion

10   of the personal rating that Dr. Card thinks are necessary.

11           Did you do any analysis of what would happen to the

12   results of Dr. Card's model if you corrected it by removing

13   the ALDC applicants and removing the personal rating?

14   **A.**  I did.

15   **Q.**  I'm going to Slide 45.  Is that this analysis?

16   **A.**  That's correct.

17   **Q.**  What did you find when you took Dr. Card's model and

18   added back in -- I'm sorry -- removed the ALDC applicants and

19   removed the personal rating?

20   **A.**  If you just removed the ALDC applicants, it's negative

21   but not statistically significant.  If you also remove the

22   personal rating, you're getting a fairly big effect of

23   negative .56 percent, and it's statistically significant.

24           Actually in Card's opening report, he shows what

25   the effect of removing the personal rating even with just --

 1    keeping the ALDC applicants in there, and there you also see

 2    a negative and significant penalty against Asian-Americans.

 3    **Q.**   And what specifically is the penalty for being

 4    Asian-American on the probability of admission when you

 5    correct Dr. Card's model for ALDC and personal rating?

 6    **A.**   Negative .56 percent penalty.

 7    **Q.**   Taking a step back.  Given these results with the

 8    correction of Dr. Card's model as well as the results of your

 9    own model, what is your ultimate conclusion about the

10    presence of a penalty against Asian-Americans in the

11    admissions process?

12    **A.**   I think the evidence is quite compelling.  That there is

13    a penalty against Asian-American applicants, and these

14    results are stuff that I would fully expect that could be

15    published.

16    **Q.**   Thank you.

17            MR. McBRIDE:  No further questions.

18            MR. LEE:  Can we take a ten-minute break that will

19    allow us to get set up?

20            THE COURT:  Yes.  You will recall that I have a

21    quick status conference at 2:30.

22            Ten-minute break now is fine.

23            (Court recessed at 1:55 p.m.)

24                        EXAMINATION

25

1   BY MR. LEE:

2   **Q.**   Good afternoon.

3   **A.**   Good afternoon.

4   **Q.**   Before I go to the heart of the cross-examination, I want

5   to see if I can correct one thing with you on one of the

6   exhibits you discussed with Mr. McBride.

7          Do you have the notebook that he was using with you

8   up there still?  I believe it's to your right, perhaps.

9          You discussed Plaintiff's Exhibit 116, P116, with

10  Mr. McBride.  Do you remember that, a student file?

11  **A.**   P116, yes, a student file, yes.

12  **Q.**   If I turn you to the first page --

13         MR. LEE:  And, Your Honor, I think we'll have to

14  turn off the public monitor.

15         THE COURT:  Yes.

16  BY MR. LEE:

17  **Q.**   You looked at the summary sheet with Mr. McBride.  Do you

18  recall that?

19  **A.**   I do.

20  **Q.**   You discussed with him the different ratings that were

21  provided.  Do you recall that?

22  **A.**   I do.

23  **Q.**   And you made the point for Her Honor that the summary

24  sheet doesn't include the results of the interview rating,

25  correct?

1    **A.**   That's correct.

2    **Q.**   Now, the date on which the ratings were provided out of

3    the summary sheet is actually recorded, isn't it?

4    **A.**   It is.

5    **Q.**   January 13, correct?

6    **A.**   That's correct.

7    **Q.**   So if you go to the fourth page, which is the interview

8    that you discussed with Mr. McBride, do you have that before

9    you?

10   **A.**   I do.

11   **Q.**   That is the interview report, correct?

12   **A.**   That's correct.

13   **Q.**   The interview occurred on January 25, correct?

14   **A.**   That's correct.

15   **Q.**   So that when the ratings were filled out, the person

16   providing the ratings didn't have the interview report

17   because it hadn't occurred, correct?

18   **A.**   That's correct.  But they could have gone back to the

19   file.

20   **Q.**   You weren't trying to suggest that there was anything

21   wrong with the fact that the interview ratings were not

22   recorded, correct?

23   **A.**   What I think was wrong was that they didn't go back to

24   check what those ratings were.  But I don't know if I'd even

25   call it wrong.  I completely agree with you that they didn't

1    have the rating, the alumni interview at the time they filled

2    out the ratings.

3    Q.   Now, sir, you've been retained by SFFA in this case,

4    correct?

5    A.   That's correct.

6    Q.   SFFA has also sued the University of North Carolina,

7    correct?

8    A.   Correct.

9    Q.   And from that lawsuit SFFA claims that African-American

10   and Hispanic applicants are given preferences over whites,

11   correct?

12   A.   And Asian-Americans, yes.

13   Q.   And the person who's been retained to be SFFA's expert in

14   that case is you?

15   A.   That's correct.

16   Q.   And in the last four years, you've been an expert in two

17   cases, correct?

18   A.   I've got this case and then two others, yes.

19   Q.   And the two cases that involve college admissions

20   processes are this case; that's one, correct?

21   A.   Correct.

22   Q.   And University of North Carolina, correct?

23   A.   Correct.

24   Q.   And what they have in common is SFFA, correct?

25   A.   Correct.

1    **Q.**  Now, as you tell us in your report, you receive funding

2    from something called the Searle Freedom Trust, correct?

3    **A.**  Correct.

4    **Q.**  You receive somewhere in the neighborhood of $50,000 from

5    the Searle Freedom Trust, correct?

6    **A.**  That's correct.

7    **Q.**  You know that the Searle Freedom Trust is actually a

8    funder of SFFA, don't you?

9    **A.**  I have learned that.

10   **Q.**  In fact, they're a substantial funder of SFFA, correct?

11   **A.**  I don't know.

12   **Q.**  The work that the Searle Trust funded for you was some of

13   the affirmative action work you described for us earlier,

14   correct?

15   **A.**  Correct.

16   **Q.**  Now, to be clear in this case, as you told us, you

17   contend and SFFA contends, that Harvard considers race

18   improperly, correct?

19   **A.**  Correct.

20   **Q.**  In the North Carolina case, SFFA and you contend that the

21   University of North Carolina considers race improperly,

22   correct?

23   **A.**  Correct.

24   **Q.**  In both cases you've prepared statistical models,

25   correct?

1    **A.**   Correct.

2    **Q.**   And in both cases you're going to provide opinions to

3    support your basic conclusion, correct?

4    **A.**   Correct.

5    **Q.**   Now, you recall doing a series of reports and then having

6    your deposition taken, correct?

7    **A.**   Correct.

8    **Q.**   At the time of your deposition, you had not met with a

9    single student who was an SFFA member, correct?

10   **A.**   That's correct.

11   **Q.**   You had not spoken to a single student who was a member

12   of SFFA, correct?

13   **A.**   Correct.

14   **Q.**   You couldn't even name for me one SFFA member, could you?

15   **A.**   I don't remember that.

16   **Q.**   Could you name a single member of SFFA at the time of

17   your deposition?

18   **A.**   I guess not.

19   **Q.**   Right.  And you certainly hadn't reviewed any of their

20   application files to Harvard, correct?

21   **A.**   No.  I had reviewed their files.

22   **Q.**   Right.  Now, the file that you discussed today was not an

23   application file for an SFFA standing member, was it?

24   **A.**   Not the one that I discussed today, no.

25   **Q.**   In fact, you have not met with any Asian-American

Case: 19-2005    Document 00117683239    Page: 174    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 162 of 250

162

1    applicant to Harvard at any point during your work on this

2    case, correct?

3    **A.**   I have not met any Asian-American applicants to Harvard?

4    **Q.**   To Harvard at any time during your work on this case,

5    correct?

6    **A.**   I'm not sure about that.

7    **Q.**   Can you tell me one way or another?

8    **A.**   No, I can't tell you one way or the other.

9    **Q.**   You have not spoken to any Asian-American applicant to

10   Harvard at any time during the course of your work in this

11   case, correct?

12   **A.**   Correct.

13   **Q.**   And, as we sit here today, you can't name for me one

14   current SFFA member who applied to Harvard and was not

15   accepted, correct?

16   **A.**   I reviewed the names for -- I mean, reviewed the files.

17   I don't remember the names, no.

18   **Q.**   So the answer would be correct, right?

19   **A.**   Correct.

20   **Q.**   You understand that SFFA's self-described mission is to

21   end use of race in college admissions, correct?

22   **A.**   I do.

23   **Q.**   Based upon your work in the field, the work you described

24   earlier today to Mr. McBride, do you recall that?

25   **A.**   Yes.

1    **Q.**  You understand that eliminating the consideration of race

2    in American universities like Harvard would result in the

3    reduction in the representation of African-Americans on

4    campus, correct?

5    **A.**  On Harvard's campus, correct.

6    **Q.**  And it would result in the reduction in the number of

7    Hispanics on Harvard's campus, correct?

8    **A.**  Correct.

9    **Q.**  In fact, if we looked at most of your slides today, what

10   we saw was comparisons among African-American applicants,

11   Hispanic applicants, and Asian-American applicants, correct?

12   **A.**  Correct.

13   **Q.**  And I think you started your direct today by saying in

14   your view the magnitude of preferences for African-American

15   and Hispanic applicants is quite large.  Correct?

16   **A.**  Correct.

17          MR. LEE:  Could I have PD 38, Slide 39 from

18   Mr. Bride's presentation.

19   BY MR. LEE:

20   **Q.**  Do you recall this slide?

21   **A.**  I do.

22   **Q.**  I'm going to ask you a few more questions about it so we

23   really understand what was the result of your analysis.  So

24   let's pick 2018.  Do you see that?

25   **A.**  Yes.

1    **Q.**  I'm going to set aside 2019 because you seem to think

2    that the numbers are the result of SFFA bringing a lawsuit.

3    Let's focus on 2018.

4            The result of your analysis would be that the

5    number of African-Americans on the Harvard campus or in the

6    Harvard class would decrease from 195 to 47, correct?

7    **A.**  Correct.

8    **Q.**  The number of Hispanics would decrease from 217 to 96,

9    correct?

10   **A.**  Correct.

11   **Q.**  There would be a decrease of 148 African-Americans,

12   correct?

13   **A.**  Correct.

14   **Q.**  A decrease of 121 Hispanics, correct?

15   **A.**  Correct.

16   **Q.**  And you use the phrase "winners and losers."  Do you

17   remember that?

18   **A.**  Yes.

19   **Q.**  Let's see who the winners are.  The number of

20   Asian-Americans would increase by 158, correct?

21   **A.**  Correct.

22   **Q.**  And the numbers of whites would increase by 89, correct?

23   **A.**  Correct.

24   **Q.**  And so when you used the phrase "winners," the winners

25   would be Asian-Americans and whites, correct?

Case: 19-2005    Document: 00117683239    Page: 177    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 644    Filed 04/18/19    Page 165 of 250

165

1  **A.**  In the context of admissions, yes.

2  **Q.**  In the context of your chart, sir, they would be the

3  winners, correct?

4  **A.**  Yes.  My chart is on admissions.  So, yeah.

5  **Q.**  And the losers would be African-Americans and Hispanics,

6  correct?

7  **A.**  Correct.

8  **Q.**  Now, you sat through the testimony of several of the

9  witnesses, correct?

10  **A.**  Some of the witnesses.  The other ones I read the

11  deposition testimony.

12  **Q.**  Fair enough.  And you heard some of the Harvard

13  representatives talk about the importance of a diverse

14  campus, correct?

15  **A.**  Yes.

16  **Q.**  And you heard them talk about the importance of having a

17  number of folks from different backgrounds on campus,

18  correct?

19  **A.**  Correct.

20  **Q.**  And your chart, which has the number of

21  African-Americans, is this per class?

22  **A.**  Yes.

23  **Q.**  So in one class there would be a reduction of 148

24  African-Americans, correct?

25  **A.**  And this is the baseline.

1    **Q.**  Yes.  Harvard is a four-year college, correct?

2    **A.**  Correct.

3    **Q.**  It would be a reduction of 600 African-American students

4    on campus, correct?

5    **A.**  Correct.

6    **Q.**  And if we look at the Hispanics, it would be a reduction

7    of 480 Hispanics on campus, correct?

8    **A.**  Correct.

9    **Q.**  And you stand by these numbers, correct?

10   **A.**  Yes.

11   **Q.**  In fact, as you corrected me or you pointed out to me,

12   this is the baseline; so this is your data set, correct?

13   **A.**  That's correct.

14   **Q.**  If we go to your Slide 40.

15             MR. LEE:  Could I have the next slide.

16   BY MR. LEE:

17   **Q.**  Do you see that slide?

18   **A.**  I do.

19   **Q.**  This is PD 38, 40.  This now is the expanded data set,

20   correct?

21   **A.**  Correct.

22   **Q.**  So, for instance, it includes athletes, correct?

23   **A.**  Correct.

24   **Q.**  Legacies, correct?

25   **A.**  Correct.

Case: 19-2005    Document: 00117632230    Page: 179    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 644    Filed 04/18/19    Page 167 of 250

167

1    **Q.**  Directors and dean's list, correct?

2    **A.**  Correct.

3    **Q.**  Faculty children, correct?

4    **A.**  I would need to check because it says expanded data set.

5    I think it includes the athletes for the purposes of this,

6    but I would have to check that.  But basically it's ALDC,

7    yes.

8    **Q.**  Expanded data set includes some of the people who are

9    excluded in the baselines, correct?

10   **A.**  That's right.  Yes.

11   **Q.**  Let's look at 2018 again.  I'm going to set 2019 aside.

12   Let's look at who the winners and losers are in your

13   calculation.

14           The winners would be Asian-Americans whose numbers

15   would go up by 153 and whites whose numbers would go up by

16   105, correct?

17   **A.**  Correct.

18   **Q.**  Per class?

19   **A.**  Per class.

20   **Q.**  For African-Americans per class there would be a

21   reduction of 153 students, correct?

22   **A.**  Correct.

23   **Q.**  Or 600 students on campus, correct?

24   **A.**  Correct.

25   **Q.**  And for Hispanics, there would be a reduction of

Case: 19-2005    Document: 00117623239    Page: 180    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 168 of 250

168

1    500 students on campus over a four-year period, correct?

2    **A.**  Correct.

3    **Q.**  And you stand by these numbers, do you not?

4    **A.**  I do.

5    **Q.**  Okay.  So let's talk about the mismatch theory.  You have

6    written a number of articles concerning the mismatch theory,

7    correct?

8    **A.**  I've written a number of articles analyzing the costs and

9    benefits for affirmative-action policies, yes.

10    **Q.**  You've specifically written articles that mention the

11    mismatch theory, correct?

12    **A.**  Correct.

13    **Q.**  That describe the mismatch theory, correct?

14    **A.**  Correct.

15    **Q.**  And explored data to see whether the mismatch theory is

16    legitimate or not, correct?

17    **A.**  Correct.

18    **Q.**  So let's start by seeing of we can agree upon just what

19    the mismatch theory is.

20         The theory is, in broadest terms, the idea that

21    affirmative action harms minorities by admitting students to

22    schools they are less likely to succeed at, correct?

23    **A.**  That's correct.

24    **Q.**  Now, in 2012 you published a study on racial differences

25    at Duke, correct?

**JA2330**

1    **A.**  Correct.

2    **Q.**  And you specifically said, as you told Mr. McBride, that

3    you were studying racial differences in choice of majors,

4    correct?

5    **A.**  That was one part of the paper, yes.

6    **Q.**  And a major in and a concentration in Harvard parlance

7    are the same thing, correct?

8    **A.**  Correct.

9    **Q.**  The data you analyze was from Duke, correct?

10   **A.**  Yes.

11   **Q.**  That's where you work, correct?

12   **A.**  That's correct.

13   **Q.**  You understand that Duke has filed an amicus brief in

14   this case?

15   **A.**  I do.

16   **Q.**  Supporting Harvard, not SFFA, correct?

17   **A.**  That's correct.  But they have not said anything about my

18   analysis.

19   **Q.**  No.  But there was another amicus brief that I'm going to

20   come to that does say something about your analysis, correct?

21   **A.**  That's correct.

22   **Q.**  All right.  We'll come back to that one.

23          But let's stay with the 2012 study, if you could.

24          You concluded that the grade point averages of

25   white and African-American students at Duke got closer

1  together between freshman and sophomore year, correct?

2  **A.**  No, just a data fact.  Not a conclusion.  That's the

3  data.

4  **Q.**  I'll call it whatever you like.  It's a fact.

5  **A.**  It's a fact, yes.

6  **Q.**  And then you explored the cause for that conversion,

7  correct?

8  **A.**  Correct.

9  **Q.**  And you concluded that African-American students tended

10  to switch majors, correct?

11  **A.**  Correct.

12  **Q.**  And you concluded that African-Americans tended to switch

13  away from majors like the natural sciences, engineering, and

14  economics, and toward majors like the humanities and social

15  sciences, correct?

16  **A.**  Correct.

17  **Q.**  And you concluded that the shift from majors like natural

18  sciences, engineering, and economics towards disciplines like

19  the humanities explain the convergence in the GPAs between

20  African-Americans and whites, correct?

21  **A.**  That was part of why.

22  **Q.**  That was one of your conclusions, correct?

23  **A.**  Yeah.  That explained part of why things converged.

24  That's not the only reason.  That wasn't the only reason.

25  That's all.  I agree that's one of the conclusions.

1    **Q.**  Okay.  Now, in making that conclusion, you wrote for

2    publication that "natural science, engineering, and economics

3    courses are more difficult, associated with higher study

4    times, and have harsher grading standards."

5         Did you write that?

6    **A.**  That sounds right.

7    **Q.**  And you said, "All of this translates into students with

8    weaker academic backgrounds," that being minorities," being

9    less likely to choose these majors."

10        That's what you wrote, correct?

11   **A.**  Correct.

12   **Q.**  When your article was published, as you told Mr. McBride,

13   it created some controversy on the Duke campus, correct?

14   **A.**  Actually it created a controversy before it was

15   published.  But it created controversy.

16   **Q.**  Fair enough.  It created controversy before it was

17   published and it created controversy after it was published,

18   correct?

19   **A.**  Yes.

20   **Q.**  And the controversy was one that resulted from some

21   people viewing it as inflaming racial tensions on the Duke

22   campus, correct?

23   **A.**  That's correct.

24   **Q.**  And that is the event that you were referring to with

25   Mr. McBride, correct?

1    **A.**  Correct.

2    **Q.**  Incidentally, you were the chair of the economics -- the

3    graduate economics department's admissions committee at the

4    very time that you wrote that article, correct?

5    **A.**  That sounds right.

6    **Q.**  All right.  I'm going to come back to what happened when

7    you were the chair in a few minutes.

8              You've also written about the effects of

9    California's Proposition 209, correct?

10   **A.**  Correct.

11   **Q.**  Proposition 209 was a voter initiative, correct?

12   **A.**  Correct.

13   **Q.**  Among other things, it banned the use of race at public

14   universities and in admissions, correct?

15   **A.**  Correct.

16   **Q.**  And you studied and wrote about the effect of

17   Proposition 209 on minority enrollment in the University of

18   California system, correct?

19   **A.**  Correct.

20   **Q.**  And what you found and concluded and published was that

21   minority students after Proposition 209 entering the UC

22   system shifted from what you called more-selective campuses

23   to less-selective campuses, correct?

24   **A.**  Correct.

25   **Q.**  In fact, what you said was minority students shifted away

 1  from schools like UC Berkeley and UCLA, correct?

 2  **A.**  Correct.

 3  **Q.**  You called those more selective, correct?

 4  **A.**  Correct.

 5  **Q.**  And they, in fact, shifted towards less-selective

 6  campuses, correct?

 7  **A.**  Correct.

 8  **Q.**  Now, I want to see how you described this.  Turn, if you

 9  would, in your notebook to Tab 8.  Do you have Tab 8 before

10  you?

11  **A.**  I do.

12  **Q.**  Is this an article that you wrote called "Affirmative

13  Action and University Fit:  Evidence From Proposition 209"?

14  **A.**  It is.

15  **Q.**  Turn, if you would, to page 23.  Do you have that before

16  you?

17  **A.**  Yes.

18  **Q.**  Okay.  And I'd like to draw your attention specifically

19  to the sentence that begins "Using data before."

20          Do you see that sentence on page 23?

21  **A.**  I do.

22  **Q.**  Would you read that sentence for the Court.

23  **A.**  "Using data before and after an affirmative action ban,

24  we found evidence that Prop 209 did lead to a more efficient

25  sorting of minority students within the UC system."

1    **Q.**  So I want to ask you about this phrase you wrote, "more

2    efficient sorting of minority students".

3    **A.**  I think the next sentence is important, too, because

4    there's a big "however" right after it.

5    **Q.**  Go ahead.

6    **A.**  "However, the effects are relatively small and we can say

7    little about what happened to those that did not attend the

8    UC campus as a result of Prop 209."

9    **Q.**  Now, in the first sentence you used the phrase "more

10   efficient sorting of minority students within the UC campus."

11          Do you see that?

12   **A.**  That's correct.

13   **Q.**  That was your phrase, correct?

14   **A.**  Yes.

15   **Q.**  And what you meant by "more efficient sorting" is that

16   you thought that some minority students gravitated after

17   Prop 209 to less-selective campuses, correct?

18   **A.**  What I meant by that was --

19   **Q.**  Is that right?

20   **A.**  I was going to tell you what I meant.

21   **Q.**  Can you tell me yes or no whether I'm right or not?  Then

22   we'll come back to how you'd like to expand.

23   **A.**  It's hard for me to tell you yes or no on that question.

24   **Q.**  Let me withdraw it and ask you a different question.

25          When you refer to more efficient sorting of

**JA2336**

```
 1   minority students within the UC system, you're referring to
 2   the idea that some students went to more-selective
 3   universities and some went to less-selective universities
 4   after Prop 209, correct?
 5   A.   That's correct.
 6   Q.   Now, could I have from Mr. McBride's slide PD38,
 7   Slide 22.  This is your slide that you discussed with Her
 8   Honor today, correct?
 9   A.   Correct.
10   Q.   On the slide, you compare Whites, Asian-Americans,
11   African-Americans, and Hispanics, correct?
12   A.   Correct.
13   Q.   And on many of the subsequent slides you compare only
14   Asian-Americans, African-Americans, and Hispanics, correct?
15   A.   No.  That means it's relative to white applicants.
16   Q.   Whites are the baseline, correct?
17   A.   That's correct.
18   Q.   So I want to ask you about this slide because you told
19   Her Honor that this slide shows what you call the Asian
20   penalty, correct?
21   A.   This provides -- suggests an Asian penalty.
22   Q.   Didn't you say that this slide supports your theory that
23   there is an Asian penalty?
24   A.   Supports, yes.
25   Q.   Okay.  And you said it supports your theory because if
```

1    you compare the admit rates of Asian-Americans to

2    African-Americans and Hispanics, there's a big difference in

3    absolute terms, correct?

4    **A.**  Well, in comparison to whites is what I was referring to

5    there.

6    **Q.**  You may have anticipated my next question.

7         With this chart in front of you, would you tell us

8    is there a white penalty in the Harvard admissions process?

9    **A.**  Every time we talk about -- I'm using whites as a

10   baseline.  Certainly whites are penalized relative to

11   African-Americans and Hispanics.  Asians are penalized

12   relative to all groups.  Hispanics are penalized relative to

13   African-Americans.

14   **Q.**  So just so I'm clear, can you answer my question yes or

15   no?  Using your phrasing, your characterization of the data

16   as showing an Asian penalty, is there a white penalty in the

17   Harvard admissions process?  Yes or no.

18   **A.**  It depends on the comparison group.  Penalties are always

19   relative.

20   **Q.**  Let's go back just for a minute and look at your slide,

21   PD38, Slide 39.

22        Do you remember this slide?  This is the data from

23   your baseline set, sir.

24   **A.**  That's correct.

25   **Q.**  If we flip to Slide 40, this is the data from your

1    expanded data set.  Do you recall that?

2    **A.**   That's correct.

3    **Q.**   And as you use the term "winners and losers," in both

4    cases the losers were African-Americans and Hispanics,

5    correct?

6    **A.**   That's correct.

7    **Q.**   And the winners were Asian-Americans and whites, correct?

8    **A.**   That's correct.

9    **Q.**   So if race is used as it is in the Harvard system, your

10   testimony is that Asian-Americans bear the burden of a

11   penalty, correct?

12   **A.**   That's correct.

13   **Q.**   Looking at this data, isn't the necessary corollary of

14   that under your analysis that there's a white penalty at

15   Harvard as well?

16   **A.**   A white penalty is the same thing as an African-American

17   or Hispanic tip.  They mean the same thing.

18   **Q.**   Okay.  So if an African-American is getting a tip, then a

19   white or an Asian-American is getting a penalty, according to

20   you, correct?

21   **A.**   They can always express it that way, correct.

22   **Q.**   Well, I'm trying to understand just what you meant by a

23   penalty, sir.

24         In your analysis, both Asian-Americans and whites

25   are operating under the burden of a penalty in the Harvard

Case: 19-2005    Document: 00117632230    Page: 190    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 644    Filed 04/18/19    Page 178 of 250

178

1    admissions process, correct?

2    **A.**   Again, I would want to relate it back to who we're

3    comparing to.  If we're comparing white applicants to

4    Asian-American applicants, we can either call that a white

5    tip or an Asian-American penalty.  Would mean the exact same

6    thing to me.

7    **Q.**   Okay.  I think I understand you.  But maybe it's a little

8    simpler to just say, if we use your terms winners and losers,

9    the winners are the Asian-Americans and whites in your

10   analysis and the losers are the African-Americans and the

11   Hispanics, correct?

12   **A.**   That's correct.

13   **Q.**   And that's consistently the result of your analysis, is

14   it not, sir?

15   **A.**   Yes.  It's also consistent with Professor Card's analysis

16   when removing preferences.

17   **Q.**   You know Professor Card will be here, correct?

18   **A.**   Yeah.  He's here now.

19   **Q.**   Do you know him?

20   **A.**   I do.

21   **Q.**   Do you know him well?

22   **A.**   Yes.

23   **Q.**   You respect him?

24   **A.**   Very much.

25   **Q.**   You understand he won the John Bates Clark Medal?

1    **A.**  And deservedly so.

2    **Q.**  And that is, many people think, the most important

3    economics prize this side of the Nobel Prize.  Correct.

4    **A.**  Arguably more important.

5    **Q.**  And he was one of the winners, correct?

6    **A.**  That's correct.

7    **Q.**  I'm not going to sit here and wrestle with you what he

8    said because he's going to come here in a couple of days and

9    tell Her Honor what he says in person.

10                So let me ask you this.  I'm going to ask you a few

11   more questions and then Her Honor needs to break at 2:30.

12                You worked in graduation admissions at Duke,

13   correct?

14   **A.**  That's correct.

15   **Q.**  You were on the graduate admissions committee for the

16   economics department between 2004 and 2006, correct?

17   **A.**  I believe that's correct.

18   **Q.**  You were the chairman or the director of the committee

19   between 2011 and 2013, correct?

20   **A.**  Correct.

21   **Q.**  Now, you were the chair of that committee for the

22   graduate school of economics beginning in 2011, correct?

23   **A.**  That's correct.

24   **Q.**  And you continued through the academic year of 2013,

25   correct?

1     **A.**  Correct.

2     **Q.**  So the article that you and I discussed that caused some

3     racial tension on the Duke campus was published while you

4     were the chair, correct?

5     **A.**  Chair of the admissions committee, yes.

6     **Q.**  Now, one of the changes that you made -- withdrawn.

7          You had been on the committee for a period of time,

8     correct?

9     **A.**  That's correct.

10    **Q.**  You later became the chair, correct?

11    **A.**  Correct.

12    **Q.**  You thought you could improve the process, correct?

13    **A.**  Correct.

14    **Q.**  And one of the things that you did to improve the process

15    is you implemented a requirement of interviews, correct?

16    **A.**  That's correct.

17    **Q.**  Either by Skype or in person, correct?

18    **A.**  Correct.

19    **Q.**  You thought implementing the requirement of interviews

20    was an important innovation in the Duke interview and

21    application process, correct?

22    **A.**  That's correct.

23    **Q.**  You thought it was important to assess the personal

24    qualities of the applicant before you made a decision,

25    correct?

1    **A.**  That's correct.

2    **Q.**  And you wanted to meet them so you could determine what

3    their communication skills were like, correct?

4    **A.**  Correct.

5    **Q.**  To the extent you could, you could judge their candor and

6    truthfulness, correct?

7    **A.**  Correct.

8    **Q.**  You could judge their creativity, correct?

9    **A.**  Correct.

10   **Q.**  You could judge their intellectual curiosity, correct?

11   **A.**  Correct.  I mean, these are 15-minute interviews, but we

12   can get -- we get signals on those things for sure.

13   **Q.**  And you thought it was an important innovation, correct?

14   **A.**  I do, yeah.

15   **Q.**  And you thought that the information you have got in

16   these 15-minute interviews were important in making decisions

17   as to who you would accept into the graduate school of

18   economics at Duke, correct?

19   **A.**  That's correct.

20   **Q.**  And the purpose of the interviews was to observe

21   nonquantitative factors, correct?

22   **A.**  That's correct.

23   **Q.**  Now, during this process, the application process, you

24   asked the applicant for information about their race,

25   correct?

1    **A.**  That's correct.

2    **Q.**  But when I took your deposition and asked you just how

3    you considered race in the process at Duke, you declined do

4    answer because you thought it would be confidential, correct?

5    **A.**  That's correct.

6          MR. LEE:  Your Honor, I know you have the status

7    conference at 2:30.

8          THE COURT:  I'm wondering if they're all here.

9    Rachel, can you go out and see if they're all here for the

10   2:30?

11         MR. LEE:  Should I keep plugging?

12         THE COURT:  You may as well keep going.

13  BY MR. LEE:

14    **Q.**  Let me ask you this:  I want to focus now on the period

15    of 2011 to 2013.  Do you have that period in mind?

16    **A.**  I do.

17    **Q.**  This is the period during which you were the chair,

18    correct?

19    **A.**  Not of the department, but the admissions committee.

20    **Q.**  Yes.  Fair enough.  I'm talking about the admissions

21    committee for the graduate school of economics at Duke,

22    correct?

23    **A.**  Yes.

24    **Q.**  And during that period of time, you were the chair of

25    that committee, correct?

**A.**  Co-chair, but yes.  Yes.

**Q.**  And that's when you instituted this requirement of interviews, correct?

**A.**  Yes.

**Q.**  And after of the interviews were done, people filled out forms or emails describing the result of the interview for your colleagues on the committee, correct?

**A.**  That's correct.

**Q.**  Those were substantive descriptions of what the candidate communicated during the interview, correct?

**A.**  Correct.

**Q.**  Now, I want to ask you about some statistics --

THE COURT:  Before you start, we're ready for the 2:30.  So before you jump in on the statistics, let's break.

MR. LEE:  Okay.

THE COURT:  It won't take long, like 10 minutes.

(Recess at 2:32 p.m.)

THE COURT:  When you're ready.

MR. LEE:  Thank you, Your Honor.

BY MR. LEE:

**Q.**  Welcome back.  When we left we were talking about the period 2011 to 2013.  Do you recall that?

**A.**  Correct.

**Q.**  We were talking about the committee to admit students to the graduate school of economics at Duke, correct?

1    **A.**   Correct.

2    **Q.**   Now, Duke keeps statistics on the number of students

3    admitted to each class and each department, correct?

4    **A.**   Correct.

5    **Q.**   The year before you became the chair, the number of

6    African-American admits to the graduate school of economics

7    was about 7.5 percent, correct?

8    **A.**   I don't know.

9    **Q.**   Let me see if I can refresh your recollection by handing

10   you -- and I can put it on the screen if it's easier.  I can

11   give you a portion of the Duke website or put it on the

12   screen.

13   **A.**   I don't care.  Either way is fine.

14   **Q.**   We'll put it on the screen.  That way Mr. McBride can see

15   it as well.

16           My question just is this:  You know that Duke

17   publishes statistics on the number of admits and the

18   percentage of admits by race to different departments,

19   correct?

20   **A.**   I didn't know that, but apparently they do.

21   **Q.**   You don't know that?  Let me just see if this refreshes

22   your recollection that the year before you became the chair,

23   the number of folks admitted to the Duke graduate department

24   of economics was about 7.5 percent.

25   **A.**   Okay.

Case: 19-2005    Document: 00117632230    Page: 197    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 185 of 250

185

1    **Q.**  Now, then you become the chair, and the next year the

2    number of African-American admits declines, correct?

3    **A.**  Yep.  From four admitted to one.  Yes.

4    **Q.**  It declines from 7.5 percent to 2 percent, correct?

5    **A.**  Correct.

6    **Q.**  Now, the numbers are small, correct?

7    **A.**  Correct.

8    **Q.**  It's a small but very vibrant department at Duke,

9    correct?

10   **A.**  Correct.

11   **Q.**  You have very high standards, correct?

12   **A.**  Correct.

13   **Q.**  But given that it's small numbers, the percentages went

14   from 7.5 percent African-American to 2 percent your first

15   year as chair, correct?

16   **A.**  I'm taking your word for it.  But yes, correct.  I'm

17   taking the website's word.

18   **Q.**  The next year it went to about 2.7 percent while you were

19   still the chair, correct?

20   **A.**  Correct.

21   **Q.**  Now, those statistics don't tell us or you anything about

22   whether you were discriminating against African-Americans,

23   correct?

24   **A.**  Correct.

25   **Q.**  They're just descriptive statistics, as Mr. McBride said,

1    correct?

2    **A.**  Correct.

3    **Q.**  The when the number of -- or the percentage of

4    African-American admits dropped from 7.5 percent to

5    2 percent, no one accused you of intentionally discriminating

6    against African-Americans, correct?

7    **A.**  Correct.

8    **Q.**  No one suggested that you should do an investigation

9    about the reason for those numbers, correct?

10   **A.**  Correct.

11   **Q.**  You were interviewing each candidate as you saw them,

12   correct?

13   **A.**  We didn't interview all candidates, but we interviewed a

14   substantial number, yes.

15   **Q.**  Fair enough.  Bad question.

16            Let me say it this way:  You were evaluating the

17   candidates as they came to you, correct?

18   **A.**  Correct.

19   **Q.**  You interviewed some subset of them, correct?

20   **A.**  Correct.

21   **Q.**  The subset led to the people that you offered positions

22   to, correct?

23   **A.**  Correct.

24   **Q.**  The mere fact that the numbers declined from 7.5 percent

25   to 2 percent doesn't really tell us a thing about the reasons

1    that you made the decisions on the specific people that you

2    have invited to join the department, correct?

3    **A.**   That's correct.

4    **Q.**   Now, at the outset of your opinions today, you told Her

5    Honor that you had concluded that Harvard awards preferences

6    to African-Americans and Hispanic applicants.  Do you recall

7    that?

8    **A.**   That sounds right.

9    **Q.**   And I think, if I wrote your words down correctly, you

10   said precisely, "The magnitude of preference for

11   African-Americans and Hispanics is quite large," correct?

12   **A.**   Correct.

13   **Q.**   Is that your way of saying that the preferences are, in

14   your view, too great?

15   **A.**   I'm just saying that they're quite large.

16   **Q.**   Now, you told us that Harvard also discriminates against

17   some Asian-American applicants, correct?

18   **A.**   Correct.

19   **Q.**   You do not claim that Harvard discriminates against

20   Asian-American applicants who are recruited athletes,

21   correct?

22   **A.**   Correct.

23   **Q.**   You do not claim that Harvard discriminates against

24   Asian-American applicants who are legacies, correct?

25   **A.**   Correct.

 1   **Q.**  You do not claim that Harvard discriminates against

 2   Asian-American applicants on the dean's or director's list,

 3   correct?

 4   **A.**  Correct.

 5   **Q.**  You do not claim that Harvard discriminates against

 6   Asian-American applicants who are the children of faculty,

 7   correct?

 8   **A.**  Correct.

 9   **Q.**  You do not claim that Harvard discriminates against

10   Asian-Americans who are the children of staff, correct?

11   **A.**  Correct.

12   **Q.**  And, in fact, as Her Honor pointed out after the lunch

13   break, your analysis actually shows that Asian-American

14   legacies are admitted at a higher rate than similarly

15   qualified white legacy applicants, correct?

16   **A.**  That's correct.

17   **Q.**  And your analysis shows that faculty children who are

18   Asian-American are actually admitted at a higher rate than

19   white faculty children, correct?

20   **A.**  Correct.

21   **Q.**  And your analysis shows that staff children who are

22   Asian-American are admitted at a higher rate than staff

23   children of white employees, correct?

24   **A.**  Correct.

25   **Q.**  And your analysis also shows that Asian-Americans who are

1    on the dean's list or the director's list are admitted at a

2    higher rate than similarly qualified white applicants,

3    correct?

4    **A.**   Correct.

5    **Q.**   So we can agree that for all of these groups we just went

6    through, you don't claim there's any discrimination against

7    Asian-Americans in those groups, correct?

8    **A.**   Correct.

9    **Q.**   In fact, you couldn't claim it because they're actually

10   doing a little bit better than the whites, correct?

11   **A.**   Correct.

12   **Q.**   And the list you and I just ran through for athletes,

13   legacies, staff children, faculty children, dean's list,

14   director's list, the results that we just described

15   controlled for all the academic qualities and variables,

16   correct?

17   **A.**   The charts that we just saw did not, but in my report, if

18   you add up the coefficients, you would get that effect, yes.

19   **Q.**   You did an analysis that controlled for all the academic

20   variables, correct?

21   **A.**   Yes.   Well, for a set -- we have a set of academic

22   variables that I controlled for, yes.

23   **Q.**   And you controlled for all the academic variables that

24   you had in your models, correct?

25   **A.**   Yes.

1    **Q.** And having done that, the conclusion you came to is that

2    for each of the groups I just described, Asian-American

3    applicants do better than white applicants, correct?

4    **A.** The effect is not distinguishable from zero, but it is

5    positive.

6    **Q.** Well, it's not distinguishable from zero according to

7    you, but there was an effect, and the effect was one that

8    benefited each of those groups, correct?

9    **A.** Typically when it's not distinguishable from zero, we

10   don't say that. But it was positive, which would mean that

11   they were getting a tip that was insignificant.

12   **Q.** So let me phrase it this way and see if we can get on the

13   same page. You make no claims that Harvard uses race to

14   penalize Asian-Americans in any of those groups, correct?

15   **A.** Correct.

16   **Q.** Let me add one more group that has come up during the

17   course of the evidence. You have make no claim that Harvard

18   discriminates against Asian-Americans who are the children of

19   donors, correct?

20   **A.** Well, to the extent that they're on the dean's or

21   director list, true. I don't know -- I'm not sure about the

22   rest. I don't have a control for children of donors.

23   **Q.** The fact that any applicant is the child or relation of a

24   donor was not something that you considered important in your

25   analysis, correct?

1    **A.**  I don't think I had that variable.

2    **Q.**  So donor status had nothing to do with the models that

3    you ran, correct?

4    **A.**  Except as it operated through the dean/director's

5    preferences.

6    **Q.**  Except to the extent that that fact got someone onto the

7    dean/director's list, you took no account for donor status?

8    **A.**  Dean's, director's, or legacy.

9    **Q.**  Fair enough.  If we focus on legacy, dean, director's,

10   one thing we know is that you do not claim there was any

11   discrimination against Asian-Americans in any of those three

12   categories, correct?

13   **A.**  That's correct.

14   **Q.**  Now, you were here for the openings, correct?

15   **A.**  Correct.

16   **Q.**  You understand that the claim here is intentional

17   discrimination, correct?

18   **A.**  Correct.

19   **Q.**  The question of whether any discrimination was

20   intentional or not is not something within your area of

21   expertise as an economist, correct?

22   **A.**  That's correct.

23   **Q.**  You're not here to talk about whether there was

24   intentional discrimination or not, correct?

25   **A.**  Not unless I'm asked my personal opinion, correct.

Case: 19-2005    Document: 00117682239    Page: 204    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 192 of 250

192

1   **Q.**  Well, you didn't offer any opinion on that issue in your

2   reports, correct?

3   **A.**  Correct.

4   **Q.**  So I'm pretty sure none of us is going to ask you about

5   it here.  So let me ask you about a different topic if we

6   could.  Race-neutral alternatives.

7           Do you recall discussing some of the work that you

8   did for Mr. Kahlenberg?

9   **A.**  Yes.

10  **Q.**  And you understand that he is someone who was retained by

11  SFFA as well, correct?

12  **A.**  Correct.

13  **Q.**  And he provided some testimony about race-neutral

14  alternatives, correct?

15  **A.**  Correct.

16  **Q.**  Now, you're not offering any opinion on the merits of

17  race-neutral alternatives -- withdrawn.

18          You're not offering any opinion on the

19  alternatives, the race-neutral alternatives that

20  Mr. Kahlenberg opined on, correct?

21  **A.**  That's correct.

22  **Q.**  You're not offering any opinion on whether Harvard could

23  or could not institute any of those policies, correct?

24  **A.**  That's correct.

25  **Q.**  You're not offering any opinion on whether any of those

1  possibilities, those race-neutral alternatives would create a

2  class that had the same level of diversity and academic

3  strength as the present Harvard class, correct?

4  **A.**  Correct.

5  **Q.**  Now, you did do some statistical simulations for

6  Mr. Kahlenberg, correct?

7  **A.**  Correct.

8  **Q.**  And in those simulations you included all domestic

9  applicants, correct?

10  **A.**  Subject to the data cleaning part, correct.

11  **Q.**  The data cleaning is the process you described to us very

12  early in your testimony today, correct?

13  **A.**  That's correct.

14  **Q.**  Now, Mr. Kahlenberg told us when he was here that he

15  asked you to replicate Harvard's admissions process as

16  closely as possible.  Did you know that?

17  **A.**  I was here for that testimony, and that sounds about

18  right.

19  **Q.**  Now, you understood that was your task, to replicate the

20  Harvard's admissions process as closely a possible?

21  **A.**  Correct.

22  **Q.**  That's what he asked you to do, correct?

23  **A.**  Yes.

24  **Q.**  Now, let's see what you did.  You included the personal

25  rating in the simulations you did for Mr. Kahlenberg,

1  correct?

2  **A.**  Correct.

3  **Q.**  You included legacies, correct?

4  **A.**  Correct.

5  **Q.**  You included recruited athletes, correct?

6  **A.**  Correct.

7  **Q.**  You included faculty children, correct?

8  **A.**  Correct.

9  **Q.**  You included staff children, correct?

10  **A.**  Correct.

11  **Q.**  You included on the dean's and director's list, correct?

12  **A.**  Correct.

13  **Q.**  And then you ran those simulations, and you gave them to

14  Mr. Kahlenberg to make whatever determinations he wanted to

15  make, correct?

16  **A.**  Correct.

17  **Q.**  Since you were here for his testimony, you recall that I

18  asked him whether the penalty of the race-neutral

19  alternatives that he described fell consistently on

20  African-American students.  Do you recall that?

21  **A.**  Yes.

22  **Q.**  And the answer is it did, didn't it?

23  **A.**  That's correct.

24  **Q.**  And the penalty was reducing the number of

25  African-Americans on campus by somewhere around 30 to

1    35 percent, correct?

2    **A.**   I believe that moved from 14 percent to 10 percent, yes.

3    **Q.**   So 14 percent to 10 percent is a reduction of 4 percent

4    against 14 percent.  So --

5    **A.**   Yes.

6    **Q.**   You would consider that to be a significant reduction,

7    correct?

8    **A.**   I don't really have an opinion on that.

9    **Q.**   Well, if I compare it to what you call the significant

10   reductions of Asian-Americans on campus, a reduction of 14 to

11   10 percent would be significant, would it not?

12   **A.**   Well, the penalties on Asians is a penalty, a

13   statistically significant penalty.

14   **Q.**   Yeah, according to you.  And I guess, since you're coming

15   back to that, let me ask you this question:  I want you to

16   focus on statistically significant penalty.  Do whites have a

17   statistically significant penalty as compared to

18   African-Americans?

19   **A.**   Yes.

20   **Q.**   Do whites have a statistically penalty as compared to

21   Hispanics, correct?

22   **A.**   Correct.

23   **Q.**   So if we apply your analysis, it's whites and Asians that

24   have a statistically significant penalty that benefits

25   African-Americans and Hispanics, correct?

 1    **A.**  Correct.

 2    **Q.**  So let's move to a related but slightly different claim.

 3    You also understand that SFFA claims that Harvard uses race

 4    as more than a plus factor, correct?

 5    **A.**  Correct.

 6    **Q.**  You're not a lawyer, correct?

 7    **A.**  No.  I'm not a lawyer.

 8    **Q.**  And you haven't reviewed the Supreme Court's decisions on

 9    affirmative action, or have you?

10    **A.**  I have -- not at the level a lawyer would, certainly.

11    **Q.**  At the level of an economist who wants to know generally

12    what is said in the opinions, correct?

13    **A.**  That's correct.

14    **Q.**  So having done that, you do know that Harvard's

15    admissions process has been described as an illuminating

16    example of an appropriate admissions process, correct?

17    **A.**  Correct.

18    **Q.**  You do note that the Supreme Court has attached an

19    appendix to the *Bakke* opinion describing the Harvard process,

20    correct?

21    **A.**  Correct.

22    **Q.**  And I want to be sure that having had you describe the

23    Harvard process as discriminatory, I want to be sure that

24    you -- I understand what you understand about the Harvard

25    process.

 1            You described the summary sheet for, for instance,

 2    PX116, correct?

 3    **A.**  Correct.

 4    **Q.**  You understand that that's the beginning of the process,

 5    correct?

 6    **A.**  That's correct.

 7    **Q.**  And the ratings are provided by a first reader, correct?

 8    **A.**  Correct.

 9    **Q.**  And then they can be provided by a second reader,

10    correct?

11    **A.**  Some of the time, yes.

12    **Q.**  And sometimes a third reader, correct?

13    **A.**  That's correct.

14    **Q.**  And sometimes the file can be evaluated by a faculty

15    member, correct?

16    **A.**  That's correct.

17    **Q.**  And then there are a series of steps that happen after

18    that including the subcommittee meetings, correct?

19    **A.**  Correct.

20    **Q.**  Full committee meetings, correct?

21    **A.**  Correct.

22    **Q.**  And at the full committee meetings there are 40 people

23    sitting in a room looking at files making decisions, correct?

24    **A.**  Correct.

25    **Q.**  And according to your analysis, these 40 people sitting

1    in a room decide, "For this Asian-American legacy we're going

2    to give them a little bit of a bump, but for this

3    Asian-American who's not, we're going to discriminate against

4    them."  That's your judgment, correct?

5    **A.**   I don't have any opinions on what the exact mechanism is.

6    I'm just telling you what the data show.

7    **Q.**   Well, let me ask you about one of your other slides, if

8    you could.

9            MR. LEE:  Could I bring up PD38, Slide 29.

10   BY MR. LEE:

11   **Q.**   Do you have that before you?

12   **A.**   I do.

13   **Q.**   This is the slide that you discussed with Mr. McBride,

14   correct?

15   **A.**   Correct.

16   **Q.**   And you briefly discussed the bottom category, which is

17   "Asian-American Female Disadvantage," correct?

18   **A.**   Correct.

19   **Q.**   Now, this is the category where you pointed out that the

20   coefficient was positive, correct?

21   **A.**   That's correct.

22   **Q.**   Not negative like the other three categories, correct?

23   **A.**   Correct.

24   **Q.**   So according to this model and these coefficients,

25   there's no discrimination against disadvantaged female

1   Asian-Americans in the Harvard admissions process, correct?

2   **A.**   There's no statistically significant effect for female

3   disadvantaged students in the overall rating model.

4   **Q.**   So we can take female disadvantaged and add it to the

5   categories that we've already discussed where you don't claim

6   that there's any discrimination, correct?

7   **A.**   No.  This is the overall rating.  If you go to my

8   admissions model, Model 4, it shows a statistically

9   significant penalty there.  So it depends on what the

10   controls are.

11   **Q.**   So your opinion is that disadvantaged female

12   Asian-Americans are, in fact, discriminated against, correct?

13   **A.**   My opinion is that depending on what assumptions you want

14   to operate under, it can show up as statistically significant

15   penalty or not.

16   **Q.**   Let me make sure I have that right.  Depending on what

17   assumptions you operate under --

18   **A.**   That's correct.

19   **Q.**   -- you can get a result that's statistically significant

20   or not, correct?

21   **A.**   So --

22   **Q.**   Professor, is that what you said?

23   **A.**   I said that depending upon the assumptions you make, the

24   female disadvantaged coefficient is either statistically

25   significant or it's not.

1    **Q.**  Now, a large number of applicants to Harvard will be

2    rejected without race ever becoming a factor, correct?

3    **A.**  That's correct.

4    **Q.**  There are also a group of students who are so talented

5    and so qualified they'll be admitted without regard to their

6    race?

7    **A.**  There are very few of those; but, yes.

8    **Q.**  Then there's a competitive pool of applicants for which

9    race can make a difference, correct?

10   **A.**  Correct.

11   **Q.**  Now, that competitive pool is defined by a variety of

12   variables and factors, correct?

13   **A.**  Correct.

14   **Q.**  And there are variables or factors other than race that

15   determine whether a candidate is competitive or not, correct?

16   **A.**  Yes.  Other variables are important to the admissions

17   process.

18   **Q.**  Now, if I wrote this down correctly when you were

19   testifying to Mr. McBride, you said that race is a

20   determinative factor in admissions decisions at Harvard,

21   correct?

22   **A.**  Correct.

23   **Q.**  You did not say the determinative factor, correct?

24   **A.**  No.

25   **Q.**  And what you mean by "a determinative factor" is that it

Case: 19-2005    Document: 00117638239    Page: 213    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 201 of 250

201

1  has a substantial effect on admissions possibilities of some

2  applicants in the competitive pool, correct?

3  **A.**   It more than doubles the number of admits for these

4  underrepresented minority groups.

5  **Q.**   For African-Americans, correct?

6  **A.**   Correct.

7  **Q.**   And for Hispanics, correct?

8  **A.**   Correct.

9  **Q.**   Now -- and that's what it means to be determinative,

10  correct?

11  **A.**   Correct.

12  **Q.**   Okay.  Now, there are determinative factors other than

13  race that are used in the Harvard admissions process,

14  correct?

15  **A.**   Correct.

16  **Q.**   Profile ratings can have, as you said, a substantial

17  effect on the admission probabilities of an applicant?

18  **A.**   Correct.

19  **Q.**   An academic rating of 1 could be determinative, correct?

20  **A.**   Correct.

21  **Q.**   And an extracurricular rating of 1 could be

22  determinative, correct?

23  **A.**   Correct.

24  **Q.**   A personal rating of 1 could be determinative, correct?

25  **A.**   Correct.

1    **Q.**  Correct?

2    **A.**  Correct.

3    **Q.**  Now, let me move to another claim, and I'm going to come

4    back to the intentional discrimination claim, and that's

5    where we'll spend most of our time.

6           But you understand that there's another claim in

7    the case that's labeled "Racial Balancing," corrects?

8    **A.**  Correct.

9    **Q.**  You had a portion of your expert report that provided a

10   limited opinion on racial balancing, correct?

11   **A.**  Correct.

12   **Q.**  It was based upon IPEDS data, correct?

13   **A.**  Correct.

14   **Q.**  I tried to listen carefully when you were testifying

15   earlier today, but I didn't hear you testify about those

16   opinions to Her Honor at all today, correct?

17   **A.**  Not so far.  Correct.

18   **Q.**  I'm not going to ask you about them because you didn't

19   testify about them on your direct, and so I'm not going to

20   talk to you about them on cross.

21          But the opinion that you did give in your reports

22   was one based upon IPEDS data, correct?

23   **A.**  Correct.

24   **Q.**  And we can agree you didn't give that opinion today,

25   correct?

 1   **A.**  Correct.

 2   **Q.**  Now, I want to talk to you about the academic index, if

 3   you could.  By my count in your slides from about Slide 4 or

 4   5 through the slides where you began to talk about the

 5   regression analysis, a predicate for your analysis is that

 6   the academic index is something that's used in the admissions

 7   process at Harvard, correct?

 8   **A.**  No.

 9   **Q.**  It's not?

10   **A.**  I think it is used in the admissions process, but to the

11   extent that it's not, all the components of it are.

12   **Q.**  Well, you used the academic index in the descriptive

13   statistical analysis that you described this morning,

14   correct?

15   **A.**  Yes.

16   **Q.**  Now, you were here when Dean Fitzsimmons testified,

17   correct?

18   **A.**  Correct.

19   **Q.**  You understand that the academic index is something that

20   each Ivy League institution prepares, correct?

21   **A.**  Correct.

22   **Q.**  It prepares the academic index so that it can exchange

23   that information with other institutions, correct?

24   **A.**  Correct.

25   **Q.**  And you understand that one of the reasons they've done

 1    it historically is to be sure that as Ivy League institutions

 2    admit athletes, they're doing it on sort of a fair and

 3    square, even-handed basis, correct?

 4    **A.**   Correct.

 5    **Q.**   Now, Duke doesn't have the same type of system, correct?

 6    **A.**   Correct.

 7    **Q.**   Duke, in fact, just recruits athletes and gives

 8    scholarships like other schools in the ACC, correct?

 9    **A.**   Correct.

10    **Q.**   But in the Ivy League, the Ivy League schools have agreed

11    to exchange the academic index information so that for a

12    variety of purposes but including level setting athletes

13    people have common information, correct?

14    **A.**   That's my understanding.

15    **Q.**   Right.  And the academic index is based upon grades and

16    test scores, correct?

17    **A.**   Correct.

18    **Q.**   It does not reflect teacher recommendations, correct?

19    **A.**   Correct.

20    **Q.**   It does not reflect guidance counselor recommendations,

21    correct?

22    **A.**   Correct.

23    **Q.**   It does not reflect academic honors, correct?

24    **A.**   Correct.

25    **Q.**   Faculty review, correct?

1    **A.**   Correct.

2    **Q.**   It's a formula based upon grades and test scores?

3    **A.**   That's correct.

4    **Q.**   And you were here when Dean Fitzsimmons testified that

5    the academic index is not used in the admissions process at

6    Harvard, correct?

7    **A.**   I was.

8    **Q.**   And what you're telling us is you just don't believe him?

9    **A.**   Well, what I believe is that even if it's not used

10   directly, it shows up bold on the summary sheets.

11   **Q.**   Because it has to be exchanged with other institutions,

12   right?

13   **A.**   I don't know why that means it needs to go on the summary

14   sheets.

15   **Q.**   Did you ask anybody why it's on the summary sheets?

16   **A.**   No, I did not.

17   **Q.**   Did you see any testimony about why it's on the summary

18   sheets?

19   **A.**   I don't recall any.

20   **Q.**   Have you ever sat through a Harvard admissions meeting?

21   **A.**   I have not.

22   **Q.**   Have you ever sat through an undergraduate admissions

23   meeting at Duke?

24   **A.**   No, I have not.

25   **Q.**   Now, other than the fact that the academic rating is on

1    the summary sheet -- and I think you said in bold --

2    **A.**   Yes.

3    **Q.**   -- what is your basis for believing that it's actually

4    used during the admissions process?

5    **A.**   Well, because -- the components period of time academic

6    index, even in the academic index itself are clearly used in

7    the admissions process.  I guess I'm basing that on the same

8    thing as why I think the academic index is because we see all

9    this information on the summary sheets.

10   **Q.**   The academic index actually tries to calibrate or

11   quantify the grade point average of a particular student

12   depending on where they went to school, correct?

13   **A.**   That's already calibrated through the GPA.

14   **Q.**   There's a formula in the academic index that actually

15   calibrates GPAs depending upon schools, correct?

16   **A.**   GPAs are converted to their 80-point scale, and that GPA

17   is on the summary sheet, too.

18   **Q.**   And have you seen a single folder where the academic

19   index is commented upon positively or negatively in the

20   400 files that you reviewed?

21   **A.**   I don't recall.

22   **Q.**   Now, I'm going to move beyond the racial balancing and

23   the IPEDS.  So I'd like now to come to your opinion on

24   discrimination.  Okay?

25   **A.**   Okay.

1    **Q.**   To be clear, it's an opinion on discrimination but not

2    intentional discrimination, correct?

3    **A.**   That's correct.

4    **Q.**   Now, I want to talk first about the importance of

5    non-academic and qualitative factors in the admissions

6    process, okay?

7    **A.**   Okay.

8    **Q.**   It's true, is it not, Professor, that in 2013

9    Asian-Americans made up about 5.1 percent of the United

10   States population?

11   **A.**   I'll trust you on it.

12   **Q.**   If I can refresh your recollection.  Would you turn to

13   Tab 17 in Volume 2 of the notebooks before you.  And you'll

14   find the NCES data.

15   **A.**   Okay.

16   **Q.**   Do you have that there?

17   **A.**   Yes.

18   **Q.**   Does that refresh your recollection that Asian-Americans

19   are approximately 5.1 percent of the United States

20   population?

21   **A.**   Sure, yeah.

22   **Q.**   And Asian-Americans accounted for about 5.2 percent of

23   college-aged Americans in 2013, correct?

24           And Mr. Lee can get you to the right year and the

25   right number.

1  **A.**  Okay.

2  **Q.**  So let's keep that in mind.  Approximately 5 percent or

3  so, okay?  What portion of the applicant pool at Harvard are

4  Asian-Americans?

5  **A.**  It's substantially higher than that.

6  **Q.**  It's like 17.6 percent, correct?

7  **A.**  That must include the -- yeah.  Okay.

8  **Q.**  Asian-Americans are applying to Harvard at almost more

9  than three times the rate that Asians are represented in the

10 United States population, correct?

11 **A.**  Correct.

12 **Q.**  They're applying to Harvard at a rate that's more than

13 three times the representation of college-aged

14 Asian-Americans in the United States, correct?

15 **A.**  Correct.

16 **Q.**  Now, I don't know if you have these numbers committed to

17 memory, but let me see if they are approximately correct.

18        Asian-Americans were 17.6 percent of all applicants

19 to Harvard, all domestic applicants to Harvard for the class

20 of 2016.  Does that sound right?

21 **A.**  I'd have to look it up.  But I'll take your word for it.

22 **Q.**  If you want, you can go to Tab 18 in Volume 2, and you'll

23 find P319.

24        Have you seen this before?

25 **A.**  Yes.

1    **Q.**  And there's some information about the applicants and

2    admits.  It's true, is it not, that Asian-Americans are about

3    5 percent of the college-aged population of the country,

4    correct?

5    **A.**  Correct.

6    **Q.**  They're about 17.6 percent of the applicants to the

7    Harvard class, correct?

8    **A.**  Where are you --

9    **Q.**  Class of 2016.  It's highlighted in the top right.

10           Do you see that?  17.5 percent?

11   **A.**  Okay.

12   **Q.**  And then Asian-Americans were about 16.9 percent of the

13   admitted class for 2016.  That's just a little further down,

14   correct?

15   **A.**  Correct.

16   **Q.**  Now, as you told Mr. McBride earlier today, if Harvard

17   only used test scores and grade point averages, even more

18   Asian-Americans would be admitted, correct?

19   **A.**  That's correct.

20   **Q.**  That was Model 1 in the OIR analysis, correct?

21   **A.**  That's correct.

22   **Q.**  No one has disputed, as far as you know, the fact that if

23   you just went on grades and board scores there would be more

24   Asian-Americans in the class, correct?

25   **A.**  That's correct.

1    **Q.**  You heard Dean Fitzsimmons agree that that would, in

2    fact, be true, correct?

3    **A.**  I don't remember but --

4    **Q.**  All right.  Now, you know that Harvard considers more

5    than simply grades and test scores, correct?

6    **A.**  Correct.

7    **Q.**  It includes a broader set of information for academics,

8    correct?

9    **A.**  Correct.

10   **Q.**  It includes a broader set of information for

11   extracurriculars, correct?

12   **A.**  Correct.

13   **Q.**  It includes a broader set of factors for athletics,

14   correct?

15   **A.**  Correct.

16   **Q.**  And it includes a broader set of factors in the personal

17   rating, correct?

18   **A.**  I am confused about what's in the personal rating but --

19   **Q.**  Well, did you sit here while Dean Fitzsimmons,

20   Director McGrath, and the other Harvard admissions officers

21   went through specific application files --

22   **A.**  Yes.

23   **Q.**  -- and described the information that educated the

24   personal rating in the application file?

25   **A.**  I did.

Case: 19-2005    Document: 00117682230    Page: 223    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 211 of 250

211

1    **Q.**  When you do your interviews, by Skype or otherwise, for

2    your graduate student applicants, are you able to make

3    evaluations of the personal characteristics and qualities as

4    a result of the interview?

5    **A.**  I haven't really thought about it that way.

6    **Q.**  That is one purpose of instituting the interviews,

7    correct?

8    **A.**  That can be, yes.

9    **Q.**  Now, some of the factors that you and I have just gone

10   through can be seen in the data, correct?

11   **A.**  Correct.

12   **Q.**  Some of the factors cannot be seen in the data, correct?

13   **A.**  Correct.

14   **Q.**  And as you said in answer to Her Honor's question,

15   factors that are not seen in the data can provide important

16   information on a process, correct?

17   **A.**  Correct.

18   **Q.**  And specifically for our purposes, it can provide

19   important information for an admissions process, correct?

20   **A.**  Correct.

21   **Q.**  So I want to come back again just very briefly one more

22   time to what you instituted at Duke as the interview or

23   evaluation or conversation process.  Okay?

24          Before you did the interview, you had the

25   applicant's GRE scores, correct?

**JA2373**

1    **A.**  Correct.

2    **Q.**  They are the test scores if you want to be a graduate

3    student in economics at Duke, correct?

4    **A.**  Correct.

5    **Q.**  You had their college transcripts, correct?

6    **A.**  Correct.

7    **Q.**  You had letters of recommendation, correct?

8    **A.**  Correct.

9    **Q.**  You had probably -- or maybe some of their publications,

10   correct?

11   **A.**  Correct.

12   **Q.**  So you had some quantitative information, correct?

13   **A.**  Correct.

14   **Q.**  You had some qualitative information, correct?

15   **A.**  Correct.

16   **Q.**  But you still thought it was important to institute the

17   interviews as the chair to evaluate other additional

18   qualitative considerations, correct?

19   **A.**  Correct.  I said correct.

20   **Q.**  Okay.  Fair enough.  Now, most of the information that

21   you talked about -- I want to focus on the descriptive

22   statistics portion of your testimony this morning.  Do you

23   recall that?

24   **A.**  I do.

25   **Q.**  And many of the numbers that you were providing were

1     averages for Asian-Americans, averages for African-Americans,

2     averages for Hispanic, correct?

3     **A.**   Correct.

4     **Q.**   Now, many of the factors that Harvard considers in its

5     admissions process can vary on average across different

6     racial groups, correct?

7     **A.**   Correct.

8     **Q.**   So let's take an example.  One factor that Harvard

9     considers is SAT or ACT scores, correct?

10    **A.**   Correct.

11    **Q.**   You know based upon your research that SAT scores vary by

12    race on average, correct?

13    **A.**   Correct.

14    **Q.**   On average, African-American students score lower than

15    other groups on the SATs, correct?

16    **A.**   Correct.

17    **Q.**   Now, there's some African-American students that score

18    really high, correct?

19    **A.**   Correct.

20    **Q.**   There's some that score low, correct?

21    **A.**   Correct.

22    **Q.**   But on average they score a little bit lower, correct?

23    **A.**   Correct.

24    **Q.**   Now, you're not suggesting that colleges shouldn't

25    consider SAT scores merely because on average there are

```
 1   differences amongst races, are you?

 2   A.   No, I'm not.

 3   Q.   So the mere fact that different factors vary according to

 4   race doesn't mean that a college couldn't or shouldn't

 5   consider them, correct?

 6   A.   That's correct.

 7   Q.   So if I look at SAT scores, the consideration of SAT

 8   scores is a legitimate use of information by a college

 9   admissions officer, correct?

10   A.   Correct.

11   Q.   And the mere fact that -- withdrawn.

12          The fact that it varies by race is not a reason not

13   to use it, correct?

14   A.   That's correct.

15   Q.   And of the -- how many factors did you use in your model?

16   A.   Over 300.

17   Q.   Many, many of those 300 actually on average will vary by

18   racial groups, won't they?

19   A.   Yes.

20   Q.   The fact that they vary by racial groups does not mean

21   they shouldn't be used in your model, correct?

22   A.   That's correct.

23   Q.   It doesn't mean that they're not useful information to

24   the decision-making process, correct?

25   A.   Correct.
```

**JA2376**

1   **Q.**  And these averages tell you nothing about how a decision

2   was made on an individual application, correct?

3   **A.**  Sorry?

4   **Q.**  These averages across racial groups tell you nothing

5   about how a decision was made on an individual application,

6   correct?

7   **A.**  Well, I wouldn't go quite that far to say nothing, but

8   obviously, you know --

9   **Q.**  It won't tell you definitively why the decision was made,

10  correct?

11  **A.**  I agree.

12  **Q.**  Now, I think you told us that when you modeled the

13  Harvard admissions process, you were trying to model the

14  process as it worked in the real world, correct?

15  **A.**  Correct.

16  **Q.**  And in order to do that, it's important to use the same

17  inputs that Harvard uses to its admissions process as best

18  you could, correct?

19  **A.**  As long as they were not influenced by race.

20  **Q.**  Right.  Well, we're going to come back to that.

21          But as Her Honor -- when Her Honor asked you the

22  question, the question of whether someone is a legacy or not

23  is not influenced by race, is it?

24  **A.**  The point is that's an objective characteristic.  It's

25  not a rating given by the Harvard admissions office.

```
 1              Similarly SAT scores vary by race.  If there's a
 2      racial difference there, it's not as a result of Harvard
 3      making decisions.
 4      Q.  I think my question was different.  I apologize if I
 5      didn't state it clearly.
 6              There are a number of groups that you and I have
 7      set aside from your pool:  athletes, legacies, faculty
 8      children, staff children, dean's list, director's list,
 9      correct?
10      A.  Correct.
11      Q.  And they're not part of your model, correct?
12      A.  They're not part of my baseline model.  They are part of
13      my expanded model.
14      Q.  And the expanded model was something that you put
15      together after Dr. Card provided you his report, correct?
16      A.  No.  That was in my opening report.
17      Q.  In your baseline model, you'd excluded these groups of
18      folks, correct?
19      A.  Correct.
20      Q.  None of those groups are defined by race, are they?
21      A.  No.
22      Q.  Okay.  Now, you told Mr. McBride that you used a
23      multivariate logit regression analysis.  Do I have that
24      right?
25      A.  Yes.
```

1　**Q.**　That's the same type of model that Professor Card uses,

2　correct?

3　**A.**　Correct.

4　**Q.**　And you both agree that a multivariate logit regression

5　analysis is an appropriate way to model the Harvard

6　admissions process, correct?

7　**A.**　Correct.

8　**Q.**　You had access to the same data, correct?

9　**A.**　Correct.

10　**Q.**　I think, as you told us, one of the things that

11　interested you was that Harvard produced extensive data and

12　information on the case -- in this case, correct?

13　**A.**　Correct.

14　**Q.**　Files from over 200,000 applications over a period of six

15　years, correct?

16　**A.**　Correct.

17　**Q.**　So you and Dr. Card used the same basic type of

18　regression tool, the same data, but reached different

19　conclusions, correct?

20　**A.**　That's correct.

21　**Q.**　So let's look at the different judgments you've made that

22　led to different conclusions, okay?

23　**A.**　Okay.

24　**Q.**　One of the judgments you made that you discussed with

25　Mr. McBride was to pool data from six years, correct?

Case: 19-2005    Document: 00117683230    Page: 230    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 218 of 250

218

1    **A.**  Correct.

2    **Q.**  Now, to be clear, you both analyzed data from six

3    admissions classes, correct?

4    **A.**  Correct.

5    **Q.**  The class of 2014 through the class of 2019, correct?

6    **A.**  Correct.

7    **Q.**  Your preferred model combines data for the six cycles

8    into a single model, correct?

9    **A.**  Correct.

10   **Q.**  Professor Card analyzed the data year by year, correct?

11   **A.**  Correct.

12   **Q.**  But he went one step further, didn't he?

13   **A.**  In averaging the marginal effects?

14   **Q.**  He then averaged the marginal effects of race for each of

15   the years, correct?

16   **A.**  He did.

17   **Q.**  That gave him a single marginal effect for race across

18   six years, correct?

19   **A.**  That's correct.

20   **Q.**  Now, I think as you told Mr. McBride, applicants for the

21   class of 2014 don't compete with applicants of the class of

22   2019, correct?

23   **A.**  Correct.

24   **Q.**  Now, would you agree that it's important to account for

25   the possibility that the effect of certain variables will

1    vary year by year?

2    **A.**   It depends on the variables.

3    **Q.**   For an admissions process, would it still depend on the

4    variables?

5    **A.**   Yes.

6    **Q.**   Now, one of the things that Professor Card did to address

7    this issue was to run separate models year by year, correct?

8    **A.**   That's correct.

9    **Q.**   Now, as you described to Mr. McBride, you tried to

10   account for the issue or to address the issue by using

11   interaction terms, correct?

12   **A.**   That's correct.

13   **Q.**   Which you described to Her Honor right before the lunch

14   break, correct?

15   **A.**   Correct.

16   **Q.**   An interaction term allows the effect of one variable to

17   change based upon another variable, correct?

18   **A.**   Correct.

19   **Q.**   So for example, you interacted the variable for the year

20   the applicant applied with certain other variables, correct?

21   **A.**   Correct.

22   **Q.**   You allowed the effect of being female, for instance, to

23   vary by the year the applicant applied, correct?

24   **A.**   Correct.

25   **Q.**   But you didn't do that for all variables, did you?

1    **A.**  No, I did not.

2    **Q.**  You selected certain variables to interact, correct?

3    **A.**  That's correct.

4    **Q.**  And you did that on the basis of the one-pagers, correct?

5    **A.**  Mostly on that basis, yes.

6    **Q.**  And who selected the one-pagers that you used to do your

7    analysis?

8    **A.**  I don't know.

9    **Q.**  You actually didn't interact all fields on these

10   one-pagers, did you?

11   **A.**  No.  I did miss the fee waiver, yes.

12   **Q.**  Were you the person who selected what fields would be

13   used to interact on the one-pagers?

14   **A.**  I was.

15   **Q.**  Okay.  Now, you combined the six years, I think, but tell

16   me if I've got this wrong, because you believed that it would

17   increase the statistical power of your model, correct?

18   **A.**  Yes.

19   **Q.**  You described the concept of standard error to Her Honor

20   earlier today, correct?

21   **A.**  Correct.

22   **Q.**  To those of us who are not in your field, a lower

23   standard error reflect greater statistical power, correct?

24   **A.**  Correct.

25   **Q.**  Now, based upon the standard error for Asian-American

1    average marginal effect, Professor Card's year-by-year model

2    actually had greater statistical power than your model,

3    correct?

4    **A.**    That is correct.  But that is driven by -- in part, by

5    the fact that I'm allowing the racial effects to differ along

6    things like disadvantaged status and such, which is something

7    you can't do with the yearly model because you don't have

8    enough power to do that.

9    **Q.**    The answer to my question is that his model had greater

10    statistical power than yours, correct?

11    **A.**    That the standard error was smaller, correct.

12    **Q.**    I want go to this question of ALDCs.  You've heard of the

13    concept of data mining, have you not?

14    **A.**    I have.

15    **Q.**    Data mining is when someone goes looking for the result

16    he or she wants to find, correct?

17    **A.**    Correct.

18    **Q.**    It's actually a well-recognized concept in the field of

19    economics and statistics, correct?

20    **A.**    Correct.

21    **Q.**    You also heard me use the phrase in my opening that if

22    you torture the data long enough it will confess to anything.

23    **A.**    That's correct.

24    **Q.**    That's also a well-recognized ditty in the field of

25    economics and statistics, correct?

Case: 19-2005     Document: 00117638239     Page: 234     Date Filed: 07/30/2020     Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 222 of 250

222

 1   **A.**   That's correct.

 2   **Q.**   Data mining refers to the slicing and dicing of data in a

 3   way that helps you get to the result that you want to find,

 4   correct?

 5   **A.**   Correct.

 6   **Q.**   As a tenured member of the faculty at Duke, you would

 7   agree with me that data mining is something that you would

 8   want to avoid if you possibly can, correct?

 9   **A.**   Correct.

10   **Q.**   It's certainly not something that you would do and then

11   submit the information for peer review, correct?

12   **A.**   Correct.

13   **Q.**   Now, as you told us, your baseline data set, I'd like to

14   focus there.  Okay.  Are you with me?

15   **A.**   Yeah.

16   **Q.**   Baseline data set excluded recruited athletes, correct?

17   **A.**   Correct.

18   **Q.**   Lineage applicants, correct?

19   **A.**   Correct.

20   **Q.**   Children of faculty and staff, correct?

21   **A.**   Correct.

22   **Q.**   Dean's and director's list, correct?

23   **A.**   Correct.

24   **Q.**   Now, all of the ALDC applicants you excluded are part of

25   the pool of candidates at Harvard, correct?

1    **A.**  As are foreign applicants, yes.

2    **Q.**  For each of the different categories, there are some

3    applicants that are accepted and there are some that are

4    rejected, correct?

5    **A.**  Correct.

6    **Q.**  Falling into any one of these categories doesn't

7    guarantee admission, correct?

8    **A.**  It does not guarantee admission, correct.

9    **Q.**  So the mere fact that you're a legacy or a faculty child

10   is not going to get you in by itself, correct?

11   **A.**  Correct.

12   **Q.**  In fact, two-thirds of the legacy children are actually

13   rejected, correct?

14   **A.**  Correct.

15   **Q.**  The decisions on whether one person falls into the

16   two-thirds rejected or the one-third accepted is dependent

17   upon a variety of other factors, correct?

18   **A.**  That's correct.

19   **Q.**  They are the factors that Dean Fitzsimmons and the other

20   admissions officers have described to the Court, correct?

21   **A.**  While that is correct, they may not affect the admissions

22   decisions of those applicants in the same way.  And that's

23   why you split them out.

24   **Q.**  And I'm going to ask you about your justification for

25   this.  When you issued your report, you said that your reason

1    for excluding these folks was that they were, and I'm

2    quoting, "Subject to a special admissions procedure."

3              Do you recall that?

4    **A.**   I don't recall the exact wording, but if that's --

5    **Q.**   Does that sound right?  If it helps you, go to Tab 3 to

6    your rebuttal report at 69.  And I think you'll see your

7    reference to special admissions procedures.

8              Do you recall that in your report?

9    **A.**   I'm just finding it here.  Sorry.  I have a hard time

10   reading it on the screen.

11   **Q.**   That's okay.  Let me know when you're there.

12   **A.**   Okay.  Yes.

13   **Q.**   Now, we asked you what special admissions procedures were

14   at your deposition.  Do you recall that?

15   **A.**   I do.

16   **Q.**   And you told us that for legacies the only special

17   admissions procedure you could identify is that they get a

18   tip, right?

19   **A.**   I'm not sure because I know at least in response to some

20   of the other ones I mentioned that the factors in the model

21   affect things differently for those applicants.  I'm not sure

22   if I got it every single time you asked me about every group,

23   but it shows up in at least three of the groups.

24   **Q.**   I've asked you about legacies right now, correct?

25   **A.**   Okay.

**JA2386**

1   **Q.** Let's see what you said at your deposition. Turn, if you

2   would, to Tab 1. And if you go to page 92, line 15 to 19.

3   Tell me when you're there. Are you there?

4   **A.** Not yet. I'm sorry.

5   **Q.** I may be able to do a whole series of categories

6   together. Are you at page 92?

7   **A.** I am.

8   **Q.** Let's look first at lines 7 to 14. Now, professor, I

9   want you to have in mind your report where you refer to

10  special admission procedures. Do you have that in mind?

11  **A.** I do.

12  **Q.** "QUESTION: I'm now asking you to focus on one

13  category" --

14          MR. McBRIDE: Your Honor, I object. This isn't

15  really impeachment. Doesn't he have to ask the question and

16  then prove it's a contradictory answer?

17          THE COURT: If we can just go back. I'm on page 69

18  of Tab 3. I'm not sure what we're talking about.

19  BY MR. LEE:

20  **Q.** Let's do this first. If we go to Tab 3, your rebuttal

21  report at page 69. Do you have that before you? I can get

22  us logically back to where I was, I hope.

23          "In my original report, my baseline model excluded

24  recruited athletes, legacies, faculty and staff children,

25  those on the director's/dean's list and applicants for early

1    admission in order to focus on the part of the admissions

2    process where anti-Asian discrimination was concentrated and

3    not on applicants who were subject to special admissions

4    procedures."

5            Do you have that in mind?

6    **A.**   I do.

7    **Q.**   Now I want to focus you on your phrase "special

8    admissions procedures".  Do you see that?

9    **A.**   Yes.

10   **Q.**   Let's start with faculty children.

11           The only special admissions procedure that you can

12   identify for a faculty child is the tip they get for being a

13   faculty child, correct?

14   **A.**   Where are we at?

15   **Q.**   Let's take what's on the screen down.  You had gone back

16   to your report, correct?

17   **A.**   I've got the report, but I'm trying to find --

18   **Q.**   Do you see the reference to special --

19   **A.**   Yeah.  I'm with you there.  I just want to know what page

20   am I looking at.

21   **Q.**   I'm going to ask you a question without referring to the

22   deposition, to address Mr. McBride's concern.  So you're at

23   that page of your report.

24   **A.**   Yes.

25   **Q.**   We're talking about faculty children.

1    **A.**   Okay.

2    **Q.**   Do you have that in mind?

3    **A.**   Yes.

4    **Q.**   That's one of the categories you were excluding, correct?

5    **A.**   That's correct.

6    **Q.**   And your belief or your view is that the special

7    admissions procedure is that faculty children get a tip,

8    correct?

9    **A.**   Correct.

10   **Q.**   And nothing else.

11   **A.**   No.

12   **Q.**   Correct?

13   **A.**   The tip operates differently for different groups.

14   **Q.**   And just to be clear, the special admissions procedure is

15   that a faculty child gets a tip in the admissions process,

16   and there is nothing else that defines a special admissions

17   procedure for a faculty child, correct?

18   **A.**   I say that that tip may operate differently for different

19   groups.

20   **Q.**   Well, there are other tips, are there not?

21   **A.**   There are.

22   **Q.**   And each at this point can operate differently for a

23   different applicant, correct?

24   **A.**   Right.  As an example, a legacy tip may operate more for

25   people who have low academic ratings than people who have

1    high academic ratings.

2    **Q.**   Well, actually, were you here when Dean Fitzsimmons

3    actually was asked the question of how the legacy pool

4    compared academically to the general pool?

5    **A.**   That has nothing to do with that question, though.  Yes,

6    I was here.

7    **Q.**   Were you here?

8    **A.**   Yes.

9    **Q.**   Did you make that comparison?

10   **A.**   I don't remember.

11   **Q.**   Now, let's go back to the special admissions process.

12   Again, faculty children, they get a tip, correct?

13   **A.**   That's correct.

14   **Q.**   And there's nothing else that describes a special

15   admissions process, correct?

16   **A.**   That tip may vary by group.

17   **Q.**   And that's it?

18   **A.**   Well, if it varies by group, that provides a lot of scope

19   for how it operates.

20   **Q.**   Other than the tip --

21   **A.**   Other than the tip that varies by group.

22   **Q.**   Nothing else, correct?

23   **A.**   Nothing else.

24   **Q.**   Subcommittee process is the same, correct?

25   **A.**   That's correct.

**JA2390**

229

1   **Q.**   Summary sheet process is the same, correct?

2   **A.**   That's correct.

3   **Q.**   Full committee process is the same, correct?

4   **A.**   That's correct.

5   **Q.**   Lop process is the same, correct?

6   **A.**   That's correct.

7   **Q.**   Some get admitted, some get rejected, correct?

8   **A.**   That's correct.  Though I think --

9   **Q.**   Now, let's talk about the dean's and director's list, if

10  we could.

11  **A.**   Okay.

12  **Q.**   The special admissions process for the dean's and

13  director's list folks is also that they get a tip, correct?

14  **A.**   Correct.

15  **Q.**   Nothing else, correct?

16  **A.**   My understanding is Dean Fitzsimmons gets these names, so

17  that is something.

18  **Q.**   That's it, correct?  The dean gets these names.  They go

19  through the same process of summary sheet, first review,

20  subcommittee meeting, full review, vote.

21  **A.**   That is true.  How the tip operates may differ, but

22  that's true.

23  **Q.**   And the only thing that's different for them is they get

24  a tip, correct?

25  **A.**   A tip that may vary across groups, yes.

**JA2391**

1    **Q.**   Athletes get a tip, correct?

2    **A.**   That's correct.

3    **Q.**   And I think as you told us, there are also tips for

4    legacies, correct?

5    **A.**   That's correct.

6    **Q.**   And for legacies, the special admissions process you're

7    describing is the tip, correct?

8    **A.**   The tip that can vary across groups, yes.

9    **Q.**   But again, the basic process is the same?

10   **A.**   The basic process is the same.

11   **Q.**   And the two-thirds of the legacies who go through that

12   process who don't get in are going through the same process,

13   correct?

14   **A.**   That's correct.

15   **Q.**   And the one-third of the legacies who get in are going

16   through the same process, correct?

17   **A.**   That's correct.

18   **Q.**   Now, there are a number of other groups that get tips in

19   the Harvard process, correct?

20   **A.**   That's correct.

21   **Q.**   There are written documents that describe who gets a tip

22   in the Harvard process, correct?

23   **A.**   That's correct.

24   **Q.**   Turn, if you would, to Tab 20 in Volume 2 of the notebook

25   that's before you.  Do you have it before you?

231

```
 1    A.   I do.

 2    Q.   Do you find DX5, which I believe is in evidence?  Do you

 3    have it?

 4    A.   I do.

 5    Q.   You've seen this before?

 6    A.   I have.

 7    Q.   This is the 2013 to 2014 handbook, correct?

 8    A.   That's correct.

 9    Q.   And you reviewed this interviewer handbook in formulating

10    your opinions, correct?

11    A.   That's correct.

12    Q.   Now, turn if you would to the page that at the bottom in

13    the center is .0010.  Do you have that?

14    A.   Almost.  Yes, I do.

15    Q.   Tell me when you're there, and I'm going to draw your

16    attention to the sentence right before the paragraph that

17    begins "Outstanding and unusual intellectual ability."

18    A.   I'm there.

19    Q.   So do you see the sentence which reads, "These are among

20    the common tips by which applicants presenting distinguished

21    academic and extracurricular records might distinguish

22    themselves for admission."  Correct?

23    A.   That's correct.

24    Q.   One of the tips the applicants, one of the groups of

25    applicants who get a tip are those with outstanding and
```

**JA2393**

1    unusual intellectual ability, correct?

2    **A.**   That's correct.  Though that tip is not recorded in the

3    database.

4    **Q.**   But they get that tip, according to the interview

5    handbook, correct?

6    **A.**   That's correct.

7    **Q.**   It's not something that you can reduce to a quantitative

8    number, correct?

9    **A.**   Correct.

10   **Q.**   But you have no doubt that people who have outstanding

11   and unusual intellectual abilities get a tip in the Harvard

12   admissions process, do you?

13   **A.**   That's correct.

14   **Q.**   Right.  They're not going through a separate admissions

15   process.  They're going through the same admissions process

16   even though they get a tip, correct?

17   **A.**   That's correct.

18   **Q.**   Now, another tip is for unusually appealing personal

19   qualities, correct?

20   **A.**   Correct.

21   **Q.**   The candidates or the applicant who get this tip go

22   through the same admissions process as the other candidates,

23   correct?

24   **A.**   That's correct.

25   **Q.**   Another tip is leadership, is it not?

Case: 19-2005    Document: 00117638230    Page: 245    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 233 of 250

233

1    **A.**   That's correct.

2    **Q.**   And the applicants who get that tip are going through the

3    same process, correct?

4    **A.**   That's correct.

5    **Q.**   Another tip is unusually creative ability, correct?

6    **A.**   Correct.

7    **Q.**   Those applicants who have unusual creative abilities go

8    through the same application process, correct?

9    **A.**   Correct.

10   **Q.**   Now, there can also be tips, if we go to the next page,

11   for geographic, ethnic, and economic factors.  Correct?

12   **A.**   Correct.

13   **Q.**   Those applicants who get a tip for geographic location or

14   geographic factors still go through the same admissions

15   process, correct?

16   **A.**   Correct.

17   **Q.**   And the same is true for those who get a tip for economic

18   factors, correct?

19   **A.**   Well, the geographic factors -- this is a minor point,

20   but the dockets are divided up by geography so they are --

21   but it is the same process of going through the committees

22   and all that.

23   **Q.**   It is the same process, correct?

24   **A.**   That's correct.

25   **Q.**   Right.  And at the end of the day, for every applicant

1    who gets admitted to Harvard, they go through the same basic

2    process but they may go through with different tips, correct?

3    **A.**   Different tips, that's correct.

4    **Q.**   And one of the tips that is described is an ethnic tip,

5    correct?

6    **A.**   That's correct.

7    **Q.**   But again, the student who gets the ethnic or the

8    socioeconomic tip still goes through the same admissions

9    process, correct?

10   **A.**   That's correct.

11   **Q.**   Now, you did not exclude from your model applicants who

12   received a tip for unusual intellectual ability, did you?

13   **A.**   No, I did not.

14   **Q.**   Or applicants who got an academic rating of 1, correct?

15   **A.**   I did not.  That would make no difference.

16   **Q.**   Or applicants who had outstanding leadership ability,

17   correct?

18   **A.**   That's correct.

19   **Q.**   Or applicants who had unusually creative abilities,

20   correct?

21   **A.**   That's correct.

22   **Q.**   You also didn't exclude disadvantaged candidates from

23   your model, correct?

24   **A.**   From my preferred model, that's true.  I do have one in

25   my robustness checks of Professor Card's Model 1, where we

 1    estimated with only disadvantaged students.

 2    **Q.**  So I'm going to do my best to focus on your preferred

 3    model.  I'll come back later to some of these other models.

 4    When I refer to your baseline model or your preferred model,

 5    that's what I'm trying to focus you on, okay?

 6    **A.**  Okay.

 7    **Q.**  You eliminated from your preferred or baseline model some

 8    of the groups that received tips but not all of them,

 9    correct?

10    **A.**  That's correct.

11    **Q.**  Now, let me ask you to assume that you have a candidate

12    who got a tip for unusually creative ability.  Can you do

13    that?

14    **A.**  I can.

15    **Q.**  Now, you told us that Harvard has a fixed number of beds,

16    correct?

17    **A.**  Correct.

18    **Q.**  It can only house so many students, correct?

19    **A.**  Correct.

20    **Q.**  And you understand that it's important for the admitted

21    class and the enrolling class to match pretty carefully the

22    beds that are available for the students, correct?

23    **A.**  Correct.

24    **Q.**  So let me ask you to assume that someone gets a tip for

25    unusually creative abilities, okay?

1    **A.**   Okay.

2    **Q.**   That student gets in, okay?

3    **A.**   Okay.

4    **Q.**   Harvard is not discriminating against another student who

5    happens not to have creative abilities, are they?

6    **A.**   I mean, you have a preference for ones with high creative

7    abilities.

8    **Q.**   So you are discriminating?

9    **A.**   I don't know if you would use that particular word for

10   that.

11   **Q.**   I'm just trying to figure out precisely what you mean

12   when you talk about discrimination.

13          Let's take a different example.  If someone gets a

14   tip for geography because they are from, for instance,

15   Wyoming and they get into the class, does that mean that

16   Harvard has discriminated against someone from Massachusetts

17   or Alabama?

18   **A.**   Well, it does mean that there's a relative penalty for

19   those applicants.

20   **Q.**   Okay.  So when you use the word "penalty," let's talk

21   about this a little bit.  There is what you describe as a

22   relative penalty, right?

23   **A.**   That's right.

24   **Q.**   Because if one applicant gets in, another applicant

25   doesn't get in, right?

 1    **A.**   No, that's not how I would put it.

 2          When a characteristic results in a higher

 3    probability, the person who doesn't have that characteristic

 4    is either not getting the tip or it's a relative penalty.

 5    **Q.**   But I guess to use your terms, if the student with the

 6    unusual creative ability gets in, there's a relative penalty

 7    for the student who doesn't have that ability who doesn't get

 8    in, correct?

 9    **A.**   If that's the only thing that's different about them,

10    okay.

11    **Q.**   Now, when you issued your opinion in this case, you

12    didn't cite the number of ALDC candidates in the pool as a

13    reason for excluding them, correct?

14    **A.**   I don't know.

15    **Q.**   You do agree with me that ALDC applicants comprise about

16    30 percent of the admitted class?

17    **A.**   I do agree.

18    **Q.**   And you did not do any analysis, regression analysis,

19    descriptive statistics, to compare the academic

20    qualifications of the legacy pool with the rest of the

21    applicant pool, correct?

22    **A.**   I feel that is embedded in my descriptive statistics.  My

23    descriptive statistics show things broken out with the

24    baseline data and the expanded data.  And so you can back it

25    out.

1    **Q.**  Okay.  So if I compared your baseline data to your

2    expanded data, I might be able to figure it out?

3    **A.**  That's correct.

4    **Q.**  Let's be clear.  By removing ALDC applicants from your

5    preferred model, the result was a more negative effect on

6    Asian-American ethnicity, correct?

7    **A.**  That's correct.

8    **Q.**  Now, as we said, you and Dr. Card made a series of

9    different judgments, correct?

10   **A.**  Correct.

11   **Q.**  And after you made your judgments or modeling decisions,

12   Dr. Card calculated the effect of each of the decisions that

13   you made, correct?

14   **A.**  That's correct.

15   **Q.**  And he prepared a chart, which you've seen I think

16   several times, that is entitled "Modeling Decisions Overstate

17   the Effect of Asian-American Ethnicity on Admissions,"

18   correct?

19   **A.**  I don't know what the title is, but that's right.  I know

20   what table you're referring to.

21   **Q.**  Okay.  It's at Tab 19, which is the Card rebuttal report

22   at page 55, Exhibit 13.  And I'm going to bring it up on the

23   screen.  But I think you'll recall that you and I discussed

24   this on a number of occasions at your deposition.

25   **A.**  Yes.

Case: 19-2005    Document: 00117632239    Page: 251    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 644    Filed 04/18/19    Page 239 of 250

239

 1                  THE COURT:  Do you know what page this is on?

 2                  MR. LEE:  Yes, Your Honor.  It's at page 55 of

 3      Tab 19 in Volume 2.

 4                  THE COURT:  Got it.

 5      BY MR. LEE:

 6      **Q.**  So to be sure we're on the same page, what Dr. Card did

 7      is he took your preferred model, excluding ALDC applicants as

 8      Item 1, correct?

 9      **A.**  That's correct.

10      **Q.**  He took your average marginal effect of Asian-American

11      ethnicity, correct?

12      **A.**  That's correct.

13      **Q.**  And then what he did is in 2, 3, 4, 5, 6, 7, 8, and 9 he

14      computed the effect of the judgments you had made on the

15      average marginal error, correct?

16      **A.**  Cumulatively, yes.

17      **Q.**  Now, you saw this table during the discovery process,

18      correct?

19      **A.**  Yes.

20      **Q.**  You did not -- you don't believe there's anything --

21      there is no computational problem with the numbers

22      represented on the table, correct?

23      **A.**  That's correct.

24      **Q.**  So we can understand the table, the effect of excluding

25      ALDC applicants can be determined by comparing the average

Case: 19-2005    Document: 00117628230    Page: 252    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 644    Filed 04/18/19    Page 240 of 250

240

1    marginal effect of Item 1 with the average marginal effect of

2    Item 2, correct?

3    **A.**    That's correct.

4    **Q.**    So the average marginal effect of Asian-American

5    ethnicity in your model is negative 1.02, correct?

6    **A.**    Correct.

7    **Q.**    And the asterisk indicates that that is statistically

8    significant, correct?

9    **A.**    At the 5 percent level, yes.

10    **Q.**    Now, if you just add ALDC applicants back into the mix,

11    the average marginal effect of Asian-American ethnicity is

12    reduced to .81?

13    **A.**    Yes.  And that's for two reasons:  one, because there's

14    some that experience a penalty; and two, it changes the other

15    coefficients of the model.

16    **Q.**    And according to Dr. Card's chart, the difference is

17    approximately 25 percent.  It goes from 1.02 to .81, correct?

18    **A.**    That's correct.

19    **Q.**    And you don't quarrel with the math?

20    **A.**    I don't quarrel with the math.

21    **Q.**    You've also identified an alternative to excluding ALDC

22    applicants from your model, correct?

23    **A.**    That's correct.

24    **Q.**    You have said that instead of removing those applicants

25    you can allow for the possibility that the effect of race is

```
 1    different for the ALDC applicants, correct?

 2    A.   That's correct.

 3    Q.   And the way you go about -- the way you do that is to

 4    include, again, interaction terms for the ALDC categories and

 5    race, correct?

 6    A.   That's correct.  But I would argue that you need to do

 7    more interactions than just that.

 8    Q.   And the interaction terms and processes are what we

 9    discussed before, correct?

10    A.   That's correct.

11    Q.   Now, Dr. Card, in fact, did exactly that, did he not?

12    A.   He never calculates the average marginal effect for the

13    non-ALDC group.

14    Q.   But he, in fact, did as part of his analysis the

15    interactions that we just discussed, correct?

16    A.   He interacted those ALDC applicants with race but not

17    with anything else.  And the reported results are for all

18    Asian-American applicants, not the non-ALDCs.

19    Q.   My question was did he interact race with the ALDC

20    applicants.

21    A.   I don't think that was your question; but, yes.

22    Q.   Right.  Did you?

23    A.   Yes.

24    Q.   Did you run a model that is similar to Dr. Card's?

25    A.   I did.
```

1    **Q.**  Right.  And Dr. Card's model showed no statistically

2    negative effect for Asian-American ethnicity, correct?

3    **A.**  When you put in everything else, the other decisions he's

4    made, correct.

5    **Q.**  Okay.  Now, let me take you to a different but related

6    topic.  In your initial report, as you told us, you excluded

7    ALDCs, correct?

8    **A.**  Correct.

9    **Q.**  But you also excluded early-action applicants, did you

10   not?

11   **A.**  I did.

12   **Q.**  And you did that because, in your view, early-action

13   students had higher chances for admissions, correct?

14   **A.**  That's correct.  Trying to get the apples-to-apples

15   comparison as much as possible.

16   **Q.**  Just as ALDC students had a higher chance of admissions,

17   correct?

18   **A.**  That's correct.

19   **Q.**  Early-action candidates at Harvard were admitted at a

20   late between 5.8 and 7 times higher than regular decision

21   applicants, correct?

22   **A.**  I'd have to look that up, but that sounds reasonable.

23   **Q.**  This is important.  So if you'd go to Tab 2 in your

24   report at 22.

25               Do you have it before you?

1    **A.**   Yes.

2    **Q.**   Are you at page 22?

3    **A.**   That's correct.

4    **Q.**   Do you see the section entitled "Early Action"?

5    **A.**   Yes.  I also say that:  "This is partially explained by

6    the fact that early applicants are more likely to exhibit

7    characteristics associated with higher admit rates such as

8    legacy or athlete status."

9    **Q.**   Professor, I know you've been up there for a while today.

10   My question just was do you see the section entitled "Early

11   Action"?

12   **A.**   I do.

13   **Q.**   And do you see the second sentence -- third sentence,

14   which reads:  "Early-action admit rates are between 5.8 and

15   7 times regular decision admit rates in the same year."

16            Correct?

17   **A.**   Correct.

18   **Q.**   And that was one of the reasons that you excluded them

19   from your baseline model, correct?

20   **A.**   That's correct.

21   **Q.**   Now, you later actually added early applicants back into

22   your model, correct?

23   **A.**   That's correct.

24   **Q.**   And you added them in after you concluded that

25   Asian-Americans actually were being penalized, to use your

1    word, during early action, correct?

2    **A.**   At the tips that were given for all things, including

3    that one, were similar.

4    **Q.**   Professor, my question was a little different.  Let me

5    try it again, and let me break it down.

6                When you first did your baseline model, early

7    action was out, correct?

8    **A.**   That's correct.

9    **Q.**   It was out for the same reason -- of one of the reasons

10   that ALDCs were out; they had a higher admission rate,

11   correct?

12   **A.**   That's right.

13   **Q.**   That admission rate didn't change, did it?  It was still

14   5.8 to 7 times higher than the normal rate, correct?

15   **A.**   Correct.  Part of the reason --

16   **Q.**   Then you got to your rebuttal report, correct?

17   **A.**   Correct.

18   **Q.**   Then you decided to put early action back into the model,

19   correct?

20   **A.**   Correct.

21   **Q.**   And you put it back in after you determined that early

22   action had a negative effect -- there was a negative effect

23   associated with early action and Asian-Americans, correct?

24   **A.**   That is part of it.

25   **Q.**   So you found out that you had another number you could

1    put into the mix that indicated or might indicate

2    discrimination, and so you put it back into the mix.

3    **A.**   I put it back into the mix because the way the

4    early-action process rewards all characteristics, including

5    race, was similar between the early-action applicants and the

6    non-early-action applicants.

7          The way -- for ALDC applicants, the way race

8    affects things is different, but that is, in part, because it

9    also operates -- effects all the other coefficients as well.

10   **Q.**   I think the answer to my question is you determined there

11   was a negative effect of being Asian-American for

12   early-action candidates, correct?

13   **A.**   Correct.

14   **Q.**   And a negative effect means it's not helping, correct?

15   **A.**   That's correct.

16   **Q.**   It means it's hurting, correct?

17   **A.**   That's correct.

18   **Q.**   And once you discovered that, you put it back into the

19   model, correct?

20   **A.**   That makes it appear as though that's the sole reason

21   it's back in the model, and that's just not true.

22   **Q.**   It's one of the reasons you put it back in?

23   **A.**   Yes.  Because the processes operate similarly.

24   **Q.**   Fair enough.  There are categories which we discussed

25   earlier today for which you found a positive effect for being

Case: 19-2005    Document: 00117632230    Page: 258    Date Filed: 07/20/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 644    Filed 04/18/19    Page 246 of 250

246

```
 1   Asian-American, correct?

 2   A.   That's correct.

 3   Q.   But for any category for which you found a positive

 4   effect of being Asian-American, you excluded it from your

 5   model, correct?

 6   A.   I don't know.

 7   Q.   Let's move to a different concept.  In your field you're

 8   familiar with a concept of "omitted variable bias"?

 9   A.   I am.

10          MR. LEE:  Your Honor, I should ask how late you

11   want to go.  I won't finish with him today.

12          THE COURT:  I can go for as long as you want.

13   Maybe you should ask him.

14          You've been on the stand all day.  And I know --

15          THE WITNESS:  How much more you got?  That's the

16   big question.

17          THE COURT:  He's not going to finish today.  Do you

18   want to keep going?  Do you want to start fresh tomorrow?

19   You've had the hardest job in the room today.

20          THE WITNESS:  Ending soon would be nice.

21          THE COURT:  He's honest.

22          THE WITNESS:  Unless you can finish with me.  I'll

23   be more than happy.

24          THE COURT:  He's not going to finish today.

25          MR. LEE:  There are many commitments I can make to
```

```
 1   you, but that's not one of them.
 2           THE COURT:  He's not going to finish today.  Are
 3   you at a good stopping spot?
 4           MR. LEE:  I'm at a good stopping point, and I can
 5   use the evening to try to pare things down and make crisp
 6   tomorrow morning.
 7           THE COURT:  Let me tell you where we are for the
 8   next couple days.
 9           I would like, if possible, to quit at 3:30
10   tomorrow.  Monday I have a meeting I have to go to from 12:30
11   to 1:30.  So we'll just take a slightly longer lunch break.
12           Other than that we're going to try and move what's
13   on the schedule until later in the day.  So we should be able
14   to go pretty full days.
15           So we'll be back at 9:30 tomorrow.  Thanks,
16   everyone.
17           (Court recessed at 3:57 p.m.)
18
19
20
21
22
23
24
25
```

Case: 19-2005    Document: 00117638239    Page: 260    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 248 of 250

248

```
 1                  - - - - - - - - - - - -

 2                       CERTIFICATION

 3

 4          I certify that the foregoing is a correct

 5    transcript of the record of proceedings in the above-entitled

 6    matter to the best of my skill and ability.

 7

 8

 9

10    /s/ Joan M. Daly                    October 25, 2018

11    _____            _____

12    Joan M. Daly, RMR, CRR              Date
      Official Court Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25
```

**JA2410**

Case: 19-2005    Document: 00117638239    Page: 261    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 644   Filed 04/18/19   Page 249 of 250

249

INDEX OF WITNESSES

WITNESS                                                    PAGE

PETER ARCIDIACONO

    Examination By Mr. McBride.........................   7
    Examination By Mr. Lee............................  156

**JA2411**

Case: 19-2005    Document: 00147682230    Page: 262    Date Filed: 07/30/2026    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 644    Filed 04/18/19    Page 250 of 250

250

```
 1                      E X H I B I T S

 2

 3     Plaintiff Exhibit                              Received

 4       112          .....................................   142

 5       116          .....................................   137

 6       117          .....................................   142

 7       P617         .....................................    32

 8       P618         .....................................    32

 9       P619         .....................................    32

10       P620         .....................................    32

11       P621         .....................................    32

12       P622         .....................................    32

13       P623         .....................................    32

14       P624         .....................................    32

15       P625         .....................................    32

16       P626         .....................................    32

17       P627         .....................................    32

18       P628         .....................................    32

19       P629         .....................................    32

20       P630         .....................................    32

21       P631         .....................................    32

22       633          .....................................     6

23

24

25
```

Case: 19-2005   Document: 00117628339   Page: 263   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 646   Filed 04/18/19   Page 1 of 122

1

1               UNITED STATES DISTRICT COURT

2                 DISTRICT OF MASSACHUSETTS

3     _____

4     STUDENTS FOR FAIR ADMISSIONS, INC.,

5                     Plaintiff,          Civil Action
                                          No. 14-14176-ADB
6     v.
                                          October 26, 2018
7     PRESIDENT AND FELLOWS OF HARVARD
      COLLEGE, et al.,                    Pages 1 to 122
8
                      Defendants.
9     _____

10

11
                TRANSCRIPT OF BENCH TRIAL - DAY 10
12         BEFORE THE HONORABLE ALLISON D. BURROUGHS
                UNITED STATES DISTRICT COURT
13            JOHN J. MOAKLEY U.S. COURTHOUSE
                    ONE COURTHOUSE WAY
14                  BOSTON, MA  02210

15

16

17

18

19

20

21
                  JOAN M. DALY, RMR, CRR
22               KELLY MORTELLITE, RMR, CRR
                  Official Court Reporter
23             John J. Moakley U.S. Courthouse
              One Courthouse Way, Room 5507
24                  Boston, MA  02210
                  joanmdaly62@gmail.com
25

```
 1    APPEARANCES:

 2
      COUNSEL FOR THE PLAINTIFF:
 3

 4            ADAM K. MORTARA, ESQUIRE
              J. SCOTT McBRIDE, ESQUIRE
 5            KRISTA J. PERRY, ESQUIRE
              Bartlit Beck Herman Palenchar & Scott
 6            54 West Hubbard Street
              Suite 300
 7            Chicago, Illinois 60654
              312.494.4400
 8            adam.mortara@bartlit-beck.com
              scott.mcbride@bartlit-beck.com
 9            krista.perry@bartlit-beck.com

10            JOHN M. HUGHES, ESQUIRE
              KATHERINE L.I. HACKER, ESQUIRE
11            MEG E. FASULO, ESQUIRE
              Bartlit Beck Herman Palenchar & Scott
12            1801 Wewatta Street
              Suite 1200
13            Denver, Colorado 80202
              303.592.3100
14            john.hughes@bartlit-beck.com
              meg.fasulo@bartlit-beck.com
15            kat.hacker@bartlit-beck.com

16            JOHN MICHAEL CONNOLLY, ESQUIRE
              THOMAS R. McCARTHY, ESQUIRE
17            WILLIAM S. CONSOVOY, ESQUIRE
              Consovoy McCarthy Park PLLC
18            3033 Wilson Boulevard
              Suite 700
19            Arlington, Virginia 22201
              703.243.9423
20            mike@consovoymccarthy.com
              tom@consovoymccarthy.com
21            will@consovoymccarthy.com

22

23

24

25
```

**JA2414**

```
 1     APPEARANCES (cont.):

 2
               PATRICK STRAWBRIDGE, ESQUIRE
 3             Consovoy McCarthy Park PLLC
               Ten Post Office Square
 4             8th Floor, South, PMB #706
               Boston, Massachusetts 02109
 5             617.227.0548
               patrick@consovoymccarthy.com
 6
               MICHAEL H. PARK, ESQUIRE
 7             Consovoy McCarthy Park PLLC
               3 Columbus Circle
 8             15th Floor
               New York, New York 10024
 9             646.456.4432
               park@consovoymccarthy.com
10
               PAUL M. SANFORD ESQUIRE
11             BENJAMIN C. CALDWELL, ESQUIRE
               Burns & Levinson LLP
12             One Citizens Plaza
               Suite 110
13             Providence, Rhode Island 02903
               401.831.8330
14             psanford@burnslev.com
               bcaldwell@burnslev.com
15

16     COUNSEL FOR THE DEFENDANT:

17             WILLIAM F. LEE, ESQUIRE
               FELICIA H. ELLSWORTH, ESQUIRE
18             ANDREW S. DULBERG, ESQUIRE
               ELIZABETH C. MOONEY, ESQUIRE
19             SARAH R. FRAZIER, ESQUIRE
               Wilmer Cutler Pickering Hale and Dorr LLP
20             60 State Street
               Boston, Massachusetts 02109
21             617.526.6556
               william.lee@wilmerhale.com
22             felicia.ellsworth@wilmerhale.com
               andrew.dulberg@wilmerhale.com
23             elizabeth.mooney@wilmerhale.com
               sarah.frazier@wilmerhale.com
24

25
```

**JA2415**

Case: 19-2005    Document 00117628339    Page: 266    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 646    Filed 04/18/19    Page 4 of 122

4

```
 1    APPEARANCES (cont.):

 2
            SETH P. WAXMAN, ESQUIRE
 3          DANIELLE CONLEY, ESQUIRE
            DANIEL WINIK, ESQUIRE
 4          BRITTANY AMADI, ESQUIRE
            PAUL R.Q. WOLFSON, ESQUIRE
 5          Wilmer Cutler Pickering Hale and Dorr LLP
            1875 Pennsylvania Ave, NW
 6          Washington, DC 20006
            202.663.6006
 7          seth.waxman@wilmerhale.com
            danielle.conley@wilmerhale.com
 8          daniel.winik@wilmerhale.com
            brittany.amadi@wilmerhale.com
 9          paul.wolfson@wilmerhale.com

10          DEBO P. ADEGBILE, ESQUIRE
            Wilmer Cutler Pickering Hale and Dorr LLP
11          7 World Trade Center
            250 Greenwich Street
12          New York, New York 10007
            212.295.6717
13          debo.adegbile@wilmerhale.com

14          ARA B. GERSHENGORN, ESQUIRE
            Harvard Office of the General Counsel
15          Smith Campus Center
            Suite 980
16          1350 Massachusetts Avenue
            Cambridge, Massachusetts 02138
17          617.495.8210
            ara_gershengorn@harvard.edu

18

19    COUNSEL FOR AMICI STUDENTS:

20          JON M. GREENBAUM, ESQUIRE
            BRENDA L. SHUM, ESQUIRE
21          GENEVIEVE BONADIES TORRES, ESQUIRE
            KRISTEN CLARKE, ESQUIRE
22          1500 K Street NW, Suite 900
            Washington, DC 20005
23          202.662.8315
            jgreenbaum@lawyerscommittee.org
24          bshum@lawyerscommittee.org
            gtorres@lawyerscommittee.org
25          kclarke@lawyerscommittee.org
```

**JA2416**

```
1    APPEARANCES (cont.):

2
          LAWRENCE CULLEEN, ESQUIRE
3         EMMA DINAN, ESQUIRE
          Arnold & Porter LLP
4         555 Twelfth Street, NW
          Washington, DC 20004
5         202.942.5477
          gina.dean@aporter.com
6         emma.dinan@aporter.com

7
     COUNSEL FOR AMICI ORGANIZATIONS:
8
          JENNIFER A. HOLMES, ESQUIRE
9         CARA McCLELLAN, ESQUIRE
          JIN HEE LEE, ESQUIRE
10        MICHAELE M. TURNAGE YOUNG, ESQUIRE
          RACHEL N. KLEINMAN, ESQUIRE
11        NAACP Legal Defense and Educational Fund, Inc.
          700 14th Street NW
12        Suite 600
          Washington, DC 20005
13        jholmes@naacpldf.org
          cmcclellan@naacpldf.org
14        jlee@naacpldf.org
          mturnageyoung@naacpldf.org
15        rkleinman@naacpldf.org

16        KENNETH N. THAYER, ESQUIRE
          KATE R. COOK, ESQUIRE
17        Sugarman Rogers
          101 Merrimac Street
18        Suite 900
          Boston, Massachusetts 02114
19        617.227.3030
          thayer@sugarmanrogers.com
20        cook@sugarmanrogers.com

21

22

23

24

25
```

**JA2417**

```
 1                    P R O C E E D I N G S
 2                 (The following proceedings were held in open
 3      court before the Honorable Allison D. Burroughs, United
 4      States District Judge, United States District Court, District
 5      of Massachusetts, at the John J. Moakley United States
 6      Courthouse, One Courthouse Way, Boston, Massachusetts, on
 7      October 26, 2018.)
 8                 DEPUTY CLERK:  Court is in session, please be
 9      seated.
10                 THE COURT:  Give me one second here.
11                 Talking about the status conference, do the first
12      status Monday at 9:15, that should be over by 9:30, and then
13      I have to take a slightly longer lunch break.  12:30 to 1:30
14      I think I said, right?
15                 MR. HUGHES:  Right.
16                 THE COURT:  And then I'll go as long as you need
17      to.  Okay?
18                 MR. HUGHES:  I think you indicated 30-minute limits
19      for the direct.
20                 THE COURT:  Yes.
21                 MR. HUGHES:  If we could adhere to those time
22      frames, our crosses, if any, will be extraordinarily short.
23      I think Harvard has indicated that they may not ask questions
24      at all.  So the real hope -- we're both concerned about time.
25                 THE COURT:  Okay.  And maybe the directs don't take
```

1    30 minutes either.

2             MS. ELLSWORTH:  We are definitely keeping them

3    within the 30 minutes and are trying to keep them below that.

4    We'll do our best.

5             THE COURT:  So that's fine.  So we will do that.

6    We will move the 4:00 to Tuesday.  That's the final pretrial

7    in the next case, so I could use another day on that anyway.

8    All right?

9             MR. HUGHES:  Thank you, Your Honor.

10            THE COURT:  When you're ready, Mr. Lee.

11            MR. LEE:  Thank you, Your Honor.

12            (PETER ARCIDIACONO, previously duly sworn by the

13   Deputy Clerk.)

14   CONT. EXAMINATION BY MR. LEE:

15   **Q.**  Good morning, Professor Arcidiacono.

16   **A.**  Good morning.

17   **Q.**  When we left off yesterday, you and I had just begun to

18   discuss the concept of omitted variables, correct?

19   **A.**  Correct.

20   **Q.**  Omitted variable bias is a well-recognized concept in

21   your discipline, correct?

22   **A.**  Correct.

23   **Q.**  And it refers to the concept of a bias that might be

24   explained by another variable not in the data, correct?

25   **A.**  That's correct.

**JA2419**

 1    **Q.**   And you are familiar with the concept of omitted variable

 2    bias, correct?

 3    **A.**   Yes.

 4    **Q.**   So let's talk a little bit more about your model, and I'm

 5    going to focus on your baseline model to start, okay?

 6    **A.**   Okay.

 7    **Q.**   Now, you agree that one of your goals was to accurately

 8    estimate the effect of race in the Harvard admissions

 9    process, correct?

10    **A.**   Correct.

11    **Q.**   You also agree that to do that, it's important to account

12    for the relevant inputs to the admissions process, correct?

13    **A.**   Correct to the extent that those variables are not

14    influenced by race, yes.

15    **Q.**   Yes.  Fair enough.

16         But you and Dr. Card disagree on whether certain

17    variables should be included in your models, correct?

18    **A.**   Correct.

19    **Q.**   So I'd like to explore the differences in judgment that

20    the two of you made, okay?

21    **A.**   Okay.

22    **Q.**   One of the differences in judgment was that you excluded

23    parental occupation from your model, correct?

24    **A.**   Correct.

25    **Q.**   Now, you agree that parental occupation could be

Case: 19-2005   Document: 00117628339   Page: 271   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 646   Filed 04/18/19   Page 9 of 122

9

1    important to the admissions office, correct?

2    **A.**  Correct.

3    **Q.**  Apologies.  I just dropped the top of my pen.

4            You agree that admission officers review

5    information about an applicant's parents' occupation,

6    correct?

7    **A.**  Correct.

8    **Q.**  They review that in the process of deciding whether to

9    admit the applicant, correct?

10   **A.**  Correct.

11   **Q.**  And you have reviewed the testimony of admission officers

12   that say parental occupation could be one factor that they

13   consider in determining whether an applicant is admitted,

14   correct?

15   **A.**  Correct.

16   **Q.**  Now, you would agree that parental occupation provides

17   some information beyond just income level, correct?

18   **A.**  Correct.

19   **Q.**  An admissions decisions can be made on parental

20   occupation in addition to socioeconomic information, correct?

21   **A.**  Correct.

22   **Q.**  You told us yesterday that you were here when

23   Dean Fitzsimmons testified last week?

24   **A.**  That's correct.

25   **Q.**  And you heard him testify that the admissions office

 1    considers parental occupation?

 2    **A.**   Yes, I did.

 3    **Q.**   And you heard him testify that in certain circumstances,

 4    for certain applicants, it can be a huge benefit to have that

 5    information, correct?

 6    **A.**   Correct.

 7    **Q.**   Now, Dr. Card included parental occupation in his model,

 8    correct?

 9    **A.**   Included a version of the parental occupation, yes.

10    **Q.**   Fair enough.  He included a version of parental

11    occupation, correct?

12    **A.**   Correct.

13    **Q.**   And you excluded it, correct?

14    **A.**   That's correct.

15    **Q.**   Okay.  Let's move to another place where you made

16    different judgments.

17              You excluded an applicant's intended career,

18    correct?

19    **A.**   Correct.

20    **Q.**   You know that the Harvard's admissions office considers

21    intended career in the application process, correct?

22    **A.**   Correct.

23    **Q.**   And in fact, in -- when you chaired the admissions

24    committee for the Duke economics department, the graduate

25    Department of Economics, you explored the intended career and

1    aspirations of the applicants as well, correct?

2    **A.**   Correct.

3    **Q.**   Because it was information that you thought would be

4    helpful in determining whether to accept an applicant to the

5    Duke Graduate School of Economics, correct?

6    **A.**   Correct.

7    **Q.**   Now, you said that you excluded parental occupation and

8    intended career because the variables varied by those

9    categories from year to year.

10            Did I hear that correctly?

11   **A.**   That's part of it, yes.

12   **Q.**   And that's one of the things you discussed with

13   Mr. McBride yesterday, correct?

14   **A.**   Correct.

15   **Q.**   Now, the intended career and parental occupation fields

16   are not the only ones that had values change or vary from

17   year to year, correct?

18   **A.**   That's correct, but they had the most extreme variation.

19   **Q.**   Right.  And I'd like to ask you about some of the others

20   that had variation.

21            So, for instance, one of the categories you

22   considered was disadvantaged status, correct?

23   **A.**   Correct.

24   **Q.**   Disadvantaged status vary -- is included in your

25   preferred model, correct?

1    **A.**   Correct.

2    **Q.**   Disadvantaged status varied from year to year, correct?

3    **A.**   Correct.

4    **Q.**   Now I'd like to bring you back to Dr. Card's chart that

5    we looked at yesterday, and it's in volume 2 of the notebook,

6    Professor, and I'm going to draw your attention back to page

7    55, Exhibit 13.  We looked at this briefly yesterday?

8    **A.**   Yes, I got it here.

9    **Q.**   And we agreed, I believe, that you don't challenge the

10   math or the computations that result in the numbers on the

11   right-hand side, correct?

12   **A.**   That's correct.

13   **Q.**   And you understand that this is the chart where Professor

14   Card takes your preferred model and tries to identify the

15   average marginal effects or the changes to the average

16   marginal effect that result from the different judgments that

17   you've made, correct?

18   **A.**   That's correct.

19   **Q.**   If you move down the chart to categories 5 and 6, do you

20   see them?

21   **A.**   I do.

22   **Q.**   Category 5 is parental occupation controls, correct?

23   **A.**   Correct.

24   **Q.**   Category 6 is both intended career and staff interview,

25   correct?

1    **A.**  Correct.

2    **Q.**  And what this chart reflects is Dr. Card's computation of

3    the impact or the effect on the average marginal effect of

4    Asian-American ethnicity from excluding these two categories,

5    correct?

6    **A.**  That's correct.

7    **Q.**  Now, if you included intended career in your model, the

8    negative effect of Asian-American ethnicity would have been

9    less, correct?

10   **A.**  Well, you have both intended career and staff rating.

11   **Q.**  Fair enough.

12   **A.**  I'm not sure which one is driving that.

13   **Q.**  If you included both intended career and staff ratings in

14   your model, which you did not, the impact upon the marginal

15   effect of Asian-American ethnicity would have decreased,

16   correct?

17   **A.**  That's correct.

18            And I would like to clarify it's not actually a

19   staff rating.  It is whether you had a staff interview.

20   **Q.**  Right.  I'm going to ask you just about that now.

21            So let's talk about whether there were staff

22   interviews.  Okay?  Are you with me?

23   **A.**  Yes.

24   **Q.**  And before we take this chart down, I want to be sure

25   that we agree upon one other thing.

Case: 19-2005    Document: 00117629239    Page: 276    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB  Document 646   Filed 04/18/19   Page 14 of 121

14

1          Yesterday I believe I asked you, but if you don't

2    remember, let's clarify it now.  On the right-hand side

3    there's a column, "Average Marginal Effect of Asian-American

4    Ethnicity."  Do you see that?

5    **A.**  I do.

6    **Q.**  And the asterisk, I think we agreed, but correct me if

7    I'm wrong, indicates that the result is statistically

8    significant from zero, correct?

9    **A.**  At the 5 percent level, yeah -- or 95 percent.

10   **Q.**  At the 5 percent confidence level?

11   **A.**  Yes.

12   **Q.**  Right.  And at the 5 percent confidence level, a result

13   that would not be statistically -- withdrawn.

14          At the 5 percent confidence level, a result that is

15   not statistically significant would be the equivalent of

16   zero, correct?

17   **A.**  I think that really depends.  It depends on -- I mean,

18   you can't distinguish it from zero at that level.

19   **Q.**  Fair enough.  At that level --

20   **A.**  So size and standard errors matter, you know, those

21   things.

22   **Q.**  At that level you could not distinguish it from zero,

23   correct?

24   **A.**  That's correct.

25   **Q.**  And zero would mean there is no negative effect on

1   Asian-American ethnicity if it were zero, correct?

2   **A.**   You can't distinguish it, correct.

3   **Q.**   So if we understand this chart, if we just add in ALDC

4   applicants, we run year by year, and we add back in the

5   personal rating, which I'm going to come to, we get to

6   results in categories 5, 6, 7, 8 and 9, which don't have an

7   asterisk, correct?

8   **A.**   That's correct.

9   **Q.**   Which indicates that they're not statistically

10   significant from zero, correct?

11   **A.**   At that level, yes.

12   **Q.**   And you have no quarrel with the math and computation

13   that led to the absence of asterisks for categories 5, 6, 7,

14   8 and 9, correct?

15   **A.**   That's correct.

16   **Q.**   Now, I'm going back to the staff interviews, which you

17   mentioned, and I think you're correct that what you were

18   removing from your model was whether an applicant had a staff

19   interview or not, correct?

20   **A.**   Correct.

21   **Q.**   And as you told Mr. McBride yesterday, for some

22   applicants staff interviews are part of the admissions

23   process, correct?

24   **A.**   Correct.

25   **Q.**   And for those that receive a staff interview, that

**JA2427**

 1    information, the information that results from the interview,

 2    becomes part of the application file, correct?

 3    **A.**   Correct.

 4    **Q.**   And it becomes part of the information that can be used

 5    to make a decision, correct?

 6    **A.**   Correct.

 7    **Q.**   Now --

 8              MR. LEE:  Your Honor, yesterday you were given two

 9    charts by Mr. McBride, I think in response to your questions.

10              THE COURT:  Yes.

11              MR. LEE:  And I think they haven't been marked or

12    identified yet, so I think I would ask Mr. McBride how he

13    wants to identify it.

14              MR. McBRIDE:  We're going to identify them as just

15    being at the end of the sequence of Plaintiff's Demonstrative

16    38.  They will be slides number 46 and 47.  We will get

17    stamped copies for you once they're finished.

18              THE COURT:  Which is going to be which?

19              MR. McBRIDE:  I was afraid you were going to ask me

20    that.  I can confirm that right now.

21              The Asian-American applicants in admits in ALDC and

22    non-ALDC categories is slide 46.

23              And the Asian-American applicants interviewed by

24    ALDC and non-ALDC will be slide 47.

25              THE COURT:  Thank you, Mr. McBride.

```
 1   BY MR. McBRIDE:

 2   Q.   Professor, do you have those two charts?

 3   A.   I do.

 4   Q.   I'm going to turn your attention to the one that

 5   Mr. McBride has just identified as number 47, PD38, slide 47.

 6            Do you have that?

 7   A.   I do.

 8   Q.   And this concerns staff interviews, correct?

 9   A.   That's correct.

10   Q.   And this is information you put together in response to

11   Her Honor's questions, correct?

12   A.   Correct.

13   Q.   Now, I want to take you down to the third set of rows

14   where it says, "Number Total Applications, Number Total

15   Applicants Interviewed."  Do you see that?

16   A.   I do.

17   Q.   And there are two columns:  One is Asian and one is

18   total, correct?

19   A.   Correct.

20   Q.   These are for staff interviews, correct?

21   A.   Correct.

22   Q.   Now, for Asians, the total number of applicants

23   interviewed from the dataset you reviewed was 494, correct?

24   A.   Correct.

25   Q.   The total number of folks, applicants interviewed of any
```

1    ethnicity was 3,043, correct?

2    **A.**   Correct.

3    **Q.**   Now, if my computations are correct, that means that the

4    Asians interviewed were about 16 percent of the applicants

5    interviewed, correct?

6    **A.**   I'd have to take your word for that.

7         THE COURT:  Can you ask that question again?

8         MR. LEE:  Sure.

9    **Q.**   I'm taking 494 Asian applicants interviewed, correct?

10   **A.**   Correct.

11   **Q.**   I'm dividing it by 3,043 which is the total number,

12   correct?

13   **A.**   Correct.

14   **Q.**   And I'll represent to you, at least by my calculator, it

15   says it's about 16 percent.  Does that seem right to you?

16   **A.**   Sure.

17   **Q.**   And 16 percent is very close to the percentage of the

18   application pool represented by Asian-Americans, correct?

19   **A.**   Yeah, I don't think that can be right because

20   Asian-Americans are less likely to be interviewed and -- if

21   they're ALDC, and they're less likely to be interviewed if

22   they're not ALDC.

23   **Q.**   I'm just taking your numbers from yesterday, and --

24   **A.**   I have the percent in my report about what fraction were

25   interviewed.

1  **Q.**  The chart that I'm giving you now says "Total number of

2  applicants interviewed, Asian 494," correct?

3  **A.**  Correct.

4  **Q.**  "Total interviewed 3,043," correct?

5  **A.**  Correct.  One clarification.  I just need a

6  clarification.

7  **Q.**  Sure.

8  **A.**  When you say the percent of the applicant pool, are you

9  referring to the domestic applicants or to the total

10  applicant pool?

11  **Q.**  I'm referring to the number that we looked at yesterday.

12          Do you remember it was about 17 percent of the

13  applicant pool was Asian?

14  **A.**  Is that when -- what I'm trying to recall is whether that

15  included foreign applicants or not.

16  **Q.**  Well, let me ask you this:  Do you know?

17  **A.**  I can't recall at this moment, no.

18  **Q.**  Let me ask Ms. Frazier to give me the right tab number

19  and exhibit so I can refresh your recollection.

20          But while she's looking for it, let me ask you

21  this:  You have no information that Harvard ever denied a

22  staff interview to an Asian-American applicant, correct?

23  **A.**  Except for the very low rate in which they get them, yes.

24  **Q.**  You have no information that Harvard ever denied a staff

25  interview to an Asian-American applicant because of their

Case: 19-2005    Document: 00117629239    Page: 282    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 646    Filed 04/18/19    Page 20 of 22

20

1    ethnicity, correct?

2    **A.**   Correct.

3    **Q.**   In fact, you don't know of anyone by name or identity who

4    has ever been denied a staff interview at Harvard, correct?

5    **A.**   Correct.

6    **Q.**   Now, you testified that the ALDC applicants are more

7    likely to get staff interviews than the non-ALDC applicants,

8    correct?

9    **A.**   Correct.

10   **Q.**   The fact of the matter is that more than half of the

11   staff interviews are with non-ALDC applicants, correct?

12   **A.**   That's correct.

13   **Q.**   In fact, about 56 percent of the interviews are with

14   non-ALDC applicants, correct?

15   **A.**   That's correct.

16   **Q.**   All right.  So let's -- Professor, let's go back -- and

17   I'm going to keep taking you back to this, so if you can keep

18   it in front of you, it would be great -- to the Card chart

19   that we were looking at.

20   **A.**   Yeah.

21   **Q.**   It's at Tab 19 in volume 2.  It's from his rebuttal

22   report at 55, Exhibit 13.

23   **A.**   Yeah, still there.

24   **Q.**   Okay.  And I'm going to go to line 6, which is "Add

25   intended career and staff rating indicator," which you and I

 1  talked about a little bit, correct?

 2  **A.**  Correct.

 3  **Q.**  And the staff rating indicator is simply whether there

 4  was an interview or not.  Okay?

 5  **A.**  Okay.

 6  **Q.**  Turn, if you would, to Tab 18 in the notebook before you.

 7  Do you have that before you?

 8  **A.**  I do.

 9  **Q.**  You recognize it, do you not?

10  **A.**  I recognize it.

11  **Q.**  You reviewed it in preparing your opinions, correct?

12  **A.**  That's correct.

13  **Q.**  And you'll see that for Asian-Americans -- for instance,

14  for the class of 2016, do you see that?

15          Can I have the page that has Bates stamp number

16  32521.

17          And, Professor, at the bottom it says page 2 of 2.

18  Either of those numbers will get you there, and I'll ask

19  Mr. Lee to get us there.

20  **A.**  I'm sorry, I'm --

21          THE COURT:  You lost me, too.

22          MR. LEE:  Yeah.  So we're in Tab 18.

23          THE COURT:  Yeah.

24          MR. LEE:  P319.  And then I'm going to go to the

25  Bates stamp number in the bottom right-hand corner.

1          THE COURT:  Can you hold on a second, Mr. Lee?

2          MR. LEE:  Sure.

3          THE COURT:  Hold on.  I'm still not on the right

4     page.  Page 2 of 2?

5          MR. LEE:  Your Honor, the Bates stamp number in the

6     bottom right-hand corner would be HARV00032521.

7          THE COURT:  And give him one second so we can get

8     this going.

9          MR. LEE:  Sure.

10          THE COURT:  Sorry about that.

11     BY MR. LEE:

12     **Q.**  Let me see if I can level-set us and I think I can

13     short-circuit this.  Okay.  First, before we left off, we

14     were looking at Dr. Card's chart of the effect of the

15     different judgments the two of you have made, correct?

16     **A.**  That's correct.

17     **Q.**  And category 6 was adding intended career and staff

18     rating indicator, correct?

19     **A.**  Correct.

20     **Q.**  And you and I had some discussion of the percentage of

21     Asian applicants who got interviews according to the chart

22     PD38, slide 47 yesterday, correct?

23     **A.**  Correct.

24     **Q.**  And it's approximately 16 percent, correct?

25     **A.**  Sorry?

1    **Q.**  It's approximately 16 percent?

2    **A.**  What was approximately 16 percent?

3    **Q.**  The number of Asians by your chart receiving interviews

4    compared to the total applicants was approximately 16

5    percent, correct?

6    **A.**  Yes.

7    **Q.**  Let's move on then because I asked you about the other

8    document yesterday and Ms. Frazier reminded me I've already

9    asked you, so I'll stand by that.

10   **A.**  No.  This needs to be clarified, though.  Because the

11   percent that you gave was using the IPEDS methodology and

12   that gives a lower share for Asian-Americans.  The share of

13   Asian-Americans in the class of 2016 was in the old

14   methodology, which is what's used in here, is over 20

15   percent.

16   **Q.**  So it's 20 percent, and the approximate number of folks

17   who got interviews is a little over 16 percent?

18   **A.**  20.4 percent versus little over 16.

19   **Q.**  And you have no reason to assume that the difference

20   between 16 and 20 percent is a result of anybody

21   discriminating against Asian-Americans, do you?

22   **A.**  No.  The process for staff interviews is different for

23   ALDC and versus non-ALDC, and that suggests that staff

24   interviews means something different for ALDC applicants

25   versus non-ALDC applications, which is not in the model.

1    **Q.**  That wasn't my question.  My question was --

2    **A.**  I know.

3    **Q.**  You have no reason to believe that any difference between

4    a 16 plus or minus a little bit percent and 20 percent is a

5    result of discrimination against any Asian-American

6    applicant, correct?

7    **A.**  That's correct.

8    **Q.**  Now let's move to the personal rating.  You also excluded

9    the personal rating from your preferred model, correct?

10   **A.**  That's correct.

11   **Q.**  You're aware of no candidate ever admitted to Harvard who

12   did not receive a personal rating on the summary sheets,

13   correct?

14   **A.**  Correct, and that's correct of the overall as well.

15   **Q.**  And the personal rating takes into account a variety of

16   things, correct?

17   **A.**  Correct.

18   **Q.**  And as you told Mr. McBride, it could consider the

19   teacher recommendations, correct?

20   **A.**  That's correct.

21   **Q.**  And the college counselor recommendations, correct?

22   **A.**  Correct.

23   **Q.**  It could consider letters of recommendation, correct?

24   **A.**  Correct.

25   **Q.**  It could consider alumni interview reports, correct?

1    **A.**  Correct.

2    **Q.**  It could include faculty review, correct?

3    **A.**  Correct.

4    **Q.**  And it could include applicants personal statements,

5    correct?

6    **A.**  Correct.

7    **Q.**  So the information is coming in from a variety of

8    sources, teachers, guidance counselors, recommenders,

9    interviewers and the applicant itself, correct?

10   **A.**  The information is coming from a variety of sources, but

11   the reader has to assign the rating.

12   **Q.**  Someone's got to read the application, right?

13   **A.**  And assign the rating, yes.

14   **Q.**  And the information that's coming into the reader is

15   coming from a variety of sources, correct?

16   **A.**  Correct.

17   **Q.**  Just as when you're on the admissions committee at Duke

18   you get information from a variety of sources on your

19   applicants, correct?

20   **A.**  Correct.

21   **Q.**  And then the committee, when you were the chair, reviews

22   that information to try to make a decision on which

23   applicants should be interviewed and which should not,

24   correct?

25   **A.**  Correct.

 1    **Q.**  Now, staying on the personal rating, you excluded the

 2    personal rating from your model correct?

 3    **A.**  From any preferred model, correct.

 4    **Q.**  Fair enough.  From your preferred or baseline model,

 5    correct?

 6    **A.**  I don't know whether it's baseline.  I'm happy to use

 7    that language.

 8    **Q.**  I'm just trying to use baseline because some of the

 9    slides you used yesterday with Mr. McBride referred to

10    baseline.

11    **A.**  Well, baseline is the dataset.  I have models.  I have my

12    preferred model on the baseline dataset which excludes the

13    personal rating, but I have my model with the baseline

14    dataset that includes the personal rating.

15    **Q.**  Your preferred model excludes the personal rating; yes or

16    no?

17    **A.**  That's correct.

18    **Q.**  And if you go back to Dr. Card's chart, we'll put it back

19    on the screen, the personal rating is category number 4,

20    correct?

21    **A.**  Correct.

22    **Q.**  And by adding back in the personal rating, you reduce

23    what you identify as the negative marginal effect of

24    Asian-American ethnicity, correct?

25    **A.**  Correct.

1    **Q.**  And you have no quarrel with the math that leads to the

2    number that's on line 4, correct?

3    **A.**  Correct.

4    **Q.**  Now, yesterday you said that you excluded the personal

5    rating because in your view the rating is biased, correct?

6    **A.**  Correct.

7    **Q.**  You ran a series of models for the personal rating,

8    correct?

9    **A.**  Correct.

10   **Q.**  Those models showed, as you described yesterday, a

11   negative association with Asian-American ethnicity for the

12   personal rating, correct?

13   **A.**  Correct.

14   **Q.**  Now, you know that there are four different profile

15   ratings assigned, correct?

16   **A.**  Correct.

17   **Q.**  And there are additional ratings for the teacher

18   recommendations, correct?

19   **A.**  Correct.

20   **Q.**  The guidance counselor recommendations, correct?

21   **A.**  Correct.

22   **Q.**  The preliminary overall rating, correct?

23   **A.**  Correct.

24   **Q.**  And interview rating, correct?

25   **A.**  Correct.

1   **Q.**   So there are eight different ratings that could be on the

2   summary sheet, correct?

3   **A.**   Correct.

4   **Q.**   Now I'm going to focus on the four profile ratings with

5   you.  Do you have those in mind?

6   **A.**   I do.

7   **Q.**   When a first reader assigns them, it is the same first

8   reader who was assigning those four ratings, is it not?

9   **A.**   It is.

10  **Q.**   It's the same human being?

11  **A.**   Correct.

12  **Q.**   And you know from having read the depositions and having

13  been here during the course of the evidence that what happens

14  is the admissions officer reads everything in the file that's

15  available to them, correct?

16  **A.**   Correct.

17  **Q.**   They then provide those ratings, correct?

18  **A.**   Correct.

19  **Q.**   And that occurs all before there's a second read, if

20  there is a second read, correct?

21  **A.**   Correct.

22  **Q.**   That happens before a subcommittee discussion, correct?

23  **A.**   Correct.

24  **Q.**   It happens before a tentative decision is made whether to

25  send the applicant on or not to the full committee, correct?

 1    **A.**  Correct.

 2    **Q.**  And it certainly occurs before the full committee

 3    meeting, correct?

 4    **A.**  Correct.

 5    **Q.**  Now, turn if you would to Tab 31 in volume 2.  Do you

 6    have it?

 7    **A.**  I do.

 8    **Q.**  And do you recognize it?

 9    **A.**  Yes.

10    **Q.**  This is one of the applications that you reviewed,

11    correct?

12    **A.**  Correct.

13    **Q.**  And just to help level-set us, I want you to look at the

14    first page.  Do you have that before you?

15    **A.**  I do.

16    **Q.**  And that's a summary sheet, correct?

17    **A.**  That's correct.

18    **Q.**  And each applicant is given an academic rating, correct?

19    **A.**  Correct.

20    **Q.**  And to remind us, I'm going to highlight the box so that

21    we can be sure we agree upon what the academic rating is.

22            THE COURT:  You want this off the courtroom

23    monitors.

24            MR. LEE:  If we could.

25    **Q.**  So just to remind us, the highlighted box -- let's just

**JA2441**

 1    highlight the first box.  The first box highlighted under

 2    "Profile" is the academic rating, correct?

 3    **A.**   Correct.

 4    **Q.**   All right.  The academic rating includes both

 5    quantitative and qualitative information, correct?

 6    **A.**   Correct.

 7    **Q.**   For instance, it, too, could include information from the

 8    teacher recommendation, correct?

 9    **A.**   Correct.

10    **Q.**   It, too, could include information from the guidance

11    counselor recommendation, correct?

12    **A.**   Correct.

13    **Q.**   Now, each applicant is also given an extra-curricular

14    rating, correct?

15    **A.**   Correct.

16    **Q.**   That's the next box over here.  It's a 3+, correct?

17    **A.**   Correct.

18    **Q.**   Again, the extra-curricular rating includes quantitative

19    information?

20    **A.**   Correct.

21    **Q.**   And qualitative information, correct?

22    **A.**   Correct.

23    **Q.**   For example, the extra-curricular rating may include

24    commitment to community organizations, correct?

25    **A.**   Correct.

1    **Q.**   That can't be quantified, correct?

2    **A.**   Correct.

3    **Q.**   And it could include -- well, withdrawn.

4            The fourth -- the third box is athletics, correct?

5    **A.**   Correct.

6    **Q.**   And we'll highlight it here.  And then the fourth box is

7    the personal rating, correct?

8    **A.**   Correct.

9    **Q.**   Now, as you told Mr. McBride yesterday, you ran a series

10   of models for the academic ratings, correct?

11   **A.**   Correct.

12   **Q.**   And you ran a series of ratings, models, for the

13   extra-curricular ratings, correct?

14   **A.**   Correct.

15   **Q.**   Now, for the academic rating, you found that

16   Asian-American ethnicity had a statistically significant

17   positive association with the academic rating, correct?

18   **A.**   That's correct.

19   **Q.**   So if I could have the summary sheet back on the screen.

20   To be clear, the finding that you made about the academic

21   rating was after you had controlled for all the variables in

22   your model, correct?

23   **A.**   All the variables there's definitely things it did not

24   control for, like the AP tests, like winning the science

25   competitions, didn't include those.  Those were in the data

1    but not in the model.

2    **Q.**   So for all the things you could control for, you

3    controlled, correct?

4    **A.**   All the things -- I could have controlled for a lot more

5    things.  I chose not to.  But what's in the model I've

6    accounted for.

7    **Q.**   And so bottom line was that you found a positive

8    association between Asian-American ethnicity and academic

9    rating, correct?

10   **A.**   Yes, of a much smaller magnitude.

11   **Q.**   If I could highlight the academic rating here, which is a

12   2-.  Do you see that?

13   **A.**   Yeah.

14   **Q.**   Incidentally, when you ran your models, you didn't

15   include minuses and pluses, correct?

16   **A.**   That's because that was not available in the data,

17   correct.

18   **Q.**   And Dr. Card didn't include minuses and pluses, correct?

19   **A.**   That's correct.  Except for the overall rating models

20   that I did, I did use minuses and pluses because those were

21   available.

22   **Q.**   But you basically dealt with the data and the absence of

23   pluses and minuses in the same way, correct?

24   **A.**   Well, he doesn't really do anything with the ratings

25   models, but yes.

1    **Q.**  Yes.  Okay.  I want you to focus on the -- so what we

2    have here is the academic rating in the box on the left,

3    correct?

4    **A.**  Correct.

5    **Q.**  The first reader has filled it out, correct?

6    **A.**  Correct.

7    **Q.**  And as you looked across the dataset that you identified,

8    you found that the result of those first reads were that

9    Asian-Americans were getting a positive association with the

10   academic rating from those readers, correct?

11   **A.**  Correct.  And there was no association for

12   African-Americans and slightly negative for Hispanic.

13   **Q.**  I didn't ask you about African-American, but I'll come

14   back to it.  I didn't ask you about Hispanics, but I'll come

15   back to it.  I'm asking you about Asian-Americans.

16   **A.**  That's correct.

17   **Q.**  The result of your analysis was that when the first or

18   the second or third reader sat down and filled in the

19   academic rating, there was a positive association from their

20   ratings with Asian-American ethnicity, correct?

21   **A.**  Correct.

22   **Q.**  Now, the same reader moves one box to the right, and they

23   fill in extra-curricular ratings, correct?

24   **A.**  Correct.

25   **Q.**  And you found that Asian-American ethnicity had a

Case: 19-2005    Document: 00117629239    Page: 296    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB  Document 646  Filed 04/18/19  Page 34 of 122

34

1    statistically significant positive association with the

2    extra-curricular rating, correct?

3    **A.**  Correct.

4    **Q.**  So the same reader has moved from box 1 to box 2,

5    correct?

6    **A.**  Correct.

7    **Q.**  Has given the Asian-American applicant a positive

8    association or a positive association with their ethnicity

9    for the academic rating, correct?

10   **A.**  Correct.

11   **Q.**  A positive association for their Asian-American ethnicity

12   for their extra-curricular rating, correct?

13   **A.**  Correct.

14   **Q.**  Now, did you conclude that Harvard was discriminating in

15   favor of Asian-Americans in setting the academic ratings?

16   **A.**  No, I did not.

17   **Q.**  Did you conclude that Harvard was discriminating in favor

18   of Asian-Americans in setting the extra-curricular ratings?

19   **A.**  No, I did not.

20   **Q.**  But you found a positive association, correct?

21   **A.**  That's correct.

22   **Q.**  And you explained yesterday, you attribute those positive

23   effects to what you characterize I think, if I've got to

24   right, as unobservable characteristics, correct?

25   **A.**  Correct.

1    **Q.** And unobservable characteristic is something about an

2    applicant that can't be captured in the dataset that you've

3    analyzed, correct?

4    **A.** Correct.

5    **Q.** Would you agree with this: Generally, economists operate

6    under the assumption that observables operate in a similar

7    manner to unobservables?

8    **A.** Yes, I would.

9    **Q.** And that's what you were telling Mr. McBride yesterday,

10   correct?

11   **A.** Correct.

12   **Q.** And in fact, what you told us yesterday was that if a

13   group is stronger on an observable set of variables, you

14   would expect them to be stronger on the unobservable measures

15   as well, correct?

16   **A.** Correct.

17   **Q.** And where applicants are weaker on observable measures,

18   you would expect them to be weaker on the non-observable

19   measures, correct?

20   **A.** Correct.

21   **Q.** Now, it's your opinion that Asian-Americans are stronger

22   than white applicants on observable measures of academic

23   excellence, correct?

24   **A.** Correct.

25   **Q.** It's your opinion that Asian-Americans are stronger than

1    whites on observable measures of extra-curricular excellence,

2    correct?

3    **A.**   Correct.

4    **Q.**   And that is why you attribute, as you told Mr. McBride

5    yesterday, the positive association between Asian-American

6    ethnicity and those two ratings to unobserved factors,

7    correct?

8    **A.**   Correct.

9    **Q.**   Okay.  Now, you agree that the personal rating is

10   difficult to measure, correct?

11   **A.**   It -- I mean, my fit for the personal rating is actually

12   better than for the extra-curricular, but yes.

13   **Q.**   Actually, if you were to rank them, the rating that might

14   have the most quantitative information is the academic

15   rating?

16   **A.**   That's correct.

17   **Q.**   And then the personal rating would probably follow that,

18   correct?

19   **A.**   That sounds right.

20   **Q.**   And the extra-curricular rating would come up in third or

21   fourth place in terms of the quantifiable information,

22   correct?

23   **A.**   Well, if we used the additional data on the

24   extra-curricular hours, that coefficient goes down, but

25   that -- I wanted to use variables that were present in all

 1    years.

 2    **Q.**  Right.  Now, the personal rating, like the academic

 3    rating, can reflect information in the teacher

 4    recommendations, correct?

 5    **A.**  That's correct.

 6    **Q.**  Can reflect information in the guidance counselor

 7    recommendations, correct?

 8    **A.**  Correct.

 9    **Q.**  Now, those recommendations are observable factors, are

10    they not?

11    **A.**  So those ratings are observable factors, yes.

12    **Q.**  Fair enough.  And among applicants with similar grades

13    and test scores, according to your analysis, Asian-American

14    applicants have weaker teacher ratings than white applicants,

15    do they not?

16    **A.**  They do.  We find a penalty in the school support

17    measures in our model.

18    **Q.**  So let's take a look at your data, which I don't think

19    you reviewed yesterday.  If you would turn to Tab 35 in

20    volume 2 of your notebook.  Do you have that before you?

21    **A.**  I do.

22    **Q.**  And I'm going to go in your appendix C to table 5.5R.

23    And in particular the 12th page.  Do you have it?

24    **A.**  I do.

25    **Q.**  Now, there is a lot of information on the page, but I'm

1    going to take you through some things specifically so that we

2    have them in the record.  And this is in part your analysis

3    of teacher ratings for Asian-American and white applicants,

4    correct?

5    **A.**  Correct.

6    **Q.**  And you do it by academic decile, correct?

7    **A.**  Correct.

8    **Q.**  The same type of decile analysis that you described to

9    Mr. McBride yesterday, correct?

10   **A.**  Correct.

11   **Q.**  And you do it by race, correct?

12   **A.**  Correct.

13   **Q.**  And you're trying to identify the percentage of

14   applicants receiving top ratings of 1 or 2 on the guidance

15   counselor and teacher ratings, correct?

16   **A.**  Correct.

17   **Q.**  So let's look at the row for academic decile 10.  Do you

18   see it?

19   **A.**  I do.

20   **Q.**  And we're highlighting it.  Now, just to remind us,

21   academic decile 10 is the best decile, correct?

22   **A.**  That's correct.

23   **Q.**  It's the top 10 percent?

24   **A.**  That's right.

25   **Q.**  Okay.  Now, for the first teacher recommendation, you see

1    that category?

2    **A.**  Yes.

3    **Q.**  And teacher 1 just means the first recommendation from a

4    teacher in the file?

5    **A.**  That's correct.

6    **Q.**  50.17 percent of white applicants received a top teacher

7    rating compared to 46.64 percent of Asian-American

8    applicants, correct?

9    **A.**  Correct.

10   **Q.**  For the second teacher recommendation, if we move to the

11   right, do you see that?

12   **A.**  Yes.

13   **Q.**  And this just means the second recommendation in the

14   file, correct?

15   **A.**  That's correct.

16   **Q.**  For the top decile, 47.11 percent of white applicants

17   received the top teacher ratings compared to 41.9 percent of

18   Asian-American applicants, correct?

19   **A.**  That's correct.

20   **Q.**  Now let's go to the counselor rating.  This is the

21   college counselor rating.  Your analysis showed that the

22   white applicants received 44.63 percent compared to -- I'm

23   sorry, 38.34 percent, correct?

24   **A.**  Correct.

25   **Q.**  And your analysis also showed that from the counselor

1    ratings, African-Americans and Hispanics actually received

2    higher ratings, slightly higher ratings for Hispanics and yet

3    again a little higher for African-Americans, correct?

4    **A.**   Correct.

5    **Q.**   The five best academic deciles would be deciles 6, 7, 8,

6    9 and 10?

7    **A.**   Correct.

8    **Q.**   In this analysis, the white applicants receiving the top

9    ratings is always higher than the percentage of

10    Asian-Americans receiving the top ratings, correct?

11    **A.**   That's correct.

12    **Q.**   And these are observable measures, which is why you

13    included them in your chart, correct?

14    **A.**   Correct.

15    **Q.**   And on these observable measures, on average, the white

16    applicants do a little bit better, correct?

17    **A.**   That's correct.

18    **Q.**   Now, to be fair, they're just averages, are they not?

19    **A.**   Yes.

20    **Q.**   There are some really outstanding Asian-American

21    applicants in the pool, correct?

22    **A.**   That's correct.

23    **Q.**   Who have gotten great personal ratings, correct?

24    **A.**   Yes.

25    **Q.**   Great teacher recommendations, correct?

1    **A.**  Correct.

2    **Q.**  Great guidance counselor recommendations, correct?

3    **A.**  Correct.

4    **Q.**  All right.  And the average really wouldn't tell us much

5    about them, would it?

6    **A.**  I mean, it tells you the fraction people who are getting

7    those great ratings but --

8    **Q.**  Okay.  And beyond that, it doesn't tell you much about

9    that applicant, correct?

10   **A.**  Correct.

11   **Q.**  Now, you ran five models for the personal rating,

12   correct?

13   **A.**  Correct.

14   **Q.**  Would you turn to Tab 2 in the first volume, which is

15   page 54 of your notebook.

16            And let me clarify one more thing on the past

17   chart.  I don't think you need to put it back up.  The

18   teacher ratings, guidance counselor ratings, and the

19   teacher -- withdrawn.

20            The guidance counselor ratings, the first teacher

21   recommendation, the second teacher recommendation ratings

22   that you were analyzing are the ones that go on the summary

23   sheet, correct?

24   **A.**  Right.  They're assigned by the reader.

25   **Q.**  Right.  So the same person who is giving slightly higher

1    academic ratings to Asian-Americans, slightly higher

2    extra-curricular ratings to Asian-Americans, are filling in

3    the boxes on the teacher recommendation, the guidance

4    counselor recommendations and second teacher recommendation,

5    correct?

6    **A.**   That's correct.

7    **Q.**   Same person?

8    **A.**   Yes.

9    **Q.**   Let's go to the five models that you ran for your

10   personal rating.  Okay.  And do you have page 54 of your

11   report before you?

12   **A.**   Is this a figure you put up?

13   **Q.**   It's on the screen now.

14   **A.**   I can just look at it.

15   **Q.**   It's page 54 I think of your of -- it's at Tab 2, which

16   is your report, page 54, figure 6.1.  And just tell me when

17   you're there.

18   **A.**   I'm there.

19   **Q.**   Okay.  You see figure 6.1?

20   **A.**   I do.

21   **Q.**   Now, your models were numbered 1 through 6, correct?

22   **A.**   Correct.

23   **Q.**   For each of the -- I'm going to focus you on models 1

24   through 5 right now, okay?

25   **A.**   Okay.

**JA2454**

1    **Q.**   For each model, you added new variables, correct?

2    **A.**   Correct.

3    **Q.**   And in a simplistic way, the higher the number of the

4    model, the more variables there were, correct?

5    **A.**   That's correct.

6    **Q.**   And as you move, for instance, from model 3 to model 4,

7    you added contextual information about, for instance, the

8    applicant's high school, correct?

9    **A.**   That's correct.

10   **Q.**   And the applicant's neighborhood, correct?

11   **A.**   Correct.

12   **Q.**   And as you move from model 3 to 4, the negative

13   association between Asian-American ethnicity and the personal

14   rating decreases, correct?

15   **A.**   Correct.

16   **Q.**   Now, as you move from model 4 to 5 on your figure 6.1,

17   you add some other variables, correct?

18   **A.**   That's correct.

19   **Q.**   Teacher ratings, correct?

20   **A.**   Correct.

21   **Q.**   Guidance counselor rating, correct?

22   **A.**   Correct.

23   **Q.**   Alumni interview rating, correct?

24   **A.**   Correct.

25   **Q.**   And as you told me, all of these variables include

1    information that is considered in the application process,

2    correct?

3    **A.**   Correct.

4    **Q.**   And as you move from model 4 to 5 and you include all of

5    this additional information, the negative association between

6    Asian-American ethnicity and the personal rating decreases

7    again, correct?

8    **A.**   Yes, it decreases slightly.

9    **Q.**   Yeah.  And it's a fact, is it not, for each of the

10   models, the more factors that you add in that might replicate

11   the admissions process, the more that the negative

12   association with Asian-American ethnicity decreases?

13   **A.**   It depends on the order that you do them.  So I think

14   that that's not true if you go from 1 to 2, as an example.

15   **Q.**   Fair enough.

16   **A.**   The order does matter.

17   **Q.**   Let me be more specific.  If you go from 3 to 4, you add

18   more factors, correct?

19   **A.**   Correct.

20   **Q.**   4 to 5, you add more factors correct?

21   **A.**   Correct.

22   **Q.**   They're all factors considered in the application

23   process, correct?

24   **A.**   Correct.

25   **Q.**   And as you add more factors, the negative effect of

1    Asian-American ethnicity decreases, correct?

2    **A.**   Correct.

3    **Q.**   Now, you agree that individuals can have strengths in

4    different areas, correct?

5    **A.**   Correct.

6    **Q.**   You agree that there are some folks who are book smart,

7    correct?

8    **A.**   Correct.

9    **Q.**   And there are some people who may not be as book smart

10   but make up for their skills in other dimensions, correct?

11   **A.**   Correct.

12   **Q.**   And in fact, you've written on the topic, correct?

13   **A.**   Correct.

14   **Q.**   You've written on the topic that sometimes people who are

15   book smart are weaker in other areas, correct?

16   **A.**   Correct.

17   **Q.**   And people who may not be quite as book smart have

18   strengths in other areas, correct?

19   **A.**   Correct.

20   **Q.**   And you specifically looked at it in the context of MBAs,

21   correct?

22   **A.**   Correct.

23   **Q.**   Turn if you would to Tab 1 -- I'm sorry -- Tab 25 in

24   volume 2.  Do you have it before you?

25   **A.**   I do.

Case: 19-2005   Document: 00117629239   Page: 308   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 646   Filed 04/18/19   Page 46 of 122

46

```
 1    Q.  This is an article that you wrote, correct?

 2    A.  That's correct.

 3    Q.  And it's DX 174.

 4    A.  Yes.

 5              MR. LEE:  Your Honor, we offer DX174.

 6              MR. McBRIDE:  No objection, Your Honor.

 7              THE COURT:  It's admitted.

 8              (Defendant Exhibit DX174 admitted into evidence.)

 9    BY MR. LEE:

10    Q.  Professor, you are one of the authors of this article,

11    correct?

12    A.  Correct.

13    Q.  And one of the things that you found for MBAs -- this

14    concerns MBAs, correct?

15    A.  Correct.

16    Q.  There were some folks that were stronger in the book

17    smart area, correct?

18    A.  In the context of MBAs outside of the top 25, yes.  MBAs

19    inside the top 25, that was not the result.  It went the

20    other way.

21              THE COURT:  The top 25 what?

22              THE WITNESS:  Top 25 MBA programs.  So I think he's

23    going to get there, but -- I'll let you go.  Sorry to cut you

24    off.

25              MR. LEE:  Okay.  Since you mentioned it, let me get
```

1    us there.

2    **Q.**  So you're looking at programs outside of what you

3    identified in the article as a top 25 MBA programs?

4    **A.**  That's correct.

5    **Q.**  And you're looking, to be a little bit simplistic about

6    it, about folks who have book smarts and folks who might have

7    other skills, correct?

8    **A.**  Sure.

9    **Q.**  And what you found was that in the workplace there are

10   people who may not be as book smart but who may have better

11   social skills, better communication skills, other character

12   attributes that help explain their success, correct?

13   **A.**  What we found is that people who went to MBA programs

14   outside of the 25 had the features you described relative to

15   people who did not get an MBA.  We found the opposite result

16   for people inside the top 25 schools.  And I think of Harvard

17   as being more of an elite top school than an MBA program

18   outside of the top 25.

19   **Q.**  If you were looking at two candidates who comparable

20   academic qualifications, characteristics like communication

21   skills, social skills, trust, integrity could be important in

22   choosing which applicant you wanted to choose, correct?

23   **A.**  That's correct.

24   **Q.**  And that's precisely what you do at Duke as well,

25   correct?

1    **A.**  Right.

2    **Q.**  All right.  Now, I'm going to go back to Tab 31, volume

3    2, the summary sheet from P117, the application.  And again

4    I'm going to focus on the profile ratings.  As you told me

5    yesterday, you know that SFFA claims that Harvard

6    intentionally discriminates, right?

7    **A.**  Yes.

8    **Q.**  But as you told me yesterday, your model doesn't provide

9    any information about intent one way or another, correct?

10    **A.**  That's correct.

11    **Q.**  Now, just to be sure we understand, the first reader here

12    is R -- I'm sorry BJG.  Do you see that?

13    **A.**  Yes.

14    **Q.**  So we go to the profile ratings, and if we look at the

15    first category, the readers for Asian-American applicants are

16    actually providing those applicants with higher ratings than

17    the quantifiable data might predict, correct?

18    **A.**  Than the quantifiable data that I used, yes.

19    **Q.**  Okay.  So the answer is yes, correct?

20    **A.**  Yes.

21    **Q.**  All right.  And if I then move to the next box, same

22    reader, that reader is providing Asian-American applicants

23    with a higher rating than the data might suggest, correct?

24    **A.**  Correct.

25    **Q.**  Then you move over two boxes to the personal rating,

1    correct?

2    **A.**   Correct.

3    **Q.**   And you contend that that same reader is providing that

4    same applicant with a lower rating than the data would

5    suggest, correct?

6    **A.**   Correct.

7    **Q.**   And that that's what indicates discrimination, correct?

8    **A.**   The evidence is much more than just about what's

9    happening with Asian-Americans.

10   **Q.**   Right.

11   **A.**   It's one of the pieces of evidence.

12   **Q.**   Fair enough.  It's one of the pieces of evidence.  Now

13   yesterday we mentioned briefly an amicus brief that was filed

14   by a group of economists, correct?

15   **A.**   That's correct.

16   **Q.**   You've read that amicus brief, correct?

17   **A.**   I have.

18   **Q.**   And that brief actually specifically addresses just what

19   you and I went through, the question of whether it is logical

20   that the same reader would be bumping Asian-Americans up in

21   academics, bumping them up in extra-curriculars but then

22   downgrading them to discriminate against them in the personal

23   rating.  Do you recall that in that brief?

24   **A.**   That brief parroted the arguments in Card's report,

25   correct.

1    **Q.**  Let's see what those folks said.  You understand that the

2    group included Janet Yellen, the former chair of the Federal

3    Reserve?

4    **A.**  Right, who did not do any research related to this topic.

5    **Q.**  It included Janet Yellen, the former --

6    **A.**  That's correct.

7    **Q.**  It included two Nobel Prize winners?

8    **A.**  Again, who did nothing related to this topic.  One is a

9    macroeconomist.  The other is a theorist.

10   **Q.**  I'm not going to quarrel with you over their

11   qualifications.  Let's just see what they said.

12   **A.**  Okay.

13   **Q.**  They're economists, all three of them, correct?

14   **A.**  All correct.

15   **Q.**  And they filed a brief, correct?

16   **A.**  Correct.

17   **Q.**  And they specifically addressed this issue, correct?

18   **A.**  Correct.

19   **Q.**  All right.  Turn if you would in volume 2 to Tab 28.  Do

20   you have it before you?

21   **A.**  I do.

22   **Q.**  And do you find the brief of professors of economists

23   that you and I have just been referring to?

24   **A.**  Yes.

25   **Q.**  Now, I want to turn you to page 14.  And the brief

1    specifically addresses this question of the logic of a single

2    reader bumping Asian-Americans up into categories and then

3    downgrading them in one subscore, correct?

4    **A.**   That's correct.  I don't view them as bumping them.

5    **Q.**   Fair enough.

6    **A.**   That's their characterization.

7    **Q.**   Bumping is my word.  It may be the wrong word.  What they

8    are suggesting is that the logic of one reader giving

9    Asian-American applicants a benefit, right, in the academic

10   rating, then moving to the extra-curricular rating and giving

11   them a benefit, and then moving over to and saying now we're

12   going to punish you.

13   **A.**   I agree with that logic because I don't think they're

14   giving them a benefit in the academic or extra-curricular

15   rating.

16   **Q.**   Let's see what they say.  At page 14, do you the see the

17   sentence that says "Dr. Arcidiacono's findings are

18   implausible because they would indicate that Harvard

19   discriminates against Asian-American applicants on one

20   subscore only to turn around and discriminate in their favor

21   on the other two."

22            Have I read that correctly?

23   **A.**   You've read that correctly.

24   **Q.**   And just to be sure that we know how you understand it,

25   what the professors are referring to is this:  The two -- the

Case: 19-2005     Document: 00117629239     Page: 314     Date Filed: 07/30/2020     Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 646   Filed 04/18/19   Page 52 of 122

52

1    one subscore is a personal rating, correct?

2    **A.**   Correct.

3    **Q.**   The other two are the personal -- are the academic rating

4    and the extra-curricular rating, correct?

5    **A.**   Correct.

6    **Q.**   And their conclusion from this logic is the next

7    sentence.  "The better and more plausible explanation of

8    these findings is that Dr. Arcidiacono's regression models

9    are simply not reliable enough to measure all the applicants'

10   qualities that drive Harvard's assignment of those ratings."

11           Have I read that correctly?

12   **A.**   That's correct.

13   **Q.**   Now, in fairness, you disagree?

14   **A.**   Yes.

15   **Q.**   Correct.  Dr. Card agrees with them, correct?

16   **A.**   I would say they agree with Dr. Card.

17   **Q.**   Okay.  Dr. Card and they agree with each other?

18   **A.**   Yes.

19   **Q.**   Okay.  And each of them has specifically addressed the

20   logic of having a single reader discriminate against an

21   applicant in one subscore and then turn around and

22   discriminate in their favor on two others, correct?

23   **A.**   Correct.

24   **Q.**   All right.  I want to ask you a couple more additional

25   questions on a separate topic, which is what's included in

1    your models.

2         We've agreed that the data that was available to

3    you and Dr. Card didn't have pluses and minuses from the

4    ratings, correct?

5    **A.**  Correct, except in the overall rating.

6    **Q.**  Now, the data made available to you did have notes from

7    the readers in the files, correct?

8    **A.**  On the full files, yes.

9    **Q.**  But that information wasn't included in your dataset,

10   correct?

11   **A.**  No.  Correct.

12   **Q.**  And your dataset doesn't reflect any discussions of the

13   candidates that occurred at the subcommittee meetings,

14   correct?

15   **A.**  That's correct.

16   **Q.**  And your dataset doesn't reflect any of the discussions

17   that occurred at the committee meetings, correct?

18   **A.**  Correct.

19   **Q.**  Have you done any work to compare the ratings across

20   these 200,000 applicants where the final decision is reached

21   after the full committee meeting?

22   **A.**  All my -- the final decisions, that's what I'm modeling.

23   I guess I'm confused by the question.

24   **Q.**  Right.  But I'm asking you whether you have done anything

25   to compare the rates, the profile ratings set preliminary

1    with the final decisions after the full committee meeting?

2    **A.**   Well, that's what my model was doing.

3    **Q.**   That's what you think your models do?

4    **A.**   Yes.

5    **Q.**   Okay.  Fair enough.  Now, you know that 40 members

6    participate in that final vote, correct?

7    **A.**   Correct.

8    **Q.**   You know that that final vote is what determines whether

9    anybody gets in, correct?

10   **A.**   Correct.

11   **Q.**   And you have not identified for us a single applicant who

12   was discriminated against in that 40-person meeting, correct?

13   **A.**   Well, the applicant we looked at, that was a pretty --

14   yeah.  I mean --

15   **Q.**   What do you know about the discussion that occurred at

16   the full committee meeting on that applicant?

17   **A.**   I know nothing about that.

18   **Q.**   What do you know about the vote on that applicant at the

19   meeting?

20   **A.**   I know nothing about that.

21   **Q.**   Do you know whether they got tentatively recommended at

22   any point in time?

23   **A.**   Actually, I think we do know that information because

24   you've got the A stars and A dots and so on.

25   **Q.**   So that applicant actually got tentatively recommended

1    and then went to a full discussion and then ultimately didn't

2    get in only after the full discussion, correct?

3    **A.**  You don't get in when you're labeled standard strong,

4    ever.  And you don't -- you virtually never get in without a

5    second reader.  Given that neither of one of those events

6    occurred --

7    **Q.**  Professor Arcidiacono, did that get recommended to the

8    full committee or not?

9    **A.**  I actually don't know.

10   **Q.**  Now, you talked a little bit about application files with

11   Mr. McBride, and you talked about one of the application

12   files, correct?

13   **A.**  Correct.

14   **Q.**  You reviewed a few application files in your expert

15   report, correct.

16   **A.**  I reviewed lots of application files.  I discussed a few

17   of them in my expert report.

18   **Q.**  Fair enough.  So you reviewed a lot of application files,

19   correct?

20   **A.**  Correct.

21   **Q.**  You discussed a few, correct?

22   **A.**  Correct.

23   **Q.**  Not a single one of them was an SFFA member, correct?

24   **A.**  That's correct.

25   **Q.**  Both categories, when you reviewed a lot of application

Case: 19-2005   Document: 00117629239   Page: 318   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 646   Filed 04/18/19   Page 56 of 122

56

 1   files not a single one of them was an SFFA --

 2   **A.**   I did review --

 3   **Q.**   I'm talking about this big group that you reviewed.  I

 4   think I know what you're saying to me.  Let's look at the

 5   broader group that you reviewed.  That included SFFA standing

 6   members, correct.

 7   **A.**   That's correct.

 8   **Q.**   You didn't discuss any of those applications in your

 9   expert report, correct?

10   **A.**   That's correct.

11   **Q.**   You didn't discuss any of them during your testimony

12   yesterday, correct?

13   **A.**   I didn't discuss any of them, that's correct.

14   **Q.**   So even though you had the application files of the

15   standing members of SFFA, you offered no opinion or no

16   comment upon any of them in your expert reports, correct?

17   **A.**   That's correct.

18   **Q.**   But you did comment upon some other application files,

19   did you not?

20   **A.**   Correct.

21   **Q.**   Turn if you would to Tab 30 in volume 2, which is P112.

22           MR. LEE:  Your Honor, I think we'll have to have

23   the public monitor turned off.

24   **Q.**   This is one of the application files that you reviewed,

25   correct?

1    **A.**  That's correct.

2    **Q.**  Now, in your report, what you did is you then compared

3    that admissions file to the admissions file of an

4    African-American applicant, correct?

5    **A.**  Correct.

6    **Q.**  Let's look at the African-American applicant's file.

7    It's P117 that's at Tab 31 of your notebook.

8           Do you have that before you?

9    **A.**  I do.

10   **Q.**  Now, you suggest in your expert report that this

11   African-American applicant was less deserving of admission to

12   Harvard than some others, correct?

13   **A.**  I am not sure I characterize it that way.  I think I was

14   comparing how the applicant was rated relative to the

15   Asian-American applicant's scores.

16   **Q.**  Well, let's -- this applicant, this African-American

17   woman, was, in fact, accepted, correct?

18   **A.**  Correct.

19   **Q.**  Let's look at what her file says.

20          Now, you picked this file for comparison purposes,

21   correct?

22   **A.**  To compare how they were rated on particular measures,

23   correct.

24   **Q.**  Right.  Well, I'm going to not just look at how they're

25   rated and measured but what the file says.

 1              You agree that there's lots of information that

 2   goes beyond just how they're rated in the files, correct?

 3   **A.**   Correct.

 4   **Q.**   Now, the applicant's SAT I scores were 800, 720 and 740,

 5   correct?

 6   **A.**   800, 720 and 750 -- because you take the highest score.

 7   **Q.**   So it's more than 2200, correct?

 8   **A.**   Correct.

 9              THE COURT:  Which one is this?  Is this the Asian

10   applicant or the African-American?

11              MR. LEE:  It's the African-American applicant, Your

12   Honor.  This is P117.

13              THE COURT:  I have this.  I just wasn't sure which

14   one you were talking about.

15   **Q.**   The applicant's intended career was in law, correct?

16   **A.**   Correct.

17   **Q.**   Her parents came from Jamaica, correct?

18   **A.**   Correct.

19   **Q.**   Her mother worked as a nurse, correct?

20   **A.**   Yes.

21   **Q.**   If you turn to the page at the bottom which reads 94619,

22   this is the teacher recommendation, correct?

23              Do you have it before you?

24   **A.**   I'm getting there.  Sorry.

25   **Q.**   It's okay.  Just tell me when you're there.

1   **A.** You said 94619?

2   **Q.** 94619.

3   **A.** Yes, I'm there.

4   **Q.** In the second paragraph, the teacher -- her teacher

5   describes her as "Brilliant, driven, talented, organized,

6   popular, motivational, kind and modest, are all words that

7   describe this student," correct?

8   **A.** Correct.

9   **Q.** She goes on to say in the last sentence of that

10  paragraph, "She has a leadership ability that allows her to

11  recognize the value and contributions of her peers and rally

12  them to action."

13          Have I read it correctly?

14  **A.** You have.

15  **Q.** And then the next paragraph begins, "She," I'm

16  substituting she for her name, "is extremely respected and

17  liked by everyone.  She is respected for her rare combination

18  of exceptional talent and modesty."  Do you see that?

19  **A.** I do.

20  **Q.** And then in the last paragraph this teacher writes,

21  "She," I'm substituting for her name "is without question a

22  leader.  Not only at her high school, but also within her

23  community.  To say that she is a doer is an understatement.

24  She is a doorman.  She opens doors to success for herself and

25  others.  She will, without a doubt, open many more in the

1    future for herself, her community and all those who are

2    fortunate to know and work with her.  Higher education would

3    provide a door for a young woman like this applicant to

4    develop and share her talents with others."

5    **A.**   And those are great statements --

6    **Q.**   Right.

7    **A.**   -- but she got marked down on every category by the

8    teacher.  Got marked as excellent top 10 percent on all of

9    those things.

10   **Q.**   This is -- what you did is you took two candidates, one

11   Asian and one African-American, both of whom had

12   extraordinary records, correct?

13   **A.**   Correct.

14   **Q.**   Both of whom had extraordinary recommendations, correct?

15   **A.**   Correct.

16   **Q.**   One, the Asian-American applicant, had slightly stronger

17   academics.  That's your -- correct?

18   **A.**   I think it was more than that, yeah, but correct.

19   **Q.**   Okay.  And then if you compared the recommendations, one

20   of the questions raised for the Asian-American applicant was

21   what his interests were beyond academics, correct?

22   **A.**   I would have to go back and look at that one.

23   **Q.**   I don't want to take the time.  If you don't remember,

24   we'll let the file stand for itself.

25          But in any event, they're two very strong

1    application files, correct?

2    **A.**   Correct.

3    **Q.**   With strong academics, correct?

4    **A.**   Correct.

5    **Q.**   With strong praise from teachers, correct?

6    **A.**   Correct.

7    **Q.**   Strong praise from guidance counselors, correct?

8    **A.**   Correct.

9    **Q.**   Comments upon their academic abilities, correct?

10    **A.**   Correct.

11    **Q.**   Comments upon their extra-curricular abilities, correct?

12    **A.**   Correct.

13    **Q.**   And comments upon their personal qualities, correct?

14    **A.**   Correct.

15    **Q.**   Deciding between candidates like that is hard work, isn't

16    it?

17    **A.**   It is.

18    **Q.**   And in this particular case, the case you picked, the

19    African-American woman got in, correct?

20    **A.**   Correct.

21    **Q.**   And the Asian-American applicant did not, correct?

22    **A.**   He did not get a second read, correct.

23    **Q.**   Now, let me just ask you a few questions so we're sure

24    we're level-set as we conclude.

25        To get to your opinion -- I want to ask you about

 1 │ your opinion on the Asian penalty.  Okay?

 2 │ **A.**  Okay.

 3 │           MR. LEE:  And could I have from PD --

 4 │           MR. McBRIDE:  PD38.

 5 │           MR. LEE:  PD38, slide 42 on the screen.  Thank you.

 6 │           MR. McBRIDE:  You're welcome.

 7 │           MR. LEE:  And let's go a couple more slides to the

 8 │ last slide -- a little further.  Okay.

 9 │ **Q.**  Do you recall testifying about slide 45?

10 │ **A.**  Yes.

11 │ **Q.**  And what you said is if you take Dr. Card's preferred

12 │ model, and you remove ALDCs and you remove ALDCs in the

13 │ personal rating, you get to a statistically significant

14 │ negative penalty, correct?

15 │ **A.**  Yes.  And I also said that Card's own report shows that

16 │ you don't even have to take out the ALDCs.  You just take out

17 │ the personal rating and you see that effect.

18 │ **Q.**  So I just want to be sure that we're clear.

19 │           In the first box, which is "Remove ALDCs," that's

20 │ taking out of the model 30 percent of the people who get

21 │ admitted to Harvard, correct?

22 │ **A.**  That's correct.

23 │ **Q.**  It's taking out of that pool a group of people who are

24 │ Asian-Americans, have a higher admission rate than white

25 │ applicants, correct?

1    **A.**  Correct.

2    **Q.**  And if I move to the personal rating, taking out the

3    personal rating is taking out a rating which you have found a

4    negative association with Asian-American ethnicity, correct?

5    **A.**  Correct.

6    **Q.**  By the very same readers who are giving positive

7    associations for academics and extra-curriculars, correct?

8    **A.**  Correct.

9    **Q.**  So to accept your conclusions, you're going to have to

10   conclude that ALDCs should be out of the mix, correct?

11   **A.**  No, because just removing the personal rating does the

12   trick.

13   **Q.**  Okay.  I hear you clearly.

14           So to accept your conclusion, you would have to

15   accept the proposition that the people who are filling in

16   these ratings give a positive association for academics, a

17   positive association for extra-curriculars, and then they

18   move over to the two columns and they give a negative

19   association for personal rating, correct?

20   **A.**  Correct.

21   **Q.**  And removing ALDCs, which is on your slide, would require

22   you to take out a group of folks who are a substantial

23   portion of the class and for whom Asian-American admission

24   rates are higher, correct?

25   **A.**  Slightly higher, yes.

```
 1              MR. LEE:  Thank you.  Nothing further, Your Honor.

 2              MR. McBRIDE:  Your Honor, if we could have a short

 3     break to organize things and make sure we're as efficient as

 4     possible.

 5              THE COURT:  All right.  Ten minutes?  What do you

 6     want?

 7              MR. McBRIDE:  Ten minutes would be fabulous.

 8              THE COURT:  Ten minute-break.

 9              (Recess taken 10:42 a.m.)

10     RE-EXAMINATION BY MR. McBRIDE:

11              MR. McBRIDE:  May I proceed?

12              THE COURT:  Ready when you are.

13              MR. McBRIDE:  Thank you, Your Honor.

14     Q.  Good morning, Professor.

15     A.  Good morning.

16     Q.  I want to start with some issues on ALDC, if I could.

17     And I want to be very clear and make sure there's no

18     uncertainty here.

19              Did you find any statistically significant tip for

20     Asian-American legacies in your admissions model?

21     A.  No, I did not.

22     Q.  So the model's result for Asian-American legacies

23     coefficient, is that distinguishable from zero from a

24     statistical perspective?

25     A.  No, it is not.
```

1    **Q.**  We also heard questions about why one would expect -- or

2    why would one expect Harvard to treat ALDC Asian applicants

3    different from non-ALDC applicants.

4         Do you recall that?

5    **A.**  I recall that.

6    **Q.**  And to be clear, do you have an understanding, are ALDC

7    African-American applicants admitted at a higher rate than

8    non-ALDC African-Americans?

9    **A.**  They are admitted at a higher rate, yes, but at the same

10   time, the tip that they get for being ALDC, you don't get

11   both, effectively.

12   **Q.**  And just focusing on the ALDC applicant admission rate,

13   are ALDC Hispanic applicants, are they also admitted at a

14   higher rate than non-ALDC Hispanic applicants?

15   **A.**  Correct.

16   **Q.**  And are ALDC white applicants admitted at a higher rate

17   than non-ALDC white applicants?

18   **A.**  Correct.

19   **Q.**  You also had a discussion with Mr. Lee about the

20   variables he said were important to Harvard admissions

21   officers.  Do you recall that?

22   **A.**  I do.

23   **Q.**  Talking about parental occupation and intended career?

24   Do you recall that conversation?

25   **A.**  Correct, yes.

1    **Q.**  There are other important variables to Harvard's

2    admissions officers as well; is that right?

3    **A.**  That's correct.

4    **Q.**  For example, is the overall rating important to Harvard

5    admissions officers?

6    **A.**  That's correct.

7    **Q.**  How important is it, do you believe?

8    **A.**  I think it's very important.  It determines whether you

9    advance to the next stage, or is one of the big determiners

10   about whether you're going to get something like a third

11   reader.

12   **Q.**  Is the overall rating in either yours or Dr. Card's

13   admissions models?

14   **A.**  It is not.

15   **Q.**  So is it fair to say that some variables, even when

16   extremely important to Harvard's admissions process and its

17   admissions officers, are properly excluded?

18              MR. LEE:  Your Honor, I'm going to object to the

19   leading.  This is their expert.  I don't think we can lead

20   him this way.

21              THE COURT:  Sustained.

22   **Q.**  I'm going to put one of the demonstratives that Mr. Lee

23   used with you on the board here.  This is Plaintiff's

24   Demonstrative 38, slide 47.

25              Do you recall these questions that were being asked

1    about, I believe he said it was 16 percent of Asian

2    applicants who were ALDC were interviewed?  I think it was

3    this number down here, 494?

4    **A.**  Yes.

5    **Q.**  I'd like to show you another piece of evidence that was

6    admitted, P619, which is a summary exhibit that was admitted,

7    which is the basis for some of the data here, and see if we

8    can shed some light on what Mr. Lee was asking.  So this is

9    XP619.

10            Did you help prepare this summary exhibit?

11   **A.**  I did.

12   **Q.**  I just want to focus your attention here on the second

13   column, "Asian-American Applicants."  Could you please tell

14   us, what does this chart indicate to you about the relative

15   rate at which Asian-American ALDC applicants and non-ALDC

16   applicants are given staff interviews?

17   **A.**  Well, the ALDC applicants are much more likely to get

18   staff interviews; 17 percent of the time versus the non-ALDC

19   applicants being interviewed .87 percent of the time.  And in

20   both cases, that 17.12 percent and the .87 percent are the

21   lowest of those four groups.

22   **Q.**  Let me highlight across the row here.  I'll simply

23   highlight right here.

24            Relative to white African-American and Hispanic

25   applicants, how would you characterize the rate at which

Case: 19-2005    Document: 00117629239    Page: 330    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 646   Filed 04/18/19   Page 68 of 122

68

1    Asian-American ALDC applicants get staff interviews?

2    **A.**  It's the lowest of the four.

3    **Q.**  Do you recall Mr. Lee was also asking you yesterday about

4    how the tip for being an ALDC or for a legacy, how that

5    operates?

6    **A.**  I do.

7    **Q.**  And you recall that you were answering him that the

8    legacy tip operates differently for different groups?

9    **A.**  Correct.

10   **Q.**  And I think it was on page 227 when Mr. Lee said, asked

11   about how tips may operate differently for a different

12   applicant, correct?

13       And you answered that "A legacy tip may operate

14   more for people who have low academic ratings than for people

15   who have high academic ratings."  Do you recall that?

16   **A.**  I do.

17   **Q.**  Can you explain what you meant by that?

18       MR. LEE:  I object.  Your Honor, this is an opinion

19   that was not disclosed in his opening report or his rebuttal

20   report.  It actually was disclosed in some form for the first

21   time in a declaration on a summary judgment motion.  It's not

22   something that we could ask him about at his deposition

23   because it had happened months before.

24       In fact, they had slides which they sent to us the

25   other night.  We objected on the basis it's undisclosed

1      opinion, and they withdrew them.  They can't get it in now.

2                MR. McBRIDE:  Your Honor, Mr. Lee opened the door

3      with his questions.

4                THE COURT:  Yeah.  Isn't it a fair response because

5      I remember the questions as well.

6                MR. LEE:  Your Honor, the questions I asked did not

7      go to this new opinion at all.  I was very careful about it

8      since we had tried to avoid -- since we had objected the

9      evening before, and this new opinion, which wasn't in his

10     opening report, wasn't in his rebuttal report, is a new

11     explanation that he hadn't provided before.  We never had a

12     chance to --

13               MR. McBRIDE:  Your Honor, I'd just respond a couple

14     of things.

15               One, they obviously knew about the opinion because

16     it was part of a declaration that he submitted months ago.

17               Secondly, just to be clear from the transcript,

18     Mr. Lee was repeatedly asking about the tips that were being

19     offered to legacies.  And on page 224, 227 and 240, Professor

20     Arcidiacono was attempting to respond to the question and

21     using the exact language.

22               THE COURT:  Are you talking about pages of the

23     transcript from yesterday?

24               MR. McBRIDE:  Sure.  This is --

25               THE COURT:  I know you all have these transcripts,

Case: 19-2005    Document: 00117629239    Page: 332    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 646    Filed 04/18/19    Page 70 of 122

70

1    but I don't actually have them.

2            MR. McBRIDE:  I can put it up on the screen if

3    you'd like.

4            THE COURT:  No.  That's all right.

5            I think that this question is fair because he's

6    going to be able to explain what he meant by an answer

7    yesterday.  He's expanding on an answer from yesterday.

8            We'll take it question by question, but he's not

9    going to offer a new and an undisclosed opinion, but he can

10   clarify what happened yesterday.  And we'll take it question

11   by question and see where we end up.

12           MR. McBRIDE:  Thank you, Your Honor.

13   **Q.**  So to be clear, Professor, when you answered, "A legacy

14   tip may operate more for people who have low academic ratings

15   than for people who have high academic ratings," what did you

16   mean by that?

17   **A.**  Well, this information is actually in both my rebuttal

18   and opening report, I just didn't talk about it, which is how

19   the addition to ALDC applicants changes the coefficients of

20   the model.

21           So if you look at the results in my model, it's

22   clear that the academic factors and the extra-curricular

23   factors shrink towards zero when ALDC applicants are

24   included.

25           Now, why would they shrink by adding these

**JA2482**

 1    applicants in?  And that's because the ALDC applicants, those

 2    characteristics, are not as important for them.

 3              MR. LEE:  Your Honor, this is precisely the

 4    concern.

 5              The questions I asked yesterday, Professor

 6    Arcidiacono tried to inject this in.  That's why I kept

 7    coming back and being precise.

 8              This opinion you just heard, if you compare the

 9    transcript to their August declaration, I believe, they're

10    virtually identical.  It's a new opinion not disclosed.  And

11    I agree with Mr. McBride, it is in the declaration filed on

12    the summary judgment motion, but that can't be enough since

13    the reports that occurred in deposition had occurred all

14    months before.

15              MR. McBRIDE:  I'll move on from there, Your Honor.

16              THE COURT:  Okay.  So you can move on.  He said

17    it's reflected in his model that's in the report, the

18    rebuttal report?  Not --

19              MR. McBRIDE:  Yes.

20              THE COURT:  -- not the declaration.  So that answer

21    is fine.

22              MR. McBRIDE:  I will move on, Your Honor.

23              THE COURT:  Great.

24              MR. McBRIDE:  Thank you.

25    **Q.**  Plaintiff's Demonstrative 38, slide 46.

Case: 19-2005    Document: 00117629239    Page: 334    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 646    Filed 04/18/19    Page 72 of 122

72

 1            Do you recall you were asked some questions by the

 2    judge yesterday on this demonstrative?

 3    **A.**  I do.

 4    **Q.**  And do you recall the judge had noted that within the

 5    small sample when you compare the ALDC admit rates as a whole

 6    to the Asian ALDC admit rates, they had a higher average

 7    admit rate, at least within this smaller sample?

 8    **A.**  I do.

 9    **Q.**  Now, within these ALDC groups, do you know whether

10    Asian-Americans also have higher qualifications and

11    observable factors than the other members of those groups?

12    **A.**  I suspect that they do, just because the penalty does not

13    significantly control for the characteristics in the model,

14    but I'm not 100 percent sure.

15    **Q.**  Now, if that's correct, that they have higher

16    qualifications than observables, the Asian-Americans in the

17    sample, would that explain in part why you see this slight

18    difference in the admit rates?

19            MR. LEE:  I object.  He said he didn't know.

20            THE COURT:  Sustained.

21    **Q.**  Do you recall the questions from Mr. Lee about the school

22    support measures?

23    **A.**  I do.

24    **Q.**  And the differences that he was pointing to in terms of

25    the deciles for African-Americans, Asian-Americans, whites

1   and Hispanics?

2   **A.**   I do.

3   **Q.**   And how he was indicating that that might contribute in

4   some way to the differences in the personal rating as between

5   white and Asian-American applicants?

6   **A.**   I do.

7   **Q.**   First question, to be clear, did your admissions model

8   and your personal rating model -- and let's focus on the

9   personal rating model -- did your personal rating model

10   include controls that accounted for those school support

11   measures?

12   **A.**   They did.

13   **Q.**   So does your personal rating model control for any

14   differences in school support measures like teacher

15   recommendations and counselor ratings?

16   **A.**   It does.

17   **Q.**   So if that does, if that is in fact the case, can you

18   explain whether or how any differences in school support

19   measures noted in the descriptive statistics could play a

20   role in the Asian penalty in the personal rating?

21   **A.**   I can't.

22   **Q.**   Are there also other variables than school support

23   indicators in that model, other observables?

24   **A.**   Yes, many other observables.

25   **Q.**   How many?

1  **A.**  Well, I think roughly 300 variables are included in that

2  model.

3  **Q.**  And when you looked at those other observables in your

4  personal ratings model, how did Asian-American applicants do

5  on average versus other applicants?

6  **A.**  Oh, they're the top group.

7           THE COURT:  Tell me again what you mean by "they're

8  controlled for."

9           THE WITNESS:  So within our model, we account for

10  the fact that -- basically whenever you're running one of

11  these models, you're trying to put in all the factors that

12  matter here, subject to them not being directly affected by

13  race.  And so what this is saying when we say there's a

14  penalty, it's all else equal.  So given the same level of

15  school support measures, given the same level --

16           THE COURT:  You're putting in those numbers.

17           THE WITNESS:  Yes, those numbers are in --

18           THE COURT:  Those ratings are a teacher and the

19  support.

20           THE WITNESS:  That's right.  They're all in my

21  model of the personal rating.  They're also in my model of

22  the admissions, yes.

23           THE COURT:  So if your model were to compare two

24  applicants like an Asian applicant and a white applicant or a

25  African-American, if you were going to compare apples to

1    apples, you would be comparing a white applicant that had the

2    same teacher and support scores as the Asian-American

3    applicant or the African-American applicant?

4             THE WITNESS:  That's right.  And that would be the

5    teacher and support scores, the disadvantages, everything.

6             THE COURT:  Are you seeing if the personal ratings

7    correlate to those scores?

8             THE WITNESS:  Yes.  The teacher support scores do

9    matter for the personal rating.

10             And then if you look at all the things that matter

11   for the personal rating, Asian-American applicants, at least

12   non-ALDC ones, are just as strong as their non-ALDC white

13   counterparts.

14             It gets harder to think about the ALDC because you

15   get a tip for being a legacy and things like that in the

16   personal rating.

17             THE COURT:  Go ahead, Mr. McBride.

18             MR. McBRIDE:  Thank you, Your Honor.

19   BY MR. McBRIDE:

20   **Q.**  You also did -- looked at the school support measure

21   separately in your own model or models of those ratings as

22   well?

23   **A.**  I did.

24   **Q.**  And who assigns the teacher support ratings on the

25   applications?

1    **A.**   The reader of the file.

2    **Q.**   So a Harvard admissions officer?

3    **A.**   That's correct.

4    **Q.**   And in your models for the teacher recommendations, I

5    think it's Teacher 1, Teacher 2 and Guidance Counselor, what

6    did you find with respect to the coefficients for

7    Asian-American applicants?

8    **A.**   There was a small penalty, despite the fact that on the

9    observable measures associated with higher teacher ratings,

10   Asian-Americans were stronger.

11   **Q.**   So what did your model determine about the possibility of

12   an Asian-American penalty in the school support measures

13   themselves?

14   **A.**   Well, that would suggest a potential penalty there.  And

15   I kept it in because -- for this to be conservative

16   effectively.

17   **Q.**   I want to move on.  You talked about early action with

18   Mr. Lee.  Do you recall that?

19   **A.**   I do.

20   **Q.**   And he was asking you about the change between your

21   opening and your rebuttal report where you included it in the

22   opening but not in the rebuttal?

23   **A.**   That's correct.

24   **Q.**   I'd like to talk about another difference between your

25   opening and your rebuttal report, if I could.

Case: 19-2005    Document: 00117629239    Page: 339    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 646    Filed 04/18/19    Page 77 of 121

77

 1          Did you include the overall rating in your opening

 2   report?

 3   **A.**   So in my opening report, my preferred model had neither

 4   the overall or personal, but I showed in using that model

 5   that when you add the personal and overall, that I still saw

 6   a penalty.

 7   **Q.**   So you had a -- what model was it in your admissions

 8   models in your opening report that had included the overall

 9   rating as a check?

10   **A.**   Model 6.

11   **Q.**   That was your model 6.

12          And in your rebuttal report, did you include the

13   overall rating in your model 6?

14   **A.**   I did not because at that point we had an agreement --

15   Professor Card agreed that that overall rating shouldn't be

16   in the model because it was influenced by race.

17   **Q.**   So I want to direct you to your opening report, if you

18   could, please.  It's in front of you.  I'm going to put it up

19   on the screen.

20          This is your opening report, and it's on the 134th

21   page as one of your tables.  And I've tried to find a

22   magnifying glass, but I could not.  So I'm just going to blow

23   it up on the screen for you and for Her Honor because I'm

24   assuming that she can't read this either.

25          THE COURT:  What tab is the report in?  Is it 1, 2?

**JA2489**

1          MR. McBRIDE:  That's a good question.

2          MR. LEE:  Your Honor, I think it's Tab 2 of our

3    notebook.

4          THE COURT:  Yes, Tab 2.  What page are you on,

5    Mr. McBride?

6          MR. McBRIDE:  It is the 134th page.  Unfortunately,

7    it is not numbered that far back.  That's why I'm putting it

8    on the screen for you.  Is the screen fine, Your Honor?

9    Otherwise I can make it --

10          THE COURT:  No, the screen is fine.

11   **Q.**  What is this table, B.7.1?

12   **A.**  These show the logit models I estimated in my opening

13   report.  This is for the baseline dataset.  Model 6 has both

14   the overall and the personal rating in it.  It is true that

15   there are some other changes to the model as a result of

16   going through the process, but this is my models from my

17   opening report.

18   **Q.**  I just want to note two coefficients if we could, please.

19   First, in this model 6 for your baseline dataset that

20   included both the personal rating and the overall rating,

21   what did you see for a coefficient on Asian-American

22   applicants?

23   **A.**  That it was negative and significant.  You do have to

24   take into account the different interactions, but this would

25   give you the effect for Asian-American males who were not

Case: 19-2005    Document: 00117629239    Page: 341    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 646    Filed 04/15/19    Page 79 of 121

79

1    disadvantaged.  I believe if you look at the other

2    coefficients, you'll still see that for all the groups it's

3    going to be negative.

4    Q.  And the negative coefficient again means what?

5    A.  A penalty against Asian-Americans.

6    Q.  I want to scroll down in model 6, which is the

7    right-hand- most column.  And it's a very long column.

8            Do you see here along the side, you have variables

9    for overall rating?

10   A.  I do.

11   Q.  What does that mean, to have these variables in your

12   admissions model?

13   A.  Well, these overall ratings are relative to an omitted

14   category here, which is going to be the highest category in

15   this case.  And what you see is that relative to the highest

16   category, you know, those negative values mean people who

17   have worse overall ratings are going to be less likely to be

18   admitted.

19   Q.  What do these coefficients that you see for the overall

20   rating help us answer the question we talked about earlier,

21   as to what is the significance of the overall rating for

22   admissions to Harvard?

23   A.  Oh, it definitely matters.  It is a significant predictor

24   of Harvard's admissions decisions.

25   Q.  Go to the next page, page 135.  It has an even smaller

1    type column.

2              MR. McBRIDE:  That did not help.  Try it one

3    more time.  There we go.

4    **Q.**  What is table B.7.2?

5    **A.**  So these are the estimates from my opening report for the

6    different models, but now we're including the ALDC

7    applicants.

8    **Q.**  So this expanded dataset includes all the ALDC applicants

9    as well?

10   **A.**  That's correct.

11   **Q.**  Even athletes here, right?

12   **A.**  Even the athletes, yes.

13   **Q.**  And model 6, again, that includes the personal and the

14   overall rating?

15   **A.**  That's correct.

16   **Q.**  And in this model 6, what did you see with respect to a

17   penalty for Asian-American applicants?

18   **A.**  You see penalty against Asian-American applicants, and,

19   again, you'd have to do the various interactions, but

20   fundamentally, that's not going to change the results for the

21   non-ALDC.

22   **Q.**  And just to square this off here.  When you look at the

23   overall rating, in your expanded dataset, what does that tell

24   you about the significance of the overall rating even within

25   this model?

1    **A.**  It's, again, very important to the admissions decisions.

2    **Q.**  So if you go to Plaintiff's Demonstrative 38, slide 29,

3    which we saw yesterday, when you looked at the overall rating

4    itself, and whether or not there was a penalty for being

5    Asian-American in the assignment of high overall ratings,

6    what did you find?

7    **A.**  Well, we found a significant penalty against all groups

8    except for female disadvantaged applicants.

9                MR. McBRIDE:  I have no further questions.

10               THE COURT:  Go ahead, Mr. Lee, when you're ready.

11               MR. LEE:  Thank you, Your Honor.

12   RE-EXAMINATION BY MR. LEE:

13   **Q.**  Professor Arcidiacono, just a few questions.  Two topics,

14   a few questions, okay?

15               On this last set of questions, you were talking

16   about the preliminary overall rating, correct?

17   **A.**  That's correct.

18   **Q.**  It's included in your model 6, correct?

19   **A.**  Correct.

20   **Q.**  When you filed your opening report in this case, model 6

21   was not your preferred model, correct?

22   **A.**  That's correct.

23   **Q.**  You took out the preliminary overall rating, correct?

24   **A.**  I took it out for the preferred model.

25   **Q.**  Yes.

1    **A.**   That's correct.

2    **Q.**   So just to be clear, the discussion we just had for five

3    or ten minutes about the preliminary overall rating has

4    nothing to do with your preferred model, correct?

5    **A.**   Correct.

6    **Q.**   Okay.  Now, separate topic, different set of questions.

7            Mr. McBride asked you about the statistical

8    significance of the fact -- withdrawn.

9            He discussed with you the fact that Asian-Americans

10   have a higher admission rate for legacies than do whites.

11           Do you recall that?

12   **A.**   I do.

13   **Q.**   And he asked you whether it was statistically

14   significant.  Do you recall that?

15   **A.**   I do.

16   **Q.**   Let's see what you said at your deposition.  Turn, if you

17   would, to Tab 1 in your notebook, volume 1.  Do you have that

18   before you?

19   **A.**   I do.

20   **Q.**   And I'm going to take you to page 110.

21           MR. McBRIDE:  Your Honor, I object.  If he'd like

22   to impeach him, he's welcome to impeach him, but I don't

23   think reading from his deposition is appropriate.

24           MR. LEE:  I'm impeaching what he said to

25   Mr. McBride.

**JA2494**

```
 1              THE COURT:  What lines are you aiming for?

 2              MR. LEE:  I'm going to use the bottom of 110, line

 3    25, on to page 111, lines 11 and 12.

 4              THE COURT:  Yes, you can have that.

 5    Q.  All right.  Do you have that before you, bottom of page

 6    110?

 7    A.  Yes.

 8    Q.  Line 25?

 9    A.  Yes.

10    Q.  "Question:  That positive number would suggest that there

11    is -- that the estimated effect for Asian-American ethnicity

12    for legacies is positive, correct?"

13              And your answer is?

14    A.  "Correct."

15    Q.  "Question:  That Asian-American applicants are being

16    admitted at a higher rate than similarly qualified white

17    applicants, correct?"

18              And your answer was?

19    A.  "Correct," yes.

20    Q.  It was correct, right?

21    A.  That's correct.

22    Q.  And then you went on to say, "Though I haven't calculated

23    the significance level of that yet" -- "of that, but, yes,

24    correct?"

25    A.  "Correct."
```

```
1    Q.  That was your answer at the time of your deposition,
2    correct?
3    A.  That's correct.
4    Q.  It was true, correct?
5    A.  It was true at the time of my deposition, correct.
6    Q.  You had not computed the statistical significance level
7    as of that time, correct?
8    A.  That's correct.
9    Q.  It was not included in your opening report, correct?
10   A.  Correct.
11   Q.  It was not included in your rebuttal report, correct?
12   A.  Correct.
13   Q.  And you never corrected this portion of your testimony,
14   correct?
15   A.  That's correct.
16          MR. LEE:  All right.  Nothing further, Your Honor.
17          THE COURT:  You're excused.
18          THE WITNESS:  Yes.
19          THE COURT:  Why is that everyone's reaction?
20          MS. FASULO:  Your Honor, SFFA calls Lucerito Ortiz
21   by deposition.
22          THE COURT:  Yes, go ahead.
23          MS. FASULO:  We'll just one need one moment to get
24   set up.
25          THE COURT:  While we're waiting, the two deposition
```

1    designations that you gave me last night I actually just

2    completely forgot about.  So I can do them during lunch, but

3    I see there's a lot of yellow in here.

4            Are you objecting to them in their entirety or are

5    you --

6            MS. ELLSWORTH:  We're objecting in full to both

7    Dean Fitzsimmons and Erin Driver-Linn on the grounds of

8    cumulativeness.  Both witnesses were here.  Dean Fitzsimmons

9    was on the stand over six hours.

10           And then to the extent that those objections are

11    overruled, we also have a variety of outside-the-scope

12    objections for the most part on the 30(b)(6) designations for

13    both.

14           THE COURT:  Okay.  I'll do these during lunch.

15    You're not going to get to these two before lunch, right?

16           MS. HACKER:  No.  We can get to the others, and I

17    believe, Your Honor, to make it just a little bit easier over

18    lunch, the notebook has updated versions of the Dean

19    Fitzsimmons and Erin Driver-Linn designations.  We trimmed

20    them down a little bit more yesterday evening to make sure we

21    weren't doing anything cumulative and to get everything done

22    today.

23           THE COURT:  Are those highlighted or no?

24           MS. HACKER:  They are still highlighted for the

25    objections.

**JA2497**

|     |                                                            |
| --- | ---------------------------------------------------------- |
| 1   | MS. FASULO:  May I proceed?                                 |
| 2   | THE COURT:  Yes.                                            |
| 3   | THE FOLLOWING DEPOSITION TESTIMONY                          |
| 4   | OF LUCERITO ORTIZ WAS READ INTO THE RECORD:                 |

1          MS. FASULO:  May I proceed?

2          THE COURT:  Yes.

3             THE FOLLOWING DEPOSITION TESTIMONY

4          OF LUCERITO ORTIZ WAS READ INTO THE RECORD:

5   **Q.**   Could you please state your name and business address?

6   **A.**   Lucerito Ortiz, Los Angeles, California.

7   **Q.**   Okay.  After you graduate from Harvard College, where did

8   you begin working?

9   **A.**   Harvard College Office of Admissions.

10  **Q.**   Okay.  How long did you work there, approximately?

11  **A.**   In what capacity?

12  **Q.**   How long did you work in the admissions office?

13  **A.**   In what capacity?

14  **Q.**   In any capacity.

15  **A.**   I was employed by the Harvard College Office of

16  Admissions in some capacity for approximately nine years.

17  **Q.**   Okay.  From which dates?

18  **A.**   I don't recall specifically.

19  **Q.**   If I represented to you that your LinkedIn page says

20  approximately 2007 to 2015, would that sound about right to

21  you?

22  **A.**   Yes.

23  **Q.**   When you were a Harvard admissions officer, did you

24  review application files?

25  **A.**   Can you clarify?

1   **Q.**  What is confusing about that question?

2   **A.**  Can you clarify what you mean by "review applications

3   files"?

4   **Q.**  When an application file came in, did you look over the

5   file and assign ratings to the student's application file?

6   **A.**  I was responsible for reading application files.

7   **Q.**  Do you know approximately how many you did a year?

8   **A.**  It would vary.

9   **Q.**  If I represented to you that your LinkedIn page said that

10  you read and evaluated over 1600 applications per year, does

11  that sound about right?

12  **A.**  Yes.

13  **Q.**  Okay.

14          THE COURT:  Do me a favor and pull that microphone

15  closer to your mouth.  Yeah.  Thanks.

16          THE READER:  Sorry.

17  **Q.**  Okay.  Would you also give a student who you were

18  reviewing a, quote, overall rating?

19  **A.**  Yes.

20  **Q.**  Okay.  Would you take a student's race into account when

21  deciding that student's overall rating?

22  **A.**  Race was one of many factors taken into account.

23  **Q.**  Was it always taken into account?

24  **A.**  It would depend on the student.

25  **Q.**  Have you ever reviewed a student where you did not take

 1   his or her race into account when deciding his or her overall
 2   rating?
 3   **A.**  I don't recall specific applications.
 4            MS. FASULO:  SFFA offers P181 which was marked
 5   as Ortiz Exhibit 1 in the deposition.
 6            MS. ELLSWORTH:  No objection.
 7            THE COURT:  Admitted.
 8            (Plaintiff's Exhibit P181 admitted into evidence.)
 9            MS. ELLSWORTH:  I thought we did that already.
10   **Q.**  Please take your time to skim through this and let me
11   know when you're ready.
12            Do you recognize this document?
13   **A.**  I don't recall --
14   **Q.**  In general -- sorry.
15   **A.**  I don't recall these specific documents.
16   **Q.**  In general, do you have any idea what this is?
17   **A.**  Yes.
18            MS. FASULO:  SFFA offers P81, Ortiz Exhibit 2.
19            MS. ELLSWORTH:  No objection.
20            THE COURT:  Admitted.
21            (Plaintiff Exhibit P81 admitted into evidence.)
22   **Q.**  I believe this will be Exhibit 2.  Just take some time to
23   read it.
24            Do you recognize this email?
25   **A.**  Yes.

1    **Q.**   And who was it sent to?

2    **A.**   Marlyn McGrath.

3    **Q.**   And is this from you, correct?

4    **A.**   Yes.

5    **Q.**   Okay.  What is the training session that you are

6    referencing in this email?

7    **A.**   I believe it was a training session we provided at a

8    staff retreat.

9    **Q.**   Was the retreat on Harvard's campus?

10   **A.**   Yes.

11   **Q.**   I'm sorry.  What made it a retreat?  Did you go anywhere?

12   **A.**   I don't know why it was called a staff retreat.  We had

13   one, as I recall, every year.

14   **Q.**   Okay.  And what was the substance of this training

15   session that you were giving?

16   **A.**   I don't recall specifically what we said.  Generally I

17   recall covering topics around demographic information and

18   information about specific racial groups.

19   **Q.**   Did you give this presentation with anyone else?

20   **A.**   Yes.

21   **Q.**   Who else?

22   **A.**   Tia Ray.

23   **Q.**   Okay.  In your presentation, did you discuss how an

24   admissions officer should use race in evaluating application

25   files?

Case: 19-2005    Document: 00117629239    Page: 352    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 646    Filed 04/18/19    Page 90 of 122

90

1    **A.**  Not that I recall.

2    **Q.**  In your time as an admissions officer, did anyone ever

3    teach you how to use race as part of your review of an

4    applicant's file?

5    **A.**  Can you clarify?

6    **Q.**  What should I clarify?

7    **A.**  What did you mean by "did anyone ever teach me"?

8    **Q.**  Did anyone ever instruct you as to how to use race in the

9    admissions process?

10   **A.**  Not that I recall.

11   **Q.**  Then how did you know how to do it?

12   **A.**  I was given general training on how to review

13   applications.  I received feedback on a set number of

14   applications, and I sought feedback additionally to help in

15   developing my approach to evaluating applicants.

16   **Q.**  Do you recall receiving any written documentation about

17   how you should use race in the admissions process?

18   **A.**  I don't recall.

19   **Q.**  But you do recall receiving oral training as to how to

20   use race in the admissions process; is that correct?

21   **A.**  I recall receiving oral training on how to evaluate

22   applicants.  I don't recall the specific substance of that

23   training, and I don't recall a specific substance of my

24   training.

25   **Q.**  Did you ever ask anyone advice on how to use race in the

```
 1    admissions process?

 2    A.   I don't recall.

 3    Q.   Is it safe to say that either you or Tia Ray wrote this;

 4    is that correct?

 5    A.   Yes.

 6    Q.   Okay.  Did you ever receive questions about when to take

 7    race into account in the admissions process?

 8    A.   I don't recall.

 9    Q.   Did you ever receive questions about how to take race

10    into the process, race into account in the admissions

11    process?

12    A.   I don't recall.

13    Q.   Did you ever review an application of a Latino student

14    who did not discuss his or her race or ethnic background in

15    his application?

16    A.   Yes.

17    Q.   Would you take that student's race into account when

18    deciding whether he or she should be admitted into Harvard?

19    A.   Yes.

20    Q.   Why would you do that?

21    A.   Because race was one of many factors I considered in

22    evaluating applicants.

23    Q.   Even if the student made no mention of it in his personal

24    essay or anywhere in his applications, you would still take

25    race into account?
```

1    **A.**   Yes.

2           MS. FASULO:  Your Honor, SFFA now calls Grace Cheng

3    by deposition.

4              THE COURT:  Go ahead.

5              THE FOLLOWING DEPOSITION TESTIMONY

6        OF GRACE CHENG WAS READ INTO THE RECORD:

7    **Q.**   Could you please state your name and address for the

8    record.

9    **A.**   Grace Cheng, Watertown, Massachusetts.

10   **Q.**   Could you please break down the time spent at Harvard

11   again, employment-wise?

12   **A.**   I started as an admissions officer in 2002.  I believe I

13   was promoted to a senior admissions officer in 2006 or '7.

14   Then I was a senior admissions officer when I left in 2009.

15   **Q.**   Okay.  So now you've left Taipei.  Can you tell me how

16   you came -- how you came to come back to Harvard and what

17   your position was when you returned?

18   **A.**   I applied for the associate director of admissions for

19   staff development position.

20   **Q.**   And I take it you got that position; is that right?

21   **A.**   Yes.

22   **Q.**   And you were in that role until I think you said 2015?

23   **A.**   Yes.

24   **Q.**   Okay.  And then what happened in 2015?

25   **A.**   I applied for the director of admissions job at Wellesley

1   College.

2   **Q.**  Okay.  What were your duties as the associate director of

3   admissions?

4   **A.**  I was responsible for training new admissions officers

5   and on-boarding new officers.

6   **Q.**  Are those separate things, training and on-boarding?

7   **A.**  Yes.

8   **Q.**  Can you explain what each of those is?

9   **A.**  On-boarding is literally the logistical arrangements to

10  welcome a new staff member.

11          Training was only for people who were going to read

12  admissions files.

13  **Q.**  And so what did the training in reading procedures of

14  application files entail?

15  **A.**  Using old real admissions cases to acclimate readers as

16  to what an application looked like, the different sections of

17  a file and how to evaluate each file.

18  **Q.**  Is there training about the use of race in the

19  application file?

20  **A.**  No.

21  **Q.**  Is there any discussion about an applicant's race in the

22  training of new readers?

23  **A.**  Yes.

24  **Q.**  Can you tell me what is discussed about race in the

25  training of new readers?

1    **A.**  It is one data point that is self-reported by the

2    applicant that a reader may receive and is part of a holistic

3    evaluation.

4    **Q.**  Is that documented anywhere?

5    **A.**  Yes.

6    **Q.**  Where?

7    **A.**  The "Reading Procedures Document."

8    **Q.**  Did new readers ever ask questions about how to use race

9    in considering application files?

10   **A.**  Not that I remember.

11              MS. FASULO:  SFFA offers P579 marked as Cheng

12   Exhibit 2.

13              MS. ELLSWORTH:  No objection.

14              THE COURT:  It's admitted.

15              (Plaintiff Exhibit P579 admitted into evidence.)

16   **Q.**  I will ask the reporter to mark as Exhibit 2 an email

17   Bates-labeled HARV32540.  It is a one-page email.  Just let

18   me know when you've had a chance to review the email.

19              THE COURT:  Do you want to blow that up for me,

20   please.

21              MS. FASULO:  Absolutely.

22   **Q.**  Have you had a chance to review the document?

23   **A.**  Yes.

24   **Q.**  Do you recognize this document?

25   **A.**  I do not.

**JA2506**

Case: 19-2005    Document: 00117629239    Page: 357    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 646    Filed 04/18/19    Page 95 of 121

95

1          MS. FASULO:  SFFA offers P268 marked as Cheng

2    Exhibit 10.

3          MS. ELLSWORTH:  No objection.

4          THE COURT:  It's admitted.

5          (Plaintiff Exhibit P268 admitted into evidence.)

6    **Q.**  It is an email chain between Katie Clagett to Grace Cheng

7    dated February 11th, 2014.  Have you had a chance to review

8    the document?

9    **A.**  Yes.

10   **Q.**  Do you remember this email exchange?

11   **A.**  I do not.

12         THE COURT:  Do I have copies of these documents?  I

13   think you just gave me Ortiz, right?

14         MS. FASULO:  I apologize, Your Honor.  May I

15   approach?

16         THE COURT:  Yes, of course.

17   **Q.**  Well, there's two.  You're only on the top one.  I guess

18   my question is, what's your understanding of why -- strike

19   that.

20         My question is, what's your memory of what Katie is

21   sending to you?

22   **A.**  I don't remember this particular exchange.

23   **Q.**  Okay.  Does reading it refresh your recollection?

24   **A.**  No.

25         MS. FASULO:  SFFA offers P580, Cheng Exhibit 11.

**JA2507**

```
 1              MS. ELLSWORTH:  No objection.

 2              THE COURT:  Admitted.

 3              (Plaintiff Exhibit P580 admitted into evidence.)

 4    Q.  Have you had a chance to review this email?

 5    A.  Yes.

 6              MS. FASULO:  SFFA offers P282, Cheng Exhibit 12.

 7              MS. ELLSWORTH:  No objection.  For this one and the

 8    next one, can we just turn off the public monitor screen?

 9              THE COURT:  Which exhibit?

10              MS. FASULO:  P282.

11              (Plaintiff Exhibit P282 admitted into evidence.)

12              THE COURT:  Why were you --

13              MS. ELLSWORTH:  It's the bottom part of the email

14    that has a bunch of identifying information about individuals

15    corresponding.  So if that's going to blown up, it's probably

16    fine.

17              THE COURT:  Okay.  Let's leave it then.

18    Q.  Have you had a chance to review the document?

19    A.  Yes.

20              MS. FASULO:  SFFA offers Exhibit P581, Cheng

21    Exhibit 17.

22              MS. ELLSWORTH:  No objection.  This is a discussion

23    about an applicant.  I'd ask for the screen to be turned off.

24              THE COURT:  Yes.

25              (Plaintiff Exhibit P581 admitted into evidence.)
```

**JA2508**

 1    **Q.**  Have you had a chance to review this document?

 2    **A.**  Yes.

 3    **Q.**  Do you remember this email exchange?

 4    **A.**  I do not.

 5             MS. FASULO:  SFFA offers Exhibit P219, Cheng

 6    Exhibit 18.

 7             MS. ELLSWORTH:  No objection.  Same request on the

 8    public gallery screens.  It's a discussion of applicants.

 9             THE COURT:  Yes, that's fine.

10             (Plaintiff Exhibit P219 admitted into evidence.)

11    **Q.**  Do you recognize this email exchange?

12    **A.**  I do not.

13             MS. FASULO:  Thank you.  At this time SFFA calls

14    Caroline Weaver by deposition.  May I approach, Your Honor?

15             THE COURT:  Yes.

16        THE FOLLOWING DEPOSITION TESTIMONY OF

17        CAROLINE WEAVER WAS READ INTO THE RECORD:

18    **Q.**  How long were you employed at the Harvard Admissions

19    Office?

20    **A.**  Two years.

21    **Q.**  From when to when?

22    **A.**  I worked there from August 2013 until August 2015.

23    **Q.**  And did you attend Harvard University?

24    **A.**  Yes.

25    **Q.**  Did you graduate?

1    **A.**  I graduated in May of 2013.

2    **Q.**  When you receive an applicant's folder, it sets forth the

3    applicant's race, correct?

4    **A.**  When submitting a common application or the universal

5    application, the student has the option to select their race

6    or ethnicity.

7    **Q.**  If that option was selected, would that information be

8    included within the applicant's folder?

9    **A.**  Yes, along with many, many other things.

10   **Q.**  Is there ever a time during the application review

11   process in which the first reader is not aware of the

12   applicant's race?

13   **A.**  Yes.

14   **Q.**  When?

15   **A.**  It depends completely on the application and the

16   individual applying.

17   **Q.**  How does the applicant's race factor into the overall

18   score?

19   **A.**  I wouldn't say that it factors in directly.

20   **Q.**  But it does factor in indirectly in instances?

21   **A.**  An applicant's race becomes important in cases where the

22   applicant makes that an important part of their folder; if

23   it's an important part of their identity and the way they

24   express themselves in their application.

25   **Q.**  How do you determine whether an applicant's identity or

1    race is an important part of that applicant?

2    **A.**   An applicant may write their essay about their personal

3    identity or background.

4    **Q.**   Anything else?

5    **A.**   I can remember cases where a student was very involved in

6    activism surrounding their background or ethnicity.

7    **Q.**   And in those cases, would those instances concerning race

8    factor into your overall score of the applicant?

9    **A.**   It depends completely on the applicant and the individual

10   application.

11   **Q.**   But it could?

12   **A.**   If a student was -- made it a very important part of

13   their identity and said that that's the way that they wanted

14   to get involved with activities on campus, that could be an

15   example in where race was a part of the folder that impacted

16   an admissions decision.

17   **Q.**   And which could factor into the overall score?

18   **A.**   I don't agree with the statement that the race is

19   factored into the overall score.

20   **Q.**   I believe you testified earlier that race could

21   indirectly influence the overall score.  Is that accurate?

22   **A.**   In a very indirect sense.  A certain race would not boost

23   an overall score.  If the racial identity of an applicant was

24   something the applicant made really important about their

25   application, and then it made that application compelling and

1    strong in terms of their extra-curriculars, then all of the

2    factors that are combined in the evaluation of a folder,

3    including academics and all of the other pieces, if all of

4    those things were positive, it could mean that an admissions

5    officer felt strongly about the case.

6    **Q.**  What were you told from others in the admissions office

7    about the way in which race factored into your decision as a

8    first reader?

9    **A.**  I wasn't given any formal instructions about how race

10   should factor into a student's score.

11   **Q.**  Were you given any instruction, including informal

12   instruction, as to how race should factor into a score as a

13   first reader?

14   **A.**  Again, race is just one small component of many that were

15   considered when reviewing a student's application.

16   **Q.**  I appreciate that, but the question was, were you told

17   from anyone else within the admissions office, either

18   formally or informally, how -- instruction on how race should

19   factor into a score?

20   **A.**  I'm interested --

21   **Q.**  I'm interested --

22             MS. FASULO:  Oh, I'm sorry.

23             MS. PERRY:  That's you.  Sorry.

24   **Q.**  I'm interested in what others may have told you about how

25   race should factor into the score.

1   **A.**  I don't recall being given any instructions.

2   **Q.**  At all?

3   **A.**  As it relates to giving a student extra points for a

4   particular race or ethnicity.

5   **Q.**  I'll rephrase it from the beginning.

6          Were you ever expected or told to elevate or give

7   additional consideration to candidates from underrepresented

8   groups?

9   **A.**  I don't recall being told that, no.

10  **Q.**  Were you expected to elevate such candidates at any time?

11  **A.**  A student would not have been, to use your words, not

12  mine, "elevated" strictly because of their race or ethnicity.

13  Again, that's just one factor.

14  **Q.**  That wasn't my question.

15         My question was, was there ever a time during --

16  during your -- during the time you were an admissions officer

17  at Harvard where anyone else in the admissions office told

18  you that there was an underrepresented group which needed

19  additional consideration going forward?

20  **A.**  Not that I can recall.

21         MS. FASULO:  SFFA offers P280 and P340 which were

22  marked as Weaver Exhibits 13 and 14 respectively.

23         MS. ELLSWORTH:  No objection.

24         THE COURT:  They're both admitted.

25         (Plaintiff Exhibits 280 and 340 admitted into

1    evidence.)

2    **Q.**  Can you take a moment to review the email string which

3    has been marked as Exhibit 13.

4         Let me know when you're done.

5    **A.**  I've reviewed Exhibit 13.

6    **Q.**  If you look at the bottom of this page, the bottom of the

7    email string, do you agree that this shows a listserv sent to

8    your work email account, an article from the Chronicle of

9    Higher Education?

10   **A.**  It appears that I received this email in my work account

11   in 2014 as did everybody, every admissions and financial aid

12   officer on the list.

13   **Q.**  Is the exhibit which has been marked as Exhibit 14 the

14   article which was linked to Mr. Smith's email?

15   **A.**  The title of the link and the title of the article appear

16   to be the same.

17   **Q.**  Do you agree that he was sending an article from the

18   Chronicle of Higher Education?

19   **A.**  In his email he wrote, "The following is an article in

20   the Chronicle of Higher Education."

21   **Q.**  And you agree the title to the article that was marked as

22   Exhibit 14 is "Affirmative Action Foe Plans Campaigns Against

23   3 Universities"?

24   **A.**  Yes, you read that correctly.

25   **Q.**  And then it appears that you forwarded Mr. Smith's email

1    and the link to the article to two email addresses on the

2    next day, April 8 of 2014, correct?

3    **A.**  It appears so.  I don't remember sending this email,

4    though.

5    **Q.**  Do you recall who you sent this article to?

6    **A.**  I'm not sure, no.

7    **Q.**  Was it fellow admissions officers?

8    **A.**  I believe I sent this to my parents, but I don't actually

9    know for sure.

10   **Q.**  What makes you think you sent it to your parents?

11   **A.**  I'm looking at the redacted emails, and I know that one

12   of my parents has a .net and the other has a .com.

13   **Q.**  Was it common practice, for sensitive issues, to ask

14   others to respond to your Gmail account?

15   **A.**  No.

16           MS. PERRY:  SFFA calls Ms. Howrigan by designation.

17              THE FOLLOWING DEPOSITION OF

18       KAITLIN HOWRIGAN WAS READ INTO THE RECORD:

19   **Q.**  Can you please state your name and your business address.

20   **A.**  Kaitlin A. Howrigan.  Current business address?

21   **Q.**  Sure.

22   **A.**  Bronx, New York.

23   **Q.**  And where did you start working after you graduated?

24   **A.**  I began working at this office of admissions upon

25   graduation.

1    **Q.**  And just roughly, how long were you there?

2    **A.**  I worked there for approximately 11 years.

3    **Q.**  Do you know the years?

4    **A.**  Well, I also worked there as an undergraduate student

5    employee as a work study -- on a work-study basis, so I

6    actually began employment on a part-time basis in the fall of

7    2001 and worked there until last June.

8    **Q.**  Approximately how many years did you review applications

9    at Harvard?

10   **A.**  Ten years.

11        MS. PERRY:  SFFA offer Plaintiff's Exhibit P95,

12   what is Exhibit 1 in Ms. Howrigan's deposition.

13        MS. ELLSWORTH:  No objection.

14        THE COURT:  It's admitted.

15        (Plaintiff Exhibit P95 admitted into evidence.)

16   **Q.**  Please take some time to read through these and let me

17   know when you are finished.

18   **A.**  Okay.

19   **Q.**  Do you recognize this document?

20   **A.**  Now that I'm seeing it, it appears to be notes that I

21   took.

22   **Q.**  Let's start with -- do you recall Dean Fitzsimmons

23   telling the full committee how many students had been

24   preliminarily admitted up to that point?

25   **A.**  Yes.

1  **Q.**  Do you ever recall Dean Fitzsimmons breaking down that

2  number by race?

3  **A.**  Yes.

4  **Q.**  When do you recall hearing that?

5  **A.**  At various times during the committee process.

6  **Q.**  So would you have heard it at the beginning of the full

7  committee?

8  **A.**  We may have heard it throughout the application cycle,

9  prior to committee even beginning.

10  **Q.**  During full committee, did you ever hear the number of

11  students that had been admitted the prior year?

12  **A.**  Yes.

13  **Q.**  During full committee, did you ever hear those numbers

14  from prior year broken down by race?

15  **A.**  In terms of those numbers, I'm not sure what you are

16  referring to.

17  **Q.**  Of students that had been admitted the prior year.

18  **A.**  Those numbers being the percentages or those numbers

19  being --

20  **Q.**  The percentages from prior year.

21  **A.**  Yes.

22  **Q.**  When would you hear those types of numbers from year

23  prior?

24  **A.**  Those types of numbers being applications numbers or

25  admit numbers?

Case: 19-2005   Document 00117638239   Page: 368   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 646   Filed 04/18/19   Page 106 of 122

106

1    **Q.** Admit numbers broken down by race.

2    **A.** The question was when?

3    **Q.** Yes.

4    **A.** At various junctures throughout the process.

5    **Q.** Would you ever hear those numbers before full committees

6    ever?

7    **A.** I don't recall ever hearing them prior to full committee.

8    **Q.** Do you ever recall hearing them in full committee?

9    **A.** Yes.

10   **Q.** Do you know why you would hear those types of numbers?

11   **A.** I'm not sure why they were shared.

12   **Q.** Do you know who would typically share those with you?

13   **A.** The only person I ever heard share those numbers was

14   Dean Fitzsimmons.

15          MS. PERRY:  SFFA offers Plaintiff's Exhibit 96,

16   what is Exhibit 4 in the deposition.

17          MS. ELLSWORTH:  No objection.

18          THE COURT:  It's admitted.

19          (Plaintiff Exhibit P96 admitted into evidence.)

20   **Q.** Do you recognize this document?

21   **A.** These appear to be notes that I took.

22   **Q.** Do you know when generally you would have taken these?

23   **A.** I'm not sure, based on what is listed here.

24   **Q.** If the student included his or her race, would you

25   consider that piece of information when deciding whether to

1    admit him or her?

2    **A.**   We were instructed to consider all of the information

3    provided by the student and those they had asked to write on

4    their behalf as part of the admissions process.

5    **Q.**   Did you ever know a student's race but not consider it

6    when making your decision?

7    **A.**   We were always instructed to take into consideration

8    every piece of information the student shared with us.

9    **Q.**   So how would you take the student's race into account if

10   all you had was a single piece of information?

11   **A.**   It's just one piece of information among the hundreds of

12   other pieces of information you are using to build an

13   understanding of a student and their experiences.

14   **Q.**   Right.  But what conclusions would you draw about a

15   student from race alone?

16   **A.**   Only that, at that moment in time they had indicated that

17   that is how they self-identified.

18   **Q.**   If at the end of the admissions cycle the class was 45

19   percent Asian, 45 percent white and 10 percent students of

20   other races, would that be problematic?

21   **A.**   If those were the strongest students that we had

22   determined were in that given applicant pool at that time and

23   brought the most educational benefit to their peers, no.

24   **Q.**   If at the end of the admissions cycle there were only 1

25   percent African-Americans admitted to Harvard, would that be

1   problematic?

2   **A.**  I'm not sure what you mean by "problematic."

3   **Q.**  Would you be concerned with whether students would

4   receive the educational benefits of diversity?

5   **A.**  If the committee had concluded a careful review and taken

6   into consideration all factors and those were deemed to be

7   the strongest applicants in that given pool, then that is the

8   class that should be seated.

9          MS. PERRY:  SFFA calls Brock Walsh by deposition.

10         THE FOLLOWING DEPOSITION TESTIMONY OF

11         BROCK WALSH WAS READ INTO THE RECORD:

12  **Q.**  So you started your employment at Harvard in August 2012.

13  Do I have that right?

14  **A.**  Yes.

15  **Q.**  And how long were you there for?

16  **A.**  For just under three years.

17  **Q.**  Can you describe to me generally the work you did as an

18  admissions officer while at Harvard?

19  **A.**  My duties include reviewing applications as a first

20  reader from three geographical regions, evaluating them,

21  recommending them or not; meeting with prospective applicants

22  in the office, conducting information sessions, going on

23  joint travel; and later in my tenure, acting in a capacity as

24  a liaison with other alumni interviewers.

25        And I believe the language is, "and any duties seen

1   fit by the Dean" according to my employment contract.

2   **Q.**  When you joined the Harvard Admissions Office, did you

3   receive training for how to read and score applications?

4   **A.**  Yes.

5   **Q.**  How did you receive that training?

6   **A.**  Day one through day five, I think it was, I was joined by

7   my other first years and given training instruction from two

8   colleagues at the admissions office.

9   **Q.**  Did you ever receive any additional training besides that

10  initial training that you just described?

11  **A.**  Perhaps.  I can't remember specifically being trained in

12  something else, but it was mostly trial by fire.

13              MS. PERRY:  Your Honor, may I approach?

14              THE COURT:  Yes.

15              MS. PERRY:  Thank you.  SFFA offers Plaintiff's

16  Exhibit 72, which is Exhibit 2 in the Walsh deposition.

17              MS. ELLSWORTH:  No objection.

18              (Plaintiff Exhibit P72 admitted into evidence.)

19  **Q.**  When you were an admissions officer and you would review

20  a student's file, would you assign a student a score in the

21  personal category?

22  **A.**  Yes.

23  **Q.**  How would you calculate that score?

24  **A.**  I would like to take into consideration whatever relevant

25  information I had, were that his essay, her essay, her

1    interview and the opinions about that applicant as expressed

2    by others.

3    **Q.**  And what were you ultimately trying to decide when

4    assigning a personal rating?

5    **A.**  Whether that student would contribute to the class,

6    classroom, roommate group, to the class as a whole, their

7    human qualities.

8    **Q.**  Can you give me some examples of some types of things you

9    would see in an application that might help you make that

10   determination?

11   **A.**  Comments from counselors and/or teachers and/or

12   principals that alluded to the applicant's quality as a

13   friend, as a mollifying addition to their existing high

14   schools.  It is a little hard to talk about in general, but

15   sort of add it all up and get a feeling.

16           MS. HACKER:  Your Honor, I believe that's all the

17   designations we have so far, so we'll just have Dean

18   Fitzsimmons and Erin Driver-Linn left after lunch.

19           THE COURT:  If you give me -- if you give me -- I'm

20   done with Linn, if you want to do that one.

21           Do you have it in front of you?

22           MS. HACKER:  I do.

23           MS. ELLSWORTH:  Your Honor, before we begin, I just

24   want to renew our objection in full.

25           THE COURT:  Well, I'm going to let them have it.

 1   The objections on the first page are overruled.  The

 2   objections on the second page are overruled.

 3            You can have the question -- on page 3, you can

 4   have the question at line 19.

 5            I'm sorry.  They're sustained from line 19 down

 6   through line 9, and you can have the last question at line

 7   10.

 8            What you can't have is on the third page, line 19

 9   to line -- basically line 9.

10            MS. PERRY:  May I approach?

11            THE COURT:  Yes.

12            MS. PERRY:  SFFA calls Erin Driver-Linn by

13   designation.

14             THE FOLLOWING DEPOSITION TESTIMONY OF

15            ERIN DRIVER-LINN WAS READ INTO THE RECORD:

16   Q.  Is that the -- is that the meeting that you're inviting

17   -- sorry.

18            Is that the meeting that you're inviting him to in

19   this email?

20   A.  I don't think so.

21            Oh, it could be.  It could be February 25th, but I

22   was -- I don't remember the COFHE discussion.

23   Q.  Well, his reply to you says, "Perhaps we could meet on

24   the 25th about COFHE and the other issues as well."

25            Did I read that correctly?

Case: 19-2005    Document: 00117633230    Page: 374    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 646   Filed 04/18/19   Page 112 of 122

112

1    **A.**  You did.

2    **Q.**  And so do the other issues include those issues that came

3    up around the Unz discussion?

4    **A.**  Presumably he's referring back to my email.

5    **Q.**  Did OIR, in fact, meet with Dean Fitzsimmons on February

6    25th, 2013?

7    **A.**  My best understanding in preparation for this deposition

8    is that we did.

9    **Q.**  And who else was at that meeting?

10   **A.**  I'm not sure.

11   **Q.**  Do you have any idea who else was at that meeting?

12   **A.**  I think, based on the preparation, that it would have

13   been Mark Hansen, Erica Bever, potentially Elizabeth Yong,

14   potentially Sally Donahue, but I'm not sure.

15   **Q.**  And Dean Fitzsimmons?

16   **A.**  And Dean Fitzsimmons.

17   **Q.**  Anybody else?

18   **A.**  I don't think so.

19   **Q.**  And you were prepared to share his work product with

20   Dean Fitzsimmons?

21   **A.**  We did share it to the best that I can reconstruct in

22   preparation; and I would say in general, we felt that showing

23   preliminary work to Dean Fitzsimmons was fine.  He loved to

24   talk about statistics, presumably still does, and so I didn't

25   perceive him to be the same kind of audience as other groups.

1    **Q.**  You were more comfortable sharing work product with

2    Dean Fitzsimmons than other people outside the office?

3    **A.**  More comfortable sharing preliminary work product than

4    other people.

5            MS. PERRY:  SFFA offers Plaintiff's Exhibit 34,

6    which is marked as Exhibit 15 in the deposition.

7            MS. ELLSWORTH:  No objection.

8            THE COURT:  It's admitted.

9            (Plaintiff Exhibit P34 admitted into evidence.)

10   **Q.**  Do you recognize this document?

11   **A.**  I'm not sure if I saw it in preparation for today.  I

12   might have.

13   **Q.**  Do you recall attending a meeting on September 9th, 2013

14   regarding Fisher v. The University of Texas?

15   **A.**  Not specifically.

16   **Q.**  Do you have any reason to doubt that such a meeting took

17   place?

18   **A.**  No.

19   **Q.**  Do you know what was discussed at this meeting?

20   **A.**  No.

21           THE COURT:  All right.  We'll have to take the

22   lunch break because the Fitzsimmons objections are mostly

23   about scope, and I need to know what the 30(b)(6) notice was

24   for.

25           MS. ELLSWORTH:  Do you need a copy, Your Honor.

**JA2525**

```
1              THE COURT:  Well, do you want to just come up, and
2      we'll let everyone else go and we can discuss it.
3              THE COURT:  All right.  So why don't we come back
4      at -- what are we doing this afternoon?
5              MS. ELLSWORTH:  Mr. Hughes?
6              MR. HUGHES:  Sorry, Your Honor.
7              THE COURT:  Mr. Hughes, what are we doing this
8      afternoon?
9              MR. HUGHES:  I didn't hear the question.
10             THE COURT:  What are we doing this afternoon?
11             MR. HUGHES:  This afternoon we'll do whatever we
12     have for Dean Fitzsimmons, which is a video.  So once we get
13     your rulings, we'll make quick modifications to that, we can
14     play that.
15             Then I would like to do an offer -- I would like to
16     offer the exhibits related to something we talked about at
17     sidebar last week, which is the email exchange between
18     Dean Fitzsimmons and Mr. Hibino.  I'd like to offer those
19     into evidence and be heard on an offer of proof along those
20     lines.
21             And then I think we're -- we'll be able to end
22     early and move to the Amici on Monday.
23             I don't think we want to rest our case, given the
24     issues that we discussed at sidebar yesterday morning.  I
25     think Your Honor probably understands --
```

```
 1              THE COURT:  Is this a very polite request that we

 2      not, actually, do anything this afternoon?

 3              MR. HUGHES:  Well, I would like to get

 4      Dean Fitzsimmons played, and I would like to be -- I do need

 5      to be heard on this Mr. Hibino/Dean Fitzsimmons email

 6      exchange.

 7              It's as good a time as any, from my perspective,

 8      but if you'd prefer to do that another day, of course --

 9              THE COURT:  Well, not that I'm -- we don't have a

10      full afternoon in store today.

11              MR. HUGHES:  You are right, and hopefully we're not

12      in the doghouse for that.

13              THE COURT:  No.  That's fine.  You guys have done a

14      very good job of sticking to the schedule.  It took like four

15      questions to --

16              MR. HUGHES:  I took the red pen to the depositions

17      last night and hacked them and hacked them and hacked them,

18      so --

19              THE COURT:  It just took a lot of questioning to

20      get to the answer.

21              MR. HUGHES:  Sorry.

22              MS. ELLSWORTH:  He didn't want to be in the

23      doghouse.

24              MR. LEE:  I'll represent him at the next

25      deposition.
```

**JA2527**

Case: 19-2005    Document: 00117632239    Page: 378    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 646   Filed 04/18/19   Page 116 of 122

116

1              THE COURT:  Yeah, that's fine.  So we'll figure out

2     the Fitzsimmons.  Now we'll take a lunch break.  Since it's

3     going to be a short afternoon, why don't we come back at

4     1:00.

5              MR. HUGHES:  Sounds great, Your Honor.  Thank you,

6     Your Honor.  (Recessed, 11:55 a.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case: 19-2005    Document: 00117683230    Page: 379    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 640    Filed 04/18/19    Page 117 of 122

117

```
 1                **** AFTERNOON SESSION ****

 2           THE COURT:  All right.  I ruled on the deposition

 3      designations for Mr. Fitzsimmons before we went to lunch.  So

 4      let me just quickly put those on the record.  The objections

 5      on page 1 are sustained.  Page 2 are sustained up until the

 6      middle of page 3.  The objection that begins at 142 is

 7      overruled.  You're going to be allowed to play through the

 8      middle of page 4 up through line 143.

 9           The objection on page 153 is sustained.  That keeps

10      out the rest of that page and the first half of page 5.  The

11      objection on page 180 is overruled.  The objection on page

12      213 at the bottom of page 6 is sustained, which keeps out all

13      of page 7 and three-quarters of page 8.  The objection at

14      line 260 is overruled, so they can play that.

15           They can play all of page 9, all of page 10, all of

16      page 11, all of page 14, 15, 16, 17, 18, the top of page 19.

17      The objection at page 451, line 23 is sustained, and that

18      knocks out the rest of page 19, page 20, and 21.  I know that

19      was quick, but you all had that already.  That was just for

20      the record.

21           MS. HACKER:  With that, Your Honor, SFFA calls Dean

22      Fitzsimmons by deposition designation and offers Exhibits

23      P177 and P324 which are referred to -- I'll hand up a copy if

24      I may approach, Your Honor.

25           THE COURT:  177 and 134?
```

**JA2529**

 1              MS. HACKER:  P177 which is referred to as

 2   deposition Exhibit 5 in the video and P324 which was marked

 3   as deposition Exhibit 8.

 4              THE COURT:  Okay.  Thank you.

 5              [Video deposition played.]

 6              MR. HUGHES:  Your Honor, that's the end of the

 7   deposition testimony.  I think the remaining item, for our

 8   side at least, is the issue we talked about right before

 9   lunch.

10              THE COURT:  We'll do that at sidebar.  I'm

11   presuming that's your preference, sidebar?

12              MR. HUGHES:  That's fine with us.

13              MR. LEE:  That's fine.

14              THE COURT:  We are otherwise recessed for the day,

15   correct?

16              MR. HUGHES:  Yes.

17              MR. LEE:  Can I bring up one thing before we go to

18   the sidebar?  We talked yesterday about 1006 exhibits and the

19   question about whether the underlying database comes in.  We

20   have a very quick memo.

21              THE COURT:  I'll take your memo, but I'll tell you

22   we did our own research on it last night, and I'm inclined to

23   keep it out.  If anyone is going to do a memo, it might want

24   to be you people.  But I'll take yours, too.

25              MR. HUGHES:  I'll let Mr. McBride go.

```
 1              THE COURT:  We're going to recess for the day but
 2      for the sidebar.  We'll resume at 9:30 on Monday.  We
 3      actually have a quick status conference in here at 9:15 which
 4      we will not do at your tables.  We'll do it out back or
 5      someplace so you can all get set up.
 6              Monday is going to basically be Amici day.  They
 7      are eight witnesses limited to a half hour of direct each.
 8      You all both have the opportunity to cross-examine to the
 9      extent that you want to.  I'm hoping those direct
10      examinations will be done by younger lawyers, but we'll see
11      how that plays out.
12              Then I assume given some of the rulings yesterday,
13      we'll have some other issues to discuss before you rest.
14      Assuming you do rest or we work out some other arrangement,
15      you all will begin your presentation on Tuesday.  Does that
16      seem right?
17              MR. LEE:  That seems right.
18              MR. HUGHES:  Sounds like it to us, too, Your Honor.
19              THE COURT:  Okay.  Excellent.  The case is recessed
20      for the day but for sidebar.
21              [Sidebar sealed and redacted.]
22              (Court recessed at 1:50 p.m.)
23
24
25
```

**JA2531**

1                    - - - - - - - - - - -

2                         CERTIFICATION

3

4          I certify that the foregoing is a correct

5     transcript of the record of proceedings in the above-entitled

6     matter to the best of my skill and ability.

7

8

9

10    /s/ Joan M. Daly                    October 26, 2018

11    _____               _____

12    Joan M. Daly, RMR, CRR              Date
      Official Court Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25

Case: 19-2005   Document: 00117632230   Page: 383   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 646   Filed 04/18/19   Page 121 of 122

121

```
 1                          INDEX OF WITNESSES

 2    WITNESS                                                  PAGE

 3    PETER ARCIDIACONO

 4        Cont. Examination By Mr. Lee ...................... 7
          Re-Examination By Mr. McBride .................... 64
 5        Re-Examination By Mr. Lee ....................... 81

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        E X H I B I T S

 2
      Exhibit                                        Received
 3
         P34      ...................................   113
 4
         P72      ...................................   109
 5
         P81      ...................................    88
 6
         P95      ...................................   104
 7
         P96      ...................................   106
 8
         DX174    ...................................    46
 9
         P181     ...................................    88
10
         P219     ...................................    97
11
         P268     ...................................    95
12
         280 and
13       340      ...................................   101

14       P282     ...................................    96

15       P579     ...................................    94

16       P580     ...................................    96

17       P581     ...................................    96

18

19
      THE FOLLOWING DEPOSITION TRANSCRIPTS WERE READ INTO THE
20    RECORD:

21    Lucerito Ortiz
      Grace Cheng
22    Caroline Weaver
      Kaitlin Howrigan
23    Brock Walsh
      Erin Driver-Linn
24

25
```

**JA2534**

Case: 19-2005   Document: 00117628339   Page: 365   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 1 of 217

1

<pre>
 1                    UNITED STATES DISTRICT COURT

 2                     DISTRICT OF MASSACHUSETTS

 3    _____

 4    STUDENTS FOR FAIR ADMISSIONS, INC.,

 5                    Plaintiff,            Civil Action
                                           No. 14-14176-ADB
 6    v.
                                           October 29, 2018
 7    PRESIDENT AND FELLOWS OF HARVARD
      COLLEGE, et al.,                     Pages 1 to 217

 8
                      Defendants.
 9    _____


10


11
                  TRANSCRIPT OF BENCH TRIAL - DAY 11
12            BEFORE THE HONORABLE ALLISON D. BURROUGHS
                   UNITED STATES DISTRICT COURT
13               JOHN J. MOAKLEY U.S. COURTHOUSE
                        ONE COURTHOUSE WAY
14                     BOSTON, MA  02210

15

16

17

18

19

20

21                  JOAN M. DALY, RMR, CRR
                  KELLY MORTELLITE, RMR, CRR
22                   Official Court Reporter
                 John J. Moakley U.S. Courthouse
23              One Courthouse Way, Room 5507
                      Boston, MA  02210
24                  joanmdaly62@gmail.com

25
</pre>

**JA2535**

```
 1     APPEARANCES:

 2
       COUNSEL FOR THE PLAINTIFF:
 3

 4            ADAM K. MORTARA, ESQUIRE
              J. SCOTT McBRIDE, ESQUIRE
 5            KRISTA J. PERRY, ESQUIRE
              Bartlit Beck Herman Palenchar & Scott
 6            54 West Hubbard Street
              Suite 300
 7            Chicago, Illinois 60654
              312.494.4400
 8            adam.mortara@bartlit-beck.com
              scott.mcbride@bartlit-beck.com
 9            krista.perry@bartlit-beck.com

10            JOHN M. HUGHES, ESQUIRE
              KATHERINE L.I. HACKER, ESQUIRE
11            MEG E. FASULO, ESQUIRE
              Bartlit Beck Herman Palenchar & Scott
12            1801 Wewatta Street
              Suite 1200
13            Denver, Colorado 80202
              303.592.3100
14            john.hughes@bartlit-beck.com
              meg.fasulo@bartlit-beck.com
15            kat.hacker@bartlit-beck.com

16            JOHN MICHAEL CONNOLLY, ESQUIRE
              THOMAS R. McCARTHY, ESQUIRE
17            WILLIAM S. CONSOVOY, ESQUIRE
              Consovoy McCarthy Park PLLC
18            3033 Wilson Boulevard
              Suite 700
19            Arlington, Virginia 22201
              703.243.9423
20            mike@consovoymccarthy.com
              tom@consovoymccarthy.com
21            will@consovoymccarthy.com

22

23

24

25
```

**JA2536**

```
 1    APPEARANCES (cont.):

 2
              PATRICK STRAWBRIDGE, ESQUIRE
 3            Consovoy McCarthy Park PLLC
              Ten Post Office Square
 4            8th Floor, South, PMB #706
              Boston, Massachusetts 02109
 5            617.227.0548
              patrick@consovoymccarthy.com
 6
              MICHAEL H. PARK, ESQUIRE
 7            Consovoy McCarthy Park PLLC
              3 Columbus Circle
 8            15th Floor
              New York, New York 10024
 9            646.456.4432
              park@consovoymccarthy.com
10
              PAUL M. SANFORD ESQUIRE
11            BENJAMIN C. CALDWELL, ESQUIRE
              Burns & Levinson LLP
12            One Citizens Plaza
              Suite 110
13            Providence, Rhode Island 02903
              401.831.8330
14            psanford@burnslev.com
              bcaldwell@burnslev.com
15

16    COUNSEL FOR THE DEFENDANT:

17            WILLIAM F. LEE, ESQUIRE
              FELICIA H. ELLSWORTH, ESQUIRE
18            ANDREW S. DULBERG, ESQUIRE
              ELIZABETH C. MOONEY, ESQUIRE
19            SARAH R. FRAZIER, ESQUIRE
              Wilmer Cutler Pickering Hale and Dorr LLP
20            60 State Street
              Boston, Massachusetts 02109
21            617.526.6556
              william.lee@wilmerhale.com
22            felicia.ellsworth@wilmerhale.com
              andrew.dulberg@wilmerhale.com
23            elizabeth.mooney@wilmerhale.com
              sarah.frazier@wilmerhale.com
24

25
```

**JA2537**

```
 1     APPEARANCES (cont.):

 2
              SETH P. WAXMAN, ESQUIRE
 3            DANIELLE CONLEY, ESQUIRE
              DANIEL WINIK, ESQUIRE
 4            BRITTANY AMADI, ESQUIRE
              PAUL R.Q. WOLFSON, ESQUIRE
 5            Wilmer Cutler Pickering Hale and Dorr LLP
              1875 Pennsylvania Ave, NW
 6            Washington, DC 20006
              202.663.6006
 7            seth.waxman@wilmerhale.com
              danielle.conley@wilmerhale.com
 8            daniel.winik@wilmerhale.com
              brittany.amadi@wilmerhale.com
 9            paul.wolfson@wilmerhale.com

10            DEBO P. ADEGBILE, ESQUIRE
              Wilmer Cutler Pickering Hale and Dorr LLP
11            7 World Trade Center
              250 Greenwich Street
12            New York, New York 10007
              212.295.6717
13            debo.adegbile@wilmerhale.com

14            ARA B. GERSHENGORN, ESQUIRE
              Harvard Office of the General Counsel
15            Smith Campus Center
              Suite 980
16            1350 Massachusetts Avenue
              Cambridge, Massachusetts 02138
17            617.495.8210
              ara_gershengorn@harvard.edu

18

19     COUNSEL FOR AMICI STUDENTS:

20            JON M. GREENBAUM, ESQUIRE
              BRENDA L. SHUM, ESQUIRE
21            GENEVIEVE BONADIES TORRES, ESQUIRE
              KRISTEN CLARKE, ESQUIRE
22            1500 K Street NW, Suite 900
              Washington, DC 20005
23            202.662.8315
              jgreenbaum@lawyerscommittee.org
24            bshum@lawyerscommittee.org
              gtorres@lawyerscommittee.org
25            kclarke@lawyerscommittee.org
```

**JA2538**

```
 1      APPEARANCES (cont.):

 2

 3              LAWRENCE CULLEEN, ESQUIRE
                EMMA DINAN, ESQUIRE
 4              Arnold & Porter LLP
                555 Twelfth Street, NW
 5              Washington, DC 20004
                202.942.5477
 6              gina.dean@aporter.com
                emma.dinan@aporter.com
 7

 8      COUNSEL FOR AMICI ORGANIZATIONS:

 9              JENNIFER A. HOLMES, ESQUIRE
                CARA McCLELLAN, ESQUIRE
10              JIN HEE LEE, ESQUIRE
                MICHAELE M. TURNAGE YOUNG, ESQUIRE
11              RACHEL N. KLEINMAN, ESQUIRE
                NAACP Legal Defense and Educational Fund, Inc.
12              700 14th Street NW
                Suite 600
13              Washington, DC 20005
                jholmes@naacpldf.org
14              cmcclellan@naacpldf.org
                jlee@naacpldf.org
15              mturnageyoung@naacpldf.org
                rkleinman@naacpldf.org
16
                KENNETH N. THAYER, ESQUIRE
17              KATE R. COOK, ESQUIRE
                Sugarman Rogers
18              101 Merrimac Street
                Suite 900
19              Boston, Massachusetts 02114
                617.227.3030
20              thayer@sugarmanrogers.com
                cook@sugarmanrogers.com

21

22

23

24

25
```

**JA2539**

```
 1              P R O C E E D I N G S
 2              (The following proceedings were held in open
 3    court before the Honorable Allison D. Burroughs, United
 4    States District Judge, United States District Court, District
 5    of Massachusetts, at the John J. Moakley United States
 6    Courthouse, One Courthouse Way, Boston, Massachusetts, on
 7    October 29, 2018.)
 8              MR. MORTARA:  Good morning, Your Honor.
 9              THE COURT:  This is a surprise, Mr. Mortara.
10              MR. MORTARA:  It could be a pleasant one.  Could we
11    see you at sidebar, please?
12              THE COURT:  Who gets to decide if it's a pleasant
13    one?
14              MR. MORTARA:  I think Harvard's lawyers.
15              THE COURT:  Sure.
16              [Sidebar sealed and redacted.]
17              THE COURT:  Today I think we're going to get right
18    to the Amici presentations, correct?  And I assume you all
19    have worked out how you're going to do this, so I'll just let
20    you have at it.
21              MS. TORRES:  Okay.  Your Honor, again, Genevieve
22    Torres.  I represent the students, Amici Organization, and
23    I'm joined here by my colleague Jon Greenbaum, Brenda Shum,
24    Emma Dinan and Lawrence Culleen in the back, and the students
25    for the Amici --
```

```
 1                    THE COURT:  Okay.  Hold on.  Do me a favor.  When
 2       you're talking -- I can see you're straining.  When you're
 3       talking, you need to be near a microphone.
 4                    MS. TORRES:  Okay.
 5                    THE COURT:  Because that's how she's recording.
 6                    MS. TORRES:  Thank you.
 7                    And the students will be calling as their first
 8       witness Itzel Libertad Vazquez-Rodriguez.  And as she's
 9       coming in, we've prepared a binder with all of the exhibits
10       that we'll be using during today's presentation.  And we've
11       given these to the parties, and I'm just going to give a copy
12       to the court.
13                    THE COURT:  So I take it you're going to do the
14       four student witnesses and then the four alumni witnesses?
15                    MS. TORRES:  Sorry.  We're actually going to be
16       doing one student.
17                    THE COURT:  Okay.
18                    MS. TORRES:  And go -- go back and forth.  Thank
19       you.
20                    THE COURT:  Also fine.  Alumni.
21                    (ITZEL LIBERTAD VASQUEZ-RODRIGUEZ duly sworn by the
22       Deputy Clerk.)
23                    COURTROOM CLERK:  Will you please state your name
24       and spell your last name for the record.
25                    THE WITNESS:  My name is
```

**JA2541**

1    Itzel Libertad Vasquez Rodriguez, spelled I-T-Z-E-L,

2    L-I-B-E-R-T-A-D, V-A-S-Q-U-E-Z, hyphen, R-O-D-R-I-G-U-E-Z.

3            THE COURT:  All right.  We're going to get started

4    anyway, but you're going to have to speak up really loudly

5    because she's -- the microphone is not actually for the

6    audience.  It's for the recording device.

7            Will you let me know if this is workable, Kelly?

8            COURT REPORTER:  Yes.

9            THE WITNESS:  Do you want me to say it again?

10           THE REPORTER:  Oh, no.  That's fine.

11           THE WITNESS:  Okay.

12           THE COURT:  Really loud because now you're

13    recording in her mic and one of these other microphones.

14    Okay?

15           THE WITNESS:  Okay.

16    EXAMINATION BY MS. TORRES:

17    Q.   Itzel, can you describe your educational background for

18    the Court?

19    A.   Yeah.  So I graduated from Harvard College cum laude with

20    a 3.7 GPA in the spring of 2017.  I graduated with highest

21    honors in sociology.  I also had a minor in economics, a

22    citation in Spanish and a certificate in Latin American

23    studies.

24    Q.   And this case involves Harvard's ability to consider race

25    and ethnicity in admissions.

1          Do you identify with a particular race or

2    ethnicity?

3    **A.**  Yes.  I'd actually like to start by acknowledging that

4    the land that we are on today is the traditional territory of

5    the Wampanoag Nation.  Along those same lines, I identify as

6    indigenous Mexican-American or Chicana.  On my mother's side,

7    we are Cora, which is a tribe in the state of Nayarit in

8    Mexico.  And more broadly, I identify as Latina.

9    **Q.**  And did you have particular experiences growing up that

10   you attribute to being Chicana?

11   **A.**  Yes.  There are a number of instances.  I from a young

12   age understood that my culture and identity was different

13   than a lot of my peers.  I grew up going to powwows which are

14   Native American events that a lot of people I know today have

15   never been to or have never heard of.  I also grew up in a

16   bicultural home, where my grandparents spoke and speak

17   primarily Spanish.  Meanwhile, myself, my siblings, my

18   younger cousins, all speak English.

19          We also grew up celebrating different holidays and

20   listening to different types of music.  Along those same

21   lines, I also understood from a young age that I would be

22   stereotyped and critiqued for my ethnoracial identity.  So if

23   I spoke, for example, using more advanced vocabulary, people

24   would say that I was talking white.  They would say that I

25   was a coconut, that I was brown on the outside and white on

Case: 19-2005    Document: 00117629239    Page: 394    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 10 of 217

10

1    the inside, and at that -- on the same token, in high school,

2    when people would realize I was in AP courses or honors

3    courses, they would tell me, "Oh, Itzel, I didn't know you

4    were smart."  And I knew that was mostly because people

5    usually see being Latina and being smart as mutually

6    exclusive, and in my case they are not.

7           And I also grew up being mistaken for my sister's

8    mother from a young age.  So we're actually eight years apart

9    and ever since I was 15 people would think that I was her

10   mother, and that, in part, is because people assumed that

11   Latinas like myself have children very young.

12   **Q.**  And how did these experiences impact the perspectives

13   that you developed prior to college?

14   **A.**  Yeah.  So these experiences helped me to become a better

15   listener, a more empathetic person, someone who was more

16   open-minded and who has a more expanded world view.

17   **Q.**  How did it impact the issues that you were interested in?

18   **A.**  So, again, growing up as a Chicana, I understood

19   injustice first-hand at a really young age, and I was able to

20   see inequalities in my communities, again, from a really

21   young age, and that made me want to fight for social justice.

22   **Q.**  And did you share an ethnoracial identity when you

23   applied to Harvard?

24   **A.**  Yes.  I actually had a whole essay titled "Different"

25   that was about my experiences as a young Chicana in southern

**JA2544**

1    California.

2    **Q.**  And so before you, you'll see that there's a document

3    that's been marked SA3.  And you can go ahead and flip

4    through it.

5            And do you recognize that document?

6    **A.**  Yes.

7    **Q.**  What is it?

8    **A.**  This is my admissions file from the Harvard admissions

9    office.

10   **Q.**  When did you first see this file?

11   **A.**  I first saw this file my senior year of undergraduate --

12   or of Harvard.  Admitted applicants and admitted students are

13   able to see their files while at Harvard.

14   **Q.**  And could I have you turn back to page 8 and flip through

15   to page 12.

16           Is this a copy of the common application that you

17   submitted to Harvard?

18   **A.**  Yes.

19   **Q.**  Turning to page 10, you'll see that there's a section

20   called "Academics" that has a variety of information about

21   your GPA, class rank.

22           How would you describe the rigor of your academic

23   course load in high school?

24   **A.**  So I took advantage of every academic opportunity that

25   was available to me both at my high school and outside of my

```
 1   high school.  So for example, I took 10 AP tests in high

 2   school, which was the majority of the classes that were

 3   offered.  I received a score of five on seven of those exams

 4   and a score of four on three of those exams.  Five being the

 5   highest score.  When I applied to Harvard, I had taken six AP

 6   courses.  I had received a five on all but one of those

 7   tests.

 8             I graduated from high school with a 4.5 GPA and I

 9   was ranked first in my class of about 500 students from

10   grades ten to 12.  I also, during the summers, took community

11   college courses.  So I received a grade of an A in each of

12   those courses as well.

13   Q.  Thank you.

14             Can I have you turn to page 13?

15             THE COURT:  Are you moving to admit this?

16             MS. TORRES:  I think it's already admitted.

17             THE COURT:  Is this one already in?  Okay.

18             Thank you.

19   BY MS. TORRES:

20   Q.  And you'll see that it says "Different" at the top.

21             Is this the essay that you were referencing?

22   A.  Yes.

23   Q.  Why did you choose to discuss your Latina identity in

24   this essay?

25   A.  For me, at the time and both then and now, being Chicana
```

Case: 19-2005    Document: 00117629239    Page: 397    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 13 of 217

13

1    was such a core piece of who I am, and I felt like my

2    ethnoracial identity had impacted every decision I had made,

3    every experience that I had had, and I wanted to write about

4    it because I felt like it was something important and

5    something of value that I could bring to a school like

6    Harvard.

7    **Q.**  And can you look at the third paragraph, the sentence

8    starts, "Here, I discovered."

9         Can you read that sentence out loud?

10   **A.**  "Here, I discovered my life's ambition.  I want to

11   represent my heritage and inspire my fellow Latinos to

12   embrace our culture."

13   **Q.**  How could you have fully shared about your ambitions

14   without any reference to your ethnoracial identity?

15   **A.**  I could not have done that.  All of my life's ambitions

16   revolve around communities of color and my ethnoracial

17   identity.

18   **Q.**  I'm going to have you look at the last paragraph and the

19   last lines, and can you read out loud starting at "I had

20   realized," to the end of the paragraph?

21        THE COURT:  We're working on it.

22        THE WITNESS:  Thank you.  I keep touching it.

23        THE COURT:  We're working on it.

24        THE WITNESS:  "I had realized that my background

25   was unique and I was glad that I had a culture to celebrate

 1   and represent.  I took this love and pride with me to high
 2   school and I will undoubtedly carry it with me to college."
 3   BY MS. TORRES:
 4   **Q.**  What did you mean by you would carry it with you to
 5   college?
 6   **A.**  I meant that the pride and love that I have of my
 7   ethnoracial identity was something that I felt was important
 8   to bring with me to a school like Harvard.  I wanted to make
 9   sure that other students also felt open and willing to also
10   share their pride and their love of their respective
11   ethnoracial identities.  I was also very interested in
12   joining cultural groups and different multi-ethnoracial
13   groups on campus.
14   **Q.**  How would you have shared about your potential
15   contributions to Harvard without any reference to your
16   ethnicity?
17   **A.**  I would not have been able to do that.
18   **Q.**  And we talked about your essay.  Did your ethnoracial
19   identity show up anywhere else in your application?
20   **A.**  Yes.  I, in high school, was also a part of multiple
21   cultural groups and different ethnoracial students' groups.
22   I was secretary of my high school's Latino club for three
23   years.  I was president of my high school Spanish club for
24   two years and I was a member of that club for, I believe, six
25   years.  And I also had a letter of recommendation that

1    referenced my volunteer work with Latinas in native

2    communities.

3    **Q.**  Do you recall when you first became interested in

4    applying to Harvard?

5    **A.**  Yeah.  So I initially did not plan to apply to Harvard.

6    I thought it was a school that was too white, that was too

7    elite, that was too expensive, that was too far.  And it

8    wasn't until my junior year that I started to seriously

9    consider applying because mainly, someone had recommended it

10   to me.

11   **Q.**  And what aspects of Harvard appealed to you?

12   **A.**  I was interested in going to a school where I would be

13   challenged academically and I felt like Harvard had an

14   academic caliber that I was interested in.  I wanted to learn

15   amongst the best and brightest students in the world and I

16   wanted to learn from the best professors; and upon looking at

17   Harvard's website, I saw that they also seemed to value

18   diversity and ethnicity and race, which was also something

19   that spoke to me.  As someone who was Chicana who comes from

20   a pretty diverse area in southern California, I wanted to

21   make sure that I would feel welcome at a school like that.

22   **Q.**  Did you have any conversations with anybody at Harvard

23   before you attended?

24   **A.**  Yes.  I had some e-mail correspondence with the

25   undergraduate minority recruitment program at some point

1    during my application process. And they were helpful in

2    giving me sort of a sense of what the school culture would be

3    like.

4    **Q.** When you applied, what was your understanding of whether

5    Harvard considered race in its admissions process?

6    **A.** So I was under the impression that Harvard took race,

7    along with a number of different factors, under consideration

8    as like part of a holistic admissions process.

9    **Q.** Did that matter to you?

10    **A.** Yes.

11    **Q.** Why?

12    **A.** I felt like so much of my experience and so much of my

13    perspective and world view has been colored by my ethnoracial

14    identity and I wanted a school that took that into

15    consideration and that valued that -- that part of myself.

16    And I also wanted to make sure that there would be other

17    students who were people of color like my myself who would be

18    at that school so that I could have a more safe environment,

19    a more welcoming environment and a better, like, learning

20    environment.

21    **Q.** If Harvard had not considered race in admissions, how

22    would that have impacted your interest in Harvard?

23    **A.** Honestly, I probably would not have applied to Harvard if

24    they didn't take race into account. Again, I was coming from

25    a pretty diverse area in southern California and I wanted to

1   go to a school that reflected the diversity of the U.S.

2   population and of the world population.

3   **Q.**   I'm going to turn now to your experience at Harvard.

4   While there, did you interact with students of racially

5   diverse backgrounds?

6   **A.**   Yes.

7   **Q.**   And how did that impact your education?

8   **A.**   Yeah.  So being around students from different

9   ethnoracial backgrounds made me a more critical thinker and a

10  more independent thinker.  So I actually learned a lot about

11  the Israeli/Palestinian conflict from a student group on

12  campus that was, like, Palestinian student focused, and they

13  would hold events and attend different Latinx groups, group

14  meetings or different native group meetings and draw

15  parallels between the situations of what was happening in the

16  Gaza Strip and experiences of Latinxes and natives in the

17  U.S. and that, for me, was really mind-opening and I became

18  more and more curious about this topic and ended up learning

19  a lot more about it, mainly because of parallels that they

20  drew.

21  **Q.**   To what extent did you encounter diversity within a given

22  racial group?

23  **A.**   Yeah.  I encountered a good amount of diversity between

24  ethnoracial groups at Harvard.  So for example, I met a

25  number of Afro-Latinx students at Harvard and I -- again,

1    being from southern California, that wasn't a group of people

2    that I had known much about before coming to college and it

3    was these students and having conversations with them and

4    attending meetings that they were holding about their

5    experiences in the U.S. as being both black and Latinx was

6    also really mind-opening for me and a big learning

7    experience.  And I began to understand the African diaspora

8    in Latin America and I feel like I became a better advocate

9    for the Latinx community and was also better able to identify

10   classism, and racism, and colorism within my own community.

11   **Q.**  What cross-racial efforts did you engage in?

12   **A.**  So I was a part of a number of cross-racial, cross-ethnic

13   groups.  For example, one that comes to mind is my work with

14   the Ethnic Studies Coalition.  So my sophomore year of

15   undergrad, myself and two Asian-American students began

16   meeting.  We were all interested in pushing for more ethnic

17   studies resources at the college.  We started creating

18   petitions, we started meeting with different stakeholders

19   like deans, administrators, different student groups of color

20   and different professors.  And in a short amount of time we

21   were able to form a really powerful coalition.

22          My senior year of college, we actually had an

23   ethnic studies track approved, which was a huge

24   accomplishment for us.  And in part, I think, our movement

25   was so powerful because we were a cross-racial multiethnic

 1    coalition and we had so many different perspectives and world

 2    views and we were all coming together to fight for a common

 3    cause, and I think that's what made our work worthwhile and,

 4    in the end, very powerful.

 5    **Q.**   Now, while you were at Harvard, did you feel like there

 6    was adequate representation of students of color?

 7    **A.**   No, absolutely not.

 8    **Q.**   Why?

 9    **A.**   I think students of color were a huge minority in almost

10    every space.  So for example, I would walk around campus and

11    see a lot of white faces.  I would go into classrooms and

12    buildings that were named after mainly old white men and see

13    portraits on the walls of mainly old white men, and over time

14    that really started to wear on me and made me sort of

15    question, "Well, what am I doing here?  Why are none of these

16    portraits reflective of me or people that I know in my

17    community?"  And it also affected sort of the way that I

18    interacted in the class.

19            So whenever I would walk into a classroom, I would

20    take note mentally of the number of people of color that I

21    could see and if it was a majority white class, I would

22    become very nervous and I didn't want to speak in those

23    classes.  I didn't want to be seen or stereotyped as someone

24    who, you know, is just talking about communities of color

25    because that's where I came from.  And it was a very

1    uncomfortable experience.

2            And I think on top of that, I was just -- when I

3    would walk around campus, again, I was constantly

4    stereotyped.  I would have people come up to me and ask me

5    questions like "Oh, Itzel, like, where are you really from?

6    Where is your family from?  Were you born here?  Are you a

7    citizen?"  And that -- those types of questions are very

8    alienating.

9    **Q.**  Were there spaces that helped you ease that sense of

10   nervousness and alienation?

11   **A.**  Yes.  I found my solace and relief in student groups on

12   campus and -- and groups that were focused on students of

13   color, or like ethnoracial student groups, cultural groups.

14   So I was a part of a number of Latinx organizations, Native

15   American organizations, multi-ethnoracial coalitions on

16   campus.

17   **Q.**  And how did the existence of those spaces impact your

18   participation in majority white spaces?

19   **A.**  I felt like in these groups, I could finally breathe.  I

20   could really be myself.  I felt like these were groups of

21   students that I could vent to and that they would be there to

22   support me.  These groups are where I met some of my closest

23   friends on campus.  And it was going to these group meetings

24   and to these events where I felt like I gained the confidence

25   and the sense of self to be able to confront going to

Case: 19-2005    Document: 00117629239    Page: 405    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 21 of 217

21

1    majority white classes the next day.  I felt like it was a

2    safe place for me and for people like me.  And it was there

3    that I got the strength to be able to get up and -- and

4    navigate through Harvard day after day.

5    **Q.**  Now, there is a question in this case about a reduction

6    in the number of black and Latinx students on campus.

7          If there were a 50 percent reduction in the number

8    of black and Latinx students on Harvard's campus, how would

9    that have impacted your experience?

10   **A.**  I think that type of reduction would have been, frankly,

11   catastrophic for a student like me.  I think that there are

12   so few students of color and under-represented minority

13   groups at Harvard as it is that any sort of reduction in any

14   of those groups would be really detrimental to the community

15   at Harvard, both for students of color, but also just for

16   students in general.

17         I think, in particular, like a reduction in the

18   number of black students at Harvard would be really

19   problematic because black student groups on campus tend to be

20   more established, more well established within the

21   university.  And for example, there were many, like, Latinx

22   student events or student meetings that were loosely based

23   off of events and meetings that were held in the black

24   community, and I think losing any part of that -- that cohort

25   would have been really problematic and I think that a lot of

1   the power and positive change at Harvard comes from student

2   groups of color.  And I think, again, having a reduction in

3   any of those groups is -- is awful.

4   **Q.**   Now, we talked about your ethnic identity.

5           Do you also identify with a particular

6   socioeconomic background?

7   **A.**   Yes.  I consider myself to be low-income.

8   **Q.**   And during your time at Harvard, were there benefits to

9   greater socioeconomic diversity in the classroom?

10  **A.**   Yeah.  I think having greater socioeconomic diversity in

11  a classroom was helpful, but I think that the benefits that

12  come from socioeconomic diversity are different than the

13  benefits that come from having ethnoracial diversity in a

14  classroom.

15  **Q.**   How are they different?

16  **A.**   At least in my experience, ethnoracial diversity is

17  something that's more visibly salient.  So for example, like

18  when I was walking around campus, I didn't feel judged or

19  discriminated against because of my socioeconomic status.  I

20  felt discriminated against because of my ethnoracial

21  identity.

22  **Q.**   And, Itzel, you graduated in 2017.  What have you pursued

23  since that time?

24  **A.**   So after graduation, I spent a year volunteering with two

25  different nonprofit organizations in Peru.  Both of those

**JA2556**

1    nonprofits were focused on indigenous groups within the

2    country.  And this year, I am starting the California

3    Assembly Fellowship, where I'll be working as a legislative

4    aide in Sacramento.

5    **Q.**  And has Harvard's racial diversity prepared you for this

6    work?

7    **A.**  Yes.  I think having had experiences and relationships

8    with people from different ethnoracial groups made me a much

9    better listener, a more empathetic person, someone who is a

10   more critical thinker, and whose, like, perspective of the

11   world is more broad.  And so I think with my work in Peru, it

12   was really important that I had an understanding of the

13   diversity within the Latinx or the Latin American experience

14   because I was working with indigenous people in Peru who have

15   a very different history and relationship with their country.

16          And I think now, with my work in California,

17   working in a state that is so diverse and that is only

18   becoming more ethnoracially diverse, it was important for me

19   to have had experience and to have had interactions with

20   people from a variety of ethnoracial backgrounds.  And I

21   think, again, like having had those experiences made me a

22   better policy maker, a better policy thinker and much better

23   equipped for this fellowship.

24   **Q.**  And as a final question:  Why did you choose to

25   participate in this case?

Case: 19-2005    Document: 00117629239    Page: 408    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 648    Filed 04/18/19    Page 24 of 217

24

 1   **A.**   So there are a number of reasons that I decided to

 2   participate.  For one, I think for me, having ethnoracial

 3   diversity on campus is something that is so sacred because it

 4   has been such a huge part of my life, such a huge part of my

 5   experiences and I think for colleges to continue to take that

 6   into account is of the utmost importance to me.

 7          And I also wanted to be a part of this case because

 8   I think of people like my sister, Nayati, I think of people

 9   in her generation who are younger than her, and I want them

10   to have a better college experience than I did.

11          MS. TORRES:  Thank you.  No further questions.

12          MS. HACKER:  SFFA has no questions for this

13   witness, Your Honor.

14          Thank you for being here today, Ms. Itzel Vazquez.

15          THE COURT:  How about Harvard?  Does Harvard want

16   to do any cross of the witness?

17          MR. LEE:  Very brief.

18          THE COURT:  Sorry.  I was looking over at him and

19   he's just staring at me.  He's going to have me do it.

20   EXAMINATION BY MR. LEE:

21   **Q.**   Good morning.  Did you know that SFFA is not having any

22   of its student members sit in the seat that you're sitting

23   in?

24   **A.**   I only recently learned that, like, yesterday, so.

25   **Q.**   With that in mind, we just want to thank you for having

```
  1    the courage to sit in the chair and to tell us your story.
  2    Thank you very much.
  3    A.   Thank you.
  4              THE COURT:  That was not a question, Mr. Lee.
  5              MR. LEE:  That's true.
  6              MR. HUGHES:  I restrained myself, Your Honor.
  7    Stayed in my chair.
  8              THE COURT:  I'll impute that same sentiment to
  9    SFFA, so you don't have to get up and say it.
 10              MR. HUGHES:  Of course.
 11              THE COURT:  You're excused.
 12              MS. HOLMES:  Jennifer Holmes for the Amici
 13    organizations.  The Amici organizations would like to call
 14    Margaret Chen to the stand.
 15              (MARGARET Chen duly sworn by the Deputy Clerk.)
 16              COURTROOM CLERK:  Would you please state your name
 17    and spell your last name for the record.
 18              THE WITNESS:  Margaret M. Chen.  My last name is
 19    C-H-I-N.
 20    EXAMINATION BY MS. HOLMES:
 21    Q.   Good morning, Professor Chen.  I would just ask you
 22    during your testimony to keep your voice up.  I don't think
 23    your microphone is working.  So the court reporter, for her
 24    sake, just try to keep your voice up during your testimony,
 25    please?
```

 1              THE COURT:  By which, she means super loud.

 2              THE WITNESS:  Super loud.  Okay.

 3              THE COURT:  Super loud because you're being picked

 4    up by this microphone.  Okay?

 5              THE WITNESS:  Oh, okay.  Project over there.  Can

 6    you hear me?  Yes.

 7    BY MS. HOLMES:

 8    **Q.**  Good morning, Professor Chen.

 9    **A.**  Good morning.

10    **Q.**  Where did you go to college?

11    **A.**  I went to Harvard College.

12    **Q.**  And what year did you graduate?

13    **A.**  1984.

14    **Q.**  What did you major in?

15    **A.**  Applied math and economics.

16    **Q.**  And did you have a minor?

17    **A.**  No, I didn't.

18    **Q.**  Where do you live now?

19    **A.**  In New York City.

20    **Q.**  And what's your current employment?

21    **A.**  I'm a sociologist at Hunter College and CUNY Graduate

22    Center.

23    **Q.**  Do you have any advanced degrees?

24    **A.**  I have a Ph.D. in sociology.

25    **Q.**  And what was the focus of your Ph.D.?

1    **A.**   Immigration, family, race and ethnicity.

2    **Q.**   Are you working on any research now?

3    **A.**   Yes, I am.  I'm looking at Asian-Americans moving up in

4    the professional work world, and one of the findings is that

5    diversity programs actually help them move up a little bit

6    faster, a little bit quicker.

7    **Q.**   And why did you decide to go to graduate school to study

8    these issues?

9    **A.**   While I was at Harvard, I was exposed to, I guess,

10   inequality, and I decided that that was something that I was

11   interested in; and I was also exposed to a lack of research

12   on Asian-Americans, in general, especially Asian-Americans

13   from my background.  So I wanted to research those topics.

14   **Q.**   And how would you describe your racial and ethnic

15   background?

16   **A.**   I'm Asian-American with a Chinese ethnicity.

17   **Q.**   And why are you here testifying today?

18   **A.**   I'm here testifying because I wrote a declaration for one

19   of the 25 Amici groups that support Harvard.

20   **Q.**   You mentioned you wrote a declaration for one of 25

21   groups.

22            What group was that?

23   **A.**   The Coalition For A Diverse Harvard.

24   **Q.**   And what is the Coalition For A Diverse Harvard?

25   **A.**   The coalition is a volunteer group, membership group that

1    supports diversity, equity and inclusion in higher education

2    and at Harvard.

3    **Q.**  Is it a volunteer organization?

4    **A.**  Yes, it is.

5    **Q.**  And do you call it just Diverse Harvard for short?

6    **A.**  Yes, we do.

7    **Q.**  What is your role in Diverse Harvard?

8    **A.**  I'm one of the founding board members.  There are five of

9    us.

10   **Q.**  And when was Diverse Harvard founded?

11   **A.**  It was founded in 2016.

12   **Q.**  What was -- or why was Diverse Harvard founded?

13   **A.**  It was founded because we were -- we had read in the New

14   York Times that there was a set of outside overseers running

15   who actually were using -- it seemed like they were using

16   Asian-Americans as a cover to eliminate race-conscious

17   admissions at Harvard.  And all of us were supportive of a

18   diverse learning environment for the current students.  So we

19   got together and formed this group to try to prevent them

20   from winning the election for the Overseers.

21   **Q.**  And what are Harvard Overseers?

22   **A.**  It's the second highest governing board at Harvard.

23   **Q.**  And what did Diverse Harvard do to oppose these

24   candidates for Overseers?

25   **A.**  We decided to learn about everybody's position, everybody

1   who was running for Overseers.  So we created a questionnaire

2   and we sent them out to every single candidate.  And when the

3   answers came back, we formed a nominating committee from the

4   volunteers, about ten people, and we endorsed certain

5   candidates.

6   **Q.**   And did those endorsed candidates ultimately win?

7   **A.**   Most of them did.

8   **Q.**   How many members does Diverse Harvard currently have?

9   **A.**   1,200.

10   **Q.**   And who are the members?

11   **A.**   The members are alumni from the college and all of the

12   rest of the schools, students, as well as faculty members.

13   **Q.**   Do you know the racial and ethnic makeup of Diverse

14   Harvard's membership?

15   **A.**   Diverse Harvard is a multi-racial group.

16   **Q.**   Do you know what proportion of the membership is

17   Asian-American?

18   **A.**   It's about 20 percent.

19   **Q.**   And does Diverse Harvard receive any funding from Harvard

20   University?

21   **A.**   No, it does not.

22   **Q.**   Beyond being involved in the Overseers election, what

23   other activities has Diverse Harvard been engaged in?

24   **A.**   Diverse Harvard tries to educate its members and the

25   community at large about holistic admissions and diverse

1    education.  We just had a panel last April that talked about

2    this particular case, Asian-Americans and affirmative action.

3    We also have a web page.  We have a Twitter feed, a Facebook

4    page and we also send out e-mail blasts to our members.

5    **Q.**  And why was it important to you, personally, to get

6    involved with Diverse Harvard?

7    **A.**    Personally, I felt that it was important to maintain a

8    diverse learning environment at -- at Harvard and in

9    universities at large.  And I felt that what -- at the time,

10   during that election, I felt that what the outside candidates

11   were doing was not right and that we should maintain

12   race-conscious admissions at Harvard.

13   **Q.**  Have you had discussions about this lawsuit with the

14   other members of the board of Diverse Harvard?

15   **A.**  Yes, I have.

16   **Q.**  And why did the board decide to get involved -- decide to

17   have Diverse Harvard get involved in this lawsuit?

18   **A.**    Similarly, I think we all agreed.  We all felt strongly

19   that we wanted to make sure that we maintain a diverse

20   learning environment at Harvard for the current students, for

21   them to become future leaders of their organizations, of

22   their communities and society at large.

23   **Q.**  I'd like to ask you some questions about your background

24   before you came to Harvard.

25              Where did you grow up?

**A.** I grew up in New York City, on the Upper West Side, in
the Amsterdam houses, which is a housing project.

**Q.** And what was your parents' background?

**A.** My parents were working class. My father was a waiter
and my mother was a garment worker for most of her life.

**Q.** And were they from the U.S. or did they immigrate here?

**A.** They immigrated here from China.

**Q.** And what was your parents' educational background?

**A.** My father attended a little bit of high school in Eurasia
high school, but he had to dropout because his father passed
away and he had to work. My mother only attended elementary
school in China.

**Q.** When you were growing up in New York in the Amsterdam
Houses, what was the racial makeup of your community?

**A.** In the projects, it was mostly black and Latino, at that
time was mostly Puerto Rican. So it's African-American,
Puerto Rican, some Asian-American families and some white
families.

**Q.** And where did you go to school?

**A.** Public schools in New York City.

**Q.** I'd like to ask you about applying to Harvard.

Why did you decide to apply to Harvard?

**A.** Harvard was never on my radar. I already -- I was
admitted to Princeton University already as an early action
candidate, and my close friend in high school at that point,

       1   Shirley, brought me down to Chinatown to go to an East Coast

       2   Asian Student Union, Chinese college fair.  And at that

       3   college fair, I met Harvard undergraduate recruitment

       4   coordinators and they convinced me that I should take a

       5   serious look at Harvard because of its -- it was in an urban

       6   environment and that I might enjoy that even more than

       7   Princeton University.  And since I had already gotten into

       8   Princeton, I -- it's a good chance that I could get into

       9   Harvard.

      10   **Q.**  And would you have applied to Harvard had you not met

      11   those Asian-American undergraduate recruitment students?

      12   **A.**  No.  I would not have applied to Harvard at all.  My

      13   parents really wanted me to stay close to home.  In fact,

      14   their first choices for me were NYU and City College and

      15   Columbia or Barnard.  Princeton was the furthest they thought

      16   I should go, which was two hours away, but it was enhanced

      17   because my uncle owned a Chinese restaurant in Trenton.  So

      18   they felt that I could go on weekends to have dinner with

      19   them or I could come home to New York City to have dinner at

      20   home on the weekends.  Harvard was way too far.

      21   **Q.**  And on your application to Harvard, did you identify your

      22   race?

      23   **A.**  Yes, I did.

      24   **Q.**  Did you do an alumni interview?

      25   **A.**  Yes, I did.

**Q.**  And what did you discuss during that interview?

**A.**  My interviewer was surprised that there was actually a
housing project called the Amsterdam Houses behind Lincoln
Center, which was a, I guess, an upscale neighborhood now.
And so she asked, "What was it like to grow up in a housing
project with blacks and Puerto Ricans and you being an
Asian-American?"  So we talked a lot about growing up in that
particular neighborhood.

**Q.**  I'd like to ask you some questions about your experience
at Harvard.

**A.**  Mm-hmm.

**Q.**  When you were a student at Harvard College, did you
consider the school to have a diverse student body?

**A.**  No.  When I arrived at Harvard University, I was actually
surprised to find -- well, I never had met so many rich white
people in my life, at Harvard.  So I was -- okay.  I'll just
stop there.  I was pretty shocked.

**Q.**  And what year did you start Harvard as a first-year
student?

**A.**  1980.

**Q.**  Do you know how the Harvard of 1980 compares to the
racial makeup of Harvard today?

**A.**  Today it's very diverse compared to my day, and I can
tell this when I go to reunion events.  So I'm class of 1984.
We usually have reunion events in a tent or in a giant room

 1    at Harvard, and I'm one of very few numbers -- I'm one of a

 2    few people of color there.  And then when I leave that room,

 3    I am absolutely flabbergasted at how many Asian-Americans or

 4    African-Americans or Latino students there are on campus.

 5    It's a really -- and it's not only me that is shocked, but

 6    all of my classmates are.

 7    **Q.**  When you were at Harvard as a student, did the school's

 8    lack of significant diversity affect your experience?

 9    **A.**  I felt it did.  I felt like I needed to find people like

10    me to feel comfortable, especially in the very beginning

11    because I was intimidated.  I thought I could do well, but I

12    was intimidated, especially in the classroom.  And so I

13    searched out for the Asian-American Association.  I searched

14    out for the other -- well, students alliance.  I searched out

15    for all of our -- people of color.

16    **Q.**  And what is the Asian-American Association?

17    **A.**  The Asian-American Association is a social, political,

18    cultural group who -- whose membership was not just

19    Asian-American, but who also put on events to educate the

20    community about Asian-Americans.  We also have lots of

21    parties.

22    **Q.**  And let me back up for -- let me back up for a moment.

23         Do you think Harvard's lack of significant

24    diversity affected you in an academic sense in the classroom?

25    **A.**  Yes, it did.  I felt, oftentimes, very self-conscious

1    when I spoke out in the classroom because I would be one of a

2    few Asian-American students in the particular class.  I also

3    felt that sometimes I would hear the term "Oriental" being

4    used, referring to Asian-Americans, and I would feel

5    uncomfortable, because I thought most people would have

6    changed to using the term "Asian-American."

7    **Q.**   Would having more students of color have changed that

8    experience?

9    **A.**   I think so.  Mostly because it would have given me a

10   choice, you know.  It would have given me a choice in terms

11   of social organizations to attend, although I love the

12   Asian-American Association, and I think it would have made me

13   feel more comfortable speaking up in class.

14   **Q.**   Returning to the Asian-American Association, were there

15   many other Asian-American organizations, student

16   organizations on campus at the time?

17   **A.**   I only recall five.  The Asian-American Association, the

18   Chinese Students -- CSA -- Association, the Japanese Cultural

19   Society, the Radcliffe Asian-American Women's Group and the

20   Koreans of Harvard Radcliffe.

21   **Q.**   And do you know how many Asian-American student

22   organizations Harvard has today?

23   **A.**   I thought there -- I think there are over 20.

24   **Q.**   Why did you decide to get involved with the

25   Asian-American Association as a student?

1    **A.**  I felt -- well, there are two reasons.  One was that my

2    undergraduate minority recruitment -- sorry -- my

3    undergraduate minority recruiter who asked me to apply to

4    Harvard was also a member of the Asian-American Association;

5    and in addition, I was interested in finding other people who

6    were Asian-Americans to become friends with.

7    **Q.**  And you mentioned parties.

8         Were there any other events that the Asian-American

9    Association hosted?

10   **A.**  Yes.  It hosted many social, cultural and educational

11   events.  One of the events that I remember quite clearly that

12   really struck a chord with me was that we hosted the redress

13   and reparations hearings of the Japanese that were interned

14   during World War II, Japanese-Americans who were interned

15   during World War II.  We had Asian-American playwrights come

16   put on plays.  We -- we had films.  It was quite a vibrant

17   group.  We also had a newsletter that we all worked on

18   together.

19   **Q.**  What was the purpose of having these events or putting

20   out the newsletter?

21   **A.**  Part of it was to educate ourselves, to form a community,

22   and it was also to educate the population at large at

23   Harvard, at Harvard University.

24   **Q.**  And who would attend these events?

25   **A.**  Well, there weren't a whole lot of Asian-Americans on

1    campus.  So a lot of Asian-Americans would come and so did

2    the community at large.

3    **Q.**  And does that include students from all backgrounds?

4    **A.**  Yes, it does.

5    **Q.**  Did other non-Asian student cultural groups put on

6    events?

7    **A.**  Yes, they did.

8    **Q.**  And did you attend any of those?

9    **A.**  Yes, I did.

10   **Q.**  Can you give an example?

11   **A.**  Yes.  So some of my favorites were the cultural events,

12   like when the Kuumba singers performed.  They were an

13   African-American gospel group.  They sang beautifully.  And

14   another was the Ballet Folklorico, who was a cultural dance

15   troop, and I think it was through them that I learned about

16   Mexican-Americans, which I knew very little about because I

17   only knew about Puerto Ricans.

18   **Q.**  Other than attending events from different cultural

19   organizations, did you interact with students from different

20   backgrounds in other settings?

21   **A.**  Yes.  It was hard not to, but yes.  My roommates, in

22   fact, were pretty diverse.  My roommates, one was an

23   African-American from -- I had four total -- African-American

24   from Florida; a white working-class woman who played for the

25   hockey team, women's hockey team, and I guess a wealthier

1    white woman who grew up in Newton, Massachusetts.

2    **Q.**   And what did you learn from these interactions with

3    students who came from a different background from you?

4    **A.**   Well, it really helped a lot because I had never left

5    home before and so most of my -- in fact, all of my roommates

6    had lived away from home.  And so they taught me a lot about

7    being independent, living away from home and just being --

8    even some study skills as well.  So just about everything.

9    **Q.**   Are you in touch with any of the current students --

10   student members of the Asian-American Association?

11   **A.**   Yes, some.

12   **Q.**   And do you know if that organization has joined this

13   lawsuit?

14   **A.**   Yes, they have.

15   **Q.**   And going back to the time when you were a student, did

16   the Asian-American lobby Harvard on any issues related to

17   admissions?

18   **A.**   Yes, we did.  During that time, the admissions office

19   considered us minorities.  Considered us, meaning

20   Asian-Americans, as minorities.  And as a whole, they would

21   sponsor events during pre-freshman week when people who were

22   accepted could come, but the university at large did not

23   consider -- did not host events hosted by the minority groups

24   during freshmen week when they actually enrolled.  So we

25   petitioned the college to actually have events for the

1    incoming freshmen.

2    **Q.**   And when you were a student at Harvard, did you have a

3    job on campus?

4    **A.**   Yes, I did.  I worked for the undergraduate -- I worked

5    for the admissions officer as an undergraduate minority

6    recruiter.

7    **Q.**   And what did your work as an undergraduate minority

8    recruiter entail?

9    **A.**   I, basically, coordinated other Asian-American students

10   to go, usually, back to their home cities to recruit in

11   schools that normally did not send many students to Harvard.

12   **Q.**   And was that a paid position?

13   **A.**   Yes, it was.  It was my work-study job.

14   **Q.**   Why did you get involved in the undergraduate minority

15   recruitment office?

16   **A.**   I thought it was very important for the recruiter who

17   recruited me to make an effort to reach out because I would

18   have never thought about applying to Harvard, and I felt like

19   I should return that because I knew that there were other

20   students like me out there who would never think about

21   applying to Harvard.

22   **Q.**   Were there other ways in which you or the Asian-American

23   Association was involved in recruiting students?

24   **A.**   So when students got in, we also had phone call sessions.

25   So when students were accepted into Harvard, all of the

1    Asian-American Association would go into the admissions

2    office and phone call every single one of the students who

3    got in and encourage them to come visit and encouraged them

4    to enroll at Harvard and to feel free to ask us any

5    questions.  We also volunteered to host anybody who wanted to

6    come spend a night at Harvard and to show them around.

7    **Q.**  And who sponsored or coordinated that phone call session

8    to prospective students?

9    **A.**  It was the admissions office.

10   **Q.**  And who sponsored or coordinated hosting perspective

11   students on campus?

12   **A.**  It was the admissions office.

13   **Q.**  Did you have any other jobs when you were a student?

14   **A.**  I worked briefly as a maid and briefly in the computer

15   lab.  And in my senior year, I worked for the Harvard

16   Foundation for Race Relations and -- for Intercultural and

17   Race Relations.

18   **Q.**  And what is the Harvard Foundation?

19   **A.**  They sponsored events that, basically, promoted

20   individuals who -- I guess minority leaders in the community

21   and brought the community together to understand what they

22   did.

23   **Q.**  You testified earlier about how interacting with your

24   roommates and students from other backgrounds helped with the

25   study skills and helped with support.

1          Were there any ways in which those interactions

2     challenged your assumptions or perhaps stereotypes that you

3     had?

4     **A.**  Yeah.  So I -- yeah.  I think for -- in fact, my

5     African-American roommate was actually quite good

6     in literature, and so we would discuss literature.  My two --

7     and I guess some people might have stereotypes about

8     African-American students.  The others were about -- just

9     learning about working-class white people more.  My roommate

10    who was the hockey player was a lot of fun.  So we hung out

11    with athletes a lot.

12    **Q.**  When you were a student at Harvard, did you write about

13    the admissions process for Asian-Americans at selective

14    universities?

15    **A.**  Yes, I did.

16    **Q.**  And was that article ever published?

17    **A.**  Yes, it was.

18    **Q.**  Do you recall the title?

19    **A.**  It was called "Admissions Impossible."

20    **Q.**  And were you the only author of that article?

21    **A.**  No, I wasn't.  There was a first author, David Ho.  We

22    wrote that article with -- in consensus with 25 other

23    students.

24    **Q.**  And can you explain what you mean when you say "in

25    consensus with 25 other students"?

**JA2575**

 1  **A.**   Those 25 other students and us, we were all --

 2  basically had the same position as undergraduate minority

 3  recruiters.  We actually recruited via the East Coast Asian

 4  Student Union in different cities across the east coast to

 5  try to recruit Asian-Americans to apply to the respective

 6  schools.

 7          And so one summer, we decided -- because we had

 8  been talking about the issues of Asian-Americans in general,

 9  we decided to discuss our issues at the various colleges and

10  write an article to educate ourselves and the admissions

11  officers.

12  **Q.**   And so does that article discuss the group of those 25

13  universities or just Harvard?

14  **A.**   The group of 25 universities.

15  **Q.**   What was the motivation for writing the article?

16  **A.**   It was mostly to dispel stereotypes, to dispel the model

17  minority myth, and also to encourage universities that did

18  not include Asian-Americans as part of their official

19  minority recruitment program, to include them, and also, to

20  ask that Asian-Americans be included or continue in the

21  affirmative action process.

22  **Q.**   And at the time of that article, did Harvard include

23  Asian-American students in its affirmative action process?

24  **A.**   Yes, it -- yes, it did.  And I, in particular, was one of

25  the recruiters.

1    **Q.**  Did you look -- in researching this article, did you look

2    at any data about schools' use of academic ratings or

3    personal ratings?

4    **A.**  As students, we did not have access to any -- any

5    specific data.

6    **Q.**  And does that include Harvard data?

7    **A.**  Yes, that includes Harvard data.

8    **Q.**  And at the time you co-wrote the article, how did the

9    percentage of Asian-American students at Harvard compare to

10   now?

11   **A.**  I think at the time we wrote the article it was under --

12   definitely under 10 percent, maybe under 8 percent.  And

13   right now, the incoming class is close to 23 percent.

14   **Q.**  At the time you wrote this article, how many

15   Asian-American admissions officers did Harvard have?

16   **A.**  I don't think any.  Zero.

17   **Q.**  Do you know how many Harvard has now?

18   **A.**  I think about a handful.

19   **Q.**  And do you know if this article "Admissions Impossible"

20   has been cited in this lawsuit?

21   **A.**  Yes, it has.

22   **Q.**  By whom?

23   **A.**  By SFFA.

24   **Q.**  And what was your reaction to learning that?

25   **A.**  I was actually shocked because my article was written to

Case 1:14-cv-14176-ADB  Document 648  Filed 04/18/19  Page 44 of 217

1    support race conscious admissions by using and looking at

2    Asian-Americans in particular, to actually understand

3    Asian-Americans and to actually include them in the minority

4    recruitment process and affirmative action.

5    **Q.**  I'd like to talk about your time after graduating.

6          What did you do after graduating from Harvard?

7    **A.**  I worked for IBM for six years and then I -- I decided I

8    didn't like that and I went back to graduate school.

9    **Q.**  And did your time at Harvard influence your decision to

10   go to graduate school?

11   **A.**  Yeah.  So at Harvard, I was mentioning that I had never

12   seen so many rich white people before and I thought that

13   there was tremendous inequality.  I learned that there was

14   tremendous inequality because I felt like there were many

15   people of different -- all kinds of backgrounds who could

16   attend schools like that.  So I decided that I would study

17   inequality and study people of my background, and that's what

18   encouraged me to go back to graduate school.

19   **Q.**  And do you work at Hunter College now?

20   **A.**  Mm-hmm.

21   **Q.**  Why did you decide to work there?

22   **A.**  I think Hunter College is a tremendous school.  It's a

23   public school with a very diverse student body, and I enjoy

24   being in the classroom with my students.

25   **Q.**  Have you been involved with Harvard as an alum?

1    **A.**  Yes, I have.

2    **Q.**  In what ways?

3    **A.**  I am -- I was or I am an alumni interviewer.  I then

4    became a subcommittee group chair that coordinated

5    interviews.  And then in 2008, the Harvard Asian-American

6    Alumni Alliance formed and I became a board member there, and

7    now I'm a university liaison.

8    **Q.**  And you mentioned the Harvard Asian-American Alumni

9    Alliance.

10              Do you know if that organization has joined this

11   case?

12   **A.**  Yes, it has.

13   **Q.**  What do you do as an alumni interviewer?

14   **A.**  As an alumni interviewer, basically, when we're assigned

15   an interviewee, we go out and talk to them to try to learn

16   about their lives.  We know that what the admissions office

17   gets is just paper and we're supposed to bring life to that

18   paper.

19   **Q.**  And over the years that you've worked as an alumni

20   interviewer, how many students would you estimate that you've

21   interviewed?

22   **A.**  Probably over 100.

23   **Q.**  Do you still conduct alumni interviews?

24   **A.**  Yes, I have.  But not recently.

25   **Q.**  And as a subcommittee chair for the alumni interview

1    process, what is your role?

2    **A.**   So in New York City, we have a unique interviewing

3    process where we actually have the interviewers and the

4    interviewees come in on a particular weekend date, and I,

5    basically, coordinate when the interviewers meet the

6    interviewees every hour.

7    **Q.**   And on that specific interview date, do the interviewers

8    ever discuss the applicants in a group?

9    **A.**   Yes, we do.  We usually have two -- we try to have two

10   interviewers per student and any time we have a question

11   about their backgrounds or their extra-curricular activities

12   or anything they've told us that we may not know anything --

13   we may not understand fully, we discuss them during breaks

14   and during lunchtime and --

15   **Q.**   Sorry.  Continue.

16   **A.**   Go ahead.

17   **Q.**   Why is it helpful to have a discussions?

18   **A.**   It's helpful to have discussions because my interviewers

19   are multi-ethnic, multi-racial of all different kinds of

20   backgrounds, and so we serve to have a discussion to educate

21   ourselves and the -- and to learn about the background of the

22   student.

23   **Q.**   As a subcommittee chair, did you make any changes to the

24   alumni interview process under your jurisdiction?

25   **A.**   Yes.  I invited many more Asian-American alumni, since I

1    know the number has been increasing, to enroll or encourage

2    them to volunteer to be interviewers.  I also encouraged

3    other African-American and Latinos, too.

4    **Q.**  Based on your experiences as a Harvard student and as a

5    minority recruiter in the admissions office and as an alumni

6    interviewer, if you had concerns about discrimination about

7    Asian-Americans, what would you suggest?

8    **A.**  For the admissions?

9    **Q.**  For -- in the admissions process.

10   **A.**  I think they should probably hire more admissions

11   officers, learn about demographic differences within the

12   Asian-American community, because in New York City, at least,

13   we have 27 -- Asian-Americans speak 27 languages.  So they're

14   really different culturally as well.  And I would encourage

15   them to maybe have implicit bias training.

16   **Q.**  Has Harvard done any of these things?

17   **A.**  Well, the admissions officers have increased since I've

18   been there and as a coordinator of the interviewers, I was --

19   I know that they've done studies and have presented on the

20   different demographic groups of Asian-Americans to us.  So I

21   know they've done that.

22   **Q.**  Based on your experience, would you suggest going to a

23   race-blind admissions process?

24   **A.**  No, I would not.

25   **Q.**  And why not?

**JA2581**

1    **A.**   I feel that race matters in everyday life and race should

2    matter even in your admissions process.  So for example,

3    Asian-Americans are always seen as forever foreign, no matter

4    how old you are, no matter whether you're wealthy or poor or

5    whether -- or what country or what -- I mean, what state you

6    might live in.  So I believe that you should recognize those

7    differences and those differences may have impacted their

8    lives up to the application.

9    **Q.**   Do you personally support the continued use of race as a

10   factor in Harvard's admissions process?

11   **A.**   I personally do.

12          MS. HOLMES:  Thank you.  No further questions, and

13   I'll pass the witness.

14          THE COURT:  Ms. Chen, are you having any trouble

15   keeping your voice up?  We have a -- we can hear you, but if

16   it's a strain on you, we have a lapel microphone we can try.

17   If you're like doing --

18          THE WITNESS:  I'm okay.

19          THE COURT:  Okay.  All right.  Because I'm not

20   having any trouble hearing you, but I'm wondering if they

21   are.

22          THE WITNESS:  I'm okay.  I lecture, too.

23          THE COURT:  Guys, I think what we're going to do --

24   because we're going until 12:30 today, until the lunch break,

25   so when she's done, we'll take a break for the court reporter

1  and try and reboot the system before the next witness.  Okay?

2          MS. FASULO:  May I approach the witness, Your

3  Honor?

4          THE COURT:  Yes, of course.

5          MS. FASULO:  Would you like a copy, too?

6          THE COURT:  Okay.  Sure.

7          MS. FASULO:  May I approach?

8          THE COURT:  Sure.  Thank you.

9  EXAMINATION BY MS. FASULO:

10  **Q.**  Good morning, Dr. Chen.  I'm Meg.  We haven't met before.

11  I have a little bit of a cold, so please bear with me.  I'd

12  like to start by talking with you today about an article that

13  you wrote with David Ho called "Admissions Impossible."

14          You helped co-write this article; is that correct?

15  **A.**  Yes.  Yes, it is.  Yes, I did.

16  **Q.**  Okay.  Let's take a look at some of the things that you

17  helped write in this article.

18          This article says that you surveyed 25

19  universities; is that correct?

20  **A.**  That's correct.

21  **Q.**  And in doing this, you talked to some admissions

22  officers?

23  **A.**  No, we didn't.

24  **Q.**  Okay.  One of the things that you wrote about here is the

25  selection process; is that right?

1   **A.**   Yes, we did.

2   **Q.**   Great.  Let's turn to the second page of the article and

3   see what you wrote about the selection process.  I have

4   highlighted here that you wrote, "A student profile is

5   created for each applicant, combining an academic rating and

6   a personal rating."  Do you see that?

7   **A.**   Mm-hmm.  Yes, I do.

8   **Q.**   And you also wrote that, "The academic rating is fairly

9   objective since academic credentials are difficult to

10   misjudge."

11   **A.**   Yes, we wrote that.

12   **Q.**   And then you also wrote about the personal rating.  You

13   wrote, "A personal rating is based on a personality

14   assessment, recommendations, essays, interviews,

15   extra-curricular activities, community involvement,

16   et cetera."  Is that right?

17   **A.**   Yes, that's right.

18   **Q.**   And then you wrote, "The personal rating often hinges on

19   the subjective evaluation of a particular admissions

20   officer."

21   **A.**   Yes, that's right.

22   **Q.**   And then you give an example.  You wrote, "In other

23   words, a soft-spoken applicant could be judged quietly

24   confident by one admissions officer, an introverted or

25   painfully shy by another."

1    **A.**  Yes, that's in there.

2    **Q.**  And then you say, "It is this subjective rating that is

3    the downfall of many Asian-American applicants."

4         Those are your words, correct?

5    **A.**  Yes, it's our words by consensus, 25 schools.

6    **Q.**  Understood.  And then in your article, you go on to talk

7    about myths that exist, and what you wrote is, "We feel that

8    many admissions officers believe in stereotypes that work

9    against Asian-American applicants."  Is that correct?

10   **A.**  Yes, that's correct, but you should put this in the

11   context of the historical period.  This was written in 1983.

12   **Q.**  Exactly.  I'm -- we're talking about the words that you

13   wrote in this article -- that you helped write in this

14   article in 1983.

15   **A.**  That's correct.

16   **Q.**  Okay.

17   **A.**  And in 1983, Asian-Americans in particular, just started

18   to -- the children of immigrants just started applying to

19   colleges.  So there are very few on college campuses.

20   **Q.**  Okay.  And then you say that there are stereotypes that

21   are most prevalent and they fall into four categories?

22   **A.**  Mm-hmm.

23   **Q.**  Great.  So let's see what you wrote about those

24   stereotypes.  The first stereotype that you wrote about is

25   over-representation.

1    **A.**  That's right.

2    **Q.**  So you quote from one Johns Hopkins admissions officer

3    who says, "They, Asian-Americans, are not necessarily

4    under-populated here."  Do you see that?

5    **A.**  Yes, I see that.

6    **Q.**  And then you quote from the New York Times, which says,

7    "At the Berkeley campus of the University of California, more

8    than 20 percent of the undergraduates these days are Asian,

9    even though they make up only 5.3 percent of the state's

10   population.  At major graduate schools of business, such as

11   Harvard and Stanford, there has also been a disproportionate

12   representation of Asian students for almost a decade."

13   **A.**  Yes, I see that.  Can I go back and talk about the Johns

14   Hopkins University admissions officer?

15   **Q.**  We're just going to keep going.

16   **A.**  One of the students who worked for Johns Hopkins quoted

17   that to us to put in that article.

18   **Q.**  Excellent.  Thank you.

19        You've then write, "We believe this attitude

20   prevails among admissions officers and is reinforced by the

21   news media.  We feel there is no rationale in limiting the

22   percentage of Asian-American students in schools to the same

23   ratios reflected in the general population."

24        Those -- that's what you wrote, correct?

25   **A.**  That's correct.

1    **Q.**   Great.

2    **A.**   And Harvard does not limit the students to the general

3    population.

4    **Q.**   Okay.  The second stereotype that you wrote about is

5    narrow career interests; is that correct?

6    **A.**   That's correct.

7    **Q.**   Here, you quote a Harvard admissions officer who says,

8    "It is the diversity element that hurts most of the Asian

9    applicants because many who apply are pre-medical, science,

10   technical types."  Is that correct?

11   **A.**   That's correct.  We've heard that said.

12   **Q.**   Then you go on to say, "We feel admissions officers fail

13   to understand the cultural and historical reasons that

14   Asian-Americans turn to these fields."  Is that right?

15   **A.**   That's correct.

16   **Q.**   And you've then write, "We feel admissions officers must

17   learn to understand the cultural and historical reasons

18   behind many" -- or "behind the career choices of many

19   Asian-Americans and stop viewing these choices as symptoms of

20   some type of cultural deficiency."  Is that correct?

21   **A.**   That's correct?

22   **Q.**   Great.  Let's go now --

23   **A.**   So Asian-Americans at that point, as I said before, were

24   just beginning to come on campus.  So the only thing that

25   admissions officers learned about some of these students were

 1     things that they've seen and read in the media.  So we wrote

 2     this to educate the admissions officers.

 3     Q.  Okay.  Let's talk about the third category of stereotypes

 4     that you talked about.  You wrote about the stereotype of

 5     passive personalities, which I have on the screen now.  And

 6     you say, "We feel that some admissions officers think all

 7     Asian-Americans are passive or should be.  So they penalize

 8     those who do not conform to their racist stereotypes."

 9              That's what you wrote in 1983; is that correct?

10     A.  That's what the 25 of us agreed to, yes.

11     Q.  Okay.

12     A.  But this may not be in particular about Harvard.

13     Q.  I absolutely understand that, yes.

14     A.  Okay.

15     Q.  Yes.  We are very clear.  Thank you.

16     A.  Okay.

17     Q.  And then finally, the fourth stereotype that you wrote

18     about is the model minority myth.

19     A.  Yes.

20     Q.  To be clear, the model minority myth is the myth that

21     Asian-American students are the most hardworking, disciplined

22     students, driven people imaginable.  That's -- that's the

23     myth, correct?

24              And what you wrote about the myth is, "This model

25     minority myth has long been perpetuated to pit third world

1    student groups against us.  Both we and they are held up to

2    an impossible ideal image.  At the same time, this myth is

3    also used to whitewash the fact that we as a group have not

4    made it.  It is a myth difficult to reconcile with the

5    realities of discrimination, poverty, poor housing, cultural

6    repression and the like that still exist."

7              So these were the four stereotypes that you wrote

8    about, and you go on to say that, "Admissions officers must

9    acknowledge their responsibility to ensure that the exclusion

10   of Asian-American" -- "Asian-Americans into higher education

11   does not continue."

12   **A.**  Yes, that's correct.  And it has that Asian-American

13   admissions has improved since 1983.

14   **Q.**  Great.  So what I'd like to talk to you now about is the

15   brief that was filed in the case that you're -- for the

16   organizations that you are here to represent.

17   **A.**  Mm-hmm.

18   **Q.**  This is the that brief; is that correct?

19   **A.**  Yes, that's correct.

20   **Q.**  Okay.  So let's take a look at it.  On page 29, do you

21   see the brief says, "Asian-Americans have a long and tragic

22   history of racial discrimination in the United States."

23              Do you see that?

24   **A.**  Yes, I do.  I haven't read this since it was filed.  I'm

25   sorry.

1    **Q.**  No.  No need to apologize.  We'll just look at a couple

2    of passages together.

3         If we look down further on that same page, the

4    brief says, "Vestiges of this history remains.  Today,

5    Asian-Americans continue to face racial bias and are often

6    falsely stereotyped as timid, exotic, perpetual foreigners or

7    model minorities.  These views translate into barriers in the

8    workplace, where Asian-Americans are the group least likely

9    to be promoted to management even in industries where they

10   are employed in high numbers, such as the tech industry."

11        Do you see that?

12   **A.**  Yes, I see that.  And that's the reason why we have to

13   recognize these conditions.

14   **Q.**  And you agree with this statement; that's correct?

15   **A.**  Yes.

16   **Q.**  Yes.

17        And what this means is, that Asian-Americans still

18   face some of the same kinds of racial stereotyping that you

19   wrote about in your 1983 article?

20   **A.**  Some of them, yes.

21   **Q.**  So I'd now like to take a look at the declaration that

22   you submitted that went along with this brief.

23   **A.**  Mm-hmm.

24   **Q.**  This is your declaration; is that right?

25   **A.**  Yes, it is.

1    **Q.**  And here, in paragraph 27, which is on page 8, you

2    mention the article that we have been talking about, the

3    "Admissions Impossible" article; is that correct?

4    **A.**  Correct.

5    **Q.**  And then what you write about in the next paragraph, you

6    say that you "urged colleges to set up minority recruitment

7    programs, to hire Asian-American officers, to increase

8    training on cultural bias, and to be educated on the

9    stereotypes that work against Asian-American applicants."

10   **A.**  Yes.

11   **Q.**  Do I have that right?

12   **A.**  Yes.  The sentence before says, "Instead of demanding the

13   elimination of race as a consideration in admissions, as

14   plaintiff seeks in this lawsuit, we urge colleges to set up

15   minority recruitment programs, to hire Asian-American

16   admissions officers, to increase training and cultural bias,

17   and to become educated on stereotypes that worked against

18   Asian-American applicants."  Yes.

19   **Q.**  And you agree that all of the things that you identify in

20   this paragraph are important to addressing the bias against

21   and stereotyping of Asian-Americans at Harvard?

22   **A.**  Yes, that's what we wrote in 1983.

23   **Q.**  And that's what you agree with today?

24   **A.**  I think so, and Harvard has done many of these.  They

25   have actually increased the number of Asian-American

 1     admissions officers.  They continue to recruit minorities,

 2     and as far as I understand, understanding the demographics is

 3     part of training on cultural bias.

 4              MS. FASULO:  Thank you for your testimony,

 5     Dr. Chen.

 6              I have no further questions.

 7              MS. HOLMES:  Your Honor, if I may, I have a very

 8     brief --

 9              THE COURT:  Let's give Mr. Lee his turn and then --

10              MS. HOLMES:  Oh, I'm sorry.

11              MR. LEE:  I'll ask a question.

12     EXAMINATION BY MR. LEE:

13     **Q.**  Good morning.

14     **A.**  Good morning.

15     **Q.**  Just a couple of questions.  You were asked a number of

16     questions about your article written in 1983.

17              Have you been involved with Harvard admissions

18     since 1983?

19     **A.**  Yes.  In 2000, I became an alumni interviewer, but not in

20     the admissions office, an alumni interviewer.

21     **Q.**  Has much changed since 1983 in Harvard admissions?

22     **A.**  Yes, much has changed.

23     **Q.**  Last set of questions.

24              You mentioned that one of the activities of the

25     coalition was to oppose a write-in slate of candidates to the

1   Board of Overseers; is that correct?

2   **A.**   Correct.

3   **Q.**   Was one of them named Ron Unz?

4   **A.**   Yes, one of them was named Ron Unz.

5   **Q.**   He was sponsoring the elimination of race as a

6   consideration of Harvard admissions?

7   **A.**   Yes, that's right.

8            MR. LEE:   Thank you.   Thanks very much.

9   EXAMINATION BY MS. HOLMES:

10  **Q.**   Thanks, Professor Chen.   I just have a few follow-up

11  questions.

12           Concerning the article "Admissions Impossible,"

13  what was the ultimate recommendation of the 25 people who

14  were involved in preparing that article?

15  **A.**   The ultimate recommendation was to ensure and to keep

16  affirmative action and to make sure Asian-Americans were

17  included in race-conscious admissions at these colleges.

18  **Q.**   And you've personally studied what helps the promotion of

19  Asian-Americans in professional settings; is that right?

20  **A.**   Yes, that's right.

21  **Q.**   And what did you conclude?

22  **A.**   We concluded that professionals who were in diversity

23  programs such as those sponsored by their workplace or even

24  outside workplaces, in leadership programs, actually learn

25  different skills, met different people, that helped them move

1    up higher in the professional world and a little bit faster

2    as well.

3    **Q.**  And those diversity programs, is that something that is

4    race-conscious or race-blind?

5    **A.**  They are race-conscious.

6    **Q.**  Do you think that admissions officers are more aware of

7    stereotypes against Asian-Americans today than in 1983?

8    **A.**  Yes, I do.

9    **Q.**  And has this increased knowledge dispelled, to some

10   degree, the negative stereotypes against Asian-Americans in

11   admissions?

12   **A.**  Yes, I do.  To some degree, yes.

13           MS. HOLMES:  Okay.  No further questions.  Thank

14   you.

15           MS. FASULO:  We have no further questions.

16           MR. LEE:  Nothing further, Your Honor.

17           THE COURT:  You're excused.

18           We will take a break to let us reboot the system.

19   How long do you think you're going to need in?

20           THE COURT:  All right.  How about 11:15, we'll be

21   back on.

22           (Recess taken, 11:16 a.m.)

23           THE COURT:  All right.  You can call your witness.

24           Is everyone here?  Is everyone -- are we missing

25   anybody?

 1              Ms. Hacker, do you have everyone at your table?
 2    You have an empty chair there.
 3              MS. HACKER:  We're ready to proceed, Your Honor.
 4              THE COURT:  Okay.  Mr. Hughes, one of you.  Go
 5    ahead, when you're ready.
 6              MS. DINAN:  Your Honor, my name is Emma Dinan.  I
 7    represent the student Amici.  We'd now like to bring to the
 8    witness stand Sarah Cole.
 9              THE COURT:  Go ahead.
10              (SARAH COLE duly sworn by the Deputy Clerk.)
11              COURTROOM CLERK:  Will you please state your name
12    and spell your last name for the record.
13              THE WITNESS:  Sarah Francis Cole, Cole is spelled
14    C-O-L-E.
15    EXAMINATION BY MS. DINAN:
16    **Q.**  Can you describe your collegiate and graduate education
17    for the Court?
18              THE COURT:  All right.  Now that we have the
19    witness microphone fixed, you're going to have to really keep
20    your voice up.  Okay?  I'd like to be able to hear everybody
21    all on the same witness.
22    **Q.**  Can you describe your collegiate and graduate education
23    for the court?
24    **A.**  Yes.  I graduated from Harvard College in 2016 and the
25    Harvard Graduate School of Education in 2017.

Case: 19-2005   Document: 00117629239   Page: 446   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 62 of 217

62

1    **Q.**   What did you study in college?

2    **A.**   In college, I created any own concentration in education

3    and American Society.

4    **Q.**   How did you do academically at Harvard?

5    **A.**   I did well.  I got mostly A minuses and B pluses, earning

6    about a 3.6 GPA.  I did prioritize my activism and

7    extra-curricular activities, especially the Black Students

8    Association, over my classes, which is not anything I regret.

9    I feel like I got a lot out of those experiences and I was

10   still able to be admitted into the Graduate School of

11   Education with the grades that I got.

12   **Q.**   What have you done professionally since graduating from

13   Harvard?

14   **A.**   I teach.  I taught one year at a public school in Denver,

15   and I've been teaching for the last two years at a public

16   school in Washington, D.C. where I teach fifth grade

17   humanities.

18   **Q.**   Can you describe the demographics of your students?

19   **A.**   Sure.  My school is about 50 percent Latino, 40 percent

20   black, and the school I taught in in Denver was almost

21   entirely Latino, and both schools were serving students that

22   were mostly on free or reduced launch.

23   **Q.**   Prior to Harvard, where did you grow up?

24   **A.**   I grew up in Kansas City, Missouri.

25   **Q.**   Can you tell us a little about your family.

**A.**   Sure.  I have a younger brother, an older sister, and an
older brother.  I grew up with both of my parents.  They were
chronically underemployed and sometimes even unemployed.  My
father had a bachelor's degree from the University of Central
Missouri State, and my mom did not go to college.

We had a lot of financial instability growing up,
so there were some times when my family had enough money to
take vacations to Disney World and other times where we were
struggling to keep the lights on.  And for my family, being
black Americans, we didn't have generational wealth to really
fall back on.  So when my father lost his job, we were
struggling more.

Then on top of that, my parents were faced with
racial discrimination when they were trying to secure new
jobs.

**Q.**   How did your family's situation impact you?

**A.**   It definitely motivated me.  My parents, from the time I
was young, always told me that they wanted me to be able to
have a job that would allow me financial stability, and that
was also a job that I chose, that I found meaning in.  And so
that was always a big motivation for me.  And then also, when
I was younger, I didn't necessarily realize or understand how
we were facing financial instability, but as I got older, I
was more aware.

And in high school, once when my father was laid

1   off, I got to witness him waking up early to get in line for

2   food pantries so that we could have food, applying for

3   programs that would help us to be able to pay for our

4   utilities.  He took a job working for the Census Bureau,

5   going door to door just so that we could have income.  And I

6   was just so proud of him and so inspired by his commitment to

7   do whatever it took to make sure our family was taken care

8   of, to make sure we had a roof over our head, food in our

9   bellies, electricity and seeing how hard he was working.  And

10  the sacrifices he was making made me want to work as hard as

11  possible so that his sacrifices would be worth it.

12  **Q.**  How did this motivation drive you in middle school and

13  high school?

14  **A.**  If I was going to have a career that was going to allow

15  me to have financial security and was going to be a career

16  that I found meaning in, I knew that I would have to go to a

17  college that was a great college, and I knew that if I had --

18  wanted to go to a great college, I would have to go to a

19  great high school, and that wasn't going to be the public's

20  high school that I was supposed to go to because that high

21  school didn't have full accreditation.

22          So I knew from a very young age that I would have

23  to be able to earn a scholarship to attend a private college

24  prep high school.  So in middle school, I was always working

25  to that end and working really hard to that end, and I was

```
 1    able to earn a nearly full ride scholarship to the Pembroke

 2    Hill School, which is arguably the best private college prep

 3    school in Kansas City.

 4    Q.  How did you obtain your academic scholarship to attend

 5    Pembroke?

 6    A.  I had to submit my grades, take some of tests, get

 7    letters of recommendation and write an essay my eighth-grade

 8    year.  And actually, it was the first year Pembroke was able

 9    to offer a scholarship of that size.  And the two other

10    students that received that scholarship were also -- happened

11    to be students of color.  They were lower-income students and

12    they both ended up going to Stanford and Princeton when we

13    graduated.

14    Q.  I'm going to show you page 6 of Exhibit SA4.

15         Do you recognize it?  What is it?

16    A.  Yes.  This is my high school transcript.

17    Q.  How did you do academically at Pembroke Hill?

18    A.  I did really well.  I got straight As and A pluses, and I

19    took challenging courses, lots of advanced placement courses,

20    and I worked really hard in all of my classes to make sure I

21    earned an A.

22    Q.  I am now going to show you page 19.

23         Do you recognize it?  What is it?

24    A.  Yes.  This is from my resume.  It's a summary of my

25    academic achievements.
```

1   **Q.**   The first entry describes the Duke University Talent

2   Identification Program.

3          Can you tell me what that is and how you were

4   involved with it?

5   **A.**   Sure.   So through the Next Generation Venture Fund I was

6   able to go to Duke TIP, the Talent Identification Program.

7   And the Next Generation Venture Fund was a scholarship

8   program for lower income/higher achieving students of color

9   that allowed us to go to different summer camps.   I went

10  to -- over the course of a few years, Duke a couple of times,

11  Davidson College and even was able to travel to China to take

12  a course there.

13         But even more importantly, I really credit this

14  program with being able to go to Harvard because they

15  provided us with so much support during the college

16  application process.   I received a coach for my essay, my

17  application essay, and they also paid for ACT and SAT test

18  prep.   The SAT test prep increased my scores by about 200

19  points, which was a lot, and this is obviously something that

20  was very great for me, but it was also, on the other hand,

21  frustrating for me because I knew my friends at Center High

22  School, which is high school I would have attended, did not

23  have access to be able to pay for a test like -- pay for test

24  prep like that or even knew about test prep like that.

25  Whereas my friends at Pembroke had been taking it since their

Case: 19-2005    Document: 00117629239    Page: 451    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 67 of 217

67

1    sophomore year of high school.

2          So it was just another example to me of the

3    differences and access to opportunities to be able to, like,

4    really cultivate and curate a strong college application

5    process depending on where you're from.

6    **Q.**  Please turn to the next page.

7          Do you recognize it?

8    **A.**  Yes.  This is also for my resume.  It's a summary of my

9    extra-curricular activities, my community service and my

10   employment at TJ Max.

11   **Q.**  What is Engaged KC Youth Leadership Board?

12   **A.**  Engage KC was a board of youth in Kansas City that were

13   each of us selected by our counselor person, and we would

14   meet, I think it was once a week, maybe once every other

15   week, to discuss and strategize around issues affecting youth

16   in Kansas city.  For example, how many youth in Kansas City

17   were college bound, and I was on the communications body,

18   meaning that I was in charge of the social media and

19   outreach.

20   **Q.**  How would you describe your experience at Pembroke Hill?

21   **A.**  I received an excellent education at Pembroke.  By the

22   time I was graduating from Pembroke, I felt ready for a

23   rigorous education at Harvard and -- yeah, I just felt very

24   prepared.

25          On the other hand, it was pretty socially

1    isolating.  I was one of only a few -- a small handful of

2    black students there, which made it difficult to feel really

3    racially and culturally a part of the school, but we did --

4    the small handful of us, we did really stick together and

5    support each other, especially when we encountered, like,

6    casual racism, which was not infrequent.

7    **Q.**  Can you recall your sentiments during high school about

8    your contribution to the Pembroke community?

9    **A.**  Yeah.  I felt like I had a responsibility to and the

10   opportunity to show my peers and my teachers what a different

11   example of what it could look like to be both black and

12   academically excellent.  I didn't coax, which by that I mean

13   I didn't try to talk more formally or present myself in a way

14   that's more white passing.  I just spoke the way that I

15   spoke.  I walked the way that I walked.  I dressed the way

16   that I dressed, and I still did really, really well

17   academically.

18          And so I tried to challenge their stereotypes and

19   their understandings of what you had to look like and what

20   you had to sound like in order to be intelligent.

21   **Q.**  Why did you apply to Harvard?

22   **A.**  My college counselor told me to.  He felt like I had a

23   chance.  At -- at Pembroke we had, actually, a college

24   counseling suite with several college counselors, and I was

25   assigned one of them.  And he felt like I would have a very

**JA2602**

Case: 19-2005    Document: 00117629239    Page: 453    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB  Document 648   Filed 04/18/19   Page 69 of 217

69

1    good chance of getting in Harvard, which, again, this is

2    another example of something that was really great for me to

3    have a college counselor that took the time to get to know me

4    and actually believed in me.  But when I think of my friends

5    at Center, the school I would have gone to, in conversations

6    I had with them just learning about how they had to fight to

7    be able to get a chance to see their college -- not their

8    college counselor -- their school counselor, their guidance

9    counselor to get advice on the college application process.

10   And then when they would finally get to see her, she would

11   often discourage them from even applying to college at all.

12   And this was just another example of students, because of

13   where they're from, because of what they look like, not

14   having someone believe in them, whereas, because I was at a

15   school that had the resources to have counselors actually get

16   the time to get to know me, I had just a different

17   experience.

18   **Q.**   What was your reaction when you were admitted to Harvard?

19   **A.**   I cried.  I felt like my acceptance to Harvard validated

20   all of the hard work that I had put in my entire life,

21   validated the sacrifices my family had made, and yet I had

22   zero desire to go to Harvard.  I saw Harvard as a, like,

23   stage two of my high school.  A school -- I saw Harvard as a

24   school that was made for wealthy white people and where I

25   would be, again, in the minority and where I would, again,

1    have to constantly deal with casual racism, constantly try to

2    teach my peers and superiors how to be less racially biased,

3    and I didn't want to have to go through another four years of

4    that.  So I didn't have any interest in attending Harvard.

5    **Q.**  Why did you decide to attend Harvard?

6    **A.**  So I had the chance to visit Harvard and that visit

7    completely changed my mind about it.  The undergraduate

8    recruitment minority -- the undergraduate minority

9    recruitment program connected me with a young black woman who

10   was a student there at the time, and she and I are still

11   friends.  So I was able to stay with her and she introduced

12   me to her group of friends.

13         And I can just remember sitting in Annenberg Hall

14   eating dinner at a table full of young black people and we

15   were laughing together and talking about politics and pop

16   culture and academia and having this, like, huge wide breadth

17   of conversation, and I just enjoyed it so much.  I was like

18   "Oh, wait.  I actually can see myself here, and I feel like I

19   could fit in here, and I feel like I could have community

20   here in ways that I just never imagined I could have."  And

21   that made me want to go there.

22   **Q.**  What was your experience as a freshman at Harvard?

23   **A.**  Not what I expected.  It was an interesting year.  My

24   freshman fall, I took a class called Urban Problems and

25   Politics, and I was reviewing the syllabus and saw that there

1    was -- at no point, a chance for us to learn about urban

2    violence, which is something that I think is like an

3    essential part of the conversation, if you're talking about

4    urban problems.

5            So when I asked the professor about it, he was

6    like, "Oh, yeah.  Well, I just don't really know anything

7    about it, so we're not going to talk about it."  And I was

8    like, "Well, can we in the next reading?"  He was like, "No,"

9    which was very frustrating to me because it showed to me that

10   he didn't think that this was an important topic.  And so

11   instead of addressing issues that I see as important, we

12   spent the semester learning about building codes.

13   **Q.**  Can you explain further why you perceive this to be a

14   fundamental issue?

15   **A.**  Yeah.  It's a personal issue.  It hits really close to

16   home.  Kansas City has some of the highest homicide rates in

17   the country, some of the highest youth homicide rates in the

18   country, and the summer after my junior year of high school,

19   I -- one of my closest childhood friends lost her best friend

20   to gun violence.  He was shot and killed by another young

21   person.  And the loss of his life, which was -- I mean, we

22   always say like a promising life, but it really was just a

23   promising exuberant life.  It really woke me up and I

24   committed myself to try to find solutions in ways to prevent

25   youth violence in Kansas City.

1          I spent my senior year at Capstone Project

2     researching the issue and looking for solutions.  I brought

3     it up to the Engaged KC Youth Board, and we ended up making

4     recommendations to city leadership.  I was able to work with

5     the mayor the following summer on a major initiative that was

6     actually fairly successful at preventing or at least

7     decreasing youth violence in Kansas City, and that program

8     actually still continues.  And this was -- that experience

9     and the path that it kind of sent me on was the subject of my

10    essay.

11         And so after I had just spent a year, like, really

12    pouring myself into this issue of youth violence and urban

13    violence, to then hear this Harvard professor dismiss the

14    topic altogether and make it seem like it wasn't important

15    was just absurd to me.  And to me, it shined a light on

16    Harvard's disinterest in the particular problems of

17    communities of color and how Harvard's faculty kind of

18    determined what they prioritize in the classes they offer and

19    in their research.

20    **Q.**  I'm going to show you page 18 of your admissions file.

21         Is this your personal statement to which you were

22    referring?

23    **A.**  Yes, it is.

24    **Q.**  Were there other significant events during your freshman

25    year that impacted your impression of the racial diversity

1   climate at Harvard?

2   **A.**   Yes.  And in, I think it was November of my freshman

3   year, a Harvard student published an article in Harvard's

4   newspaper about affirmative action.  And in that article she

5   said that admitting black students to Harvard was like

6   teaching a blind person how to be a pilot.

7   **Q.**   How did this impact you?

8   **A.**   I was outraged.  Up to that point no one had suggested to

9   me, not anyone from back home, not anyone at Harvard had

10  suggested to me that I did not deserve to be at Harvard

11  because of my race.  And then it wasn't even just me.  It was

12  an entire race of people.  The suggestion that an entire race

13  of people could never actually deserve to be at Harvard was

14  ridiculous to me.

15          But I will say that the Black Students Association

16  was a saving grace at that time.  I was able to really find

17  community, and we were able to really lean on each other.

18  And even though we were outraged that someone had the

19  audacity to assert that despite our accolades and our

20  achievements and all the challenges we had overcome we

21  weren't deserving of being at Harvard, we were able to

22  support each other and remain steadfast in our confidence

23  that we did deserve to be there, and we did deserve the

24  opportunity to be at Harvard.

25  **Q.**   What effect did these experiences have in motivating you

1    to engage in activist spaces on campus?

2    **A.**  It definitely pushed me to participate in and create

3    spaces of activism on campus.  My sophomore year I had helped

4    to create The Diversity Report, which was a coalition of

5    students of color, so it was black students, Latino students,

6    Asian students working together to advocate that Harvard

7    better provide institutional support to lower-income students

8    of color.

9         We created a grade card for different

10   administrators on how they were supporting racial diversity

11   on campus, and we found them to have received an

12   unsatisfactory grade.  And with that grade, we provided them

13   a set of demands in order to have a better score, demands

14   like increasing the number of faculty of color, demands like

15   providing diversity, racial diversity training for the

16   faculty so that they could better engage with students of

17   color and with lower-income students of color.  Yeah.

18   **Q.**  What other activities were you involved in?

19   **A.**  Starting my freshman year I was really involved with the

20   Black Students Association, and by my senior year I was the

21   president of the Black Students Association.

22        This was an interesting time to be president

23   because that summer before junior year started, Eric Garner

24   was killed by police and Michael Brown was also shot and

25   killed by police.  And the deaths of black people at the

 1    hands of police completely became my focus as president of
 2    BSA, and I had quite a bit of responsibilities in that role.
 3    I was responsible for, like, trying to come up with ways for
 4    Harvard's black community to grieve and process and feel
 5    empowered through demonstrations and rallies.  I had the
 6    responsibility of helping administrators figure out how to
 7    really support the campus.  I worked with other student
 8    groups, white student groups, Latino student groups to help
 9    them think through, first of all, just what was Black Lives
10    Matter and also figure out how they could be better allies.
11            So I had a lot on my plate, and it was a pretty
12    intense year.  And it was an intense year coming after
13    another intense year.  So my sophomore year I was doing the
14    work with the diversity report where I was advocating for
15    administrators to better support lower-income students of
16    color and felt like most of my advocacy got ignored pretty
17    blatantly, so that was an emotionally exhausting and pretty
18    disheartening year.  And then I kind of went through that in
19    another way when I was BSA president seeing life after life
20    after life being ended and not much justice being given to
21    black people at that time.  So by the end of junior year, I
22    was even more emotionally and physically exhausted.
23    Q.  What were your interactions with Harvard's administration
24    when you were president of the Harvard Black Students
25    Association?

**JA2609**

**A.**   Yeah.  So Dean Khurana called me one day out of the blue
and asked me to help him write an email that he was going to
send to the entire student body in response to the police
shootings of black people.  And honestly, I was a little
frustrated by the call because we ended up spending about an
hour drafting this email, and that wasn't time that I had
offered, and this was on top of all the other
responsibilities I had to tend to.

       But I will say that after that phone call, Dean
Khurana continued to call me, but those phone calls were
often to check in on me, see how I was doing.  If he saw me
in the dining hall, he would ask me how I was doing and would
ask if there were things that he could do with the black
community.  So I do think even though that first phone call
was a bit frustrating, his heart was in the right place, and
he did really want to see -- he did really want to make
Harvard's campus a more welcoming and supportive space for
black students.  And I often wondered if his willingness to
feel that and to think that way was because he was also a man
of color.

       Because when I think of other Harvard
administrators, not necessarily that I had conversations with
while I was BSA president but especially while I was working
with the diversity report, I often felt like they were
unwilling to take the claims and opinions and pain of

1    students of color seriously.  We would sit at a table with

2    Harvard administrators and ask them what felt like nothing,

3    ask them to provide diversity trainings to professors, and

4    they would just tell us no, or they would tell us it's not

5    possible without much thought, and it just felt like they

6    were being so dismissive.  But there was another

7    administrative figure, the late Dr. Counter, who was at the

8    time a director of the Harvard Foundation.  He was someone

9    else who I felt like was invested in my personal well-being

10   but also in the uplift of the black community.  He always

11   showed up.  He always gave his time.  He also would check in.

12   But again, this was another man of color, a black professor.

13   And I think this kind of shows me again the importance of

14   being able to have more faculty of color on Harvard's campus

15   so that students of color have access to these mentors, these

16   support systems and the professors and faculty at Harvard as

17   well.

18   **Q.**   In your personal experience, do you think the Harvard

19   administration adequately supports students of color?

20   **A.**   I don't think so.  And in conversations even with black

21   alumni, it's clear to me that the same problems we were

22   dealing with the alumni had been dealing with decades ago.

23   It was the same problems being iterated over and over again,

24   and there might have been like some progress, but Harvard as

25   an institution in general had refused to make actual

 1    institutional changes to better support students of color,

 2    which to me is like why representation of students of color

 3    on Harvard's campus matters so much, because Harvard

 4    administration and Harvard as an institution has so

 5    consistently refused to provide support to students of color,

 6    so we've had to do that work ourselves.  We've had to create

 7    those support systems.  We've had to create the community

 8    that allows us students of color to feel confident and able

 9    to thrive on its campus.  And if you have fewer students of

10    color on Harvard's campus, then there's fewer people to do

11    that work and that work becomes more exhausting.

12    **Q.**  What impact would a reduction of African-American

13    representation at Harvard have on Harvard's racial climate in

14    academic benefits?

15    **A.**  It would have a severely adverse impact on Harvard's

16    racial climate.  I think back to when the black community on

17    Harvard's campus was grieving deeply when we were being

18    inundated with news story after news story of black people

19    being killed by police officers, meanwhile our white

20    classmates seemed completely unfazed.  And we couldn't lean

21    on them.  We could only really lean on each other to be able

22    to grieve and process what was happening.  And it was so

23    important at that time to be able to have like a strong

24    community that we could lean on for that type of support.

25            And then in terms of academics, there is so much

```
 1    value that black students offer academically.  They make

 2    classes -- the class and learning experiences so much richer.

 3    I can't tell you how many times I've had professors email me

 4    thanking me for the contributions I've made in class or

 5    classmates stopping me outside of class thanking me for

 6    sharing my perspective.  I remember once I had shared my

 7    perspective on an issue as a black woman specifically, and

 8    the woman stopped me after class and thanked me for sharing

 9    my prospective.  That's just me.  I'm only one person.  I'm

10    sure that that's happened, even if people aren't

11    communicating it to so many of the black students on

12    Harvard's campus.  So the learning would be less.  There

13    would be less learning if there were fewer black students.

14    Q.  Now, we've focused on your racial identity and related

15    experience for some time.  Do you also identify with a

16    particular socioeconomic status?

17    A.  Yes.  Working class.

18    Q.  How is your perspective shaped by your socioeconomic

19    identity?

20    A.  As I touched on earlier, my experiences as a

21    working-class black person motivate me to be able to make the

22    sacrifices and hard work of my parents worthwhile.  I also

23    think that my experiences lead me to really feel in

24    solidarity with lower-income people and lead me to feel a

25    strong commitment to fighting for a world where people don't
```

1    have to endure the hardships of poverty, and this is a big

2    reason why I teach.

3    Q.  To what extent does your perspective differ in any way

4    from others of the same socioeconomic status because of your

5    ethnicity?

6    A.  It just does differ.  The experiences of a black

7    working-class person are different from the experiences of a

8    white working-class person and are different from the

9    experiences of an Asian or Latino working-class person.  The

10   particular prejudices and stigmas and barriers that I face as

11   a black working-class woman are simply different than those

12   other groups.

13   Q.  What benefits does socioeconomic diversity produce on

14   Harvard's campus?

15   A.  I think it definitely produces both social and learning

16   benefits.  It makes Harvard's campus a richer place, and it's

17   one of many parts of students' identities that adds benefits

18   to Harvard's campus, including like the racial diversity, how

19   that also adds benefits to Harvard's campus.

20   Q.  What differences are there in the academic benefits

21   flowing from socioeconomic diversity compared to those

22   flowing from racial diversity?

23   A.  They're different.  The perspectives and experiences that

24   low-income students bring to Harvard's campus to make it a

25   richer campus are different than the perspectives and

1    experiences that students of color bring, and those are

2    different than the perspectives and experiences that lie at

3    the intersection of low-income students of color.  And so

4    because they're different, like, we get different benefits

5    from them.

6    **Q.**  Do you have any personal experience on that, on the

7    difference between those?

8    **A.**  Yeah.  So when I think about the students who were most

9    likely to advocate for Harvard to do better by students of

10   color, oftentimes it was the low-income students of color

11   because they were more impacted by the racial barriers at

12   Harvard, and we have -- like, all students of color

13   experience them, but it was often most impacting lower-income

14   students of color.

15            Then when I think about my own family and my own

16   family's history of financial instability, I can see where

17   there's like that difference in experience and perspective

18   that comes from being a person of color in addition to

19   experiencing financial instability.  So I imagine a white

20   working-class father being laid off from his job and maybe

21   even struggling to find work, but he doesn't have to face the

22   disadvantages and discrimination that my black father had to

23   face when he was laid off from his job and unable to find

24   work.

25            But on the on the other hand, even when we were

**JA2615**

1    doing well financially and we were able to take vacations, we

2    couldn't fully enjoy those vacations because when we entered

3    white spaces, we were being called the "N" word.  I have

4    memories of that from what I was eight years old; or when my

5    mother didn't have to work because my father was making

6    enough income and she could be more involved in our

7    education, she was often pretty ridiculously mistreated by my

8    teachers because they didn't want to take her claim seriously

9    that her black daughter might be gifted and that her black

10   daughter might be deserving of a more rigorous education.

11           And so regardless of whether we were struggling

12   financially or not, our race has always shaped our

13   experience, and that is a part of what I'm able to offer and

14   black students are able to offer to the learning environment,

15   because we have those particular experiences.

16   **Q.**  What do you think Harvard needs to do to attend to its

17   student community?

18   **A.**  It needs to be honest about the experience of students of

19   color.  And it needs to be willing to listen to the students

20   of color.  It needs to really take seriously the need to

21   cultivate a culture of basic respect where I am not cursed at

22   or physically assaulted just because I'm marching through

23   campus saying that black lives matter.

24           There should probably be a high-level administrator

25   who is specifically dedicated to the work of making sure

1    Harvard's campus is a welcoming campus for students of color.

2    They need to be willing to invest in adequate racial

3    diversity training for their professors so that the

4    professors are able to teach black and brown students but

5    also model for all of their students what it looks like to be

6    a leader in a diverse world, because all of their students

7    are looking to them as mentors in that way.

8            Harvard needs to be more proactive about attracting

9    and placing on tenure professors of color, not only because

10   professors of color are often -- students of color more

11   readily see professors of color as mentors because also

12   because the research of your professors is often, at least in

13   what I experience, shaped by their identity.  And right now

14   Harvard has a social responsibility to support professors

15   that are doing research that affect communities of color, to

16   name a few things.

17   Q.  Based on your experience, what do you think would happen

18   if Harvard invested less in or got rid of race-conscious

19   admissions and focused more on supporting students of color

20   on campus?

21   A.  I think, first of all, fewer students of color would

22   apply.  If Harvard adopted race-blind admissions, that would

23   signal to students of color that Harvard was disinterested in

24   us.  Race-blind admissions is an active erasure.  To try to

25   not see my race is to try to not see me simply because there

Case: 19-2005   Document: 00117639239   Page: 468   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 84 of 217

84

1    is no part of my experience, no part of my journey, no part

2    of my life that has been untouched by my race.  And because

3    of that, it would be nearly impossible for me to try to

4    explain my academic journey, to try to explain my triumphs

5    without implicating my race.  So I couldn't even submit an

6    application, and so many other students of color would

7    probably feel that way, too.

8          And if there are fewer students of color applying

9    to Harvard, that means there are a fewer students of color

10   accepting the chance to go to Harvard, and there would be

11   fewer students of color there, which means there would be

12   fewer students of color able to create that support system

13   that I talked about earlier.  So it would actually be pretty

14   counterintuitive to try to make Harvard a more supportive

15   place for students of color if you adopted race-blind

16   admissions.

17         It's really important to value representation on

18   campus in addition to finding ways to provide greater

19   institutional support.  Representation and institutional

20   support are equally important.

21         MS. DINAN:  Thank you, Sarah.

22         MS. HACKER:  SFFA has no questions for this

23   witness, Your Honor.  Ms. Cole, thank you for being here

24   today and sharing your testimony with us.

25         MS. CONNOLLY:  And Harvard has no questions.  Thank

**JA2618**

```
 1    you, Ms. Cole, for your testimony.

 2              THE COURT:  You're excused.  Thank you.

 3              MS. McCLELLAN:  Good morning, Your Honor.  Cara

 4    McClellan for Amici Organizations.  Amici organizations would

 5    like to call Ms. Catherine Ho.

 6              (CATHERINE HO duly sworn by the Deputy Clerk.)

 7              COURTROOM CLERK:  Can you please state your name

 8    and spell your last name for the record.

 9              THE WITNESS:  Catherine Ho, H-O.

10    EXAMINATION BY MS. McCLELLAN:

11    Q.  Good morning, Ms. Ho.

12    A.  Good morning.

13    Q.  Where do you attend college?

14    A.  I go to Harvard College.

15    Q.  And when are you expected to graduate from Harvard?

16    A.  I'm in the class of 2021.

17    Q.  And how are you associated with this lawsuit?

18    A.  I am a co-president of the Asian-American Women's

19    Association, also known as AAWA.

20    Q.  And how is AAWA associated with this lawsuit?

21    A.  So AAWA and I submitted a declaration as an Amici.

22    Q.  And did you also submit an amicus brief?

23    A.  Yes.

24    Q.  How would you describe your racial or ethnic background?

25    A.  I identify as Asian-American, more specifically
```

1    Vietnamese-American.

2    **Q.**   And when did your family emigrate from Vietnam?

3    **A.**   So my parents came in the early '90s.  My parents were

4    both refugees because of the war, and my dad came over in I

5    believe '91, and my mom came over in '94.  And in that time

6    they maintained communication through writing letters to each

7    other, which I still have now.

8    **Q.**   What do your parents do for a living?

9    **A.**   My mom is a small business owner and my dad is an artist

10   and blows glass.

11   **Q.**   Have your parents' experiences as refugees from Vietnam

12   impacted you in any way?

13   **A.**   Definitely.  So besides the fact that I'm a

14   first-generation American, like, bridging that divide between

15   what I experience at home and what I experience, like,

16   outside of the house, also, the fact that they weren't able

17   to obtain a higher education because of the war and because

18   of their status as refugees has informed how I think about

19   education as a privilege and, like, how privileged I am to be

20   able to go to college at Harvard.

21   **Q.**   Where did you grow up?

22   **A.**   I grew up in Louisville, Kentucky.

23   **Q.**   And where did you attend high school?

24   **A.**   I went to duPont Manual High School.

25   **Q.**   What kind of high school is that?

Case: 19-2005    Document: 00117629239    Page: 471    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 87 of 217

87

 1    **A.**   It's a public magnet school, so we had five magnets, and

 2    everyone who was at the school had to apply in some way.

 3    **Q.**   I want to talk a bit about your experience applying to

 4    Harvard.  First of all, when you applied to Harvard, what was

 5    your GPA or class ranking?

 6    **A.**   I believe I was seventh out of the class of 400 plus, and

 7    my GPA was weighted at the end of graduation, 4.48.

 8    **Q.**   Did you take the ACT?

 9    **A.**   Yes.

10    **Q.**   Would you be willing to share your ACT scores?

11    **A.**   Yes.  It was a 35 composite.

12    **Q.**   And when you applied to Harvard, did you submit an essay?

13    **A.**   Yes.  I submitted three.

14    **Q.**   Okay.  Can you tell us about your first essay?

15    **A.**   Yeah.  So the one on the common app was about the

16    Vietnamese language, so Vietnamese doesn't have the

17    conjugations that other languages might have.  So how we talk

18    about the past, the present and the future are all the same

19    conjugation.  So I wrote about that and how that's kind of

20    reflective of my parents' experience coming to America.  And

21    even though obviously they did not ask for the war, they did

22    not ask to have to move and leave everything they knew

23    behind, they just kept rolling on, like, this is life, we

24    have to deal with it, and how that has informed how I feel

25    about my life.  And yes, life will throw difficulties your

1    way, but you just got to keep going sometimes.

2    **Q.**  Tell us about your second essay.

3    **A.**  My second essay that was also on the common app was about

4    working in the refugee center that my mom utilized when they

5    first went to Louisville.  So she went to this community

6    center, and that's where she learned English and, like, how

7    to be an American, how to live in America.  And the community

8    center still exists today, and when I was in high school, I

9    volunteered there, and how I felt like it was coming full

10   circle and how my identity and how my mother's experience had

11   encouraged me to pursue these opportunities.

12   **Q.**  Tell us about your third essay.

13   **A.**  Yes.  So this was the one that Harvard -- the

14   supplemental one for Harvard.  And it was about going to

15   Vietnam and seeing how different the world there is and how

16   different the lived experience there is and having a better

17   appreciation for everything that my parents had to go through

18   and, like, the divide they really had to bridge.  And also it

19   impacted me in the way that I view, like, the world, and

20   we're all connected and how, even if I don't necessarily

21   impact Vietnam, there's things that I can do in Louisville or

22   in Cambridge and Boston that can impact my direct community.

23   **Q.**  All three of your essays indicated that you are

24   Vietnamese?

25   **A.**  Yes.

1    **Q.**  Was it important to you to be able speak about your race

2    and ethnicity in your application to Harvard?

3    **A.**  Definitely.

4    **Q.**  Why?

5    **A.**  Because for me race has influenced all of these factors

6    of my life, like the idea of intersectionality, which is the

7    idea that facets of our identity are not concrete, like the

8    fact that they all influence each other, and I can identify

9    more with the fact I'm Vietnamese-American or a woman or

10   college student or my age or whatever, the amount to which

11   these different things affect me differs from room to room

12   and from time to time.  And these factors are not static.

13   They, like, all influence each other.

14         So if race were to have been removed and I couldn't

15   have talked about that, I don't know what I would have

16   written about because all of my experiences are informed by

17   the fact that I am Vietnamese-American.

18   **Q.**  Could speaking about your socioeconomic status have

19   allowed you to present your whole self if you could not

20   discuss race?

21   **A.**  No.

22   **Q.**  Why not?

23   **A.**  Because going back to the idea that all of these factors

24   influence each other, part of coming from my socioeconomic

25   background is because my parents are refugees, and, like,

1    that is part of the story.  So if you remove this critical

2    part, the story is not complete.  The story can't really even

3    be told, really.

4    **Q.**  Have you ever viewed your Harvard application packet?

5    **A.**  I have.

6    **Q.**  Why?

7    **A.**  Because I think it was just something that I was

8    interested in.  And also, as a first semester, first year, as

9    a freshman, I think a lot of students just want to see what

10    the school thinks about them.  It's kind of fun because

11    there's so much mystery around it.

12    **Q.**  What was your reaction when you reviewed your application

13    packet?

14    **A.**  At first I was a little creeped out because Harvard had

15    identified me as somebody who would be interested in the PBH,

16    which is the Phillips Brooks House, which is an umbrella

17    organization for all of these service organizations on

18    campus.  So I viewed this in the winter of like the second --

19    I guess like this time last year.

20          And I had already started working with PBH and

21    certain programs.  It was really weird that Harvard, like,

22    had been able to identify that.  But also it mentioned my

23    essays and being Vietnamese-American.  And I actually called

24    my dad right after the viewing, and I was like, they've

25    talked about how I was Vietnamese-American.  Because for him

 1    and for my mother as well, I don't think there are many

 2    narratives about being Vietnamese-American in America, so

 3    just to be able to say, like, our story matters to them was

 4    really important.

 5    **Q.**   Was Harvard your first choice?

 6    **A.**   It was not.

 7    **Q.**   What was your first choice?

 8    **A.**   I applied early decision to Columbia and got first

 9    deferred and then did not obtain admission to Columbia.

10    **Q.**   Why did you decide to go to Harvard?

11    **A.**   Because I think for me Harvard provided a lot of

12    opportunities, like the idea of the liberal arts.  And even

13    now, like, being able to take so many different classes and

14    not really having to put yourself into, like, one

15    concentration, which is what we call our fields of study, I

16    think that was really important.

17            And coming in, I knew I had an interest in two very

18    different subjects that I wouldn't be able to bridge

19    otherwise.  But also, like, going to Harvard meant like

20    something that I could, like, show to other

21    Vietnamese-Americans that they could also obtain this.  And I

22    think that was really important to me as well.

23    **Q.**   Was the diversity that Harvard offered important to you

24    when you applied?

25    **A.**   Definitely.

**JA2625**

1    **Q.**  And did you visit Harvard?

2    **A.**  I visited Harvard during Visitas, which is the admissions

3    weekend for seniors in high school.

4    **Q.**  And can you tell us a little bit about that visit.

5    **A.**  Yes.  So during the visit, we have something called the

6    activities fair where all these hundreds of organizations,

7    like, hand out promotional material or, like, talk about

8    their organization.  And even though, like, walking around I

9    just saw people who I felt like I could connect with or saw

10   diversity of students, at this activities fair specifically I

11   saw like booths for the Asian-American Association or

12   Asian-American Women's Association, which I later became

13   involved in, like, the reality that these organizations were

14   on campus and provided a space for students to come together

15   and just make friends and also, like, for other reasons was

16   really important for me.  And seeing these organizations made

17   me realize that Harvard definitely could be a home for me and

18   has since become a home for me.

19   **Q.**  And now that you are a student at Harvard, how are you

20   doing academically?  What grades have you received?

21   **A.**  Yeah.  I've been doing pretty well.

22   **Q.**  Will you be willing to share with us your grades?

23   **A.**  Yeah.  It's a 3.8.

24   **Q.**  So you mentioned that you are involved in AAWA.

25   **A.**  Yes.

**JA2626**

1    **Q.** What is AAWA?

2    **A.** So AAWA is again the Asian-American Women's Association.

3    It was active when Radcliffe, which was the institution that

4    was the sister school to Harvard when Harvard was only for

5    men, it was active during that time. And it kind of died off

6    for a while.

7    But in the 2014-2015 school year our co-presidents,

8    refounding co-presidents felt there was a need for there to

9    be a space on campus for Asian-American women that was

10   non-competitive and open to all genders and identities to

11   where we could come together and not only support each other

12   but specifically identify forces and I guess -- yeah, forces

13   that have affected your lives not only at Harvard but beyond

14   and how to put that and to -- like, to be able to express

15   that and to realize those forces are the same, even if they

16   manifest in different ways, and then also how to take

17   tangible steps to address those barriers.

18   **Q.** Is there more than one affinity group for Asian-American

19   students at campus?

20   **A.** Yes.

21   **Q.** Approximately how many are there, if you know?

22   **A.** I think it's hard. There are so many because there's

23   such a wide diversity of Asian-American experiences but

24   probably like 20 or 30, somewhere along there.

25   **Q.** Would you say there's diversity within AAWA?

1    **A.**  Yes.

2    **Q.**  Is the diversity within AAWA important to you?

3    **A.**  Definitely.  As a Southeast Asian-American, I think

4    that -- especially Vietnamese-American, I think that that is

5    very different than some other experiences, Asian-American

6    experiences.  So I think that even within AAWA, being

7    Pan-Asian is really important because we realize how diverse

8    the Asian-American experience is.

9    **Q.**  You mentioned that you are co-president of AAWA.

10   **A.**  Yes.

11   **Q.**  What are your duties as co-president?

12   **A.**  Specifically I kind of oversee the dialogue committee and

13   also outreach committee, but also we go to meetings where,

14   for our board meetings we will organize events for all of the

15   general members.  We also are on the women's cabinet and also

16   Pan Asian Council.

17   **Q.**  How much time do you spend in your role as co-president?

18   **A.**  About five to ten hours a week.

19   **Q.**  And how has AAWA affected your experience at Harvard?

20   **A.**  So when I was a first-year, I always knew that I wanted

21   to, like, be in an Asian-American organization, and

22   specifically for me, AAWA was really important because it was

23   particularly identity-based, and I felt like it was a place

24   where I could talk about things that I had experienced.

25           And AAWA for me, especially during my first year,

 1    was a huge source of support, not only having friends but

 2    also tangibly.  Like, there are older students in the

 3    organization who could tell me like, oh, maybe don't take

 4    these two classes together, just very tangible information

 5    about, like, how to be a student at Harvard.

 6            And then now, as a sophomore and having sort of a

 7    leadership role, I think being able to be in a mentor-type

 8    role to first-year students is really important because I

 9    think that it just shows that you belong on campus and you

10    have a space on campus.

11    Q.  And did you have mentors who were Vietnamese women before

12    coming to Harvard?

13    A.  No.

14    Q.  Approximately how many students participate in AAWA?

15    A.  So the mailing list is 200 to 250 people.  But one of the

16    biggest things about AAWA is that we never want it to be a

17    burden on you, and we want you to be in the right head space

18    or at least feel like you want to come to our events, so the

19    attendance at our events differs.

20    Q.  What types of events does AWWA host?

21    A.  So we have two main type of events.  We have

22    community-building events and dialogue events.

23    Q.  Can you please turn to what has been marked as Amici

24    organization Exhibit 17.  Do you recognize this?

25    A.  Yes.

**JA2629**

1    **Q.**   How do you recognize this?

2    **A.**   This was one of our publicity materials for a study

3    break, which is a type of community-building event that we

4    did this past spring.

5    **Q.**   And did someone in AAWA create this?

6    **A.**   Yes.

7    **Q.**   Is this a true and accurate copy of the flier for this?

8    **A.**   Yes.

9         MS. McCLELLAN:  Your Honor, I move to submit Amici

10   Organization Exhibit 17 into evidence.  Counsel has been

11   provided with a copy.

12        MS. HACKER:  No objection, Your Honor.

13        MS. CONLEY:  No objection.

14        THE COURT:  It's admitted.

15        (Amici Exhibit 17 admitted into evidence.)

16   **Q.**   Now, does this flier indicate that the event was open to

17   students who don't identify as Asian-American?

18   **A.**   Yes.  It says all genders and identities welcome.

19   **Q.**   Why did you include this description?

20   **A.**   Because for AAWA, it's always been all gender and

21   identities welcome.  Even if it's not explicitly on our

22   publication material, it's on the emails we send out.  And

23   it's really important for us as an organization to express

24   that it's just not for people who identify with the

25   experiences of Asian-American womanhood.  If you're

1    interested in learning more about who we are as an

2    organization or about what we as individuals care about, we

3    want you to be able to feel like you can talk to us and not

4    just this exclusive space.

5    **Q.**  And where was the event hosted?

6    **A.**  It was in the women's center.

7    **Q.**  And what is mochi?

8    **A.**  Mochi is a traditional Japanese snack.  It's like a

9    sticky rice.  It's kind of sweet and usually goes on top of

10   ice cream.

11   **Q.**  Why did you decide to make mochi?

12   **A.**  First of all, because it was spring and we wanted to have

13   something bright, especially, like, after a Boston winter,

14   but also because it's a little time-intensive to make, but

15   it's pretty easy, it just takes time, and it was an easy way

16   for our board to bond.  So making mochi, listening to music

17   and having that was a board-bonding activity.

18   **Q.**  Was mochi a cultural -- making mochi a cultural

19   experience?

20   **A.**  I think it was -- it was, yeah.

21   **Q.**  And were there people in attendance who were not familiar

22   with mochi before they attended?

23   **A.**  Definitely.

24   **Q.**  You mentioned a second type of event that AAWA hosts.

25   What are dialogue events?

1    **A.**  So dialogue events are a little bit more guided and

2    focused, whereas with community-building events, it's not --

3    like, obviously we're going to talk about things that matter

4    to us and affect us, but it's not like there's a specific

5    topic of the day.

6            With dialogue events, they're a little more

7    focused.  So, for example, we've had grad students who

8    identify with the experiences of Asian-American women that

9    come in to talk to us.  We've also had, like, anti-black

10   racism in the AAPI community, things like that.

11   **Q.**  I'm showing you what has been marked as Amici

12   Organization Exhibit 6.  Do you recognize this?

13   **A.**  Yes.

14   **Q.**  How do you recognize this?

15   **A.**  This was also publicity material for an event that we had

16   last fall.

17   **Q.**  And is this a true and accurate copy of the flier for the

18   event?

19   **A.**  Yes.

20           MS. McCLELLAN:  Your Honor, I move to submit Amici

21   Organization 6 into evidence.  Counsel has been provided a

22   copy.

23           MS. HACKER:  No objection.

24           MS. CONLEY:  No objection.

25           THE COURT:  Admitted.

```
 1              (Amici Exhibit 6 admitted into evidence.)

 2    Q.  Now, were there other hosts for this event?

 3    A.  Yes, there were.  So the Chinese Association and the

 4    Harvard -- Association were also co-sponsors.

 5    Q.  And was there a facilitator?

 6    A.  There was.

 7    Q.  What happened during the event?

 8    A.  So at first the event had a lot of interest.  Actually

 9    600 people were interested in the event.  And because of the

10    nature of the event, we had to kind of do a lottery.  But

11    people came in Teknor and we sat around and we first

12    discussed very basic terms so that we were all on the same

13    page.  So we defined power and privilege and structures so we

14    were all using the same language and there was no ambiguity

15    as to what we were talking about.  Then we broke out into

16    smaller groups.  And each group had a piece of journalism or

17    newspaper report in which there was evidence or reporting of

18    Asian-American violence or bias towards black people in the

19    community.

20              And then after that we came together and the

21    facilitator asked us all to close our eyes, and then the

22    facilitator asked us questions about our own biases or our

23    own experiences.  But with our eyes closed, we raised our

24    hands, and we all opened our eyes with hands raised.  And we

25    looked around to just realize that this was not singular
```

1    experience but something more prevalent in the community.

2    Then we talked about what that means and how to approach

3    these conversations with people outside of the people who had

4    been at the event.

5    **Q.**   And can you read for us what was the title of the event?

6    **A.**   Yes, Anti-Black Racism in the Asian-American Community.

7    **Q.**   Why did you feel it was important to have a discussion

8    about this topic?

9    **A.**   Because I definitely think that anti-black racism is very

10   prevalent in the Asian-American community, and it was really

11   important that we, first of all, like, acknowledge that this

12   bias exists and stereotypes exist within the community and

13   how to work forward from that.  Because all communities of

14   color -- like, solidarity is so important, and it's not like

15   we should be dividing ourselves.  Yes, there are differences

16   in our lived experiences, but by recognizing those

17   differences, we can be stronger together.

18   **Q.**   I want to show you what's been marked as AO31 next.

19   **A.**   Mm-hmm.

20   **Q.**   Do you recognize this?

21   **A.**   Yes.

22   **Q.**   How do you recognize this?

23   **A.**   This was part of the women's week event, and this was

24   also a publication that we sent out over the email list.

25   **Q.**   And what is this?

1    **A.**   This is a flier for an event titled Unlearn the Language

2    of Misogyny, which is something the women's center does every

3    year, and together with CSA and OAASIS, which are two other

4    organizations on campus, AAWA organized and asked professors

5    to come in and talk about how misogyny in language is --

6    like, how even like misogyny is perpetuated throughout our

7    language, even things we don't think about have connotations.

8    And there were really interesting conversations about the

9    German language and poetry and the idea of, like, a

10   gender-neutral language.

11   **Q.**   Is this a true and accurate copy of the flier for the

12   event?

13   **A.**   Yes.

14         MS. McCLELLAN:  Your Honor, I move to submit Amici

15   Organization Exhibit 31 into evidence.

16         MS. HACKER:  No objection.

17         MS. CONLEY:  No objection.

18         THE COURT:  Admitted.

19         (Amici Exhibit 31 admitted into evidence.)

20   **Q.**   Who hosted this event?

21   **A.**   Yes.  AAWA, CSA and OAASIS, which are the other two

22   organizations co-sponsored with the women's center.

23   **Q.**   Can you tell me what the other organizations -- I know

24   you shared their acronyms, but what are they, and what do

25   they stand for?

1    **A.**   CSA is the Chinese Students Association, and then OAASIS

2    is Organization of Asian-American Sisters in Service.

3    **Q.**   Now, what is Breaking Barriers?

4    **A.**   Breaking Barriers was the theme of women's week last

5    year, so the idea of, like, tangible steps that we can walk

6    away with and implement in our daily lives to kind of, like,

7    address this problem of the patriarchy.

8    **Q.**   And why did AAWA decide to host an event during women's

9    week?

10   **A.**   Because as an Asian-American Women's Association, we

11   obviously value the intersectionality of womanhood and the

12   Asian-American experience, and we thought that it was really

13   important that we are able to talk about, like, things that

14   we care about.  And, like, language is something we all use

15   every day, so it was important that we were able to kind of

16   sit down and analyze where this comes from.

17   **Q.**   How often does AAWA co-host events with other

18   organizations on campus?

19   **A.**   Regularly.

20   **Q.**   Is AAWA part of the Women of Color Collective?

21   **A.**   Yes.

22   **Q.**   And what is Wok Tales?

23   **A.**   Wok Tales is an event that we have with other women of

24   color organizations on campus, Latinas Unidas, Association of

25   Black Harvard Women and the South Asian Women's Collective.

1    And we all get together and we have, like, cheese and, like,

2    wine and non-alcoholic drinks.  And it's just a nice way for

3    all of these other organizations to be able to come together

4    when we usually -- like, to have all these people meet each

5    other and talk about, like, just class or life or like forces

6    that have impacted all of us.

7    **Q.**  What would you say is the racial or ethnic background of

8    students who attend Wok Tales?

9    **A.**  It's hard to say because there's such a diversity of

10   students who attend.

11   **Q.**  And if we take the Unlearning the Language of Misogyny

12   event that we just discussed as an example, what was the

13   racial or ethnic background of the students who attended that

14   event?

15   **A.**  It was also very diverse.  Because of the organizations,

16   there were many Asian-Americans.  There were also a lot of

17   black students and white students, like, a lot of people were

18   there.

19   **Q.**  Would you say students of all backgrounds attend AAWA

20   events?

21   **A.**  Yes.

22   **Q.**  Now, you mentioned earlier that you do community service

23   with the Phillips Brooks House Association; is that right?

24   **A.**  Yes.

25   **Q.**  Do you think the diversity at Harvard impacts the service

1   that PBHA or the Phillips Brooks House Association can

2   provide to the community?

3   **A.**   For sure.

4   **Q.**   How?

5   **A.**   Because I think that when volunteers come into a

6   community, especially like a specific community that has a

7   specific background, I think the community is much more

8   receptive to these volunteers so they can understand where

9   they're coming from and understand their story.

10          So for example, like Chinatown ESL, I think the

11   community is much more receptive if you can understand what

12   Chinatown is and where these people are coming from or even

13   being able to speak to them in Mandarin or Cantonese or,

14   like, similar programs in Dorchester.

15   **Q.**   Are you familiar with the Vietnamese community within

16   Boston?

17   **A.**   Yes, in Dorchester.

18   **Q.**   How are you familiar?

19   **A.**   So Dorchester is an area where there are many

20   Vietnamese-Americans.  Not only do I have family there, but

21   there are certain programs that go on, certain programs that

22   work with refugee youth or children of refugees.  And also

23   Dorchester has really good food, Vietnamese food.

24   **Q.**   Have you interacted with the Vietnamese community through

25   your work in PBHA?

     1    **A.**   I've not directly worked with programs in Dorchester, but
     2    many of my Vietnamese friends, even people who are not
     3    Vietnamese, go into Dorchester quite often.
     4    **Q.**   Do you feel that having Vietnamese students who are part
     5    of the students that volunteer impacts the services they're
     6    able to provide?
     7    **A.**   Definitely.  Because I think that -- like, obviously it's
     8    not mandatory that you are Vietnamese or whatever to be a
     9    volunteer, and we want a lot of people to become involved.
    10    But I think that if there are Vietnamese voices in the room
    11    to talk about, like, what it means to be a refugee or there's
    12    certainly baggage that comes with being a refugee, I think it
    13    can inform the whole group of how we should approach these
    14    maybe barriers to connecting with people or even how we
    15    should approach the community at large.
    16    **Q.**   Do you feel that Harvard has a diverse learning
    17    environment?
    18    **A.**   Yes.
    19    **Q.**   Has Harvard's diversity affected your educational
    20    experience?
    21    **A.**   Yes.
    22    **Q.**   How so?
    23    **A.**   Because education is not just what you learn in the
    24    classroom.  I think that Harvard really emphasizes the
    25    learning that goes on in dorms and dining halls.  And

Case: 19-2005   Document: 00117683239   Page: 420   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 106 of 217

106

1    specifically, like last year I had a roommate who is black.

2    And given everything that happened on campus with the police

3    violence last year --

4    **Q.**  Sorry.  Can you first explain, was there an incident that

5    produced police brutality on campus last year?

6    **A.**  There was, towards a black student.  And being with her

7    and, like, literally being her roommate through that and

8    seeing how -- like, obviously I was very upset, but how

9    differently she was upset and how she as an individual had to

10   respond and how she as an individual who is part of an

11   organization that was releasing statements had to respond.

12   Like seeing how much we can learn from each other, like, how

13   I would never have thought that, like, I would be so

14   emotionally responsive.  Like, I would have never seen that

15   if I hadn't had that, like, living experience with her.

16          And also just like my roommate this year who is a

17   first-generation student as well and whose parents are also

18   immigrants, like, talking to her about the pressure of coming

19   to Harvard and like the pressure of being the first one in

20   your family to go to college or like even gender expectations

21   within certain communities, I think that was really important

22   because then, like, I feel the same things, but I just never

23   knew that they were so widespread.  So I think that that has

24   definitely affected my educational experience.

25   **Q.**  To clarify, when you mentioned the incident of police

1    brutality, did it involve a student who was black?

2    **A.**  Yes.

3    **Q.**  And had you had black friends before attending Harvard?

4    **A.**  I had, but never anyone that I lived with or even talked

5    about, like, race dynamics as much as with my roommate.

6    **Q.**  And your roommate was African-American last year?

7    **A.**  Yes.

8    **Q.**  Do you feel that your experience with diversity at

9    Harvard, in particular your experience living with an

10   African-American roommate, has really impacted how you think

11   about social problems?

12   **A.**  Definitely, because I think that, obviously, like, we

13   know that our -- I think a lot of us can realize that our

14   lived experience is not the only lived experience.  But I

15   think that we can sometimes forget how vast those lived

16   experiences can be.  And living and learning with people who

17   do share very different experiences than you do just I think

18   brings to the forefront that there are so many different

19   experiences.  So you go into conversations or problem-solving

20   situations knowing that there's so much out there in the

21   world and that you should be a little more nuanced and come

22   from your own perspective and only -- know that your

23   perspective is one lived experience and not everyone's

24   experience.

25   **Q.**  And you mentioned that your second roommate was Latina?

1   **A.**   Yes.

2   **Q.**   Did you have friends who were Latinx before coming to

3   Harvard?

4   **A.**   No.

5   **Q.**   What did you learn from your experience living with a

6   student who was Latinx?

7   **A.**   So obviously, we just shared snacks, which is great, but

8   also, she's also a first-generation student, and her parents

9   also came to America, are immigrants.  And I think that

10  talking to her about, like, what it means to be at Harvard

11  and what it means to be part of a community in which so

12  much -- not pressure but, like, you yourself put pressure on

13  your Harvard experience to, like, succeed or to be role

14  models for other people in the community, I think that was

15  really important so it's not like, oh, I'm not going through

16  this alone, and just having someone to talk to I think is

17  really important.  But also similar to my roommate last year,

18  sometimes things just go on in life at Harvard.  And we're

19  like, wow, maybe that wasn't, like, the best thing that was

20  said, or, like, wow, that was weird, did you think that was

21  weird.  And having someone to be like, oh, this is weird,

22  like, you also thought that wasn't okay, that's so important

23  because then you know you're not the only one.  You're not

24  overreacting.  You're not making things up, they're

25  questionable things that happen.

1    **Q.**  Are you familiar with concerns about the potential impact

2    on black and Latinx students' admissions if race were

3    eliminated from Harvard's admissions process?

4    **A.**  I'm aware of those concerns.

5    **Q.**  What are those concerns?

6    **A.**  I think it's the fear that if race were to be removed

7    from the admissions process, the number and the presence of

8    Latinx, black, indigenous students on campus would be

9    definitely decreased.

10   **Q.**  Would a decrease of black and Latinx students impact your

11   experience?

12   **A.**  Without a doubt.

13   **Q.**  How so?

14   **A.**  From the perspective being the co-president of AAWA, as I

15   mentioned before, AAWA does do a lot of events with other

16   organizations of color.  And obviously, if those

17   organizations of color have fewer members and the

18   organization itself is not as strong, doesn't have as many --

19   doesn't have as many opportunities to cohost events,

20   obviously that's going to be detrimental to AAWA.

21        But also, as an individual student, we learn from

22   other people, and we learn from listening to their stories,

23   listening to their perspectives.  And if their perspectives

24   and stories aren't present on campus or aren't as present on

25   campus, who are we supposed to be learning from?  I

 1   definitely think my educational experience, like I talked

 2   about before, would definitely have been worse off if there

 3   were fewer -- like, if I couldn't have these conversations.

 4   Q.  And you mentioned that it was affirming to be able to

 5   have these conversations with your Latinx roommate in the

 6   face of weird occurrences on campus.

 7   A.  Yes.

 8   Q.  Can you explain what in particular do you mean when weird

 9   occurrences happen?

10   A.  Yeah.  So I think that there are jokes made about, like,

11   certain races that I think students, like, don't think of, as

12   the person making them may not think that they're like

13   harmful, but as students of color we, like, definitely felt

14   that was weird, like, they shouldn't have said that.

15   Q.  Are these in particular racially-insensitive comments?

16   A.  Yes.  And I think that, like, if I were the only one who

17   maybe thought that was weird, maybe I would have brushed it

18   off as like, oh, I made it up, or they didn't mean that.  But

19   being able to have someone to affirm like, no, that was

20   weird, that was wrong, I think that is super important in

21   that we can -- we have to first recognize that there's a

22   problem before we can fix it.

23   Q.  And you mentioned that it would be difficult for AAWA to

24   host as many events if there was a decrease in black and

25   Latinx students.  Could you give us an example of what you

1    mean by that?

2    **A.**   Yes.  For example, like Wok Tales.  Every year, obviously

3    the organization sends people but also the organizations

4    contribute money.  And if the money comes from dues or from

5    funding from the school, that depends on the number of

6    students who are in the organization.  If the organization is

7    smaller, they just can't contribute, like, the members can't

8    come, there are fewer members that can come, and also they

9    can't contribute monetarily.  So we would definitely have

10   more difficulty having these events.

11   **Q.**   As a co-president of AAWA, did you take part in the

12   decision of AAWA to join this lawsuit?

13   **A.**   Yes.

14   **Q.**   How was that decision made?

15   **A.**   So over the summer, my co-president Stephanie and I

16   talked about it.  And then we reached out to the chairs of

17   our board and also to senior advisors who were former

18   co-presidents.  And together we decided that it was really

19   important for AAWA and Asian-American women and

20   Asian-Americans in general to be able to tell the story for

21   themselves and also that we stand in solidarity with other

22   communities and with our own community.

23   **Q.**   Why was it important to AAWA members to be able to tell

24   the story for themselves?  What do you mean?

25   **A.**   Because as AAWA, we realize that within the

```
 1   Asian-American community there's such a diversity of stories,
 2   and we should be able to tell those stories, and we should be
 3   able to write about these stories for ourselves.  So that's
 4   what telling stories -- like, it's my story; I should be able
 5   to tell it.
 6   Q.  Do you support the continued use of race as a factor in
 7   Harvard's admissions process?
 8   A.  Yes.
 9            MS. McCLELLAN:  Thank you.
10            THE WITNESS:  Thank you.
11            MS. HACKER:  No questions for this witness from
12   SFFA.  Thank you for being here today, Ms. Ho.
13            MS. CONLEY:  No questions from Harvard.  Thank you,
14   Ms. Ho.
15            THE COURT:  You're excused, Ms. Ho.
16            We're going to break for lunch in ten minutes.  Do
17   you all have a preference on starting your next witness or
18   breaking a little bit early?
19            MS. HOLMES:  I think we would prefer to break a
20   little bit early so we don't have to interrupt the testimony.
21            THE COURT:  Okay.  I have a meeting I have to do
22   right now, so we'll come back on at 1:30.  All right.
23   Thanks, everyone.
24            (Recess taken 12:22 p.m.)
25
```

```
 1                    **** AFTERNOON SESSION ****

 2              MS. HOLMES:  Amici organizations calls Cecelia

 3      Nunez to the stand.

 4              THE CLERK:  Can you please stand and raise your

 5      right hand.

 6              (CECELIA NUNEZ duly sworn by the Deputy Clerk.)

 7                          EXAMINATION

 8      BY MS. HOLMES:

 9      Q.  Good afternoon, Ms. Nunez.

10      A.  Good afternoon.

11      Q.  Where do you go to school?

12      A.  I go to Harvard College.  I'm a third-year student.

13      Q.  When are you expected to graduate?

14      A.  May of 2020.

15      Q.  What is your major?

16      A.  I study history and literature with a focus in Latin

17      American studies.

18      Q.  Do you have a minor?

19      A.  I have a secondary in Spanish.

20      Q.  Do you live on campus?

21      A.  I do.  I live in Leverett House, which is one of the

22      upperclassman houses.

23      Q.  How would you describe your racial and ethnic background?

24      A.  I identify as African American and Mexican-American.  My

25      father is Mexican-American; he was born in the U.S.  My
```

1  mother is African American.

2  **Q.**  Why are you here testifying today?

3  **A.**  I am on board for two of the organizations that signed

4  onto the amicus briefs, so I am on board for Fuerza Latina

5  and the Phillips Brooks House Association, and I'm also just

6  here as a student who is interested in this case and the

7  precedent it will set.

8  **Q.**  What is Fuerza Latina?

9  **A.**  Fuerza Latina is the pan-Latinx organization on campus,

10  so it is a social space to help represent Latinx and Latin

11  American students on campus.

12  **Q.**  And what is the Phillips Brooks House Association?

13  **A.**  The Phillips Brooks House Association is a kind of center

14  for public service on campus, so we run a lot of programming

15  in the Greater Boston area.

16  **Q.**  Does it also go by PBHA?

17  **A.**  It does.

18  **Q.**  Have you ever testified in court before?

19  **A.**  I have not.

20  **Q.**  I'd like to ask you some questions about before you came

21  to Harvard.  Where did you grow up?

22  **A.**  I am from San Gabriel, California, which is in

23  Los Angeles County.

24  **Q.**  Can you describe your high school?

25  **A.**  I went to an all-girls Catholic school.  It was pretty

  1    small.  It was about 636 people in my graduating class.  Most
  2    students there identified as Latina, but we had students from
  3    other backgrounds as well.
  4    **Q.**  You mentioned most students identified as Latina.
  5         With are there any black students there?
  6    **A.**  In my graduating class only myself and another girl
  7    identified as black.  There may have been one or two other
  8    students in the lower classes.
  9    **Q.**  And what was it like to be one of two black students in
 10    your high school class?
 11    **A.**  I think that it was difficult in the sense that I think
 12    it put certain expectations on you and how you were meant to
 13    kind of behave and present yourself, especially with people
 14    who aren't familiar with kind of -- your identity as a black
 15    person.  And I think it makes it especially hard when you
 16    also identify as Latina, as I do myself.  Because I think
 17    that it makes it so that if your experience doesn't match up
 18    to what other people expect your experience to be, they don't
 19    tend to kind of view it as valid.
 20    **Q.**  Did you experience any bullying growing up?
 21    **A.**  In middle school I think I was bullied more just because
 22    I went to a different school.  So there was one incident
 23    where a student had basically filmed me for a few weeks,
 24    along with other students she had been doing this to, and
 25    then posted it onto YouTube with a lot of insults kind of

1    behind it, most of which I think were racial slurs.  I never

2    actually saw the video, but that's what I was told.

3    **Q.**  How did that incident make you feel?

4    **A.**  I think that it makes you kind of feel invalidated in

5    your identity and kind of who you are, and I think in some

6    ways is meant to kind of make you feel as if you should feel

7    like you're less than because of your identity.

8    **Q.**  Growing up, did you ever face stereotypes or assumptions

9    about you or your family that were based on race?

10   **A.**  I think that for me a lot of the assumptions were made

11   kind of about my family's background and who they were

12   especially because of my race.  So I think that for most

13   people, they often assume that I came from a low

14   socioeconomic background or that my family wasn't educated or

15   that we in some way were less than other families in my city.

16   **Q.**  And can you think of any examples of those assumptions?

17   **A.**  I think especially in elementary school and in middle

18   school when most of my friends came from different racial

19   backgrounds, often their parents wouldn't want them to come

20   to my house or interact with my family because I think they

21   assumed that we came from a very low background, as I

22   mentioned, or in some ways we were going to be a bad

23   influence on their children.

24   **Q.**  You mentioned your parents.  What was their socioeconomic

25   and educational background?

Case: 19-2005    Document: 00117638239    Page: 501    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 648    Filed 04/18/19    Page 117 of 217

117

1    **A.**  Both my parents come from low-income backgrounds, but

2    they were also both the first in their families to go to

3    college.  So my mother went to Tulane University in

4    Louisiana.  My father went to Loyola Marymount in Los

5    Angeles.  And they both went to Harvard Medical School later

6    on.

7    **Q.**  I'd like to ask you about applying to Harvard.  Did you

8    have a top choice or a dream school when you started the

9    college application process?

10    **A.**  I didn't.  I think in most people's experiences, Harvard

11    was kind of their like dream from a very young age.  I think

12    for me it wasn't always some place that I thought I would

13    have wanted to go to.  So I think that for me -- it was

14    certainly up there in schools in terms of which ones I might

15    end up selecting, but it was never kind of my dream to go to

16    Harvard.

17    **Q.**  And what did you consider when you were choosing between

18    colleges?

19    **A.**  Obviously I think academics and kind of the program that

20    would be in place were a large part of my decision.  But I

21    think that it was also very important to me as a person of

22    color and also someone coming from a diverse place like

23    Los Angeles to be in a school that had a very diverse student

24    body and a student body that felt very welcoming to all

25    students who would be coming there.

Case 1:14-cv-14176-ADB    Document 648    Filed 04/18/19    Page 118 of 217

118

```
 1    Q.  When you made your decision, were you coming down to
 2    Harvard and another school or a couple of schools?
 3    A.  I ended up being between going to Harvard and University
 4    of Chicago.
 5    Q.  How did you make that choice?
 6    A.  So I visited both schools in the same weekend as part of
 7    their visiting weekends.  So I during that time interacted
 8    with a lot of students that were currently on campus and a
 9    lot of organizations on campus that I thought I might be
10    interested in, such as cultural orgs or service orgs.
11            And I think that speaking to those students, for me
12    personally, Harvard felt like for me a better fit and a place
13    that had the diverse student body and welcoming student body
14    that I was looking for.
15    Q.  Can you elaborate on the conversations that you had with
16    students at either Harvard or University of Chicago that
17    influenced your decision?
18    A.  Mm-mm.  So I went to the University of Chicago's visiting
19    weekend first, and I went to their activities fair there.
20    They have -- from what I understand, they have a Latinx
21    organization, but they weren't present at the time.  I spoke
22    to the Black Students Association and spoke to them kind of
23    briefly about the schools I was thinking about going to, my
24    own experience.  And they told me that they, in their
25    opinion, felt that Harvard could be a more welcoming place
```

1    for me and that they didn't really feel supported by their

2    own student body.

3            And I think this was kind of corroborated when I

4    went to Harvard.  And for me, I felt like it was a much more

5    welcoming space.

6    **Q.**  Would you have decided to go to Harvard if the number of

7    black or Latinx students were substantially decreased, say by

8    50 percent?

9    **A.**  I don't think so.  I think especially because for me

10   Harvard wasn't always my kind of dream school or number one

11   choice.  I think I was still looking very critically at kind

12   of what it had to offer.  And I think I had visited a number

13   of schools that had a much less diverse population.  And it

14   was something that me and my family were definitely noting in

15   my decisions.  So I think that had I gone to Harvard and

16   hadn't felt like it was a space that would be welcoming to

17   people of color and it hadn't felt like a very diverse space,

18   it probably would have affected my ultimate decision to go.

19   **Q.**  Let's talk about your application to Harvard.

20           If you don't mind my asking, what were your

21   standardized test scores?

22   **A.**  So I received a 2280 on the SAT.  I believe the old

23   system was 2400.  I'm not sure what it would be on the

24   current system.  And I took the SAT, which is out of 36, and

25   I received a 35.

1    **Q.**  And what high school extracurriculars did you include in

2    your application?

3    **A.**  I was in our student government.  So I was our class

4    president for our senior year and our treasurer for our

5    junior year.  I also was the president of the student board

6    of trustees for a nonprofit that I worked with in my

7    hometown, and I was their site supervisor for one of their

8    programming sites.  And I also was on board for two of the

9    service organizations at our high school.  So I was president

10   of our national honor society and vice president of our key

11   club.

12   **Q.**  What academic awards or other honors did you include in

13   your application?

14   **A.**  I was on our honors list for most of my time at high

15   school, so I included that.  I also received the Wellesley

16   Book Award for my PSAT scores as well as other academic

17   achievement in high school.  And I also included -- I was

18   also the salutatorian for our school.  That isn't decided

19   based on grades at my school because we didn't rank.  But it

20   was kind of based on academic achievement as well as kind of

21   an application process you had to go through.

22   **Q.**  What responsibilities does the salutatorian have for

23   graduation?

24   **A.**  So they give the class speech.  So because we don't have

25   a ranking system and a valedictorian, it's kind of the person

1    who will give the class speech.

2    **Q.**   Did you identify your race on your application to

3    Harvard?

4    **A.**   I did.  So I checked off that I identified as black and

5    Mexican-American.

6    **Q.**   And other than self-identifying, did you discuss race in

7    your application anywhere?

8    **A.**   I think the biggest place that I probably would have

9    discussed race was in my personal essay.  I talked a lot

10   about the work I had done in high school as a mentor and

11   working with youth.  And in that, I talked a lot about my own

12   identity and how that had kind of been a tool that I used to

13   build a relationship with the youth I worked with, especially

14   because most of the students also identified as black or

15   Latina in some way.

16   **Q.**   Why did you choose to write about that topic?

17   **A.**   For me, mentoring was a large part of my high school

18   experience, and service in general was a large part of my

19   family life and kind of how I grew up.  So it felt natural

20   for me to talk about that topic.  And I think in my

21   experience as a mentor, identity is a large part of how you

22   make those relationships and how you build a connection with

23   youth and kind of create trust.  And I think for me, race was

24   a large part of that.

25   **Q.**   If you had been prohibited from identifying your race in

Case: 19-2005    Document: 00117682230    Page: 506    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 122 of 217

122

 1    your application to Harvard, would that have affected your

 2    ability to present yourself in the application?

 3    **A.**  I think that I could have written an essay about

 4    mentoring, but I think it would have felt very disingenuous

 5    in that I would have kind of been going around the real

 6    relationships I built and the connections I built because of

 7    my race.  So I think it wouldn't have felt kind of as strong

 8    an essay and as honest an essay as it came off as.

 9    **Q.**  Did you do an alumni interview?

10    **A.**  I did.

11    **Q.**  Can you tell me about that discussion?

12    **A.**  So we ended up having a very long discussion.  We talked

13    a lot about family background and kind of what my

14    interviewer's experience had been being a person of color at

15    Harvard.  He identified as Asian American, and we talked a

16    lot about kind of what diversity was like at schools and kind

17    of what it was like to be a person of color at college.

18    **Q.**  If Harvard had a color-blind admissions process, would

19    that have impacted your decision to attend?

20    **A.**  I think that I probably still would have filled out the

21    application, but I think certainly it would have jumped out

22    to me as something strange.  And I think I would have

23    questioned maybe the motives of the school and if the school

24    was really that dedicated to diversity and to its students of

25    color if it was failing to recognize them from the get-go, so

 1    I think it certainly would have affected my thinking in some

 2    way.

 3    **Q.**   I'd like to ask you about your current Harvard

 4    experience.

 5         Do you think Harvard is -- the Harvard student body

 6    is racially and ethically diverse?

 7    **A.**   I think that it's certainly more diverse than other

 8    schools I've come into contact with.  I'm sure there might be

 9    other schools in the community that are more diverse.  But in

10    my experience, I think it's a pretty diverse place.

11    **Q.**   How does the diversity compare to schools that you've

12    previously attended?

13    **A.**   So I -- in my high school experience and my middle school

14    experience, most students identified as Latinx or Asian

15    American just because that was the makeup of my hometown.

16         But I think Harvard's diversity in terms of

17    percentages is more diverse than the schools I came from in

18    terms of just the percentages of minority students.  But even

19    I think that within those racial groups, there's a lot more

20    diversity of ethnic background or family experience than I'm

21    used to.

22    **Q.**   What do you mean that within those racial groups there's

23    more diversity?  Can you give an example?

24    **A.**   I'm very involved in the Latinx organizations and life on

25    campus.  So I think often in the places where I'm from, that

1    usually only means people who identify as Mexican-American.

2    But I think that Harvard encompasses a lot of students from

3    Central America, the Caribbean, South America.  So I think

4    that in that way it's a much more diverse group of students.

5    **Q.**  And how has Harvard's diverse environment affected your

6    college experience?

7    **A.**  I think that for me it's been really rewarding to be on a

8    campus where there are other students of color, who I think

9    can kind of connect to my own issues and my own identity,

10   that I can have meaningful conversations with.  And I think

11   it's also been very powerful to interact with students who

12   don't share my ethnic identity per se, and therefore I think

13   we can have various conversations about what the differences

14   are and what kind of the cultural experiences there have been

15   like.

16   **Q.**  What have you learned from those interactions with

17   students who don't share your background?

18   **A.**  I think, like I mentioned, Los Angeles is a diverse

19   place, but I think that it's kind of limited in terms of its

20   kind of ethnic diversity.  So I think I've learned a lot more

21   about what it means to identify as black or what it means to

22   identify as Latinx in talking to students who kind of come at

23   those identities from a very different way and who have had

24   very different experiences with it.

25   **Q.**  Has Harvard's diverse environment affected your academic

1    experience?

2    **A.**   I think so, especially because I'm someone who works in

3    Latin American studies.  I talk a lot about kind of culture

4    and diversity in a lot of my classes.  Therefore I think

5    being in classrooms when those conversations are happening

6    with people who also come from diverse experiences and who

7    also have a relationship to the subject matter has been

8    really rewarding and, I think, given me the power to kind of

9    talk about my own identity and make those conversations

10   happen in class when I know that there are other people in

11   class who may also feel that way.

12   **Q.**   How about your social experience?  Has Harvard's racial

13   and ethnic diversity affected your social experience?

14   **A.**   I think so.  I'd like to think that my kind of

15   relationships at Harvard are pretty diverse.  My rooming

16   group, for example, is myself, two other students who

17   identify as Latina, and a student who identifies as black and

18   Chinese-American.  So I think in a lot of ways my friendship

19   groups are made up of very diverse students.

20   **Q.**   You mentioned that you did a lot of community service in

21   high school.  Have you continued this in Harvard?

22   **A.**   I did.  So I am currently the mentoring programming

23   officer for PBHA, so I oversee all of the mentoring programs

24   we do at PBHA.

25              I also direct one.  So I direct the Boston Refugee

 1   Youth Enrichment Program, which is shorted to BRYE is the

 2   acronym.  I direct their teen program, so I work with

 3   recently emigrated youth in the Dorchester area.

 4   **Q.**  How many programs does PBHA oversee?

 5   **A.**  PBHA currently has over 70 programs.  At this moment,

 6   it's over 70.  I oversee about ten or so of them.

 7   **Q.**  And is PBHA run by students or run by the administration,

 8   the Harvard administration?

 9   **A.**  PBHA is a 501(c)(3) nonprofit that's student led.  So our

10   officers team is all students, and the majority of our board

11   of trustees is students, but certainly it does have a

12   relationship with the Harvard administration.

13   **Q.**  You mentioned BRYE, the Boston Refugee Youth Enrichment

14   Program.  Can you describe your work with BRYE?

15   **A.**  Mm-hmm.  So I started working with them the summer after

16   my freshman year.  I worked with their summer camp and then

17   from there I worked with the teen program.

18          So I think that's been really rewarding to be able

19   to make relationships with students who come from similar and

20   also very different backgrounds as myself.  And I think that

21   is similar to my high school mentoring.  A lot of really

22   rewarding relationships have been made through discussing

23   culture and family.

24   **Q.**  Has your experience at PBHA been influenced by the

25   diversity of Harvard student body?

 1    **A.**   Yes.  I think as an officer for PBHA but even just as

 2    someone who works in the programming, I think we really value

 3    diversity and understand that a lot of the relationships

 4    we're making with constituents are made through kind of talks

 5    about identity and talks about where you come from and how

 6    that can be similar or different to our students.

 7          So I think that even from a logistical standpoint,

 8    it's very important that we have people who kind of

 9    understand our constituents' diverse experiences and can kind

10    of create relationships in that way.

11    **Q.**   What is the racial makeup of the constituents or the

12    people of the community that the PBHA serves?

13    **A.**   We don't necessarily have specific statistics, but most

14    of the communities we work with are predominantly communities

15    of color in that we work with a lot of communities of color

16    and low-income communities in Boston which are made

17    predominantly of Asian and black and Latinx identifying

18    people.

19    **Q.**   What are the racial makeup of PBHA volunteers from

20    Harvard?

21    **A.**   I think that we certainly do have a large group of white

22    students who do work with PBHA.  But I think we've also made

23    important strides, especially in the recent years, to make

24    sure we are also working with a lot of diverse communities on

25    campus to encourage students of color to get involved in PBHA

Case: 19-2005   Document: 00117632239   Page: 512   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 128 of 217

128

1    programming.

2    **Q.**   As a board member of PBHA, were you involved in

3    discussions about whether the organization should join this

4    case?

5    **A.**   I was.

6    **Q.**   And why did PBHA decide to get involved?

7    **A.**   I think that it's for a lot of the reasons I mentioned,

8    in that I think diversity is something that's always been

9    very important to PBHA and its ability to continue its

10   mission in working with underserved populations of Boston.

11              So I think that cases like these are very important

12   to us in that they could have a very large effect on what the

13   diverse makeup of Harvard would look like.

14   **Q.**   What's your understanding of that effect that this case

15   could have?

16   **A.**   I think that -- at least from my own personal

17   understanding, I think that policies such as race-blind

18   admissions or ending a lot of inclusive admissions at schools

19   like Harvard could be detrimental to the diverse populations

20   that exist at Harvard.  And I think from the PBHA side of

21   things, that means a less diverse volunteer kind of base and

22   people who understand where our constituents are coming from.

23   **Q.**   Have you personally had any negative experiences related

24   to race while at Harvard?

25   **A.**   I think so.  I think certainly I've had kind of smaller

Case: 19-2005   Document: 00117638230   Page: 513   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 129 of 217

129

1   instances of racism such as kind of the ones I mentioned in

2   high school, people making a lot of assumptions about my

3   background or who I am because of my race.

4          There's been examples of more overt racism.  For

5   example, me and some students from Fuerza Latina last year

6   went out to celebrate Mexican independence day.  And someone,

7   who we believed to be another student at Harvard, called us a

8   bunch of wetbacks and essentially told us to stop being out

9   and being happy that night.  So I think that for us, that was

10  a pretty clear example of a student committing a racist act.

11  **Q.**  And what was your reaction to being called that racial

12  slur?

13  **A.**  I think that we were able to kind of laugh it off and

14  keep going on with our night because we were a large group of

15  students.  I think at that moment we didn't necessarily feel

16  threatened by that student, but I think we also talked about

17  how if it had just been one of us or he had been a part of a

18  larger group, it could have felt a lot more like a threat.

19  **Q.**  I'd like to turn to Fuerza Latina.  Can you remind us

20  what Fuerza Latina is?

21  **A.**  Fuerza Latina is a pan-Latinx group on campus, so we are

22  a space for all students on campus who either identify as

23  Latinx or Latin American in some way or who just feel a

24  connection to the culture.

25  **Q.**  When was Fuerza Latina founded?

 1   **A.**   1993.

 2   **Q.**   You mentioned that the organization is pan-Latinx.  Are

 3   there also clubs at Harvard for specific Latinx ethnicities?

 4   **A.**   There are.  So we have a few clubs that currently exist

 5   right now which includes RAZA, which is the Mexican-American

 6   club on campus, as well as a Cuban students association and

 7   Columbian students association.  And we've had a few more in

 8   the past that have also existed.

 9   **Q.**   Have those clubs for specific ethnicities been around as

10   consistently as Fuerza Latina?

11   **A.**   I think it certainly depends on the club.  RAZA existed

12   before Fuerza Latina.  It was originally the only Latin

13   organization on campus.  I think that other clubs kind of --

14   attendance and membership depends a lot on admissions that

15   year, especially because many Latinx students on campus kind

16   of exist as a minority within our minority.  It can often be

17   very dependent on whether any students from that ethnic

18   origin were admitted that year.

19   **Q.**   What happens to those clubs if very few students of that

20   ethnic group are admitted in a certain year?

21   **A.**   We've certainly had clubs in the past that didn't

22   continue to exist or exist at a much smaller rate than they

23   do -- or exist as much smaller now than they used to in the

24   past because I think simply there aren't as many students who

25   are interested in them anymore.

Case: 19-2005    Document: 00117632230    Page: 515    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 131 of 217

131

1   **Q.**   What is your role in Fuerza Latina?

2   **A.**   I am the vice president currently.

3   **Q.**   How many hours do you spend on Fuerza Latina activities

4   per week?

5   **A.**   Usually about 12 to 15.  It kind of depends on what

6   events we're doing that week.  So if we're having a larger

7   event outside of our general meeting space, I might spend

8   more time on it.

9   **Q.**   What the mission of Fuerza Latina?

10  **A.**   So we identify as kind of a social space, one, for

11  students who identify as Latinx on campus.  But we also try

12  to be a space to help advocate for those students and their

13  families' rights, both on campus and in a larger community.

14  **Q.**   I'm showing you on your screen what has been marked as

15  Amici Organization's Exhibit 28.  Counsel has been provided a

16  copy.

17          Do you recognize this exhibit?

18  **A.**   I do.  So this is our mission statement from the website.

19  **Q.**   Is this a screen shot from the Fuerza Latina website?

20  **A.**   Yes.

21  **Q.**   I know it's a little blurry.  There is also a hard copy

22  in the folder on the witness stand.

23          MS. HOLMES:  I would like to offer Amici Exhibit 28

24  into evidence.

25          MS. HACKER:  No objection, Your Honor.

Case: 19-2005    Document: 00117632230    Page: 546    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 648    Filed 04/18/19    Page 132 of 217

132

```
 1                MS. ELLSWORTH:  No objection.

 2                THE COURT:  Admitted.

 3                (Amici Exhibit No. 28 admitted.)

 4    BY MS. HOLMES:

 5    Q.   Turning to Exhibit 28, Fuerza's mission statement says

 6    that the organization strives "to promote awareness of issues

 7    that affect the Latino community both at Harvard and in the

 8    Greater Boston area."

 9                How does Fuerza do that?

10    A.   I think that we try to do that by using our meeting space

11    as a place to talk critically about issues that may be

12    affecting the community at any given time and making a space

13    for students where they feel like they can talk about those

14    issues in a serious way without being judged for that.

15    Q.   And in that space where students can talk about those

16    issues, is that a space for students from different

17    backgrounds or just Latinx backgrounds?

18    A.   I think it probably will depend conversation to

19    conversation.  So we do have some talks that are kind of

20    focused more within our general meeting space, and therefore

21    usually the attendees of those events are Latinx students who

22    like having a space where they feel like they can talk about

23    things without being judged.

24                But we also have a lot of events that we pub out to

25    the larger kind of Harvard community, and therefore I think
```

 1   those are more tailored to letting other people know about

 2   these issues.

 3   Q.   "Pub out," does that mean publish to the broader

 4   community?

 5   A.   Yes.  Sorry.

 6   Q.   I know there's a lot of Harvard slang.

 7   A.   Yes.  I'm sorry.

 8   Q.   Turning back to the exhibit, Fuerza's mission statement

 9   says that the organization "wishes to provide a nurturing and

10   caring environment for all Latinos."

11           How does Fuerza do that?

12   A.   I think we do at that by creating a space where people

13   feel like they can be comfortable in their identity and

14   making it feel like they can have friendships with people in

15   the community where they can talk seriously about any issues

16   that they might be going through.

17           So I think using our general meeting space and kind

18   of the relationships we make outside of that space as a place

19   to make students feel welcome both in our community and on

20   campus.

21   Q.   Does Fuerza also help connect its members to services or

22   resources at Harvard?

23   A.   We do.  I think most of that is probably done informally.

24   But certainly we also have a lot of members that come to the

25   meeting space to talk about an issue they might be having on

Case: 19-2005    Document 00117632230    Page: 548    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 648    Filed 04/18/19    Page 134 of 217

134

1    campus.  So for example, we have students come asking about

2    if anyone recommends a good mental health clinician at the

3    campus mental health services or if anyone recommends a good

4    tutor that they might be looking for.  So I think we try to

5    connect students with other students who might be able to

6    help them with those resources.

7    **Q.**  Why is Fuerza Latina concerned about the mental health of

8    its members?

9    **A.**  I think that we recognize that a lot of mental health

10   issues especially for students of color often come from their

11   identity and from issues that they might be dealing with

12   because of their identity or their family backgrounds.

13   Therefore I think it's really important for us to have those

14   conversations and make sure students feel safe and secure in

15   talking about mental health in a way that they maybe weren't

16   able to back home.

17   **Q.**  Has Fuerza lobbied the Harvard administration on issues

18   of mental health?

19   **A.**  We were part of larger conversations that happened in the

20   past, and I think are still ongoing, with Harvard to talk

21   about the need for more clinicians of color and clinicians

22   who had cultural competency training to be able to talk

23   critically with students of color.

24   **Q.**  What was the outcome of those lobbying efforts?

25   **A.**  I think certainly more clinicians of color were hired

 1    because of those efforts.  Obviously we're not a perfect

 2    system and we're still having those conversations, but I

 3    think that in many ways good did come out of those

 4    conversations.

 5    **Q.**   Does Fuerza collaborate with other cultural organizations

 6    on campus?

 7    **A.**   We do.  So I think it obviously depends event to event,

 8    but especially when we're talking about maybe aspects of

 9    identity that might be relevant to other students on campus,

10    we often partner with different cultural orgs.

11    **Q.**   Can you give an example of one of those events?

12    **A.**   So every year we have the celebration of Afro-Latinidad,

13    which is mean to be kind of an event celebrating people who

14    identify as Afro-Latinx, and we often collaborate on that

15    event with the Black Students Association and the Harvard

16    Caribbean Club.

17    **Q.**   And what's the purpose of hosting celebration of

18    Afro-Latinidad?

19    **A.**   I think that we try to use it as a space for students to

20    feel validated in that identity and as a space for students

21    to discuss that identity both with people in the Latinx

22    community who maybe don't identify that way and don't know a

23    lot about it, but also people who maybe identify as other

24    things and have simply never heard of that experience.

25    **Q.**   So is there an educational component?

**A.**   There is.  It is usually kind of a dual part of a
meeting.  So we usually use the first half as kind of a
discussion space and people to talk about their experiences,
and we use the second half for more fun and kind of cultural
activities.

**Q.**   Does Fuerza collaborate with Asian American student
organizations?

**A.**   We have.  So in the past we've done a few social spaces
that we've collaborated with with the Asian American students
association or the Asian American Association and the Chinese
students association.  So in the past we've had parties
together.  We've also worked together a lot on this case and
the talks that have happened in terms of affirmative action
around this case.  So we often collaborate with BSA and AAA
for those discussions.

**Q.**   Is AAA the Asian American Association?

**A.**   Yes.

**Q.**   At those events where you collaborate with any other
student organization, what is the racial makeup of the
students who attend?

**A.**   I think that for our larger events they're more open to
the public in that way.  They often are attended by a much
more diverse population of the student body.  So in that way,
I think that our events are often seen as very welcoming
spaces for other students as well.

1    **Q.**  Looking back at Exhibit AO 28, Fuerza's mission statement

2    says it "strives to enhance the presence of Latinos at

3    Harvard University."

4            How does Fuerza do that?

5    **A.**  I think that for us it's very important that we use our

6    organization as a way to really encourage Harvard and other

7    groups on campus to include Latinx voices in the

8    conversations that they often have about race or identity or

9    anything that we see as pertinent to our community.  So I

10   think in that way we really advocate for ourselves and

11   encourage people to include us in our conversations.

12   **Q.**  How has Harvard responded to this advocacy?

13   **A.**  I think that obviously it's kind of a complicated

14   relationship, especially when you're lobbying Harvard to do

15   something for itself.  Often that can be something that isn't

16   always received positively.

17           But I think Harvard has done a lot of work to

18   really work with us and try to hear our concerns.  For

19   example, Harvard administration put on a retreat for Latinx

20   leaders last year where we kind of sat down with

21   administration and talked about a lot of our concerns.

22   **Q.**  Is Fuerza involved in recruiting students to Harvard?

23   **A.**  So we aren't officially in charge of recruiting students

24   per se, but we do work with the offices that do to make sure

25   that there are students who can host Latinx prospective

1    students.  And we often put on events during visiting

2    students weekend as a place for students to get involved in

3    the Latinx community.

4    **Q.**  At those events, have you ever personally met a

5    prospective student who has then gone on to attend Harvard?

6    **A.**  I have.  So two of my hostees currently attend Harvard,

7    so students that I hosted in the past.  I've also spoken with

8    a lot of students at those events that later went on to go to

9    Harvard.

10   **Q.**  As vice president of Fuerza Latina, did you participate

11   in discussions about whether Fuerza should join this lawsuit?

12   **A.**  I did.

13   **Q.**  Why did Fuerza decide to join this lawsuit?

14   **A.**  I think that for us, anytime you're talking about

15   diversity on campus, we try to include ourselves, whether

16   that be for our own benefit or the benefit of other

17   communities of color on campus.

18          I think that for us personally, the idea that there

19   could be a much smaller pool of Latinx students at campus --

20   on campus is concerning was just for us as an organization to

21   be able to continue to exist.  But also just for the

22   well-being of our constituents, I think especially like I

23   talked about earlier, many of our students kind of are a

24   minority in that they come from backgrounds that are even

25   lesser represented at Harvard.  So often when it comes to

Case: 19-2005    Document 00117632230    Page: 523    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 139 of 217

139

 1    diversity, that could mean even more students feeling that
 2    much more alone on campus.
 3    Q.  And do you support the continued use of race as a factor
 4    in Harvard's admissions process?
 5    A.  I do.  I think that it opens up the admissions process to
 6    students who maybe don't have access to resources that other
 7    students might be having access to.
 8              MS. HOLMES:  Thank you very much.  No further
 9    questions, and I'll pass the witness.
10              MS. HACKER:  No questions from SFFA.  Ms. Nunez,
11    thank you for coming out today.
12              MS. ELLSWORTH:  No questions from Harvard.  Thank
13    you, Ms. Nunez.  We appreciate your testimony.
14              THE COURT:  You're excused.
15              MS. TORRES:  Student Amici would like to call Thang
16    Diep.
17              THE CLERK:  Can you please raise your right hand.
18              (THANG DIEP duly sworn by the Deputy Clerk.)
19              THE CLERK:  Thank you.  You may be seated.
20              Can you please state your name and spell your last
21    name for the record.
22              THE WITNESS:  Thang, T-H-A-N-G, Diep, D-I-E-P.
23                        EXAMINATION
24    BY MS. TORRES:
25    Q.  Good afternoon, Thang.  And you do prefer to be called

Case: 19-2005    Document: 00117638239    Page: 524    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB  Document 648  Filed 04/18/19  Page 140 of 217

140

 1    Thang; is that correct?

 2    **A.**   Yes.

 3    **Q.**   Okay.  Thang, are you currently a student at Harvard?

 4    **A.**   I'm currently a senior.

 5    **Q.**   What are you currently studying?

 6    **A.**   Neurobiology.

 7    **Q.**   Do you identify with a particular race or ethnicity?

 8    **A.**   Vietnamese.

 9    **Q.**   And can you share about your family's history?

10    **A.**   Yeah.  I immigrated to the U.S. when I was eight, I moved

11    with my family so we can have like a better opportunity.  And

12    I moved to San Fernando Valley, which is a region of

13    Los Angeles.

14    **Q.**   Can you share about the demographic makeup of the

15    community where you grew up?

16    **A.**   Yeah.  It was predominantly black and Latinx.

17    **Q.**   What about the socioeconomic demographics?

18    **A.**   Low income.

19    **Q.**   And how did your ethnicity impact your experiences

20    growing up?

21    **A.**   Yeah.  When I first moved here, I didn't really speak

22    English that well.  And so I had an accent.  And I think of

23    kids like my friends who make fun of my accent and call me

24    names like Chink and Chineto, which didn't really make sense

25    to me because I'm Vietnamese and those terms refer to Chinese

Case: 19-2005   Document: 00117688239   Page: 525   Date Filed: 07/20/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 141 of 217

141

1    people.  People also made fun of my name.  And I think like

2    to those experiences I really ended up distancing myself away

3    from --

4    Q.  Would it help to take one moment and just take a sip of

5    water?

6    A.  I'm good.  Yeah.

7         And I think after those experiences it really, you

8    know, pushed me to distance myself away from my Vietnamese

9    identity.  And I didn't really partake in any, like, cultural

10   activities.  And I stopped -- like my parents at home would

11   tell me, oh, you should like learn Vietnamese.  And I didn't

12   really listen to them.

13        I was frustrated because I really wanted to get rid

14   of my accent.  And I didn't talk with any other Vietnamese

15   students in my high school because I was, like, those

16   students didn't speak English at school.  And I was like why

17   can't they just speak English as well just like me in high

18   school.

19        And so I think those things, like my experiences

20   growing up really forced me to like as a kid like view the

21   things that were so core to me as foreign and as something I

22   need to erase in order for me to fit in, in order for me to

23   do certain things that would allow me to be successful.

24   Q.  Did your relationship with your Vietnamese identity

25   change over time?

**A.**   Yeah.  It changed dramatically in high school because I

enrolled myself in the humanities magnet program which I

think my -- one of my motivations was to really improve my

English, since the program was very intensive in like

reading, writing, and speaking.  And so I wanted to work on

areas that I needed to work on.

        And the other thing is the program focused a lot on

addressing -- or like looking at the academics through a

social justice lens.  And so in going through the program, I

learned a lot about like the languages and the concepts that

explained why I was feeling the way I felt as a kid and why

I, you know, like hated that part of myself.

        And by high school, grappling with my identity at

the end of junior year and beginning of senior year, I really

felt this connection to my Vietnamese identity and the

connection to my culture.  It became such a huge part of who

I was.  And that journey itself of understanding my identity

was really like crucial to who I am today.

**Q.**   And was it crucial to when you applied to college?

**A.**   Yeah.  Definitely.  When I applied to college, I felt

like in order for me to express myself authentically and

really like show me as a full person, I needed -- I wrote

about my Vietnamese identity on my application because I

think it was such a big part of myself.

        And I was also just feeling really tired of erasing

**JA2676**

1    my identity for so long and feeling like my identity has been

2    erased.  And so I took like the power back and wrote about

3    that on my college essay.

4    **Q.**  And we are going to jump into that application.

5         Before we do that, do you identify with a

6    particular socioeconomic background?

7    **A.**  Low income.

8    **Q.**  And you mentioned that your neighborhood was

9    predominantly black and Latinx students.  Do you think that

10   children of different races who are low income are treated

11   the same?

12   **A.**  No, they're not treated the same.

13   **Q.**  How did you see them being treated differently?

14   **A.**  Growing up there was a lot of assumptions around my black

15   and Latinx friends being dangerous.  The same assumptions

16   were not made about me.

17   **Q.**  Can you provide an example about that?

18   **A.**  Yeah.  In middle school when there was a stabbing on

19   campus, teachers and students immediately assumed it was

20   either a black or Latinx student.  And no one assumed or

21   thought it could have been someone who looked like me.

22   **Q.**  How do you think that impacted your education?

23   **A.**  I think in the classroom when you look at teachers and

24   they don't see you as, like, dangerous, you just feel

25   automatically more comfortable.  I felt automatically more

1   comfortable in school and the classroom, and so that really

2   pushed me to -- I think that created an environment where I

3   was able to excel academically.

4   **Q.**  Were there other ways that you saw that your schooling

5   was racialized?

6   **A.**  Yeah.  The same friends who went to my -- black and

7   Latinx friends who went to my middle school were not tapped

8   for the same humanities magnet program that I ended up

9   enrolling in, even though they were just as smart and

10  talented.

11  **Q.**  And do you think that you also had to overcome racial

12  prejudice as a Vietnamese immigrant?

13  **A.**  Yes.

14  **Q.**  And how would you compare that experience to what you saw

15  your peers who were black and Latinx?

16  **A.**  I think feeling like I'm foreign and having people look

17  at me as like a foreigner, I think it's very different from

18  my black and Latinx friends being perceived as dangerous.

19  **Q.**  I'm going to turn to your application.

20          MS. TORRES:  Your Honor, may I approach the

21  witness?

22          THE COURT:  Sure.

23  BY MS. TORRES:

24  **Q.**  You're one step ahead of me, Thang.  You have before you

25  what's been marked as SA-2, and you can go ahead and look

1    through the document.  Let me know if you recognize it.

2    **A.**   It's my admissions file.

3    **Q.**   When was the first time that you saw it?

4    **A.**   August 2018.

5    **Q.**   Can I have you turn to page 10 at the bottom?

6    **A.**   Yes.

7    **Q.**   What is this?

8    **A.**   It's my personal statement.

9    **Q.**   And can you look at the last sentence of the third

10   paragraph on page 10.  It starts with "I was no longer."

11   **A.**   Yes.

12   **Q.**   And can you read that sentence out loud for us.

13   **A.**   "I was also no longer ashamed of my Vietnamese identity

14   as the program allowed me to embrace it."

15   **Q.**   And is that the magnet program you were describing

16   previously?

17   **A.**   Yes.

18   **Q.**   Why did you choose to share about your changed attitude

19   towards your Vietnamese identity?

20   **A.**   I think in order for -- in order to portray myself, in

21   order to portray my growth authentically and really show, you

22   know, like the admission officer who I really am, I think

23   it's crucial for me to like share this journey of not just

24   learning English, but this journey of rejecting and erasing

25   my own identity first.  And then how I came from despite like

 1   racial prejudice and despite the messages that I was

 2   receiving that I -- it had become such a huge part of who I

 3   was when applying and still who I am now.  And I think it's

 4   so -- like if I didn't write about this experience, I don't

 5   know what I would have written about.

 6   Q.   Okay.  Did your Vietnamese identity come up anywhere else

 7   in your application?

 8   A.   Yeah.  During my interview my name, my birthplace, my

 9   parents' birth places.  Also during when I described a media

10   conference that did I in high school where I had to make a

11   video about discrimination and where I had to draw a lot from

12   my own personal experiences with discrimination into the

13   video.  And yeah.

14   Q.   Thanks.  We're now going to turn to page 29.  You'll see

15   it's labeled "Personal Interview Report."  Under "Academic,"

16   you'll see the sentence "Thang has perfect grades."

17            Can you read that sentence out loud for us?

18   A.   Yeah.  "Thang has perfect grades in a wide range of

19   classes, but his SAT score is on the lower end of the Harvard

20   average."

21   Q.   Were you surprised by that comment?

22   A.   No, I was not.

23   Q.   Why?

24   A.   Because when I applied, I knew I had a below-average SAT

25   scores, but based on what I researched online.  And that was

**JA2680**

Case: 19-2005    Document: 00117632230    Page: 531    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 648    Filed 04/18/19    Page 147 of 217

147

1    actually one the reasons why I ended up applying to Harvard

2    like three days before the deadline.

3    Q.   What changed your mind?

4    A.   My mom literally just said you should just give it a

5    shot.  Who knows what will happen?  That's what I did.

6    Q.   What were the other aspects of your application that you

7    thought might make you stand out?

8    A.   My GPA.  I was valedictorian at my high school and also I

9    think my commitment to public service and my -- my passion

10   for like social justice.  And I think I think those are like

11   great achievements, but I don't think they can be necessarily

12   understood without taking into account the fact that I moved

13   here when I was eight, I didn't speak English that well, me

14   overcoming my -- you know, like accepting my identity and

15   understanding my identity was so crucial in me and like

16   motivating me to pursue or like involve myself in like public

17   service and giving back to the community.

18   Q.   And there were lots of comments throughout your

19   application file.  Which comments resonated with you the

20   most?

21   A.   The comment that I had shown a strong sense of self, and

22   it also said -- mentioned my Vietnamese immigrant identity.

23   Q.   And briefly why did that matter to you?

24   A.   I think because I felt that part of myself, again just

25   being invisible, I think it was really nice to feel like that

1    part was valued and noticed by someone.

2    **Q.**   I'm going to turn now to your time at Harvard.

3               How would you describe the level of Asian American

4    representation on Harvard's campus?

5    **A.**   I think as a group, Asian Americans have a fairly like

6    strong representations as compared to black and Latinx

7    groups.

8    **Q.**   How would you describe the level of diversity within the

9    Asian American community?

10   **A.**   There are more East Asian students who are Chinese and

11   Korean than Southeast Asian students like Vietnamese,

12   Cambodian, Laotian.

13   **Q.**   How has the lower representation of Southeast Asian

14   students made you feel?

15   **A.**   I think it just really sucked if you're in spaces on

16   campus where it is like an Asian space, but I don't think

17   I -- you know when you don't see yourself represented, I

18   think it's just like a sucky feeling to have.  And I think

19   like right after me being like, yeah, my Vietnamese identity

20   means so much to me and then going to spaces where I don't

21   see that represented, I think it sucks.

22   **Q.**   Can you use one other word besides "sucks" just in case

23   this goes up on appeal?

24   **A.**   Yeah.  I felt marginalized and I felt -- I think I

25   felt -- I felt erased again.  And I think it's -- yeah, I

 1    think "marginalized" and "erased" are two words I would use.

 2    **Q.**  They're all great, great words.

 3              THE COURT:  Some heard in here less frequently than

 4    others.

 5    BY MS. TORRES:

 6    **Q.**  Can you provide an example of where you felt erased or

 7    marginalized?

 8    **A.**  Yeah.  I think -- I don't think it was their intention,

 9    but for example, there's an organization called Asian

10    American Dance Troupe where every semester they host like a

11    dance night, cultural dance night.  I think it's just

12    really -- not sucky, but also I think when -- in the dance

13    routines, there are not as many -- there are very few Asian

14    routines, if not like at all.

15              And so I think like when I go to these spaces to

16    support my friends who are in them, I think it really -- I

17    again feel erased when I just don't see myself reflected in

18    the greater Asian community on campus.

19    **Q.**  Are there any other instances where you felt erased or

20    that your voice wasn't heard?

21    **A.**  Yeah.  During my sophomore year when the affirmative

22    action issues became more -- like people started talking

23    about it on campus, I remember an e-mail from -- again, I

24    don't think it was the intention, but an e-mail coming from

25    the Asian American Association, which is a pan-Asian group on

Case: 19-2005   Document: 00117638239   Page: 534   Date Filed: 07/30/2026   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 150 of 217

150

 1   campus, saying that because the community is so split on the

 2   topic that we're not -- as a group, we're not going to

 3   discuss it.

 4        And so I think I remembered this very vividly.

 5   Because there are a lot of East Asian students on campus, the

 6   people on board of a lot of these pan-Asian organizations end

 7   up being East Asian students.

 8        And so I, you know, feeling -- and seeing who has

 9   power and who has representation, I think I -- at that moment

10   I didn't really see that being like reflected in like the

11   Vietnamese students.

12        And so I think a lot of Vietnamese students feel

13   differently.  I think it has always just been very nice to

14   have been engaged during this conversation so that at least a

15   part of the Vietnamese perspective or Southeast Asian

16   perspective is represented in like conversations on campus.

17   **Q.**  Are there spaces where you have felt that there is a

18   greater voice for Southeast Asian students?

19   **A.**  Yeah.  I just think in spaces where there's a higher

20   representation of Southeast Asian students.

21        For example, in the Phillips Brooks House

22   Association, which is a nonprofit, but like a public service

23   group, we work with a lot of students in a lot of communities

24   in Boston.  One of them is the Vietnamese community.

25        So when there are higher representation of

1    Southeast Asian students in PBHA, I don't feel the burden of

2    having to translate or communicate with parents who don't

3    speak English all the time.  I don't feel that burden of

4    having to navigate like identity and cultures all the time

5    because it's tiring.

6           Another example would be like in my Asian American

7    literature class where we talk about different Asian

8    identities.  I don't have to be the only one people turn to

9    or expect -- or turn to when we talk about the Vietnamese

10   experience or like the refugee experience because I had like

11   other classmates who can share different perspectives.

12          I can't represent every single Vietnamese person in

13   this world and in this country.  So I can only represent what

14   I know and a piece of that, and there's only so much I can

15   say.

16          And when there are other students who look like me

17   and who have similar experiences, I don't have to be the only

18   one talking, even like, you know, because many of my

19   experiences are like traumatic and like, I don't have to

20   always be so emotionally drained in class to discuss these

21   topics with my classmates.

22          Can I add one more thing?

23   **Q.**  Yes.

24   **A.**  Also this happened this year when I was in my Asian

25   American graphic novel class.  One of my professors was

Case: 19-2005    Document: 00117682230    Page: 536    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 152 of 217

152

1   Vietnamese and she pronounced my name correctly.  And that

2   was the first time in 13 years throughout my whole education

3   that a teacher and a professor at Harvard pronounced my name

4   correctly.

5           So I think that's just like I think to show how

6   validating it is to have people who can understand your

7   experiences, even if it comes down to understanding like

8   pronouncing your name correctly.

9           And yes, I said you can say Thang because I think

10  that's a form of survival because I'm not going to spend

11  every day telling people the correct way to pronounce it.

12          I think it's very validating.

13  **Q.**  Than you.  Has AAA gotten involved in this lawsuit since

14  it's been filed?

15  **A.**  Yeah.  I think because the conversations on campus have

16  been like -- there's just more conversations.  AAA signed

17  onto the LDF brief.  And I think the climate on campus has

18  changed because conversations and -- there's definitely been

19  more effort to engage students of different background and

20  different experiences in the case.  And I think my

21  involvement in this case as a Vietnamese immigrant shows

22  that.

23  **Q.**  Thank you.  So we're going to move on from the Asian

24  American community.

25          Have you had interactions with classmates of color

 1    from different racial backgrounds while at Harvard?

 2    **A.**   Yes.

 3    **Q.**   And how have those interactions impacted your education?

 4    **A.**   I think they were very beneficial in the sense that we

 5    all have different life experiences.  So when I interact with

 6    students who are black and Latinx, I gain new perspectives.

 7    New perspectives on how to look at different issues.

 8    **Q.**   Can you provide an example of that?

 9    **A.**   In my public health class, one of the students raised a

10    point that a lot of scientific research about health revolves

11    around the white population.

12         What that means is the health needs of different

13    communications of color or other communities are not being

14    addressed -- are not addressed -- yeah, are not being

15    addressed because there is no research about that population.

16         And I think that was like a point that I have not

17    really thought fully about before.  And I think in really

18    reflecting on the comment that my classmate said, I was able

19    to think about my own experiences in the scientific community

20    and how when we look at ethical practices and how to design

21    scientific studies, how can we be more inclusive and

22    encompassing of all communities so that all communities'

23    health needs are being addressed.

24    **Q.**   How has that perspective impacted your conversations

25    about public health issues up to this point?

1    **A.**   Yeah.  When I talk to my friends about it, I think the

2    perspective allowed me to challenge a -- so for example, in

3    one of the labs I'm in, there is research being done on

4    immigrant populations in Boston.  But the lab has no research

5    participants who are Vietnamese immigrants.

6              And so it allowed me to reflect on my own identity

7    and experiences and also, you know, like that perspective

8    pushed me to challenge why is it that the research doesn't

9    include Vietnamese immigrants and really grapple with that

10   with my friends.

11   **Q.**   And can you remind us of the racial background of the

12   classmate who made that comment?

13   **A.**   A black classmate.

14   **Q.**   There's an issue in this case about the reduction of

15   students of color on campus.

16              Can I ask you specifically how would a 30 percent

17   reduction in the number of black students, African American

18   students on campus impact your education?

19   **A.**   I think it would hurt my education dramatically, not just

20   education in the classroom but also outside the classroom.

21   **Q.**   Why?

22   **A.**   Being Vietnamese and already underrepresented on campus,

23   I think I've learned a lot about how to build coalition, how

24   to collaborate with other communities of color, and how to be

25   aware of class differences because of efforts made by my

Case: 19-2005    Document 00117632239    Page: 539    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 648    Filed 04/18/19    Page 155 of 217

155

1    black friends and black students from organizations.

2            And like, for instance, when there was an arrest

3    of -- an unfair arrest of a black college student on campus,

4    I think all the like black student organizations worked

5    together to push and advocate and create -- created for

6    space -- created spaces where students can come and grapple

7    with what happened and really understand, like, yeah,

8    understand what happened.

9            And I think they were very open to like members

10   outside the communities.  And I think in doing so, it

11   improved the campus climate because I was able to learn more

12   about issues and like understand a bit better about issues

13   affecting a different community.

14           But I also think that that allowed me to understand

15   how my own -- the issues affecting my own communities are

16   like inherently tied to issues affecting other communities of

17   color.  And then how can we work together to advocate and to

18   build power together so that you can really create systematic

19   change.

20   **Q.**   Thang, when do you graduate?

21   **A.**   May 2019.

22   **Q.**   And have you thought about what you want to pursue after

23   college?

24   **A.**   I hope to become a pediatrician working in an immigrant

25   community and communities of color.

Case: 19-2005     Document 00117632230     Page: 540     Date Filed: 07/30/2026     Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 156 of 217

156

1   **Q.**   How has Harvard's racial diversity prepared you for this
2   work?
3   **A.**   Yeah.   I think in my interactions with my friends who are
4   black and Latinx and who are just different from me, I really
5   learned how to work across differences and how to build
6   meaningful connections and collaborations so that every
7   single stakeholders are being accounted for and how you can
8   like make the collaboration meaningful and that you're not
9   working for someone but you're working with someone.
10          And I think the other thing is my interactions
11  really gave me a tool set to think about cultural sensitivity
12  and cultural competency.
13          And so when I become a doctor, I'll be working with
14  young people who all have very different living experiences.
15  Like someone who experienced trauma from fleeing a war or
16  leaving the country or being separated from their family is
17  very different from someone who was born in the U.S.
18          And I think how can you look at young people in a
19  way that is very holistic and take into account like full
20  consideration of their backgrounds so that you can provide a
21  really good, like an informed healthcare so that they can
22  have a normal development trajectory and so that they can
23  grow up and have the same opportunities and like have like
24  the health to fulfill whatever they need to fulfill.
25          So I think like my interactions with my friends who

1    are just different from me just opened my eyes to things like

2    just seeing people as people and not just as a single

3    identity or aspect of them.

4    **Q.**  I think we can all say you're going to be a great doctor.

5           Last question is, why did you choose to participate

6    in this case about Harvard's race-conscious admissions

7    policy?

8    **A.**  I have multiple reasons.  My first one is I think, like

9    I've mentioned in conversations around Asian American

10   identity, oftentimes the Vietnamese perspective and voices

11   are not considered.  And I think it's important for us to

12   really take into account that even if I can only represent a

13   partial, like a piece of the puzzle or like a piece of that

14   voice, and I think that is important.

15          And secondly, I think based on my own experiences

16   with racial prejudice and discrimination and growing up with

17   and having friends who are growing up and also having friends

18   who are Latinx and black, I think I -- you know, I have a

19   shared understanding of oppression and I think we have a

20   shared understanding of structural systems in place that

21   often limits opportunities, educational opportunities, job

22   opportunities.

23          I think it matters for me so much that I like stand

24   in solidarity with other communities of color.  Because even

25   though the way our racial prejudice and discrimination

Case: 19-2005    Document 00117632230    Page: 542    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 158 of 217

158

 1    manifests differently, I think we're all under the same

 2    system that continues to like erase and limit our voices.

 3            And lastly, I just personally really believe that I

 4    benefited from affirmative action.  Like in allowing the

 5    admission process to take into account race and ethnicity, it

 6    allows my immigration history to be taken into account.  It

 7    allows my own experiences of overcoming the -- my racial

 8    identify when I was younger and understanding that to really

 9    be portrayed.  And I think that matters in not only the

10    college admissions process but also in this case.

11            MS. TORRES:  Thank you.  No further questions.  I

12    pass the witness.

13            MS. PERRY:  Your Honor, I have hard copies of a few

14    things, if I may approach?

15            THE COURT:  Yes, of course.

16                          EXAMINATION

17    BY MS. PERRY:

18    Q.  Hi.  I'm Krista Perry.  We've never met, but I've spoken

19    with your lawyers this weekend about the topics I thought we

20    would cover today.  Thank you very much for being here to

21    share your perspective.

22            You mentioned that you attended the Cleveland

23    Humanities Magnet High School in Los Angeles?

24    A.  Yes.

25    Q.  That's a pretty rigorous program, right?

1    **A.**  Yes.

2    **Q.**  About how many students were in your graduating class?

3    **A.**  The magnet program was a program within a larger high

4    school.  So the total high school has 700 students.  I'm not

5    sure how many students were in my class for the magnet

6    program.

7    **Q.**  Close enough.  But you came in number one in your

8    graduating class overall, correct?

9    **A.**  Yes.

10   **Q.**  You managed that while spending some pretty serious time

11   and energy on extracurriculars like key club, ASB, a

12   filmmaking summit, and volunteering at a hospital --

13   **A.**  Yes.

14   **Q.**  -- to name just a stew few.  That's pretty impressive.

15          I'd like to talk to you briefly about diversity on

16   Harvard's college campus, if that's all right.

17   **A.**  Okay.

18   **Q.**  You mentioned in your direct that you identified with a

19   low-income background.

20          In your experience, there are more wealthy students

21   on Harvard's campus than there are students from a low-income

22   background, correct?

23   **A.**  I think that's hard to say because I tend to hang out

24   with students who have similar socioeconomic backgrounds.  So

25   I can't say for sure.

1    **Q.**  Would you agree that Harvard could and should do more to

2    increase socioeconomic diversity on campus?

3    **A.**  I think if there were a lack of diversity in terms of

4    socioeconomic status, they should try to address that.  But I

5    think it shouldn't just be about socioeconomic diversity, but

6    it should be about diversity of all forms.

7    **Q.**  Great.  Would you agree that Harvard should give greater

8    weight in admissions decisions to extraordinary students who

9    achieve with fewer resources?

10   **A.**  Can you reframe the question?

11   **Q.**  Sure.  Would you agree that it's important for Harvard to

12   give greater weight in admissions decisions to students who

13   can achieve a lot with fewer resources?

14   **A.**  I think that depends on context.  And I think we need to

15   take into account the identity, like all identities of the

16   students.  So I can't -- I'm not sure how to answer your

17   question.

18   **Q.**  Okay.  Great.  I'd also like to talk with you about bias

19   against Asian American students.

20          The student amici submitted a brief during the

21   summary judgment phase of this case.  This is that brief,

22   yes?

23   **A.**  Yes.

24   **Q.**  And if you go to page 9, the brief refers to "the reality

25   of a society where certain ethnoracial minorities, Asian

1   Americans among them, encounter structural racism and

2   implicit bias because of their identity."

3           Did I read that right?

4   **A.**   Sorry.  Did you say page 9?

5   **Q.**   Page 9 --

6   **A.**   Oh, oh.  At the top.

7   **Q.**   Yes.  Page 1 of the main brief.

8   **A.**   Okay.

9   **Q.**   They described "the reality of a society where certain

10  ethnoracial minorities, Asian Americans among them, encounter

11  structural racism and implicit bias because of their

12  identity."

13  **A.**   Sorry.  I'm just trying to identify that on this page.

14  **Q.**   I have it up on the screen as well, but it's towards the

15  bottom of the top paragraph, I believe.

16  **A.**   Towards the bottom.  Okay.

17  **Q.**   All I'd like to know is if you would agree with the

18  description that Asian Americans are among the groups that

19  might encounter structural racism and implicit bias because

20  of their identity?

21  **A.**   So I think Asian American students are students of color,

22  so yes.  And I think we should also think about in the Asian

23  American community the different ethnic groups who might just

24  experience that differently as well.

25  **Q.**   You filed a declaration to go along with this brief as

Case: 19-2005    Document: 00117632239    Page: 546    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 162 of 217

162

1    well; is that right?

2    **A.**   Yes.

3    **Q.**   So let's go there.  In Paragraphs 3 and 4, you discussed

4    some of your own personal experience with racial bias, as you

5    mentioned earlier today as well.

6            Would you consider racial and ethnic bias to be a

7    serious problem in this country?

8    **A.**   Yes.

9    **Q.**   And in your declaration, you wrote about Harvard as well.

10   And what you wrote is that "there are still many problems

11   with diversity at Harvard, which continues to be dominated by

12   white students.  Asian Americans are the second largest group

13   at Harvard, but the university fails to take into account the

14   diverse needs of this broad population."

15           Are those your words?

16   **A.**   Yes.

17   **Q.**   Okay.  Now, this is an op ed that came out in the Harvard

18   Crimson entitled "Students for Fair Admissions and Harvard

19   Both Got It Wrong."

20           You're familiar with this article, right?

21   **A.**   I read it back then, but I don't remember much of it.

22   **Q.**   I'd like to just look at a few of the conclusions.

23           You're familiar with the authors of this, right?

24   They're classmates of yours?

25   **A.**   Yeah.  They're my friends.

Case: 19-2005    Document 00117638239    Page: 547    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 163 of 217

163

1    **Q.**  I'd like to look at a few of the things they wrote and

2    see if you agree with their conclusion, if that's okay.

3    **A.**  All right.

4    **Q.**  So in the article, the Harvard Crimson states that

5    "however, our firm support of affirmative action does not

6    negate our disappointment with the college's admissions

7    office for failing to address potential systematic prejudices

8    against Asian Americans."

9         And then it continues, "While admissions officers

10   receive cultural sensitivity training for certain racial

11   groups, instruction regarding racial bias is noticeably

12   absent for Asian Americans.  Therefore, we call on Harvard to

13   provide stronger diversity training for admissions officers

14   to identify and challenge such biases, whether they originate

15   from the application materials or from the review process

16   itself.  An institution which seeks to support historically

17   marginalized minorities should also dismantle negative biases

18   towards Asian Americans."

19        Do you agree with this article that Harvard should

20   provide stronger diversity training for admissions officers

21   to identify and challenge racial bias?

22   **A.**  I think it should not just be about racial biases but

23   biases against all forms of identities or marginalized

24   groups.  And I also think that -- yeah, that's it.

25   **Q.**  And do you agree that an institution which seeks to

**JA2697**

1    support historically marginalized minorities should also

2    dismantle negative biases towards Asian Americans?

3    **A.**   Sorry.  I kind of blanked out.  Can you repeat the

4    question?

5    **Q.**   Sure.  Do you agree that an institution which seeks so

6    support historically marginalized minorities should also

7    dismantle negative biases towards Asian Americans?

8    **A.**   I think it should try to get rid of biases across all

9    forms of identities and all racial groups.

10             MS. PERRY:  Thank you very much for your testimony.

11                            EXAMINATION

12   BY MS. ELLSWORTH:

13   **Q.**   Hi, Thang.

14   **A.**   Hi.

15   **Q.**   I'm Felicia Ellsworth.  I represent Harvard.

16             MS. ELLSWORTH:  Mr. Lee, do you have the summary

17   judgment brief that Ms. Perry was asking about?  On page 1,

18   could you pull it up, please?

19   BY MS. ELLSWORTH:

20   **Q.**   Thang, do you remember Ms. Perry asking you about a

21   sentence in that brief?

22   **A.**   Yes.

23   **Q.**   I'd like to read the full sentence to you.

24             "Plaintiff's lawsuit uses Asian Americans as a

25   cover to force every institution of higher education in the

Case: 19-2005    Document: 00117632230    Page: 549    Date Filed: 07/20/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 165 of 217

165

1    United States to ignore the reality of a society where

2    certain ethnoracial minorities, Asian Americans among them,

3    encounter structural racism and implicit bias because of

4    their identity."

5         Do you see that there?

6    **A.**  Yes.

7    **Q.**  Do you agree with that sentence?

8    **A.**  Yes.

9         MS. ELLSWORTH:  Thank you very much.  Thanks for

10   your testimony today.

11        THE WITNESS:  I'm done?

12        THE COURT:  Hold on.  We'll see.  Hold on.

13        MS. TORRES:  No further questions.

14        THE COURT:  You are done.

15        (Applause.)

16        THE COURT:  The Thang Fan Club.

17        MS. McCLELLAN:  Your Honor, Amici Organizations

18   call Ms. Madison Trice as our next witness.

19        THE CLERK:  Can you please raise your right hand.

20        (MADISON TRICE duly sworn by the Deputy Clerk.)

21        THE CLERK:  Can you please state your name and

22   spell your last name for the record.

23        THE WITNESS:  Yes.  Madison Trice, T-R-I-C-E.

24                      EXAMINATION

25   BY MS. McCLELLAN:

1    **Q.** Good afternoon, Ms. Trice.

2    **A.** Good afternoon.

3    **Q.** Where do you attend college?

4    **A.** I attend Harvard College.

5    **Q.** And what is your expected year of graduation?

6    **A.** 2021.

7    **Q.** How are you associated with this lawsuit?

8    **A.** I am a member of BSA, which is a member of the amici, and

9    I am also a member and political action chair of the

10   Association of Black Harvard Women, which is another member

11   of the amici.

12            For the record, BSA stands for the Black Students

13   Association.

14   **Q.** And how are those organizations associated with this

15   lawsuit?  Did they file an amicus brief?

16   **A.** Yes.  Both did.

17   **Q.** How would you describe your racial and ethnic background?

18   **A.** I am African American.

19   **Q.** And where did you grow up, as in elementary school?

20   **A.** I grew up in rural Illinois and attended elementary

21   school there.

22   **Q.** Do you feel that race was a barrier in your academic

23   experience when you were in elementary school?

24   **A.** Yes.  I recall one time my parents wondered what it would

25   take to for me to get into the gifted class because I was

Case: 19-2005    Document: 00147632230    Page: 551    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 648    Filed 04/18/19    Page 167 of 217

167

1    doing very well academically and I still wasn't being

2    promoted.  So they scheduled a conference with the teacher

3    administrator, and the teacher said that I needed to have ten

4    100s on tests to be able to enter the class.

5              So my parents pulled out my tests which they had

6    been keeping records of and found that they had at least ten,

7    if not more -- I think there were more -- 100s on the past

8    tests.

9              And they said, oh, okay, you can join the class.

10   And I believe from that point on I was the only black student

11   in the gifted class there.

12   **Q.**   Was there a policy that you had to have ten 100s?

13   **A.**   Not that I know of.

14   **Q.**   Where did you attend high school?

15   **A.**   I attended high school -- I spent one year in Maryland,

16   half of a year in D.C., and the rest of my high school years

17   were spent in Houston, Texas.

18   **Q.**   And when you were in Houston, Texas, where you spent most

19   of your high school years, what type of high school did you

20   attend?

21   **A.**   I attended a private predominantly white, pretty wealthy

22   high school.

23   **Q.**   What would you say was the racial makeup of your high

24   school?

25   **A.**   It was about 70 percent white, 20 percent Asian American,

1    and maybe somewhere between 7 and 8 percent black, like

2    1 percent Latinx and maybe 2 percent of mixed race.

3    Q.   What was it like in your classes racially?  What was the

4    racial makeup of your classes?

5    A.   The racial makeup of my classes was definitely

6    predominantly white.  I also found that it varied depending

7    on the course.  So for upper-level classes at that school

8    also it was kind of -- I was more likely to be one of the

9    only black students in the room.

10    Q.   And what was it like to be one of the only black students

11    in your classes?

12    A.   It was difficult.  It was pretty isolating at times.

13    There were times where you felt like a representative for

14    your entire race, where someone would say something offensive

15    and you'd have to be able to discuss it in a very logical and

16    calm manner.  But there was nobody else to back up what you

17    were saying, so you were kind of alone -- nobody else who had

18    experienced it to back up what you were saying, so you were

19    kind of alone in doing so.

20    Q.   Did race have an impact on your social experience in high

21    school?

22    A.   Yes.

23    Q.   How so?  Can you give an example?

24    A.   Yes.  I remember that for my junior and senior year, to

25    my knowledge, there were only two black girls asked to prom

**JA2702**

1    out of like 14 of us.  And most girls at the school were

2    asked to prom, which made it a very different experience

3    socially.  It's still fun to go with your friends, but it's

4    not exactly the same.

5         I think also I found it more difficult in

6    comparison to my other schools to make friends who were not

7    minorities.  At my high school I do have a few friends who

8    are not minorities from high school.  But most of my friends

9    were other minorities, which is something that I -- it wasn't

10   as difficult to make friends who were from other backgrounds

11   who were white at any of my other schools that I attended.

12   **Q.**  I want to talk to you a little bit about your experience

13   applying to Harvard.

14        When you applied to Harvard, what was your grade

15   point average?

16   **A.**  My grade point average was a little bit over 92 percent

17   out of 100.

18   **Q.**  When you applied to Harvard, what was your SAT score, if

19   you remember?

20   **A.**  A 2300 out of 2400.

21   **Q.**  Did you submit an essay?

22   **A.**  Yes.

23   **Q.**  What did your essay discuss?

24   **A.**  My essay discussed having been bullied for being

25   different, whether that was in terms of my age or in terms of

1   my personality or in terms of being African American.  And it
2   discussed how because I was bullied it made it very difficult
3   for me to learn self-love.  And then eventually I was told in
4   my D.C. school by a friend of mine that I didn't need to
5   change myself, and it kind of sparked this journey towards
6   self-love.
7   Q.  Did your experience being bullied because of your race
8   impact how you think about social justice?
9   A.  Yes.  Absolutely.  I think that because of that I'm able
10  to understand what it feels like to be hurt for something
11  that you can't control, for looking different or being of a
12  different background.
13          I think that it's helped me to gain an attachment
14  to my culture and to ensuring that other people are able to
15  be treated equally -- to be treated well for their identities
16  as well.  And I think that that experience also contributed
17  to the empathy that I hope to turn into action in a lot of
18  different ways because I don't want anybody else to
19  experience what I went through.
20  Q.  If you had been prohibited from identifying your race in
21  your essay, would this have affected your ability to present
22  your full self in your application?
23  A.  Yes.
24  Q.  How so?
25  A.  I think that the way that I was bullied was kind of

1    inextricable from my race.  I remember just thinking about --

2    even when I talk about being different in terms of my age or

3    my personality, it was always like being different and black,

4    appearing a certain way and being black so people couldn't

5    identify -- people couldn't understand what my racial makeup

6    was because I was black.

7            It wasn't just that -- I mentioned in my essay

8    being a light-skinned African American.  It wasn't being

9    light skinned; it was being light skinned and black and

10   people viewing that as somehow racially inferior to other

11   combinations of skin tone and race.

12           I think that also the pride that I have in my

13   culture and my drive for social justice and my drive for

14   encouraging others to love themselves is so deeply connected

15   to my experiences, having been mistreated for my race, that

16   it would be very difficult to articulate who I am without

17   being able to discuss it.

18   **Q.**  What is your social economic background, if you feel

19   comfortable sharing?

20   **A.**  Yes.  I would say my family is upper middle class.

21   **Q.**  Do you feel that if you had been able to talk about -- do

22   you feel that speaking about your socioeconomic status in

23   your essay, if you were not permitted to talk about your

24   race, would have allowed you to convey your full self in your

25   application?

Case: 19-2005    Document: 00117632230    Page: 556    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 172 of 217

172

1    **A.**  Not at all.

2    **Q.**  Why not?

3    **A.**  Because I was discriminated against.  Although I believe

4    there are privileges that come with being upper middle class,

5    I was discriminated against in spite of those.  I was

6    mistreated for my race in spite of those.

7              So if I were able to say that I was upper middle

8    class, it would be -- it wouldn't take into account the

9    racism that I experienced.  It wouldn't take into account the

10   other oppressions that I faced or denials of opportunity that

11   I faced.  It wouldn't enable me to encompass the experiences

12   that I wanted to have in college and the things that I wanted

13   to do with being able to support black students or being able

14   to support minority students in general.

15             And it mostly just wouldn't allow me to account for

16   the ways that my identity has affected me.

17   **Q.**  Why did you want to go to Harvard?

18   **A.**  I was really excited by the academic opportunities in

19   terms of extracurriculars.  I could do basically anything

20   that I wanted to, which was really exciting.  And I was also

21   excited about how diverse it was.

22   **Q.**  Why was the diversity of Harvard important to you?

23   **A.**  I wanted to have a very different experience than what I

24   had in my high school in Houston.  I wanted to be surrounded

25   by people who had -- I wanted to have the chance to delve

1    more deeply into my cultural heritage and to get to celebrate

2    that with people who shared it, but I also wanted the

3    opportunity to get to know people from all different

4    backgrounds and to be in a place that celebrated and embraced

5    all those different backgrounds.  I think that the critical

6    mass that Harvard has of minority students was really

7    important for me into taking that into account.

8    **Q.**   Did you visit Harvard before deciding to go there?

9    **A.**   Yes.

10   **Q.**   Could you tell us a little bit about what that was like?

11   **A.**   Yes.  Something that comes to mind was Visitas, Harvard's

12   visiting weekend for admitted students.

13          And I remember getting to come up and going to

14   Jollies, which is the black men's foreign party, and getting

15   to go to the big black community barbecue and seeing all of

16   the different extracurricular groups and being welcomed by

17   them and having black upperclassmen talk to me about their

18   experiences and being excited to talk to me and sign me up

19   for different things and just feeling like the campus was a

20   place where I would be welcomed and where I would be able to

21   feel at home.

22          I remember seeing a black upperclassman girl who

23   started crying when she saw me and other black students

24   walking into the activities fair because she was, like, it's

25   just so beautiful seeing all of you.

1      And just feeling the love that was expressed in

2   that statement and the warmth made me feel like I would be

3   cared for within the Harvard community.

4   **Q.**  Would you say that your visit at Visitas affected your

5   decision to go to Harvard?

6   **A.**  Absolutely.

7   **Q.**  Did you visit other colleges?

8   **A.**  Yes.

9   **Q.**  And how did your visits at other colleges compare to your

10   visit at Harvard?

11   **A.**  Sometimes -- for instance, at Princeton I remember

12   visiting and noticing that the way that different groups of

13   students or different ethnic groups seemed to interact with

14   each other was very different than at Harvard.

15      Like at Princeton, I noticed that I saw a lot of

16   white students hanging out together and a lot of the black

17   students hanging out together but not a lot of intermingling.

18   And I decided that that wasn't a place where I would like to

19   be.

20      I remember going to Georgetown and there was this

21   really, really cool Native American cultural event happening,

22   but it was super unattended.  So it was like the students who

23   were planning it and then the students who I was with on a

24   tour, but I had seen other students going to things that I

25   felt were less important and being really excited about

 1    those.

 2              And I wanted to be a campus that was excited about

 3    diversity, and so I decided that that also wasn't for me.

 4    **Q.**  When you say things that are less important, what does

 5    that mean?

 6    **A.**  Things like drinking in the middle of the day or getting

 7    picked up by a Rolls Royce to go to a party, also in the

 8    middle of the day.

 9    **Q.**  Are you familiar with the "I, Too, Am Harvard" campaign?

10    **A.**  Yes.

11    **Q.**  What is it?

12    **A.**  It's a creative movement to state that black students

13    have a place on Harvard's campus and that because of the

14    depictions that you see a lot of the time of different Ivy

15    League schools, and particularly Harvard in media, black

16    students are not always taken into account of being a part of

17    Harvard by outsiders, but they are.

18    **Q.**  Did seeing the "I, Too, Am Harvard" campaign impact your

19    decision to attend Harvard?

20    **A.**  Yes.

21    **Q.**  How so?

22    **A.**  It was really cool seeing the unity that had been formed

23    in response to microaggressions and the support that people

24    had in creating a space for themselves but also being

25    celebrated and taking that space.

1          I remember reading some of the signs that people
2     would say and I would be like, oh, I've heard people would
3     say similar things about my hair, about my background to me.
4          And being able to have a place on a campus in spite
5     of that or being able to have a place on a campus that
6     doesn't always involve that experience sounds really special.
7     And it made me feel like I could carve out a space for myself
8     on Harvard's campus as well.
9     **Q.**  How does your experience with Harvard's racial diversity
10    compare to your experience in high school?
11    **A.**  It's so different.
12    **Q.**  How so?
13    **A.**  I have friends from all different backgrounds.  I get to
14    celebrate within -- it's different being involved in black
15    community organizations.  I was involved in a black community
16    organization in high school, but there are so many of us that
17    we're able to have a number of different organizations, so
18    every niche of black identity is celebrated and has a space
19    on campus.  And if there isn't one, it can be created and
20    other people will come, you can celebrate your culture that
21    way.
22          Microaggressions happen a lot less frequently.  So
23    I'm able to really devote myself to academics,
24    extracurriculars, and friendships without having to worry as
25    much about the feeling of being represented or being

**JA2710**

 1    distracted by the types of discrimination that I faced in

 2    high school.  And I feel like my identity is really embraced

 3    and supported.

 4    **Q.**  When you say microaggressions happen less are frequently,

 5    do you feel that that's related to the amount of diversity on

 6    campus?

 7    **A.**  Yes.

 8    **Q.**  Why?

 9    **A.**  I think that when you have -- I think that's true for a

10    number of reasons.  I think when you're interacting with a

11    critical mass of minorities, it's harder to have stereotypes

12    about them.  It's also harder to express those without

13    somebody saying, hey, that's not okay, as opposed to having

14    one minority in a room and, if there are five people who want

15    to say something that might be offensive to that person,

16    there's only one person who can respond.

17           And I think that because there's already a

18    committed value to diversity, it's kind of expressed that

19    discrimination and microaggressions are not something that

20    the broader community would tolerate.

21    **Q.**  Now that you are a student at Harvard, how are you doing

22    academically?

23    **A.**  I'm doing pretty well.

24    **Q.**  What grades have you received?  What's your average?

25    **A.**  My GPA is a 3.66 right now.

**JA2711**

1    **Q.**  Now, you mentioned learning about the Black Students

2    Association during your visit at Visitas.

3              Do you participate in the Black Students

4    Association or BSA now that you're on campus?

5    **A.**  Yes.  I am a member of the BSA.

6    **Q.**  What is the BSA?

7    **A.**  The BSA is the Black Students Association.  Its mission

8    is to create a space for black students to have community and

9    support and professional development and to share in those

10   things together and to create kind of a home within a home

11   for black students and also to facilitate engagement with a

12   broader community.

13   **Q.**  When was the BSA founded, if you know?

14   **A.**  1970.

15   **Q.**  And approximately how many members or participants are

16   there in BSA?

17   **A.**  I would say about 400 to 500.

18   **Q.**  Is there diversity within the BSA?

19   **A.**  Yes.

20   **Q.**  And are there other affinity groups that serve black

21   students specifically?

22   **A.**  Yes.  I would say there are somewhere between 10 and 15

23   organizations on campus that serve black students.

24   **Q.**  Is the diversity within BSA important?

25   **A.**  Yes.

1    **Q.**   Why?

2    **A.**   I think that for us to be able to learn from each other,

3    for us to be able to learn about the different shapes that

4    blackness can take, and to be able to learn about the

5    different ways that people are impacted by being black or by

6    racism or by classism and to be able to be good leaders for

7    the broader community, it's important to be able to have that

8    diversity reflect -- that is in the nation reflected in our

9    community.

10         I think also it's important for the broader Harvard

11   community to be able to interact with a number of different

12   black people who have very different experiences, whether

13   that's in terms of religion or class or politics or national

14   origin, and to be able to see that black people are not a

15   monolith.  And I think that the diversity of BSA does a

16   really good job of making those things possible.

17   **Q.**   You've already spoken about the role of BSA during

18   Visitas and recruiting students.  Does BSA do anything for

19   students when they arrive on campus in September?

20   **A.**   Yes.  We have black convocation, which is similar to

21   Harvard's general convocation except the attendants are all

22   member of BSA.  The freshmen sit in the front and they have

23   pins for the end of the ceremony.  The upperclassmen come in

24   the back and support them.  Everyone is dressed in white.

25         We have speeches from black faculty members,

1    prominent members of the black community who are

2    undergraduates, and performances from black students.

3    **Q.**  Do you know if there is a Latinx convocation?

4    **A.**  Yes.

5    **Q.**  And how did that start?

6    **A.**  That came about this year after the success of black

7    convocation creating a sense of welcome in the freshman class

8    and after seeing how beautiful that event was.  The Latinx

9    community also wanted to have that kind of space for their

10   freshman.

11   **Q.**  Does BSA provide any opportunity for professional

12   development?

13   **A.**  Yes.  We have a minority career fair every year.

14   **Q.**  And does BSA cosponsor events?

15   **A.**  Yes.

16   **Q.**  Can you give us an example?

17   **A.**  Yes.  One such event is rush hour, which is a party

18   that's thrown every year, cohosted between BSA, BMF, and the

19   Asian American men's forum.

20   **Q.**  What does BMF stand for?

21   **A.**  Black men's forum.  Sorry.  The Asian American men's

22   association.  And that event is really fun because it has

23   this huge diversity in terms of music and in terms of the

24   students who come.

25              I think because it's cohosted by multiple cultural

**JA2714**

1    groups, it ends up being a space that people from all

2    cultural groups feel welcome in, and so it's one of the most

3    diverse parties of the year, and that's really cool.

4         I know that BSA has also sponsored events with

5    mental health organizations and with the college's imam on

6    religious diversity and mental health.

7    **Q.**   Are there ever incidents of racial hostility on campus?

8    **A.**   Yes.

9    **Q.**   Has there ever been an incident of police brutality

10   against a black student on campus?

11   **A.**   Yes.

12   **Q.**   When?

13   **A.**   Last year towards the end of second semester.

14   **Q.**   How did BSA respond to this incident?

15   **A.**   BSA members were at the forefront of organizing in the

16   aftermath of the incident.  They were at the forefront of

17   ensuring that the student was cared for; and that discussions

18   would be held with the administration, with the Cambridge

19   Police Department to ensure that something like that didn't

20   happen again; and that there was advocacy on behalf of the

21   student.  BSA members were the ones who gathered and

22   eventually formed a coalition to deal with the event as a

23   whole, stepped up within a matter of weeks to have leadership

24   in that advocacy, created community healing events, etc.

25   **Q.**   Do you feel that this advocacy was effective?

1  **A.**  Yes.

2  **Q.**  How so?

3  **A.**  CPD, the Cambridge Police Department, and BSA and the

4  Harvard community in general now have more frequent meetings

5  to discuss relationships between the communities.  Harvard

6  administration was very receptive, and we were able to

7  discuss ways as well for Harvard to respond effectively to

8  police interactions with students.  And I believe that

9  advocacy on the student's behalf was successful as well.

10  **Q.**  Overall, how does BSA ensure that its members are

11  supported?

12  **A.**  There are all kinds of different ways, including the

13  black legacy ball where everybody gets to come and support

14  each other's businesses and each other in general and spends

15  time together talking and dancing and listening to music or

16  having a big-sibling, little-sibling program, which is in BSA

17  is actually a family.

18          So you can have a freshman, sophomore, and junior

19  and senior who all mentor each other and who are all in

20  relationship together.  There are a number of different ways

21  that the BSA supports its students.

22  **Q.**  And are these efforts to provide support successful?

23  **A.**  Yes.

24  **Q.**  How do you know?

25  **A.**  Because people end up having really fulfilling

1   relationships with upperclassmen that they wouldn't otherwise

2   have.  They find another outlet besides the advisers that

3   Harvard provides, finding the ability to talk to people

4   within their community about issues that they feel might be

5   pertinent to them.  Or being able to go to an event where you

6   can hear music or discuss spirituality in a way that's

7   familiar to you at home and being supported and welcomed in a

8   way through even things like black convocation so that you

9   know that there are people rooting for you to be successful

10  and people that you can turn to if you're struggling

11  academically and personally.

12          And I know that for me that's been a big cushion,

13  and I think that's been for a number of other students as

14  well.

15  Q.  I want to talk a little bit about your involvement with

16  the Association of Black Harvard Women or ABHW.

17          What is ABHW?

18  A.  ABHW is an organization that was founded in 1975, and was

19  actually the Association of Black Radcliffe Women, to create

20  a space for sisterhood, empowerment, professional

21  advancement, academic support, and community within the black

22  women's community of Harvard, and also to facilitate positive

23  interactions with the broader Radcliffe and eventually

24  Harvard community.

25  Q.  Do you have a leadership role within ABHW?

1    **A.**   Yes.  I am ABHW's political action chair.

2    **Q.**   What made you to decide to become involved as political

3    action chair?

4    **A.**   I remember after the event of hostility last year --

5    **Q.**   Just to clarify, what event of hostility are you

6    referring to?

7    **A.**   Yes.  My apologies.  The police brutality event against

8    the student.

9          I remember gathering in a room with a really big

10   chunk of the black community on Harvard's campus and just

11   thinking about how much I cared for them and how much I

12   wanted to make sure that they were supported in all of the

13   different issues that we face politically on campus and in

14   the world in general, and that I wanted to help create a

15   space for that.

16         And I love black women and I love being able to be

17   a support for black women.  So I wanted to be a part of

18   advancing ABHW's general goals as well.

19   **Q.**   Approximately how much time would you spend in your role

20   as a political action chair?

21   **A.**   I would say at least four hours a week, maybe four to six

22   hours in general.

23   **Q.**   And in terms of the programs that ABHW provides, is there

24   an orientation for members?

25   **A.**   Yes.  We have a week of initiation where we host events

**JA2718**

1    discussing everything from interactions with faculty and

2    who's there to support you to inclusivity to legacy and how

3    to make a positive impact on campus.  Days where you can ask

4    students about what their experience is about.

5    **Q.**  Just to be clear, when you say "legacy," what do you

6    mean?

7    **A.**  By "legacy," I mean the legacy you'll leave on campus.

8    We discuss black women who came before us and their positive

9    impacts in the world and who were Harvard alumni, and we talk

10   about ways that we would like to represent our family and our

11   heritage on campus.

12   **Q.**  Does ABHW provide opportunities for mentoring?

13   **A.**  Yes.

14   **Q.**  Can you give us an example?

15   **A.**  We have a big-sister, little-sister program where you're

16   matched with someone who is younger than you if you're an

17   upperclassman or older than you if you're a younger member.

18   You're encouraged to form a relationship with them and to

19   spend time with them, and you can go to them with anything

20   that you're struggling with.

21   **Q.**  And does ABHW provide guidance for younger students?

22   **A.**  Yes.  One example I think would be our survival guides

23   which have been handed out to freshmen women for a really

24   long time.

25   **Q.**  Well, let's take a look at that.

Case: 19-2005    Document: 00117628239    Page: 570    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 186 of 217

186

1          Can you please turn to what has been marked as

2    Amici Organization Exhibit 4?

3    **A.**   Yes.

4    **Q.**   Do you recognize this?

5    **A.**   I do.

6    **Q.**   How do you recognize this?

7    **A.**   I received it when I was a freshman.

8    **Q.**   And what is it?

9    **A.**   It is the 2016-2017 survival guide by ABHW.

10   **Q.**   Is this a true and accurate copy of the ABHW survival

11   guide?

12   **A.**   It is.

13          MS. McCLELLAN:  Your Honor, I move to admit what

14   has been marked as Amici Organization Exhibit 4 into

15   evidence.  Counsel have been provided a copy.

16          MS. HACKER:  No objection, Your Honor.

17          MS. ELLSWORTH:  No objection.

18          THE COURT:  Do I have a copy?

19          MS. McCLELLAN:  You should in the binder, but I can

20   also hand you one right now.

21          (Amici Exhibit No. 4 admitted.)

22   BY MS. McCLELLAN:

23   **Q.**   About how long is the ABHW survival guide?

24   **A.**   About 50 pages.

25   **Q.**   You said you received it as a freshman?

1    **A.**   Yes.

2    **Q.**   Did you view it?

3    **A.**   Yes, I did.  It's really, really helpful.  There are a

4    lot of things that I wouldn't have known about at Harvard and

5    a lot of things that made me feel more comfortable coming

6    into campus that I wouldn't have felt as prepared for if I

7    hadn't had it.

8    **Q.**   What are some of the topics that it covers?

9    **A.**   Everything from relationships to food on campus and how

10   to spice it up to food off campus, international travel, how

11   to get good grades, where to shop, what to do for the winter,

12   hair, socializing, and how to experience different social

13   spaces depending on what you like.

14   **Q.**   Can you give us an example of something in the ABHW

15   survival guide that wouldn't be found in other Harvard

16   survival guides?

17   **A.**   The section on hair is definitely unique to black women

18   and is really important because it has information that I

19   wouldn't know otherwise.

20   **Q.**   Can we turn to page 32 of the survival guide.

21              As a black student why was it useful to have advice

22   about hair care when you arrived at Harvard?

23   **A.**   It can be very hard to find a salon in Harvard Square

24   that knows how to do black hair.  But if you go to a salon

25   that doesn't know how to do black hair, a lot of time it can

1    be irreparably damaged.

2    **Q.** To clarify, does every salon service African American

3    clients?

4    **A.** A lot of salons try to but don't know how to.

5    **Q.** Have you ever felt limited in terms of how you could

6    style your hair as an African American woman in an academic

7    or professional setting?

8    **A.** Yes.

9    **Q.** Can you give us an example?

10   **A.** Yes.  I didn't start wearing my natural hair until I was

11   like 16 just because straight hair is much more accepted and

12   viewed still as more professional by the broader community.

13   And I didn't actually start wearing my natural hair almost

14   all of the time until I came to college.

15   **Q.** On the top of the page on page 32, do you see that it

16   says, "Black hair is beautiful, versatile" -- I'm sorry.  I

17   misread that.

18         "Black hair is versatile, beautiful, and amazing,"

19   and it goes on to say "the possibilities are truly endless."

20   **A.** Yes.

21   **Q.** What was your reaction when you read this?

22   **A.** It was so encouraging just because I feel like there are

23   so many assumptions that you get from outside of the

24   community about how you wear your hair.

25         And it was very affirming to hear someone say that

 1   regardless of the way you wear it it's wonderful and that
 2   it's okay to wear it in different styles.  And I think that
 3   encouragement from the community definitely helped me to
 4   embrace my natural hair, and I think it's helped some of my
 5   friends as well.
 6   **Q.**   Does ABHW cosponsor events?
 7   **A.**   Yes.
 8   **Q.**   And does ABHW participate in the Women of Color
 9   Collective?
10   **A.**   Yes, we do.
11   **Q.**   Why?
12   **A.**   We believe that it's important to create spaces for women
13   of color on campus to organize and to talk about our shared
14   experiences and to be able to support each other.
15   **Q.**   And you've mentioned that inclusivity is part of ABHW's
16   mission.
17          How does ABHW fulfill its mission of fostering
18   inclusion?
19   **A.**   We have an inclusivity chair.  One example of one of the
20   things that we do with inclusivity is that during initiation
21   we have a day specifically devoted to inclusivity.
22   **Q.**   And what happens during this day?
23   **A.**   We discuss people's fears of different experiences at
24   Harvard and how diverse those can be.  And then we discuss
25   different terms and different identities that people might

1  not be aware of and how to be sensitive to those and

2  inclusive of those within the ABHW space and in the broader

3  community.

4  **Q.**  Does the inclusivity chair provide any training?

5  **A.**  Yes.

6  **Q.**  Can you explain an example?

7  **A.**  Yes.  One example is within the inclusivity training for

8  freshmen, we discuss PGPs or personal gender pronouns, which

9  are, like my personal gender pronouns would be "she" or

10  "hers."  Someone else's might be "he," "him," "his" or

11  "they," "them," "theirs."  It's important to be able to

12  discuss those for students who might be either transgender or

13  gender nonconforming.

14        Because ABHW devotes so much attention to that, it

15  ends up being one of the most inclusive spaces on campus, and

16  ABHW members tend to make other spaces on campus more

17  inclusive as well.

18  **Q.**  Has Harvard's diversity had any impact on your long-term,

19  professional, or other goals?

20  **A.**  Yes.

21  **Q.**  How so?

22  **A.**  I've always been interested in activism and I've always

23  been interested in the intersection of politics and culture.

24        I think that the diversity at Harvard has helped me

25  to learn about the different ways that I can be involved and

**JA2724**

1    the different causes that I want to devote myself to.  Like I

2    have one class where I'm taught by someone who lived in South

3    Africa during apartheid, and many of the students in it come

4    from countries that have faced different types of conflicts.

5            And I've always been interested in conflict, but I

6    think that diversity in the classroom and getting to know

7    people who faced it helps me to better learn how to serve

8    hopefully in conflict regions and in peace building as I get

9    older and also helps me to have a personal connection that I

10    think has strengthened my desire to work in that field.

11    **Q.**  Are you familiar with concerns about the impact on the

12    admissions of black and Latinx students if race were

13    eliminated from Harvard's admissions process?

14    **A.**  Yes.

15    **Q.**  What are those concerns?

16    **A.**  That the black and Latinx population at Harvard would

17    decrease by at least 50 percent.

18    **Q.**  Would the decrease of black students affect BSA?

19    **A.**  Yes.

20    **Q.**  How so?

21    **A.**  BSA is really bolstered and made full and vibrant because

22    of the diversity of our members, because of the critical mass

23    of our members.  The ideas that we have in our events that we

24    put on and our ability to put them on is related to the

25    numbers that we have.  And I think a loss of any of that

1    diversity, a loss of that mass would be a huge loss for BSA's

2    ability to put together programming and also for us to learn

3    and grow together.

4    **Q.**  If BSA were not able to put on the same amount of

5    programming, how would that impact the larger Harvard

6    community?

7    **A.**  The larger Harvard community could suffer a loss as well

8    as the black community, whether it was the minority career

9    fair, which is for all minorities, that would be a loss.  Or

10   rush hour, which is one of the most inclusive events that you

11   can attend as a freshman.

12          Seeing that loss or losses of things like black

13   convocation which sparked other events.  There are so many

14   ways that BSA touches other communities that I think the

15   general community would lose out.

16   **Q.**  How would a reduction in the amount of black students on

17   campus impact Harvard more broadly, aside from BSA?

18   **A.**  I think there are so many things that we bring to the

19   table.  We bring our experiences with racism and with social

20   justice and with our culture, and we are the only people in

21   classrooms who can speak to our own unique experiences.

22          Every year there are remarkable theses that are put

23   together by black seniors that are to some degree framed by

24   their experiences.

25          Our contributions to spirituality and advocacy and

Case: 19-2005    Document: 00117638239    Page: 577    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 648    Filed 04/18/19    Page 193 of 217

193

 1   arts and athletics on campus are also really deep, alongside

 2   our contributions academically.

 3           Without any of those things, I think that the

 4   richness of Harvard and Harvard's ability to create leaders

 5   who are really knowledgeable about the world and about

 6   different experiences and are really empathetic would be

 7   lost.

 8   **Q.**  Are you involved in recruiting black students through

 9   Visitas?

10   **A.**  Yes.

11   **Q.**  How do you feel when you see new black students arrive at

12   Harvard?

13   **A.**  It's so wonderful.  I'm so excited to get to welcome them

14   to our community, and I want it to be a place that they know

15   will be theirs, that they know will care for them, and where

16   they can hopefully take pride in who they are.  Maybe for a

17   lot of them, or for some of them, the first time that they

18   can really do that.

19   **Q.**  How does this compare, this feeling compare to how you

20   felt welcoming new black students to your high school?

21   **A.**  Welcoming new black students to my high school was a

22   different experience.  Because even though I was happy to see

23   them and I was excited to have them there, I knew that it

24   would be to some extent a harmful experience because there

25   was a lot of pain that they would face academically,

1    socially, etc., and that it caused a lot of pain to me and my

2    other black friends.

3                So it was like bittersweet because this degree of

4    knowing that you couldn't protect them from what was coming

5    while also hoping that you would be able to carve out some

6    degree, some semblance of acceptance for them, but that you

7    couldn't make the general community that way.

8    Q.   Why did you decide to get involved in this case?

9    A.   I think that my love for Harvard is entirely or mostly

10   rooted in the people that I get to encounter.  And I think

11   that part of the reason that my experience has been so

12   wonderful is getting to know myself better through these

13   communities but also getting to experience the joy that they

14   bring to others and to see other people come into themselves.

15               And I think it would be a shame if that diversity

16   was lost because it really means the world to me.  And I also

17   think that it would be a shame if, because race-conscious

18   admissions was eliminated, students from around the country

19   wouldn't have the same opportunities to experience a Diverse

20   Harvard and a really wonderful education that I've had.  So

21   it's really important to me to try to ensure that that

22   doesn't happen.

23   Q.   Do you support the continued use of race as one of the

24   factors in Harvard's admissions process?

25   A.   Yes.

```
 1                   MS. McCLELLAN:  Thank you.

 2                   THE WITNESS:  Thanks so much.

 3                   MS. HACKER:  SFFA has no questions for this

 4       witness.  Ms. Trice, thank you for coming here to testify

 5       today.

 6                   THE WITNESS:  Thank you.

 7                   MS. ELLSWORTH:  Harvard has no questions.  Thank

 8       you very much for your testimony.

 9                   THE COURT:  You're excused.

10                   THE WITNESS:  Thank you.

11                   MS. DINAN:  Your Honor, our next witness is Sally

12       Chen.

13                   THE CLERK:  Can you please raise your right hand.

14                   (SALLY CHEN duly sworn by the Deputy Clerk.)

15                   THE CLERK:  Can you please state your name and

16       spell your last name for the record.

17                   THE WITNESS:  My name is Sally Chen, C-H-E-N.

18                              EXAMINATION

19       BY MS. DINAN:

20       Q.  Ms. Chen, where do you go to school?

21       A.  I'm currently a senior at Harvard.

22       Q.  What are you studying at Harvard?

23       A.  I am joint concentrating in history and literature and

24       studies of women, gender, and sexuality with a secondary in

25       ethnicity immigration rights.
```

**JA2729**

1    **Q.**  Before getting to your application to Harvard, I would

2    like to discuss your high school experiences.

3            What high school did you attend?

4    **A.**  I went to Lowell High School in San Francisco.

5    **Q.**  How would you describe Lowell?

6    **A.**  Lowell is a public magnet high school in San Francisco.

7    It is application or test-based for its admissions process.

8            When I was at Lowell, the student population was

9    majority Asian American.  There were very few black or Latinx

10   students when I was there, a handful at most.

11           I think that -- I didn't know this at the time that

12   I went there, but this was largely due to a very dramatic

13   series of lawsuits that Lowell had undergone, itself,

14   removing race as a factor for its admissions process and

15   essentially reinstituting segregation in the San Francisco

16   Unified School District, a fact that I only really heard

17   about when I came across Lowell High School as one of the

18   case studies in my Asian American history class at Harvard.

19   **Q.**  Do you think of your high school as racially diverse?

20   **A.**  No.  I would not say so.  I think that in terms of its

21   demographics, it did not really in any way reflect the

22   overall racial diversity of the Bay Area or San Francisco.

23   And I don't think that the student body reflected that

24   reality.

25   **Q.**  How did the lack of diversity at Lowell affect your

Case: 19-2005    Document: 00117638230    Page: 581    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 648    Filed 04/18/19    Page 197 of 217

197

1    educational experiences?

2    **A.**    A lack of racial diversity at Lowell I think was very

3    detrimental to my overall I think learning experience.

4         It was really difficult and often just didn't

5    happen.  The kinds of really critical conversations around

6    current events and the issues that were facing the

7    communities that we were coming from or that I was coming

8    from, the kind of neighborhoods in San Francisco that were

9    really fighting against things like gentrification and

10   displacement that really predominantly impact communities of

11   color.

12        Lowell High School is fairly academically

13   well-resourced.  It had more AP course offerings than any

14   other public high school in my school district, but in many

15   ways did not have -- I mean it had the science and history

16   program, a robotics team, but we didn't have the kind of

17   critical conversations that went beyond the strict curriculum

18   that were really critical to the later parts of my education.

19        So in a lot of ways, I found this kind of space and

20   these learning opportunities outside of high school.  So I

21   was a part of a youth steering committee at the University of

22   California, San Francisco.  I was one of many high school

23   representatives from across the school districts, the high

24   school districts that, you know, we formed a very racially

25   and socioeconomically diverse cohort coming from multiple

Case: 19-2005    Document: 00117632230    Page: 582    Date Filed: 07/20/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 198 of 217

198

 1    high schools across the district.

 2         And it was there that I really concretely saw in

 3    our conversations about what issues young women, young high

 4    school-aged women were facing in our different schools as we

 5    were planning for our holistic health and women's leadership

 6    summit.

 7         It was there that I saw that we were facing really

 8    different kinds of issues precisely because of this kind of

 9    de facto segregation that occurred.  The kinds of concerns

10    that we had were very different and a lot of it had to do

11    with the kind of opportunities and resources that we had.

12    Q.  Based on your experience attending Lowell High School,

13    what are your views on test-based admissions?

14    A.  I think test-based admissions are really incorrect in the

15    ways that they're assumed to measure merit or kind of

16    worthiness of the middle schoolers who are applying for spots

17    in high school.

18         I think that coming from a public middle school

19    myself, I think I saw that the admissions process was often

20    more a measurement of the kinds of resources that one had in

21    middle school, in their middle schools, whether students had

22    role models, whether they had their teacher's support, and

23    whether those teachers saw them as someone who could succeed.

24         And I think that that really impacted really

25    negatively how I think the overall student population

1    experience was shaped at Lowell.

2    **Q.**   Now I would like to show you a document that has been

3    admitted as Exhibit SA1.

4            Do you recognize this document?

5    **A.**   Yes.  It is my admissions file.

6    **Q.**   When did you first see this document?

7    **A.**   I viewed my admissions file in the summer after my

8    sophomore year, which would have been 2017.

9    **Q.**   Why did you review your admissions file?

10   **A.**   I think I was really curious to see the kinds of I

11   think -- I really wanted to see the kinds of information and

12   the process overall of Harvard's fairly opaque admissions

13   process, and I think I also really wanted to see how my own

14   application, my own experiences were viewed by the admissions

15   readers and by Harvard.

16   **Q.**   Can you share with the Court how you identify in terms of

17   your race or ethnicity?

18   **A.**   Yes.  So I am a Chinese-American.  My parents emigrated

19   to the United States from China in the 1980s.  They were

20   warehouse and factory workers in China before they came to

21   the United States.

22   **Q.**   To what extent did your race or ethnicity shape your

23   application materials in any way?

24   **A.**   It really fundamentally shaped my application materials.

25   I wrote very directly about how being the daughter of Chinese

Case: 19-2005    Document: 00117638230    Page: 584    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 648    Filed 04/18/19    Page 200 of 217

200

1    immigrants and being a kind of translator and advocate for

2    them across barriers of cultural and linguistic difference in

3    different settings, whether that's with our landlord, with

4    helping my dad get his driver's license, in all these

5    different settings, how far that really shaped my views on

6    social responsibility, on my dedication to being an advocate

7    for communities that -- for different communities.

8    **Q.**   Please turn to page 9.

9           Is this the personal statement to which you were

10   referring when you said you wrote about being the child of

11   Chinese immigrants?

12   **A.**   Yes, it is.

13   **Q.**   What advice did you receive on what to write about in

14   your personal statement?

15   **A.**   So when I was preparing my personal statement for

16   college, I had a counselor in my high school who was telling

17   Asian American students, including myself, that writing a --

18   and he said this fairly reductively -- that writing an Asian

19   immigrant story was overdone; that it was not compelling, not

20   interesting, and would ultimately hurt our admissions, our

21   applications.

22          And as someone who as the daughter of Chinese

23   immigrants wanted to write, I think, very candidly about my

24   background and my story, I found this very, I think,

25   difficult to navigate.

| | |
|---|---|
| 1 | **Q.**  Why did you choose to write about being a child of |
| 2 | immigrants from China despite that? |
| 3 | **A.**  I think that it was really fundamental to explaining who |
| 4 | I am.  And I don't think there was any way I could |
| 5 | authentically get across my motivations, my story, my |
| 6 | inspirations, my academic kind of curiosities without really |
| 7 | explaining and talking about the significance of how I grew |
| 8 | up. |
| 9 | Being Chinese-American, being the daughter of |
| 10 | Chinese immigrants and how -- as I kind of discussed, how I |
| 11 | navigated being a translator and advocate.  That was so |
| 12 | fundamental to my background and my story, my identity, that |
| 13 | I don't think I could have left it out. |
| 14 | And I think the other part is that talking about |
| 15 | these parts of my identity really lent significance to the |
| 16 | kinds of activities I would later gravitate towards in school |
| 17 | that were related to oftentimes kind of community advocacy |
| 18 | work.  I was student body president of my high school for |
| 19 | three years. |
| 20 | As I kind of mentioned, I work with the University |
| 21 | of California, San Francisco representing kind of young |
| 22 | women's voice on issues of health and leadership.  And I was |
| 23 | a youth producer for the Bay Area-based podcast OutLoud Radio |
| 24 | that really focuses on hearing the often unheard queer youth |
| 25 | voices. |

Case: 19-2005    Document: 00117628230    Page: 586    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 202 of 217

202

1    **Q.**  When you reviewed your admissions file, did anything

2    stand out to you?

3    **A.**  Yes.  I really, I think, appreciated the ways in which my

4    admissions reader saw what I was trying to say when I was

5    talking about the significance of growing up in a culturally

6    Chinese home, of the kinds of work and responsibility that I

7    took on from that.

8         I think in addition to that, tying that directly to

9    my, I think, other experiences and the significance of it,

10   they spoke -- they wrote about how I understood and could

11   sympathize with the experiences and the view of an outsider.

12        I think the kinds of cultural-linguistic, barriers

13   that my parents faced because of their race and because of

14   their class I think really lent an understanding for me of

15   what that meant to take on roles of leadership while

16   forefronting in my mind this kind of alienating experience of

17   being an outsider.

18        And I talk about it in even my academic interests

19   when I was talking about my favorite book was "Invisible Man"

20   by Ralph Ellison.  And the ways in which I talked about

21   that and my admissions reader said that I could do well in

22   the humanities and the sciences and how that all related to

23   the kinds of meaning and strength that I drew from, I think,

24   my experiences.

25   **Q.**  Is your Chinese-American identity highlighted by other

```
 1    aspects of your application?

 2    A.   Yes.  So my last name is Chen, which is a Chinese last

 3    name.  I took AP Chinese language and culture.  And as a

 4    heritage speaker, I wrote in my personal statement very

 5    directly about how my parents spoke Chinese to me at home.

 6    And in my interview itself, it's noted that I ask about the

 7    food at Harvard, which came up in conversation because I had

 8    just come from dinner from home.  And I think so I was saying

 9    that I typically eat Chinese food at home, so I was wondering

10    what the situation was like at Harvard.

11    Q.   Please turn to pages 29 and 30 of your admissions file.

12             Do you recognize these pages?

13    A.   Yes.  It is my personal interview report.

14    Q.   What is the text on page 30 under "Supporting Comments on

15    Personal Qualities Rating" discussing?

16    A.   It discusses pretty directly how I come from a culturally

17    Chinese home and how that came up as a topic of conversation

18    in how I feel a sense of kind of responsibility to advocacy

19    and kind of speaking up.

20    Q.   Do you recall your counselor advising you on your SAT

21    scores?

22    A.   I do.  When I met with him, he very gently said -- after

23    hearing my scores -- AP, GPA, and SAT, but mostly SAT -- that

24    students with higher scores have not gotten in.  And he told

25    me to consider some other schools.
```

1    **Q.**  Why did you apply to Harvard anyway?

2    **A.**  I think that -- you know, I wasn't valedictorian of my

3    school, but I think that I hoped -- I hoped that in the

4    context of my other experiences and my background that my

5    achievements would be able to give a more cohesive narrative

6    of the kind of person that I was and that I would hope to be

7    in college and beyond.

8    **Q.**  Did you get into Harvard?

9    **A.**  Yes.

10   **Q.**  Now turning to your time at Harvard, do you recall

11   experiencing racial hostility on campus?

12   **A.**  Yes.  So there's kind of a specific experience.  I was

13   doing homework.  I was studying in a student space called

14   Ticknor Lounge when a staff person approached me and said,

15   "Tourists aren't allowed here.  This is a space for students

16   only."

17          And she essentially told me to leave, which in that

18   moment I don't think I even processed what was happening.  I

19   pulled out my ID and I said "I go here."

20          She was unfazed.  She didn't really -- she didn't

21   apologize.  She just said, "Well, that's the school policy.

22   I have to enforce it.  Tourists aren't allowed in this

23   building."

24          And at that point, I mean, this is a back-and-forth

25   conversation surrounded kind of in this student space by

1   other students, couches, and tables.  And I just got the

2   sense that, you know, someone must have heard that, and I

3   felt -- you know, I just packed up my stuff and left.

4   **Q.**   How did this experience make you feel?

5   **A.**   I think it made me feel like I didn't belong there.  It

6   made me feel foreign.  And it really, I think, triggered a

7   kind of internal critique of myself.  In that moment, I was

8   wondering what did I wear that day, what did I do with my

9   hair, why was it that someone saw the need to -- or saw that

10  I didn't -- or identified or believed that I didn't belong

11  there.  What was it about me and why did that happen.

12          And I think that feeling of, as well, being very

13  troubled, but I and other Asian American students use that

14  space.  I am a U.S. citizen.  I was born here.

15          And yet there was this kind of push from this kind

16  of compulsion from staff members to enforce this kind of view

17  and how as well the idea that an Asian tourist in Harvard

18  Yard trespassing would somehow be so disruptive and so

19  threatening that you would have to go up to them and ask them

20  or demand that they leave.

21          I think this really brought this feeling of being

22  perpetually foreign really brought that forward.

23  **Q.**   Did something happen at Harvard that helped you

24  understand your racial identity and related experiences?

25  **A.**   Yes.  I think that the language of perpetual foreignness

1    was something that I was only able to articulate and speak to

2    after I'd taken my first Asian American history course.

3    **Q.**  How else did this course impact you?

4    **A.**  I think very personally.  In a lot of ways, it answered a

5    lot of tensions that I was feeling both at home and at

6    school, specifically around the model minority myth that

7    Asian Americans are professionally successful, that they are

8    economically secure, and that they are across the board

9    entirely high-achieving, whatever that might mean.

10           So to speak to how the experience was at home, I

11    had grappled for a really, really long time, growing up with

12    three sisters and my parents living in a one-bedroom

13    apartment in San Francisco and not understanding why our

14    experiences didn't fit that of whatever the American dream

15    might be and how that kind of dream is often ascribed to

16    Asian Americans at large, and yet we were really struggling,

17    still concretely struggling today.

18           I think the -- the Asian American history course

19    helped me parse through exactly why my story and my family's

20    stories came to be; that how my family ended up in

21    San Francisco rather than any other city; that my dad became

22    a Chinese restaurant worker despite never having cooked a day

23    in his life really in a kind of professional capacity before

24    coming to the United States; why Chinese restaurant work is

25    so undervalued and criminally underpaid and how that relates

 1   to the ways in which the histories of that kind of racialized

 2   labor were shaped, such that my dad would have to take up

 3   this occupation.

 4            And as well, how these kinds of jobs have so little

 5   access to things like social mobility and how that really

 6   shaped the ways in which my family and I struggled with

 7   poverty.

 8            The ways in which race and class and so many other

 9   kind of factors came to play through immigration systems,

10   larger legal structures that would really have more to --

11   would be more, I think, explanatory of what we experienced

12   rather than what I had kind of faced in thinking, you know,

13   my dad works long hours, my mom made a lot of sacrifices for

14   my sisters and I to go to school.

15            And I think that flipping that idea that, no,

16   they're not lazy, they're not undeserving, it is not that

17   they did not work hard.  It is factors that are much larger

18   than that and more complex than that.  That was really kind

19   of what I grappled with in kind of thinking about my home

20   setting.

21   **Q.**  Is the Asian American studies class that you took part of

22   the ethnic studies department at Harvard?

23   **A.**  No.  There is no ethnic studies department.

24   **Q.**  What have you done to advocate for ethnic studies at

25   Harvard?

1    **A.**   So I am a co-coordinator for the task force on Asian and

2    Pacific American studies, which organizes and advocates for

3    an Asian and Pacific American studies program or a coherent

4    course of study.

5          I also through TAPAS work with the Harvard ethnic

6    studies coalition to advocate cross-racially for the critical

7    opportunity to study race and ethnicity in a really critical

8    way.  And we are really advocating for a structured

9    department and program that can provide the space and the

10   critical analysis and those tools for students.

11   **Q.**   Why do you think Harvard needs to adopt a full ethnic

12   studies program?

13   **A.**   So ethnic studies is beneficial for all students.  It is

14   so important to have the language and the skills to really

15   grapple with the critical issues, particularly around race

16   and ethnicity that are so salient in communities beyond the

17   gates of Harvard.

18          It is particularly important in this current

19   political moment where ignorance and bigotry are common in a

20   lot of political spaces, to instead imbue our education with

21   a different kind of critical lens.

22          In addition to that, you know, besides I think

23   ethnic studies being beneficial for all students, it is also

24   critical for, I think, recentering and uplifting the

25   experiences and the histories of people of color and students

1    of color who are coming from communities beyond Harvard.

2    It is so important to when having these

3    conversations in the classroom to go beyond the abstract, you

4    know, to talk about the legacies of things like colonialism

5    and kind of deep-rooted racism in a way that is very much

6    centering on how these structures and their legacies

7    continue.

8    And in that sense, ethnic studies classes are

9    really only possible by having a really diverse, racially and

10   ethically diverse cohort of students that can bring very

11   different perspectives on these critical issues.

12   **Q.**  How did you benefit from racial diversity at Harvard?

13   **A.**  So I think that in large part it was really critically

14   changing, I think, for me to I think meet Asian Americans who

15   are different from me.

16   I think that a concrete example of that was that I

17   had -- in the spaces beyond, I think, Asian American studies

18   classes, it was so important to meet and talk to other Asian

19   Americans who are different from me as kind of an impetus for

20   me to learn more, for me to demand an education that would

21   discuss these differences that I would have in these

22   one-on-one encounters.

23   So as a concrete example of that, I had never met

24   an undocumented Asian American before coming to Harvard.

25   Despite the fact that Asian immigrants are the fastest

Case: 19-2005    Document: 00117632239    Page: 594    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 210 of 217

210

1    growing immigrant population in the United States, a lot of

2    the public media around immigration and immigration reform is

3    often centered around Latinx communities.

4              But this was really eye-opening for me to see how

5    these issues affect Asian Americans and what is defined as an

6    Asian American issue and the things that we should be

7    learning really need to be reoriented and re-kind of

8    centered.

9              So it's really, I think, critical to have these

10   different perspectives and have these -- have a student body,

11   an Asian American -- have an Asian American population that

12   is also racially and ethically diverse as well as

13   socioeconomically diverse to really dispel these kinds of

14   overarching myths about what it means to be Asian American.

15   **Q.**   If Harvard's race-conscious admissions process were to be

16   dismantled, how do you think that might impact your college

17   experience?

18   **A.**   I think dismantling the race-conscious admissions policy

19   would really rob students of that critical part of education

20   where you learn from and with people who are different from

21   you and have different experiences from you.

22             I think that my experience at college would be

23   reflective of some of the worst aspects of my high school

24   experience in being altogether too comfortable with being in

25   a room of people who have similar experiences and are already

1    being validated for these kinds of experiences.

2           I think that there would be a kind of overwhelming

3    pressure to buckle under that weight of assimilation, too,

4    and I think that those different experiences would very much

5    be pushed to the margins of those conversations and create

6    being a very one-track kind of way of learning and thinking.

7    **Q.**   If race were not considered in the admissions process,

8    how would that have affected you?

9    **A.**   I don't think I would be here.  I think that as someone

10   who during -- during my admissions process when my counselor

11   said that a story like mine would be overdone, not

12   compelling, despite that I decided to write about being

13   Chinese-American and being from a working-class immigrant

14   family, precisely because I felt like stories like mine were

15   fading under this model minority myth.

16          And how I could not -- I could not see myself being

17   part of an institution that didn't value me and my

18   experiences when I was fighting so hard to articulate them.

19   So I really do think that I don't think that I could be in a

20   space like this.

21   **Q.**   Based on your review of your admissions file, how do you

22   think writing about your race impacted Harvard's review of

23   your application?

24   **A.**   So when I wrote about my experiences growing up

25   Chinese-American, from a low-income, working-class kind of

Case: 19-2005    Document: 00117638239    Page: 596    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 648   Filed 04/18/19   Page 212 of 217

212

1    immigrant family and made significance of that, talking about

2    being a translator and advocate, I think that I saw in my

3    admissions file the way that that was seen.  That they

4    recognized I was coming from a culturally Chinese home, and

5    that I had a sense of responsibility to my communities, kind

6    of going back to what they saw in the fact that these kind of

7    identities lent themselves to the sympathy and the

8    understanding for the view of an outsider, contextualizing

9    the leadership roles that I would take.

10          I was, I think, very much seen and my story was

11   heard in my admissions file.  And concretely in their words,

12   they saw that I could have a potential contribution to

13   college life that would be truly unusual.  And I think that

14   there was no way in which flat numbers and a resume could

15   have gotten across how much of a whole person that I am, and

16   I think that it's truly incredible to have been seen and been

17   heard for who I am and valued for it.

18          MS. DINAN:  Thank you, Sally.

19          THE WITNESS:  Thank you.

20          MS. HACKER:  SFFA has no questions.  Ms. Chen,

21   thank you for sharing your story.

22          MS. ELLSWORTH:  No questions from Harvard.  Thank

23   you, Ms. Chen.

24          THE COURT:  She's already leaving.  Now you're

25   excused.

 1              I think that concludes for the day, correct?

 2              MR. HUGHES:  Yes, Your Honor.  Although I think

 3       maybe a brief sidebar with Harvard's lawyers.

 4              THE COURT:  We can do that.  Otherwise the case is

 5       recessed for the day.  We'll reconvene at sidebar.

 6              MS. McCLELLAN:  Your Honor, we just wanted to

 7       clarify what Your Honor has in mind in terms of amici

 8       participating in closing briefing and closing arguments --

 9       posttrial briefing and closing arguments.

10              THE COURT:  I'm amenable to the amici submitting a

11       written closing statement.  I am amenable to them giving a

12       closing statement orally if it's under 15 minutes and given

13       by a younger lawyer, as previously discussed, but only if we

14       have time to get everything done on Friday.  So I'm reserving

15       on that.

16              The parties are then going to submit findings of

17       fact and conclusions of law and will be given another

18       opportunity to close, and the amici can give an oral

19       presentation at that second closing regardless of time

20       constraints.

21              So the only issue that I'm seeing as open is

22       whether or not we'll have time for an oral closing from the

23       amici on Friday.

24              MS. McCLELLAN:  Will Her Honor permit us to file a

25       response to the findings of fact and conclusions of law?

1            THE COURT:  Let me think about that.  I haven't

2    thought that far ahead.  I'm just trying to get through the

3    week, but I will think about that.  Thank you for raising it.

4            All right.  Anything else before we reconvene at

5    sidebar?  Okay.

6                    [Sidebar sealed and redacted.]

7                    (Court recessed at 4:08 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    - - - - - - - - - - -

 2                         CERTIFICATION

 3

 4          I certify that the foregoing is a correct

 5   transcript of the record of proceedings in the above-entitled

 6   matter to the best of my skill and ability.

 7

 8

 9

10   /s/ Joan M. Daly                    October 20, 2018

11   _____         _____

12   Joan M. Daly, RMR, CRR              Date
     Official Court Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25
```

**JA2749**

INDEX OF WITNESSES

WITNESS                                                        PAGE

ITZEL LIBERTAD VASQUEZ-RODRIGUEZ

    Examination by Ms. Torres..........................   8
    Examination by Mr. Lee.............................  24


MARGARET CHEN

    Examination by Ms. Holmes..........................  25
    Examination by Ms. Fasulo..........................  49
    Examination by Mr. Lee.............................  58
    Examination by Ms. Holmes..........................  59


SARAH COLE

    Examination by Ms. Dinan...........................  61


CATHERINE HO

    Examination by Ms. McClellan.......................  85


CECELIA NUNEZ

    Examination by Ms. Holmes:......................... 113


THANG DIEP

    Examination by Ms. Torres.......................... 139
    Examination by Ms. Perry........................... 158
    Examination by Ms. Ellsworth....................... 164


MADISON TRICE

    Examination by Ms. McClellan....................... 165


SALLY CHEN

    Examination by Ms. Dinan........................... 195

Case: 19-2005    Document: 00117628239    Page: 601    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 648    Filed 04/18/19    Page 217 of 217

217

1                    E X H I B I T S

2

3          Amici Exhibit                      <u>Received</u>

            4          .....................        186

4           6          .....................         99

5           17         .....................         96

6           28         .....................        132

7           31         .....................        101

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case: 19-2005    Document: 00117628339    Page: 602    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 1 of 185

1

```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3   _____

 4   STUDENTS FOR FAIR ADMISSIONS, INC.,

 5                Plaintiff,          Civil Action
                                      No. 14-14176-ADB
 6   v.
                                      October 30, 2018
 7   PRESIDENT AND FELLOWS OF HARVARD
     COLLEGE, et al.,                 Pages 1 to 185
 8
                Defendants.
 9   _____

10

11

12
                TRANSCRIPT OF BENCH TRIAL - DAY 12
13        BEFORE THE HONORABLE ALLISON D. BURROUGHS
                 UNITED STATES DISTRICT COURT
14             JOHN J. MOAKLEY U.S. COURTHOUSE
                    ONE COURTHOUSE WAY
15                  BOSTON, MA  02210

16

17

18

19

20

21

22              JOAN M. DALY, RMR, CRR
                KELLY MORTELLITE, RMR, CRR
23                Official Court Reporter
             John J. Moakley U.S. Courthouse
24           One Courthouse Way, Room 5507
                   Boston, MA  02210
25                joanmdaly62@gmail.com
```

```
 1    APPEARANCES:

 2
      COUNSEL FOR THE PLAINTIFF:
 3

 4            ADAM K. MORTARA, ESQUIRE
              J. SCOTT McBRIDE, ESQUIRE
 5            KRISTA J. PERRY, ESQUIRE
              Bartlit Beck Herman Palenchar & Scott
 6            54 West Hubbard Street
              Suite 300
 7            Chicago, Illinois 60654
              312.494.4400
 8            adam.mortara@bartlit-beck.com
              scott.mcbride@bartlit-beck.com
 9            krista.perry@bartlit-beck.com

10            JOHN M. HUGHES, ESQUIRE
              KATHERINE L.I. HACKER, ESQUIRE
11            MEG E. FASULO, ESQUIRE
              Bartlit Beck Herman Palenchar & Scott
12            1801 Wewatta Street
              Suite 1200
13            Denver, Colorado 80202
              303.592.3100
14            john.hughes@bartlit-beck.com
              meg.fasulo@bartlit-beck.com
15            kat.hacker@bartlit-beck.com

16            JOHN MICHAEL CONNOLLY, ESQUIRE
              THOMAS R. McCARTHY, ESQUIRE
17            WILLIAM S. CONSOVOY, ESQUIRE
              Consovoy McCarthy Park PLLC
18            3033 Wilson Boulevard
              Suite 700
19            Arlington, Virginia 22201
              703.243.9423
20            mike@consovoymccarthy.com
              tom@consovoymccarthy.com
21            will@consovoymccarthy.com

22

23

24

25
```

**JA2753**

```
 1    APPEARANCES (cont.):

 2
              PATRICK STRAWBRIDGE, ESQUIRE
 3            Consovoy McCarthy Park PLLC
              Ten Post Office Square
 4            8th Floor, South, PMB #706
              Boston, Massachusetts 02109
 5            617.227.0548
              patrick@consovoymccarthy.com
 6
              MICHAEL H. PARK, ESQUIRE
 7            Consovoy McCarthy Park PLLC
              3 Columbus Circle
 8            15th Floor
              New York, New York 10024
 9            646.456.4432
              park@consovoymccarthy.com
10
              PAUL M. SANFORD ESQUIRE
11            BENJAMIN C. CALDWELL, ESQUIRE
              Burns & Levinson LLP
12            One Citizens Plaza
              Suite 110
13            Providence, Rhode Island 02903
              401.831.8330
14            psanford@burnslev.com
              bcaldwell@burnslev.com
15

16    COUNSEL FOR THE DEFENDANT:

17            WILLIAM F. LEE, ESQUIRE
              FELICIA H. ELLSWORTH, ESQUIRE
18            ANDREW S. DULBERG, ESQUIRE
              ELIZABETH C. MOONEY, ESQUIRE
19            SARAH R. FRAZIER, ESQUIRE
              Wilmer Cutler Pickering Hale and Dorr LLP
20            60 State Street
              Boston, Massachusetts 02109
21            617.526.6556
              william.lee@wilmerhale.com
22            felicia.ellsworth@wilmerhale.com
              andrew.dulberg@wilmerhale.com
23            elizabeth.mooney@wilmerhale.com
              sarah.frazier@wilmerhale.com
24

25
```

**JA2754**

```
 1    APPEARANCES (cont.):

 2
             SETH P. WAXMAN, ESQUIRE
 3           DANIELLE CONLEY, ESQUIRE
             DANIEL WINIK, ESQUIRE
 4           BRITTANY AMADI, ESQUIRE
             PAUL R.Q. WOLFSON, ESQUIRE
 5           Wilmer Cutler Pickering Hale and Dorr LLP
             1875 Pennsylvania Ave, NW
 6           Washington, DC 20006
             202.663.6006
 7           seth.waxman@wilmerhale.com
             danielle.conley@wilmerhale.com
 8           daniel.winik@wilmerhale.com
             brittany.amadi@wilmerhale.com
 9           paul.wolfson@wilmerhale.com

10           DEBO P. ADEGBILE, ESQUIRE
             Wilmer Cutler Pickering Hale and Dorr LLP
11           7 World Trade Center
             250 Greenwich Street
12           New York, New York 10007
             212.295.6717
13           debo.adegbile@wilmerhale.com

14           ARA B. GERSHENGORN, ESQUIRE
             Harvard Office of the General Counsel
15           Smith Campus Center
             Suite 980
16           1350 Massachusetts Avenue
             Cambridge, Massachusetts 02138
17           617.495.8210
             ara_gershengorn@harvard.edu
18

19    COUNSEL FOR AMICI STUDENTS:

20           JON M. GREENBAUM, ESQUIRE
             BRENDA L. SHUM, ESQUIRE
21           GENEVIEVE BONADIES TORRES, ESQUIRE
             KRISTEN CLARKE, ESQUIRE
22           1500 K Street NW, Suite 900
             Washington, DC 20005
23           202.662.8315
             jgreenbaum@lawyerscommittee.org
24           bshum@lawyerscommittee.org
             gtorres@lawyerscommittee.org
25           kclarke@lawyerscommittee.org
```

```
 1    APPEARANCES (cont.):

 2
             LAWRENCE CULLEEN, ESQUIRE
 3           EMMA DINAN, ESQUIRE
             Arnold & Porter LLP
 4           555 Twelfth Street, NW
             Washington, DC 20004
 5           202.942.5477
             gina.dean@aporter.com
 6           emma.dinan@aporter.com

 7
       COUNSEL FOR AMICI ORGANIZATIONS:
 8
             JENNIFER A. HOLMES, ESQUIRE
 9           CARA McCLELLAN, ESQUIRE
             JIN HEE LEE, ESQUIRE
10           MICHAELE M. TURNAGE YOUNG, ESQUIRE
             RACHEL N. KLEINMAN, ESQUIRE
11           NAACP Legal Defense and Educational Fund, Inc.
             700 14th Street NW
12           Suite 600
             Washington, DC 20005
13           jholmes@naacpldf.org
             cmcclellan@naacpldf.org
14           jlee@naacpldf.org
             mturnageyoung@naacpldf.org
15           rkleinman@naacpldf.org

16           KENNETH N. THAYER, ESQUIRE
             KATE R. COOK, ESQUIRE
17           Sugarman Rogers
             101 Merrimac Street
18           Suite 900
             Boston, Massachusetts 02114
19           617.227.3030
             thayer@sugarmanrogers.com
20           cook@sugarmanrogers.com

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2               (The following proceedings were held in open
 3    court before the Honorable Allison D. Burroughs, United
 4    States District Judge, United States District Court, District
 5    of Massachusetts, at the John J. Moakley United States
 6    Courthouse, One Courthouse Way, Boston, Massachusetts, on
 7    October 30, 2018.)
 8               THE COURT:  Can I see counsel at sidebar, please.
 9               [Sidebar sealed and redacted.]
10               THE COURT:  Okay.  When you're ready.
11               MR. WAXMAN:  Your Honor, Harvard calls President
12    Ruth Simmons.
13               (RUTH SIMMONS, duly sworn by Deputy Clerk.)
14               COURTROOM CLERK:  Will you please state your name
15    and spell your last name for the record.
16               THE WITNESS:  My name is Ruth Simmons,
17    S-I-M-M-O-N-S.
18    EXAMINATION BY MR. WAXMAN:
19    Q.   Good morning, President Simmons.
20    A.   Good morning.
21    Q.   What is your current position and title?
22    A.   I'm currently president of Prairie View A&M University in
23    Texas.
24    Q.   Have you been asked by Harvard to testify as an expert in
25    this matter?
```

1   **A.**  I have.

2   **Q.**  Are you being compensated for your time and expertise in

3   this case?

4   **A.**  I am not.

5   **Q.**  Did Harvard offer to compensate you?

6   **A.**  Yes, they did.

7   **Q.**  Before we discuss the questions that you were asked to

8   address, could you please tell us something about your family

9   background and where you grew up?

10  **A.**  I was born the last of 12 children in Grapeland, Texas.

11  I was born in a sharecropper's shack on a plantation.  I

12  lived there with my family until I was seven years old, after

13  which my family moved to Houston.

14        We lived in Houston in the notorious Fifth Ward,

15  sometimes called "Bloody Fifth Ward," a segregated community

16  in the shadow of downtown Houston.  I went to elementary

17  school, middle school, and high school in the Fifth Ward in a

18  completely segregated environment.

19  **Q.**  Did you attend college?

20  **A.**  I did.

21  **Q.**  Where?

22  **A.**  I went to Dillard University in New Orleans.

23  **Q.**  And did you spend all four years at Dillard?

24  **A.**  No.  I went to Wellesley college my junior year, with a

25  junior year exchange program between Dillard and Wellesley.

1   **Q.** Let me ask you a few questions about Dillard and then

2   Wellesley.

3            Tell us about your educational experience at

4   Dillard.

5   **A.** Well, in the early '60s, mid-'60s, higher education was

6   still relatively segregated in the South.  Dillard was an

7   African-American institution, formed just after slavery and

8   supported by the Methodist church.  So all the students were

9   African-American.

10           However, many faculty, white faculty from the

11   North, interested in doing something to address the

12   inequities in education, either retired from their positions

13   in the universities in the North or decided to come South to

14   work in historically black universities.

15           And so for the first time in my life, I was exposed

16   to different races, mostly because of the white faculty who

17   had come to Dillard to teach.  And this had a profound

18   experience on me because for the most part, during my time at

19   Dillard, these were the faculty who nurtured me and who gave

20   me inspiration to do the things that I had done.

21   **Q.** At the time that you were at Dillard, did you have the

22   opportunity to become exposed to other cultures?

23   **A.** Certainly not through experiences with my peers, but

24   because of the faculty putting in front of me opportunities

25   to learn more about other cultures, I was inspired to go to

1    Mexico to study Spanish.

2            So at the end of my first year, I got on a bus and

3    went to Mexico to live with a Mexican family and to study --

4    and to study Spanish.  It was a -- the French have a term,

5    bouvsea (ph), completely overturned my world having the

6    opportunity to encounter this very different culture.

7    **Q.**  Was Mexico a segregated -- were you living in a

8    segregated environment in Mexico?

9    **A.**  Well, I wouldn't call it segregated.

10   **Q.**  I know, they were all Mexicans but --

11   **A.**  Yes.

12   **Q.**  Were you segregated?

13   **A.**  I don't even think that Mexico, at the time, thought in

14   terms of segregation.  Segregation at the time was a uniquely

15   American construct, I would say.  And so there were certainly

16   many different people who were in Saltillo, some of them as

17   tourists, some of them as students and so forth.  So there

18   were other students, white students in the Spanish program

19   that I was a part of, but I was living fundamentally with a

20   Mexican family.

21   **Q.**  So you mentioned that you spent your junior year at

22   Wellesley.  How did that come about?

23   **A.**  Well, I'm not sure whether or not Dillard wanted to get

24   rid of me, but at one point the president called me to the

25   president's house and told me that I had been designated as

Case: 19-2005    Document: 00117639239    Page: 611    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 10 of 185

10

 1    the Dillard student to go to Wellesley that year.  And he

 2    asked me if I would be willing to do that.  And he was a very

 3    imposing figure, this president, and so of course I said yes.

 4    Being terrified, nonetheless.

 5          So I went to Wellesley and obviously for the first

 6    time in this country, I was exposed to peers who were white

 7    and it was a -- quite an experience for me.

 8    Q.  Did you form relationships with your peers at Wellesley?

 9    A.  I did.  I was the only African-American student on my

10    hallway.  Nevertheless, the students welcomed me quite

11    warmly, and I became very close to a number of the students

12    on the hallway.  All of whom I would say were white but who

13    came from different parts of the country.

14          One student in particular was from a farming

15    community in Connecticut, and she took me home with her when

16    we had long weekends or holidays.  I formed a relationship

17    with a Jewish girl from Philadelphia, and she took me home

18    with her to Philadelphia during holidays.

19          So it was a wonderful experience in that regard.

20    Q.  Did you continue your education after graduating from

21    Dillard?

22    A.  I did.  I received a Fulbright fellowship and went to

23    study in France at the University of Beaune.

24    Q.  What were you studying?

25    A.  I was reading Proust, which couldn't have been farther

1    afield from my background, actually.  Reading Proust.

2    **Q.**  When you completed Swann's Way or the entire cycle, what

3    did you do then?

4    **A.**  I came back to -- actually, I was in France during the

5    student riots and though it was very hard to get back, I

6    managed to get to Geneva and take a flight home.

7            I came back and I was married that summer that I

8    returned.  And my husband had intended a career in the

9    foreign service and wanted to be part of a program at

10   U.S.I.A.  So we went to Washington where he was part of that

11   program, and I took a job as an interpreter at the U.S.

12   Department of State and I enrolled in classes at George

13   Washington University.

14   **Q.**  Did you come to obtain a Ph.D.?

15   **A.**  I did.

16   **Q.**  Where did you earn your Ph.D.?

17   **A.**  I earned my Ph.D from Harvard in the Romance languages

18   and literatures department.

19   **Q.**  Why did you decide to study Romance languages, other than

20   having a year reading Proust?

21   **A.**  It's very hard to convey at this distance what it was

22   like to grow up in a deeply segregated environment in Texas.

23   But one of the things I can say is that that environment

24   shaped my thinking about the possibilities in life that

25   awaited me.  It shaped my thinking about what I was worth as

Case: 19-2005    Document: 00117629239    Page: 613    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 12 of 185

12

1    a person.  It shaped my thinking about who whites were, and

2    what their motives were in regard to me and my family.

3         And I somehow knew that one of the things that I

4    needed to do was to escape from the thinking that had been

5    imposed upon me by virtue of this trenchant segregation.  And

6    once I started studying language, and certainly once I went

7    to Mexico and saw that there was a different people there who

8    made no presumptions about me, I came to the conclusion that

9    my own view for the world was very narrow and one way for me

10   to resolve some of the presumptions that I had was to study

11   language.

12        And as -- the more I got -- more deeply I got into

13   the study of language, I found that it was extremely

14   beneficial to exploiting the assumptions that I grew up with.

15   And so I thought, well, why not do that for the rest of my

16   life and impart that to other young people.

17        So that's how I came to be in the career that I'm

18   in.

19   **Q.**  Let's turn now to your work in the field of higher

20   education.

21        Would you please turn to Tab 1 of your book, which

22   is Defense Exhibit 134?

23   **A.**  Yes.

24   **Q.**  What is this document?

25   **A.**  I believe that's an abbreviated CV.

Case: 19-2005   Document: 00117629239   Page: 614   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 13 of 185

13

1   **Q.**   Okay.  And Mr. Lee, could we have page 2 of the CV on the

2   screen.

3          President Simmons, I'm directing you now to the

4   part of your CV that describes your experience in the field

5   of higher education.  Does this fairly represent your

6   professional positions with universities?

7   **A.**   Yes, it does.

8   **Q.**   Now let's focus -- let's go through these one by one.

9          So with starting your work at Radcliffe, what did

10   you do there and for how long?

11   **A.**   Well, while I was a graduate student at Harvard, I was

12   surprised to be asked to serve as an admissions officer at

13   Radcliffe; and I agreed to do that, and so I worked for two

14   years in the Radcliffe admissions office.

15   **Q.**   And then going down under employment history to

16   Princeton, looking at your first role at Princeton, what did

17   you do and for how long?

18   **A.**   I was director of studies at Butler College, a

19   residential college at Princeton University, and I did that

20   for two years.

21   **Q.**   And what did you do next?

22   **A.**   I was asked to direct the Afro-American studies program

23   at Princeton, actually to build it.  And so I took that on

24   from 1985 to '87, and then was asked to become assistant dean

25   of the faculty at Princeton and then associate dean of the

1   faculty.

2   Q.  And after Princeton, what happened?

3   A.  Well, I decided that it might be useful for me to take my

4   experience to a minority-serving institution, and so I left

5   Princeton to go to Spelman College, where I became provost.

6   Q.  And can you just describe the characteristics of Spelman

7   College?

8   A.  Spelman College is an African-American college for women.

9   It is a liberal arts college, very small college.

10  Q.  And what were your duties there?

11  A.  Essentially to oversee academic affairs at the college.

12  Q.  And we're working our way up your employment history.  I

13  see that you then went -- you then returned to Princeton.

14  A.  Yes.

15  Q.  And what were your duties in the role of vice-provost?

16  A.  I was asked to return to Princeton, to become

17  vice-provost because of a change in the administrative

18  structure of the university, and I fulfilled that role as

19  deputy to the provost.

20  Q.  What did you do next?

21  A.  I was asked to become president of Smith College.

22  Q.  And I see here that you served for six years at Smith,

23  from 1995 to 2001?

24  A.  I did.  Yes.

25  Q.  Prior to your appointment, had Smith College ever had an

 1   African-American president?

 2   **A.**   No.

 3   **Q.**   Let's go next up the line.  How did you get to Brown?

 4   **A.**   How did I get to Brown?

 5   **Q.**   I know, by Interstate 90, but --

 6   **A.**   I wasn't going to say that, but it's clever.

 7           I was asked to -- I was invited by the board of

 8   trustees of Brown to serve as president of Brown.

 9   **Q.**   And prior to your appointment, had Brown ever had a

10   permanent female president?

11   **A.**   No.

12   **Q.**   Prior to your appointment, had Brown ever had an

13   African-American president?

14   **A.**   No.

15   **Q.**   Prior to your appointment, had any Ivy league university

16   ever had an African-American president?

17   **A.**   No.

18   **Q.**   And I see that you served as president of Brown for 11

19   years, if my math is right?

20   **A.**   Yes.

21   **Q.**   And then there's a gap.  What did you do next?  An

22   uncharacteristic gap.

23   **A.**   I retired, very happily.

24   **Q.**   And what did you do in retirement?  Other than simply all

25   that Providence has to offer.

 1    **A.**   Well, I actually went back to Houston and became involved

 2    in some of the programs that were familiar to me as a young

 3    person.   I started first with supporting a preschool program

 4    for African-American children in a housing project in the

 5    Fifth Ward.   And then I became involved with the community

 6    center in my old neighborhood, and then I took on the

 7    leadership of a new effort to support the improvement of

 8    public schools in Houston.

 9    **Q.**   So that sounds lovely.   How did you then come to leave

10    retirement and become president of Prairie View A&M?   How and

11    why?

12    **A.**   Quite unexpectedly.   The chancellor of the Texas A&M

13    system called me up and asked to meet with me to discuss

14    becoming interim president of Prairie View because the

15    president was leaving.   And I thought, of course, that this

16    was a foolish idea and -- but nevertheless assured him that I

17    would give it some thought.

18         I did for some period of time and then concluded

19    that, again, it was my responsibility, given all of the help

20    that I received as a young person, that it would be

21    appropriate for me to try to help the students at Prairie

22    View today, and so I agreed to take on the interim position.

23    **Q.**   And how did your interim status turn into a non-interim

24    status?

25    **A.**   They asked me to continue and I agreed to do so.

1   **Q.**   Looking back at the three institutions that you served as

2   president, Smith, Brown and Prairie View, do those

3   institutions have different educational missions?

4   **A.**   Distinctly so.

5   **Q.**   How so?

6   **A.**   Well, I mean, I suppose any institution is founded first

7   and continues on the basis of the mission that helped to

8   create it.

9         In the case of Prairie View, two ex-slaves, during

10  Reconstruction, put through legislation in the state -- in

11  the Texas legislature to create a school for black youth.

12  The truth is African-Americans were not permitted to be

13  educated, as you know, during slavery in the South.  And the

14  only way to assure that freed slaves would now have an

15  opportunity to be educated was to create schools for them,

16  which is how most HBCUs came into being.

17        At the same time, the legislature created a school

18  for white youth to ensure that never the twain shall meet.

19        So Prairie View was formed in that context and for

20  many, many years was the principal way for African-Americans

21  in Texas to gain a higher level education.

22  **Q.**   And how, if at all, has that manifested, that history

23  manifested in the mission of Prairie View today?

24  **A.**   It continues to prize that legacy and to believe that its

25  mission is to continue to make opportunities available for

Case: 19-2005 Document: 00117629239 Page: 619 Date Filed: 07/30/2020 Entry ID: 6356615
Case 1:14-cv-14176-ADB Document 650 Filed 04/18/19 Page 18 of 185

18

1    African-American youth and others who come from

2    non-privileged backgrounds, let's say.  Over 80 percent of

3    the students at Prairie View are Pell-eligible students.  And

4    so it is very proud of that tradition and continues to

5    enforce that today.

6    **Q.**  And what percentage of the current undergraduate

7    population at Prairie View is African-American?

8    **A.**  Over 80 percent.

9    **Q.**  What about Smith?

10   **A.**  Well, Smith was formed at a time when people routinely

11   said that women were incapable of higher order intellection.

12   In fact, I remember reading that people argued that serious

13   intellectual study would somehow affect the reproductive

14   organs of women, and therefore it would be dangerous for

15   women to study at university because, I suppose, the species

16   would disappear, ultimately.

17        And so at a particular time in history, these

18   institutions were created not just so that women could be

19   educated but Smith was specifically created so that women

20   could be educated on a par with men in the best universities

21   in the country.

22        And so that was the origin of the college, and it

23   continued after that to insist on equality for women, the

24   ability of women, the proof, in a sense, that women had the

25   ability to do any order of thinking that a man could do.

Case: 19-2005    Document: 00117629239    Page: 620    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 19 of 135

19

```
 1              And, in fact, when I was there as president, one of

 2    the things that I did was to create a program for a -- a

 3    program for women in engineering because of the problem that

 4    women were having in gaining access to engineering degrees.

 5              So it continues to have the same essential mission

 6    today, to provide a place for women to be educated well.

 7    Q.  Let's turn to Brown, which was created during the

 8    Colonial era, and I'm willing to -- I'm ready to hear you say

 9    that it is not rigidly continuing its original mission.

10              But leaving aside my asides, what about Brown?

11    A.  Well, it was created as the Baptist university for the

12    country at the time.  It has evolved, as other Colonial

13    universities have, to be a broad-ranging university that has

14    still as its aim to prepare students for leadership roles.

15              At the time that the country was formed, there were

16    many people very concerned about whether or not in this

17    nascent country there were people sufficiently fit to lead

18    this nation.  That, too, was part of what Brown leaders were

19    thinking at the time; that there was a desperate need for

20    leaders who had the breadth of education and the leadership

21    ability to provide for this nation a future that was secure.

22              And so Brown continues to do that today, to educate

23    young people for leadership positions, and in the broadest

24    liberal arts context.

25    Q.  Let's turn now to the questions that we asked you to
```

1    address.

2              And Mr. Lee, could we pull up Demonstrative 9.2.

3              What questions were you asked to testify about?

4    **A.**   I was asked to testify to, one, the question of what

5    benefits flow to students, institutions, and society from a

6    diverse undergraduate student body; and second, do certain

7    criticized admissions practices serve legitimate

8    institutional interests?

9    **Q.**   And we're going to go through these, each one of them,

10   separately in some detail.  But as to question number one, do

11   you have an opinion?

12   **A.**   I do.

13   **Q.**   And what is your opinion?

14   **A.**   My opinion is that benefits definitely flow to students,

15   institutions, and society from a diverse undergraduate

16   student body.

17   **Q.**   And turning to now question two, do you have an opinion

18   on the second question?

19   **A.**   My opinion on the second question, based on my decades of

20   experience and my first-hand observations of students and

21   alumni, that the criticized admissions practices serve

22   legitimate institutional interests.

23   **Q.**   Mr. Lee, please pull up the next demonstrative.

24             And President Simmons, could you just explain to

25   the court which admissions practices you will be offering,

Case: 19-2005   Document: 00117629239   Page: 622   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 21 of 185

21

1   you've discussed in your reports and will be discussing

2   today?

3   **A.**   Yes.  These practices include legacy status,

4   contributions to the university, children of faculty or

5   staff, athletic achievement, and early action.

6   **Q.**   And what is your opinion regarding those practices?

7   **A.**   My opinion, based on my experience, is that all of them

8   play a legitimate role in the admission process.

9            MR. WAXMAN:  Your Honor, I've been given a note to

10   remind me that I forgot to offer into evidence Defense

11   Exhibit 134, which is her CV.

12            MR. CONNOLLY:  No objection.

13            THE COURT:  It's admitted.

14            (Defendant Exhibit 134 admitted into evidence.)

15   **Q.**   In forming your opinions you'll be expressing today, did

16   you review the statement of Harvard's educational mission?

17   **A.**   Yes, I did.

18   **Q.**   Would you please turn to Tab 2 in your binder, which is

19   Defense Exhibit 109, I believe, in evidence.  And I want to

20   ask you to focus on the sentence that Mr. Lee is going to be

21   highlighting and ask you what that says.

22   **A.**   "The mission of Harvard College is to educate the

23   citizens and citizen-leaders for our society."

24   **Q.**   What do you understand that to mean?

25   **A.**   Well, it's very much as I said in regard to what John

1    Adams expressed on his way to the Constitutional Convention;

2    and that is, what are the needs of societies and how can

3    institutions like Harvard prepare its students to play the

4    roles they need to play to maintain our way of life as a

5    country.

6            So educating citizens who will play important roles

7    in all manner of endeavors, and especially leaders in our

8    country.

9    **Q.**  And did you conduct your analysis with that mission

10   statement in mind?

11   **A.**  I certainly did.

12   **Q.**  Let's turn to the next demonstrative, which is

13   Demonstrative 9.6, and look back at the first question.

14           Did you analyze the benefits that flow from

15   diversity?

16   **A.**  I did.

17   **Q.**  And looking at -- now at Demonstrative 9.7, can you

18   explain the categories of people in institutions who, in your

19   view, benefit from having a diverse undergraduate student

20   body?

21   **A.**  Those categories are students, institutions, and society.

22   **Q.**  Let's focus on individuals, students first.

23   **A.**  Okay.

24   **Q.**  How do individual students benefit from a diverse

25   university environment?

1    **A.**   Our greatest concern as educators is always for the depth

2    of learning that students have access to.  It is not enough

3    at our universities for students to come to sit in class, to

4    observe what they're told, and to leave with -- impoverished,

5    without having been deeply engaged in their learning.

6           Diversity provides an opportunity to deepen that

7    learning, to give students first-hand experience with

8    difference.  And we know that difference is one of the

9    primary means for students to test themselves, to test their

10   background, to test their ideas, to challenge assumptions.

11   And in that context, it is in coming in contact with

12   difference that we tend to deepen our learning.

13   **Q.**   So in referring to the benefits to students that you've

14   just described, are you limiting those -- do you limit those

15   benefits -- do your prior comments relate to the,

16   quote-unquote, diverse students who attend an institution,

17   say, the African-American, Hispanic and other

18   underrepresented minority students, or do your opinions apply

19   more broadly?

20   **A.**   They apply to both.

21           So first of all, in challenging our assumptions, I

22   don't mean picking up different books that have dialectic

23   around a particular subject.  I mean in every possible

24   respect coming in contact with difference.  And that

25   certainly applies to having different faculty, having

1    different students live on your hallway, encountering

2    different students who come from backgrounds that are so

3    different from yours that you have no choice but to learn

4    about the complexity of the world that you're going into when

5    you graduate.

6    **Q.**  Can you think of an example from your own undergraduate

7    experience that illustrates the point that you were just

8    addressing?

9    **A.**  Yes.  I use the example of my being in a classical

10   philosophy class at Wellesley at a time when apartheid was

11   probably the most important social, political issue around

12   the world; and naturally it came upon us to discuss apartheid

13   and the ethics surrounding that system.  And, of course, I

14   was quite passionate about the evil of apartheid and how it

15   needed to be overturned.

16        I was pleased to discover that most of the students

17   in class, all of whom were white, shared -- seemed to share

18   my view about apartheid, except there was one young woman who

19   toward the end of the discussion raised her hand and

20   identified herself as a South African.  I don't know if there

21   was an audible gasp in the room, but I certainly was

22   surprised.  And she then began a spirited defense of

23   apartheid from the perspective of a white South African.

24        I had never encountered anything like that before

25   and it threw me into a state, but here is what I garnered

1   from that experience; that I was forced to listen to a

2   different opinion about South Africa, one that I never, under

3   ordinary circumstances, would have heard.

4           Today, I can remember no one in that class but I

5   can remember her.  She had such an impact on me.  And I would

6   say I often think that the person that I became as a scholar

7   and as a leader prized that interaction because I learned to

8   listen to difference.  And I don't think I could have done

9   what I've done in my life, been the person I've been to my

10  students, if I had not had that experience.

11  **Q.**  President Simmons, have you familiarized yourself with

12  Harvard's experience with diversity and inclusion sufficient

13  to express an opinion about how -- whether Harvard students

14  benefit from diversity?

15  **A.**  I think I have.

16  **Q.**  How do you know that?

17  **A.**  Well, I've read many documents describing the way that

18  Harvard puts its students in touch with diversity.  It's very

19  thoughtful.  It's very deliberate, the way that students are

20  assigned to housing, which is quite something when you think

21  about it.  The idea that when you go off to college you have

22  no control, really, over your living circumstances; that

23  you're put into an environment where you are challenged to

24  adjust.  It's a powerful thing.

25          In the first year, students have no choice about

1   their living arrangements.  Thereafter, they are assigned to

2   houses also.  It's also the case that there are committees

3   that are responsible for intentionally creating an

4   environment in which students can learn from diverse others.

5   So I think -- I think that the university does a very good

6   job.

7          And by the way, I should say these actions are

8   fairly typical of what we have come to understand in

9   university life as being important to do so that our students

10  get that depth of learning that we're seeking.

11  **Q.**  Let's turn to the next category that you identify, the

12  benefits flowing from diversity to institutions.

13         How do institutions like universities benefit from

14  having a diverse student population?

15  **A.**  Well, one of the things that won't surprise you about

16  universities like Harvard and Brown is that we often think

17  that we are all-knowing.  And so without the inputs of a lot

18  of different people over time, with different backgrounds and

19  different perspectives, we'd hardly change, I think, as

20  institutions.

21         But because we are open to difference and because

22  we have inputs that vary over time, our institutions change

23  and I believe change for the better.  We make new

24  discoveries.  We teach new courses.  We create new fields.

25         And more than that, because we do all of those

1    things, our students all come to understand, in the course of

2    their lives, the great benefit that they have had by coming

3    to our institutions.  And so that is why we can't get rid of

4    them.  They come to our institutions and they stay on as

5    alumni forever, which is to our delight.

6              The standing that we enjoy around the world is

7    surely due to our diversity.  Imagine Harvard's footprint

8    around the world.  It's hard to imagine an institution that

9    is more prominent around the world than Harvard.  Oxford

10   might say they're equally so, Cambridge might say.  But I

11   don't know.  I rather think that Harvard has a bit of the

12   edge when it comes to that because of the way they've

13   admitted students over time and because of the fields that --

14   in which they have excelled.

15             So our stature as institutions depends on the fact

16   that we have systematically over time brought many different

17   types of people to our institutions.  They have gone back to

18   regions around the world and established a bigger footprint

19   for us.

20   Q.  So does having a diverse student body, I'm asking you now

21   based on your experience, long experience as a professor and

22   a leader of institutions with professors, in your experience,

23   does having a diverse, engaged, safe environment for students

24   have an effect on the faculty of an institution?

25   A.  Well, I would say it has an effect on the learning that

1   takes place in and out of the classroom.  I can tell you as a

2   professor that having a homogeneous group of learners sitting

3   around a seminar table is not as catalytic as having students

4   with different backgrounds and different opinions sitting

5   around the seminar table.  The discussion is more robust.

6   The depth of learning, as I said before, is more significant.

7   And the teacher probably gets better over time by having all

8   of these different scholars, students, available to them.

9   **Q.**  So I think you mentioned earlier, I tried to write this

10   down, that having a diverse student body affects the research

11   agenda or the research questions.

12         Could you explain to Her Honor what you mean by

13   that?

14   **A.**  Well, one of the -- one of the things that faculty

15   believe in American universities is that they have academic

16   freedom, and what that often suggests to them is that they're

17   free to pursue a course of research that is of interest to

18   them.  And naturally, what that means is that if you have a

19   diversity of scholars, you also have a diversity of interests

20   and those interests will lead you to pursue different

21   scholarship.

22         And so you have only to look at the vastly

23   different scholarship that exists today as a consequence of

24   women coming more into the center of academic life and as a

25   result of minorities coming into the center of academic life.

1        When I was at Smith, I created a journal called
2    "Meridians," and it is a journal to highlight the research
3    being done on women of color.  That would never exist, of
4    course, in the academic world if you didn't have people who
5    were varied and who were interested in the status of women in
6    India or the status of women in this country and so forth.
7    **Q.**  So in sum, is it your opinion that Harvard could
8    accomplish its educational mission without the diversity that
9    you described?
10   **A.**  It could accomplish a mission, but it would be an
11   impoverished mission that does not provide for its students
12   the kind of education that prepares them to live in the world
13   that we now have.
14   **Q.**  Let's turn to the third category in your demonstrative.
15        How does society benefit from having diversity in
16   university education?
17   **A.**  Well, I would say that we are bedevilled in society by
18   enduring schisms, schisms based on differences, political
19   differences, cultural differences, religious differences.
20   And those schisms sometimes break out and we're faced with
21   tragic circumstances.
22        Sorry.  I'm thinking about the shooting in
23   Philadelphia -- in Pittsburgh.  So -- so here is the thing.
24   What are you going to do in a society that is riven by
25   conflicts of all kinds?  How are you going to mediate them if

1    you don't have people capable of doing that?

2            When we go back to our enclaves, enclaves of

3    sameness, how are we going to get to the point where we can

4    mediate these conflicts and have a peaceful society that

5    advances?

6            I don't know a way to do that if we don't prepare

7    people who can lead in such a society.  And in my view,

8    places like Harvard, bringing people into the center of

9    learning, learning about difference, I don't know how we do

10   that unless we prepare them well and send them out to do just

11   that.

12   **Q.**  Let me switch topics slightly and ask you whether you are

13   familiar with the whole person admissions process?

14   **A.**  I am.

15   **Q.**  What is it?

16   **A.**  It is an admission process in which instead of doing a

17   kind of automatic admission based on test scores and GPA and

18   rank in class, that you consider every aspect of what a

19   person brings to a college.  You consider their life

20   experience.  You consider their cultural origins or their

21   racial origins.  You consider what they've done up to that

22   point.  You consider what their aspirations are.  And you

23   consider whether or not they are intent on contributing

24   something to society.  You consider everything.

25   **Q.**  At the time that Radcliffe employed you as an admissions

1    officer, did it employ a whole person admissions process?

2    **A.**  It did.

3    **Q.**  And in your opinion, does this whole person

4    individualized approach to admissions facilitate assembly of

5    a diverse student body?

6    **A.**  It did.

7    **Q.**  Let's talk about once students are admitted to the

8    college.

9          Did you examine whether Harvard has practices that

10    facilitate diverse interactions on campus?

11    **A.**  Yes.  My opinion is that they do.

12    **Q.**  Can we have, Mr. Lee, can we have Demonstrative 9.11?

13          At a high level, what did you find?

14    **A.**  Well, at a high level, I found that in numerous ways

15    Harvard has an intentional process of facilitating

16    interaction among different students.

17    **Q.**  And what do these -- what do these segments of the circle

18    on the demonstrative reflect?

19    **A.**  In extracurriculars, for example, students participate

20    not just in varsity sports but in club sports and other

21    extracurriculars; like theater or dance or any number of

22    different areas.  And when they are doing that, they have the

23    opportunity to spend time with different students from

24    different backgrounds in a common project.

25          I find that in housing, again, the way that housing

1   is assigned is intentionally designed to make sure that

2   students have the best chance of being in a living

3   environment in which they're exposed to difference.

4           And so as I said, the first year they are assigned

5   housing with a roommate not of their choice.  After that they

6   are randomly assigned to houses to make sure that that

7   mixture continues.  And, again, in terms of faculty and

8   staff, the intentionality extends there where students are

9   given the opportunity to interact with many faculty and staff

10  who come from different backgrounds.

11  **Q.**  I must confess, I hope that I'm not imagining this, but

12  did you, in your report, give an example of a particular

13  student housing arrangement, a freshman housing arrangement

14  between a particular white student and a particular

15  African-American?

16  **A.**  I think the only mention that I made was with Mark

17  Zuckerberg --

18  **Q.**  I didn't imagine it, okay.

19  **A.**  -- and his roommate who happened to be a Haitian

20  Olympian, Samyr -- I can't remember his last name, but yes.

21  **Q.**  Did you review Dean Khurana's testimony in this court?

22  **A.**  I did.

23  **Q.**  And is his testimony regarding the practices that Harvard

24  employs to facilitate diversity consistent with your

25  analysis?

1    **A.**   It is consistent with my analysis.

2    **Q.**   Do you recall Her Honor's question to Dean Khurana about

3    how to measure when there's enough diversity?

4    **A.**   I remember that.

5    **Q.**   And what is your response to that question?

6    **A.**   My response is that wouldn't it be marvelous if we had

7    the capacity to know when enough diversity is enough

8    diversity.

9         I have been doing this work for decades, and I have

10   never seen a moment when we are certain of that.  We are

11   constantly striving to make sure that we have the appropriate

12   mix of students.  But I don't think there is any university

13   in the country that has decided that it has the key to that.

14        So here is what we do know.  We know, because we've

15   been told over the decades by students who have experienced

16   it, that sometimes there are insufficient numbers of a -- of

17   particular groups on the campus for them to feel safe and

18   comfortable and for the learning that they have access to to

19   be equal to that of others on the campus.

20        So we're immensely sensitive to the fact that we

21   can have too few students in a particular group.

22        We also know, from what we've been told by

23   different groups, that our assumptions about diversity are

24   often too unsophisticated.  And so we might think that

25   because we have a black student that that's diversity.

1    Whereas, many students will say that you don't have enough

2    black students from a particular socioeconomic class or you

3    don't have enough students, black students, who are wealthy,

4    or you don't have enough black students who come from outside

5    the country.

6         So within different groups, their definition of

7    diversity is somewhat different from ours sometimes, and

8    we've learned over time to be much more variegated in the way

9    that we think about diversity.

10   **Q.** President Simmons, we heard yesterday, all day yesterday,

11   from students and alumni of Harvard.

12        Did you manage to hear any of that testimony?

13   **A.** I heard some of the testimony.

14   **Q.** And do you recall some of the students expressing

15   concerns about inclusion?

16   **A.** I do.

17   **Q.** How do the concerns expressed by the students affect your

18   analysis?

19   **A.** They're very much, as I have heard over the years, and

20   very much in keeping with my thinking about this -- about

21   these questions.

22   **Q.** Are those concerns that we heard expressed yesterday an

23   indication that efforts to have diverse learning environments

24   are failing?

25   **A.** Not at all.

 1   **Q.**  Let's turn now to the --

 2   **A.**  May I say a little more about that?

 3   **Q.**  Yes.  You've got the floor -- chair.

 4   **A.**  One of the things that I wrestle with as a university

 5   president is trying to impart to my students the difference

 6   between what they are experiencing now and what people

 7   experienced decades ago.

 8          I want to say that part of what I hear from the

 9   students is all too familiar because, of course, I've heard

10   it for so long over the decades.  Nevertheless, the fact that

11   they are smarter about it, more aware of it, and in a sense

12   dealing with it so amazingly is, to me, a sign of progress,

13   frankly.  And so I just wanted to put that context on it.

14   **Q.**  Thank you.  Let's turn now to the second of the two

15   questions that Harvard asked you to address.

16          And Mr. Lee, yes, thank you.  Demonstrative 9.12.

17          Let's focus on whether the admissions practices

18   that you identified at the outset of your testimony in your

19   opinion serve legitimate institutional interests.  And let's

20   start by turning to Demonstrative 9.13.

21          And this, again, if you'd just remind us, these are

22   the practices that you have considered and expressed an

23   opinion about?

24   **A.**  Yes.

25   **Q.**  Do you agree that Harvard should cease providing what it

1    calls an admissions, quote, tip, to legacies, to applicants

2    whose parents have contributed to Harvard, to children of

3    Harvard faculty and athletes?

4    **A.**   I do not.

5    **Q.**   And do you agree that Harvard should end early action?

6    **A.**   I do not.

7    **Q.**   Let's start with legacies.  Look at Demonstrative 9.14.

8              What institutional interests are served by

9    considering legacy status?

10   **A.**   Our institutions are venerable, I think that's the right

11   word, because they are revered over many, many years by a

12   succession of alumni who come to love our universities and

13   what they provide.  It is entirely appropriate for them to

14   believe that it would be wonderful if their children could

15   also enjoy the same benefits that they enjoyed as students.

16             At the same time, because they are so involved with

17   our universities, and do so much for us -- and

18   parenthetically let me say, I do firmly believe that Harvard

19   today would not be Harvard without that involvement:  Alumni

20   who are advising Harvard, alumni who are giving to Harvard,

21   alumni who are challenging the university at all times to be

22   better.  Without that, Harvard would not be Harvard.

23             And so one of the distinct advantages that we enjoy

24   as institutions is that we've been made stronger by benefit

25   of that involvement.  And one of the ways that we signal to

1    alumni how important that is for us is that we consider their

2    children in the context of our admission process never, never

3    to admit them if they are not qualified on the same basis as

4    other students.  It's very important to say that.

5              And also, let me say, I hope it's a given that

6    people understand as educators one would never admit students

7    that you think cannot thrive at your institution.  It would

8    be considered highly unethical to do so.

9              And so in the admission process, when we're

10   thinking about students and comparing students, our final

11   question is whether or not that student will thrive because

12   they're perfectly capable of doing the work at a high level.

13             And so in that regard, we believe that it is

14   appropriate to give a tip to legacies, and that it is in

15   keeping with the tradition that we have as institutions where

16   there is strong identity of alumni with our institutions.

17   **Q.**  Thank you.

18             Let's turn now to item number two.  And looking at

19   that, can you explain to the court what institutional

20   interests are served by giving consideration to applicants

21   whose families make a contribution to the university?

22   **A.**  Well, first of all, let me say, you'd never, ever admit a

23   student because their family promises a contribution.  That

24   would be a quid pro quo.  It would be, again, completely

25   inappropriate to do that.

1          Nevertheless, there are occasions when individuals

2    who are prominent, who have expertise, who have all manner of

3    things that they can do to assist the university, might have

4    children apply and, in that regard, if it is possible that

5    their children are highly able and at the same time their

6    parents could make a difference for the institution, I don't

7    believe that it is problematic to admit those students.  The

8    number is infinitesimally small.  I couldn't even count on

9    one hand the times that I've seen this apply at Brown.  But

10   it is certainly possible that there are students who come

11   along whose families can do incredible things for an

12   institution.  We are, after all, private institutions.

13         How do we survive from generation to generation, to

14   be 400 years old?  I mean, how does one comprehend that?  A

15   private institution from era to era that not just survives

16   but becomes stronger in every era.  How does that happen?  It

17   doesn't happen because we sit on our hands and do nothing.

18   It happens because we are constantly looking for help, from

19   as many different corners as we can find it.

20   Q.  I just have one clarifying question.  You've spoken

21   eloquently about the different types of contributions that

22   parents or family of an applicant might make.  Can I assume

23   that you're including, among that panoply, very significant

24   financial contributions?  Not a quid pro quo, but either a

25   history of generosity with the university or the prospect

1    that perhaps there will be significant generosity.

2    **A.**   If there has been a history of contributions to the

3    university from someone, of course.  I can say that at Brown,

4    for example, in a couple of instances people who had made

5    very generous donations to the university who had children

6    apply, not -- not at the same time, we gave special

7    consideration to their children because they were, after all,

8    highly qualified on the basis of the rest of the pool.

9    **Q.**   Let me turn to item 3 on the demonstratives.

10          What institutions are served by considering whether

11   the applicant is the child of faculty or staff at the

12   university?

13   **A.**   Well, there are a lot of different ways to think about

14   the resources available to universities and every university.

15   I'm in a public university right now.  Every university has

16   access to different kinds of resources.  One resource that we

17   have is the admission of children of faculty or staff if

18   they're highly qualified.  Now, it also must be said that the

19   single most important factor in the quality of a university

20   is faculty quality.

21          The second most important factor in the quality of

22   an institution is faculty quality.  I could go on ad

23   infinitum.  Faculty are the determination of the standing of

24   a university.  They are at the heart of the learning of

25   students also.  But the representation of a university

1    depends mightily on what the faculty output is.

2              And so anything we can do to retain the most

3    outstanding faculty, certainly we would have to do.  It is

4    our competitive advantage.  There is a fierce, fierce battle

5    in this country for faculty, and trying to keep them is very

6    important to us.

7              And so I think it's perfectly legitimate if a child

8    is highly able to admit a faculty child or a senior person

9    staff person's child.  Let me say this is very rare.  I think

10   that it happens.  It's not a significant number in any given

11   class.

12   **Q.**  Let me ask you to turn next to athletic achievement.

13              What institutional interests are served by giving

14   what Harvard calls a tip, and I'm going to divide athletes

15   into two categories, first to recruited athletes?

16   **A.**  Well, we're in an athletic league.  How are we going to

17   field teams to play each other if we don't admit athletes for

18   those teams?  You know, there are a lot of people outside the

19   Ivy League that believe -- who believe that we're not serious

20   when it comes to athletics.  That's because they've never sat

21   around a table of Ivy League presidents fighting about

22   athletics.  We are very serious about athletics.

23              And so, again, one of the defining elements of

24   Harvard is actually, is actually its athletic program and

25   what it does for the campus in terms of building school

**JA2791**

1    spirit, what it does when Harvard beats Yale, you know.  And

2    when Brown beat Harvard, it was -- it was a holiday, okay?

3    So these are serious matters.  They are taken absolutely

4    seriously.

5             And then the other thing that seems to me very

6    important is that the Council of Ivy League Presidents exists

7    for one purpose, and that is to monitor athletics, to make

8    sure there's no funny business when it comes to admitting

9    athletes.  And so it is the most regulated athletic

10   competition, in a sense, in the country.  Forget the NCAA.

11            Presidents sit on the council to determine whether

12   or not they're following all the guidelines.  And

13   importantly, at particular times, the presidents will decide

14   to ratchet up the requirements for athletes.

15            And I know during my time as president of Brown,

16   one of the things that I did was to cut back on the number of

17   recruited athletes in order to make more room for other

18   students in admission.  I believe that Harvard did the same

19   thing, actually.

20            So we take athletics seriously, but we believe that

21   it should be very strictly controlled.

22   Q.  Let me ask you:  You've spoken eloquently about the

23   ability and necessity of recruited athletes to allow, for

24   example, Harvard consistently to defeat Yale and Brown -- as

25   a Harvardian I will say surprisingly in somewhat a

1    demoralizing way to beat Harvard.  Do talented athletes like

2    this bring value to the campus more generally than just

3    bringing glory?

4    **A.**  Of course.  Of course they do.  I mean, none of us should

5    be cited as unidimensional individuals just because we have a

6    particular talent.  And so a cellist, even at the highest

7    level, is not just a cellist.  Nor is an athlete just an

8    athlete.

9         And so there have been famous examples of Ivy

10   League athletes who have been incredible leaders, who have

11   been CEOs, who have been in every sense of the word the

12   citizen leaders that Harvard has identified in its mission.

13   **Q.**  Let me ask you now about the non-recruited athletes.

14        Do university communities benefit from having avid,

15   skilled, non-recruited athletes on campus?

16   **A.**  Absolutely.

17   **Q.**  In what way?

18   **A.**  And in so many ways.  First of all, the average student

19   can find their way to a sport that they love.  And as you

20   know, that experience with sport can often lead to a lifetime

21   of enjoyment.  And so -- and I was visited recently in my

22   office by the rugby team on my campus, and it was glorious.

23   These -- the men's rugby team, although I had women's rugby

24   also at Smith, games that I couldn't watch.  It was too

25   painful to watch them -- but the men's rugby team.  And to

1    see them interact as athletes, doing it for the love of it,

2    was exhilarating.

3            They are working alongside individuals to

4    accomplish wins.  They're learning about people.  They're

5    becoming more disciplined in their lives because, as you

6    know, as educators, we always say that athletes are much

7    better students during the season than outside the season

8    because it lends more discipline to their total endeavors

9    when they do that.

10           So there are a lot of different things that

11   athletes contribute, non-varsity athletes contribute in the

12   environment.  And sometimes it's just as much fun watching a

13   club sport as it is a huge varsity athletic event.

14   Q.   Let's turn finally to early action and the --

15           THE COURT:  May I interrupt you for a second?

16           MR. WAXMAN:  Sure.

17           THE COURT:  I just have a couple of things I've

18   been thinking about and there's really been no one to ask but

19   here you are.  We'll see how relevant these things are.

20           But I have been told that these things that we've

21   just discussed, legacy, contributions, children of faculty

22   and staff and athletic achievement, are about 30 percent of

23   each class.  And it seems to me, and you can correct me if

24   I'm wrong, that that can be a way to tamp down diversity,

25   right?  Like, if all of your legacies are white and all of

Case: 19-2005    Document: 00117629239    Page: 645    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 44 of 185

44

 1    your donors are white, then the larger that pool is, the less

 2    diverse your school population becomes in some ways, right?

 3           And I hear you saying that contributors and faculty

 4    kids are a small percentages, or should be small percentages,

 5    but I haven't seen a breakdown of that.  But if you take

 6    those things together that I think can be a way of limiting

 7    diversity, is there some number that's too much?

 8           THE WITNESS:  I actually don't think of it that

 9    way.  And here is why.  I've always been involved in my

10    career in the continuum of education.  A lot of people focus

11    on one institution, one admission cycle.  I didn't, I didn't

12    go to Harvard.  I'm not --

13           THE COURT:  Neither did I, as has been recently

14    published in the --

15           THE WITNESS:  So we can commiserate.

16           THE COURT:  That's not the adjective I'd use.

17           THE WITNESS:  So here I am, you know, I went to a

18    liberal arts college, 900 black students, and then I became

19    president of an Ivy League university over mostly white

20    students.

21           So the first thing I would say is that one

22    institution does not drive our opportunities, and that's

23    important to remember.  Because, as I say, I left to go to

24    Spelman because I thought Spelman had wonderful things to

25    offer.  I'm now at Prairie View because Prairie View has

1    wonderful things to offer.

2            So getting back to your question.  I believe, truly

3    believe, that the uniqueness of our institutions is actually

4    created by all these factors.  It is -- it is a series of

5    things that makes people want to be a part of us.  But now

6    people want us to abandon them because it may be inconvenient

7    to have them, or that might be their assessment.

8            I believe that the thing that makes this country,

9    especially higher education in this country, so phenomenal is

10   the fluidity.  And so I can go to a 900-student black college

11   that is nowhere on the radar screen for anybody and then end

12   up in a Ph.D. program at Harvard.

13           And so what I used to tell students when I was

14   interviewing them for Harvard, I used to say, you know, you

15   know you can ultimately go to Harvard from lots of different

16   routes.  You don't have to be an undergraduate at Harvard.

17   Okay?  In fact, it's not always a good idea to go to Harvard

18   as an undergraduate if you're in this field, if you're in

19   that field.

20           So I think our country has become besotted with the

21   idea of getting into a narrow number of institutions.  But

22   the great thing that they miss is that our educational

23   opportunities are so much richer than that.

24           And so that's the way I think of it.

25           THE COURT:  All right.  Another one that might be

1    more unanswerable that I've been sort of wrestling with, and

2    I throw it out there to you because you seem to be the most

3    knowledgeable person I've seen on these subjects, is -- you

4    know, I'm sure that the Supreme Court says you can't have

5    quotas and you can't have floors.  So if you're talking about

6    a place -- and I'm going to use Harvard because here we

7    are -- that accepts 2,000 kids a year, looking for 1,600 -- I

8    mean, those two numbers are pretty fixed.

9              THE WITNESS:  Yes.

10             THE COURT:  Then if we can agree that one black

11    student on campus is not enough and five black students on

12    campus is not enough, if you're trying to get to a number

13    that's enough to meet the goals that you talked about, like a

14    group feeling safe and represented, how do you avoid a floor?

15             THE WITNESS:  Well, I think that's because of the

16    selectivity that you have access to.

17             When I was working at Radcliffe, there was a

18    plentiful supply of highly-able students.  That's not always

19    true for every university, but it's certainly true for

20    Harvard.  And so one of the things, as you look at what

21    you're trying to achieve across the entire university that

22    you're more concerned about, is that if you were to admit a

23    certain number of students, that the whole -- one whole part

24    of your campus would be devoid of any difference.  And so it

25    isn't so much a floor as it is an effort to make sure there's

 1    sufficient numbers of students in your campus so that the

 2    students who need that deep learning are exposed to it.  And

 3    if it is too small, you'll get the feedback.

 4            And one of the reasons that I say that that

 5    feedback is important and we've had it over the decades, is

 6    that when we first started this process, we had no idea what

 7    we were doing.  So there were many tokens admitted into

 8    programs like this.

 9            So, for example, I was a token at Wellesley.  And

10    so Wellesley was not admitting African-American students in

11    any significant numbers, and what they did was to go to the

12    South to black colleges and invite black students from black

13    colleges to come to Wellesley.  But even when they did that,

14    it didn't make much of a difference because there were so few

15    on the campus.

16            So I think one of the things we've learned over the

17    years, because we've heard the feedback from our students,

18    this is what it feels like when it's like this.  And every

19    time we get the feedback, we tend to make adjustments.

20            And so I wrote a report at Princeton, for example,

21    about the consequences of having the -- either the wrong

22    mixture or the wrong policies, and we made adjustments to

23    that.

24            So universities are always trying to make

25    adjustments.  I don't ever see this as a fixed point, where

1    we're utterly satisfied that as a nation, we have figured

2    this out.  I don't see that happening because we are changing

3    constantly, different demographics are taking place.

4          And so how many of us are floored by what's

5    happening in the country today?  I know I am.  I didn't

6    expect to see it again.  But here we are.  And so we'll take

7    that in and we'll make our adjustments and we'll try to

8    improve.  And that's the way it's always going to be because

9    when you have so many different people involved, you cannot

10   predict what they are going to do in the future.  You can

11   only look at where you are now and try to come up with the

12   best solution.

13         THE COURT:  Thank you.

14         MR. WAXMAN:  Can I ask one follow-up question to

15   Your Honor's questions?

16         THE COURT:  You may.

17   Q.  I'll be perhaps a little more pointed than the Court was.

18         When you were president of Brown and when you were

19   president of Smith, did those institutions make a concerted

20   effort to value diversity and try and promote a diverse,

21   including racially diverse, learning environment in those

22   institutions?

23   A.  Of course.

24   Q.  Did those institutions, do you feel, that in order to

25   evaluate whether you have provided such an institution that

**JA2799**

1    it is useful, necessary, or appropriate to identify a

2    particular percentage, like we need to have, I don't know, 20

3    percent African-American?

4    **A.**  No, never.

5    **Q.**  So how does --

6                    MR. WAXMAN:  I don't know whether I'm channeling

7    Your Honor's questions but --

8                    THE COURT:  I'm not sure there's an answer.

9    **A.**  See, that's the problem.  I have seen institutions with a

10   very different mix of ratios do it successfully, and I've

11   seen institutions with a much larger proportion of certain

12   groups and it's been difficult, if not disastrous.

13              So here is what I tell my students, and this is

14   what I say to all the groups that I speak to scores of times

15   every year.  And I always say, Never expect -- Never tell

16   your campuses that there will be a point at which they will

17   be satisfied that we've achieved the right mix of diversity.

18   Never, never issue that promise because you will fail every

19   time.

20              It is not scientific.  It just isn't.  And so I

21   think what I advise is that you don't pay attention to that

22   point.  Here is what you pay attention to.  You pay attention

23   to the striving.  That's what you pay attention to.  In every

24   year in every way, you're still striving to learn about

25   difference.  It's the striving that matters.  And as long as

 1   you're doing that institutionally, and individually, you're

 2   making progress undeniably.  But if you try to set these

 3   false expectations, that there is a magic point at which it's

 4   now functioning best, you'll be disappointed.

 5            THE COURT:  That's the ceiling.  What about the

 6   floor?

 7            THE WITNESS:  The floor, again, I don't think of it

 8   in terms of a floor.  I just don't.  I've seen so many

 9   circumstances in which small numbers have worked, and I've

10   seen circumstances in which they are alleged not to have

11   worked.

12            You know, we are mired in a situation where all of

13   this is subject to interpretation and reaction and the

14   reaction of many different people.  And in such a

15   circumstance, it is impossible to come up with a formula that

16   we're going to be satisfied with.

17            And so I think we'll never get there in terms of

18   that floor.  I don't think we'll get there in terms of any

19   ceiling.  And I think that this whole idea of keeping

20   ourselves honest by narrowly interpreting what we are doing

21   and consistently doing that is a pretty good way of doing it.

22            I can only say that over a lifetime of trying to do

23   this in lots of different settings, I've never been in a

24   setting where people were satisfied that they were doing it

25   exactly the right way.  And that's been a vast array of

 1    settings.

 2              U.S.C. was right on the edge of the black

 3    community, one of those venerated institutions.  And when the

 4    riots occurred in Los Angeles, the riots went right up to

 5    U.S.C. and stopped.  And it had nothing to do with the

 6    diversity of U.S.C. in terms of numbers.  It had to do with

 7    the fact that that community respected U.S.C. because of the

 8    way U.S.C. had respected its athletes.

 9              So there are so many different ways of looking at

10    this.

11              MR. WAXMAN:  Over to me?

12    **Q.**  Let's turn finally, President Simmons, to number five on

13    the slide, which is the proposal that Harvard eliminate early

14    action.

15              Could you please summarize your opinion about the

16    consequences to private universities like Harvard of

17    eliminating the criticized early action program?

18    **A.**  Well, I would say that when Harvard decided not to use

19    this competitive advantage, we were very happy at Brown.

20    Because any advantage we can enjoy in terms of recruiting

21    students, we want that advantage.

22              Early action provides a competitive advantage when

23    it comes to the most sought-after students.  And if you -- if

24    you abandon that and don't have access to those students,

25    there are consequences for it.

1           And so as a practical matter, I would say any

2    university that is competing at that top level for the very

3    best students will want to maintain that advantage, and early

4    action is such an advantage.

5    **Q.**  I was going to ask you about your experience at Brown and

6    Princeton, but I think you've testified about the

7    consideration at Brown.

8           Did Princeton -- does Princeton offer early action?

9    **A.**  It does.  It abandoned it for a time and went back to it.

10   And, again, there is a cluster of institutions that compete

11   fiercely.

12          I remember when I was at Princeton, I remember a

13   time at Princeton when Princeton was very annoyed, that they

14   didn't feel they were getting their fair share of the top

15   students who were applying to Princeton, Yale, and Harvard.

16   And they went to work to try to figure out how to overcome

17   what they saw as a deficit.

18          But in regard to early action, they restored early

19   action because those institutions that did abandon it

20   realized that they were giving up a substantial competitive

21   advantage by giving it up.

22   **Q.**  President Simmons, did you review Mr. Kahlenberg's

23   contention that early action programs disproportionately

24   benefit white and wealthy students?

25   **A.**  Yes.

Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 53 of 185

53

1   **Q.**  Do you agree with him?

2   **A.**  Well, I looked at the process by which Harvard reaches

3   out to all income groups, to minorities, and so forth.  And

4   perhaps people don't understand this very well, but if you're

5   in a household in my old neighborhood, Bloody Fifth Ward in

6   Houston, Texas, and you are a high-performing student, you're

7   getting information from Harvard in your junior year telling

8   you, "Here are your options for applying."  That's how

9   extensive the marketing has become.  It wasn't always so.

10          But today, the outreach is aggressive and virtually

11  omnipresent, and so typically students of all incomes will be

12  aware of what their options are.

13          That's not to say that a student who has modest

14  scores and is in the middle of their class will get that.

15  They won't.  Because there are lists that are circulated of

16  the highest achieving students, and universities concentrate

17  on those lists and they go after those students.

18  **Q.**  Would an average student who is acquitting herself in the

19  middle of the class likely be an appropriate candidate for

20  early action in the institution --

21  **A.**  Would never be admitted.

22  **Q.**  Let's turn to Demonstrative 9.19.

23          And, President Simmons, can you please summarize

24  your opinion about the consequences to private universities

25  like Harvard of eliminating the criticized admissions

Case: 19-2005    Document: 00117629239    Page: 655    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 650    Filed 04/18/19    Page 54 of 185

54

1    practices that we have discussed?

2    **A.**   I believe that eliminating the criticized admission

3    practices would undermine the ability of Harvard to continue

4    on its path of outperforming other universities.  These

5    practices have been responsible in, I think, large measure

6    for the success that Harvard enjoys today.  And if you really

7    admire that success, then undermining it by eliminating these

8    provisions would not make much sense to me.

9    **Q.**   In looking at number one on the demonstrative, what is

10   your bottom line on the importance of diversity at Harvard?

11   **A.**   It's very hard for me to overstate my conviction about

12   the benefits that flow to all of these areas from a diverse

13   undergraduate student body.

14            I know something about the lack of diversity in

15   one's education.  I know what it was like to live in a

16   society where that was the bedrock approach to education.  I

17   know what it was like to walk down the streets where random

18   people attacked us or issued slurs because they didn't

19   understand what my community was all about.  I understand

20   what it was like for African-Americans in this country not to

21   have access to professions.

22            My father was a janitor, my mother was a maid.

23   They had been sharecroppers, they had few opportunities.  I

24   lived through that.  I remember it.

25            So to me, the benefits that flow to students is

Case: 19-2005   Document: 00117629239   Page: 656   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 55 of 185

55

1    they get a better education, a deeper education, a truer

2    education to deal with what they're going to have to deal

3    with in life.

4         To the institution, it makes for not just an

5    enhanced learning environment but for the opportunity to be

6    unparalleled in their standing because they offer something

7    that is so indispensable for society.

8         And for society, my goodness, I've spoken about the

9    conflicts in society, how deeply they run, how they resurface

10   from time to time.  How can we imagine a world in which we

11   are not creating leaders and citizens who have the capacity

12   to mediate those differences?  I cannot imagine it.  And so

13   it's with great conviction that I say that we must continue

14   to offer diverse undergraduate education to our young people

15   to save our nation.

16   **Q.**  I have one final question, President Simmons:  Have you

17   ever testified in a trial before?

18   **A.**  No, and I hope never to again.

19         MR. WAXMAN:  Thank you.

20         THE COURT:  Why does everybody say that?

21         THE WITNESS:  It's unaccustomed, Your Honor.

22         THE COURT:  We could use a little diversity on that

23   perspective.

24         MR. WAXMAN:  If I may be so impertinent, has Your

25   Honor ever testified as a witness at trial?

Case: 19-2005    Document: 00117629239    Page: 657    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 650    Filed 04/18/19    Page 56 of 185

56

```
 1              THE COURT:  Yes, I have.
 2              MR. WAXMAN:  Maybe that's the diversity.  Thank
 3    you.
 4              THE WITNESS:  Thank you.
 5              May I go now?
 6              THE COURT:  No.
 7              MR. CONNOLLY:  Could we have a few minutes to set
 8    up?
 9              THE COURT:  Yes, of course.  You can stand and
10    stretch for a minute if you want while he's getting set up.
11              THE WITNESS:  Okay.
12              MR. CONNOLLY:  May I approach the witness?
13              THE COURT:  Of course, yes.
14    EXAMINATION BY MR. CONNOLLY:
15    Q.  Good morning, President Simmons.
16    A.  Good morning.
17    Q.  My name is Michael Connolly.  We met at your deposition
18    in Houston.
19    A.  Yes.
20    Q.  Thank you for being here.
21              I want to start by talking about how you formed
22    your opinions in this case.  To form the opinions in your
23    reports, you did not conduct any studies or statistical
24    analyses, correct?
25    A.  No, I didn't.
```

1    **Q.**  And you also did not talk to anyone currently working in

2    Harvard's admissions office, correct?

3    **A.**  I didn't.

4    **Q.**  Now, in your report, you write about how diversity is

5    important because it helps people overcome bias and

6    stereotypes that we may have; is that correct?

7    **A.**  Yes.

8    **Q.**  I'd like to talk about some of the things you've done in

9    your career to address the issues of bias and stereotype.

10   And you mentioned this morning the report you did for --

11   while you were at Princeton.

12          There you were asked to investigate issues of

13   racial bias on campus and to see whether the university

14   needed to take actions to remedy this, correct?

15   **A.**  Yes.

16   **Q.**  And you wrote a report called "The Report on Campus Race

17   Relations."  That contained the findings of your

18   investigation, correct?

19   **A.**  Yes.

20   **Q.**  And it contained a number of recommendations for how

21   Princeton could address the concerns of bias and stereotypes

22   that many minority students had expressed to you, correct?

23   **A.**  Yes.

24   **Q.**  And the report that you wrote has been widely cited

25   around the country, correct?

Case: 19-2005    Document: 00117629239    Page: 659    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 58 of 185

58

**A.**   I think so.

**Q.**   Now, later in your career, while you were the president of Brown, you served on a committee that was charged with examining why women faced barriers being hired and promoted in the science and engineering departments at colleges and universities; is that correct?

**A.**   Yes, it is.

**Q.**   And the committee that was created was created by the National Academies of Sciences, Engineering and Medicine, correct?

**A.**   That's correct.

**Q.**   Now, the National Academies is an organization that has members who are the top performer scientists in medicine, science and engineering, correct?

**A.**   Yes.   The Academies.

**Q.**   The Academies.

         And the Academies regularly work on policies to improve the fields of science, engineering, and medicine, correct?

**A.**   That's correct.

**Q.**   And the Academies committee did issue a report, correct?

**A.**   It did issue a report, correct.

**Q.**   And that report was called "Beyond Bias and Barriers, Fulfilling the Potential of Women in Academic Science and Engineering," correct?

1    **A.**   Yes.

2    **Q.**   Now, your committee put together a PowerPoint

3    presentation summarizing some of the findings, correct?

4    **A.**   I actually don't recall a PowerPoint presentation.   I

5    recall a report.

6    **Q.**   Well, it's been a while, so I've included the PowerPoint

7    in the binder.   You can refresh your recollection.   It's on

8    Tab C108.

9            THE COURT:   Mr. Connolly, do you have an extra copy

10   of that binder, please?

11   **Q.**   And we can also put it up on the screen if that's easier

12   for you.

13           So there's the title that we just mentioned.   And

14   if you turn to the second page, it's the first tab you see.

15   It lists the people that served on your committee.   About

16   two-thirds of the way down, there's your name, Ruth Simmons,

17   correct?

18   **A.**   That's correct.

19   **Q.**   And you were the president of Brown University when you

20   served on this committee, correct?

21   **A.**   Yes.

22   **Q.**   And the chair of the committee was Donna Shalala,

23   correct?

24   **A.**   Yes.

25   **Q.**   And I see a number of people on here, professors from

1   Berkeley and Harvard and Duke, Yale, MIT.  They served on the

2   committee with you, correct?

3   **A.**  Yes.

4   **Q.**  Now, if you turn to the second red tab.  I'll also put

5   this up on the screen for you.

6          Now, your committee --

7          MR. WAXMAN:  Your Honor, I don't think there's a

8   foundation yet to ask this witness a question.  I believe

9   that she earlier testified that she didn't recall a

10  PowerPoint.  And I think if counsel wants to ask her about

11  pages in the PowerPoint, he has to establish that, in fact,

12  she did see this.

13         MR. CONNOLLY:  I'm not trying to admit this in

14  evidence.  It was a PowerPoint that accompanied her report.

15  I'm just using it to, sort of as an aid to walk through

16  questions with her.

17         THE COURT:  All right.  So he's trying to refresh

18  her recollection.

19         But why don't you ask her about the substance of

20  what's on the slide rather than the slide itself.

21         MR. CONNOLLY:  Sure.

22  **Q.**  Did your committee find that a substantial body of

23  evidence establishes that most people, men and women, hold

24  implicit biases?

25  **A.**  I don't remember the exact language that way, but we

1    certainly discussed bias in academic life as with regard to

2    women.

3    **Q.**  And do you -- so you do not recall in particular whether

4    the committee found that a substantial body of evidence

5    establishes that most people, men and women, hold implicit

6    bias?

7    **A.**  Again, that's very specific.  This has been many years

8    ago, and I don't remember that language from the report.

9    **Q.**  Okay.  So I also have a copy of the executive summary of

10   the report in your binder.  It is identified as P450.  You

11   can turn there to refresh your recollection.

12   **A.**  450?

13   **Q.**  Mm-hmm.  Will you turn to page 4 in the report.  You see

14   the bottom right paragraph starting with "A substantial body

15   of evidence"?

16   **A.**  Okay, number five.

17   **Q.**  Number five, yeah?

18   **A.**  I see that.

19   **Q.**  If you could read that paragraph.  It starts there and

20   then finishes onto the next page.

21           Just let me know when you're finished.

22   **A.**  You want the whole paragraph?

23   **Q.**  Not aloud but just to yourself to refresh your --

24   **A.**  Just to myself.

25   **Q.**  -- recollection about what your committee found.

1          MR. WAXMAN:  Your Honor, if I can just ask that

2    since the witness is not being examined about the PowerPoint

3    that the slide be blanked, the screen be blanked.

4          THE COURT:  Why don't you take the slide down,

5    Mr. Connolly.

6    **A.**  I've finished.

7    **Q.**  Okay.  Thanks.

8          Now, after reading a summary of what your committee

9    found, would you now agree that your committee found that a

10   substantial body of evidence establishes that most people,

11   men and women, hold implicit biases?

12   **A.**  It's apparent that that's what the committee found.  I

13   didn't write the report.  The staff wrote the report, but

14   that's in their committee report.

15   **Q.**  And you served on the committee, correct?

16   **A.**  I did.

17   **Q.**  And the report of the committee reflects the findings of

18   the committee, correct?

19   **A.**  Let me describe how it works.

20         When a committee of this kind does this work, there

21   is usually a staff that collects the information, writes the

22   report, and the committee as a whole reacts to what the draft

23   is.  And so that might mean some of the things in the

24   committee report I agree with and some things I might not

25   agree with but that the majority might have agreed with.

1          So that's the way it actually works.

2          So in terms of bias, I certainly would agree that

3    many people hold biases and that it did affect the process

4    with regard to women in science and engineering.  But I don't

5    make broad statements about implicit bias.

6    **Q.**  If you could turn back one page to page 3.  Read the

7    bottom -- the first sentence of the bottom right paragraph

8    starting out with -- and just, again, read it to yourself to

9    refresh your recollection -- starting out, "The report

10   presents the consensus views."  Just read the first sentence

11   to yourself.

12   **A.**  (Witness reviews document.)  I've read it.

13   **Q.**  Now, again, would you agree that the report here, at

14   least according to the report, presents the consensus views

15   and judgment of the committee members?

16   **A.**  Consensus.

17   **Q.**  All right.  Now, would you also agree that what your

18   committee found, the consensus views of the committee, was

19   that decades of cognitive psychology research reveals that

20   most of us carry prejudices of which we are unaware but that

21   nonetheless play a large role in our evaluations of people

22   and their work?  Would you agree that that is what the

23   committee report found?

24   **A.**  Yes, I thought we just said that.

25   **Q.**  And would you also agree that the committee found that

Case: 19-2005    Document: 00117629239    Page: 665    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 650    Filed 04/18/19    Page 64 of 185

64

1    every study that the committee evaluated found a significant

2    effect of bias based on the gender or race of the person

3    being evaluated?

4    **A.**  I don't think it was framed that way.  But -- would you

5    say that again?

6    **Q.**  Do you recall your committee finding that every study

7    that you examined, there was a significant effect of bias

8    based on the gender or race of the person being evaluated?

9    **A.**  Oh, being evaluated.

10   **Q.**  Yes.

11   **A.**  Yes.

12   **Q.**  Okay.  And did your committee also find that there was --

13   there was no significant effect of the gender or race of the

14   person doing the evaluation?

15   **A.**  Repeat that.

16   **Q.**  In other words, your committee did not find that bias

17   against women in the fields of science and engineering was

18   isolated to one race or one gender, correct?

19   **A.**  I don't remember that discussion at all in terms of

20   relating to race or gender.  I think at first you mentioned

21   gender and not race, but I don't recall a discussion of the

22   bias of women, for example, no.

23   **Q.**  You don't recall a discussion of bias of women from what

24   your committee found.  Is that -- I'm sorry, I don't

25   understand.

1    **A.**  I don't recall focusing on the bias of women in the

2    report.  It's been some time since I was part of this

3    committee.

4    **Q.**  Okay.  And after your committee found -- made these

5    findings, one of the recommendations your committee made was

6    that university leaders should educate all faculty members

7    and students about unexamined bias and effective evaluation;

8    is that correct?

9    **A.**  Yes.

10   **Q.**  Okay.  Now, one of the other things your committee found

11   was that there were many women qualified to be professors in

12   the science and engineering departments, correct?

13   **A.**  Yes.

14   **Q.**  And despite this large number of highly qualified women,

15   they were underrepresented in the science and engineering

16   departments of many universities in this country, correct?

17   **A.**  Yes, I believe so.

18   **Q.**  And one of the reasons these highly qualified women were

19   failing to advance is that they faced bias and discrimination

20   in the science and engineering departments of universities

21   when it came to hiring and promotion, correct?

22   **A.**  I would say one possible reason was that.  That's not the

23   only reason.

24   **Q.**  Again, could you turn to page 4 of the report that I have

25   in front of you.

 1           Read the paragraph numbered four, just the very
 2    first sentence.
 3    **A.**   "Women are very likely to face discrimination in every
 4    field of science and engineering."
 5    **Q.**   And you would agree that is what your committee found,
 6    correct?
 7    **A.**   Yes, but that's not what I said.
 8    **Q.**   Okay.  Now, at your deposition we talked about some of
 9    the conclusions that you've formed and you've reached about
10    bias and stereotypes, and you believe that people can develop
11    biases through the ways in which they are socialized,
12    correct?
13    **A.**   Yes.
14    **Q.**   For example, we can develop biases from our parents, from
15    the communities we grow up in, and through the things that we
16    endure through our lives, correct?
17    **A.**   That's correct.
18    **Q.**   In fact, you've said before that we all have biases,
19    correct?
20    **A.**   Yes.
21    **Q.**   But the fact that we grow up in a certain way, that we're
22    conditioned in a certain way, that we experience life in a
23    certain way doesn't mean that we are held to that for all
24    times, correct?
25    **A.**   Correct.

**JA2817**

1    **Q.**  There are ways for us to overcome biases, correct?

2    **A.**  Yes.

3    **Q.**  And one of the ways to overcome bias is through education

4    and training, correct?

5    **A.**  Yes.

6    **Q.**  And this is because through education and training,

7    people can overturn the conditioning that they receive as a

8    consequence of their lived experience?

9    **A.**  I'm not sure that I use the term -- are you quoting me

10   when you say "training"?  Are you quoting from my deposition?

11   **Q.**  Let me -- this doesn't -- let me just ask you if this is

12   what --

13   **A.**  Could you just tell me whether that that's -- I don't

14   have it in front of me.  Are you reading a quote from my

15   deposition?  Because I don't recall saying "training."

16   **Q.**  I am reading part of a quote from your deposition.

17   **A.**  Well, what specifically did I say in my deposition?

18   **Q.**  I believe --

19   **A.**  Okay.  That's okay.  I thought you had it in front of

20   you.

21   **Q.**  I'll move on.

22   **A.**  Okay.

23   **Q.**  Last question on the subject.  You believe that

24   interrogation about our biases is a lifelong process for all

25   of us, correct?

1    **A.**   Yes.

2    **Q.**   Okay.  So I'd like to turn to how Harvard treats

3    applicants who are the children of Harvard alumni, what we

4    also know to be legacy applicants.

5    **A.**   Okay.

6    **Q.**   Now, you support Harvard's decision to give legacy

7    applicants a preference or a tip in the admissions process,

8    correct?

9    **A.**   I do.

10   **Q.**   And you also --

11   **A.**   Obviously not all legacy applicants.

12   **Q.**   I'm sorry, I didn't catch that?

13   **A.**   Not all legacy applicants, but the applicants that are on

14   a par with the top of the pool.

15   **Q.**   You also believe that if Harvard eliminated the

16   preferences or tips that it gives to the children of alumni,

17   that fewer people would donate to Harvard, correct?

18   **A.**   I personally believe so, yes.

19   **Q.**   Now, in your report, you cite a study from Coffman,

20   O'Neil and Starr.  It's entitled "Empirical Analysis of

21   Legacy Preferences on Alumni Giving At Top Universities,"

22   correct?

23   **A.**   I don't have it in front of me, but okay.

24   **Q.**   Sure.  Well, I'll put it up on the screen for you.

25   **A.**   Okay.

**JA2819**

1    **Q.**   This is the -- this is your rebuttal report on page 6.

2    It's also in your binder.

3    **A.**   Oh, it is.  Okay.

4    **Q.**   I'm referencing the Coffman study.  You write, "It finds

5    that schools with legacy preferences on average have 35.7

6    percent higher alumni giving than non-legacy preference

7    schools before controlling for family wealth.  The study also

8    acknowledges that its model suggests that abolishing legacy

9    preferences would have a deleterious impact on the finances

10   of universities that currently consider legacy status in

11   admissions.  In my opinion, such an outcome would be harmful

12   for many private universities whose financial resources

13   affect their ability to sustain the excellence of their

14   offerings and provide resources for low-income students of

15   all races to afford the costs of their education."

16           That is what you wrote, correct?

17   **A.**   Yes.

18   **Q.**   Now I'd like to turn to look at the rest of the Coffman

19   study, and that is also in your binder at Defendant's Exhibit

20   132.  I believe it's the first one.

21           If you turn to page 114 and see the quote from your

22   brief, "The coefficient of 0.357 implies that schools with

23   legacy preferences, on average, have 35.7 percent higher

24   alumni giving than non-legacy preference schools before

25   controlling for wealth.  But the authors continue and what

1   they write is, 'What does this tell us?'  This suggests that

2   schools with legacy preferences have higher alumni giving,

3   but it can be explained entirely by the wealth of their

4   admitted students.  The fact that legacy preference schools,

5   on average and holding all else equal, have wealthier

6   admitted students is consistent with the notion that elite

7   schools achieve higher giving simply by selecting

8   disproportionately from families of their own wealthy alumni,

9   not that giving legacy preferences somehow changes giving

10  behavior."

11          Did I read that right?

12  **A.**  Yes.

13  **Q.**  And the authors continue further down on page 115.  And

14  they wrote, "Thus, it is not that these elite institutions

15  are simply lucky enough to have wealthier families in their

16  student body; instead, the preference policy itself allows,

17  contributes to, and perpetuates overselection from the upper

18  class.  Once we control for whatever wealth differences there

19  are, whether exogenous to the selection process or exogenous

20  to the applicant pool, there is no evidence suggesting legacy

21  preference policies contribute to greater giving."

22          Did I read that right?

23  **A.**  Yes.

24          MR. CONNOLLY:  Thank you.  No more questions.

25          MR. WAXMAN:  If those hearsay statements are being

**JA2821**

 1    offered for the truth, we object.  Obviously he's done an

 2    accurate reading of those two sentences.

 3             THE COURT:  They haven't been admitted at all.

 4             MR. CONNOLLY:  This is a study that she relied on

 5    in her report and I'm asking her questions about it.

 6             THE COURT:  It's fair game to ask her about it, but

 7    I think he's objecting to their admission and they haven't

 8    been admitted.

 9             MR. WAXMAN:  I just will correct the record.

10             MR. CONNOLLY:  And that's fine.  We're not seeking

11    to admit.

12             THE COURT:  Okay.

13             MR. WAXMAN:  This is not a study that she offered

14    in her report.  This is a study relied upon by Mr. Kahlenberg

15    to which she responded.

16             MR. CONNOLLY:  And we read into the record what she

17    said about the report, so I think it's clear.

18             THE COURT:  Yes.

19             MR. CONNOLLY:  Thank you.

20             THE COURT:  Redirect?

21             MR. WAXMAN:  No, thank you.

22             THE COURT:  Now you are excused.

23             THE WITNESS:  Thank you, Your Honor.

24               THE COURT:  So we're early for the lunch break.

25    Do you want to start on your next witness?  Do you --

         1              MR. WAXMAN:  Sure.  I mean, if -- needless to say,

         2    I haven't had the opportunity to confer with anybody about

         3    anything, but I think we can probably get started.  I mean,

         4    other than Your Honor.

         5              MR. LEE:  He has our permission if he has your

         6    permission.

         7              MR. WAXMAN:  It will take us a couple of minutes to

         8    set up.  Among other things I need to retrieve the book that

         9    has my list of questions.

        10              Your Honor, just one -- I know it's housekeeping, I

        11    don't know if it's housekeeping, technical issue.  Professor

        12    Card has even an older back than Your Honor and has asked

        13    that if at some point in discussing --

        14              THE COURT:  That seemed very backhanded somehow.

        15    Even older than me.

        16              MR. WAXMAN:  I'm sorry.  Professor Card himself, to

        17    a point that we will testify about, has described himself as

        18    on the bubble of retirement and has asked -- we've procured a

        19    lapel mic and asked whether if periodically during his

        20    testimony we have a large projection screen that has -- that

        21    displays what is also on the screens, if he can stand up at

        22    appropriate points to illustrate his testimony.

        23              THE COURT:  That's fine.  Even if he wasn't even

        24    older than me, that would be fine.

        25              MR. WAXMAN:  That was an unforced error.

 1          THE COURT:  Agreed.

 2          (DAVID CARD duly sworn by Deputy Clerk.)

 3          COURTROOM CLERK:  Can you please state your name

 4   and spell your last name for the record.

 5          THE WITNESS:  My name is David Card, C-A-R-D.

 6   EXAMINATION BY MR. WAXMAN:

 7   **Q.**  Good morning, Professor Card.  Have you been retained as

 8   an expert by Harvard in this case?

 9   **A.**  I have, yes.

10   **Q.**  And what is your current position?

11   **A.**  I'm the class of 1950 professor at U.C. Berkeley.

12   **Q.**  And what is your educational background?

13   **A.**  I got my undergraduate degree in Canada at Queens

14   University in 1978, and I completed my Ph.D. at Princeton.

15   The degree was awarded in 1983.

16   **Q.**  And what is your field of specialization?

17   **A.**  Labor economics.

18   **Q.**  And what courses do you teach?

19   **A.**  For undergraduates I teach advanced econometrics and for

20   graduate students I teach topics in labor economics.

21   **Q.**  What is econometrics?

22   **A.**  Econometrics is the application of statistical methods to

23   problems in economics, generally.

24   **Q.**  And what is labor economics?

25   **A.**  Labor economics is the field of economics that deals with

 1    individual decision-making, mostly how people make choices

 2    over things like what job to take, what level of education to

 3    get.  So it deals broadly with issues of wages,

 4    discrimination, immigration, things like that.

 5    **Q.**   Has your research been published?

 6    **A.**   Yes, I have over 100 book chapters and publications.

 7    **Q.**   And have you published any work focused on

 8    discrimination?

 9    **A.**   Yes.  So over the course of my career, I've written a

10    number of articles on both gender discrimination and race

11    discrimination issues.

12    **Q.**   Have you also published a study of the effects of

13    race-conscious admissions?

14    **A.**   I did one study of that, yes.

15    **Q.**   Please turn to Tab 48 of Volume 2 and take a look at what

16    has been marked as Defense Exhibit 133.

17          Do you recognize that document?

18    **A.**   Yes.

19    **Q.**   And what is it?

20    **A.**   It's my CV as of December 2017.

21          MR. WAXMAN:  Your Honor, we offer Defense Exhibit

22    133.

23          MR. MORTARA:  No objection, Your Honor.

24          THE COURT:  It's admitted.

25          (Defendant Exhibit 133 admitted into evidence.)

1    **Q.**  Professor Card, since the time of your report, have there

2    been any significant changes in your CV?

3    **A.**  I've stepped down, my term as director of labor studies

4    program at the NBR ended.  And I've had a number of new

5    publications and new working papers and so on, yeah.

6    **Q.**  Please turn to page 2 of Defense Exhibit 133, and if we

7    could have this highlighted, Mr. Lee.

8              Does this fairly list your professional

9    accomplishments, awards, and publications?  I guess we only

10   have the awards and prizes first.

11             Does that fairly list the awards that you've

12   received for your professional work?

13   **A.**  Yes, some of them, yes.

14   **Q.**  Now, we've heard quite a bit already about the John Bates

15   Clark Prize.  So let me focus you on the Frisch Medal and ask

16   you if you can explain what the Frisch Medal is.

17   **A.**  The Frisch Medal is an award that's given every second

18   year for a paper published in the Journal of Econometrica,

19   which is, I guess, the foremost journal for research studies

20   in econometrics, and I won that award with my coauthor, Dean

21   Hyslop, in 2005.

22   **Q.**  And what is the IZA Prize in Labor Economics?

23   **A.**  Well, IZA is a research institute in Germany, a large

24   institute, and the Prize in Labor Economics, it specializes

25   in labor economics.  And the prize is an award they give

1    every year, sort of a lifetime achievement award, I guess.

2    And I won that award with Alan Krueger in 2006.

3    **Q.**  Have you ever testified in a trial before?

4    **A.**  No, I have not.

5             MR. WAXMAN:  All of my expert witnesses.

6             THE COURT:  I know.  They're all happy to be here,

7    too.

8    **Q.**  And what were you asked to do, Professor Card, as an

9    expert in this case?

10   **A.**  I was principally asked to look at four main questions.

11   **Q.**  And have you prepared a set of demonstratives to assist

12   you in your testimony today?

13   **A.**  I have, yes.

14   **Q.**  So let's look first at Demonstrative 10.2, and let me

15   have you explain what questions you were asked to address.

16   **A.**  So the first question is whether statistical evidence

17   supports the plaintiff's claim that Harvard discriminated

18   against Asian-American applicants.

19            THE COURT:  Can I stop you?

20            Do I have this?  Is it in one of the binders?

21            MR. WAXMAN:  Have I not given a set of

22   demonstratives to the court?  You certainly should and you

23   will.

24            THE COURT:  Old people like me do better with

25   paper.

**JA2827**

Case: 19-2005    Document: 00117629239    Page: 678    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 77 of 185

77

 1             MR. WAXMAN:  Somebody even older than Your Honor

 2    will provide it.

 3             THE COURT:  If there is such a person in the

 4    courtroom.

 5             Is it in one of the binders?

 6             MR. WAXMAN:  Yes, it's in a binder.

 7             THE COURT:  One of the binders I have?

 8             MR. WAXMAN:  I believe we provided it to Karen.

 9             COURTROOM CLERK:  Yes, I gave it to her.

10             MR. LEE:  Tab 63.

11             MR. WAXMAN:  And we're at Tab 63.  Tab 63 has all

12    the demonstratives.

13             THE COURT:  Excellent.  Thank you.

14    **Q.**  So what questions were you requested to address?

15    **A.**  The first was whether statistical evidence supports the

16    plaintiff's claim that Harvard has discriminated against

17    Asian-American applicants in its admissions decisions.

18             The second question was to what extent does race

19    affect admissions decisions at Harvard.

20             The third question is, is there statistical

21    evidence that Harvard has engaged in racial balancing.

22             And the fourth question I was asked to examine, how

23    Harvard's admitted class would change if it were to eliminate

24    the consideration of race and pursue some of the race-neutral

25    alternatives that have been proposed.

1    **Q.**  Now, Professor Card, we're going to be spending some

2    considerable time examining your analysis on each question.

3    But can we begin by just asking at a high level what you

4    concluded with respect to each?

5    **A.**  Yes.

6          So with respect to the first question, my

7    conclusion is that the statistical evidence does not support

8    the claim that Harvard has discriminated against

9    Asian-American applicants.

10          With respect to the second question, my conclusion

11   is that race is a factor in admissions at Harvard.  It's one

12   of the factors that is valued in some candidates.  It has a

13   comparable effect to other positive tips or awards that

14   Harvard gives or preferences that Harvard gives to different

15   students.  And it's never a situation where race alone is

16   individualistically determinative of a student's admission.

17          On the issue of racial balancing, my conclusion is

18   there's no statistical evidence that Harvard has engaged in

19   racial balancing.

20          And finally on the issue of race-neutral

21   alternatives, my conclusion, which is very consistent with

22   large existing research data, is that Harvard, if it were to

23   eliminate directly the consideration of race and use

24   race-neutral alternatives, it would face a trade-off in that

25   using race-neutral alternatives would necessarily, to achieve

 1    higher levels of diversity close to or roughly similar to the

 2    levels of a diversity, it would involve a reduction in the

 3    quality of the class.

 4          So there's a trade-off there.

 5    **Q.**  Dr. Card, were you here for Dr. Arcidiacono's testimony?

 6    **A.**  I was, yes.

 7    **Q.**  Did you hear him testify about a, quote, Asian penalty?

 8    **A.**  Yes.

 9    **Q.**  What did you understand him to mean by "penalty"?

10    **A.**  Well, my interpretation of what he was saying is that

11    there are really three components of that.  The first

12    component is that if there is, in the admissions process, if

13    there is, for example, a positive preference for, say,

14    Hispanic and other types of people in the admissions process,

15    that that necessarily is a disadvantage or discrimination

16    against Asians and, I guess, non-Hispanic white candidates.

17    So that was one component of what he said.

18          The second was he was directly asserting that

19    relative to white applicants, white domestic applicants,

20    Asian-American applicants face a negative disadvantage in

21    admissions.

22          And the third assertion I think he was making was

23    that the mechanism for that was largely through

24    discrimination or negative assessment of the personal rating

25    of Asian-Americans.

Case: 19-2005    Document: 00117629239    Page: 681    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 650    Filed 04/18/19    Page 80 of 185

80

1    **Q.**  Do you agree with him?

2    **A.**  No, I disagree on all three issues.

3    **Q.**  Why not -- or why?

4    **A.**  Well, first, with respect to the issue of a positive

5    benefit for one, say, underrepresented minority group is

6    equivalent to a negative discrimination or discrimination

7    against other groups, I disagree with that.  I don't think

8    that's the right way to think of the issue, and I certainly

9    don't think that's the way that Harvard does it.

10          The way they're thinking of it is there's a way for

11   well-qualified candidates who have a level of academic

12   qualification and extracurricular qualifications and so on,

13   for those candidates race then can be an additional tip; just

14   like being an accomplished musician can be a tip or being

15   from a sparse country, as the dean would say the other day,

16   or having, say, a strong athletic record.

17          And so I don't think it's appropriate to think of

18   there being discrimination against people who don't play the

19   cello as well as Yo-Yo Ma just because Yo-Yo Ma is so

20   accomplished in that.  And similarly, I don't think it's

21   appropriate to think of a positive benefit for an

22   underrepresented group as necessarily representing negative

23   discrimination against others.

24          Secondly, on the issue of the difference between

25   Asian-American applicants and white applicants in the

**JA2831**

Case: 19-2005  Document: 00117629239  Page: 682  Date Filed: 07/30/2020  Entry ID: 6356615
Case 1:14-cv-14176-ADB  Document 650  Filed 04/18/19  Page 81 of 185

81

```
 1   admissions rates, I think that the statistical evidence is
 2   very clearly not a showing of evidence of discrimination.
 3   And I think a proper analysis of the overall admissions
 4   procedure does not show that.
 5          And finally, with respect to personal rating, I
 6   also think that an evaluation of all of the evidence,
 7   including the other ratings that are awarded, and a
 8   consideration of all of the available evidence definitely
 9   does not support the claim that there's discrimination in the
10   personal rating.
11   Q.  Let's turn to the work that you did in this case.
12          Did you review documents and data about Harvard,
13   the Harvard admissions process in the course of forming your
14   opinions?
15   A.  I did, yes.
16   Q.  What did you review?
17   A.  Well, I started with a lot of material that Harvard uses;
18   for instance, training admission officers.  There's publicly
19   available material on the Internet about their admissions
20   process.  By the time I was working on my report, some of the
21   admissions officers had already been deposed, and so I read
22   some of those depositions.
23          So I looked at that kind of material.
24   Q.  Did you also examine data from the Harvard admissions
25   database?
```

 1    **A.**  I did.  I was given access to data for a series of

 2    classes, admissions classes for the classes of 2014 to 2019.

 3    And these data are coming from the NEVO database that Harvard

 4    uses to store information and process it about the

 5    characteristics of admitted applying students.

 6    **Q.**  Did you also evaluate material that had been provided to

 7    you or provided in this litigation from the college board?

 8    **A.**  Yes.

 9          So an additional supplemental set of data comes

10    from the college board, and that contains a lot of background

11    information about the schools and neighborhoods of the places

12    where the students are coming from who are in the application

13    database.

14    **Q.**  Now, over the course of my examination of you, we're

15    going to be reviewing a range of data regarding Harvard

16    admissions, correct?

17    **A.**  Yes.

18    **Q.**  And some of the data is going to relate to racial groups.

19          Do you understand that?

20    **A.**  Yes.

21    **Q.**  And to be clear, we're going to be looking at average

22    group data, correct?

23    **A.**  Yes, by nature of a statistical analysis, I'll be

24    reporting data about averages of differences between groups,

25    for example.

1   **Q.**  But does the data itself show variation among individuals

2   within any particular group?

3   **A.**  Yes, certainly.  In fact, there's enormous variation

4   within any of the groups, within any racial group.  So

5   there's, in fact, substantially more variation within, say,

6   the white population or the Asian-American population than

7   there is in the small difference between their averages.

8   **Q.**  So if I refer to any racial group, will you understand me

9   to be referring to average group data?

10  **A.**  Yes.

11  **Q.**  And will you understand I'm not referring to every single

12  individual, just the average group data?

13  **A.**  Yes, certainly.

14  **Q.**  Please turn to Tab 1 in Volume 2 of your binder, which is

15  Exhibit 669.  What is this document?

16  **A.**  This is an exhibit that shows the number of domestic

17  applicants per year in the database that both Professor

18  Arcidiacono and I analyzed, the number of admitted students

19  and average admission rate.

20  **Q.**  Is this a summary that you created?

21  **A.**  Yes.

22  **Q.**  Did you prepare this summary using data extracted from

23  Harvard's admission database?

24  **A.**  Yes.

25  **Q.**  And is that data maintained in the ordinary course of

Case: 19-2005    Document: 00117629239    Page: 685    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 650    Filed 04/18/19    Page 84 of 185

84

1    Harvard's business, to your knowledge?

2    **A.**  Yes.

3    **Q.**  Approximately how many fields of data did you analyze

4    from Harvard's database?

5    **A.**  Well, certainly I would say over 200 because there's 200

6    variables used in most of my models.

7    **Q.**  Did you rely on this summary in forming your opinion in

8    this case?

9    **A.**  Yes, I certainly did.

10   **Q.**  Does this summary fairly and accurately reflect your

11   review and analysis of the data we've discussed?

12   **A.**  Yes.

13   **Q.**  Now, over the course of your examination, will we be

14   looking at other summary exhibits?

15   **A.**  Yes, quite a few.

16   **Q.**  I may ask you these tedious questions again, but does

17   each reflect your review and analysis of the Harvard

18   admissions data?

19   **A.**  Yes.

20           MR. WAXMAN:  Your Honor, we offer Defense Exhibit

21   669.

22           MR. MORTARA:  No objection.

23           THE COURT:  It's admitted.

24           (Defendant Exhibit 669 admitted into evidence.)

25   **Q.**  Professor Card, please turn to Tab 3 in Volume 2.

 1              Do you see defense Exhibit 671?

 2    **A.**  Yes, I do.

 3    **Q.**  What is it?

 4    **A.**  So this is an exhibit, number of applicants to the class

 5    of 2019.

 6              MR. WAXMAN:  Your Honor, we offer Defense

 7    Exhibit 671.

 8              MR. MORTARA:  No objection, Your Honor.

 9              THE COURT:  It's admitted.

10              (Defendant Exhibit 671 admitted into evidence.)

11    **Q.**  Please turn to Volume 4, Professor Card, and look at

12    Defense Exhibit 672.

13              Do you have that?

14    **A.**  Yes.

15    **Q.**  What is it?

16    **A.**  It's a tabulation, applicants and admitted students by

17    profile ratings combinations.

18              MR. WAXMAN:  Your Honor, we offer Defense

19    Exhibit 672.

20              MR. MORTARA:  Also no objection, Your Honor.

21              THE COURT:  Admitted.

22              (Defendant Exhibit 672 admitted into evidence.)

23    **Q.**  Let's look, Professor Card, at Defense Demonstrative

24    10.3.

25              What is this showing?

1    **A.**   So this is data for the class of 2019 admittees, and this

2    is some characteristics of the applicant pool, so that -- the

3    set of students who have applied, and what I'm showing is an

4    extremely important characteristic of the applicant pool at

5    Harvard.

6          The applicant pool at Harvard, as I think everyone

7    knows, is extremely well qualified, but in particular,

8    they're extraordinarily well qualified on academic

9    dimensions.

10          And so for benchmark purposes, the green line along

11   the axis shows the number of domestic admitted students in

12   the class of 2019.  So that was 1,756 students in total.  And

13   just to understand the overwhelming abundance of academic

14   excellence, for that class, there was 2,741 students who had

15   a perfect SAT verbal score.  There was 3,450 who had a

16   perfect SAT math score, so roughly twice as many as there

17   were total domestic slots.  There was around 8,200 who had a

18   perfect GPA.  And there would be something around 5,000

19   students who would be in the top two deciles of what

20   Professor Arcidiacono was calling the academic index, which

21   is an index of SAT and GPA and class rank.  And that would be

22   equivalent to students who essentially have nearly perfect

23   SATs and nearly perfect GPAs and so would be considered on

24   the basis of SAT and GPA to be extremely highly accomplished.

25   **Q.**   Professor Card, let's turn to Demonstrative 10.4.  And

1    can you please explain to the court what this shows?

2    **A.**   Yes.   So this is now showing on average across the six

3    admission cycles that I'm going to be talking about

4    extensively, this is showing the fraction of students on

5    average who achieve a rating of 1 or 2 on each of four key

6    dimensions.

7        So key dimension one would be their academic

8    rating; second would be their extracurricular rating; third

9    would be their personal rating; and fourth would be their

10   athletic rating.

11       So these are the profile ratings that we've heard a

12   lot about in the case so far.

13       And just as a reminder, 1 or 2 is actually quite a

14   high level of accomplishment.   A 1 is an extremely high level

15   of accomplishment, but 2 is very, very solid.   I'm not sure I

16   would have ever gotten any 2s myself.

17       So this shows that in this on average amongst all

18   of these four dimensions of strength, I'm going to call these

19   strengths, these four dimensions of strength, academic

20   strength is by far the most common dimension of strength.   So

21   42 percent, roughly, of all applicants to Harvard, all

22   domestic applicants, have an academic 1 or 2, which means

23   they're extremely well qualified academically.

24       By comparison, the other three attributes are much

25   less common.   So only 24 percent have an extra-curricular 1

1     or 2.  Only 21 percent have a personal 1 or 2, and only

2     around 10 percent have an athletic 1 or 2.

3             So emphasizing the relative abundance of academic

4     strength, there are substantially more students who are

5     highly qualified on an academic dimension than on these other

6     dimensions.

7             And I should say this is not to say that these are

8     the only dimensions of strength that Harvard cares about.

9     These are just the four profile ratings.  There are, of

10    course, other dimensions of strength like extraordinary music

11    skill or things like that that would be on top of this.

12    **Q.**  How does the abundance of academic strength affect

13    Harvard's admissions process?

14    **A.**  Well, in my view, it's really one of the most important,

15    if not the most important thing, to understand about the

16    admissions pool at Harvard, and also to understand this case.

17            Because one can see by the previous slide, for

18    example, if one was just focusing on SAT and GPA, there's

19    just an incredible numbers of students with virtually perfect

20    scores and virtually perfect GPAs.  So academic strength is

21    not really sufficient to distinguish amongst this huge pool

22    of academically qualified students, and that's not what they

23    do.  Instead, what they're looking for is students who have

24    multidimensional strengths.  A student who is well-qualified

25    academically but in addition has extracurricular strength and

1    a personal strength, and, if possible, athletic strength.

2         So they're looking for what I would call a

3    multidimensional accomplishments.

4    **Q.**  How much of the Harvard applicant pool is strong on

5    multiple dimensions?

6    **A.**  A relatively low fraction.  Something like only 7 percent

7    have actually got a 1 or 2 on three of these categories.  So

8    the relative importance of that is quite low.

9         MR. MORTARA:  Your Honor -- Your Honor, I don't

10   want to be interrupting Mr. Waxman's examination.  Subject to

11   the discussion that we had earlier, about wedges and noses,

12   I'm going to not object to this.  I'll let you know when I'm

13   going to have an objection, if that's okay.

14        THE COURT:  Okay.

15        MR. WAXMAN:  Is this the camel's nose?

16        MR. MORTARA:  I think it was a nose in the tent and

17   a wedge in a door.

18        MR. WAXMAN:  Got it.  Okay.

19   **Q.**  Looking at Demonstrative 10.5, what does this show?

20   **A.**  So this is more of a complete characterization of the

21   applicant pool.  So it's a bit confusing because there are

22   applicants and admissions and admitted pools and so on.  So

23   this is the overall number of people who apply to Harvard,

24   domestic applicants over these six years.  So that's about

25   150,000 students.

Case: 19-2005    Document: 00117629239    Page: 691    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 90 of 185

90

1          And looking at that group, about three-quarters

2    have only one dimension of strength.  So that would be the

3    vast majority of students while well-qualified in many

4    senses, when we look at these four ratings would only have 1

5    or most 1 of those ratings of a 2 or better.  A much smaller

6    fraction of students would be like around 20 percent, would

7    have two strengths.  So they might have say an academic 2 and

8    an extracurricular 2 or academic 2 and an athletic 2.

9          Then as I mentioned before, the set of students

10   with three or more strengths, so these would be very strongly

11   multidimensional students, students who have an academic 2, a

12   personal 2 and an athletic 2, that's only 7 percent.  And

13   these groups with two or more strengths represent about 7,000

14   applicants per year.

15         So even focusing on this sort of multidimensional

16   group, there's still a big process of winnowing that down to

17   get to the 1,700 or so that are going to be admitted.

18   **Q.**  Mr. Lee, please show Demonstrative 10.6.

19         And let me ask Professor Card whether you can

20   explain what this shows?

21   **A.**  Yes.  So this is a simple demonstration of this extreme

22   importance of well-roundedness or multidimensionality to the

23   admissions process at Harvard.

24         So focusing at the left of the graph on the

25   fraction of -- so on the students, this is the three-quarters

Case: 19-2005    Document: 00117629239    Page: 692    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 91 of 185

91

1    of students who have one strength or not even that.  Their

2    admission rate is only around three percent.  So having one

3    dimension of strength is only going to give you an admission

4    rate of about three percent.  The overall average admission

5    rate is around 7 percent, so this is much below average.

6         If we go to students that have two strengths,

7    that's the yellow bar, that second strength is having a big

8    effect on their probability of admission.  So whereas the

9    first strength gave them a three percent probability of

10   admission, second strength is going to raise their

11   probability of the admission by 11 percentage points, up to

12   14 percent.

13        So the second strength is more valuable than the

14   first.

15        And when we go to the third strength, so students

16   with the three strengths I mentioned before, this is now only

17   7 percent of the applicant pool, but you can see now that

18   group has a 46 percent admission rate on average.

19        And you can see that compared to the second -- the

20   group with only two strengths, the value of that third

21   strength is really large so that we're going from 14 to 46 or

22   we're increasing the probability of admission by 32

23   percentage points with that third strength.

24        And even among students with three strengths, if we

25   go all the way to 4, that fourth strength is also extremely

 1    valuable.  You're going from 46 to 70 percent admission rate,

 2    so you're going to increase the probability of admission by

 3    25, 24 points.

 4           So one can see this very important feature, that

 5    it's not -- one strength alone really doesn't do much for

 6    you.  You're below average.  And if we focus in particular

 7    amongst the one strength group is the group that are strong

 8    just on academic and their probability of admission is even

 9    below three percent, a little bit lower than that.

10           So a group of students that are strong academically

11    but have no other strengths have below average admission

12    rates.

13    **Q.**  So what if you're a superstar on academics?  I assume

14    that the left-hand bar includes the academic 1s?

15    **A.**  Yes, it does.

16    **Q.**  What if you're a superstar; is that enough to be admitted

17    to Harvard?

18    **A.**  Yes, I think the next demonstrative will show that.

19    **Q.**  In that case, please, let's have the next demonstrative.

20           What does Demonstrative 10.7 show?

21    **A.**  So let me remind you, the academic 1 is an extraordinary

22    level of accomplishment, so this is not really like just good

23    SAT and GPA.  This is only 100 students or 150 students a

24    year that have extraordinarily high level of accomplishment.

25    So they would be students that have virtually perfect scores

1    in most cases but in addition have competed in national

2    contests and math contests or science contests and won.  So

3    this would be an extraordinarily high level of

4    accomplishment.

5            So amongst that group of students, with no other 2

6    rating, so this is like academic superstars, their

7    probability of admission of 40 percent.  So that's quite good

8    considering that's only a single strength.  But for that

9    group of students, adding one additional strength increases

10   their probability of admission by 35 percentage points, from

11   40 to 75.  And even among that group, the third strength

12   increases probability of admission by another 20 percent.

13           So even amongst somebody who is an academic

14   superstar, additional strengths are quite important.

15   **Q.**  Let's turn now to Demonstrative 10.7 and let me ask you

16   what this shows.

17   **A.**  Yes.  So this is a side-by-side comparison of the

18   composition of the applicant pool.  So this is the group of

19   students who apply to Harvard on the left versus the admitted

20   students.  So those are the ones who actually get

21   accomplish -- get admitted.

22           And a reminder that strength represents a profile

23   rating of 1 or 2 on any of these four dimensions.  So the

24   applicant pool is sort of one-dimensional.  73 percent have

25   one or fewer strengths.  Only 20 percent have two strengths,

1    and only 7 percent have three or more strengths.

2          When we look at the admitted pool, the set of

3    students who actually get admission, almost half have three

4    or more strengths.  So they're going from 7 percent of the

5    admitted pool to nearly half -- excuse me, 7 percent of the

6    application pool to nearly half of the admitted pool.  So

7    their representation in the admitted pool is seven times

8    larger than their representation in the application pool.

9          Similar in the 2 strength group, their

10   representation is about double, so they're 20 percent of the

11   application pool, 38 percent of the admitted pool, and only

12   15 percent of all students admitted have only one strength.

13   **Q.**  Now, to set the stage for the next slide, Dr. Arcidiacono

14   testified, did he not, that Harvard's admissions office

15   discriminates against Asian-American applicants as compared

16   with white applicants, correct?

17   **A.**  Yes.

18   **Q.**  How did Dr. Arcidiacono characterize the strength of the

19   average Asian-American applicant as compared to the average

20   white applicant?

21   **A.**  Well, throughout his presentation, at trial the other

22   day, he was emphasizing the academic index.  So many of his

23   charts had deciles of the academic index.

24          The academic index is a construction used to

25   monitor compliance with Ivy League athletics rules.  So it

 1   has a formula that takes SAT and GPA and constructs an index.

 2   And he was using that as an index and focusing on differences

 3   across academic index.

 4   **Q.**   So do you agree with his conclusion that -- his

 5   characterization that applicants -- that Asian-American

 6   applicants are much stronger than white applicants?

 7   **A.**   I agree with his characterization that they're stronger

 8   on the academic dimension.  I think there's no doubt about

 9   that.  But I would not use the academic index as a measure of

10   strength because as we see in this chart, having one

11   strength, just being strong academically, as we saw in the

12   previous chart, even being a superstar academically is not

13   really sufficient to guarantee admission.

14   **Q.**   Did you examine whether white applicants and

15   Asian-American applicants differ again on average in how many

16   strengths they have?

17   **A.**   Yes, I did, yes.

18   **Q.**   Let's look at the next demonstrative, and let me ask you

19   what Demonstrative 10.9 shows.

20   **A.**   So this is focusing on presence of three or four

21   strengths, which I've emphasized that's about half of the

22   overall set of students who end up getting admitted.  And

23   this is comparing between white applicants on the right in

24   red and Asian-American applicants on the left in blue.

25           So there's about 7.6 percent of Asian-American

1    students have three or more strengths versus 8.8 percent of

2    white students, white domestic students have that.  So that's

3    equivalent to something like 500 students per year Asians

4    versus 900 students per year whites.

5            And so that difference, the 900 versus 500, is a

6    very important thing to keep in mind when looking at the

7    overall characterization of the set of students who are

8    admitted because, of course, there's nine versus five,

9    nine-to-five ratio in terms of the relative representation in

10   this three-strength group.

11   **Q.**  So is that difference that you've just described

12   meaningful?

13   **A.**  I think it's extraordinarily meaningful and helpful in

14   understanding many aspects of the case, yes.

15           THE COURT:  When you get a good spot for lunch, I'm

16   hungry and Kelly has been going all morning.

17           MR. WAXMAN:  I believe that I'm just about to --

18   well, I can stop at any time.  I have about maybe ten minutes

19   to go before a logical break.

20           THE COURT:  Okay.  Go ahead.

21   **Q.**  Did you examine whether white and Asian-American

22   applicants have different relative strengths across the four

23   dimensions that you've been discussing?

24   **A.**  I did, yes.

25   **Q.**  And what does Demonstrative 10.10 show?

**A.** So this is showing, I think, a point that we just talked about to some extent if we look at these four dimensions of strength.

Now, again, I would emphasize that these are not the only dimensions of strengths that are important, but these are the four profile rating measures so they're quite important in the process.

Asian-Americans are more likely to have academic strengths so they're -- 60 percent of overall set of Asian students who apply to -- domestic students who apply to Harvard get an academic 1 or 2 versus 46 percent. So this is a very important fact that Asian-American students are, in fact, better qualified on the academic dimension than white students or other groups, in fact.

When we look at the extracurricular dimension, they're not too different than the white students. And then when we look at the other two dimensions, you can see that on the personal dimension there's a gap. And on the athletic strength dimension 1 or 2, there's also a gap.

And so when you put these three, four pieces together, the multidimensional advantage coming for the white students is coming because although there's a higher academic strength in the Asian students, there's a higher personal and higher athletic strength in the white students and that adds up to a multidimensional strength, a more balanced set of

 1   students.

 2   **Q.**  Were you here during the opening statements in this case?

 3   **A.**  I was, yes.

 4   **Q.**  Did you hear Mr. Mortara say that the athletic rating

 5   does not matter for anyone who is not a recruited athlete?

 6   **A.**  I did, yes.

 7   **Q.**  You agree with that?

 8   **A.**  No, not at all.

 9   **Q.**  Please turn in Volume 2 to Tab 5 and look at Defense

10   Exhibit 673.

11            Do you have it?

12   **A.**  Yes.

13   **Q.**  What is it?

14   **A.**  Probability of admission for applicants with different

15   profile ratings.

16            MR. WAXMAN:  Your Honor, we offer Defense Exhibit

17   673.

18            MR. MORTARA:  No objection.

19            THE COURT:  It's admitted.

20            (Defendant Exhibit 673 admitted into evidence.)

21   **Q.**  Let's turn now -- thank you.

22            Let's turn now to the next demonstrative, Mr. Lee,

23   10.11.

24            What does this show?

25   **A.**  Well, contrary to the opening statement, this is an

Case: 19-2005    Document: 00117629239    Page: 700    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 650    Filed 04/18/19    Page 99 of 185

99

1    illustration of the importance of an athletic rating of 2.

2    So this is not an athletic rating of 1, these are not looking

3    at recruited athletes, this is looking at the importance of

4    having an athletic rating of 2, which would be the kind of

5    students who would be strong, expected to participate, say,

6    in the club level as President Simmons was talking about in

7    her testimony a minute ago.

8         So if we look at admission rates on the vertical

9    axis for applicants with one other strength, so suppose

10   they've got an academic strength, so that means they've got a

11   1 or 2 academically, their probability of admission as we saw

12   before was quite low, 2 percent.  If we then combine that

13   with an athletics rating of 2, their probability of admission

14   goes up to 8 percent.  So there's a significant gain in the

15   probability of admission, four times higher.

16        If we take applicants with two other strengths, so

17   suppose a student that has an academic 1 or 2 and an

18   extracurricular 1 or 2, that's already a pretty good group,

19   so their probability of admission is around 13 percent, twice

20   the average for the overall pool.  But if we combine that

21   with an academic -- excuse me, with an athletic 2, their

22   probability of admission rises from 13 percent to 32 percent.

23   So there's a very large -- almost a 20 percentage point

24   increase in their probability of admission from having

25   athletic 2.

**JA2850**

 1              And similarly for students, even for students with

 2      three other strengths on the far right, so they've got an

 3      academic 2, an extracurricular 2, and a personal 2, which is

 4      a pretty high level, going to the -- completing the set by

 5      having an academic -- or excuse me, an athletic 2 would raise

 6      their probability of admission by another 18 percentage

 7      points.

 8              So across the board, having an athletic rating of 2

 9      is extremely important and valuable in the process.

10      **Q.**   So to sum up, is it fair to say that athletics matters in

11      the admission process?

12      **A.**   I think it's fair to say that, yes.

13      **Q.**   And is it fair to say that multidimensionality matters?

14      **A.**   I don't think it's possible to emphasize too much just

15      how important multidimensionality is.  It's really the

16      defining feature of the admissions process.

17              MR. WAXMAN:  Your Honor, this is an appropriate

18      stopping point.

19              THE COURT:  All right.  Why don't we come back at

20      1:15.  Does that work for everybody?  Okay.

21              MR. WAXMAN:  Yes, Your Honor, thank you.

22              (Recess taken, 12:28 p.m.)

23

24

25

Case: 19-2005    Document 00117623239    Page: 762    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 656   Filed 04/18/19   Page 101 of 185

101

|     |                                                                        |
| --- | ---------------------------------------------------------------------- |
| 1   | **** AFTERNOON SESSION ****                                            |
| 2   | [Sidebar sealed and redacted.]                                         |
| 3   | THE COURT:  When you're ready, Mr. Waxman.                             |
| 4   | BY MR. WAXMAN:                                                         |
| 5   | **Q.**  The good afternoon, Dr. Card.  Did you construct a             |
| 6   | statistical model of Harvard's admissions process?                    |
| 7   | **A.**  Yes, I did.                                                    |
| 8   | **Q.**  And why did you do that?                                       |
| 9   | **A.**  That would be completely the standard type of model to        |
| 10  | use in analyzing something like an admissions decision which          |
| 11  | is -- in the context of a case like this with many different          |
| 12  | attributes of candidates that need to be taken into                   |
| 13  | consideration and making a determination about one particular         |
| 14  | feature like ethnicity.                                               |
| 15  | **Q.**  And what kind of model did you construct?                      |
| 16  | **A.**  So just like Professor Arcidiacono, I used a multivariate     |
| 17  | logistic regression model.                                            |
| 18  | **Q.**  What is a regression?                                         |
| 19  | **A.**  So a regression is a statistical technique, widely used       |
| 20  | in economics and other fields, where you try to statistically         |
| 21  | describe the relationship between a series of inputs or               |
| 22  | factors, sometimes called.  So those would be -- in the               |
| 23  | context of the admissions case, those would be things like            |
| 24  | gender of a student or where they're from, characteristics of         |
| 25  | their high school, their transcript, and so on, and relate            |

**JA2852**

1    those to an output.  In this case the output would be are you

2    admitted or not.

3    **Q.**  When you call something a multivariate logit regression,

4    what does that refer to?

5    **A.**  Unpacking the first part, "multivariate" means that it's

6    going to try and simultaneously take account of multiple

7    factors.  The interpretation that arises in a multivariate

8    regression means it shows the effect of any one of those

9    factors, holding constant the other factors.

10         So for instance, if I was looking at a model of,

11   say, retirement, which I'm going to present as a

12   hypothetical, and I was trying to look at the effect of

13   higher and lower salary on the effect of retirement, I would

14   be trying to simultaneously do that while holding constant

15   other factors like a person's age.  Multivariate regression

16   allows one to isolate the effect of one factor, holding

17   constant the other factors.

18   **Q.**  What does it mean to say that a multivariate regression

19   is logit or logistic?

20   **A.**  Logit or logistic is a special form of regression model

21   that's specially designed to handle a situation where the

22   output that you're modeling is a yes/no type of output, in

23   this case admissions decision.  So you're either admitted or

24   not.  So it's going to give rise to -- for each person, it's

25   going to assign a probability that they are admitted.

1    **Q.**  And did Dr. Arcidiacono also construct a multivariate

2    logit regression model?

3    **A.**  Yes, he did.

4    **Q.**  Have you prepared an illustration of how a multivariate

5    logit regression works?

6    **A.**  I have, yes.

7    **Q.**  Can you please describe what illustration you're going to

8    be using for the Court?

9    **A.**  Well, as I just mentioned, I'm going to try and explain

10   some of the concepts in a multivariate regression model and

11   some of the specific concepts that arise in a logistic

12   regression model with reference to a very simple example

13   abstracted from the terms of the case completely to try and

14   keep it isolated on the concepts rather than any particular

15   slant.

16        I'm going to try and use a set of people who are

17   working at a company, observed at a point in time.  And over

18   the next year, some of them are going to retire and some of

19   them are not.  So imagine 5 percent of these people are going

20   to retire.  So that's the output variable, yes or no, do you

21   retire or not.

22        And I'm going to be thinking about a situation, at

23   least to begin with, where there are potentially two

24   important characteristics of people:  their age, which

25   obviously is important, and also their salary.  To keep it as

1    simple as possible, I think it would be helpful to have a

2    situation where their salary could either be high or low.

3         So each person will differ depending on -- about

4    their ages, which say could be between 25 and 75.  Then in

5    addition they'll have a high or low salary.

6         I want to think of a scenario where, as is true in

7    real life, on average older people have a higher salary.  But

8    it isn't strictly so.  So there's young people and, on

9    average, most young people have low salaries.  But some young

10   people, the high performers, I guess, have higher salaries.

11        And then in the older group on average the salaries

12   are higher, so the average fraction of people in the older

13   group is higher for them, but there's also lower salary

14   people in that group.

15   **Q.**  So suppose that you now -- we have in mind a simplified

16   hypothetical in which the outcome is retire or not in the

17   next year.  And the model has available to it, I think you

18   explained two variables:  age and whether they have a lot of

19   money or -- or a high salary or a low salary.

20        Now, suppose you omit from your regression the

21   worker's age and just the model now only knows salary.  What

22   might happen to the model's calculation of the estimated

23   effect of salary?

24   **A.**  Right.  So what would happen, and the way a regression

25   model works is if you exclude variables or they're not

1    available to the model, the model does the best job it can in

2    trying to explain the outcome.

3         In the case where I only had data on salary and the

4    only information that's available to predict who retires and

5    who doesn't and make this assessment is just their salary,

6    not their age.  And imagine, for example, that age is a

7    strong determinant of retirement; salary may or may not be.

8         But in the absence of this information about age,

9    the model is going to see, well, on average the people who

10   had high salaries seemed to be the ones who were retiring.

11   People who had lower salaries were not so likely to retire.

12   So it's going to derive an estimate of the effect of salary

13   which suggests that salary has a positive effect on

14   retirement.

15         And the way that's usually thought about is in

16   terms of -- there's two parts of it:  a coefficient in the

17   model, and then an effect for each person.

18   **Q.**  Let me just stop you there.

19         We've heard testimony in this case both about

20   coefficients from a model and also about something called the

21   average marginal effect or marginal effect.

22         Can you explain the two?

23   **A.**  Yes.  I'll try.  It's an important difference between

24   these two.  The way the model is going to work is it's going

25   to -- after the estimation is finished, there's going to be a

1  set of coefficients which represent the relative weights of

2  each of these characteristics or features or variables in the

3  probability of retirement.

4         And actually Professor Arcidiacono referred to

5  those coefficients in his demonstrative.  So he was able to

6  show -- discuss this in a demonstrative and show there's some

7  coefficients associated with each factor.

8         Now, once the model is constructed, there's going

9  to be a predicted probability for each person given their

10  characteristics that they retire.  And what one does when

11  one's looking at the effect of an individual characteristic,

12  so imagine in general -- not in the specific case we're

13  talking about with only the information on salary, but

14  imagine in general that one has a lot of different

15  characteristics, and for any given characteristic, one can

16  imagine, for example, the probability of retirement from the

17  model when that characteristic is present, and then the

18  probability from the model for the same person when that

19  characteristic is absent.

20         And that difference in probability is the marginal

21  effect for that person of that characteristic.  So for

22  example, in my simple hypothetical, I could imagine in the

23  absence of other information that having a high salary might

24  lead to a predicted probability of retirement that might be

25  like 4 percentage points higher than for other people that

 1    have low salaries.

 2            And so there's a very important characteristic of a

 3    logistic model, and this can be -- will be, in fact, very,

 4    very important in understanding a lot of different dimensions

 5    of this case.

 6            And that is that that effect, the marginal effect

 7    for any one person will depend on their other attributes.  So

 8    in general, the coefficient is not enough information to tell

 9    what the effect is.  One needs to know all the other

10    characteristics to say when I take one individual

11    characteristic like, for instance, higher salary and then

12    turn that on and turn it off, is the lingo we would use, or

13    make it happen and make it not happen, that marginal effect

14    can differ.

15            The way that it's usually summarized, and we've

16    summarized it throughout this case, is in terms of the

17    average marginal effect.  And the average marginal effect is

18    the average of this marginal effect, for example, of higher

19    salary across all the people in the sample.  And it can be

20    quite different for different people in the sample, and this

21    summarizes it in a very important and useful statistic.

22    Q.  So for example, just so make sure that Her Honor

23    understands this, the simple model that -- let's say we now

24    have both variables, age and high salary and low salary.  The

25    model would, if I understand you, calculate a coefficient for

1    each of those two variables, correct?

2    **A.**  Yes, it would.

3    **Q.**  But again, if I understand your testimony, the marginal

4    effect that that factor, either an additional year of age or

5    a higher salary has will vary across the population depending

6    on, for example, what their age is, whether they will be 25

7    in the next year or 65?

8    **A.**  Yes.  Would it be helpful for me to use the whiteboard to

9    try to explain the difference in these two?

10   **Q.**  It would be.  I don't know if it would be helpful to Her

11   Honor, but I think it might be helpful to you.

12                THE COURT:  Or you.

13                MR. WAXMAN:  Yes.  It would be very helpful to me.

14   Not as helpful as the little animations about people

15   retiring, but . . .

16   **A.**  So after the model is estimated, say the sparse model.

17   So over here I'm going to have, say, the sparse model.  And

18   it's going to have an average marginal effect for salary, and

19   that could be, like, 4.0.  And there might be a star.  Okay?

20                And so the way to interpret that in the sparse

21   model, that there's no other factors in that model, but the

22   way to interpret it in general is holding constant everything

23   else about the person.  On average, going from a low salary

24   to a high salary across everybody increases their probability

25   of retirement by 4 percentage points.  So the 4.0 is the

1    extra percentage points in the probability.

2    **Q.**  If a worker with a relatively low salary had a 2 percent

3    probability of retiring in the next year, what would that

4    sparse model predict?

5    **A.**  This model would predict on average that the increment of

6    probability across everybody is 4 percentage points.  But for

7    somebody who is, say, relatively young -- now, not in the

8    sparse model because the sparse model can't distinguish

9    between people.  So the sparse model, having no other

10   information, essentially assumes that everybody gets the same

11   average marginal effect.

12          And the star is the convention that we use to

13   indicate statistical significance at the 5 percent level.

14   **Q.**  We've heard about this at least once, but could you

15   explain what that means?

16   **A.**  Yes.  So if you have a sample of data and you estimate a

17   model, the particular estimate that you get can vary a little

18   bit from sample to sample.  And you might have a situation

19   where there's truly no effect, where there really is no

20   effect of salary on retirement.  But in some particular

21   sample you would have an estimate that might be a positive or

22   a negative.  And so the statistical significance gives an

23   indication of how likely the estimate you got could have

24   occurred by chance when the true answer was zero.

25          So it says -- when you see a star, it means it's

1   quite unlikely.  It's less than 5 percent chance; that's why
2   the 5 percent significance level.  It's less than 5 percent
3   chance that you would have got this number when the truth was
4   there was no effect.  So it gives a sense is this really
5   different than zero, given the data you have.  So people say
6   it's statistically significantly different than zero at the
7   5 percent level, for example.
8   Q.  Is it possible to construct a graph showing how average
9   marginal effect works in this very sparse example only
10  looking at the age of the workers?
11  A.  If it's possible, I'd like to go on and talk about the
12  richer model now and allow us to discuss the concept of
13  omitted variable.
14          THE COURT:  Hold on.
15          You're saying on that model, if all you have is
16  salaries, it's going to be like a straight correlation
17  between age and retirement, right?
18          THE WITNESS:  It's going to do this kind of crazy
19  thing of saying everybody with higher salary is more likely
20  to retire because it doesn't have any other information to
21  make the prediction.  So it's only going to make two
22  predictions.  Everybody that has high salary, like we could
23  imagine that -- let's suppose in the data, the average
24  probability of retirement for people with low salary was
25  2.0 percent per year.  This would say the average probability

1    of retirement for people with high salary would be

2    6.0 percent per year.  And that difference is the average

3    marginal effect.  And that's the only thing it has in the

4    model, so that's the only thing it can distinguish people by.

5              THE COURT:  Okay.

6              THE WITNESS:  So now let's consider the richer

7    model.

8              So in a richer model, I would have both -- I have

9    two AMEs, AME for salary and AME for age.  I'm thinking of

10   the age case as the average marginal effect of each

11   additional year of age.  So no one wants to do this, but we

12   could all get one year older, and we could see whether that

13   increased that probability of retirement.

14   BY MR. WAXMAN:

15   **Q.**  Not Her Honor.

16   **A.**  None of us want to get older.

17             So in this case, I'm going to imagine if the model

18   had access to both salary and age, I'm going to imagine a

19   scenario where age is actually quite an important driver of

20   retirement.

21             So this could have -- let's imagine this effect is,

22   say, a 2.0, and that's statistically significant.  So that

23   says each additional year of age increases your probability

24   of retirement on average across all the people by 2

25   percentage points.  And then in this case, I'm going to

**JA2862**

1    imagine that once you control for age then this falls to 0.6

2    and it no longer has a star.

3    **Q.**  Why does that happen?

4    **A.**  Yes.  So this is the important concept of an

5    omitted-variable bias.  So this sparse model doesn't have

6    access to information by age.  So this model, only having

7    information on salary, is making the best prediction it can,

8    given salary, and says, well, if you only tell me salary,

9    people with higher salary are more likely to retire.  And

10   that's a true fact.  And that difference is statistically

11   significant.

12          However, the richer model now with access to two

13   pieces of information, the interpretation of this variable is

14   what's the average marginal effect; in other words, the

15   effect on average across all people of giving a higher salary

16   when you control for age.

17          So in the multivariant model now, there is not a

18   statistically significant effect and it is actually positive,

19   but it's not statistically different than zero, so we could

20   think of it as roughly zero.  So that says in a model that

21   has access to both salary and age, there isn't a difference.

22   There is a difference by age.  And this difference, the

23   difference between the 4.0 and the 0.6, that's the

24   omitted-variable bias.  So the omitted-variable bias is the

25   fact that this is different than that.

1   **Q.** And when does the omission of a variable cause bias?

2   **A.** So this is extremely important, too. Remember the

3   setting for my scenario is kind of a somewhat realistic work

4   force where older people earn more. So if you don't have

5   information on salary -- excuse me -- if you don't have

6   information on age and you only see salary but the true

7   effect is driven by age, there will be a problem.

8          So you'll have a problem when the omitted variable

9   is correlated with the included variable. So older people

10  have higher salaries. And that variable is important, so you

11  need two things to be true. You need an omitted-variable

12  bias as driven by the omission or exclusion of a very

13  important variable that is correlated with some of the

14  factors that are included in the model.

15  **Q.** So for example, if we made your model even richer and

16  included -- we knew everybody's hat size, is it likely that

17  including the hat size would demonstrate that there was, in

18  fact, omitted-variable bias in the model with two factors?

19  **A.** No. A good feature of regressions and actually why

20  they're used by economists and social scientists and many,

21  many other researchers, is if you have a set of factors and

22  there's some factor such as, let's say, hat size or eye color

23  or something like that, it really isn't a driver. It's just

24  some variable that is different across people.

25         The regression model will find that that has a zero

1    effect on average almost all the time.  The regression will

2    successfully sort out the factors that matter and the factors

3    that don't matter.

4            So in this particular richer model, it's saying,

5    well, on average, age is an important factor.  Once you

6    control for age, salary is not an important factor.  If you

7    put it into the model, hat size, it should have a

8    statistically insignificant effect or not a statistically

9    effect, close to zero most of the time.

10   **Q.**  Professor Card, when economists and econometricians are

11   studying real world outcomes, for example, whether a worker

12   will or won't retire, is it ever possible to avoid

13   omitted-variable bias?

14   **A.**  Unfortunately, no.  The reason is in realistic data

15   settings, the kind where you're observing real data like I'm

16   observing people at a company and seeing whether they retire

17   or not, in those settings you can never be 100 percent sure

18   that you've got all of the real relevant factors in the

19   model.

20           In all of those models, there's inevitably an

21   important unexplained component in the model.  So the model

22   does not perfectly describe who retires and who doesn't.  It

23   can't perfectly classify people.

24   **Q.**  So thinking about your retirement example, can you give

25   from your experience some example of factors that are omitted

 1   from this two-variable model that would be thought to be

 2   relevant to a decision of a worker whether to retire in the

 3   next year?

 4   **A.**   So I've had a number of students who have done research

 5   on retirement, and I've done a couple of papers on that

 6   myself.

 7            One of the most important drivers of retirement is

 8   health, and so less healthy people are much more likely to

 9   retire.  And unfortunately health is correlated with age, so

10   one -- even with this richer model, since it doesn't control

11   for health, one might be concerned that health is actually

12   the culprit, is really the driver.  And this 2.0 percent here

13   is itself affected by omitted-variable bias.

14   **Q.**   So would, for example, the climate that you live in be

15   expected to be a variable that might correlate with the

16   probability of retirement?

17   **A.**   Yes.  Lots of other factors.  You could imagine, for

18   instance, the situation of your family, is your spouse

19   retired or working?  A situation with your children, are they

20   still living with you?  Did you manage to get them out of the

21   house?

22   **Q.**   Or grandchildren.

23   **A.**   Or grandchildren would be a good example.

24            Climate -- and some factors like that might be

25   quantifiable.  And other factors it would be very difficult

1    to quantify but might be important, like, for instance, the
2    relationship with your coworkers.
3           It's thought that a very important driver of
4    retirement is job satisfaction, which may be driven by do you
5    get along with your boss or something like that.  Ordinarily
6    there's many of these unquantifiable factors as well as some
7    quantifiable potentially.
8    Q.  I believe you answered my next question, but let me just
9    ask it anyway.
10          If you include in your regression every variable
11   for which you have data, does that mean that there's no
12   omitted-variable bias?
13   A.  Unfortunately not, no.  That's a huge problem in all
14   kinds of research, any research projects that I've worked on.
15          So one can never be certain that the factors that
16   you've omitted or can't measure aren't available.  Sometimes
17   they're either not available in the data set or they're just
18   not quantifiable.  One can never be certain that they not
19   correlated, say, with age, one of the included variables, and
20   therefore are leading to some sort of omitted-variable bias.
21          So ordinarily it's a matter of understanding the
22   process that you're working with, trying to document
23   carefully, and think carefully about what's omitted and make
24   some assessment.
25   Q.  So the Court was asking you when we were back on the

1    exceedingly sparse model as opposed to the very sparse model,

2    the relationship between -- what the average marginal effect

3    curve would look like for the population.

4            Can you now demonstrate that for us?

5    **A.**  Yes, I can.

6    **Q.**  On a model?

7    **A.**  Yes.  So I'm going to do an example of this.  So imagine

8    on this axis I'm going to have -- I apologize.  I could never

9    draw a straight line.

10           This is age, and this is the probability of

11   retirement, and that can range from zero to 100 percent.  So

12   I've got, say, people down here.  The youngest person in my

13   sample might be 25.  Let me draw a benchmark at 60, another

14   benchmark at 70, and I might have people as old as 75 in my

15   sample.

16           What will come out of the model is a set of

17   predictions by age.  And they will ordinarily look something

18   like this.  Like that.  So the shape of this curve, this

19   S-curve, that's actually called a logistic curve.  So the

20   reason why this is called a logistic regression has to do

21   with this logistic shape.

22           In the range down here, I'm imagining in my model

23   that on average there's a two-year -- a 2.0 percentage point

24   effect of retirement.  Which means if I was to go all the way

25   from age 25 to all the way to 75, that 50 years would change

Case: 19-2005   Document: 00117632230   Page: 719   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 118 of 185

118

1    my probability of retirement from zero to 100 percent.  So

2    that's kind of a scaling factor.

3            But for many, many people, people say below

4    something like 55 or something like that, even though I've

5    got one coefficient in the model which represents the effect

6    of age, so it's the same coefficient, even though there's

7    only one coefficient in the model, the probability of

8    retirement down here is so low that the average marginal --

9    the marginal effect for one of these people, say somebody

10   down here who's like 40, going from 40 to 41 actually will

11   have almost no effect on their probability of retirement.  So

12   these people will have a very low probability.

13           And if you look at the graph, you can see the same

14   kind of pattern at the top.  Up at the top, this is a group

15   of people that are very close to retirement.  And so an

16   additional incremental effective age, so going from 75 to 76,

17   isn't going to have much of an effect.  All of the marginal

18   effect in the model, almost all of it, is attributable to

19   this group which you can think of as being on the bubble.

20           And the important thing about this logistic curve

21   is if you have that situation for people in that group, one

22   more year of age, going from 70 to 71, for that group of

23   people could have a much bigger effect than just a 2.  It

24   could have like a 5 or a 6 or a 7 percentage point effect.

25           So in these logistic-type settings where there's

1    lots of people who are kind of out of the money for

2    retirement, they're too young, and a lot of people who are

3    very, very close or almost surely going to retire in the next

4    year, all of the effects are concentrated in that group of

5    people on the bubble.

6            I think that's all I have, actually.  I think I can

7    sit down.

8    **Q.**  I can't remember any other points we were going to

9    demonstrate.

10   **A.**  Let me sit down.  If I could, I might have wanted to add

11   one more point, which is if we have this situation and we had

12   other characteristics like, for example, health, then the

13   effect of health would also have this property that younger

14   people -- even though health can be a very powerful predictor

15   of retirement, its average marginal effect would be

16   concentrated for the people on the bubble.

17           So the characteristic of a logistic model is that

18   any factor has kind of a multiplied or a much more powerful

19   effect, once you get into the range where the probability

20   starts to be, say, between 5 percent and 90 percent or

21   something.  So that group of people in the bubble, all of the

22   variables in the model have a magnified marginal effect in

23   there.

24   **Q.**  So if what we were looking at is not the average marginal

25   effect but the coefficient associated with the variable,

1    would that tell you -- could that tell you what the shape of

2    the curve was like or the effect of --

3              [Alarm system goes off in Federal Courthouse]

4    **Q.**  I'd like to have him give that answer and then we can

5    move on, but if that puts people in harm's way --

6              THE COURT:  Now I can't remember the question.

7    Please head out.

8              (Off the record)

9              THE COURT:  Whenever you're ready, Mr. Waxman.

10             MR. WAXMAN:  For the record, we've marked the

11   whiteboard as DD 10.A and 10.B.

12             (Defendant Exhibit DD 10.A. and 10.B admitted.)

13             MR. WAXMAN:  I honestly don't recall the question

14   at all.  Could I ask the court reporter --

15             THE WITNESS:  I know what the question was.  You

16   asked me, Mr. Waxman, to once again explain the difference

17   between the coefficient and the marginal effect.

18   BY MR. WAXMAN:

19   **Q.**  Oh, yes.  Would you please.

20   **A.**  Yes.  So this is just a hypothetical.  It isn't totally

21   representative.  In general what would be true in a logistic

22   regression model is that one could have, for example, a

23   single coefficient on age.  And yet the marginal effect will

24   differ across people in the pattern shown here.  So that's

25   why I was emphasizing before that distinguishing between the

1    marginal effect and how it differs across different ranges of

2    people versus the coefficient is extremely important in

3    understanding these kind of models and how they imply things.

4            As I was saying before, for people in the bubble

5    range, all of the different factors are magnified.  One

6    additional factor, for instance, health or age or presence of

7    grandchildren, those factors sort of have a multiplicity

8    effect in the bubble range.

9    **Q.**  Let's now talk about the model that you prepared in this

10   case.  What data did you use to construct your model?

11   **A.**  As I mentioned before, the data consists of two sources

12   of information.  One is information on the application files

13   in the NEVO system for the class of 2014 to 2019.  And the

14   second source of data is information from the College Board,

15   which basically sells information to colleges constructed

16   from different sources providing information about

17   characteristics of groups of high schools that are sort of

18   grouped together and for groups of neighborhoods that are

19   grouped together.  And so I've matched that data on as a type

20   of contextual factor.

21   **Q.**  In constructing your model, how did you determine which

22   variables to include?

23   **A.**  Well, I followed basically the same procedure as I would

24   in any kind of research enterprise.  So it's a combination of

25   trying to understand what factors are important in the

 1    admissions process through reading documents in the case and

 2    some of the testimony.

 3           I knew something of the literature on admissions.

 4    A number of my Ph.D. students have written papers on

 5    admissions, so I knew generally about that.  And then looking

 6    at the data that's available and thinking about which aspects

 7    could be quantified and what was available and what wasn't

 8    and so on.

 9    **Q.**  Would you turn to Volume 2, Tab 17, and tell me when you

10    have Defense Exhibit 693.

11    **A.**  I have it, yes.

12    **Q.**  What is that?

13    **A.**  It's a six or seven-page list of the variables used in my

14    model and Professor Arcidiacono's model of admissions.

15           MR. WAXMAN:  Your Honor, we offer 693.

16           MR. MORTARA:  Your Honor, we object.  It's not a

17    Rule 1006 summary.  It's an assemblage of demonstratives

18    created by the expert.  It is not a summary of the database.

19           MR. WAXMAN:  Your Honor, this information is in

20    verbatim form in Mr. Card's rebuttal Appendix C and his

21    original report Appendix E.  It is simply a listing of the

22    variables that each expert --

23           THE COURT:  The objection is overruled.

24           (Defendant Exhibit No. 693 admitted.)

25    BY MR. WAXMAN:

**Q.**   Looking at these variables, Dr. Card, does your model

capture everything about the Harvard admissions process?

**A.**   Certainly not, no.

**Q.**   What kinds of data does it not include?

**A.**   Well, it excludes a lot of information that would be

directly observed by the admissions officers, information

coming from, for example, essay or a personal statement that

a student submits, information coming from the letters that

are written on behalf of a student by the two teachers and

the guidance counselor, information that's summarized in the

reports from the alumni interviewer.

        And my understanding is that many, many files these

days have multiple additional letters from community members

and things like that.

        So that kind of qualitative information is

completely missing from the database, and that's an important

limitation of what I can do with the data.

**Q.**   Did you hear or review testimony about how the profile

ratings are used as an applicant proceeds into subcommittee

and committee discussions?

**A.**   I did, yes.

**Q.**   And what do you understand from your review of the

materials and the testimony?

**A.**   So my understanding is that the profile ratings, for

example, would be assigned by the first reader based on

Case: 19-2005   Document: 00147663230   Page: 725   Date Filed: 07/30/2020   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 124 of 185

124

 1    reading the file and looking at both the quantitative and

 2    qualitative information that they have.  And then it might be

 3    updated by a second reader.

 4           But once the file gets to the subcommittee level

 5    where they're reviewing files from the same docket -- and my

 6    understanding is they would often be looking at files -- all

 7    the students from the same school at once, my understanding

 8    in that case is that the individual officers would be looking

 9    at the materials themselves, not necessarily concentrating at

10    all on the ratings.  Because at that point they then have the

11    materials to look at.

12           And similarly my understanding is that at the

13    committee level where there's a group of 40 people and

14    they're going to take a vote, that they're actually reviewing

15    material on slides and overheads and evaluating the

16    individual material.

17           And in some cases, for example, I guess there was

18    an example of this earlier in the trial where there was an

19    application where clearly information came in after the

20    original first profile ratings were assigned.  And my

21    understanding is that in most cases that late information, if

22    it's in time for the committee, would be reviewed and

23    interpreted.

24    Q.  So would any of the text of -- the substance of any of

25    the subcommittee or committee discussions be reflected in the

 1    database?

 2    **A.**  No, it's not.

 3    **Q.**  What about the note -- we've seen a bunch of admissions

 4    files now.  What about the notes that are taken by one or

 5    more admissions officers?  Are they reflected in the

 6    database?

 7    **A.**  No, they're not.

 8    **Q.**  Did you hear testimony that the ratings or see evidence

 9    that the ratings that individual first readers or second

10    readers provide include not only whole numbers but pluses and

11    minuses?

12    **A.**  Yes.

13    **Q.**  Is that information included in the database?

14    **A.**  Unfortunately not.  So the database only allows the whole

15    number for the profile ratings.

16    **Q.**  So in terms of what the model does, it has -- correct me

17    if I'm wrong.  I'm not trying to provide your testimony.

18            It has no way to distinguish someone whom a reader

19    has assigned a 2+ on a particular factor to a 2-?

20    **A.**  Right.  And my understanding is that that actually is a

21    fairly big gap, to tell you the truth.

22    **Q.**  Now, in Dr. Arcidiacono's model, did he omit any of the

23    variables that you included?

24    **A.**  Yes.

25    **Q.**  Which ones?

Case: 19-2005    Document 00117632230    Page: 727    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 650    Filed 04/18/19    Page 126 of 185

126

1    **A.**   Well, the most important ones are first -- I'm speaking

2    now of his preferred admissions model.

3    **Q.**   Yes.

4    **A.**   The most important ones would be indicators for the

5    so-called ALDC categories because he doesn't include that

6    group of students in -- or applicants in his model.

7            Another set of variables would be variables

8    representing the intended careers of individual applicants.

9            Another set of variables that he excludes would be

10   variables representing the mother's and the father's

11   occupations, categorizations of those occupations.

12           Another variable he excludes is an indicator for

13   whether the student had an interview with the staff prior to

14   admissions season.

15           And then he also excludes the personal rating

16   entirely from his preferred model.

17   **Q.**   Now, let's -- Mr. Lee, if we could put up demonstrative

18   10.2, and focus on the first question that you addressed.

19           What is your opinion as to whether statistical

20   evidence supports SFFA's claim that Harvard discriminates

21   against Asian-American applicants?

22   **A.**   In my opinion, the statistical evidence does not support

23   that claim.

24   **Q.**   How did you reach that conclusion?

25   **A.**   Well, I reached that conclusion by a combination of

**JA2877**

1    looking at the statistical evidence and thinking about that

2    statistical evidence in the context of available information

3    about the admissions process.

4    **Q.**  And in your model evaluating the effect of Asian-American

5    ethnicity, what racial group did you use as a baseline?

6    **A.**  In every case, I used white domestic students.

7    **Q.**  And why did you choose that baseline?

8    **A.**  Well, my understanding is that that is in some sense the

9    proper reference group for thinking about these issues.  Some

10   other racial groups, for example, underrepresented minority

11   groups, could potentially receive some kind of a tip in the

12   admissions process in some cases.  And so I don't want to use

13   that group as the reference group.  I use the group that's

14   kind of baseline representation of the admissions pool.

15          THE COURT:  Can I ask one question?

16          Just thinking back on the missing variables.  Could

17   you have and then did you take in the profile ratings, like

18   kind of your initial pass, and then compared profile ratings

19   above a certain number to who actually got in?  Like could

20   you figure out who got in but didn't look like they would

21   have made it in on the profile scores and then broken that

22   down by ethnicity?

23          THE WITNESS:  I think, Your Honor, I have never

24   actually done that.  One could do that.  And there are

25   certainly cases, for example, I showed in my slide early on

1    there are some students who are admitted who have only one

2    strength.  And I suspect that in some cases that may be this

3    kind of student.

4              Oftentimes it might represent this late

5    information, I think.  I'm not entirely sure.  I don't

6    believe that I've done that.  I think it's possible we could

7    have some tabulations of that overnight if you wanted to see

8    it.

9              THE COURT:  I don't think anyone is going to allow

10   me to do that, but it would be interesting to see.

11             MR. WAXMAN:  We --

12             THE COURT:  No.

13             MR. WAXMAN:  Not that I'm in a position to allow

14   you to do anything, Your Honor.

15             THE COURT:  I'm just curious about whether there's

16   a way to sort of -- both you and the other expert talked

17   about missing variables and the missing-variable bias.  And

18   I'm just thinking that by seeing who looks like they should

19   have gotten in on the numbers and then who actually got in,

20   it's a way to account for the size of that missing-variable

21   bias.  Do I have that wrong?

22             THE WITNESS:  Your Honor, no.  That's actually --

23   I'm going to show something very much along those lines.

24   That's a very good insight.  That's a general point that when

25   the factors in the data are relatively sparse or unable to

1    explain the phenomenon, then the concern about these omitted

2    variables is much larger.  And that differs across -- well,

3    first of all, it differs between different models, and it

4    also differs in terms of, for instance, Professor Arcidiacono

5    fit some models of the program ratings and some of them, they

6    differ in terms of how much unobserved content there is in

7    his models.

8    BY MR. WAXMAN:

9    **Q.**  I think you were just explaining why you used white

10   applicants as the baseline in evaluating discrimination,

11   alleged discrimination against Asian-Americans.  Let me ask

12   you now what your model showed.

13   **A.**  So relative to that benchmark, so relative to white

14   domestic students, my model shows that there's no

15   statistically significant difference in admission rates

16   between Asian-Americans and white applicants.

17   **Q.**  Would you turn in your Volume 2 of exhibits to Tab 13,

18   please.

19   **A.**  Yes.

20   **Q.**  What is this?

21   **A.**  So this is a summary exhibit from my rebuttal report,

22   showing average marginal effect of Asian-American ethnicity

23   and confidence intervals.

24            MR. WAXMAN:  Your Honor, we offer Defense

25   Exhibit 685 into evidence.

1        MR. MORTARA:  Your Honor, I object.  To be clear, I

2   do not object to the witness discussing this.  I object to it

3   as a 1006 summary of the database.  It is his opinion.  It's

4   from his report.  His report is not evidence.

5        MR. WAXMAN:  Your Honor, this is in the report.  It

6   was disclosed.  It represented his conclusions.  I could ask

7   him to read all these numbers into the record if Your Honor

8   doesn't admit it, but there's nothing undisclosed about this.

9   And it is the result of his regression model.

10        MR. MORTARA:  Your Honor, my objection is not a

11   failure of disclosure.  It goes to what goes into evidence

12   versus what is a 611 demonstrative, as we discussed this

13   morning.

14        THE COURT:  I thought we had agreed they were all

15   coming in.

16        MR. MORTARA:  The demonstratives of slides, yes,

17   Your Honor.  This is one of the exhibits that we discussed

18   this morning.  This is an exhibit that is not a 1006 summary

19   of the database.  It is, in fact, a portion of the expert's

20   report which is being used here, I guess now as a

21   demonstrative.  It's now being offered into evidence.

22        I am absolutely fine with the Court taking it into

23   evidence as long as our demonstratives that were used with

24   our experts would also come into evidence.  And as I

25   mentioned this morning, this is angels on a head of a pin.

1    There's no problems here as long as there's equal treatment

2    on both sides.

3            THE COURT:  I thought we had agreed this morning

4    that all the demonstratives would come in.

5            MR. MORTARA:  For use of the demonstratives.  I'm

6    sorry I was not clear, Your Honor.  I have no more objections

7    to use of any demonstratives.  I have objections to the

8    admissibility.  This goes to the jury bench issue we

9    discussed this morning.

10           THE COURT:  I understand the issue.  I just thought

11   we had agreed this morning that they were all going to be

12   treated equally and that we had agreed they would all be

13   admitted into evidence.

14           MR. MORTARA:  That was not what I was

15   communicating, Your Honor.  But if they're fine with that,

16   that's absolutely fine.

17           MR. WAXMAN:  That's fine.  The next demonstrative

18   shows this precisely.

19           MR. MORTARA:  Then, Your Honor, at the end of the

20   day, we'll offer our demonstratives as well with no

21   objection.

22           THE COURT:  Is this a new concept or is this not

23   what we agreed to this morning?

24           MR. LEE:  I think to the extent he's talking about

25   Dr. Arcidiacono, that's what we agreed to this morning.  I

1    assume that we're talking about the demonstratives that we

2    used during his testimony.

3          MR. MORTARA:  Yes, of course.  We're just talking

4    about now what is going to be admitted.

5          THE COURT:  Right.

6          MR. MORTARA:  The disclosure issues on the

7    demonstratives for Professor Card with the ruling this

8    morning have been completely resolved.  There are no

9    disclosure issues.

10         We're now only talking about what's going to be

11   admitted.  We've now reached a secondary additional

12   agreement.  And I will sit down now, if that's okay.

13         THE COURT:  You can sit down.  I thought we had

14   agreed this morning that that secondary agreement was already

15   agreed to.  Had we?

16         MR. LEE:  We had.

17         MR. WAXMAN:  It was my understanding and it's also

18   fine with us.

19         THE COURT:  So whether or not we agreed to it this

20   morning, we'll admit all of the demonstratives.

21         MR. WAXMAN:  In that case, Mr. Lee, can you pull up

22   Demonstrative 10.30.

23   BY MR. WAXMAN:

24   Q.  Professor Card, what does this show?

25   A.  So this summarizes the results of my model estimation.  I

1     estimate my admissions model separately by year, as I'll be

2     discussing in some detail later on.

3          And so the result of the estimation in each year is

4     an average marginal effect for Asian-American ethnicity.  And

5     what that represents is the difference in admission rates in

6     percentage points between Asian students and white students,

7     holding constant all the characteristics of the students that

8     are in the model.

9          So for example, in the 2016 admissions cycle, Asian

10    students have a 0.09 or 9/100 of a percentage point higher

11    probability of admission than white students, holding

12    constant all their other characteristics.

13         And you can see at the bottom there's a number

14    overall, and that's a weighted average.  It's essentially an

15    average.  There's roughly the same number of students per

16    year, but it's a weighted average reflecting the slight

17    differences in the number of students per admissions cycle,

18    of those effects across years.

19         And let me point out a couple of characteristics of

20    these estimated average marginal effects.  First of all, the

21    average value is very small and close to zero, not

22    statistically significant.  There's no star.

23         So the average gap, once you take account of all

24    the factors on average across these six years, is only 5/100

25    of a percentage point difference between whites and Asians.

Case: 19-2005    Document: 00117632230    Page: 735    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 134 of 185

134

 1          Secondly, year to year there's some positives and

 2    some negatives.  None of them are statistically significant

 3    either.  That's exactly the kind of pattern you would expect

 4    if the true effect was zero.

 5          And from year to year there's some differences

 6    arising from just statistical differences that are by chance.

 7    So you would expect a pattern that's distributed around zero,

 8    a positive and negative.

 9          And so my conclusion of no statistical evidence of

10    discrimination in admissions is largely and fundamentally

11    coming from this analysis.

12          THE COURT:  I'm sorry.  Would Dr. -- I'm never

13    going to get his name right -- Arcidiacono.

14          MR. MORTARA:  Arcidiacono.

15          THE COURT:  Would his numbers have been the same if

16    he had done a year-by-year analysis instead of doing all six

17    together, or does this take into account the variables that

18    you're including that he didn't?

19          THE WITNESS:  Thank you, Your Honor.  This takes

20    account of the -- this is my model which has these extra --

21    first of all, it has the ALDCs in it.  Secondly, it has the

22    extra variables.  So his estimate is year by year, which he

23    has in his report someplace for some version of his model.

24    They would be different.

25    BY MR. WAXMAN:

1    **Q.**  So before we leave this, just let me as you, just to

2    understand -- I understand none of these percentages are

3    statistically significant; that is, they could very well have

4    occurred by chance.

5              But if you look at, for example, in the overall,

6    the weighted overall, assuming that the average admission

7    rate for white applicants were 8 percent, what would the

8    model predict the admission rate for -- in the overall model

9    be for Asian-American applicants?

10   **A.**  So what it would predict is if Asian-Americans had the

11   same average characteristics as whites, which they don't, but

12   if they did, then their admission rate would be 7.95

13   percentage points.  So it says that controlling for

14   characteristics, there's a 5/100 of a percentage point gap.

15   **Q.**  For 2016, which is the first example you used, if white

16   applicants even then had an 8 percent probability of

17   admission, what would that predict, all other things equal,

18   the Asian-American rate of admission would be?

19   **A.**  If they had the same characteristics as whites in that

20   year, then it would have been 8.09.

21   **Q.**  Now, so you testified that these are all statistically

22   insignificant.  And again, am I correct that that means that

23   the effects that you're observing here in any year and

24   overall are not statistically different than zero?

25   **A.**  Yes.  That's exactly what the statistical significance

Case: 19-2005    Document 00117632239    Page: 737    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 136 of 185

136

1    means, that these effects could have occurred by chance with

2    some probability, yes.

3    **Q.**   In other words, could the expected admission probability

4    of Asian-American applicants be the same as that of otherwise

5    identical white applicants, according to the model?

6    **A.**   Yes.  According to my model, in fact, my interpretation

7    is that seems to be quite likely.

8    **Q.**   Professor Card, did you conduct any other analyses to

9    test your results?

10   **A.**   Yes.  So one analysis that is often done in professional

11   research is -- to try and understand what's driving the

12   results and how they vary and so on would be to try and

13   estimate the model on a subset, a larger subset of data.

14          I should emphasize my model has -- in any given

15   year has a couple hundred variables in it, 200 or so.  So I

16   need to use a larger subset.  So I looked at two large

17   subsets of students where there's a significant Asian

18   population.  One is just females and one is students from

19   California.

20   **Q.**   Would you please turn to -- well, let me ask you first.

21          When you did that analysis, what did you find?

22   **A.**   What I find in those cases is very similar kind of

23   pattern as we see in the overall sample, which is quite

24   reassuring from my interpretation, I think.

25          So what we see is, in fact, on average the marginal

1    effects in both of those samples are slightly positive, but

2    again not statistically different than zero.

3            Year by year none of the estimates are

4    statistically significant than zero.  So for both Asians and

5    whites from California and for Asian and white females, the

6    gap between Asian students and white students, controlling

7    for other characteristics, is not statistically different

8    than zero.

9    **Q.**  Would you please turn to Tab 14 in Volume 2 of your

10   binder.

11   **A.**  14?

12   **Q.**  14.  It should be Defense Exhibit 686.

13   **A.**  Yes.

14   **Q.**  What is that?

15   **A.**  So it's a series of exhibits, percentage of

16   Asian-American applicants with profile rating of 2 or better

17   by gender, summary of Asian-American effect for female

18   applicants, a summary of Asian-American effects for

19   California, and a pie chart of the shares of students in

20   those categories.

21   **Q.**  And are these pages of this exhibit identical to the

22   information provided in your report, Exhibit 24, and your

23   rebuttal Exhibits 19, 20, and Footnote 108?

24   **A.**  To the best of my knowledge, yes.

25           MR. WAXMAN:  Your Honor, we'd offer defense

Case: 19-2005    Document 00117623230    Page: 750    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 650    Filed 04/18/19    Page 138 of 185

138

1    Exhibit 686.

2              MR. MORTARA:  No objection, Your Honor.

3              THE COURT:  Admitted.

4              (Defendant Exhibit No. 686 admitted.)

5    BY MR. WAXMAN:

6    **Q.**  Let's turn now, please, to defense demonstrative 10.31.

7    And what does this show?

8    **A.**  So this is a summary of the estimation results when I

9    estimate the model separately for only females and then

10   separately for only applicants from California.

11             And again, the format is the same as the table we

12   were looking at before.  So the model is estimated year by

13   year, and each year there's an average marginal effect which

14   represents any difference between the admission rate of

15   Asian-Americans and white Americans, for example, in the

16   first column for females only and in the second column for

17   applicants from California only.  And then a summary at the

18   bottom.

19   **Q.**  And what does this show?

20   **A.**  Well, as I mentioned, we discussed just before, on

21   average across both of these -- looking across each of these

22   groups, none of these estimates are statistically

23   significant.

24             For females, the average across all six years is

25   0.14 positive but not statistically significant.

 1           For Californians, the average is a little bigger.

 2    It's 0.32, but again, not statistically significant.  And

 3    none of the individual year-by-year estimates is

 4    statistically significant.

 5    **Q.**   And is this subgroup analysis consistent with your

 6    overall analysis of the Asian-American applicant pool?

 7    **A.**   Yes.

 8    **Q.**   Looking at the next demonstrative, can you tell us what

 9    percentage of Asian-American applicants to Harvard fall

10    within one of those two groups, women or Californians or

11    women from California?

12    **A.**   64 percent.

13    **Q.**   Do you recall Dr. Arcidiacono's testimony that

14    Asian-American applicants are favored in the ALDC categories?

15    **A.**   Yes.

16    **Q.**   Do you recall him testifying that he found a positive

17    estimated effect for being Asian-Americans for the group of

18    applicants who are ALDCs?

19    **A.**   Yes.

20    **Q.**   What does that mean?

21    **A.**   So what that means, if one looks with his model, he

22    doesn't estimate the model separately for different groups.

23    He estimates a separate effect for Asian-Americans for

24    different groups in his analysis, and he doesn't estimate the

25    model separately year by year.  So he comes up with a single

1     summary measure.

2            But if one takes his model, it shows that

3     controlling for other characteristics amongst the ALDC

4     population -- or did he say the LDC population.  I'm not

5     precisely remembering which of the two he did say.  So either

6     amongst the ALDC or the LDC, one of those two, there was a

7     positive difference for Asian-Americans, which means in that

8     group they're more likely to be admitted than whites,

9     controlling for their characteristics.

10    **Q.**   We'll get into your model in a minute.

11           But do you agree with that conclusion?

12    **A.**   I do, yes.

13    **Q.**   Did you analyze the effect of Asian-American ethnicity

14    for legacies, children of faculty and staff, and applicants

15    on the dean's or director's interest list in

16    Dr. Arcidiacono's model?

17    **A.**   Yes.  One of the things I did in one of my reports was

18    look at that, yes.

19    **Q.**   Would you please turn to Tab 2 in Volume 2.  Do you find

20    Defense Exhibit 707?

21    **A.**   I do, yes.

22    **Q.**   And what is that?

23    **A.**   It's a summary of average marginal effects of

24    Asian-American ethnicity on the likelihood of admission for

25    LDC applicants from Professor Arcidiacono's preferred model.

1    **Q.**  And is this Defense Exhibit 707 replicating the results

2    from your rebuttal report and Footnote 93?

3    **A.**  Yes.

4              MR. WAXMAN:  We offer Defense Exhibit 707.

5              MR. MORTARA:  Your Honor, I have ultimately no

6    objection but one minor point.

7              Harvard lawyers and I had negotiated a change to

8    the title of this one because it is not Professor

9    Arcidiacono's preferred model.  It is Professor Arcidiacono's

10   model when Professor Card adds back in the athletes, so he

11   made a change to it.  It is not, in fact, Professor

12   Arcidiacono's model.

13             MR. WAXMAN:  I have no objection to altering the

14   title of the model.  First of all, we'll change the title.

15             May it be admitted?

16             THE COURT:  Yes.  Someone will give me a new one of

17   these?

18             MR. WAXMAN:  Yes, indeed.

19             (Defendant Exhibit No. 707 admitted.)

20   BY MR. WAXMAN:

21   **Q.**  Let's look now, Professor Card, at defense demonstrative

22   10.33.  And what do you find here?

23   **A.**  Well, this is the results of that analysis, so using

24   Professor Arcidiacono's model with athletes.

25             In that model, the average marginal effect of

 1    Asian-American ethnicity for lineage applicants is 3.12

 2    percentage points.  So it's 3.12 percentage points higher

 3    admission rate for lineage applicants who are Asian than for

 4    white applicants who are white lineage applicants.  And that

 5    is statistically significant.

 6            And then the estimate for applicants on dean's and

 7    director's list and children of Harvard faculty as a group

 8    together is 3.15 percentage points.  That estimate is not

 9    statistically significant.

10    **Q.**  Roughly what proportion of admitted students are ALDCs?

11    **A.**  Just under 30 percent of all admitted students are ALDCs.

12    **Q.**  Did you hear Dr. Arcidiacono testify that the positive

13    estimated effects of Asian-American ethnicity were not

14    statistically significant?

15    **A.**  I believe I did, yes.

16    **Q.**  Was that correct?

17    **A.**  No, not as this exhibit shows.

18    **Q.**  And are you referring to the star of statistical

19    significance next to the positive average marginal effect of

20    Asian-American ethnicity at 3.12 percent?

21    **A.**  Yes, I am.

22    **Q.**  So what conclusion do you draw from these findings, the

23    findings that ALDC applicants, whether lineage applicants or

24    LDC applicants, have a higher marginal effect of being

25    admitted than white applicants in the same group?

**A.**  Well, I find -- I think there's a perfect possible
explanation for this, but I find it totally inconsistent with
the idea that on the Harvard application process is
discriminating against Asian students.

Because in this set of students, there's actually
positive, and certainly among the lineage, which is the
largest group of the ALDC by far, there's a statistically
significant effect.

So I find it hard to reconcile the idea of
discrimination against Asian students with this finding of a
positive effect here.

THE COURT:  To come to that conclusion, what if the
Asian legacies were much better or much worse qualified than
the white legacies?  Do you have to somehow look at the
profile ratings to have that statistic mean anything?

THE WITNESS:  Thank you, Your Honor.  These models
have a fairly extensive list of controls for all of those
things.  So profile ratings, SAT scores, and so on.  So the
average marginal effects are always other things equal or
controlling for anything that we can observe.

Now, of course, they don't control for the
unobserved things, and so another alternative interpretation
for differences across groups is that.  But this is
controlling for everything that's in his model when his model
was extended to the ALDC population.

Case: 19-2005    Document: 00117632339    Page: 745    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 650    Filed 04/18/19    Page 144 of 185

144

1          THE COURT:  Thank you.

2    BY MR. WAXMAN:

3    **Q.**  Now, Dr. Arcidiacono thinks that the statistical evidence

4    shows discrimination against Asian-Americans, right?

5    **A.**  Yes, he does, yeah.

6    **Q.**  How can two models of the same process reach different

7    conclusions?

8    **A.**  Well, I think there's primarily two main explanations for

9    that.  One is that he's excluded the ALDC group for whom

10   there's this positive effect.  So he's focusing on a subset

11   of applicants, in particular a subset of applicants who are

12   highly represented in the overall admission pool, admitted

13   pool.  So 29 percent of all admitted students are ALDCs.

14          And secondly, he's made a set of choices about

15   variables to exclude from his analysis, so these parental

16   option variables, whether the student had an interview with

17   the staff, their intended careers.

18          And that combination of choices to exclude

19   variables and exclude the ALDCs I think directly accounts for

20   the difference in our findings.

21   **Q.**  So let's look at the next demonstrative 10.34 and ask you

22   to explain to the Court what is reflected here.

23   **A.**  So this is meant to be a schematic summary of three main

24   sets of differences.  I'm showing my understanding and my

25   belief of what the actual admissions process is at Harvard in

Case: 19-2005    Document: 00117623239    Page: 746    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 145 of 185

145

1    the first column, the way that that particular issue is

2    handled in my model in the second column, and the way that

3    that issue is handled in Professor Arcidiacono's model in the

4    third column.

5            MR. WAXMAN:  Your Honor, we'd offer Exhibit 695

6    into evidence.

7            MR. MORTARA:  No objection, Your Honor.

8            THE COURT:  695, what tab?  Is that 10.34?

9            MR. WAXMAN:  That is Volume 2, Tab 19.  Is it also

10   at 10.34?  Yes, it's also at 10.34.

11           THE COURT:  I don't think those are the same, but

12   all right.  It's admitted.

13           (Defendant Exhibit No. 695 admitted.)

14   BY MR. WAXMAN:

15   Q.  Let's look at the next demonstrative, 10.35.

16           And looking at this, what does this show?

17   A.  Well, this is meant to be -- I know there's a lot of

18   numbers on this chart, but it's meant to be a helpful summary

19   of the differences between my model, starting on the left,

20   and the average marginal effect for Asians ethnicity relative

21   to white students for my model, which is minus 0.05 across

22   all the years.

23           And it shows what happens as one moves further and

24   further along the route, getting to Professor Arcidiacono's

25   model which is on the far right.  In his model, the average

1    marginal effect of Asian-American ethnicity relative to

2    whites is minus 1.02 percentage points and is also

3    statistically significant.

4          So this is meant to help us understand the steps

5    involved in getting from my model to his model.

6    **Q.**  And can you just take us through those steps at a high

7    level?  We're going to stop on almost each one of those

8    boxes.

9    **A.**  Yes.  So the first step here is -- so Professor

10   Arcidiacono includes a set of interaction variables, and

11   actually discussed at some detail in his testimony various

12   features of those interactions.  So interactions like gender

13   and race, gender by race.

14         If you take my model and include all the

15   interactions that Professor Arcidiacono includes in his

16   model, the average marginal effect changes a tiny bit, from

17   minus 0.05 to minus 0.08.

18         If in addition to that you exclude intended career

19   and staff interview indicator, which Professor Arcidiacono

20   does, the average marginal effect rises to a magnitude to

21   minus 0.19.  It's still not statistically significant.

22         If one in addition to that set of exclusions

23   further excludes parental occupation -- so there's parental

24   occupation variables for mother and parental occupation

25   variables for the father -- then the average marginal effect

 1   rises to minus 0.38.  So around a third of a percentage point
 2   differential and statistically significant.
 3            If on top of that in addition you exclude the
 4   personal rating variable, then the average marginal effect
 5   rises in magnitude to minus 0.79.  So roughly doubles in
 6   magnitude and it remains statistically significant.
 7            If in addition to that you estimate that class of
 8   model, so excluding all those variables and including these
 9   interactions but estimate it in single model rather than year
10   by year, the marginal effect gets a little bit more negative.
11   It's not a huge difference.
12            And then finally if one takes that model and then
13   finally excludes the ALDC group, which has been included of
14   course in my model, then the average marginal effect rises to
15   minus 1.02 and remains statistically significant.
16            THE COURT:  I'm sorry.  I hate to keep interrupting
17   you, but I just want to make sure I get this while he's here.
18            Between the two of you, you've given like a
19   hodgepodge, like an a la carte menu of things you can include
20   or exclude, right?  So here you've put them back in, in a
21   certain order?
22            THE WITNESS:  One way to they about it -- yes,
23   thank you, Your Honor.
24            One way to think about it is you start with my
25   model and you make some exclusions.  So you do this

Case: 19-2005     Document: 00117632239     Page: 749     Date Filed: 07/30/2020     Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 148 of 185

148

1    interaction thing, which doesn't make too big of a

2    difference.  Go from minus .05 to minus .08.

3              And after that, you start making some exclusions,

4    so you exclude the intended career and staff interview.  You

5    exclude the parental occupation.  You exclude the personal

6    rating.  You pool the data, which one could think about

7    excluding the fact that the model differs from year to year a

8    little bit.  And then finally, you exclude the ALDCs.

9              With respect, my interpretation is you start with

10   my recipe and then you take out some parts of it.  You take

11   out parts.

12             THE COURT:  I'm interested in the order in which

13   you take out the ingredients, what the effect is.

14             So what if I thought the you first four things

15   should be in but I wanted to do it by single year and I

16   wanted to include the ALDCs?  Is there any way to look at

17   these numbers and have it correlate back to that?  Could I

18   figure out what that is from looking at this?

19             THE WITNESS:  Not directly.  Roughly speaking, the

20   magnitudes would stay the same.  But not directly.  Yeah, so,

21   for instance starting with -- the difference between the

22   pooled and unpooled model is not usually very large.

23             But starting from the pooled model without the

24   ALDCs and adding the ALDCs makes the effect minus two or

25   minus something in that kind of magnitude.  So you could

1    argue that that's about -- that would be somewhat similar.

2         THE COURT:  Can you add those two numbers together

3    and get the effect?

4         THE WITNESS:  Not quite.  If Your Honor has a

5    particular set order that she'd like, I'm sure we could get

6    that for you.

7         THE COURT:  We can't do that either.  I'm just

8    trying to understand if there's a way to extrapolate that

9    data from not just you but what he's given me too.

10         Sorry.  Go ahead, Mr. Waxman.

11         MR. WAXMAN:  I'm guessing that you don't want the

12    explanation for why it's not always arithmetically similar.

13         THE COURT:  No.  Because it looks like -- I mean,

14    you're going from, for example, excluding the personal rating

15    to the pooling data thing, it's a very small change.  But

16    that change could be much larger if you put it at the other

17    end of the graph, right?

18         THE WITNESS:  That particular change wouldn't be

19    too much larger at the other end of the graph.  It would be a

20    little bigger but not much larger.

21         THE COURT:  How can I figure that out from looking

22    at this?

23         THE WITNESS:  I apologize, Your Honor.  You can't.

24         That particular exercise, I remember.  I mean, I've

25    certainly done all kinds of different permutations, and I'm

```
 1    sure Professor Arcidiacono has too.  So I have a vague sense
 2    of it.  The precise magnitudes, it's not strictly the same in
 3    the order.  But roughly speaking, it would stay the same.
 4              THE COURT:  So not to be cynical about this, but
 5    are you guys ordering the data the way you put it in and take
 6    it out?  Because he did these same sorts of analysis.  I'm
 7    sort of asking this on behalf of statisticians all over.  Are
 8    you guys -- do you guys -- wouldn't it be a way to manipulate
 9    the data by the order in which you choose to put the
10    variables in and out?
11              THE WITNESS:  Not -- well, actually I believe that,
12    Your Honor, that the chart that he showed was actually from
13    my report.  So I believe that there was a slightly different
14    order or something, but I think the general tenor of it would
15    be the same.
16              THE COURT:  Okay.
17              THE WITNESS:  It's possible that -- I assume I'll
18    be here tomorrow.  It's possible that I could --
19              THE COURT:  That's likely.
20              THE WITNESS:  It's possible I could have a clearer
21    statement for you tomorrow morning.
22              THE COURT:  I'm not looking for extra data.  I just
23    want to understand the data you have here.  No criticism
24    intended, but I assume that you're both presenting the data
25    in the way that's most efficacious for your models.  I'm just
```

1    wondering if I want to buy into the some variables but not

2    others, if there's any way to look at his models or your

3    models and figure out what that would look like.

4          THE WITNESS:  I would say, Your Honor, that in my

5    report there are versions of this type of analysis done in

6    slightly different orders.  That's the best I've got, off the

7    top of my head.

8          MR. MORTARA:  Your Honor, maybe I can help.  We

9    would be absolutely fine, and we would invite Professor Card

10   to take just the personal rating out of what he's showing as

11   his preferred model here and see if that's statistically

12   significant.

13         MR. WAXMAN:  I believe we're going to come to this,

14   Your Honor, in the fullness of time.  If for some reason I

15   miss, I'm highly confident that my friend will direct his

16   attention to that question.

17   BY MR. WAXMAN:

18   **Q.**  Let's turn now to demonstrative 10.36 and start with the

19   first difference that you identified between your model and

20   Dr. Arcidiacono.  And that is just to summarize what?

21   **A.**  So the first difference is whether the ALDCs are included

22   as part of the model or are dropped before we start

23   estimating the model.

24   **Q.**  You included them and he excluded them, correct?

25   **A.**  That's correct, yes.

1    **Q.**  Does that make any sense to you?

2    **A.**  To tell you the honest truth, no.

3              I think all of the evidence I've seen and all of

4    the testimony and so on suggests that this group is part of

5    the process.  The ALDCs are evaluated, they all have

6    admissions folders, they all -- they're evaluated against

7    other candidates in the year.

8              The ALDC group is a highly competitive group, as

9    I'm going to show, along lots of other dimensions besides

10   just the fact that they're ALDCs.

11             So to exclude, they're almost 30 percent of the

12   overall group.  So excluding this highly competitive group

13   who are 30 percent of the admissions in my mind would be kind

14   of like estimating a model for retirement and excluding all

15   the people over 65 or something like that.

16   **Q.**  Could you please turn to Tab 28 in Volume 2 and tell me

17   when you've found Defense Exhibit 706.

18   **A.**  706?

19   **Q.**  I believe it's 706.  Either that or I've written it down

20   wrong.

21   **A.**  Yes.

22   **Q.**  What is this?

23   **A.**  So this is a simple summary of the share of admitted

24   students in ALDC categories.

25             MR. WAXMAN:  Your Honor, we offer Defendant's

1    Exhibit 706.

2              MR. MORTARA:  No objection.

3              THE COURT:  Admitted.

4              (Defendant Exhibit No. 706 admitted.)

5    BY MR. WAXMAN:

6    **Q.**  Please turn now to demonstrative 10.37.  Using this

7    demonstrative, Professor Card, could you explain the reasons

8    that you included the ALDC applicants?

9    **A.**  Yes.  So reiterating some of the same points I've already

10   raised, the three main reasons are the following:

11             First, ALDCs are part of the same process, so

12   they're evaluated against each other.  And if ALDCs -- more

13   ALDCs get in, fewer of other people get in, exactly as we

14   understand the whole process to work.  So understanding the

15   process as a whole or understanding Harvard admissions and

16   understanding whether that's, in my view, a bias against

17   Asians would necessarily take account of the fact that some

18   Asians are ALDC and many admitted students are ALDCs and so

19   on.

20             Second point related to that is that 30 percent of

21   the admitted students are ALDCs.  So as I said, ignoring this

22   highly competitive group who are fairly likely to get in and

23   comprise almost a third of the overall admitted pool seems

24   completely nonsensical to me.  It seems like you're ignoring

25   a very big subgroup of people.

1          And finally, the ALDCs have very strong

2     characteristics.  So I'm going to show in a couple of slides

3     that they have higher characteristics than other students in

4     terms of many, many features.  And so their presence in the

5     model helps to pin down just how valuable some combinations

6     of these skills are or these attributes are.  And that's

7     important in understanding the competitive process for

8     getting into Harvard.

9     **Q.**  Turning to demonstrative 10.38, what does that show?

10    **A.**  This is a simple comparison of the share of ALDCs in the

11    overall applications pool, which is 5 percent.  So it's a

12    little bit smaller than the set of students that have three

13    strengths.  Remember, it was around 7 percent.  But like that

14    group, they are substantially overrepresented in the pool of

15    admitted students.  So they're 29 percent or six times more

16    likely to be admitted than other students.

17          MR. WAXMAN:  Please turn, Mr. Lee, to the next

18    demonstrative, 10.39.

19    **Q.**  What does this show?

20    **A.**  So this shows at a very high level differences between

21    ALDC and non-ALDC applicants and the comparison within ALDC

22    category and within non-ALDC category between whites and

23    Asians.

24          And I believe this is responsive to a question that

25    Her Honor raised some time ago in the trial which was --

1    **Q.**  Very prescient of you.

2    **A.**  The first column shows the overall admission rate for

3    ALDCs and non-ALDCs.  And so overall ALDCs as a group have

4    about a 44 percent admission rate, non-ALDCs about 5.5.

5         Amongst white applicants, 8 percent of white

6    applicants are ALDC, 92 percent are non-ALDC.  The admission

7    rate for white ALDCs is about 43.6 percent.

8         If we go over to Asian-American applicants, the

9    current share of Asian-American applicants on average in my

10   sample is 2 percentage points.  And the admission rate for

11   Asian-American ALDCs is 44.1 percent.  So consistent with

12   some of the stuff we were talking about before, even without

13   controlling for other factors, Asian students have a slightly

14   higher admission rate than white students if they're ALDC.

15        And looking now at the bottom row for non-ALDCs, in

16   the Asian group that's a larger fraction.  So 98 percent of

17   Asian students are there.  But again within the non-ALDC

18   group, one sees Asian admission rates are actually higher

19   than white admission rates.

20   **Q.**  And what implication does this have?

21   **A.**  Well, the most important implication I think is that in

22   understanding the Harvard admissions process and

23   understanding differences at a high level between these

24   groups, whites and Asians, it's very important to understand

25   the differences between ALDC and non-ALDC status.  So there

1    are very large differences between ALDC students and non-ALDC

2    students, not just their tips because of the process but

3    actually because of some other characteristics.

4            And I think that's a thing that Harvard itself has

5    known for a very long time.  In fact, it's one of the main

6    conclusions that came out of the Office of Civil Rights

7    analysis that was done back in the 1990s.  One of their main

8    conclusions was that this difference was very important in

9    understanding the process.

10   **Q.**  Would you please turn to Volume 2, Tab 9, and tell me

11   when you have Defense Exhibit 679.

12   **A.**  Yes.

13   **Q.**  What is it?

14   **A.**  It's two tables.  The first is ALDC attributes for

15   Asian-American and white students, and the second is

16   admission rates of ALDC applicants by race.

17           MR. WAXMAN:  Your Honor, we offer Defense

18   Exhibit 679.

19           MR. MORTARA:  No objection, Your Honor.

20           THE COURT:  Admitted.

21           (Defendant Exhibit No. 679 admitted.)

22   BY MR. WAXMAN:

23   **Q.**  Have these dynamics -- I'm sorry.  You answered that

24   question.

25           Now please turn to Tab 6 in Volume 2, which is

1    Defense Exhibit 674.

2    **A.**  Yes.

3    **Q.**  What is that?

4    **A.**  This is a summary, admission rates for applicants who are

5    non-athletic recruits, lineage applicants, on dean's or

6    director's list, children of Harvard faculty and staff,

7    ALDCs.

8          MR. WAXMAN:  Your Honor, we offer Defense

9    Exhibit 674.

10          MR. MORTARA:  No objection, Your Honor.

11          THE COURT:  This is the admission rate for

12    non-ALDCs.

13          THE WITNESS:  Yes.  Thank you, Your Honor.  My

14    apologies.  The titles get long in some of these things.

15          (Defendant Exhibit No. 674 admitted.)

16    BY MR. WAXMAN:

17    **Q.**  Earlier in the trial, did you hear or review testimony

18    about similar calculations done in the admissions office

19    known as NLNA admission rates?

20    **A.**  Yes.

21    **Q.**  Is it useful to calculate a non-legacy, non-athlete

22    admission rate or a non-ALDC admission rate?

23    **A.**  I certainly think it can be informative, yes.

24    **Q.**  Does that mean that you need to take legacy and athletes

25    out of your regression model?

1    **A.**  No, not at all.  My understanding is there is a large

2    difference in admission rates between ALDCs and non-ALDCs,

3    just as there's a large difference between admission rates of

4    students with two or three strengths and other students or

5    students with lots of other dimensions.

6              And my understanding is that Harvard has been aware

7    of the difference in admission rates between ALDCs and

8    non-ALDCs for a long time, and that might be one reason it

9    would make sense to keep track of it.

10   **Q.**  And does your regression model control for legacy and

11   athlete status?

12   **A.**  Yes, certainly.  All of my models would control for any

13   tip that that individual student gets on top of whatever

14   characteristics they have, yes.

15   **Q.**  Is it fair to say that including them in the model and

16   controlling in this way is basically a more elaborate way of

17   doing the simple descriptive comparison?

18   **A.**  Yes.  In my view, yes.

19   **Q.**  Now, let me ask you whether in your view there is a

20   downside in taking legacies and athletes completely out of

21   the model?

22   **A.**  Yes.  In my view, as I mentioned on my overview slide,

23   one downside of that is you're not really looking at the

24   actual applicant pool anymore when you try and fit your

25   model.  So your model is trying to evaluate who got in

1    without reference to this other 30 percent of the group that

2    got in.

3              So if you're trying to look at the relative value

4    of certain characteristics like are you intending to major in

5    humanities or something like that, and obviously the

6    admissions people are thinking about how many people are

7    going to be taking humanities this year, understanding, okay,

8    how many people in the ALDC group are going to take

9    humanities versus how many people in the non-ALDC are

10   intending to major in humanities or engineering or any of

11   these things would be extremely important.

12             Without that information in the model, the model

13   can't contextualize a lot of these other concerns for Harvard

14   correctly.

15   **Q.**  Professor Card, you mentioned that the ALDC applicants

16   are more likely to be admitted than other applicants.  Is

17   that just because they're ALDC applicants?

18   **A.**  No, not at all.

19   **Q.**  Please turn in your binder to Tab 27.  That's Volume 2,

20   Tab 27.

21   **A.**  Yes.

22   **Q.**  What is this?

23   **A.**  It's a set of slides -- tables showing predicted

24   probability of admission for ALDC and non-ALDC, a proportion

25   of ALDC and non-ALDC receiving ratings of 1 and 2.

Case: 19-2005    Document: 00117638230    Page: 761    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 650    Filed 04/18/19    Page 160 of 185

160

1          MR. WAXMAN:  Your Honor, we move defense

2    Exhibit 705 into evidence.

3          MR. MORTARA:  No objection, Your Honor.

4          THE COURT:  Admitted.

5          (Defendant Exhibit No. 705 admitted.)

6          MR. WAXMAN:  Please turn now, Mr. Lee, to

7    demonstrative 10.40.

8    BY MR. WAXMAN:

9    **Q.**  What does this show?

10   **A.**  So this is a simple comparison of ALDC and non-ALDC

11   applicants in terms of their probabilities of receiving

12   ratings of 1 or 2.

13          The first four sets of bars concern the profile

14   ratings that we've talked about before:  the academic rating,

15   personal rating, extracurricular rating, and athletic rating.

16          The next set of five bars refer to the teacher

17   ratings.  So each student has recommendation letters from two

18   teachers and a guidance counselor and there's a rating

19   assigned to them.

20          Then there's two ratings signed by alumni

21   interviewers.  One is alumni personal rating and one is the

22   alumni overall rating.

23          And then finally on the right, far right, I've

24   shown the fraction of the ALDC and non-ALDC who have three or

25   more strengths.  So in other words, three or more of these

1     profile ratings of 2 or better.  And as I noted before,

2     that's a very, very strong correlate of being admitted.

3              And you can see when you look across all of these

4     different categories that the ALDC group is substantially

5     stronger than the non-ALDC group.

6              And I would point out one thing you might be

7     concerned about in this comparison is the athletic rating.

8     Obviously the ALDC group includes athletic 1s, and so there's

9     a certain set there.  But even if one excludes the As, so

10    only looks at LDCs, the pattern looks the same.

11             In fact, on most of the other ratings, the LDCs are

12    substantially better than the As, so that comparison looks

13    quite good.  And this general pattern of higher ratings in

14    multidimensionality is very strongly true of the LDCs as well

15    as the ALDCs.

16    **Q.**  Just to be entirely clear, do any of these bars reflect

17    any admissions tip that is given to ALDC applicants?

18    **A.**  No.

19    **Q.**  Now, Dr. Arcidiacono excluded all of the ALDC applicants

20    from his model, correct?

21    **A.**  Yes.

22    **Q.**  Did he suggest a way in his report of dealing with ALDC

23    attributes other than excluding the ALDC applicants from the

24    model?

25    **A.**  Yes, he did.

1   **Q.**  Please turn to Tab 54 in your volume binder 2, and tell

2   me when you've found Plaintiff's Exhibit 435.

3   **A.**  Yes.

4   **Q.**  Do you see that this is Dr. Arcidiacono's rebuttal

5   report?

6   **A.**  Yes.

7          MR. WAXMAN:  Mr. Lee, can we zoom in on page 36,

8   the sentence beginning, "It is thus essential."

9   **Q.**  Professor Card, can you just read us the sentence, that

10  sentence.

11  **A.**  Yes.  The sentences that follow are when he says "these

12  applicants," he's talking about ALDCs.

13         "It is thus essential to either, one, remove these

14  applicants from the analysis; or two, allow for the

15  possibility that the effect of race is different for these

16  applicants, i.e., interacting these variables with race."

17  **Q.**  Okay.  And you didn't remove the ALDC applicants from

18  your analysis, correct?

19  **A.**  Correct.  I did not.

20  **Q.**  Did you instead try Dr. Arcidiacono's alternative

21  suggestion?

22  **A.**  Yes, I did.

23  **Q.**  And what did you do?

24  **A.**  Well, exactly following his suggestion, what I did was I

25  took the model that I used, my main or preferred model, and I

1   included a set of interactions for each of the A and the L

2   and the D and the C category that allow those tips to vary by

3   race.

4          So for example, if one was concerned that the

5   legacy tip applied differently to African-Americans than to

6   other groups and that somehow was causing problems for my

7   model, then this would be one way to get at that.

8   **Q.**  Please turn to Tab 21 in Volume 2.  Do you find Defense

9   Exhibit 697?

10  **A.**  Yes.

11  **Q.**  What does it show?

12  **A.**  This is a summary exhibit, average marginal effect of

13  Asian-American ethnicity in Professor Card's model

14  interacting ALDC attributes with race.

15  **Q.**  Is that the attributes you just described?

16  **A.**  Yes.

17          MR. WAXMAN:  Your Honor, we offer Defendant's

18  Exhibit 697 into evidence.

19          MR. MORTARA:  No objection.

20          THE COURT:  Admitted.

21          (Defendant Exhibit No. 697 admitted.)

22          MR. WAXMAN:  Mr. Lee, let's now turn to

23  demonstrative 10.41.

24  BY MR. WAXMAN:

25  **Q.**  What does this show?

Case: 19-2005    Document: 00117638230    Page: 765    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 164 of 185

164

1   **A.**   This is the estimation results from following that

2   procedure.  Now I'm doing exactly what Professor Arcidiacono

3   suggested, which is to interact each of A and L and D and C,

4   each of the tips associated with those four categories with

5   all the different racial groups from the model.

6          And I'm showing the average marginal effects of

7   Asian-American ethnicity year by year and on average in my

8   model.

9          And it's really quite remarkable how similar these

10  are to the estimates from my baseline model.  So they're

11  essentially identical.  So none of them are statistically

12  significant.  Three are negative and three are positive on a

13  year-by-year basis, again none statistically significant.

14  And the average is minus 0.05 and is not statistically

15  different than zero.

16  **Q.**   And so what does this tell you about the statistically

17  significant negative effect of Asian-American ethnicity in

18  the admissions process, allowing for the effect of being an

19  ALDC applicant to vary by race?

20  **A.**   It says that it makes no difference at all in the

21  assessment of the average marginal effects year by year on

22  average.

23  **Q.**   Did you in your analysis try excluding any group of the

24  ALDC applicants from your model?

25  **A.**   Yes.  Professor Arcidiacono in his rebuttal, second

1    report, basically fits what he calls an extended sample but

2    now excluding athletes.  So he's made a special case that

3    athletes should be excluded in some sense no matter what.

4           And so what I did was I took my model and simply

5    excluded athletes to see how different the results would be.

6    Q.  Would you please turn to Tab 20 in Volume 2.  Do you find

7    Defense Exhibit 696?

8    A.  Yes.

9    Q.  What is this document?

10   A.  The first table is average marginal effect of

11   Asian-American ethnicity in Professor Card's model when

12   recruited athletes are excluded.  And the second is a summary

13   table that shows the average marginal effect comparing

14   different choices between my model and his model when

15   athletes are excluded.

16          MR. WAXMAN:  Your Honor, we offer defense

17   Exhibit 696 into evidence.

18          MR. MORTARA:  No objection.

19          THE COURT:  Admitted.

20          (Defendant Exhibit No. 696 admitted.)

21          MR. WAXMAN:  Let's turn, Mr. Lee, to the next

22   demonstrative 10.42.

23   BY MR. WAXMAN:

24   Q.  And let me ask you, Dr. Card, to please explain what this

25   is looking at and what you found.

1    **A.**   So this is the results of estimation from my model, now

2    excluding recruited athletes entirely from the analysis.

3         And I'm showing estimated average marginal effects

4    year by year and on average across the six years, exactly in

5    the format of all the other tables that I've presented.

6         And you can see that the average marginal effects

7    year by year are very similar to the ones that we've seen in

8    previous tables.  The average marginal effect across all the

9    years is minus 0.02 versus minus 0.05, so it's a tiny bit

10   different but not in any important way different.

11        None of these are statistically significant, just

12   as in my main model.

13   **Q.**   So is it fair to say that even excluding recruited

14   athletes, as Professor Arcidiacono does even in his expanded

15   model, shows no statistically significant average marginal

16   effect of Asian-American ethnicity on admissions

17   probabilities?

18   **A.**   Yes.

19        MR. WAXMAN:  So let's put up, Mr. Lee, please,

20   DD 10.37 again.

21   **Q.**   So just to recap, can you summarize again why you

22   included ALDCs in your model?

23   **A.**   Yes.  So just to summarize, my understanding of the

24   process, the results of reading a lot of depositions and

25   listening to the trial and so on as well as documentary

1    materials put together by Harvard itself, including like web

2    questions about who's included in the process and not, all of

3    that to me says that ALDCs are, in fact, part of the process.

4            Secondly, they are a very important part of the

5    overall admitted pool.  So it's true that they're

6    underrepresented in the set of applicants, but like other

7    students who are strong -- and I've shown these students are

8    particularly strong in many, many dimensions -- they're more

9    likely to be admitted than other students.  So they end up

10   representing 30 percent of the admissions pool.

11           And so I think it's important to understand the

12   process and the composition of the class to understand that

13   group and include them in the analysis.

14           And finally, as I emphasized, the third point, if

15   you're trying to understand the way that Harvard's admissions

16   committee is evaluating different factors in some kind of

17   context vis a vis the rest of the class, then throwing away a

18   third of the people who will be admitted just is not going to

19   work because you're not going to be able to look at who was

20   being compared to who in that evaluation process.

21   **Q.**  Let's now turn to defense demonstrative 10.43.  And now

22   let's go to the second line of your demonstrative showing the

23   major differences in modeling, how you dealt with six years

24   of data in your -- the six years of data at issue here.

25           Did you run your model on a year-to-year basis?

**A.** I did, yes.

**Q.** And why did you do that?

**A.** Well, there's a variety of reasons. I'm going to summarize them at a high level in the next slide, I believe. Yes.

**Q.** Let's by all means see the next slide.

MR. WAXMAN: Mr. Lee. Thank you.

**A.** So one reason just conceptually is that the process is year by year and so fitting a year-by-year model seems a straightforward way to deal with that, and very intuitive and obvious.

A second reason is that in the early years of the sample, Harvard had dropped early action, as we heard President Simmons talking about, when they experimented with getting rid of early action and then brought it back.

So the process was somewhat different. So different issues were at play, I think, in terms of understanding admissions decisions potentially. And so I want to have a year-by-year model to allow things to be different in the early action in different years.

A third issue is that over time, my understanding -- and I think the evidence shows this is true. My understanding is that Harvard is gradually having different priorities for who it would like to look for.

For example, just before my sample got started,

Case: 19-2005    Document: 00117682230    Page: 770    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 169 of 185

169

1    they opened up the School of Engineering and Applied Science,

2    a major initiative for them.  So they are looking for

3    building up the computer science department, which is many,

4    many top departments are trying to do that over this period.

5    So their priorities are changing.

6              Related to that but somewhat different is the

7    applicants are changing.  So an example I think that's

8    important, certainly at my university and I believe at

9    Harvard as well, is fewer and fewer applicants each year are

10   applying for certain fields like humanities.  So the

11   characteristics of the students are changing.

12             A fifth reason is that there's different codings of

13   different variables in different years.

14             So for instance, Harvard has a so-called docket

15   system.  And they actually changed the docket system and

16   introduced a new docket from the first year to the later

17   years of the sample.  So it's I think important to think

18   about that kind of coding.

19             And that kind of coding difference affects quite a

20   few different variables.  It affects the fraction of students

21   who are, for instance, coded as disadvantaged changed from

22   year to year.  And as I'll show below, the fractions are

23   coming -- fractions of students who are classified with

24   different parental occupation and so on changes.

25             Finally, not shown on the slide, but there's a

1    sixth set of reasons.  So purely from a statistical point of
2    view, not substantive -- I would think of these as
3    substantive reasons.
4          But purely from a statistical point of view,
5    there's a couple of important features of a year-by-year
6    model.  So first I'm going to show that fitting a
7    year-by-year model gives rise to a model that has more
8    explanatory power.  So that's usually considered a superior
9    feature.  I'm going to show it gives rise to an estimated
10   marginal effect that's more precise or more powerful.  So
11   it's got higher statistical power.
12         And finally, as I showed in my report, there's a
13   formal statistical way to see whether a year-by-year model is
14   preferred over a model that's pooled.  And that kind of
15   statistical test prefers the year-by-year model.
16   **Q.**  Would you please turn, Professor Card, to Tab 25 in the
17   same volume, Volume 2, and tell me when you've found Defense
18   Exhibit 703.
19   **A.**  Yes.
20   **Q.**  What is Defense Exhibit 703?
21   **A.**  So this is an exhibit showing graphically proportion of
22   applicants by intended concentration in different years.
23         MR. WAXMAN:  We offer defense Exhibit 703, Your
24   Honor.
25         MR. MORTARA:  No objection.

```
 1              THE COURT:  Admitted.
 2              (Defendant Exhibit No. 703 admitted.)
 3   BY MR. WAXMAN:
 4   Q.   Turn to Tab 26, please, in the same volume.
 5   A.   Yes.
 6   Q.   Do you find Defense Exhibit 704?
 7   A.   I do, yes.
 8   Q.   And what does this show?
 9   A.   It's two exhibits, one showing the number of Harvard
10   applicants receiving an application fee waiver by year, and
11   one showing the number of Harvard applicants identified as
12   disadvantaged by year.
13              MR. WAXMAN:  We offer defense Exhibit 704.
14              MR. MORTARA:  No objection.
15              THE COURT:  Admitted.
16              (Defendant Exhibit No. 704 admitted.)
17   BY MR. WAXMAN:
18   Q.   And, Professor Card, did you also calculate an average of
19   the year-by year results?
20   A.   Oh, yes, certainly.  That's what I'm always doing in the
21   bottom row of my tables.  I'm always showing an average
22   across all the years.
23   Q.   And can you explain to the Court why you do that?
24   A.   Yes.  So my understanding is that these six years are the
25   issues -- are the years under contention.
```

Case: 19-2005   Document: 00117638230   Page: 773   Date Filed: 07/30/2029   Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 172 of 185

172

 1          So what's important to understand would be the

 2     average difference between Asian students and white students

 3     that remain on average across these eight years.  So finding

 4     the average marginal effect across those six years would be

 5     the appropriate thing to do, and that's what I tried to do.

 6     **Q.**  Did you hear Dr. Arcidiacono testify that his model

 7     allows for more "statistical power" for some of the

 8     coefficients?

 9     **A.**  Yes.

10     **Q.**  Do you agree with that?

11     **A.**  I agree that it potentially allows statistical power for

12     certain kinds of coefficients.  But for the coefficient

13     that's fundamental to this case, which is the average

14     marginal effect for Asian-American applicants as a whole, the

15     average across all Asian and other students and assessing

16     that average effect, it's not correct.

17          In fact, if you look at and compare the statistical

18     power, precision of the estimates from his model versus my

19     model, my model is superior.  It has a higher statistical

20     power.

21     **Q.**  Did you examine how the precision of you -- I think you

22     answered this, but let me just make it clear.

23          Did you examine the precision of your model and how

24     it compares to the precision of Dr. Arcidiacono's model?

25     **A.**  I did.  I did that directly, yes.

Case: 19-2005     Document 00117638239     Page: 774     Date Filed: 07/30/2020     Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 173 of 185

173

1    **Q.**  Would you please turn to or can we now have defense

2    demonstrative 10.45.

3            And using demonstrative 10.45, can you explain what

4    you found?

5            THE COURT:  Are you going to now explain about what

6    you mean by "statistical power"?

7            THE WITNESS:  Yes.  Yes, Your Honor, I'm going to

8    try.

9            THE COURT:  If you think you've already done it,

10   you've lost me.  So keep going.

11           MR. WAXMAN:  And the examiner.

12           THE WITNESS:  Yes.  What the term means, it has a

13   formal and statistical meaning, but I'm not going to try and

14   explain that because that's hopeless and not very useful.

15           What I'm going to do instead is what it's used to

16   kind of mean informally.  It means that what you're trying to

17   do is get an estimate of something like, for instance, the

18   average marginal effect that you can say is as precisely

19   estimated as possible.

20           So "precisely estimated" means that when you get

21   that estimate it's less likely to have occurred by chance,

22   given the estimate that you got.  And so it means that for a

23   given estimate if both of us have an average marginal effect

24   of 2, say an estimate, one of those could be statistically

25   significant and one might not be.

1          The one that is statistically significant, the

2     reason why it's statistically significant is because that

3     model had more power.  It was able to say, well, this given

4     estimate, this 2 percentage point difference is different

5     than zero.  The other model, the weaker model is not able to

6     do that.

7          Does that help answer it?

8          THE COURT:  How do you get to the power

9     measurement?

10         THE WITNESS:  Okay.  Thank you.  That's what this

11    slide is meant to do.  So the way that we assess statistical

12    power is by something called a standard error, which is an

13    assessment of the range of values that could have

14    generated -- very closely related to the range of values that

15    could have estimated the estimate that you got by chance.

16         So if the standard error is large, it means that I

17    have an estimate.  That particular estimate could have come

18    about even though the truth is in a very wide range,

19    including, for instance, zero, which is always an important

20    reference point.

21         So having a small standard error, on the other

22    hand, means that I've got an estimate and the range of

23    possible values of the truth that could have given rise to

24    that estimate is quite narrow.

25         So a powerful model has a small standard error,

1   which means that you went into the data, you estimated your

2   model, you had a lot of power, you were able to get an

3   estimate that when you see that estimate, you know the range

4   of possible values of the truth that could have estimated it

5   is quite small.

6           And I apologize.  The way statisticians think about

7   these problems is completely unintuitive for many people,

8   including all of my students for six, seven years.  But

9   that's what it means.

10          THE COURT:  Is this .14 and .15, is that

11  statistically significant or are you telling me the two

12  models are of equal strength?

13          THE WITNESS:  Actually that's a separate issue.  I

14  don't actually know if it's statistically significant.

15          I would say that my model is slightly more

16  powerful.  It's certainly not less powerful.  There would be

17  a potential way to assess whether it's significantly more

18  powerful, but I am not asserting that.

19          MR. WAXMAN:  Your Honor, I'm about to move to

20  another subtopic.  I don't know what Your Honor's pleasure is

21  in terms of scheduling today.

22          THE COURT:  Just for my own brain power, I'd rather

23  not stop in the middle of a topic.  Is your next topic going

24  to be more or less than ten minutes?

25          MR. WAXMAN:  I think that it will be --

 1          THE COURT:  And what's the statistical strength of
 2   your estimate?
 3          MR. WAXMAN:  Exceptionally weak.  It's barely
 4   statistically -- it's barely confidently above zero.  Yes, it
 5   is -- I can do it in ten minutes.
 6          THE COURT:  I'm happy to take the ten minutes.
 7          MR. WAXMAN:  I have to say that I'm feeling the
 8   burden of yet another fire drill, so I'm happy to press on.
 9          THE COURT:  It's been a long day.  Are you okay
10   keeping going ten more minutes?
11          THE WITNESS:  Yes, Your Honor.
12          THE COURT:  Anybody else have any serious
13   objections to ten more minutes?  Let's go.
14   BY MR. WAXMAN:
15   **Q.**  Professor Card, please turn to --
16          MR. WAXMAN:  Or Mr. Lee, please put up defense
17   demonstrative 10.46.
18   **Q.**  And going back to this, what is the third line showing?
19   **A.**  So this line is summarizing the set of variables that are
20   included as part of the -- in my view, are included as part
21   of the actual admissions process.
22          So this would be parental occupation, intended
23   career, staff interview, personal rating.  Included in my
24   model but excluded from Professor Arcidiacono's model.
25   **Q.**  And why did you include these variables in your model?

**JA2927**

Case: 19-2005     Document: 00117632230     Page: 778     Date Filed: 07/30/2020     Entry ID: 6356615
Case 1:14-cv-14176-ADB   Document 650   Filed 04/18/19   Page 177 of 185

177

1     **A.**   Well, as I said, my understanding is that each of these

2     variables is, in fact, used by admission officers in

3     evaluating candidates.  I think there's substantial testimony

4     from officers in previous depositions.  There's also, for

5     example, in some of the case studies that were talked about

6     as part of the training materials for admissions officers,

7     many of these issues are mentioned.

8     **Q.**   Now, you mentioned earlier when you were talking about

9     should I or should I not retire, since I'm on the bubble,

10    that omitting factors can cause bias.

11             Can you just remind us what that concern is?

12    **A.**   Yes.  The concern is that there's some characteristic of

13    one group of students relative to another that's somewhat

14    different and that that characteristic is evaluated or valid

15    in the admissions process.

16             And if you don't take account of the difference in

17    that characteristic, then it will become part of the

18    unobserved component of the model.  And the model, not

19    knowing what's going on, will essentially assign that

20    difference as part of the average marginal effect between the

21    two groups.

22    **Q.**   And is omitted-variable bias a concern with the variables

23    that Dr. Arcidiacono has omitted from his model?

24    **A.**   Yes.  In each case I believe that there's a substantial

25    concern with omitting each of these variables because each of

1    them is, in fact, part of the admissions process and has some

2    power in the statistical model of the admissions process.

3    And each of them differs somewhat between Asian and white

4    students.

5    **Q.**  I see.  And my next question was why.

6              Is the why that these factors vary by race?

7    **A.**  Yes, somewhat.

8    **Q.**  And they can be associated with admissions outcomes?

9    **A.**  Yes.

10   **Q.**  What is the effect of omitting the intended career,

11   parental occupation, and staff interview factors in

12   Dr. Arcidiacono's model?

13   **A.**  Well, I think as we showed in the walk-through slide

14   where we go from his model to my model, if one starts with my

15   model and excludes that three sets of variables, then it

16   makes a minor technical adjustment for the interactions.

17   Then the effect of estimated average marginal effect of

18   Asian-American ethnicity becomes negative and statistically

19   significant.

20   **Q.**  I think there are many factors.  I think your model

21   accounts for 200 factors every year.

22             Among those factors, are there other factors which

23   if omitted from your model would have produced the opposite

24   effect?

25   **A.**  Yes, certainly.

1   **Q.**  Did you exclude any variables, any factors that would

2   have produced the opposite effect?

3   **A.**  I didn't, no.

4   **Q.**  Did you hear Dr. Arcidiacono -- let me ask you, did

5   Dr. Arcidiacono exclude any factors which if omitted would

6   have produced the opposite effect?

7   **A.**  Not to the best of my knowledge, no.

8   **Q.**  Did you hear Dr. Arcidiacono refer to "overfitting a

9   model"?

10  **A.**  Yes.

11  **Q.**  What does "overfitting" mean?

12  **A.**  So overfitting is an issue that arises particularly when

13  one has a relatively small sample and one is concerned that

14  when one adds a spurious set of variables, a set of variables

15  that isn't really part of the process, like hat size or eye

16  color, those kind of variables, variables that don't really

17  belong in the model, including those variables in the model

18  can lower the statistical power of the model and lead to a

19  situation where when they're included in the model, an effect

20  won't necessarily change very much, the estimated effect, but

21  it could become statistically insignificant.

22          So overfitting arises when these extra variables

23  are included and kind of reduce the power of the model.

24  **Q.**  Do you have any concern that your model was overfitted?

25  **A.**  I don't, no.

```
 1              MR. WAXMAN:  Did I make my ten minutes?

 2              THE COURT:  Was that -- I don't?

 3              THE WITNESS:  Yes, I don't.

 4              THE COURT:  Was that K-N-O-W or I don't, no.

 5              THE WITNESS:  Your Honor, I apologize.  I don't

 6      have any concern that my model is overfitted.

 7              MR. WAXMAN:  Your Honor, that's the end of this

 8      little mini segment.

 9              THE COURT:  This seems like a good place to stop

10      then.  9:30 tomorrow?  Karen, is that good for us?  9:30

11      tomorrow.  Do you want to try and start a little earlier to

12      account for the earlier recess, or do you think we're on

13      track?

14              MR. WAXMAN:  I would have loved to be another half

15      an hour, 45 minutes beyond.  If Your Honor wants to start at

16      9:00, it's totally fine with me.

17              MR. MORTARA:  Completely fine with me, Your Honor.

18      I know we're leaving early tomorrow, so it would be more than

19      fine for me.

20              THE COURT:  That's exactly why I'm trying to build

21      in the extra time.  I'm not sure I can effectively do 9:00.

22      Why don't we shoot for 9:15 and then we can shorten up the

23      lunch break a little bit, too, and get back to the number of

24      minutes.

25              MR. WAXMAN:  Thank you.
```

```
 1              MR. MORTARA:  Your Honor, I have one more thing,

 2    which is we've resolved, I think, all the issues with the

 3    exhibits with the demonstrative exhibit except for one where

 4    I asked for some changes to be made.  It's Defendant 692.

 5    We'll talk about it in the evening.  Hopefully there will be

 6    nothing tomorrow.

 7              THE COURT:  I'll get out here as close to 9:00 or

 8    9:15 as I can tomorrow.  If we need a sidebar first, we'll

 9    take it.

10              MR. MORTARA:  Your Honor, I'd offer plaintiff's

11    demonstratives 23 to plaintiff's demonstrative 38.  Those are

12    demonstratives used for Kahlenberg's and --

13              THE COURT:  I'm sorry.  23 to 28?  Is that what you

14    just said?

15              MR. MORTARA:  PD23 to PD38.

16              THE COURT:  Mr. Waxman, I take there is no

17    objection to those?

18              MR. WAXMAN:  No objection.

19              THE COURT:  So those are all admitted.

20              (Plaintiff Exhibit Nos. PD23 to PD38 admitted.)

21              MR. WAXMAN:  Just to be clear, those are only the

22    ones that went in.  Mr. Kahlenberg testified --

23              THE COURT:  Take a look at them tonight, 23 to 38.

24              (Court recessed at 4:00 p.m.)

25
```

**JA2932**

```
 1                    - - - - - - - - - - -

 2                        CERTIFICATION

 3

 4          I certify that the foregoing is a correct

 5     transcript of the record of proceedings in the above-entitled

 6     matter to the best of my skill and ability.

 7

 8

 9

10     /s/ Joan M. Daly                    October 30, 2018

11     _____           _____

12     Joan M. Daly, RMR, CRR           Date
       Official Court Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                        INDEX OF WITNESSES

2     WITNESS                                              PAGE

3

      RUTH SIMMONS
4
          Examination By Mr. Waxman .........................   6
5         Examination By Mr. Connolly .......................  56

6

      DAVID CARD
7
          Examination By Mr. Waxman .........................  73
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case: 19-2005    Document: 00117683230    Page: 785    Date Filed: 07/30/2020    Entry ID: 6356615
Case 1:14-cv-14176-ADB    Document 650    Filed 04/18/19    Page 184 of 185

184

```
1                    E X H I B I T S

2
     Defendant Exhibit                                    Received
3
         133      ....................................      74
4
         134      ....................................      21
5
         669      ....................................      84
6
         671      ....................................      85
7
         672      ....................................      85
8
         673      ....................................      98
9
         674      ....................................     157
10
         679      ....................................     156
11
         686      ....................................     138
12
         693      ....................................     122
13
         695      ....................................     145
14
         696      ....................................     165
15
         697      ....................................     163
16
         703      ....................................     171
17
         704      ....................................     171
18
         705      ....................................     160
19
         706      ....................................     153
20
         707      ....................................     141
21

22

23

24   ^ Government ^ Plaintiff Exhibit                      Received

25       PD23     ....................................     181
                  ....................................     181
```

**JA2935**

1    PD24     ....................................

2    PD25     ....................................    181

3    PD26     ....................................    181

4    PD27     ....................................    181

5    PD28     ....................................    181

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF SERVICE**

I mailed copies of this appendix to the Court and to the following counsel:

William F. Lee
Felicia H. Ellsworth
Andrew S. Dulberg
Elizabeth Connell Mooney
Joseph H. Mueller
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
william.lee@wilmerhale.com
felicia.ellsworth@wilmerhale.com
andrew.dulberg@wilmerhale.com
elizabeth.mooney@wilmerhale.com
sarah.frazier@wilmerhale.com
joseph.mueller@wilmerhale.com


Dated: February 18, 2020            *s/ William S. Consovoy*