No. 19-2005

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiff-Appellant*,

*v.*

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Defendant-Appellee*,

On Appeal from the United States District Court for the District of Massachusetts in Case No. 1:14-cv-14176-ADB, Judge Allison D. Burroughs

**PARTIES' RESPONSE TO RENEWED MOTIONS OF UNITED STATES AND STUDENT AND ALUMNI ORGANIZATIONS FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**

| | |
|---|---|
| WILLIAM S. CONSOVOY<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd, Suite 700<br>Arlington, VA  22209<br>(703) 243-9423<br>will@consovoymccarthy.com | SETH P. WAXMAN<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>(202) 663-6000<br>Seth.Waxman@wilmerhale.com |
| *Counsel for Plaintiff-Appellant* | *Counsel for Defendant-Appellee* |

July 31, 2020

Three amici or groups of amici have renewed their requests for leave to participate in oral argument in this case—(1) amici Student, Alumni, and Prospective Students of Harvard College ("Student Amici"), who filed a motion on July 29 seeking leave to present argument in support of Harvard's position in this case; (2) amici Coalition for a Diverse Harvard, et al. ("Student Organizations Amici") who filed a motion on July 30, also seeking leave to present argument in support of Harvard's position; and (3) amicus the United States, which filed a motion on July 31 seeking leave to present argument in support of the position of appellant Student for Fair Admissions ("SFFA"). The Court has granted Student Amici's motion; the remaining motions are still pending.

Harvard and SFFA do not object to the participation of amici in oral argument, but believe that—should the Court decide to allow amici to participate in oral argument—it is essential that the parties to this case, Harvard and SFFA, have equal and adequate time for oral argument. In addition, as a matter of fairness, if any amici are allowed to argue, then the parties agree that Harvard and any amici supporting its position should have the same amount of *total* time to argue as SFFA and its amicus. Thus, Harvard and SFFA oppose any proposal that would result in either (a) either SFFA or Harvard having more time at oral argument than the other party, or (b) either SFFA or Harvard and their amicus/i

having more total time at oral argument than the other party and its amicus/i supporting its position.

The parties therefore respectfully and jointly suggest that Harvard and SFFA each be allocated 25 minutes of oral argument time, and that amici be allocated whatever additional oral argument time, if any, that the Court deems appropriate, but that the total time allocated to amici for oral argument be equal on both sides. That allocation should be sufficient for the parties to present their case, for amici to present any distinct perspective should the Court allow them to argue, and for the Court to have adequate time to question counsel.

                    Respectfully submitted.

| /s/ William S. Consovoy | /s/ Seth P. Waxman |
|---|---|
| WILLIAM S. CONSOVOY | SETH P. WAXMAN |
| CONSOVOY MCCARTHY PLLC | WILMER CUTLER PICKERING |
| 1600 Wilson Blvd, Suite 700 |   HALE AND DORR LLP |
| Arlington, VA 22209 | 1875 Pennsylvania Avenue, NW |
| (703) 243-9423 | Washington, DC 20006 |
| will@consovoymccarthy.com | (202) 663-6000 |
| | Seth.Waxman@wilmerhale.com |
| *Counsel for Plaintiff-Appellant* | *Counsel for Defendant-Appellee* |

July 31, 2020

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d) and 32(g), the undersigned hereby certifies that this response complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).

1. The response contains 357 words.

2. The motion has been prepared in proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font as provided by Fed. R. App. P. 32(a)(5)-(6). As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

/s/ Seth P. Waxman
SETH P. WAXMAN
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

July 31, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Seth P. Waxman
SETH P. WAXMAN
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000
Seth.Waxman@wilmerhale.com