# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form by the deadline indicated in the Calendaring Notice issued by the court and, in any regard, no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 19-2005

Case Name: Students for Fair Admissions v. President & Fellows of Harvard

Date of Argument: September 16, 2020

Location of Argument:  ☑ Boston    ☐ Puerto Rico    ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Amici Curiae Students, Alumni, and Prospective Students of Harvard College

Attorney Name: Jon Greenbaum                First Circuit Bar No.: 95913

Phone Number: 202-662-8315                  Fax Number: 202-783-0857

Email: jgreenbaum@lawyerscommittee.org

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_____                    August 4, 2020
(Signature)                                  (Date)