IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

No. 19-2005

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff-Appellant

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Defendant-Appellee

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE FOR THE
UNITED STATES AS AMICUS CURIAE

_____

Pursuant to First Circuit Local Rule 12.0, the United States respectfully moves for leave to file a notice of appearance for Eric S. Dreiband as counsel of record for amicus curie United States. In support of this motion, the United States provides the following:

1. On February 25, 2020, the United States filed an amicus brief in support of plaintiff-appellant Students for Fair Admissions, Inc. and urging reversal, pursuant to Federal Rule of Appellate Procedure 29(a). As the head of the Civil

Rights Division of the United States Department of Justice, Assistant Attorney General Eric S. Dreiband's name appeared in the signature block on that brief.

2. On July 31, 2020, the United States filed a renewed motion for leave to participate in oral argument in this case. That renewed motion stated (at p. 4) that, if the Court granted the motion, Assistant Attorney General Eric S. Dreiband would present oral argument on behalf of the United States.

3. On August 3, 2020, this Court granted the United States' renewed motion for leave to participate in oral argument.

Based on the foregoing, the United States respectfully requests that this Court grant this motion for leave to file a notice of appearance for Eric S. Dreiband. A proposed notice of appearance is attached.

                                         Respectfully submitted,

                                         s/ Eric S. Dreiband
                                         ERIC S. DREIBAND
                                           Assistant Attorney General

                                         THOMAS E. CHANDLER
                                         MATTHEW J. DONNELLY
                                          Attorneys
                                           U.S. Department of Justice
                                           Civil Rights Division
                                           Appellate Section
                                           Benjamin Franklin Station
                                           P.O. Box 14403
                                           Washington, D.C.  20044-4403
                                           (202) 305-5512

## CERTIFICATE OF COMPLIANCE

I certify that the attached MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE FOR THE UNITED STATES AS AMICUS CURIAE:

(1)  complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 214 words; and

(2)  complies with the typeface requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it meets the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) having been prepared in a proportionally spaced typeface using Microsoft Word 2019, in 14-point Times New Roman font.

                                              s/ Eric S. Dreiband                           
                                              ERIC S. DREIBAND
                                                Assistant Attorney General

Dated:  August 4, 2020

## CERTIFICATE OF SERVICE

I certify that on August 4, 2020, I electronically filed the foregoing MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE FOR THE UNITED STATES AS AMICUS CURIAE with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                               s/ Eric S. Dreiband
                                               ERIC S. DREIBAND
                                                 Assistant Attorney General