# United States Court of Appeals
## For the First Circuit

---

## NOTICE OF APPEARANCE

**No.** 19-2005          **Short Title:** SFFA v. Harvard

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>United States of America</u> as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

*Eric S. Dreiband*                          08/04/2020
Signature                                   Date

Eric Dreiband
Name

United States Department of Justice          202-305-5512
Firm Name (if applicable)                    Telephone Number

950 Pennsylvania Avenue, NW                  _____
Address                                      Fax Number

Washington, DC 20530                         Eric.Dreiband@usdoj.gov
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: 1194914

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes   Court of Appeals No. 15-1823

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print          Reset