# United States Court of Appeals
## For the First Circuit

No. 19-2005

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Appellant

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

Defendant - Appellee

THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS

Defendant

### ORDER OF COURT

Entered: August 5, 2020

Attorney Eric S. Dreiband's motion for late appearance is allowed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Paul M. Sanford
William S. Consovoy
Patrick N. Strawbridge
Thomas R. McCarthy
John Michael Connolly
Cameron Thomas Norris
Adam K. Mortara
John M. Hughes
Felicia H. Ellsworth
Seth P. Waxman
Ara B. Gershengorn
William F. Lee

Joseph J. Mueller
Paul R.Q. Wolfson
Debo P. Adegbile
Andrew S. Dulberg
Michelle Liszt Sandals
Brittany Amadi
Danielle Conley
Alex Hemmer
Emma Simson
Gregory M. Schmidt
Sigmund D. Schutz
Eric Grant Penley
Janai Nelson
Jin Hee Lee
Sherrilyn Ann Ifill
Rachel Kleinman
Cara McClellan
Jennifer A. Holmes
Michaele N. Turnage Young
Samuel Spital
Kenneth N. Thayer
Kathryn R. Cook
Dwight Gerard Duncan
Dennis J. Saffran
Jessica Lynn Ellsworth
Natashia Tidwell
Stephanie J. Gold
Matthew J. Higgins
Thomas E. Chandler
Donald Campbell Lockhart
Elliott M. Davis
Matthew J. Donnelly
Eric Dreiband
Madeleine Kristine Rodriguez
Sarah Burg
Marc John Randazza
Gordon M. Fauth Jr.
Richard J. Rosensweig
Sarah Elaine Harrington
Jon M. Greenbaum
Lawrence E. Culleen
Nancy Leeds Perkins
Steven L. Mayer
Emma Dinan
Oren McCleary Sellstrom
Janine Marie Lopez

Genevieve Bonadies Torres
Elisabeth S. Theodore
David Hinojosa
Eri Andriola
Lawrence L. Crawford
Seth B. Orkand
Matthew S. Hellman
Ishan Kharshedji Bhabha
Bradley N. Garcia
Apalla U. Chopra
Patrick D. McKegney
Anton Metlitsky
Ruth A. Bourquin
Matthew R Segal
Jessie J. Rossman
Sarah Hinger
Randall Baldwin Clark
Adam R.F. Gustafson
Jin Hee Lee
Peter Antonelli
Douglass C. Lawrence
Joshua P. Thompson
Wencong Fa
Derek Tam Ho
Bradley Oppenheimer
Joseph Wenner
Xiaoying Yu
Haiying Li
Yong Li
Jun Xiao
Timothy J. Perry
Cody J. Wisniewski
T. Elliot Gaiser
Jaime Ann Santos
William E. Evans III
Sabrina Rose-Smith
Peter F. Neronha
Maura T. Healey
Elizabeth N. Dewar
Karl A. Racine
Brian E. Frosh
Hector H. Balderas
Xavier Becerra
Mark R. Herring
Josh Shapiro
Aaron M. Frey

Kwame Raoul
Aaron D. Ford
Kathleen Jennings
Letitia James
Keith Ellison
Clare E. Connors
Philip J. Weiser
Ann E. Lynch
David Urena
Mark S. Davies
Thomas Mark Bondy
E. Joshua Rosenkranz
Keefe Bryant Clemons
Katie Kopp
Sarah Hartman Sloan
Darren Teshima
Sheila Baynes
Dean Richlin
Samuel P. Groner
Harrison David Polans