# United States Court of Appeals
## For the First Circuit

No. 19-2005

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff, Appellant,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Defendant, Appellee.

**JUDGMENT**

Entered: November 12, 2020

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. No costs are awarded.

By the Court:

Maria R. Hamilton, Clerk

cc: Paul M. Sanford, William S. Consovoy, Patrick N. Strawbridge, Thomas R. McCarthy, John Michael Connolly, Cameron Thomas Norris, Adam K. Mortara, John M. Hughes, Felicia H. Ellsworth, Seth P. Waxman, Ara B. Gershengorn, William F. Lee, Joseph J. Mueller, Paul R.Q. Wolfson, Debo P. Adegbile, Andrew S. Dulberg, Michelle Liszt Sandals, Brittany Amadi, Danielle Conley, Alex Hemmer, Emma Simson, Gregory M. Schmidt, Sigmund D. Schutz, Eric Grant Penley, Janai Nelson, Jin Hee Lee, Sherrilyn Ann Ifill, Rachel Kleinman, Cara McClellan, Jennifer A. Holmes, Michaele N. Turnage Young, Samuel Spital, Kenneth N. Thayer, Kathryn R. Cook, Dwight Gerard Duncan, Dennis J. Saffran, Jessica Lynn Ellsworth, Natashia Tidwell, Stephanie J. Gold, Matthew J. Higgins, Thomas E. Chandler, Donald Campbell Lockhart, Elliott M. Davis, Matthew J. Donnelly, Eric Dreiband, Madeleine Kristine Rodriguez, Sarah Burg, Marc John Randazza, Gordon M. Fauth Jr., Richard J. Rosensweig, Sarah Elaine Harrington, Jon M. Greenbaum, Lawrence E. Culleen, Nancy Leeds Perkins, Steven L. Mayer, Emma Dinan, Oren McCleary Sellstrom, Janine Marie Lopez, Genevieve Bonadies Torres, Elisabeth S. Theodore, David Hinojosa, Eri Andriola, Lawrence L. Crawford, Seth B. Orkand, Matthew S. Hellman, Ishan Kharshedji Bhabha, Bradley N. Garcia, Apalla U. Chopra, Patrick D. McKegney, Anton Metlitsky,

Ruth A. Bourquin, Matthew R Segal, Jessie J. Rossman, Sarah Hinger, Randall Baldwin Clark, Adam R.F. Gustafson, Jin Hee Lee, Peter Antonelli, Douglass C. Lawrence, Joshua P. Thompson, Wencong Fa, Derek Tam Ho, Bradley Oppenheimer, Joseph Wenner, Xiaoying Yu, Haiying Li, Yong Li, Jun Xiao, Timothy J. Perry, Cody J. Wisniewski, T. Elliot Gaiser, Jaime Ann Santos, William E. Evans III, Sabrina Rose-Smith, Peter F. Neronha, Maura T. Healey, Elizabeth N. Dewar, Karl A. Racine, Brian E. Frosh, Hector H. Balderas, Xavier Becerra, Mark R. Herring, Josh Shapiro, Aaron M. Frey, Kwame Raoul, Aaron D. Ford, Kathleen Jennings, Letitia James, Keith Ellison, Clare E. Connors, Philip J. Weiser, Ann E. Lynch, David Urena, Mark S. Davies, Thomas Mark Bondy, E. Joshua Rosenkranz, Keefe Bryant Clemons, Katie Kopp, Sarah Hartman Sloan, Darren Teshima, Sheila Baynes, Dean Richlin, Samuel P. Groner, Harrison David Polans