Last Viewed by First Circuit Library on 11/13/2020

There are more than 2,000 colleges in the United States.

There are more than 2,000 colleges in the United States.

# Find the right college for you.

# Find the right college for you.

Filter by location, major, and more.

Filter by location, major, etc.

Search for colleges

Already have a school in mind?

Already have a school in mind?

Look up a college by name

Not sure where to start? Figure out what's important to you.

**Use our step-by-step guide** ▸ (/find-colleges/how-to-find-your-college-fit/college-search-step-by-step)

**Planning for college doesn't have to be stressful.**

**Planning for college doesn't have to be stressful.**

Our tools can help you find the right school for you.

Use our tools to find the right school for you.

MY COLLEGES



Know what you're interested in?

Compare colleges ▸ (/compare-colleges)

Pursue the career of your dreams.

Explore Majors and Careers ▸ (/majors-careers)



Create a college list to keep what you love in one place.

Create a college list
to keep what you love
in one place.

Create a college list to keep the colleges you love in one place.

Sign up

**You can afford college.**

Find out how to keep your

MY COLLEGES

BigFuture, Find the Best College for You



**MY COLLEGES**

Discover grants, fellowships, and more.

**Search All Scholarships** ▸ (/scholarship-search)

How much do you really need to pay?

**Get Help with Financial Aid** ▸ (/pay-for-college)

Estimate how much your family would be expected to contribute to your first year of college.

Use our EFC Calculator (/pay-for-college/paying-your-share/expected-family-contribution-calculator)

Discover grants, fellowships, and more.

**Search All Scholarships** ▸ (/scholarship-search)

How much do you really need to pay?

**Get Help with Financial Aid** ▸ (/pay-for-college)



Estimate how much your family would be expected to contribute to your first year of college.

Use our EFC Calculator (/pay-for-college/paying-your-share/expected-family-contribution-calculator)

Want to earn scholarships just by planning for college? Learn about our scholarship program ➔ (https://opportunity.collegeboard.org)

**MY COLLEGES**