**U.S. Department of Justice**

Civil Rights Division

*Appellate Section*
*Ben Franklin Station*
*P.O. Box 14403*
*Washington, D.C. 20044-4403*

January 13, 2021

**VIA CM/ECF**

Maria R. Hamilton
Clerk of the Court
United States Court of Appeals
 for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

    Re: *Students For Fair Admissions, Inc.* v. *President And Fellows Of Harvard College*, No. 19-2005 (1st Cir.)

Dear Ms. Hamilton:

    This letter is to request that the Court remove Eric S. Dreiband, who is no longer with the Department and had been representing the United States of America in this matter, from the docket. The United States continues to be represented by Thomas E. Chandler.

    Thank you for your assistance. Please contact me if you have any questions.

                                  Sincerely,

                              s/ Thomas E. Chandler

                             Thomas E. Chandler
                                        Chief
                             Appellate Section
                           Civil Rights Division
                      Thomas.Chandler2@usdoj.gov
                            (202) 307-3192