No. 19-2005

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiff-Appellant*,

*v.*

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Defendant-Appellee*,

On Appeal from the United States District Court for the District of Massachusetts in Case No. 1:14-cv-14176-ADB, Judge Allison D. Burroughs

**DEFENDANT-APPELLEE PRESIDENT AND FELLOWS OF HARVARD COLLEGE'S MOTION TO WITHDRAW COUNSEL OF RECORD**

| | |
|---|---|
| WILLIAM F. LEE<br>FELICIA H. ELLSWORTH<br>ANDREW S. DULBERG<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br><br>ARA B. GERSHENGORN<br>HARVARD UNIVERSITY,<br>  OFFICE OF THE GENERAL COUNSEL<br>1350 Massachusetts Avenue<br>Cambridge, MA 02138<br>(617) 495-8210<br><br><br>January 21, 2021 | SETH P. WAXMAN<br>PAUL R.Q. WOLFSON<br>BRITTANY BLUEITT AMADI<br>EMMA SIMSON<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 663-6000<br>Seth.Waxman@wilmerhale.com<br><br>DEBO P. ADEGBILE<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800 |

Pursuant to Local Rule 12.0(b), undersigned counsel respectfully request that this Court withdraw the appearances of Danielle Y. Conley, Alex Hemmer, Michelle Liszt Sandals, and Greg Schmidt as counsel for Defendant-Appellee President and Fellows of Harvard College ("Harvard"). Ms. Conley, Mr. Hemmer, and Mr. Schmidt have departed from the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, and Ms. Sandals is on secondment away from the firm. All other counsel who have entered appearances for Harvard in this case will continue to serve as counsel of record for Harvard.

Respectfully submitted,

/s/ Felicia H. Ellsworth

| | |
|---|---|
| SETH P. WAXMAN | WILLIAM F. LEE |
| PAUL R.Q. WOLFSON | FELICIA H. ELLSWORTH |
| BRITTANY BLUEITT AMADI | ANDREW S. DULBERG |
| EMMA SIMSON | WILMER CUTLER PICKERING |
| WILMER CUTLER PICKERING |    HALE AND DORR LLP |
|    HALE AND DORR LLP | 60 State Street |
| 1875 Pennsylvania Avenue, NW | Boston, MA  02109 |
| Washington, DC  20006 | (617) 526-6000 |
| (202) 663-6000 | |
| Seth.Waxman@wilmerhale.com | DEBO P. ADEGBILE |
| | WILMER CUTLER PICKERING |
| |    HALE AND DORR LLP |
| ARA B. GERSHENGORN | 7 World Trade Center |
| HARVARD UNIVERSITY, | 250 Greenwich Street |
|   OFFICE OF THE GENERAL COUNSEL | New York, NY  10007 |
| 1350 Massachusetts Avenue | (212) 230-8800 |
| Cambridge, MA  02138 | |
| (617) 495-8210 | *Attorneys for Defendant-Appellee* |

January 21, 2021

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A), because, according to the word-count feature of the word-processing program with which it was prepared (Microsoft Word), the motion contains 91 words, excluding the portions exempted by Federal Rule of Appellate Procedure 32(f).

Dated:  January 21, 2021                    */s/ Felicia H. Ellsworth*
                                                            FELICIA H. ELLSWORTH
                                                            WILMER CUTLER PICKERING
                                                               HALE AND DORR LLP
                                                            60 State Street
                                                            Boston, MA  02109
                                                           (617) 526-6000
                                                           Felicia.Ellsworth@wilmerhale.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of January, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: January 21, 2021

/s/ *Felicia H. Ellsworth*
FELICIA H. ELLSWORTH
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
Felicia.Ellsworth@wilmerhale.com