No. 19-2005

# United States Court of Appeals for the First Circuit

STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiff-Appellant*,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Defendant-Appellee*.

Appeal from the United States District Court
for the District of Massachusetts
(No. 1:14-cv-14176)

**MOTION TO WITHDRAW COUNSEL OF RECORD FOR *AMICUS CURIAE* 678 SOCIAL SCIENTISTS AND SCHOLARS ON COLLEGE ACCESS, ASIAN AMERICAN STUDIES, AND RACE**

SARAH E. HARRINGTON
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Ave.
Suite 850
Bethesda, MD 20814
(202) 362-0636
*sh@goldsteinrussell.com*

Pursuant to Local Rule 12.0(b), undersigned counsel respectfully request that this Court withdraw the appearance of Sarah E. Harrington as counsel for *Amicus Curiae* 678 Social Scientists and Scholars on College Access, Asian American Studies, and Race. *Amicus Curiae* will be represented by Kevin K. Russell, whose motion for leave to file notice of appearance is being filed at the same time as this motion.

February 1, 2021                    Respectfully submitted,

/s/ Sarah E. Harrington
SARAH E. HARRINGTON
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Ave.
Suite 850
Bethesda, MD 20814
(202) 362-0636
*sh@goldsteinrussell.com*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit as set out in Federal Rules of Appellate Procedure 29(a)(5) and 32(a)(7), because it contains 65 words, excluding the parts of the document exempted by Rule 32(f).

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

February 1, 2021                    /s/ Sarah E. Harrington
                                    SARAH E. HARRINGTON

**PROOF OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system on February 1, 2021. All participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Sarah E. Harrington
SARAH E. HARRINGTON
