# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

March 1, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:   Students for Fair Admissions, Inc.
              v. President and Fellows of Harvard College
              No. 20-1199
              (Your No. 19-2005)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on February 25, 2021 and placed on the docket March 1, 2021 as No. 20-1199.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Clara Houghteling
      Case Analyst