# No. 19-2005

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiff-Appellant*,

*v.*

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Defendant-Appellee*,

On Appeal from the United States District Court for the District of Massachusetts
in Case No. 1:14-cv-14176-ADB, Judge Allison D. Burroughs

## DEFENDANT-APPELLEE PRESIDENT AND FELLOWS OF HARVARD COLLEGE'S MOTION TO WITHDRAW COUNSEL OF RECORD

| | |
|---|---|
| WILLIAM F. LEE | SETH P. WAXMAN |
| FELICIA H. ELLSWORTH | PAUL R.Q. WOLFSON |
| ANDREW S. DULBERG | BRITTANY BLUEITT AMADI |
| WILMER CUTLER PICKERING | EMMA SIMSON |
|    HALE AND DORR LLP | WILMER CUTLER PICKERING |
| 60 State Street |    HALE AND DORR LLP |
| Boston, MA 02109 | 1875 Pennsylvania Avenue, NW |
| (617) 526-6000 | Washington, DC 20006 |
| | (202) 663-6000 |
| ARA B. GERSHENGORN | Seth.Waxman@wilmerhale.com |
| HARVARD UNIVERSITY, | |
|   OFFICE OF THE GENERAL COUNSEL | DEBO P. ADEGBILE |
| 1350 Massachusetts Avenue | WILMER CUTLER PICKERING |
| Cambridge, MA 02138 |    HALE AND DORR LLP |
| (617) 495-8210 | 7 World Trade Center |
| | 250 Greenwich Street |
| | New York, NY 10007 |
| August 5, 2021 | (212) 230-8800 |

Pursuant to Local Rule 12.0(b), undersigned counsel respectfully request that this Court withdraw the appearance of Paul R. Q. Wolfson as counsel for Defendant-Appellee President and Fellows of Harvard College ("Harvard"). As of August 20, 2021, Mr. Wolfson will no longer be a member of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. All other counsel who have entered appearances for Harvard in this case will continue to serve as counsel of record for Harvard.

Respectfully submitted,

/s/ Felicia H. Ellsworth

SETH P. WAXMAN
PAUL R.Q. WOLFSON
BRITTANY BLUEITT AMADI
EMMA SIMSON
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
Seth.Waxman@wilmerhale.com

ARA B. GERSHENGORN
HARVARD UNIVERSITY,
  OFFICE OF THE GENERAL COUNSEL
1350 Massachusetts Avenue
Cambridge, MA 02138
(617) 495-8210

WILLIAM F. LEE
FELICIA H. ELLSWORTH
ANDREW S. DULBERG
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

DEBO P. ADEGBILE
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

*Attorneys for Defendant-Appellee*

August 5, 2021

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d) and 32(g), the undersigned hereby certifies that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).

1. Exclusive of the accompanying documents as authorized by Fed. R. App. P. 27(a)(2)(B) and the exempted portions of the motion as provided by Fed. R. App. P. 27(d)(2) and 32(f), the motion contains 78 words.

2. The motion has been prepared in proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font as provided by Fed. R. App. P. 32(a)(5)-(6). As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

>                               */s/ Felicia H. Ellsworth*
>                               FELICIA H. ELLSWORTH
>                               WILMER CUTLER PICKERING
>                                  HALE AND DORR LLP
>                               60 State Street
>                               Boston, MA  02109
>                               (617) 526-6000
>                               Felicia.Ellsworth@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: August 5, 2021

*/s/ Felicia H. Ellsworth*
FELICIA H. ELLSWORTH
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
Felicia.Ellsworth@wilmerhale.com