IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff-Appellant,

v.

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE,

Defendant-Appellee.

No. 19-2005

## **MOTION TO WITHDRAW AS COUNSEL**

I, Kate R. Cook, respectfully request that I be withdrawn as counsel of record for amicus curiae Harvard Student and Alumni Organizations (see attachment) in this matter.

In support of this motion, I state that I will be leaving the firm of Sugarman, Rogers, Barshak & Cohen, P.C.  Attorney Kenneth N. Thayer of Sugarman, Rogers, Barhsak & Cohen, P.C. will remain as counsel of record for amicus curiae Harvard Student and Alumni Organizations.

Respectfully submitted,

/s/  Kate R. Cook
Kate R. Cook, BBO No. 650698
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, Suite 900
Boston, MA  02114
Telephone: 617-227-3030
Facsimile: 617-523-4001
cook@sugarmanrogers.com

Dated: December 3, 2021

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that this motion complies with the requirements of Rule 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and that it complies with the type-volume limitation of Rule 27(d)(2)(A), because it contains 38 words, according to the count of Microsoft Word.

/s/ Kate R. Cook
Kate R. Cook

## <u>CERTIFICATE OF SERVICE</u>

I, Kate R. Cook, hereby certify that on December 3, 2021, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/  Kate R. Cook*
Kate R. Cook

## Amici Curiae Harvard Student and Alumni Organizations in Support of Appellee

21 Colorful Crimson

Harvard Black Alumni Society

Association for Black Harvard Women

Coalition for a Diverse Harvard

First Generation Harvard Alumni

Fuerza Latina of Harvard

Harvard Asian American Alumni Alliance

Harvard Asian American Brotherhood

Harvard Islamic Society

Harvard Japan Society

Harvard Korean Association

Harvard Latino Alumni Alliance

Harvard Minority Association of Pre-medical Students

Harvard Phillips Brooks House Association

Harvard Progressive Jewish Alumni

Harvard South Asian Association

Harvard University Muslim Alumni

Harvard Vietnamese Association

Harvard-Radcliffe Asian American Association

Harvard-Radcliffe Asian American Women's Association

Harvard-Radcliffe Black Students Association

Harvard-Radcliffe Chinese Students Association

Kuumba Singers of Harvard College

Native American Alumni of Harvard University

Native Americans at Harvard College

Task Force on Asian And Pacific American Studies at Harvard

4862-0497-2549, v. 1