# United States Court of Appeals
## For the First Circuit

No. 19-2005

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Appellant

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

Defendant - Appellee

THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS

Defendant

**ORDER OF COURT**

Entered: December 3, 2021
Pursuant to 1st Cir. R. 27.0(d)

    Attorney Kate R. Cook has filed a motion to withdraw as counsel of record for amicus curiae Harvard Student and Alumni Organizations as attorney Cook is leaving the firm of Sugarman, Rogers, Barshak & Cohen, P.C. Upon consideration, the motion is allowed, and attorney Cook is hereby withdrawn as counsel of record. Amicus curiae Harvard Student and Alumni Organizations will continue to be represented by their remaining counsel of record, Kenneth N. Thayer.

                               By the Court:

                               Maria R. Hamilton, Clerk

cc:
Paul M. Sanford, William S. Consovoy, Patrick N. Strawbridge, Thomas R. McCarthy, John Michael Connolly, Cameron Thomas Norris, Adam K. Mortara, John M. Hughes, Felicia H. Ellsworth, Seth P. Waxman, Ara B. Gershengorn, William F. Lee, Joseph J. Mueller, Debo P. Adegbile, Andrew S. Dulberg, Brittany Amadi, Emma Simson, Sigmund D. Schutz, Eric Grant Penley, Janai Nelson, Jin Hee Lee, Sherrilyn Ann Ifill, Rachel Kleinman, Cara McClellan, Jennifer A. Holmes, Michaele N. Turnage Young, Samuel Spital, Kenneth N. Thayer, Kathryn R. Cook,

Dwight Gerard Duncan, Dennis J. Saffran, Jessica Lynn Ellsworth, Natashia Tidwell, Stephanie J. Gold, Matthew J. Higgins, Thomas E. Chandler, Donald Campbell Lockhart, Elliott M. Davis, Matthew J. Donnelly, Madeleine Kristine Rodriguez, Sarah Burg, Marc John Randazza, Gordon M. Fauth Jr., Richard J. Rosensweig, Kevin K. Russell, Jon M. Greenbaum, Lawrence E. Culleen, Nancy Leeds Perkins, Steven L. Mayer, Emma Dinan, Oren McCleary Sellstrom, Janine Marie Lopez, Genevieve Bonadies Torres, Elisabeth S. Theodore, David Hinojosa, Eri Andriola, Lawrence L. Crawford, Seth B. Orkand, Matthew S. Hellman, Ishan Kharshedji Bhabha, Bradley N. Garcia, Apalla U. Chopra, Patrick D. McKegney, Anton Metlitsky, Ruth A. Bourquin ,Matthew R Segal, Jessie J. Rossman, Sarah Hinger, Randall Baldwin Clark, Adam R.F. Gustafson, Jin Hee Lee, Peter Antonelli, Douglass C. Lawrence, Joshua P. Thompson, Wencong Fa, Derek Tam Ho, Bradley Oppenheimer, Joseph Wenner, Xiaoying Yu, Haiying Li, Yong Li, Jun Xiao, Timothy J. Perry, Cody J. Wisniewski, T. Elliot Gaiser, Jaime Ann Santos, William E. Evans III, Sabrina, Rose-Smith, Peter F. Neronha, Maura Tracy Healey, Elizabeth N. Dewar, Karl A. Racine, Brian E. Frosh, Hector H. Balderas, Xavier Becerra, Mark R. Herring, Josh Shapiro, Aaron M. Frey, Kwame Raoul, Aaron D. Ford, Kathleen Jennings, Letitia James, Keith Ellison, Clare E. Connors, Philip J. Weiser, Ann E. Lynch, David Urena, Mark S. Davies, Thomas Mark Bondy, E. Joshua Rosenkranz, Keefe Bryant Clemons, Katie Kopp, Sarah Hartman Sloan, Darren Teshima, Sheila Baynes, Dean Richlin, Samuel P. Groner, Harrison David Polans