No. 19-2005

# United States Court of Appeals for the First Circuit

STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiff-Appellant*,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Defendant-Appellee*.

Appeal from the United States District Court
for the District of Massachusetts
(No. 1:14-cv-14176)

## MOTION TO WITHDRAW COUNSEL OF RECORD FOR *AMICUS CURIAE* WALTER DELLINGER

| | |
|---|---|
| APALLA U. CHOPRA<br>O'MELVENY & MYERS LLP<br>400 SOUTH HOPE STREET<br>LOS ANGELES, CALIFORNIA 90071<br>(213) 430-6000 | ANTON METLISKY<br>PATRICK D. MCKEGNEY<br>O'MELVENY & MYERS LLP<br>TIMES SQUARE TOWER<br>NEW YORK, NEW YORK 10036<br>(212) 326-2000<br><br>BRADLEY N. GARCIA<br>O'MELVENY & MYERS LLP<br>1625 EYE STREET, N.W.<br>WASHINGTON, D.C. 20006<br>(202) 383-5300 |

*Attorneys for Amicus Curiae*

Pursuant to Local Rule 12.0(b), undersigned counsel respectfully request that this Court withdraw the appearance of Bradley N. Garcia as counsel for *Amicus Curiae* Walter Dellinger. *Amicus Curiae* will continue to be represented by the remaining counsel of record who have entered appearances in this case.

February 4, 2022                                   Respectfully submitted,

/s/ Bradley N. Garcia
BRADLEY N. GARCIA
O'MELVENY & MYERS LLP
1625 EYE STREET, N.W.
WASHINGTON, D.C. 20006
(202) 383-5300
*bgarcia@omm.com*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit as set out in Federal Rules of Appellate Procedure 29(a)(5) and 32(a)(7), because it contains 46 words, excluding the parts of the document exempted by Rule 32(f).

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

February 4, 2022                                   /s/ Bradley N. Garcia
                                                              BRADLEY N. GARCIA

## PROOF OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system on February 4, 2022. All participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Bradley N. Garcia
BRADLEY N. GARCIA
