No. 19-2005

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiff-Appellant*,

*v.*

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Defendant-Appellee*,

On Appeal from the United States District Court for the District of Massachusetts in Case No. 1:14-cv-14176-ADB, Judge Allison D. Burroughs

**DEFENDANT-APPELLEE PRESIDENT AND FELLOWS OF HARVARD COLLEGE'S MOTION TO WITHDRAW COUNSEL OF RECORD**

WILLIAM F. LEE
FELICIA H. ELLSWORTH
ANDREW S. DULBERG
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

ARA B. GERSHENGORN
HARVARD UNIVERSITY,
  OFFICE OF THE GENERAL COUNSEL
1350 Massachusetts Avenue
Cambridge, MA  02138
(617) 495-8210

SETH P. WAXMAN
BRITTANY BLUEITT AMADI
EMMA SIMSON
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000
Seth.Waxman@wilmerhale.com

DEBO P. ADEGBILE
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
(212) 230-8800

March 23, 2022

Pursuant to Local Rule 12.0(b), undersigned counsel respectfully request that this Court withdraw the appearance of Emma Simson as counsel for Defendant-Appellee President and Fellows of Harvard College ("Harvard"). As of March 25, 2022, Ms. Simson will no longer be a member of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. All other counsel who have entered appearances for Harvard in this case will continue to serve as counsel of record for Harvard.

Respectfully submitted,

/s/ Felicia H. Ellsworth

| | |
|---|---|
| SETH P. WAXMAN | WILLIAM F. LEE |
| BRITTANY BLUEITT AMADI | FELICIA H. ELLSWORTH |
| EMMA SIMSON | ANDREW S. DULBERG |
| WILMER CUTLER PICKERING | WILMER CUTLER PICKERING |
|    HALE AND DORR LLP |    HALE AND DORR LLP |
| 1875 Pennsylvania Avenue, NW | 60 State Street |
| Washington, DC 20006 | Boston, MA 02109 |
| (202) 663-6000 | (617) 526-6000 |
| Seth.Waxman@wilmerhale.com | |
| | DEBO P. ADEGBILE |
| ARA B. GERSHENGORN | WILMER CUTLER PICKERING |
| HARVARD UNIVERSITY, |    HALE AND DORR LLP |
|   OFFICE OF THE GENERAL COUNSEL | 7 World Trade Center |
| 1350 Massachusetts Avenue | 250 Greenwich Street |
| Cambridge, MA 02138 | New York, NY 10007 |
| (617) 495-8210 | (212) 230-8800 |

*Attorneys for Defendant-Appellee*

March 23, 2022

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limit in Federal Rule of Appellate Procedure 27(d)(2)(A), because, according to the word-count feature of the word-processing program with which it was prepared (Microsoft Word), the motion contains 77 words, excluding the portions exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: March 23, 2022

/s/ *Felicia H. Ellsworth*
FELICIA H. ELLSWORTH
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000
Felicia.Ellsworth@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: March 23, 2022

*/s/ Felicia H. Ellsworth*
FELICIA H. ELLSWORTH
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
Felicia.Ellsworth@wilmerhale.com