# United States Court of Appeals
## For the First Circuit

No. 19-2005

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff - Appellant,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Defendant - Appellee,

THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS,

Defendant.

**ORDER OF COURT**

Entered: March 28, 2022
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw attorney Emma Simson as counsel for defendant-appellee President and Fellows of Harvard College is granted. Attorney Simson is hereby withdrawn as counsel of record, and defendant-appellee President and Fellows of Harvard College will continue to be represented by their remaining counsel of record.


By the Court:

Maria R. Hamilton, Clerk


cc:
Paul M. Sanford, William S. Consovoy, Patrick N. Strawbridge, Thomas R. McCarthy, John Michael Connolly, Cameron Thomas Norris, Adam K. Mortara, John M. Hughes, Felicia H. Ellsworth, Seth P. Waxman, Ara B. Gershengorn, William F. Lee, Joseph J. Mueller, Debo P. Adegbile, Andrew S. Dulberg, Brittany Amadi, Emma Simson, Sigmund D. Schutz, Eric Grant Penley, Janai Nelson, Jin Hee Lee, Sherrilyn Ann Ifill, Rachel Kleinman, Cara McClellan, Jennifer A. Holmes, Michaele N. Turnage Young, Samuel Spital, Kenneth N. Thayer, Dwight Gerard Duncan, Dennis J. Saffran, Jessica Lynn Ellsworth, Natashia Tidwell, Stephanie J. Gold, Matthew J. Higgins, Thomas E. Chandler, Donald Campbell Lockhart, Elliott M. Davis,

Matthew J. Donnelly, Madeleine Kristine Rodriguez, Sarah Burg, Marc John Randazza, Gordon M. Fauth Jr., Richard J. Rosensweig, Kevin K. Russell, Jon M. Greenbaum, Lawrence E. Culleen, Nancy Leeds Perkins, Steven L. Mayer, Emma Dinan, Oren McCleary Sellstrom, Janine Marie Lopez, Genevieve Bonadies Torres, Elisabeth S. Theodore, David Hinojosa, Eri Andriola, Lawrence L. Crawford, Seth B. Orkand, Matthew S. Hellman, Ishan Kharshedji Bhabha, Apalla U. Chopra, Patrick D. McKegney, Anton Metlitsky, Ruth A. Bourquin, Matthew R Segal, Jessie J. Rossman, Sarah Hinger, Randall Baldwin Clark, Adam R.F. Gustafson, Jin Hee Lee, Peter Antonelli, Douglass C. Lawrence, Joshua P. Thompson, Wencong Fa, Derek Tam Ho, Bradley Oppenheimer, Joseph Wenner, Xiaoying Yu, Haiying Li, Yong Li, Jun Xiao, Timothy J. Perry, Cody J. Wisniewski, T. Elliot Gaiser, Jaime Ann Santos, William E. Evans III, Sabrina Rose-Smith, Peter F. Neronha, Maura Tracy Healey, Elizabeth N. Dewar, Karl A. Racine, Brian E. Frosh, Hector H. Balderas, Xavier Becerra, Mark R. Herring, Josh Shapiro, Aaron M. Frey, Kwame Raoul, Aaron D. Ford, Kathleen Jennings, Letitia James, Keith Ellison, Clare E. Connors Philip J. Weiser, Ann E. Lynch, David Urena, Mark S. Davies, Thomas Mark Bondy, E. Joshua Rosenkranz, Keefe Bryant Clemons, Katie Kopp, Sarah Hartman Sloan, Darren Teshima, Sheila Baynes, Dean Richlin, Samuel P. Groner, Harrison David Polans