No. 19-2005

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

_____

STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiff-Appellant*,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Defendant-Appellee*.

_____

On Appeal from the United States District Court for the District of Massachusetts
No. 1:14-cv-14176 (Hon. Allison D. Burroughs)

_____

**MOTION TO WITHDRAW AS COUNSEL FOR AMICI CURIAE**

_____

Pursuant to Local Rule 12.0(b), undersigned counsel respectfully request that this Court withdraw the appearance of Janine M. Lopez as counsel for Amici Curiae Students, Prospective Students, and Alumni of Harvard College.[1]  As of April 30, 2022, Ms. Lopez will no longer be employed by Arnold & Porter Kaye Scholer LLP. Amici Curiae will continue to be represented by the remaining counsel of record who have entered appearances in this case.

---

[1] Amici Curiae are M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, and Keyanna Wigglesworth.

1

Dated: April 28, 2022

Jon M. Greenbaum
David Hinojosa
Genevieve Bonadies Torres
LAWYERS' COMMITTEE FOR
  CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
(202) 662-8600

Respectfully submitted,

/s/ *Janine M. Lopez*
Lawrence E. Culleen
Elisabeth S. Theodore
Nancy L. Perkins
Janine M. Lopez
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
janine.lopez@arnoldporter.com

Eri Andriola
ASIAN AMERICANS
  ADVANCING JUSTICE - AAJC
1620 L Street, NW, Suite 1050
Washington, DC 20036
(202) 296-2300

*Counsel for Amici Curiae*

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d) because the motion contains 104 words, excluding the exempted parts of the motion. This motion complies with the typeface and type style requirements of Rule 32(a)(5) and Rule 32(a)(6), respectively, because this brief has been prepared in a proportionately spaced typeface using Microsoft Word for Office 365 in Times New Roman 14-point font.

Dated: April 28, 2022                    */s/ Janine M. Lopez*
                                          Janine M. Lopez

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2022, the foregoing motion was electronically filed with the Court via the appellate CM/ECF system, and that copies were served on all counsel of record by operation of the CM/ECF system on the same date.

>*/s/ Janine M. Lopez*
> Janine M. Lopez