OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

October 26, 2022

Scott S. Harris, Clerk
United States Supreme Court
Office of the Clerk
Washington, DC 20543

Re:  Students for Fair Admissions v. President & Fellows of Harvard
     Appeal No. 19-2005
     (Your No. 20-1199)

Dear Clerk Harris:

    I am writing in regard to the above referenced case. Per your request, enclosed please find a certified copy of the First Circuit docket sheet, and the appellant's sealed supplemental appendix. All other filings are available electronically through PACER. By separate letter dated October 25, 2022, the District Court for the District of Massachusetts, Boston was instructed to forward the original record to your office.

    Kindly acknowledge receipt of this letter on the enclosed copy. If you should have any questions, please do not hesitate to contact me.

Sincerely,

Gerry Claude
Case Manager
U.S. Court of Appeals
for the First Circuit
(617) 748-4275

Enclosure

cc:
Paul M. Sanford
William S. Consovoy
Patrick N. Strawbridge
Thomas R. McCarthy
John Michael Connolly
Cameron Thomas Norris
Adam K. Mortara
John M. Hughes
Felicia H. Ellsworth
Seth P. Waxman
Ara B. Gershengorn

William F. Lee
Joseph J. Mueller
Debo P. Adegbile
Andrew S. Dulberg
Brittany Amadi
Sigmund D. Schutz
Eric Grant Penley
Janai Nelson
Jin Hee Lee
Sherrilyn Ann Ifill
Rachel Kleinman
Cara McClellan
Jennifer A. Holmes
Michaele N. Turnage Young
Samuel Spital
Kenneth N. Thayer
Dwight Gerard Duncan
Dennis J. Saffran
Jessica Lynn Ellsworth
Natashia Tidwell
Stephanie J. Gold
Matthew J. Higgins
Thomas E. Chandler
Donald Campbell Lockhart
Elliott M. Davis
Matthew J. Donnelly
Madeleine Kristine Rodriguez
Sarah Burg
Marc John Randazza
Gordon M. Fauth Jr.
Richard J. Rosensweig
Kevin K. Russell
Jon M. Greenbaum
Lawrence E. Culleen
Nancy Leeds Perkins
Steven L. Mayer
Emma Dinan
Oren McCleary Sellstrom
Genevieve Bonadies Torres
Elisabeth S. Theodore
David Hinojosa
Eri Andriola
Lawrence L. Crawford
Seth B. Orkand
Matthew S. Hellman
Ishan Kharshedji Bhabha
Apalla U. Chopra
Patrick D. McKegney
Anton Metlitsky
Ruth A. Bourquin

Matthew R Segal
Jessie J. Rossman
Sarah Hinger
Randall Baldwin Clark
Adam R.F. Gustafson
Jin Hee Lee
Peter Antonelli
Douglass C. Lawrence
Joshua P. Thompson
Wencong Fa
Derek Tam Ho
Bradley Oppenheimer
Joseph Wenner
Xiaoying Yu
Haiying Li
Yong Li
Jun Xiao
Timothy J. Perry
Cody J. Wisniewski
T. Elliot Gaiser
Jaime Ann Santos
William E. Evans III
Sabrina Rose-Smith
Peter F. Neronha
Maura Tracy Healey
Elizabeth N. Dewar
Karl A. Racine
Brian E. Frosh
Hector H. Balderas
Xavier Becerra
Mark R. Herring
Josh Shapiro
Aaron M. Frey
Kwame Raoul
Aaron D. Ford
Kathleen Jennings
Letitia James
Keith Ellison
Clare E. Connors
Philip J. Weiser
Ann E. Lynch
David Urena
Mark S. Davies
Thomas Mark Bondy
E. Joshua Rosenkranz
Keefe Bryant Clemons
Katie Kopp
Sarah Hartman Sloan
Darren S. Teshima
Sheila Baynes

Dean Richlin
Samuel P. Groner
Harrison David Polans