No. 19-2005

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiff-Appellant*,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Defendant-Appellee.*

_____

On Appeal from the United States District Court for the District of Massachusetts
No. 1:14-cv-14176 (Hon. Allison D. Burroughs)

_____

**MOTION TO WITHDRAW AS COUNSEL FOR AMICI CURIAE**
_____

Pursuant to Local Rule 12.0(b), undersigned counsel respectfully request that this Court withdraw the appearance of Eri Andriola as counsel for Amici Curiae Students, Prospective Students, and Alumni of Harvard College.[1] As of November 2, 2022, Eri Andriola will no longer be employed by Asian Americans Advancing Justice-AAJC ("Advancing Justice-AAJC"). Amici Curiae will

---

[1] Amici Curiae are M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, and Keyanna Wigglesworth.

1

continue to be represented by Niyati Shah and Marita Etcubanez of Advancing Justice-AAJC and the remaining counsel of record who have entered appearances in this case.

Dated: November 1, 2022

Respectfully submitted,

*/s/ Eri Andriola*

| | |
|---|---|
| Jon M. Greenbaum<br>David Hinojosa<br>Genevieve Bonadies Torres<br>LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS UNDER LAW<br>1500 K Street, NW, Suite 900<br>Washington, DC 20005<br>(202) 662-8600 | Niyati Shah<br>Marita Etcubanez<br>Eri Andriola<br>ASIAN AMERICANS<br>ADVANCING JUSTICE - AAJC<br>1620 L Street, NW, Suite 1050<br>Washington, DC 20036<br>(202) 296-2300 |
| Oren M. Sellstrom<br>LAWYERS FOR CIVIL RIGHTS<br>61 Batterymarch Street, Fifth Floor<br>Boston, MA 02110<br>Tel: 617-988-0608 | Lawrence E. Culleen<br>Elisabeth S. Theodore<br>Nancy L. Perkins<br>Emma Dinan<br>Camille Heyboer<br>ARNOLD & PORTER<br>KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br>(202) 942-5000<br>lawrence.culleen@arnoldporter.com |

*Counsel for Amici Curiae*

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d) because the motion contains 112 words, excluding the exempted parts of the motion. This motion complies with the typeface and type style requirements of Rule 32(a)(5) and Rule 32(a)(6), respectively, because this brief has been prepared in a proportionately spaced typeface using Microsoft Word for Office 365 in Times New Roman 14-point font.

Dated:  November 1, 2022             */s/ Eri Andriola*
                                     Eri Andriola

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2022, the foregoing motion was electronically filed with the Court via the appellate CM/ECF system, and that copies were served on all counsel of record by operation of the CM/ECF system on the same date.

                                                           */s/ Eri Andriola*
                                                           Eri Andriola