WILMERHALE

November 18, 2022

**Seth P. Waxman**

+1 202 663 6800 (t)
+1 202 663 6363 (f)
seth.waxman@wilmerhale.com

Hon. Jeffrey R. Howard
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:     *Students for Fair Admissions v. President & Fellows of Harvard;* 19-2005

To the Honorable Jeffrey R. Howard,

I am counsel for the President and Fellows of Harvard College in the above-captioned action, *Students for Fair Admissions v. President & Fellows of Harvard* (the "*SFFA* Litigation") and related appeal before the United States Supreme Court, *Students for Fair Admissions, Inc., Petitioner v. President and Fellows of Harvard College,* 20-1199.

As you may know, Noah Kaitin, your former judicial law clerk, joined Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") on October 26, 2022, as an Associate in the firm's Boston office and is a member of the Massachusetts Bar. Mr. Kaitin worked on the *SFFA* Litigation while clerking in your chambers during the 2020-2021 term.

Rule 1.12 of the Massachusetts Rules of Professional Conduct (i) bars a former judicial law clerk from representing a client in connection with a matter in which he or she participated personally and substantially while clerking, and (ii) describes notification and screening requirements that must be put in place to ensure that the former judicial law clerk does not share information regarding the matter with others at the firm. We are sending you this letter, which sets out WilmerHale's compliance with the requirements of Massachusetts Rule 1.12.

1. WilmerHale has taken the following steps to screen Mr. Kaitin from the *SFFA* Litigation:

    a. Mr. Kaitin has not worked on the *SFFA* Litigation since his arrival at WilmerHale.

    b. All WilmerHale lawyers and employees have been notified that Mr. Kaitin has been screened from the *SFFA* Litigation, that they should not discuss the *SFFA* Litigation with him, and that he should not have access to any files concerning the *SFFA* Litigation.

WILMERHALE

November 18, 2022
Page 2

    c. WilmerHale has erected electronic barriers blocking Mr. Kaitin's access to all information in the firm's computer network regarding the *SFFA* Litigation.

2. As Mr. Kaitin is a salaried employee, he will not share in any fees attributable to the firm's work on the *SFFA* Litigation.

If the Court requires any additional information concerning this matter, please let me know, and we will be happy to provide it.

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

*Seth P. Waxman*
_____
Seth P. Waxman, Partner

cc: All Counsel of Record