No. 19-2005

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,
*Plaintiff-Appellant*,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Massachusetts

## MOTION FOR WITHDRAWAL OF APPEARANCE OF
## WILLIAM S. CONSOVOY

Undersigned counsel hereby moves for withdrawal of the appearance of William S. Consovoy as counsel for Plaintiff-Appellant. Mr. Consovoy passed away on January 9, 2023. Plaintiff-Appellant continues to be represented by undersigned counsel and other attorneys who have appeared in this case.

1

Dated: January 30, 2023                    Respectfully submitted,

                                            _/s/ J. Michael Connolly_____

                                            J. Michael Connolly
                                            CONSOVOY MCCARTHY PLLC
                                            1600 Wilson Blvd., Ste. 700
                                            Arlington, VA 22209
                                            (703) 243-9423
                                            mike@consovoymccarthy.com
                                            *Counsel for Plaintiff-Appellant*

## CERTIFICATE OF COMPLIANCE

This motion complies with Rule 27(d)(2) because it does not exceed 5,200 words.

This motion complies with Rule 27(d)(1) because it was prepared in a proportionally spaced face using Microsoft Word version 16.69.1 in 14-point Garamond font.

Dated: January 30, 2023                    _/s/ J. Michael Connolly_

## CERTIFICATE OF SERVICE

I filed this motion via the Court's ECF system, which will electronically notify

the following:

William F. Lee
Felicia H. Ellsworth
Andrew S. Dulberg
Elizabeth Connell Mooney
Joseph J. Mueller
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
william.lee@wilmerhale.com
felicia.ellsworth@wilmerhale.com
andrew.dulberg@wilmerhale.com
elizabeth.mooney@wilmerhale.com
sarah.frazier@wilmerhale.com
joseph.mueller@wilmerhale.com

Debo P. Adegbile
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

Seth P. Waxman
Paul R.Q. Wolfson
Danielle Conley
Brittany Amadi
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com
danielle.conley@wilmerhale.com
brittany.amadi@wilmerhale.com
daniel.winik@wilmerhale.com

Ara B. Gershengorn
HARVARD UNIVERSITY
OFFICE OF THE GENERAL COUNSEL
1350 Massachusetts Ave
Ste 980
Cambridge, MA 02138-3826
ara_gershengorn@harvard.edu

Dated: January 30, 2023                    /s/ J. Michael Connolly

4