OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

19-2005
Order 1/31

2023 FEB 13 PM 12: 21

RECEIVED
U.S. COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

Jun Xiao
231 North Ave
Battle Creek, MI 49017

NIXIE    482 4FE 1    0002/07/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 02210300425    *0653-00641-07-39

USMS SCREENED

US POSTAGE Pitney Bowes
ZIP 02210  $000.60
0000354155 JAN 31 2023